**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* ______ Chapter 11

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **YSA Investments 1, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **33-1343352** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**848 Brickell Avenue**<br>**Suite PH5**<br>**Miami, FL 33131**<br>Number, Street, City, State & ZIP Code<br><br>**Miami-Dade**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://ysainvestments.com/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: ______ | |

Debtor **YSA Investments 1, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5223**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check* ***all*** *that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **YSA Investments 1, LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
■ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
■ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **YSA Investments 1, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 28, 2026**
MM / DD / YYYY

*X* **/s/ Aharon Diveroli**
Signature of authorized representative of debtor

**Aharon Diveroli**
Printed name

Title **Manager**

**18. Signature of attorney**

*X* **/s/ Ericka F. Johnson**
Signature of attorney for debtor

Date **July 28, 2026**
MM / DD / YYYY

**Ericka F. Johnson 5024**
Printed name

**Bayard P.A.**
Firm name

**600 N. King St**
**Suite 400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **(302) 429-4275** Email address **ejohnson@bayardlaw.com**

**5024 DE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **List of Equity Owners**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 28, 2026**

X **/s/ Aharon Diveroli**
Signature of individual signing on behalf of debtor

**Aharon Diveroli**
Printed name

**Manager**
Position or relationship to debtor

**ACTION BY WRITTEN CONSENT**
**OF THE MEMBER AND THE MANAGER OF**
**YSA INVESTMENTS 1, LLC**

**July 28, 2026**

In accordance with Sections 18-404(d) and 18-302(d), respectively, of the Delaware Limited Liability Company Act, 6 *Del. C.* §§ 18-101 *et. seq.* (the "LLC Act") and the Limited Liability Company Operating Agreement (the "LLC Agreement") of YSA Investments 1, LLC, a Delaware limited liability company (the "Company"), the undersigned, being the sole Manager and sole Manager of the Member of the Company, hereby take the following actions and adopt the following resolutions by written consent without a meeting effective for all purposes as of the date set forth in the heading to this consent. Capitalized terms used but not defined in this Consent have the meanings given to them in the LLC Agreement.

WHEREAS, pursuant to Section 5.1 of the LLC Agreement, the Manager has the exclusive right to manage the business and affairs of the Company, subject to subject to other provision of the LLC Agreement and the LLC Act; and

WHEREAS, pursuant to Section 5.4 of the LLC Agreement, the prior unanimous approval of the Member is required in order for the Manager to cause the Company to take certain actions, which include the filing a bankruptcy petition; and

WHEREAS, the Manager has determined in his business judgment that it is desirable and in the best interests of the Company and its creditors, member, and other interested parties that the Company file a voluntary petition seeking relief under the provisions of Chapter 11, Title 11, of the United States Code (a "Bankruptcy Petition") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

WHEREAS, the Member is executing this consent to evidence its approval of the Company filing the Bankruptcy Petition, and engaging in any other transaction relating to the proceeding initiated by the filing of the Bankruptcy Petition that would require the consent of the Member under the LLC Agreement or the LLC Act and is in furtherance of the reorganization or liquidation of the Company without further consent from or approval of the Member.

NOW, THEREFORE, BE IT RESOLVED, that the Company is authorized to file a Bankruptcy Petition in the Bankruptcy Court by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code,

AND BE IT FURTHER RESOLVED, that the Manager of the Company or any other officer (each such Persons, an "Authorized Person" and together, the "Authorized Persons"), acting alone or with one or more other Authorized Persons, is hereby authorized and empowered on behalf of, and in the name of, the Company (a) to execute, verify and file all documents necessary or appropriate in connection with the filing of the Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings and other papers or documents in connection with the

Bankruptcy Case; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the proposed bankruptcy proceeding that would be initiated by the filing of the Bankruptcy Petition (the "Bankruptcy Case"); (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions as adopted herein.

AND BE IT FURTHER RESOLVED, that the Company's previous retention of the law firm of Bayard, P.A. ("Bayard") as bankruptcy counsel, subject to any requisite bankruptcy court approval, is hereby approved and ratified, and each of the Authorized Persons is hereby authorized and directed to execute and ratify appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of Bayard and to retain and employ other legal counsel or professionals which they may deem necessary or proper with a view to the successful conclusion of the Bankruptcy Case.

