**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC<br><br>Debtor | Chapter 11<br><br>Case No. 26-12806 |

**LOCAL RULE 9014 PREHEARING NOTICE**

CREO QRS VC LLC ("**CREO VC**") and CREO QRS NP LLC ("**CREO NP**" and collectively with CREO VC, "**CREO**") by its undersigned counsel, hereby submits the following notice pursuant to Local Rule 9014 with respect to the hearing on the *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor's Use of Cash Collateral, (II) Finding that the Prepetition Secured Lenders are Adequately Protected, and (III) Scheduling a Final Hearing*[Docket No. 40]. The hearing on this matter is currently scheduled on August 27, 2026 at 10:00 a.m. CST.

**Exhibits**

CREO anticipates offering the following exhibits:

1. Post-Trial Memorandum Opinion, *Mark Kulick, et al. v. YSA Investments 1, LLC*, C.A. No. 2025-1319-KSJM (Del. Ch. June 9, 2026)
2. Interim Agreed Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Setting a Final Hearing [Case No. 26-32922-MVL] (Bankr. N.D. Tex) (Docket No. 22); July 16, 2026
3. Complaint Against Defendant YSA Investments 1, LLC [Case No. 26-33110-SGJ] (Bankr. N.D. Tex.) (Adv. Pro. Doc. No. 1); filed July 20, 2026
4. Preliminary Order Addressing Motion for Temporary Restraining Order, *Jenk's Best Living, LLC v. Mark Kulick, et al.*, [Adv. Pro. No. 26-00176-MMH, (Bankr. D. Md. July 24, 2026) (Docket No. 21)]

5. TRO Hearing Transcript [Adv. Pro. No. 26-3071-SGJ] (Bankr. N.D. Tex.); July 27, 2026
6. *Sua Sponte* Order Directing the Appointment of a Chapter 11 Trustee in All of the Above, Related Cases [Case No. 26-32779-SJM] (Bankr. N.D. Tex.) (Docket No. 41); July 28, 2026
7. Hearing Transcript [Case No. 26-32779-SJM] (Bankr. N.D. Tex.) (Docket No. 41); August 3, 2026
8. Hearing Transcript [Case No. 26-11178-BLS] (Bankr. D. Del.) August 14, 2026

**Witnesses**

CREO may call the following witnesses:

1. Efraim Diveroli
2. Parker Detweiler

CREO reserves the right to call any witness listed by any other party and rebuttal witnesses, as necessary.

**Anticipated Time to Present Evidence and Argument**

CREO anticipates the presentation of evidence and argument will require approximately 1 hour.

*[Signature Page Follows]*

Dated: August 24, 2026

*/s/ Ross A. Plourde*
Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8TH Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

-and-

**FBT GIBBONS LLP**

Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather Pieper McMutry (admitted *pro hac vice*)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5590
Facsimile: (615) 251-5551
Email: hmcmutry@fbtgibbons.com

*Counsel for CREO*