**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**DEBTOR'S NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 27, 2026, AT 10:00 A.M. (CT)**

Debtor, YSA Investments 1, LLC (the "Debtor"), submits the following notice of proposed agenda on the matters set for Thursday, August 27, 2026, at 10:00 a.m. (CT)[1]:

## CONTESTED MATTERS

1. *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing The Debtor's Use of Cash Collateral, (II) Finding That The Prepetition Secured Lenders Are Adequately Protected, And (III) Scheduling a Final Hearing* [Doc. 40]

Response Deadline: Friday, August 21, 2026.

Objections: Objection [Doc. 7] filed by ACRE Q018 Retention Holder, LLC; Objection [Doc. 12] filed by CREO QRS NP LLC and CREO QRS VC LLC; Limited Objection [Doc. 92] filed by Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC; Objection [Doc. 93] filed by Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC; Omnibus Objection and Reservation of Rights [Doc. 100] filed by CREO QRS NP LLC and CREO QRS VC LLC; Limited Objection [Doc. 102] filed by Auerbach Opportunity Fund 1, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP; Joinder to Objection [Doc. 103] filed by Silver Hill Capital, LLC; Objection [Doc. 104] filed by Axonic Multifamily Bridge SPV (BC) Trust, DST; Objection [Doc. 196] filed by Federal National Mortgage Association; Objection [Doc. 197] filed by United States Trustee; Limited Objection [Doc. 199] filed by Computershare Trust Company, N.A.; Supplemental Objection [Doc. 200] filed by CREO QRS NP LLC and CREO QRS VC LLC

Reply: None

[1] The hearing will be held via Microsoft Teams. To participate in the video hearing, parties must submit their preferred email address to Cheryl Shook at cheryl_shook@okwb.uscourts.gov by noon on August 25, 2026. A link will be provided to join the video hearing 24 hours prior to the hearing.

Status: Interim Order entered August 14, 2026 [Doc. 119].[2] This matter is going forward.

Estimate of Time Required: Two (2) hours.

Respectfully submitted,

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**

[2] The *Interim Order (I) Authorizing The Debtor's Use of ACRE's Cash Collateral, (II) Finding That ACRE Is Adequately Protected, And (III) Scheduling a Final Hearing* [Doc. 119] is with respect to ACRE Q018 Retention Holder, LLC, only.