IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-12806-SAH |
| | ) | (Chapter 11) |
| YSA Investments 1, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

Please notice the appearance of Maurice B. VerStandig, and The VerStandig Law Firm, LLC, as proposed counsel for Jenk's Best Living, LLC, debtor-in-possession in a separate chapter 11 case in this Honorable Court and a creditor herein. Please cause all pleadings, motions, docket entries, and other notices to be served on the undersigned.

Respectfully submitted,

Dated: August 25, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
*Application for Admission Pending*
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Counsel for Jenk's Best Living, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig