**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**SUBMISSION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

YSA Investments 1, LLC, submits the following:

- Summary of Assets and Liabilities for Non-Individuals
- Schedule A/B: Assets – Real and Personal Property
- Schedule D: Creditors Who Have Claims Secured by Property
- Schedule E/F: Creditors Who Have Unsecured Claims
- Schedule G: Executory Contracts and Unexpired Leases
- Schedule H: Codebtors
- Declaration Under Penalty of Perjury for Non-Individual Debtors
- Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
- Matrix with Verification

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ **764,689,338.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ **932,154,703.19** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ **1,696,844,041.19** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **563,812,073.42** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ **867,304.08** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **564,679,377.50** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806 (SAH)<br><br>Chapter 11 |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtor and debtor in possession (the "Debtor") has filed its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements") in the United States Bankruptcy Court for the Western District of Oklahoma (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of each of the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. If the Schedules or Statements differ from these Global Notes, these Global Notes control.

While the Debtor's management and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim (as defined in section 101(5) of the Bankruptcy Code, "Claim") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules or Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtor or an admission with respect to the Debtor's Chapter 11 Case (as defined herein) including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant non-bankruptcy laws to recover assets or avoid transfers.

Aharon Divoroli, the Manager of the Debtor, has signed the Schedules and Statements. Mr. Divoroli is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Mr. Divoroli has necessarily relied upon the efforts, statements, and representations of various third parties involved in the Debtor's operations.

## I. GENERAL DISCLOSURE APPLICATION TO SCHEDULES AND STATEMENTS

1. ***Causes of Action***. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and Statements. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules nor the Statements shall be deemed a waiver of any Causes of Action or in any way prejudice or impair the assertion of any such Causes of Action.

2. ***Recharacterization.*** The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtor may have inadvertently improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements.

3. ***Valuation.*** The Debtor reserves all of its rights to amend or adjust the value of each asset set forth herein.

## II. SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S SCHEDULES

4. ***Schedule D - Creditors Holding Secured Claims.*** The descriptions provided on Schedule D are intended only as a summary. In addition, the Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. Finally, the Debtor understands that there may be additional guarantee parties not listed on certain liens.

5. ***Schedule G - Unexpired Leases and Executory Contracts.*** The contracts, agreements and leases listed on the Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers,

estoppels, certificates, letters, memoranda or other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtor's use of reasonable efforts to identify such documents. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, loan agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## III. SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S STATEMENTS

6. ***Statements Item 7 – Litigation.*** Despite reasonable efforts, the Debtor may not have identified all of their causes of action (filed or potential) against third parties as assets in its Schedules and Statements. The Debtor reserves all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

7. ***Statements Item 16.*** The Debtor does not collect nor retain personally identifiable information of its customers; however, the Debtor's property manager collects and retains personally identifiable information regarding the tenants residing at the properties.

8. ***Statements Item 26(d).*** Additionally, from time to time, the Debtor provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Pinnacle Bank<br>150 Third Avenue South<br>Suite 900<br>Nashville, TN 372-1** | | **6594** | **$5,096.34** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$5,096.34**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Thrive Jenks 204 S Riverfront Dr. Jenks, OK 74037 [apartments]** | **Recorded Deed** | **$0.00** | | **$28,459,488.00** |
| 55.2. **Tuscany Village 6900 London Way Oklahoma City, OK 73132 [apartments]** | **Recorded Deed** | **$0.00** | | **$14,225,127.00** |

Debtor **YSA Investments 1, LLC** Case number *(If known)* **26-12806 (SAH)**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **Copperfield Apartments 2400 NW 30th St. Oklahoma City, OK 73112 [apartments]** | **Recorded Deed** | **$0.00** | | **$31,273,309.00** |
| 55.4. | **Lakeside Place 2186 S 99th E Ave. Tulsa, OK 74129 [apartments]** | **Recorded Deed** | **$0.00** | | **$52,300,000.00** |
| 55.5. | **Villas at Midtown 2001 E Skelly Dr. Tulsa, OK 74105 [apartments]** | **Recorded Deed** | **$0.00** | | **$35,695,381.00** |
| 55.6. | **Lofts at North Penn 15501 N Pennsylvania Ave Edmond, OK 73013 [apartments]** | **Recorded Deed** | **$0.00** | | **$29,581,072.00** |
| 55.7. | **Village Creek 6630 S Zunis Ave Tulsa, OK 74136 [apartments]** | **Recorded Deed** | **$0.00** | | **$20,936,978.00** |
| 55.8. | **Muntage 3041 NW 41st St. Oklahoma City, OK 73112 [apartments]** | **Recorded Deed** | **$0.00** | | **$14,285,607.00** |
| 55.9. | **Barcelona Apartments 5160 S Yale Ave Tulsa, OK 74135 [apartments]** | **Recorded Deed** | **$0.00** | | **$23,247,200.00** |
| 55.10. | **Shoreline 9601 E 21st Pl. Tulsa, OK 74129 [apartments]** | **Recorded Deed** | **$0.00** | | **Unknown** |
| 55.11. | **Summer Oaks 5744 NW 16th St Oklahoma City, OK 73127 [apartments]** | **Recorded Deed** | **$0.00** | | **$12,183,272.00** |

Debtor **YSA Investments 1, LLC** Case number *(If known)* **26-12806 (SAH)**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.12. | **Woodland Manor**<br>**8641 E 61st St.**<br>**Tulsa, OK 74133**<br>**[apartments]** | **Recorded Deed** | **$0.00** | | **$28,726,472.00** |
| 55.13. | **727 Lofts**<br>**727 E Main Pl.**<br>**Jenks, OK 74037**<br>**[apartments]** | **Recorded Deed** | **$0.00** | | **$18,838,472.00** |
| 55.14. | **One Eton Square**<br>**8111 E 60th St.**<br>**Tulsa, OK 74145**<br>**[apartments]** | **Recorded Deed** | **$0.00** | | **$49,923,363.00** |
| 55.15. | **Eaton Place**<br>**517 E Douglas Ave**<br>**Wichita, KS 67202** | **Recorded Deed** | **$0.00** | | **$13,281,891.00** |
| 55.16. | **Remington Ranch**<br>**1815 N Boomer Rd**<br>**Stillwater, OK 74075**<br>**[apartments]** | **Recorded Deed** | **$0.00** | | **$23,932,420.00** |
| 55.17. | **Springdale Village**<br>**4330 S Barnes Ave**<br>**Oklahoma City, OK 73119**<br>**[apartments]** | **Recorded Deed** | **$0.00** | | **$12,724,563.00** |
| 55.18. | **Montgomery**<br>**500 W Main St**<br>**Oklahoma City, OK 73102**<br>**[apartments]** | **Recorded Deed** | **$0.00** | | **$15,683,267.00** |
| 55.19. | **Woodscape**<br>**4200 N Meridian Ave**<br>**Oklahoma City, OK 73112**<br>**[apartments]** | **Recorded Deed** | **$0.00** | | **$51,835,709.00** |
| 55.20. | **Seminole Ridge**<br>**125 W 1-240 Service Rd**<br>**Oklahoma City, OK 73139**<br>**[apartments]** | **Recorded Deed** | **$0.00** | | **$13,852,176.00** |
| 55.21. | **Ridge**<br>**3834 N Oak Grove Dr**<br>**Midwest City, OK 73110**<br>**[apartments]** | **Recorded Deed** | **$0.00** | | **$18,756,436.00** |

| | | | | | |
|---|---|---|---|---|---|
| 55.22 | **The Capitol on 28th 215 NE 28th St Oklahoma City, OK 73105 [apartments]** | **Recorded Deed** | **$0.00** | | **$32,542,690.00** |
| 55.23 | **Bryan Hill 7204 NW 36th St Bethany, OK 73008 [apartments]** | **Recorded Deed** | **$0.00** | | **$10,948,581.00** |
| 55.24 | **Putnam Green 7525 Knight Lake Dr Oklahoma City, OK 73132 [apartments]** | **Recorded Deed** | **$0.00** | | **$18,917,263.00** |
| 55.25 | **Riverpark at Kensington 7803 S Wheeling Ave Tulsa, OK 74136 [apartments]** | **Recorded Deed** | **$0.00** | | **$33,111,709.00** |
| 55.26 | **Classen 2200 N Classen Blvd Oklahoma City, OK 73106 [apartments]** | **Recorded Deed** | **$0.00** | | **$15,354,545.00** |
| 55.27 | **23 East 11321 E 23rd St Tulsa, OK 74129 [apartments]** | **Recorded Deed** | **$0.00** | | **$25,920,527.00** |
| 55.28 | **Canopy (Little Rock) 9201 Kanis Rd Little Rock, AR 72205 [apartments]** | **Recorded Deed** | **$0.00** | | **$23,188,309.00** |
| 55.29 | **Lexington Commons (Bartlesville) 5530 Colony Way Bartlesville, OK 74006 [apartments]** | **Recorded Deed** | **$0.00** | | **$28,428,567.00** |
| 55.30 | **Fairfax Apartments 7801 NE 10th St Midwest City, OK 73110 [apartments]** | **Recorded Deed** | **$0.00** | | **$20,270,363.00** |

| | | | | | |
|---|---|---|---|---|---|
| 55.31. | **Woodland Oaks 7142 S 92nd East Ave Tulsa, OK 74133 [apartments]** | **Recorded Deed** | **$0.00** | | **$46,264,581.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.
**$764,689,338.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

| Description | Total face amount | | doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **Judgment granted by the Court of Chancery of the State of Delaware, Case No. 2025-1319-KSJM, against Marc Kulick, Vesta Holdings, LLC, et al.** | **932,149,606.85** | - | **0.00** | = | **$932,149,606.85** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**See attached addendum** **$0.00**
**Nature of claim**
**Amount requested** **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **See attached addendum** | **$0.00** |

78. **Total of Part 11.** **$932,149,606.85**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **YSA Investments 1, LLC**
Name

Case number *(If known)* **26-12806 (SAH)**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$5,096.34** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.........> | | **$764,689,338.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$932,149,606.85** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$932,154,703.19** | + 91b. **$764,689,338.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$1,696,844,041.19** |

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.1 ACRE Q018 Retention Holder, LLC**
Creditor's Name

**Corporation Trust Center**
**1209 Orange St.**
**Wilmington, DE 19801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. ACRE Q018 Retention Holder, LLC**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**727 Lofts**
**727 E Main Pl.**
**Jenks, OK 74037**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$16,237,941.00** Column B: **$18,838,472.00**

**2.2 Axonic Capital LLC**
Creditor's Name

**390 Park Avenue**
**15th Floor**
**New York, NY 10022**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Riverpark at Kensington**
**7803 S Wheeling Ave**
**Tulsa, OK 74136**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

Column A: **$31,153,375.00** Column B: **$33,111,709.00**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Axonic Capital LLC**
**2. YSA Investments 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Bancorp Bank, National Association**
Creditor's Name

**1200 South Pine Island Road**
**Plantation, FL 33324**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bancorp Bank, National Association**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Muntage**
**3041 NW 41st St.**
**Oklahoma City, OK 73112**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,806,895.00** **$14,285,607.00**

---

2.4 **Berkadia Commercial Mortgage LLC**
Creditor's Name

**323 Norristown Road, Suite 300**
**Ambler, PA 19002**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Thrive Jenks**
**204 S Riverfront Dr.**
**Jenks, OK 74037**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$17,675,074.00** **$28,459,488.00**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Berkadia Commercial Mortgage LLC**
**2. YSA Investments 1, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 **BMO**
Creditor's Name

**320 South Canal Street**
**Chicago, IL 60606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BMO**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Shoreline**
**9601 E 21st Pl.**
**Tulsa, OK 74129**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,503,824.00** **Unknown**

---

2.6 **BMO**
Creditor's Name

**320 South Canal Street**
**Chicago, IL 60606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BMO**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Lakeside Place**
**2186 S 99th E Ave.**
**Tulsa, OK 74129**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$35,500,000.00** **$52,300,000.00**

---

2.7 **Cohen + Company**

**Describe debtor's property that is subject to a lien**

**$26,000,000.00** **$29,581,072.00**

Creditor's Name

**3 Columbus Circle, 24th Floor**
**New York, NY 10019**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Cohen + Company**
**2. YSA Investments 1, LLC**

**Lofts at North Penn**
**15501 N Pennsylvania Ave**
**Edmond, OK 73013**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **Community Loan Servicing, LLC**
Creditor's Name

**4425 Ponce de Leon Blvd., Suite 300**
**Miami, FL 33146**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Community Loan Servicing, LLC**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Tuscany Village**
**6900 London Way**
**Oklahoma City, OK 73132**
**[apartments]**

**$13,355,233.00** **$14,225,127.00**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 **Community Loan Servicing, LLC**
Creditor's Name

**4425 Ponce de Leon Blvd., Suite 300**
**Miami, FL 33146**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Bryan Hill**
**7204 NW 36th St**
**Bethany, OK 73008**
**[apartments]**

