**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In re:** | ) | |
| **YSA Investments 1, LLC** | ) | **BK-26-12806-SAH** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

O. Clifton Gooding, of Gooding Law Firm, P.C., and Christopher A. Ward of Lowenstein Sandler, LLP, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, enters hereby their appearance on behalf of Mayflower Asset Recovery Systems and hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, including pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, and Rule 9007-1 of the Local Rules of the United States Bankruptcy Court for the Western District of Oklahoma, be given to and served on the undersigned counsel.

Please take further notice that Mayflower Asset Recovery Systems, intend that neither this notice nor any later appearance, pleading, claim or suit shall waive (i) any right to trial by jury in any proceeding; or (ii) any other rights, claims, actions, defenses, setoffs, or recoupment under agreements in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated this 26th day of August 2026.

/s/ O. Clifton Gooding
O. Clifton Gooding OBA # 10315

OF THE FIRM:

GOODING LAW FIRM
A PROFESSIONAL CORPORATION
204 North Robinson, Suite 1235
Oklahoma City, Oklahoma 73102
TELEPHONE: (405) 948-1978
TELEFACSIMILE: (405) 948-0864
EMAIL: cgooding@goodingfirm.com

ATTORNEY FOR MAYFLOWER ASSET RECOVERY SYSTEMS

- AND -

**LOWENSTEIN SANDLER LLP**
Wilmington, Delaware

Christopher A. Ward (No. 3877)
Shanti M. Katona (No. 5352)
Elisa M. Hyder
1000 N West Street, Suite 1200
Wilmington, DE 19801
Telephone: (973) 597-2500
cward@lowenstein.com
skatona@lowenstein.com
ehyder@lowenstein.com

*Counsel to Mayflower Asset Recovery Systems LLC*