UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

LOUIS INVESTMENTS, LLC

Plaintiff(s)

vs.

Defendant(s)

Case No. 26-12851 (SAH)

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Alex Dimock

2. State bar membership number: TX Bar 24094628

3. Business address, telephone and fax numbers:

   1445 Ross Avenue, Suite 3800
   Dallas, TX 75202
   Tel - 214-758-1009
   Fax - 800-404-3970

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   State of Texas; United States District Court for the Southern District of Texas; United States District Court for the Western District of Texas; United States District Court for the Northern District of Texas; United States District Court for the Eastern District of Texas; Fifth Circuit Court of Appeals

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No

   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this 26th day of August, 2026.

Signature of Applicant