IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>DEBTOR. | Chapter 11<br><br>Case No. 26-12806 (SAH) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Comes now, BRET DAVIS, of Lamun Mock Cunnyngham & Davis, P.C. and hereby enters his appearance as attorney of record for Auerbach Opportunity Fund 1, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP (collectively, the "Auerbach Funds") in the above named case and requests that all notices or other documents be sent to him on behalf of Auerbach Opportunity Fund 1, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP (collectively, the "Auerbach Funds").

/s/Bret Davis

Bret Davis, OBA #15079
LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
5621 N. Classen Blvd.
Oklahoma City, OK 73118
(405) 840-5900 Fax (405) 842-3132
bdavis@lamunmock.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2026, a true and correct copy of the Entry of Appearance was electronically served using the CM/ECF system, namely:

Attorneys for Debtor:

**Steven D. Adler**
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
sadler@bayardlaw.com

**Carlee M. Apel**
Fellers Snider
100 N Broadway Ave, Ste 1700
Oklahoma City, OK 73102
capel@fellerssnider.com

**Daniel N. Brogan**
Bayard P.A.
600 N Market Street, Suite 400
Wilmington, DE 19801
dbrogan@bayardlaw.com

**Nicolas Candido**
Phillips Murrah P.C.
424 NW 10th St, Suite 300
Oklahoma City, OK 73103
njcandido@phillipsmurrah.com

**Erika Fredricks Johnson**
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
ejohnson@bayardlaw.com

**Clayton D. Ketter**
Phillips Murrah P.C.
424 NW 10th St, Suite 300
Oklahoma City, OK 73103
cdketter@phillipsmurrah.com

**Jason A. Sansone**
Phillips Murrah P.C.
424 NW 10th St, Suite 300
Oklahoma City, OK 73103
jsansone@phillipsmurrah.com

**Joel E. Tasca**
Greensberg Traurig, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, NV 89135
Joel.tasca@gtlaw.com

**U.S. Trustee**
**United States Trustee**
United States Trustee
215 Dean A. McGee Ave, 4th Floor
Oklahoma City, OK 73102

Represented by:

**Marjorie J. Creasey**
Department of Justice, US Trustee
215 Dean A. McGee Ave, Room 408
Oklahoma City, OK 73102
Marjorie.creasey@usdoj.gov

**Jeffrey E. Tate**
DOJ-Ust
215 Dean A. McGee Ave, Room 408
Oklahoma City, OK 73102
Jeff.tate@usdoj.gov

/s/Bret Davis
Bret Davis, OBA #15079