**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| YSA INVESTMENTS 1, LLC, | ) | Case No. 26-12806 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF WITNESS AND EXHIBIT LIST FOR COMPUTERSHARE TRUST COMPANY, N.A.**

**DEBTOR FOR MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO OBTAIN POST-PEITION FINANCING; (II) GRANTING SECURITY INTERESTS AND SUPER PRIORITY ADMINSTRATIVE EXPENSE STATUS; (III)MODIFYING THE AUTOMATIC STAY; (IV) AUTHORIZING THE USE OF CASH COLLATERAL; (V) GRANTING ADEQUATE PROTECTION; (VI) SCHEDULING A FINAL HEARING; AND (VII) GRANTING RELATED RELIEF.**
**AND**
**COMPUTERSHARE TRUST'S: (I) OBJECTION TO DEBTOR'S MOTION AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING AND GRANTING RELATED RELIEF; AND (II) JOINDER TO THE UST'S OBJECTION TO DEBTOR'S MOTION AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING AND GRANTING RELATED RELIEF**

**RELATES TO [DKT. NO. 56 AND DKT NO. 217]**

VIDEO HEARING: SEPTEMBER 3, 2026, AT 10:00 AM.

SUBMITTED BY: LYSBETH L. GEORGE

PARTY REPRESENTED: COMPUTERSHARE TRUST COMPANY, N.A.

## WITNESSES

Computershare may call any one of more of the following witnesses at the Hearing:

| No. | Description |
|---|---|
| 1. | Representative of Computershare Trust Company, N.A. |
| 2. | Representative of Debtor |
| 3. | Any rebuttal witnesses, if necessary |

| | |
|---|---|
| 4. | All witnesses listed by any other party to which Debtor does not object |
| 5. | Computershare reserves the right to amend and supplement this witness list. |

## EXHIBITS

Computershare may use any one or more of the following exhibits at the Hearing:

| Ex. | Description | Offered | Object | Admit/Deny |
|---|---|---|---|---|
| 1. | Promissory Note – Dated Feb. 27, 2025 | | | |
| 2. | Loan Agreement – Dated Feb. 27, 2025 | | | |
| 3. | Mortgage – Dated Feb. 27, 2025 | | | |
| 4. | Assignment of Rents – Dated Feb. 27, 2025 | | | |
| 5. | Mortgage Assignment – Recorded on August 11, 2025 | | | |
| 6. | Assignment of Assignment of Rents – Recorded August 11, 2025 | | | |
| 7. | Shoreline Special Warranty Deed | | | |
| 8. | Lakeside Special Warranty Deed | | | |
| 9. | Notices of Hearing | | | |
| 10. | Order of Abatement | | | |
| 11. | All Pleadings (including exhibits thereto), Documents, Budgets, Proofs of Claim, and other Records filed in this Bankruptcy Proceeding | | | |
| 12. | Any exhibits listed by any other party to which Computershare does not object | | | |
| 13. | Demonstrative exhibits | | | |

## ESTIMATED LENGTH OF TIME TO PRESENT EVIDENCE AND ARGUMENT

Computershare estimates that it will require 30 minutes to present evidence and argument at the Hearing.

## RESERVATION OF RIGHTS

The forgoing Notice is being submitted based upon information reasonably available to Computershare at this time and without waiving any objection as to relevance, materiality, or admissibility of evidence in this proceeding and subject to Computershare's

request for relief specified herein. Computershare reserves the right to revise, correct, supplement or clarify this Notice.

Dated: August 27, 2026.

Respectfully submitted,

/s/ *Lysbeth L. George*
Lysbeth George, OBA #30562
**LIZ GEORGE & ASSOCIATES**
8101 S. Walker, Suite F
Oklahoma City, OK 73139
Telephone: (405) 689-5502
Facsimile: (405) 689-5502
liz@georgelawok.com
**ATTORNEY FOR COMPUTERSHARE TRUST COMPANY, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August 2026, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing and to all counsel of record and parties entitled to receive notice via the Court's electronic filing system.

/s/ *Lysbeth L. George*