AND BE IT FURTHER RESOLVED, that the Member agrees to cooperate with any transaction that requires its participation to achieve the objectives of the Bankruptcy Case.

AND BE IT FURTHER RESOLVED, that each of the Authorized Persons be, and each of them hereby is, authorized to cause the Company to incur debtor in possession financing in an amount determined to be necessary or advisable by any of such Authorized Persons to guaranty the obligations of the Company in respect of such indebtedness, and to prepare (or cause to be prepared), execute and file (or cause to be filed) any motion to incur debtor in possession financing, and, upon authorization by the Manager, to take and perform any and all further acts and deeds which it deems necessary, proper or desirable in connection with the Bankruptcy Case, with a view to the successful prosecution of the Bankruptcy Case;

AND BE IT FURTHER RESOLVED, that each of the Authorized Persons be, and each of them hereby is, authorized and directed to take any and all actions necessary and appropriate to pursue and further the sale process with respect to the Company's assets including, without limitation, entering into any and all other purchase agreements (if applicable), and other ancillary documents in connection therewith, subject to Bankruptcy Court approval;

AND BE IT FURTHER RESOLVED, that each of the Authorized Persons be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements, affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments, as may be necessary, desirable, or appropriate in the reasonable discretion of any such Authorized Person to give effect to the foregoing resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

AND BE IT FURTHER RESOLVED, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing resolutions, and all actions related thereto, and each Authorized Person be, and each of them hereby is, authorized, empowered and directed to cause the Company

to make said payments as each such Authorized Person may deem necessary, appropriate, advisable or desirable, such payment to constitute conclusive evidence of such Authorized Person's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

AND BE IT FURTHER RESOLVED, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken previously by any Authorized Persons or employees of the Company on its behalf, such actions are hereby ratified, approved and confirmed in their entirety.

[Signatures to Follow on Next Page]

IN WITNESS WHEREOF, the undersigned, being the sole Manager and sole Member of the Company, do hereby execute this written consent as of the date first set forth above.

**MANAGER**:

____________________________________

Aharon Diveroli

**CONSENTED TO BY MEMBER**:

INTERCHANGE CLAIMS GROUP, LLC, a Wyoming limited liability company.

By:______________________________

Aharon Diveroli

Authorized Signatory

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-_________ ( ) |

**LIST OF EQUITY OWNERS**

The following is a list of debtor YSA Investments 1, LLC's significant equity holders. This list has been prepared in accordance with Federal Rules of Bankruptcy Procedure 1007(a)(3) for filing in this chapter 11 case.

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Interchange Claims Group LLC | 100% |

[1] The address of the Debtor is 848 Brickel1 Avenue, Suite PH5, Miami, Florida 33131. The last four digits of the Debtor's federal tax identification numbers is 3352.

**Fill in this information to identify your case:**

Debtor 1 **Aharon Diveroli**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number
(if known)

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**Greenberg Traurig, LLP**
**One Vanderbilt Avenue Suite 400**
**New York, NY 10017**

Contact

Contact phone

**What is the nature of the claim?** **$550,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

**2**

**GableGotwals**
**BOK Park Plaza 499 W. Sheridan Ave.**
**Suite 2200**
**Oklahoma City, OK 73102**

Contact

**What is the nature of the claim?** **$197,304.08**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -

Debtor 1 **YSA Investments 1, LLC** Case number *(if known)*

Contact phone Unsecured claim

---

**3**

**Dechert LLP**
**2929 Arch Street**
**Philadelphia, PA 19104**

Contact

Contact phone

**What is the nature of the claim?** **$100,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**4**

**Hofland Lollman PLLC**
**401 S. Boston Avenue Suite 500**
**Tulsa, OK 74103**

Contact

Contact phone

**What is the nature of the claim?** **$20,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X ***/s/ Aharon Diveroli***
**Aharon Diveroli**
Signature of Debtor 1

X ____________________
Signature of Debtor 2

Date **July 28, 2026**

Date ____________________