**$11,847,459.00** **$10,948,581.00**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Community Loan Servicing, LLC**
**2. YSA Investments 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 **Community Loan Servicing, LLC**
Creditor's Name

**4425 Ponce de Leon Blvd., Suite 300**
**Miami, FL 33146**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Springdale Village**
**4330 S Barnes Ave**
**Oklahoma City, OK 73119**
**[apartments]**

**$6,012,343.00** **$12,724,563.00**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Community Loan Servicing, LLC**
**2. YSA Investments 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **Community Loan Servicing, LLC**
Creditor's Name

**4425 Ponce de Leon Blvd., Suite 300**
**Miami, FL 33146**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Summer Oaks**
**5744 NW 16th St**
**Oklahoma City, OK 73127**
**[apartments]**

**$10,340,440.00** **$12,183,272.00**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Community Loan Servicing, LLC**
**2. YSA Investments 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.1
2 **CREO QRS NP LLC and CREO QRS VC LLC**
Creditor's Name

**251 Little Falls Dr**
**Wilmington, DE 19808**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Village Creek**
**6630 S Zunis Ave**
**Tulsa, OK 74136**
**[apartments]**

**$11,977,512.00** **$20,936,978.00**

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CREO QRS NP LLC and CREO QRS VC LLC**
**2. YSA Investments 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.1
3 **Federal National Mortgage Association**
Creditor's Name

**1100 15th St. NW**
**Washington, DC 20005**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**One Eton Square**
**8111 E 60th St.**
**Tulsa, OK 74145**
**[apartments]**

**$35,027,000.00** **$49,923,363.00**

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Federal National Mortgage Association**
**2. YSA Investments 1, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 **Federal National Mortgagte Association**
Creditor's Name

**1100 15th St. NW**
**Washington, DC 20005**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Federal National Mortgagte Association**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Villas at Midtown**
**2001 E Skelly Dr.**
**Tulsa, OK 74105**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,868,000.00** **$35,695,381.00**

---

2.15 **Federal National Mortgagte Association**
Creditor's Name

**1100 15th St. NW**
**Washington, DC 20005**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Federal National Mortgagte Association**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Barcelona Apartments**
**5160 S Yale Ave**
**Tulsa, OK 74135**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,132,000.00** **$23,247,200.00**

2.16 **First United Bank and Trust Co.**
Creditor's Name

**1400 W Main**
**Durant, OK 74701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First United Bank and Trust Co.**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Putnam Green**
**7525 Knight Lake Dr**
**Oklahoma City, OK 73132**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,678,511.00** **$18,917,263.00**

---

2.17 **Kayne Capital**
Creditor's Name

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Kayne Capital**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Fairfax Apartments**
**7801 NE 10th St**
**Midwest City, OK 73110**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,359,104.00** **$20,270,363.00**

---

2.18 **Kayne Capital**
Creditor's Name

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Woodland Oaks**
**7142 S 92nd East Ave**
**Tulsa, OK 74133**
**[apartments]**

**Describe the lien**

**$39,698,679.00** **$46,264,581.00**

**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Kayne Capital**
**2. YSA Investments 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.19 **Legacy Bank**
Creditor's Name

**123 E. Chicago Ave.**
**Colwich, KS 67030**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien** — **$11,617,004.00** — **$13,281,891.00**

**Eaton Place**
**517 E Douglas Ave**
**Wichita, KS 67202**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Legacy Bank**
**2. YSA Investments 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.20 **Mayflower Asset Recovery Systems LLC**
Creditor's Name

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien** — **$1,952,960.42** — **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.2 1 **Newmark (Newmark Knight Frank)**
Creditor's Name

**125 Park Avenue**
**New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Newmark (Newmark Knight Frank)**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Remington Ranch**
**1815 N Boomer Rd**
**Stillwater, OK 74075**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,470,000.00** **$23,932,420.00**

---

2.2 2 **Newmark (Newmark Knight Frank)**
Creditor's Name

**125 Park Avenue**
**New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Newmark (Newmark Knight Frank)**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Woodscape**
**4200 N Meridian Ave**
**Oklahoma City, OK 73112**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$33,800,000.00** **$51,835,709.00**

| 2.23 | **Newmark (Newmark Knight Frank)** | Describe debtor's property that is subject to a lien | **$17,641,000.00** | **$31,273,309.00** |
|---|---|---|---|---|

Creditor's Name

**125 Park Avenue**
**New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Newmark (Newmark Knight Frank)**
**2. YSA Investments 1, LLC**

**Copperfield Apartments**
**2400 NW 30th St.**
**Oklahoma City, OK 73112**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.24 | **Newmark (Newmark Knight Frank)** | Describe debtor's property that is subject to a lien | **$21,408,000.00** | **$32,542,690.00** |
|---|---|---|---|---|

Creditor's Name

**125 Park Avenue**
**New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Newmark (Newmark Knight Frank)**
**2. YSA Investments 1, LLC**

**The Capitol on 28th**
**215 NE 28th St**
**Oklahoma City, OK 73105**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.25 | **Newmark (Newmark Knight Frank)** | Describe debtor's property that is subject to a lien | **$15,006,000.00** | **$28,428,567.00** |
|---|---|---|---|---|

Creditor's Name

**125 Park Avenue**
**New York, NY 10017**
Creditor's mailing address

**Lexington Commons (Bartlesville)**
**5530 Colony Way**
**Bartlesville, OK 74006**
**[apartments]**

**Describe the lien**

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

**First Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Newmark (Newmark Knight Frank)**
**2. YSA Investments 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.26 **Newmark (Newmark Knight Frank)**
Creditor's Name

**125 Park Avenue**
**New York, NY 10017**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Canopy (Little Rock)**
**9201 Kanis Rd**
**Little Rock, AR 72205**
**[apartments]**

**$13,495,066.00** **$23,188,309.00**

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Newmark (Newmark Knight Frank)**
**2. YSA Investments 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.27 **Newmark (Newmark Knight Frank)**
Creditor's Name

**125 Park Avenue**
**New York, NY 10017**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Classen**
**2200 N Classen Blvd**
**Oklahoma City, OK 73106**
**[apartments]**

**$12,950,000.00** **$15,354,545.00**

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Debtor **YSA Investments 1, LLC**
Name

Case number (if known) **26-12806 (SAH)**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Newmark (Newmark Knight Frank)**
**2. YSA Investments 1, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.28 **NorthMarq**
Creditor's Name

**3500 American Blvd W., Suite 500**
**Bloomington, MN 55431**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. NorthMarq**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Seminole Ridge**
**125 W 1-240 Service Rd**
**Oklahoma City, OK 73139**
**[apartments]**

**$7,847,000.00** **$13,852,176.00**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.29 **SG Capital Partners LLC**
Creditor's Name

**750 Washington Boulevard, Suite 1050**
**Stamford, CT 06901**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Ridge**
**3834 N Oak Grove Dr**
**Midwest City, OK 73110**
**[apartments]**

**$14,296,587.00** **$18,756,436.00**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. SG Capital Partners LLC**
**2. YSA Investments 1, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.30 **SG Capital Partners LLC**
Creditor's Name

**750 Washington Boulevard, Suite 1050**
**Stamford, CT 06901**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. SG Capital Partners LLC**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Montgomery**
**500 W Main St**
**Oklahoma City, OK 73102**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,268,761.00** **$15,683,267.00**

---

2.31 **SG Capital Partners LLC**
Creditor's Name

**750 Washington Boulevard, Suite 1050**
**Stamford, CT 06901**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. SG Capital Partners LLC**
**2. YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**
**Woodland Manor**
**8641 E 61st St.**
**Tulsa, OK 74133**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$19,769,586.00** **$28,726,472.00**

---

2.32 **Stride Bank** **Describe debtor's property that is subject to a lien** **$15,116,719.00** **$25,920,527.00**

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

Creditor's Name

**324 W. Broadway Ave.**
**Enid, OK 73701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Stride Bank**
**2. YSA Investments 1, LLC**

**23 East**
**11321 E 23rd St**
**Tulsa, OK 74129**
**[apartments]**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3
3 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**727 Lofts**
**727 E Main Pl.**
**Jenks, OK 74037**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$18,838,472.00**

---

2.3
4 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Riverpark at Kensington**
**7803 S Wheeling Ave**
**Tulsa, OK 74136**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Unknown** **$33,111,709.00**

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.35 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Muntage**
**3041 NW 41st St.**
**Oklahoma City, OK 73112**
**[apartments]**

**Unknown** **$14,285,607.00**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.36 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Thrive Jenks**
**204 S Riverfront Dr.**
**Jenks, OK 74037**
**[apartments]**

**Unknown** **$28,459,488.00**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.37** **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**Describe debtor's property that is subject to a lien**
**Shoreline**
**9601 E 21st Pl.**
**Tulsa, OK 74129**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

---

**2.38** **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**Describe debtor's property that is subject to a lien**
**Lakeside Place**
**2186 S 99th E Ave.**
**Tulsa, OK 74129**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$52,300,000.00**

---

**2.39** **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lofts at North Penn**
**15501 N Pennsylvania Ave**
**Edmond, OK 73013**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Unknown** **$29,581,072.00**

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.40 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Tuscany Village**
**6900 London Way**
**Oklahoma City, OK 73132**
**[apartments]**

**Unknown** **$14,225,127.00**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.8**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.41 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Bryan Hill**
**7204 NW 36th St**
**Bethany, OK 73008**
**[apartments]**

**Unknown** **$10,948,581.00**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 2 **YSA Investments 1, LLC** — **Unknown** — **$12,724,563.00**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.10**

**Describe debtor's property that is subject to a lien**
**Springdale Village**
**4330 S Barnes Ave**
**Oklahoma City, OK 73119**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 3 **YSA Investments 1, LLC** — **Unknown** — **$12,183,272.00**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.11**

**Describe debtor's property that is subject to a lien**
**Summer Oaks**
**5744 NW 16th St**
**Oklahoma City, OK 73127**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 4 **YSA Investments 1, LLC** — **Unknown** — **$20,936,978.00**

**Describe debtor's property that is subject to a lien**

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

Creditor's Name

**Village Creek**
**6630 S Zunis Ave**
**Tulsa, OK 74136**
**[apartments]**

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.12**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.45 **YSA Investments 1, LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien**

**Unknown** **$49,923,363.00**

**One Eton Square**
**8111 E 60th St.**
**Tulsa, OK 74145**
**[apartments]**

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.13**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.46 **YSA Investments 1, LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien**

**Unknown** **$35,695,381.00**

**Villas at Midtown**
**2001 E Skelly Dr.**
**Tulsa, OK 74105**
**[apartments]**

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.14**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.47 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Barcelona Apartments**
**5160 S Yale Ave**
**Tulsa, OK 74135**
**[apartments]**

**Unknown** **$23,247,200.00**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.15**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.48 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Putnam Green**
**7525 Knight Lake Dr**
**Oklahoma City, OK 73132**
**[apartments]**

**Unknown** **$18,917,263.00**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.16**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

2.49 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.17**

**Describe debtor's property that is subject to a lien**
**Fairfax Apartments**
**7801 NE 10th St**
**Midwest City, OK 73110**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$20,270,363.00**

---

2.50 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.18**

**Describe debtor's property that is subject to a lien**
**Woodland Oaks**
**7142 S 92nd East Ave**
**Tulsa, OK 74133**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$46,264,581.00**

---

2.51 **YSA Investments 1, LLC**
Creditor's Name
**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Eaton Place**
**517 E Douglas Ave**
**Wichita, KS 67202**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Unknown** **$13,281,891.00**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.19**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.52 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Remington Ranch**
**1815 N Boomer Rd**
**Stillwater, OK 74075**
**[apartments]**

**Unknown** **$23,932,420.00**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.21**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.53 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Woodscape**
**4200 N Meridian Ave**
**Oklahoma City, OK 73112**
**[apartments]**

**Unknown** **$51,835,709.00**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.22**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

2.54 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.23**

**Describe debtor's property that is subject to a lien**
**Copperfield Apartments**
**2400 NW 30th St.**
**Oklahoma City, OK 73112**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$31,273,309.00**

2.55 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.24**

**Describe debtor's property that is subject to a lien**
**The Capitol on 28th**
**215 NE 28th St**
**Oklahoma City, OK 73105**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$32,542,690.00**

2.56 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lexington Commons (Bartlesville)**
**5530 Colony Way**
**Bartlesville, OK 74006**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Unknown** **$28,428,567.00**

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.25**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.57 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Canopy (Little Rock)**
**9201 Kanis Rd**
**Little Rock, AR 72205**
**[apartments]**

**Unknown** **$23,188,309.00**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.26**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.58 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Classen**
**2200 N Classen Blvd**
**Oklahoma City, OK 73106**
**[apartments]**

**Unknown** **$15,354,545.00**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.59 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.28**

**Describe debtor's property that is subject to a lien**
**Seminole Ridge**
**125 W 1-240 Service Rd**
**Oklahoma City, OK 73139**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$13,852,176.00**

---

2.60 **YSA Investments 1, LLC**
Creditor's Name

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.29**

**Describe debtor's property that is subject to a lien**
**Ridge**
**3834 N Oak Grove Dr**
**Midwest City, OK 73110**
**[apartments]**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$18,756,436.00**

---

2.61 **YSA Investments 1, LLC**

**Describe debtor's property that is subject to a lien**

**Unknown** **$15,683,267.00**

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

Creditor's Name

**Montgomery**
**500 W Main St**
**Oklahoma City, OK 73102**
**[apartments]**

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.30**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.62 **YSA Investments 1, LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien** — **Unknown** — **$28,726,472.00**

**Woodland Manor**
**8641 E 61st St.**
**Tulsa, OK 74133**
**[apartments]**

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.31**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.63 **YSA Investments 1, LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien** — **Unknown** — **$25,920,527.00**

**23 East**
**11321 E 23rd St**
**Tulsa, OK 74129**
**[apartments]**

**848 Brickell Avenue**
**Suite PH5**
**Miami, FL 33131**
Creditor's mailing address

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

Debtor **YSA Investments 1, LLC**
Name

Case number (if known) **26-12806 (SAH)**

**Date debt was incurred**

**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.32**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$563,812,073.42**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**12 Oak Lending, LLC**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2 **Nonpriority creditor's name and mailing address**
**727 Lofts Best Living LLC**
**850 New Burton Rd 201**
**Dover, DE 19904**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3 **Nonpriority creditor's name and mailing address**
**727 Lofts Holdings, LLC**
**850 New Burton Rd 201**
**Dover, DE 19904**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4 **Nonpriority creditor's name and mailing address**
**A-V 23 EAST OWNER, LLC**
**251 Little Falls Dr**
**Wilmington, DE 19808**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

| # | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.5 | **A-V CLASSEN OWNER, LLC**<br>**251 Little Falls Dr**<br>**Wilmington, DE 19808**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.6 | **A-V VILLAGE CREEK OWNER, LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7 | **ACRE Q018 Retention Holder LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.8 | **American Fiduciary Services LLC**<br>**10845 GRIFFITH PEAK DRIVE**<br>**Suite 200A**<br>**Las Vegas, NV 89135**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.9 | **Asset Holder, LLC**<br>**6911 S. 66TH E Ave. 100**<br>**Tulsa, OK 74133**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **AUERBACH-VESTA, LLC**<br>**251 Little Falls Dr**<br>**Wilmington, DE 19808**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.11 | **Axonic Multifamily Bridge SPV (BC) Trust**<br>**c/o Axonic Capital LLC 520 Madison Avenu**<br>**New York, NY 10022**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.12 | **B&J WOODSCAPE / OKLAHOMA CITY, LLC**<br>**6911 S. 66TH E Ave. 100**<br>**Tulsa, OK 74133**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.13 | **BARCELONA BEST LIVING, LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.14 | **BARTLESVILLE BEST LIVING, LLC**<br>**6911 S. 66TH E Ave. 100**<br>**Tulsa, OK 74133**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.15 | **Boomar Remodeling, LLC**<br>**3009 SW 54th St**<br>**Oklahoma City, OK 73119**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.16 | **BRYAN HILLS BEST LIVING, LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.17 | **City of Stillwater Oklahoma**<br>**723 S Lewis St**<br>**Stillwater, OK 74074**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.18 | **COPPERFIELD APARTMENTS, LP**<br>**6911 S. 66TH E Ave. 100**<br>**Tulsa, OK 74133**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**CREO QRS NP LLC**<br>**251 Little Falls Dr**<br>**Wilmington, DE 19808**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Dechert LLP**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**DREXEL FLATS ACQUISITION TIC, LLC**<br>**300 Creek View Rd 209**<br>**Newark, DE 19711**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**DREXEL FLATS ACQUISITION, LLC**<br>**300 Creek View Rd 209**<br>**Newark, DE 19711**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Eaton Place Best Living, LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**EATON PLACE TIC 1 LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Federal National Mortgage Association**<br>**1100 15th St NW**<br>**Washington, DC 20005**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

**3.26** **Nonpriority creditor's name and mailing address**
**GableGotwals**
**BOK Park Plaza 499 W. Sheridan Ave.**
**Suite 2200**
**Oklahoma City, OK 73102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$197,304.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**General Holding LLC**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Greenberg Traurig, LLP**
**One Vanderbilt Avenue Suite 400**
**New York, NY 10017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$550,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
**Hofland Lollman PLLC**
**401 S. Boston Avenue Suite 500**
**Tulsa, OK 74103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**Illini Holdings, LLC**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**JENKS BEST LIVING LLC**
**5251 W. 116th Place 200**
**Leawood, KS 66211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
**John Alex Upperman**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

**3.33** **Nonpriority creditor's name and mailing address**
**KDL Discovery**
**9023 Columbine Rd**
**Eden Prairie, MN 55347**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**
**KJ Chiropractic Ctr LLC McKenzie Calixte**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**LAKESIDE BEST LIVING LLC**
**Corporation Trust Center**
**1209 Orange St**
**Wilmington, DE 19801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
**Local 1814**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.37** **Nonpriority creditor's name and mailing address**
**Local 1814 Executive Board**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**
**LOFTS AT NORTH PENN BEST LIVING LLC**
**Corporation Trust Center**
**1209 Orange St**
**Wilmington, DE 19801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
**LOUIS INVESTMENTS LLC**
**5251 W. 116th Place 200**
**Leawood, KS 66211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Marc Kulick**<br>**4920 E 113th St**<br>**Tulsa, OK 74137**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**MONTGOMERY APARTMENTS HOLDINGS, LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**MUNTAGE BEST LIVING, LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Oak Street Capital, LLC**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**One Eton Square, LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**ONE ETON TIC 1 LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**PUTNAM GREEN TIC INTEREST LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

**3.47** **Nonpriority creditor's name and mailing address**
**Ready Capital Mort. Financing 2023-FL 12**
**251 Little Falls Dr**
**Wilmington, DE 19808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**
**REMINGTON RANCH'S BEST LIVING LLC**
**Corporation Trust Center**
**1209 Orange St**
**Wilmington, DE 19801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
**RIDGE BEST LIVING, LLC**
**Corporation Trust Center**
**1209 Orange St**
**Wilmington, DE 19801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**
**RIVERPARK BEST LIVING, LLC**
**300 Creek View Rd 209**
**Newark, DE 19711**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
**Shoreline's Best Living LLC**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
**SPRINGDALE VILLAGE'S BEST LIVING, LLC**
**Corporation Trust Center**
**1209 Orange St**
**Wilmington, DE 19801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.53** **Nonpriority creditor's name and mailing address**
**SUMMER OAKS BEST LIVING LLC**
**Corporation Trust Center**
**1209 Orange St**
**Wilmington, DE 19801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

Debtor **YSA Investments 1, LLC** — Name — Case number (if known) **26-12806 (SAH)**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.54 | **Ten Seven Security**<br>**4870 S Lewis Ave # 207**<br>**Tulsa, OK 74105**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.55 | **Term Fund III MRA Seller LLC**<br>**251 Little Falls Dr**<br>**Wilmington, DE 19808**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
| 3.56 | **Thrive Realestate, LLC**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.57 | **TRDWind Capitol, LLC**<br>**1999 Bryan St 900**<br>**Dallas, TX 75201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.58 | **TU PROPERTIES, LLC**<br>**511 Oak St**<br>**Kansas City, MO 64106**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.59 | **TUSCANY VILLAGE BEST LIVING LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.60 | **VESTA HOLDINGS, LLC**<br>**6911 S. 66TH E Ave. 100**<br>**Tulsa, OK 74133**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.61 | **VESTA-SEMINOLE RIDGE LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.62 | **VILLAS AT MIDTOWN BEST LIVING LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.63 | **Westlake Hardware Inc.**<br>**14000 Marshall Drive**<br>**Lenexa, KS 66215**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.64 | **Wildwood Assets, LLC**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.65 | **Woodland Manor TIC 1, LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.66 | **Woodland Manor's Best Living, LLC**<br>**Corporation Trust Center**<br>**1209 Orange St**<br>**Wilmington, DE 19801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **867,304.08** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **867,304.08** |

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement agreement** | |
| | State the term remaining | | **Bayard, P.A.**<br>**600 N. King Street**<br>**Suite 400**<br>**Wilmington, DE 19801** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Management Agreement** | |
| | State the term remaining | **8/1/26 - 7/31/27** | **Capital Assets, Inc.**<br>**8002 S. 101st East Avenue**<br>**Tulsa, OK 74133** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement agreement** | |
| | State the term remaining | | **Dechert LLP**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement agreement** | |
| | State the term remaining | | **GableGotwals**<br>**BOK Park Plaza 499 W. Sheridan Ave.**<br>**Suite 2200**<br>**Oklahoma City, OK 73102** |
| | List the contract number of any government contract | | |

Debtor 1 **YSA Investments 1, LLC** Case number (*if known*) **26-12806 (SAH)**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Engagement agreement** | |
| State the term remaining | | **Greenberg Traurig, LLP**<br>**One Vanderbilt Avenue Suite 400**<br>**New York, NY 10017** |
| List the contract number of any government contract | | |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **Engagement agreement** | |
| State the term remaining | | **Hofland Lollman PLLC**<br>**401 S. Boston Avenue Suite 500**<br>**Tulsa, OK 74103** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **727 Lofts Best Living, LLC** | **727 E Main Pl<br>Jenks, OK 74037** | **ACRE Q018 Retention Holder, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.2 | **A-V 23 East Owner LLC** | **11327 E 23rd St<br>Tulsa, OK 74129** | **Stride Bank** | ■ D **2.32**<br>☐ E/F<br>☐ G |
| 2.3 | **A-V Village Creek Owner LLC** | **6630 S Zunis Ave<br>Tulsa, OK 74136** | **CREO QRS NP LLC and CREO QRS VC LLC** | ■ D **2.12**<br>☐ E/F<br>☐ G |
| 2.4 | **B & J Woodscape/Oklahoma City LLC** | **4200 N Meridian Ave<br>Oklahoma City, OK 73112** | **Newmark (Newmark Knight Frank)** | ■ D **2.22**<br>☐ E/F<br>☐ G |
| 2.5 | **Barcelona Best Living LLC** | **5160 S Yale Ave<br>Tulsa, OK 74135** | **Federal National Mortgagte Association** | ■ D **2.15**<br>☐ E/F<br>☐ G |

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Bartlesville Best Living LLC** | **5530 Colony Way Bartlesville, OK 74006** | **Newmark (Newmark Knight Frank)** | ■ D **2.25** ☐ E/F ☐ G |
| 2.7 | **Bryan Hill's Best Living LLC** | **7204 NW 36th St Bethany, OK 73008** | **Community Loan Servicing, LLC** | ■ D **2.9** ☐ E/F ☐ G |
| 2.8 | **Canopy Best Living LLC** | **9201 Kanis Rd Little Rock, AR 72205** | **Newmark (Newmark Knight Frank)** | ■ D **2.26** ☐ E/F ☐ G |
| 2.9 | **Copperfield Apartments LP** | **2400 NW 30th St Oklahoma City, OK 73112** | **Newmark (Newmark Knight Frank)** | ■ D **2.23** ☐ E/F ☐ G |
| 2.10 | **Eaton Place Best Living, LLC** | **517 E Douglas Ave Wichita, KS 67202** | **Legacy Bank** | ■ D **2.19** ☐ E/F ☐ G |
| 2.11 | **Eaton Place TIC 1 Owner, LLC** | **517 E Douglas Ave Wichita, KS 67202** | **Legacy Bank** | ■ D **2.19** ☐ E/F ☐ G |
| 2.12 | **Fairfax Best Living, LLC** | **7801 NE 10th St Oklahoma City, OK 73110** | **Kayne Capital** | ■ D **2.17** ☐ E/F ☐ G |
| 2.13 | **Fairfax Investors, LLC** | **7801 NE 10th St Oklahoma City, OK 73110** | **Kayne Capital** | ■ D **2.17** ☐ E/F ☐ G |

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **GAM Chestnut Properties, LLC** | **5160 S Yale Ave Tulsa, OK 74135** | **Federal National Mortgagte Association** | ■ D **2.15**<br>☐ E/F<br>☐ G |
| 2.15 | **Jenks Best Living, LLC** | **204 S Riverfront Dr Jenks, OK 74037** | **Berkadia Commercial Mortgage LLC** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.16 | **Lakeside Best Living, LLC** | **9601 E 21st Pl Tulsa, OK 74129** | **BMO** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.17 | **Lofts at North Penn Best Living, LLC** | **15501 N Pennsylvania Ave Edmond, OK 73013** | **Cohen + Company** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.18 | **Montgomery Apartment Holdings, LLC** | **500 W Main St Oklahoma City, OK 73102** | **SG Capital Partners LLC** | ■ D **2.30**<br>☐ E/F<br>☐ G |
| 2.19 | **Muntage Best Living, LLC** | **3041 NW 41st St Oklahoma City, OK 73112** | **Bancorp Bank, National Association** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.20 | **One Eton Square LLC** | **8111 E 60th St Tulsa, OK 74145** | **Federal National Mortgage Association** | ■ D **2.13**<br>☐ E/F<br>☐ G |
| 2.21 | **One Eton TIC 1, LLC** | **8111 E 60th St Tulsa, OK 74145** | **Federal National Mortgage Association** | ■ D **2.13**<br>☐ E/F<br>☐ G |

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Putnam Green TIC Interest, LLC** | **7525 Knight Lake Dr Oklahoma City, OK 73132** | **First United Bank and Trust Co.** | ■ D **2.16**<br>☐ E/F<br>☐ G |
| 2.23 | **Remington Ranch Best Living LLC** | **1815 N Boomer Rd Stillwater, OK 74075** | **Newmark (Newmark Knight Frank)** | ■ D **2.21**<br>☐ E/F<br>☐ G |
| 2.24 | **Ridge Best Living LLC** | **3834 N Oak Grove Dr Oklahoma City, OK 73110** | **SG Capital Partners LLC** | ■ D **2.29**<br>☐ E/F<br>☐ G |
| 2.25 | **Riverpark Best Living, LLC** | **7803 S Wheeling Ave Tulsa, OK 74136** | **Axonic Capital LLC** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.26 | **Shoreline's Best Living, LLC** | **9601 E 21st Tulsa, OK 74129** | **BMO** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.27 | **Springdale Village's Best Living, LLC** | **4330 S Barnes Ave Oklahoma City, OK 73119** | **Community Loan Servicing, LLC** | ■ D **2.10**<br>☐ E/F<br>☐ G |
| 2.28 | **Summer Oaks Best Living, LLC** | **5744 NW 16th St Oklahoma City, OK 73127** | **Community Loan Servicing, LLC** | ■ D **2.11**<br>☐ E/F<br>☐ G |
| 2.29 | **TRDwind Capitol, LLC** | **215 NE 28th St Oklahoma City, OK 73105** | **Newmark (Newmark Knight Frank)** | ■ D **2.24**<br>☐ E/F<br>☐ G |

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Tuscany Village Best Living LLC** | **6900 London Way Oklahoma City, OK 73132** | **Community Loan Servicing, LLC** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.31 | **Vesta Classen LLC** | **2200 N Classen Blvd Oklahoma City, OK 73106** | **Newmark (Newmark Knight Frank)** | ■ D **2.27**<br>☐ E/F<br>☐ G |
| 2.32 | **Vesta-Seminole Ridge LLC** | **125 W I-240 Serv. Rd. Oklahoma City, OK 73139** | **NorthMarq** | ■ D **2.28**<br>☐ E/F<br>☐ G |
| 2.33 | **Villas at Midtown Best Living LLC** | **2001 E Skelly Dr Tulsa, OK 74105** | **Federal National Mortgagte Association** | ■ D **2.14**<br>☐ E/F<br>☐ G |
| 2.34 | **Woodland Manor TIC 1, LLC** | **8641 E 61st St Tulsa, OK 74133** | **SG Capital Partners LLC** | ■ D **2.31**<br>☐ E/F<br>☐ G |
| 2.35 | **Woodland Manor's Best Living, LLC** | **8641 E 61st St Tulsa, OK 74133** | **SG Capital Partners LLC** | ■ D **2.31**<br>☐ E/F<br>☐ G |
| 2.36 | **Woodland Oaks Best Living, LLC** | **7142 S 92nd E Ave Tulsa, OK 74133** | **Kayne Capital** | ■ D **2.18**<br>☐ E/F<br>☐ G |
| 2.37 | **Woodland Oaks Investors, LLC** | **7142 S 92nd E Ave Tulsa, OK 74133** | **Kayne Capital** | ■ D **2.18**<br>☐ E/F<br>☐ G |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

## YSA INVESTMENTS I, LLC (26-12806 (SAH))

### Part 11: All Other Assets, Question 74

| Court | Case Number | Counterparties / Parties | Status |
|---|---|---|---|
| Del. Ct. Ch. (McCormick, C.) | **C.A. No. 2025-1319-KSJM** | Marc Kulick; Vesta Holdings, LLC; 46 named third-party defendants; Does 1-100; Roe Entities 1-100 | Pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | Marc Kulick; Vesta Holdings, LLC; Vesta Realty, LLC; related transferees | Pending |
| Del. Ct. Ch. | **C.A. No. 2026-0866** | Entrata, Inc.; EntrataPay, LLC; Entrata Software, LLC; Worldpay, LLC | Dismissed pre-petition |
| N.D. Okla. | **No. 4:26-cv-00383-GKF-SH** | Marc Kulick and affiliates (YSA as intervenor) | Pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | Breach of the promissory notes, the Collateral Pledge and Security Agreements, the Guaranty and the Joinder of Borrower-Affiliated Entities across the four defaulted loans (Feb. 18, 2025; April 2025 (Parc 1010); July 16, 2025; July 31, 2025). | Pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | Fees and costs incurred as a result of default and to protect collateral and collect the obligations, under the Note and CPSA §§ 2.1, 4.1, 4.2 and the Guaranty. | Pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | Kulick never intended to deliver the promised portfolio and collateral package; pattern of asserting usury as a post hoc defence. | Pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | Kulick and Vesta Holdings as alter egos of the title-owning entities; loans characterised as equity infusions supporting approximately 99.9% beneficial ownership. | Pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | Pleaded in the alternative. | Pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | Avoidance and recovery against transferees of Vesta enterprise funds. | Pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | Imposition on properties acquired or improved with fraudulently transferred funds. | Pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | Value conferred in propping up properties and paying obligations of others. | Pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | (i) That the loan documents are not unconscionable as a matter of Delaware law; (ii) ownership of the pledged interests. | Pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | Subordination of insider and affiliate claims, applied to all alter ego entities rather than to Kulick alone. | Pending |

## Part 11: All Other Assets, Question 74

| | | | |
|---|---|---|---|
| Del. Ct. Ch. (McCormick, C.) | **C.A. No. 2025-1319-KSJM** | Marc Kulick; Vesta Holdings, LLC; Asset Holder, LLC | Post-trial; 54(b) pending |
| Del. Super. Ct. | **No. N25C-10-309-KMM** | Marc Kulick and affiliated entities | Held in abeyance |
| Del. Ct. Ch. | **C.A. No. 2026-0866** | Entrata, Inc.; EntrataPay, LLC; Entrata Software, LLC; Worldpay, LLC | Dismissed 7/20/26 |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **Adv. No. 26-03071-sgj** | Louis Investments, LLC | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **Adv. No. 26-03074-sgj** | 34 plaintiffs (10 debtors, 24 non-debtors) | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **No. 26-33110-sgj11 (lead)** | Kulick-side property entities | Pending |
| Bankr. D. Md., Baltimore Div. (Harner, J.) | **No. 26-17757-MMH** | PSC Thrive, LLC | Pending |
| Bankr. D. Md., Baltimore Div. (Harner, J.) | **No. 26-17758-MMH** | Jenk's Best Living, LLC | Pending |
| Bankr. D. Md. (Harner, J.) | **Adv. Pro. No. 26-00176-MMH** | Jenk's Best Living, LLC | Pending |
| N.D. Okla. | **No. 4:26-cv-00383-GKF-SH** | John Alex Upperman and affiliated creditor entities | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **No. 26-32779** | Kulick-side property entity (debtor) | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **No. 26-32780** | Kulick-side property entity (debtor) | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **No. 26-32804** | Kulick-side property entity (debtor) | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **No. 26-32920** | Kulick-side property entity (debtor) | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **No. 26-32922** | Kulick-side property entity (debtor) | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **No. 26-33093** | Kulick-side property entity (debtor) | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **No. 26-33110-sgj11** | Kulick-side property entity (debtor) | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **No. 26-33167** | Kulick-side property entity (debtor) | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **No. 26-33168** | Kulick-side property entity (debtor) | Pending |
| Bankr. N.D. Tex. (Jernigan, C.J.) | **No. 26-33177** | Kulick-side property entity (debtor) | Pending |
| W.D. Okla. | **No. 26-11984** | Kulick-side property entity (debtor) | Pending |
| W.D. Okla. | **No. 26-11985** | Kulick-side property entity (debtor) | Pending |
| W.D. Okla. | **No. 26-11986** | Kulick-side property entity (debtor) | Pending |
| W.D. Okla. | **No. 26-11987** | Kulick-side property entity (debtor) | Pending |
| Oklahoma County, OK | **CJ-2026-1970** | Senior lender: Fannie Mae ($17,641,000) | Pending |
| Tulsa County, OK | **CJ-2026-1187** | Senior lender: Fannie Mae ($13,132,000) | Pending |
| Tulsa County, OK | **CJ-2026-02188** | Senior lender: ACRE ($17,791,863.52) | Pending |
| Washington County, OK | **CJ-2026-00088** | Senior lender: Fannie Mae ($15,006,000) | Pending |

| | | | |
|---|---|---|---|
| Tulsa County, OK | **CJ-2026-1215** | Senior lender: Fannie Mae ($35,027,000) | Pending |
| Payne County, OK | **CJ-2026-77** | Senior lender: Fannie Mae ($13,470,000) | Pending |
| Pulaski County, AR | **60CV-26-3320** | Senior lender: Fannie Mae ($13,565,000) | Pending |
| Oklahoma County, OK | **CJ-2026-1968** | Senior lender: Fannie Mae ($21,408,000) | Pending |

YSA INVESTMENTS I, LLC 26-12806 (SAH)

Part 11: All Other Assets

Question 77

The Debtor's Membership Interests in Other Entities (All Delaware LLCs):

A-V 23 East Owner LLC

727 Lofts Best Living, LLC

B & J Woodscape/Oklahoma City LLC

Barcelona Best Living LLC

Bartlesville Best Living LLC

Bryan Hill's Best Living LLC

Canopy Best Living LLC

Copperfield Apartments LP

Eaton Place Best Living, LLC

Eaton Place TIC 1 Owner, LLC

Fairfax Best Living, LLC

Fairfax Investors, LLC

GAM Chestnut Properties, LLC

Jenks Best Living, LLC

Lakeside Best Living, LLC

Lofts at North Penn Best Living, LLC

Montgomery Apartment Holdings, LLC

Muntage Best Living, LLC

One Eton Square LLC

One Eton TIC 1, LLC

Putnam Green TIC Interest, LLC

Remington Ranch Best Living LLC

Ridge Best Living LLC

Riverpark Best Living LLC

Shoreline's Best Living, LLC

Springdale Village's Best Living, LLC

Summer Oaks Best Living, LLC

TRDwind Capitol, LLC

Tuscany Village Best Living LLC

Vesta Classen LLC

Vesta-Seminole Ridge LLC

Villas at Midtown Best Living LLC

Woodland Manor TIC 1, LLC

Woodland Manor's Best Living, LLC

Woodland Oaks Best Living, LLC

Woodland Oaks Investors, LLC

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 25, 2026**

*X* **/s/ Aharon Diveroli**
Signature of individual signing on behalf of debtor

**Aharon Diveroli**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** **Income**

1. **Gross revenue from business**

■ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|
| 3.1. **Merchant Bank** | **5/4/26** | **$42.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.2. **Gateway Services** | **5/5/26** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.3. **Prevail Trial Consultants, LLC** | **5/12/26** | **$6,059.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. **Merchant Bank** | **6/3/26** | **$42.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.5. **Gateway Services** | **6/4/26** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. **Hofland Lollman PLLC** | **6/22/26** | **$12,300.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. **GlobalGotwals** | **6/22/26** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.8. **KLD Discovery Ontrack, LLC** | **6/23/26** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.9. **Greenberg Traurig** | **6/30/26** | **$250,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10. **Merchant Bank** | **7/3/26** | **$42.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.11. | **Gateway Services** | **7/7/26** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.12. | **Weir LLP Rule 1.15 Attorney Trust Accoun** | **7/10/26** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13. | **GableGotwals** | **7/10/26** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14. | **Hofland Lollman PLLC** | **7/14/26** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.15. | **McNamee Hosea** | **7/21/26** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.16. | **Hofland Lollman PLLC** | **7/21/26** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.17. | **Jonathan Berney** | **7/21/26** | **$6,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Urban Opportunity Partners LLC**<br><br>**Affiliate of insider lender Kingbird Ventures LLC** | **10/21/2025** | **$975,747.76** | **Loan Repayment** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jenk's Best Living v. Marc Kulick; Vesta Realty, LLC; Vesta Capital, LLC; YSA Investments 1, LLC; Bocaire Tulsa Lender, LLC**<br>**Adv. Pro. No. 26-00176 (MMH)** | | **U.S. Bankruptcy Court for District of MD** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **FNMA v. Barcelona Best Living, LLC**<br>**CJ-2026-1187** | **Foreclosure** | **Tulsa County District Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **FNMA v. Villas at Midtown Best Living, LLC**<br>**CJ-2026-1188** | **Foreclosure** | **Tulsa County District Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **FNMA v. Bartlesville Best Living, LLC**<br>**CJ-2026-00088** | **Foreclosure** | **Washington County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **FNMA v. Copperfield Apartments Limited**<br>**CJ-2026-1970** | **Foreclosure** | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **FNMA v. One Eton TIC 1, LLC**<br>**CJ-2026-1215** | **Foreclosure** | **Tulsa County District Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **FNMA v. Trdwind Capitol, LLC**<br>**CJ-2026-1968** | **Foreclosure** | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **FNMA v. B&J Woodscape/Oklahoma City, LLC**<br>**CJ-2026-1969** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **FNMA v. Remington Ranch's Best Living, LLC**<br>**CJ-2026-77** | **Foreclosure** | **Payne County Disitrict Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **ACRE Q018 Retention Holder, LLC v. 727 Lofts Best Living, LLC**<br>**CJ-2026-2188** | | **Tulsa County District Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **FNMA v. Kullick, Upperman Mondry, Moore & Vesta Realty, LLC**<br>**5:26-cv-01400-HE** | | **U.S. District Ct., W. Distr. of Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Upperman, Illini Holdings, Thrive Real Estate, Wildwood Assets, TU Properties, Oak Street Capital & 12 Oak Lending v. Kulick, Vesta Realty, Vesta Holdings, Louis Investments & Asset Holder**<br>**4:26-cv-00383-SH** | **Intervenor** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Louis Investments, LLC and 34 title-owner plaintiffs v. YSA Investments 1, LLC**<br>**Adv. No. 26-03074-sgj** | | **U.S. Bankruptcy Court, N.D. TX (Dallas)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **CREO QRS NP LLC v. Lofts at North Penn Best Living, LLC**<br>**CJ-2025-7426** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **CREO QRS VC LLC v. A-V Village Creek Owner LLC**<br>**CJ-2025-4684** | | **Tulsa County District Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.16. | **Ready Capital Mortgage Financing 2023-FL12, LLC v. Drexel Flats Acquisition LLC**<br>**CJ-2026-1275** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Saperean Capital IV TB Note Lender KD4, LLC v. Woodland Oaks Best Living, LLC**<br>**CJ-2025-8499** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Saperean Capital IV TV Note Lender KD4, LLC v. Fairfax Best Living, LLC**<br>**CJ-2025-8499** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Term Fund III MRA Seller LLC v. A-V Classen Owner LLC, et al.**<br>**CJ-2026-4901** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Canopy Apartments foreclosure (Little Rock, Arkansas)**<br>**60CV-26-3320** | | **Daniel A. Gonzalez**<br>**11966 Reedy Creek Dr**<br>**Apt 101**<br>**Orlando, FL 32836** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **City of Tulsa code enforcement actions** | | **City of Tulas (municipal/administrative)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Fairfax Best Living, LLC Debtor**<br>**26-11985** | | **Bankruptcy Court W.D. Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Woodland Oaks Best Living, LLC Debtor**<br>**26-11986** | | **Bankruptcy Court W.D. Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Woodland Oaks Investors, LLC Debtor**<br>**26-11987** | | **Bankruptcy Court W.D. Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **727 Lofts Best Living, LLC Debtor**<br>**26-32779-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | **727 Lofts Holdings, LLC Debtor**<br>**26-32780-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | **Remington Ranch's Best Living, LLC Debtor**<br>**26-32804-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.28. | **Lofts at North Penn Best Living, LLC Debtor<br>26-32920-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | **A-V Village Creek Owner, LLC Debtor<br>26-32922-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | **Barcelona Best Living, LLC Debtor<br>26-33093-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | **Louis Investments, LLC Debtor<br>26-33110-sgi** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | **Woodland Manor Best Living, LLC Debtor<br>26-33167-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | **Woodland Manor TIC 1, LLC Debtor<br>26-33168-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. | **Ridge Best Living, LLC Debtor<br>26-33177-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | **PSC Thrive, LLC Debtor<br>26-17757 (MMH)** | | **Bankruptcy Court District of Maryland** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. | **Jenk's Best Living, LLC Debtor<br>26-17758 (MMH)** | | **Bankruptcy Court District of Maryland** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Daniel J. Sherman<br>Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding 727 Lofts Best Living, LLC property.** | **$0.00** |
| | Case title<br>**In re 727 Lofts Best Living, LLC**<br>Case number<br>**26-32779**<br>Date of order or assignment<br>**07/28/2026** | Court name and address<br>**Bankr. N.D. Tex.<br>Earle Cabell Federal Building<br>1100 Commerce St., Rm. 1254<br>Dallas, TX 75242** |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Daniel J. Sherman<br>Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208 | Chapter 11 Trustee appointed in bankruptcy case regarding 727 Lofts Holdings, LLC property. | $0.00 |
| | **Case title**<br>In re 727 Lofts Holdings, LLC<br>**Case number**<br>26-32780<br>**Date of order or assignment**<br>07/28/2026 | **Court name and address**<br>Bankr. N.D. Tex.<br>Earle Cabell Federal Building<br>1100 Commerce St., R.m. 1254<br>Dallas, TX 75242 |
| **Custodian's name and Address** | **Describe the property** | **Value** |
| Daniel J. Sherman<br>Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208 | Chapter 11 Trustee appointed in bankruptcy case regarding Lofts at North Penn Best Living, LLC property. | $0.00 |
| | **Case title**<br>Lofts at North Penn Best Living, LLC<br>**Case number**<br>26-32920<br>**Date of order or assignment**<br>07/28/2026 | **Court name and address**<br>Bankr. N.D. Tex.<br>Earle Cabell Federal Building<br>1100 Commerce St., Rm. 1254<br>Dallas, TX 75242 |
| **Custodian's name and Address** | **Describe the property** | **Value** |
| Daniel J. Sherman<br>Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208 | Chapter 11 Trustee appointed in bankruptcy case regarding A-V Village Creek Owner, LLC property. | $0.00 |
| | **Case title**<br>In re A-V Village Creek Owner, LLC<br>**Case number**<br>26-32922<br>**Date of order or assignment**<br>07/28/2026 | **Court name and address**<br>Bankr. N.D. Tex.<br>Earle Cabell Federal Building<br>1100 Commerce St., Rm. 1254<br>Dallas, TX 75242 |
| **Custodian's name and Address** | **Describe the property** | **Value** |
| Daniel J. Sherman<br>Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208 | Chapter 11 Trustee appointed in bankruptcy case regarding Remington Ranch's Best Living, LLC property. | $0.00 |
| | **Case title**<br>In re Remington Ranch's Best Living, LLC<br>**Case number**<br>26-32804<br>**Date of order or assignment**<br>07/28/2026 | **Court name and address**<br>Bankr. N.D. Tex.<br>Earle Cabell Federal Building<br>1100 Commerce St., Rm. 1254<br>Dallas, TX 75242 |
| **Custodian's name and Address** | **Describe the property** | **Value** |
| Daniel J. Sherman<br>Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208 | Chapter 11 Trustee appointed in bankruptcy case regarding Barcelona Best Living, LLC property. | $0.00 |
| | **Case title**<br>In re Barcelona Best Living, LLC<br>**Case number**<br>26-33093<br>**Date of order or assignment**<br>07/28/2026 | **Court name and address**<br>Bankr. N.D. Tex<br>Earle Cabell Federal Building<br>1100 Commerce St., Rm. 1254<br>Dallas, TX 75242 |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Daniel J. Sherman**<br>**Sherman & Yaquinto, L.L.P.**<br>**509 N. Montclair Avenue**<br>**Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding Louis Investments, LLC property.** | **$0.00** |
| | Case title: **In re Louis Investments, LLC**<br>Case number: **26-33110**<br>Date of order or assignment: **07/28/2026** | Court name and address: **Bankr. N.D. Tex.**<br>**Earle Cabell Federal Building**<br>**1100 Commerce St., Rm. 1254**<br>**Dallas, TX 75242** |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Daniel J. Sherman**<br>**Sherman & Yaquinto, L.L.P.**<br>**509 N. Montclair Avenue**<br>**Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding Woodland Manor Best Living, LLC property.** | **$0.00** |
| | Case title: **In re Woodland Manor Best Living, LLC**<br>Case number: **26-33167**<br>Date of order or assignment: **07/28/2026** | Court name and address: **Bankr. N.D. Tex**<br>**Earle Cabell Federal Building**<br>**1100 Commerce St., Rm. 1254**<br>**Dallas, TX 75242** |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Daniel J. Sherman**<br>**Sherman & Yaquinto, L.L.P.**<br>**509 N. Montclair Avenue**<br>**Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding Woodland Manor TIC 1, LLC property.** | **$0.00** |
| | Case title: **In re Woodland Manor TIC 1, LLC**<br>Case number: **26-33168**<br>Date of order or assignment: **07/28/2026** | Court name and address: **Bankr. N.D. Tex**<br>**Earle Cabell Federal Building**<br>**1100 Commerce St., Rm. 1254**<br>**Dallas, TX 75242** |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Daniel J. Sherman**<br>**Sherman & Yaquinto, L.L.P.**<br>**509 N. Montclair Avenue**<br>**Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding Ridge Best Living, LLC property.** | **$0.00** |
| | Case title: **In re Ridge Best Living, LLC**<br>Case number: **26-33177**<br>Date of order or assignment: **07/28/2026** | Court name and address: **Bankr. N.D. Tex**<br>**Earle Cabell Federal Building**<br>**1100 Commerce St., Rm. 1254**<br>**Dallas, TX 75242** |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Scott Shefman**<br>**Friedman Real Estate Management**<br>**34975 West Twelve Mile Rd**<br>**Farmington, MI 48331** | **Appointment of receiver over the Fairfax (7801 NE 10th Street, Midwest City, Oklahoma) and Woodland Oaks (7142 South 92nd East Avenue, Tulsa, Oklahoma 74133) properties.** | **$0.00** |
| | Case title: **Term Fund B IV MRA Seller LLC v.**<br>Case number: **CJ-2026-3185**<br>Date of order or assignment: **07/14/2026** | Court name and address: **District Court for Tulsa County Oklahoma**<br>**500 S Denver**<br>**Tulsa, OK 74103** |

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bayard, P.A.**<br>**600 N. King Street**<br>**Suite 400**<br>**Wilmington, DE 19801** | | **07/28/2026** | **$50,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| **Address** | **Dates of occupancy From-To** |
|---|---|

**Part 8:** **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| **Depository institution name and address** | **Names of anyone with access to it Address** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Jeremy Bernstein, CPA<br>Imber and Company, P.A.<br>6100 Hollywood Blvd<br>Suite 515<br>Hollywood, FL 33024** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Jeremy Bernstein, CPA<br>Imber and Company, P.A.<br>6100 Hollywood Blvd<br>Suite 515<br>Hollywood, FL 33024** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Jeremy Bernstein, CPA<br>Imber and Company, P.A.<br>6100 Hollywood Blvd<br>Suite 515<br>Hollywood, FL 33024** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aharon Diveroli** | **848 Brickell Avenue<br>Suite PH5<br>Miami, FL 33131** | **Manager** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Interchange Claims Group LLC | 1826 Ponce de Leon Blvd<br>Miami, FL 33134 | Sole Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Interchange Claims Group LLC | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 25, 2026**

**/s/ Aharon Diveroli**
Signature of individual signing on behalf of the debtor

**Aharon Diveroli**
Printed name

Position or relationship to debtor **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ■ No
- ☐ Yes

**United States Bankruptcy Court**
**Western District of Oklahoma**

In re **YSA Investments 1, LLC** Debtor(s)

Case No. **26-12806 (SAH)**
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 25, 2026**

**/s/ Aharon Diveroli**
**Aharon Diveroli**/**Manager**
Signer/Title

YSA INVESTMENTS 1, LLC
848 BRICKELL AVENUE
SUITE PH5
MIAMI, FL 33131

A-V 23 EAST OWNER, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

AMERICAN FIDUCIARY SERVICES LLC
10845 GRIFFITH PEAK DRIVE
SUITE 200A
LAS VEGAS, NV 89135

ERICKA F. JOHNSON
BAYARD P.A.
600 N. KING ST
SUITE 400
WILMINGTON, DE 19801

A-V CLASSEN OWNER, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

AMERICAN FIDUCIARY SERVICES, LLC
700 NE MULTNOMAH STREET SUITE 1550
PORTLAND, OR 97232

12 OAK LENDING, LLC
A-V VILLAGE CREEK OWNER LLC
6630 S ZUNIS AVE
TULSA, OK 74136

ARBOR WOODS ASSOCIATES, LLC
186 N. MAIN ST. FLOOR 2 SUITE 1
PLYMOUTH, MI 48170

2059 PARTNERS, LLC
THE CORPORATION TRUST
1209 ORANGE STREET
WILMINGTON, DE 19801

YSA INVESTMENTS 1, LLC
848 BRICKELL AVENUE
SUITE PH5
MIAMI, FL 33131

A-V 23 EAST OWNER, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

AMERICAN FIDUCIARY SERVICES LLC
10845 GRIFFITH PEAK DRIVE
SUITE 200A
LAS VEGAS, NV 89135

ERICKA F. JOHNSON
BAYARD P.A.
600 N. KING ST
SUITE 400
WILMINGTON, DE 19801

A-V CLASSEN OWNER, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

AMERICAN FIDUCIARY SERVICES, LLC
700 NE MULTNOMAH STREET SUITE 1550
PORTLAND, OR 97232

12 OAK LENDING, LLC
A-V VILLAGE CREEK OWNER LLC
6630 S ZUNIS AVE
TULSA, OK 74136

ARBOR WOODS ASSOCIATES, LLC
186 N. MAIN ST. FLOOR 2 SUITE 1
PLYMOUTH, MI 48170

2059 PARTNERS, LLC
THE CORPORATION TRUST
1209 ORANGE STREET
WILMINGTON, DE 19801

A-V VILLAGE CREEK OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

ARGENTA'S BEST LIVING INVESTORS, LLC
11301 NALL AVE 210
LEAWOOD, KS 66211

206 QUEEN ANNE CLUB, LLC
2833 SMITH AVE 402
BALTIMORE, MD 21209

ACRE CREDIT INVESTMENTS II
233 S. WACKER DRIVE, SUITE 5900
CHICAGO, IL 60606

ASSET HOLDER, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

2201 S. HALSTED, LLC
30 N. MICHIGAN AVE 2100
CHICAGO, IL 60602

ACRE Q018 RETENTION HOLDER LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

AUERBACH-VESTA 23 EAST, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

727 LOFTS BEST LIVING LLC
850 NEW BURTON RD 201
DOVER, DE 19904

ACRE Q018 RETENTION HOLDER, LLC
CORPORATION TRUST CENTER

1209 ORANGE ST.
WILMINGTON, DE 19801

AUERBACH-VESTA COPPERFIELD, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

727 LOFTS BEST LIVING, LLC
727 E MAIN PL
JENKS, OK 74037

ADDRESSERS, INC.
15700 TEXACO AVENUE
PARAMOUNT, CA 90723

AUERBACH-VESTA ONE ETON SQUARE, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

727 LOFTS HOLDINGS, LLC
850 NEW BURTON RD 201
DOVER, DE 19904

AINSWORTH & CLANCY, PLLC
1826 PONCE DE LEON BOULEVARD
MIAMI, FL 33131

AUERBACH-VESTA REMINGTON RANCH, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

A-V 23 EAST OWNER LLC
11327 E 23RD ST
TULSA, OK 74129

ALAYON & ASSOCIATES, P.A.
135 SAN LORENZO AVENUE SUITE 820
CORAL GABLES, FL 33146

AUERBACH-VESTA VILLAGE CREEK, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

AUERBACH-VESTA, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

BAYARD, P.A.
600 N. KING STREET
SUITE 400
WILMINGTON, DE 19801

BRYAN HILL'S BEST LIVING LLC
7204 NW 36TH ST
BETHANY, OK 73008

AXONIC CAPITAL LLC
390 PARK AVENUE
15TH FLOOR
NEW YORK, NY 10022

BERKADIA COMMERCIAL MORTGAGE LLC
323 NORRISTOWN ROAD, SUITE 300
AMBLER, PA 19002

BRYAN HILLS BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

AXONIC MULTIFAMILY BRIDGE SPV (BC) TRUST
C/O AXONIC CAPITAL LLC
520 MADISON AVENUE
NEW YORK, NY 10022

BMO
320 SOUTH CANAL STREET
CHICAGO, IL 60606

CANOPY BEST LIVING LLC
9201 KANIS RD
LITTLE ROCK, AR 72205

B & J WOODSCAPE/OKLAHOMA CITY LLC
4200 N MERIDIAN AVE
OKLAHOMA CITY, OK 73112

BMO BANK, N.A.
320 S. CANAL STREET
CHICAGO, IL 60606

CANOPY BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

B&J WOODSCAPE / OKLAHOMA CITY, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA
320 ROBERT S KERR AVE ROOM 204
OKLAHOMA CITY, OK 73102

CAPITAL ASSETS, INC.
8002 S. 101ST EAST AVENUE
TULSA, OK 74133

BANCORP BANK, NATIONAL ASSOCIATION
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

BOCAIRE TULSA LENDER, LLC
C/O COGENCY GLOBAL INC.,
850 NEW BURTON ROAD, SUITE 201
DOVER, DE 19904

CAPITAL FUND LAW GROUP, P.C.

405 LEXINGTON AVENUE 26TH FLOOR
NEW YORK, NY 10174

BARCELONA BEST LIVING LLC
5160 S YALE AVE
TULSA, OK 74135

BOOMAR REMODELING, LLC
3009 SW 54TH ST
OKLAHOMA CITY, OK 73119

CAPITOL SOLE MEMBER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

BARCELONA BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

BRYAN HILL TIC 1, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

CAROZZA-LOEFFLER, LLC
11301 NALL AVE 210
LEAWOOD, KS 66211

BARTLESVILLE BEST LIVING LLC
5530 COLONY WAY
BARTLESVILLE, OK 74006

BRYAN HILL TIC 2, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

CITY OF STILLWATER OKLAHOMA
723 S LEWIS ST

STILLWATER, OK 74074

BARTLESVILLE BEST LIVING, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

BRYAN HILL TIC 3, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

COHEN + COMPANY
3 COLUMBUS CIRCLE, 24TH FLOOR
NEW YORK, NY 10019

COMMUNITY LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD., SUITE 300
MIAMI, FL 33146

DREXEL FLATS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711

FAIRFAX BEST LIVING, LLC
7801 NE 10TH ST
OKLAHOMA CITY, OK 73110

COPPERFIELD APARTMENTS LP
2400 NW 30TH ST
OKLAHOMA CITY, OK 73112

DREXEL FLATS HOLDINGS, LLC
186 N. MAIN ST. FLOOR 2 SUITE 1
PLYMOUTH, MI 48170

FAIRFAX HOLDING COMPANY LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

COPPERFIELD APARTMENTS, LP
6911 S. 66TH E AVE. 100
TULSA, OK 74133

DREXEL FLATS SPONSOR, LLC
186 N. MAIN ST. FLOOR 2 SUITE 1
PLYMOUTH, MI 48170

FAIRFAX INVESTORS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

COPPERFIELD, GP
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

EATON PLACE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

FAIRFAX INVESTORS, LLC
7801 NE 10TH ST
OKLAHOMA CITY, OK 73110

CREO QRS NP LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

EATON PLACE BEST LIVING, LLC
517 E DOUGLAS AVE
WICHITA, KS 67202

FEDERAL NATIONAL MORTGAGE ASSOCIATION
1100 15TH ST. NW
WASHINGTON, DC 20005

CREO QRS NP LLC AND CREO QRS VC LLC
251 LITTLE FALLS DR

WILMINGTON, DE 19808

EATON PLACE INVESTOR, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

FEDERAL NATIONAL MORTGAGE ASSOCIATION
1100 15TH ST NW
WASHINGTON, DC 20005

CREO QRS VC LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

EATON PLACE TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

FEDERAL NATIONAL MORTGAGTE ASSOCIATION
1100 15TH ST. NW
WASHINGTON, DC 20005

DECHERT LLP
2929 ARCH STREET
PHILADELPHIA, PA 19104

EATON PLACE TIC 1 OWNER, LLC
517 E DOUGLAS AVE
WICHITA, KS 67202

FELNER FAMILY, LLC
7284 W. PALMETTO PARK RD. 206
BOCA RATON, FL 33433

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904

ESPLANADE APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711

FIDELITY NATIONAL TITLE
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

DREXEL FLATS ACQUISITION TIC, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711

FAIRFAX BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

FIRST UNITED BANK AND TRUST CO.
1400 W MAIN
DURANT, OK 74701

FORREST "BUTCH" FREEMAN, TREASURER
320 ROBERT S KERR AVE ROOM 307
OKLAHOMA CITY, OK 73102

JENK'S BEST LIVING, LLC (AS PLAINTIFF)
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211

KJ CHIROPRACTIC CTR LLC MCKENZIE CALIXTE
GABLEGOTWALS
BOK PARK PLAZA 499 W. SHERIDAN AVE.
SUITE 2200
OKLAHOMA CITY, OK 73102

JENKS BEST LIVING LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211

KLDISCOVERY ONTRACK, LLC

9023 COLUMBINE ROAD
EDEN PRAIRIE, MN 55347

GAM CHESTNUT PROPERTIES, LLC
20079 KING RD.
TRENTON, MI 48183

JENKS BEST LIVING, LLC
204 S RIVERFRONT DR
JENKS, OK 74037

LAKESIDE BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

GAM CHESTNUT PROPERTIES, LLC
5160 S YALE AVE
TULSA, OK 74135

JLL (JONES LANG LASALLE)
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

LAKESIDE BEST LIVING, LLC
9601 E 21ST PL
TULSA, OK 74129

GENERAL HOLDING LLC

JOHN ALEX UPPERMAN

LAKESIDE INVESTORS, LLC
850 NEW BURTON RD 201
DOVER, DE 19904

GREENBERG TRAURIG, LLP
ONE VANDERBILT AVENUE SUITE 400
NEW YORK, NY 10017

JONATHAN BERNEY
YSA INVESTMENTS 1, LLC
848 BRICKELL AVENUE, SUITE PH5
MIAMI, FL 33131

LEGACY BANK
123 E. CHICAGO AVE.
COLWICH, KS 67030

HOFLAND LOLLMAN PLLC
401 S. BOSTON AVENUE SUITE 500
TULSA, OK 74103

KAYNE ANDERSON REAL ESTATE ADVISORS
ONE TOWN CENTER ROAD, SUITE 300
BOCA RATON, FL 33486

LOCAL 1814

ILLINI HOLDINGS, LLC

KAYNE CAPITAL LOCAL

1814 EXECUTIVE BOARD

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERTATION
PO BOX 7346
PHILADELPHIA, PA 19101

KDL DISCOVERY
9023 COLUMBINE RD
EDEN PRAIRIE, MN 55347

LOFTS AT NORTH PENN BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

JENK'S BEST LIVING INVESTORS, LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211

KEYBANK N.A.
127 PUBLIC SQUARE
CLEVELAND, OH 44114

LOFTS AT NORTH PENN BEST LIVING, LLC
15501 N PENNSYLVANIA AVE
EDMOND, OK 73013

LOFTS AT NORTH PENN HOLDINGS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

MONTGOMERY APARTMENT HOLDINGS, LLC
500 W MAIN ST
OKLAHOMA CITY, OK 73102

NORTHMARQ
3500 AMERICAN BLVD W., SUITE 500
BLOOMINGTON, MN 55431

LOUIS INVESTMENTS LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211

MONTGOMERY APARTMENTS HOLDINGS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

OAK STREET CAPITAL, LLC

LOUIS-PUTNAM MANAGER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

MONTGOMERY BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

OAT RE HOLDINGS, LLC
100 BEACH DR NE 1900
SAINT PETERSBURG, FL 33701

LS APARTMENT SPONSOR LLC
6400 W 110TH STREET 201
LEAWOOD, KS 66211

MUNTAGE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

OKC3 INVESTORS LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

LSREF7 BADLANDS LOAN TRUST 2026
919 NORTH MARKET ST SUITE 1600
WILMINGTON, DE 19801

MUNTAGE BEST LIVING, LLC
3041 NW 41ST ST
OKLAHOMA CITY, OK 73112

ONE ETON SQUARE LLC
8111 E 60TH ST
TULSA, OK 74145

LSREF7 BADLANDS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

MUNTAGE HOLDINGS LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

ONE ETON SQUARE, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

LSREF7 RANGER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

NAE CANOPY APARTMENTS, LLC
1209 ORANGE ST
WILMINGTON, DE 19801

ONE ETON TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

MANSION WEST APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711

NEWMARK (NEWMARK KNIGHT FRANK)
125 PARK AVENUE
NEW YORK, NY 10017

ONE ETON TIC 1, LLC
8111 E 60TH ST
TULSA, OK 74145

MARC KULICK
4920 E 113TH ST
TULSA, OK 74137

NIX LUMBER, INC.

5117 NW 10TH ST
OKLAHOMA CITY, OK 73127

OZURA INC.
108 LAKELAND AVE
DOVER, DE 19901

MAYFLOWER ASSET RECOVERY SYSTEM

NORTHBORO QN, LLC
1521 CONCORD PIKE 201
WILMINGTON, DE 19803

P.G. OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

PALM CAPITAL ADVISORS, LLC
116 STRONG BRANCH DRIVE
PONTE VEDRA BEACH, FL 32082

REGENCY HOLDINGS, LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211

RIVERPARK BEST LIVING INVESTORS, LLC
12900 METCALF 140
OVERLAND PARK, KS 66213

PINNACLE BANK (PINNACLE FINANCIAL PARTNE
21 PLATFORM WAY S, SUITE 2300
NASHVILLE, TN 37203

REMINGTON RANCH BEST LIVING LLC
1815 N BOOMER RD
STILLWATER, OK 74075

RIVERPARK BEST LIVING, LLC
300 CREEK VIEW RD 209

NEWARK, DE 19711

PREVAIL TRIAL CONSULTANTS
800 N. KING STREET SUITE 201
WILMINGTON, DE 19801

REMINGTON RANCH'S BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

RIVERPARK BEST LIVING, LLC
7803 S WHEELING AVE
TULSA, OK 74136

PSC THRIVE, LLC
23 WALKER AVE 300
PIKESVILLE, MD 21208

RESTORATION KINGS LLC
8449 SOUTH COLLEGE AVE
TULSA, OK 74137

ROBERT MILEY
YSA INVESTMENTS 1, LLC
848 BRICKELL AVENUE, SUITE PH5
MIAMI, FL 33131

PUTNAM GREEN TIC INTEREST LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

RIDGE BEST LIVING INVESTORS LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

RODSTROM LAW PLLC
1712 N VICTORIA PARK ROAD
FORT LAUDERDALE, FL 33305

PUTNAM GREEN TIC INTEREST, LLC
7525 KNIGHT LAKE DR
OKLAHOMA CITY, OK 73132

RIDGE BEST LIVING LLC
3834 N OAK GROVE DR
OKLAHOMA CITY, OK 73110

ROJO CONSTRUCTION COMPANY
6621 LAUREL DR
OKLAHOMA CITY, OK 73162

R2 YIELD, LLC
1209 ORANGE ST
WILMINGTON, DE 19801

RIDGE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

ROSE LAW FIRM
120 EAST FOURTH STREET
LITTLE ROCK, AR 72201

READY CAPITAL MORT. FINANCING 2023-FL 12
251 LITTLE FALLS DR
WILMINGTON, DE 19808

RIVER WALK APARTMENTS HOLDINGS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

SALEM WEST APARTMENTS ACQUISITION,
300 CREEK VIEW RD 209
NEWARK, DE 19711

READY CAPITAL MORTGAGE FINANCING 2023-FL

251 LITTLE FALLS DR
WILMINGTON, DE 19808

RIVER WALK BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 898
DOVER, DE 19903

READY CAPITAL SUBSIDIARY REIT II, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

RIVER WALK SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66212-1000

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281

SPRINGDALE VILLAGE'S BEST LIVING, LLC
4330 S BARNES AVE
OKLAHOMA CITY, OK 73119

THRIVE ARGENTA OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

SEMINOLE RIDGE APARTMENTS HOLDINGS LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211

SPRINGDALE VILLAGE’S BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

THRIVE REALESTATE, LLC
SEMINOLE RIDGE SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211

STERN & EISENBERG, PC
1581 MAIN STREET SUITE 200
WARRINGTON, PA 18976

TRANSPARENT COLLABORATION, LLC
6600 COLLEGE BLVD 310
OVERLAND PARK, KS 66211

SG CAPITAL PARTNERS LLC
750 WASHINGTON BOULEVARD, SUITE 1050
STAMFORD, CT 06901

STRIDE BANK
324 W. BROADWAY AVE.
ENID, OK 73701

TRDWIND CAPITOL, LLC
1999 BRYAN ST 900
DALLAS, TX 75201

SHORELINE'S BEST LIVING LLC STRIDE BANK, N.A.
324 W. BROADWAY AVE.
ENID, OK 73701

TRDWIND CAPITOL, LLC
215 NE 28TH ST

OKLAHOMA CITY, OK 73105

SHORELINE'S BEST LIVING, LLC
9601 E 21ST
TULSA, OK 74129

SUMMER OAKS BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

TRES PALM SUPPLY, LLC
D/B/A MAINTENANCE SUPPLY SOLUTIONS
3710 RAWLINS ST SUITE 1420
DALLAS, TX 75219

SHORELINES BEST LIVING INVESTORS, LLC
8 THE GREEN B
DOVER, DE 19901

SUMMER OAKS BEST LIVING, LLC
5744 NW 16TH ST
OKLAHOMA CITY, OK 73127

TU PROPERTIES, LLC
511 OAK ST
KANSAS CITY, MO 64106

SPRINGDALE VILLAGE TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

TEN SEVEN SECURITY
4870 S LEWIS AVE # 207
TULSA, OK 74105

TUSCANY VILLAGE BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

SPRINGDALE VILLAGE TIC 2, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

TERM FUND III MRA SELLER LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

TUSCANY VILLAGE BEST LIVING LLC
6900 LONDON WAY
OKLAHOMA CITY, OK 73132

SPRINGDALE VILLAGE TIC 3, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

THE BANCORP BANK, N.A.
409 SILVERSIDE ROAD, SUITE 105
WILMINGTON, DE 19809

TUSCANY VILLAGE HOLDINGS, LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211

TUSCANY VILLAGE SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211

W.M. BEST LIVING OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WILDWOOD ASSETS, LLC
VESTA CLASSEN LLC
2200 N CLASSEN BLVD
OKLAHOMA CITY, OK 73106

W.M. TIC 1 OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WOODLAND MANOR TIC 1, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

VESTA CLASSEN, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

W.O. HOLDING CO., LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WOODLAND MANOR TIC 1, LLC
8641 E 61ST ST
TULSA, OK 74133

VESTA COPPERFIELD, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

W.O. SOLE MEMBER LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WOODLAND MANOR'S BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

VESTA FAIRFAX, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST

WILMINGTON, DE 19801

WALDON LAKES ACQUISITION, LLC
370 E MAPLE 200
BIRMINGHAM, MI 48009

WOODLAND MANOR'S BEST LIVING, LLC
8641 E 61ST ST
TULSA, OK 74133

VESTA HOLDINGS, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

WALDON LAKES MANAGER INC.
370 E MAPLE 200
BIRMINGHAM, MI 48009

WOODLAND OAKS BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

VESTA-SEMINOLE RIDGE LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WEDGEWOOD APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711

WOODLAND OAKS BEST LIVING, LLC
7142 S 92ND E AVE
TULSA, OK 74133

VESTA-SEMINOLE RIDGE LLC
125 W I-240 SERV. RD.
OKLAHOMA CITY, OK 73139

WEIR LLP
THE WIDENER BUILDING
1339 CHESTNUT STREET SUITE 500
PHILADELPHIA, PA 19107

WOODLAND OAKS INVESTORS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

VILLAS AT MIDTOWN BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WELLS FARGO BANK, N.A.
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

WOODLAND OAKS INVESTORS, LLC
7142 S 92ND E AVE
TULSA, OK 74133

VILLAS AT MIDTOWN BEST LIVING LLC
2001 E SKELLY DR
TULSA, OK 74105

WESTLAKE HARDWARE INC.
14000 MARSHALL DRIVE
LENEXA, KS 66215

WOODSCAPE SOLE MEMBER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

A-V VILLAGE CREEK OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

ARGENTA’S BEST LIVING INVESTORS, LLC
11301 NALL AVE 210
LEAWOOD, KS 66211

206 QUEEN ANNE CLUB, LLC
2833 SMITH AVE 402
BALTIMORE, MD 21209

ACRE CREDIT INVESTMENTS II
233 S. WACKER DRIVE, SUITE 5900
CHICAGO, IL 60606

ASSET HOLDER, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

2201 S. HALSTED, LLC
30 N. MICHIGAN AVE 2100
CHICAGO, IL 60602

ACRE Q018 RETENTION HOLDER LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

AUERBACH-VESTA 23 EAST, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

727 LOFTS BEST LIVING LLC
850 NEW BURTON RD 201
DOVER, DE 19904

ACRE Q018 RETENTION HOLDER, LLC
CORPORATION TRUST CENTER

1209 ORANGE ST.
WILMINGTON, DE 19801

AUERBACH-VESTA COPPERFIELD, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

727 LOFTS BEST LIVING, LLC
727 E MAIN PL
JENKS, OK 74037

ADDRESSERS, INC.
15700 TEXACO AVENUE
PARAMOUNT, CA 90723

AUERBACH-VESTA ONE ETON SQUARE, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

727 LOFTS HOLDINGS, LLC
850 NEW BURTON RD 201
DOVER, DE 19904

AINSWORTH & CLANCY, PLLC
1826 PONCE DE LEON BOULEVARD
MIAMI, FL 33131

AUERBACH-VESTA REMINGTON RANCH, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

A-V 23 EAST OWNER LLC
11327 E 23RD ST
TULSA, OK 74129

ALAYON & ASSOCIATES, P.A.
135 SAN LORENZO AVENUE SUITE 820
CORAL GABLES, FL 33146

AUERBACH-VESTA VILLAGE CREEK, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

AUERBACH-VESTA, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

BAYARD, P.A.
600 N. KING STREET
SUITE 400
WILMINGTON, DE 19801

BRYAN HILL'S BEST LIVING LLC
7204 NW 36TH ST
BETHANY, OK 73008

AXONIC CAPITAL LLC
390 PARK AVENUE
15TH FLOOR
NEW YORK, NY 10022

BERKADIA COMMERCIAL MORTGAGE LLC
323 NORRISTOWN ROAD, SUITE 300
AMBLER, PA 19002

BRYAN HILLS BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

AXONIC MULTIFAMILY BRIDGE SPV (BC) TRUST
C/O AXONIC CAPITAL LLC
520 MADISON AVENUE
NEW YORK, NY 10022

BMO
320 SOUTH CANAL STREET
CHICAGO, IL 60606

CANOPY BEST LIVING LLC
9201 KANIS RD
LITTLE ROCK, AR 72205

B & J WOODSCAPE/OKLAHOMA CITY LLC
4200 N MERIDIAN AVE
OKLAHOMA CITY, OK 73112

BMO BANK, N.A.
320 S. CANAL STREET
CHICAGO, IL 60606

CANOPY BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

B&J WOODSCAPE / OKLAHOMA CITY, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA
320 ROBERT S KERR AVE ROOM 204
OKLAHOMA CITY, OK 73102

CAPITAL ASSETS, INC.
8002 S. 101ST EAST AVENUE
TULSA, OK 74133

BANCORP BANK, NATIONAL ASSOCIATION
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

BOCAIRE TULSA LENDER, LLC
C/O COGENCY GLOBAL INC.,
850 NEW BURTON ROAD, SUITE 201
DOVER, DE 19904

CAPITAL FUND LAW GROUP, P.C.

405 LEXINGTON AVENUE 26TH FLOOR
NEW YORK, NY 10174

BARCELONA BEST LIVING LLC
5160 S YALE AVE
TULSA, OK 74135

BOOMAR REMODELING, LLC
3009 SW 54TH ST
OKLAHOMA CITY, OK 73119

CAPITOL SOLE MEMBER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

BARCELONA BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

BRYAN HILL TIC 1, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

CAROZZA-LOEFFLER, LLC
11301 NALL AVE 210
LEAWOOD, KS 66211

BARTLESVILLE BEST LIVING LLC
5530 COLONY WAY
BARTLESVILLE, OK 74006

BRYAN HILL TIC 2, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

CITY OF STILLWATER OKLAHOMA
723 S LEWIS ST

STILLWATER, OK 74074

BARTLESVILLE BEST LIVING, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

BRYAN HILL TIC 3, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

COHEN + COMPANY
3 COLUMBUS CIRCLE, 24TH FLOOR
NEW YORK, NY 10019

COMMUNITY LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD., SUITE 300
MIAMI, FL 33146

DREXEL FLATS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711

FAIRFAX BEST LIVING, LLC
7801 NE 10TH ST
OKLAHOMA CITY, OK 73110

COPPERFIELD APARTMENTS LP
2400 NW 30TH ST
OKLAHOMA CITY, OK 73112

DREXEL FLATS HOLDINGS, LLC
186 N. MAIN ST. FLOOR 2 SUITE 1
PLYMOUTH, MI 48170

FAIRFAX HOLDING COMPANY LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

COPPERFIELD APARTMENTS, LP
6911 S. 66TH E AVE. 100
TULSA, OK 74133

DREXEL FLATS SPONSOR, LLC
186 N. MAIN ST. FLOOR 2 SUITE 1
PLYMOUTH, MI 48170

FAIRFAX INVESTORS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

COPPERFIELD, GP
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

EATON PLACE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

FAIRFAX INVESTORS, LLC
7801 NE 10TH ST
OKLAHOMA CITY, OK 73110

CREO QRS NP LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

EATON PLACE BEST LIVING, LLC
517 E DOUGLAS AVE
WICHITA, KS 67202

FEDERAL NATIONAL MORTGAGE ASSOCIATION
1100 15TH ST. NW
WASHINGTON, DC 20005

CREO QRS NP LLC AND CREO QRS VC LLC
251 LITTLE FALLS DR

WILMINGTON, DE 19808

EATON PLACE INVESTOR, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

FEDERAL NATIONAL MORTGAGE ASSOCIATION
1100 15TH ST NW
WASHINGTON, DC 20005

CREO QRS VC LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

EATON PLACE TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

FEDERAL NATIONAL MORTGAGTE ASSOCIATION
1100 15TH ST. NW
WASHINGTON, DC 20005

DECHERT LLP
2929 ARCH STREET
PHILADELPHIA, PA 19104

EATON PLACE TIC 1 OWNER, LLC
517 E DOUGLAS AVE
WICHITA, KS 67202

FELNER FAMILY, LLC
7284 W. PALMETTO PARK RD. 206
BOCA RATON, FL 33433

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904

ESPLANADE APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711

FIDELITY NATIONAL TITLE
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

DREXEL FLATS ACQUISITION TIC, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711

FAIRFAX BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

FIRST UNITED BANK AND TRUST CO.
1400 W MAIN
DURANT, OK 74701

FORREST "BUTCH" FREEMAN, TREASURER
320 ROBERT S KERR AVE ROOM 307
OKLAHOMA CITY, OK 73102

JENK'S BEST LIVING, LLC (AS PLAINTIFF)
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211

KJ CHIROPRACTIC CTR LLC MCKENZIE CALIXTE
GABLEGOTWALS
BOK PARK PLAZA 499 W. SHERIDAN AVE.
SUITE 2200
OKLAHOMA CITY, OK 73102

JENKS BEST LIVING LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211

KLDISCOVERY ONTRACK, LLC

9023 COLUMBINE ROAD
EDEN PRAIRIE, MN 55347

GAM CHESTNUT PROPERTIES, LLC
20079 KING RD.
TRENTON, MI 48183

JENKS BEST LIVING, LLC
204 S RIVERFRONT DR
JENKS, OK 74037

LAKESIDE BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

GAM CHESTNUT PROPERTIES, LLC
5160 S YALE AVE
TULSA, OK 74135

JLL (JONES LANG LASALLE)
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

LAKESIDE BEST LIVING, LLC
9601 E 21ST PL
TULSA, OK 74129

GENERAL HOLDING LLC

JOHN ALEX UPPERMAN

LAKESIDE INVESTORS, LLC
850 NEW BURTON RD 201
DOVER, DE 19904

GREENBERG TRAURIG, LLP
ONE VANDERBILT AVENUE SUITE 400
NEW YORK, NY 10017

JONATHAN BERNEY
YSA INVESTMENTS 1, LLC
848 BRICKELL AVENUE, SUITE PH5
MIAMI, FL 33131

LEGACY BANK
123 E. CHICAGO AVE.
COLWICH, KS 67030

HOFLAND LOLLMAN PLLC
401 S. BOSTON AVENUE SUITE 500
TULSA, OK 74103

KAYNE ANDERSON REAL ESTATE ADVISORS
ONE TOWN CENTER ROAD, SUITE 300
BOCA RATON, FL 33486

LOCAL 1814

ILLINI HOLDINGS, LLC

KAYNE CAPITAL LOCAL

1814 EXECUTIVE BOARD

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERTATION
PO BOX 7346
PHILADELPHIA, PA 19101

KDL DISCOVERY
9023 COLUMBINE RD
EDEN PRAIRIE, MN 55347

LOFTS AT NORTH PENN BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

JENK'S BEST LIVING INVESTORS, LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211

KEYBANK N.A.
127 PUBLIC SQUARE
CLEVELAND, OH 44114

LOFTS AT NORTH PENN BEST LIVING, LLC
15501 N PENNSYLVANIA AVE
EDMOND, OK 73013

LOFTS AT NORTH PENN HOLDINGS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

MONTGOMERY APARTMENT HOLDINGS, LLC
500 W MAIN ST
OKLAHOMA CITY, OK 73102

NORTHMARQ
3500 AMERICAN BLVD W., SUITE 500
BLOOMINGTON, MN 55431

LOUIS INVESTMENTS LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211

MONTGOMERY APARTMENTS HOLDINGS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

OAK STREET CAPITAL, LLC

LOUIS-PUTNAM MANAGER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

MONTGOMERY BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

OAT RE HOLDINGS, LLC
100 BEACH DR NE 1900
SAINT PETERSBURG, FL 33701

LS APARTMENT SPONSOR LLC
6400 W 110TH STREET 201
LEAWOOD, KS 66211

MUNTAGE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

OKC3 INVESTORS LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

LSREF7 BADLANDS LOAN TRUST 2026
919 NORTH MARKET ST SUITE 1600
WILMINGTON, DE 19801

MUNTAGE BEST LIVING, LLC
3041 NW 41ST ST
OKLAHOMA CITY, OK 73112

ONE ETON SQUARE LLC
8111 E 60TH ST
TULSA, OK 74145

LSREF7 BADLANDS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

MUNTAGE HOLDINGS LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

ONE ETON SQUARE, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

LSREF7 RANGER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

NAE CANOPY APARTMENTS, LLC
1209 ORANGE ST
WILMINGTON, DE 19801

ONE ETON TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

MANSION WEST APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711

NEWMARK (NEWMARK KNIGHT FRANK)
125 PARK AVENUE
NEW YORK, NY 10017

ONE ETON TIC 1, LLC
8111 E 60TH ST
TULSA, OK 74145

MARC KULICK
4920 E 113TH ST
TULSA, OK 74137

NIX LUMBER, INC.

5117 NW 10TH ST
OKLAHOMA CITY, OK 73127

OZURA INC.
108 LAKELAND AVE
DOVER, DE 19901

MAYFLOWER ASSET RECOVERY SYSTEM

NORTHBORO QN, LLC
1521 CONCORD PIKE 201
WILMINGTON, DE 19803

P.G. OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

PALM CAPITAL ADVISORS, LLC
116 STRONG BRANCH DRIVE
PONTE VEDRA BEACH, FL 32082

REGENCY HOLDINGS, LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211

RIVERPARK BEST LIVING INVESTORS, LLC
12900 METCALF 140
OVERLAND PARK, KS 66213

PINNACLE BANK (PINNACLE FINANCIAL PARTNE
21 PLATFORM WAY S, SUITE 2300
NASHVILLE, TN 37203

REMINGTON RANCH BEST LIVING LLC
1815 N BOOMER RD
STILLWATER, OK 74075

RIVERPARK BEST LIVING, LLC
300 CREEK VIEW RD 209

NEWARK, DE 19711

PREVAIL TRIAL CONSULTANTS
800 N. KING STREET SUITE 201
WILMINGTON, DE 19801

REMINGTON RANCH'S BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

RIVERPARK BEST LIVING, LLC
7803 S WHEELING AVE
TULSA, OK 74136

PSC THRIVE, LLC
23 WALKER AVE 300
PIKESVILLE, MD 21208

RESTORATION KINGS LLC
8449 SOUTH COLLEGE AVE
TULSA, OK 74137

ROBERT MILEY
YSA INVESTMENTS 1, LLC
848 BRICKELL AVENUE, SUITE PH5
MIAMI, FL 33131

PUTNAM GREEN TIC INTEREST LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

RIDGE BEST LIVING INVESTORS LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

RODSTROM LAW PLLC
1712 N VICTORIA PARK ROAD
FORT LAUDERDALE, FL 33305

PUTNAM GREEN TIC INTEREST, LLC
7525 KNIGHT LAKE DR
OKLAHOMA CITY, OK 73132

RIDGE BEST LIVING LLC
3834 N OAK GROVE DR
OKLAHOMA CITY, OK 73110

ROJO CONSTRUCTION COMPANY
6621 LAUREL DR
OKLAHOMA CITY, OK 73162

R2 YIELD, LLC
1209 ORANGE ST
WILMINGTON, DE 19801

RIDGE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

ROSE LAW FIRM
120 EAST FOURTH STREET
LITTLE ROCK, AR 72201

READY CAPITAL MORT. FINANCING 2023-FL 12
251 LITTLE FALLS DR
WILMINGTON, DE 19808

RIVER WALK APARTMENTS HOLDINGS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

SALEM WEST APARTMENTS ACQUISITION,
300 CREEK VIEW RD 209
NEWARK, DE 19711

READY CAPITAL MORTGAGE FINANCING 2023-FL

251 LITTLE FALLS DR
WILMINGTON, DE 19808

RIVER WALK BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 898
DOVER, DE 19903

READY CAPITAL SUBSIDIARY REIT II, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

RIVER WALK SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66212-1000

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281

SPRINGDALE VILLAGE'S BEST LIVING, LLC
4330 S BARNES AVE
OKLAHOMA CITY, OK 73119

THRIVE ARGENTA OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

SEMINOLE RIDGE APARTMENTS HOLDINGS LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211

SPRINGDALE VILLAGE’S BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

THRIVE REALESTATE, LLC
SEMINOLE RIDGE SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211

STERN & EISENBERG, PC
1581 MAIN STREET SUITE 200
WARRINGTON, PA 18976

TRANSPARENT COLLABORATION, LLC
6600 COLLEGE BLVD 310
OVERLAND PARK, KS 66211

SG CAPITAL PARTNERS LLC
750 WASHINGTON BOULEVARD, SUITE 1050
STAMFORD, CT 06901

STRIDE BANK
324 W. BROADWAY AVE.
ENID, OK 73701

TRDWIND CAPITOL, LLC
1999 BRYAN ST 900
DALLAS, TX 75201

SHORELINE'S BEST LIVING LLC STRIDE BANK, N.A.
324 W. BROADWAY AVE.
ENID, OK 73701

TRDWIND CAPITOL, LLC
215 NE 28TH ST

OKLAHOMA CITY, OK 73105

SHORELINE'S BEST LIVING, LLC
9601 E 21ST
TULSA, OK 74129

SUMMER OAKS BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

TRES PALM SUPPLY, LLC
D/B/A MAINTENANCE SUPPLY SOLUTIONS
3710 RAWLINS ST SUITE 1420
DALLAS, TX 75219

SHORELINES BEST LIVING INVESTORS, LLC
8 THE GREEN B
DOVER, DE 19901

SUMMER OAKS BEST LIVING, LLC
5744 NW 16TH ST
OKLAHOMA CITY, OK 73127

TU PROPERTIES, LLC
511 OAK ST
KANSAS CITY, MO 64106

SPRINGDALE VILLAGE TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

TEN SEVEN SECURITY
4870 S LEWIS AVE # 207
TULSA, OK 74105

TUSCANY VILLAGE BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

SPRINGDALE VILLAGE TIC 2, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

TERM FUND III MRA SELLER LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

TUSCANY VILLAGE BEST LIVING LLC
6900 LONDON WAY
OKLAHOMA CITY, OK 73132

SPRINGDALE VILLAGE TIC 3, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

THE BANCORP BANK, N.A.
409 SILVERSIDE ROAD, SUITE 105
WILMINGTON, DE 19809

TUSCANY VILLAGE HOLDINGS, LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211

TUSCANY VILLAGE SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211

W.M. BEST LIVING OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WILDWOOD ASSETS, LLC
VESTA CLASSEN LLC
2200 N CLASSEN BLVD
OKLAHOMA CITY, OK 73106

W.M. TIC 1 OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WOODLAND MANOR TIC 1, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

VESTA CLASSEN, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

W.O. HOLDING CO., LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WOODLAND MANOR TIC 1, LLC
8641 E 61ST ST
TULSA, OK 74133

VESTA COPPERFIELD, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

W.O. SOLE MEMBER LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WOODLAND MANOR'S BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

VESTA FAIRFAX, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST

WILMINGTON, DE 19801

WALDON LAKES ACQUISITION, LLC
370 E MAPLE 200
BIRMINGHAM, MI 48009

WOODLAND MANOR'S BEST LIVING, LLC
8641 E 61ST ST
TULSA, OK 74133

VESTA HOLDINGS, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

WALDON LAKES MANAGER INC.
370 E MAPLE 200
BIRMINGHAM, MI 48009

WOODLAND OAKS BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

VESTA-SEMINOLE RIDGE LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WEDGEWOOD APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711

WOODLAND OAKS BEST LIVING, LLC
7142 S 92ND E AVE
TULSA, OK 74133

VESTA-SEMINOLE RIDGE LLC
125 W I-240 SERV. RD.
OKLAHOMA CITY, OK 73139

WEIR LLP
THE WIDENER BUILDING
1339 CHESTNUT STREET SUITE 500
PHILADELPHIA, PA 19107

WOODLAND OAKS INVESTORS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

VILLAS AT MIDTOWN BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

WELLS FARGO BANK, N.A.
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

WOODLAND OAKS INVESTORS, LLC
7142 S 92ND E AVE
TULSA, OK 74133

VILLAS AT MIDTOWN BEST LIVING LLC
2001 E SKELLY DR
TULSA, OK 74105

WESTLAKE HARDWARE INC.
14000 MARSHALL DRIVE
LENEXA, KS 66215

WOODSCAPE SOLE MEMBER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801