**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RE: YSA INVESTMENTS 1, LLC., | ) | Case No. 26-12806 SAH |
| | ) | |
| Debtor, | ) | Chapter 11 |

**NOTICE OF WITNESS AND EXHIBIT LIST OF FIRST UNITED BANK AND TRUST CO. FOR HEARING ON MOTION OF THE DEBTOR FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING; (II) GRANTING SECURITY INTERESTS AND SUPER PRIORITY ADMINISTRATIVE EXPENSE STATUS; (III) MODIFYING THE AUTOMATIC STAY; (IV) AUTHORIZING THE USE OF CASH COLLATERAL; (V) GRANTING ADEQUATE PROTECTION;(VI) SCHEDULING A FINAL HEARING; AND (VII) GRANTING RELATED RELIEF;**
**AND**
**FIRST UNITED BANK AND TRUST CO.'S (I) JOINDER TO ACRE'S PRELIMINARY OBJECTION TO PROPOSED INSIDER DIP FINANCING AND (II) REQUEST FOR ADEQUATE PROTECTION SET FOR SEPTEMBER 3, 2026, AT 10:00 A.M.**

The following is the witness and exhibit list of First United Bank and Trust Co. (hereafter "FUB") in the referenced case regarding the above titled matters set for September 3, 2026, at 10:00 a.m. **THIS RELATES TO: [DKT NO. 56, DKT NO. 74 AND DKT NO. 97]**

VIDEO HEARING: SEPTEMBER 3, 2026, AT 10:00 AM.

SUBMITTED BY: JOHN W. MEE, III

PARTY REPRESENTED: FIRST UNITED BANK AND TRUST CO.

## WITNESSES

FUB may call any one or more of the following witnesses at the Hearing:

| No. | Description |
|---|---|
| 1. | Representative of First United Bank and Trust Co. |

| | |
|---|---|
| 2. | Representative of Debtor |
| 3. | Any rebuttal witnesses, if necessary |
| 4. | All witnesses listed by any other party to which FUB does not object |
| 5. | FUB reserves the right to amend and supplement this witness list |

**EXHIBITS**

FUB may use any one or more of the following exhibits at the Hearing:

| FUB Ex. | Description | Offered | Object | Admit/Deny |
|---|---|---|---|---|
| 1. | Promissory Note ($10,200,303.00 Loan) | | | |
| 2. | First Mortgage($10,200,303.00 Loan) | | | |
| 3. | Assignment of Rents ($10,200,303.00 Loan) | | | |
| 4. | Loan Agreement ($10,200,303.00 Loan) | | | |
| 5. | Promissory Note ($500,000.00 Loan) | | | |
| 6. | First Mortgage ($500,000.00 Loan) | | | |
| 7. | Assignment of Rents ($500,000.00 Loan) | | | |
| 8. | Loan Agreement ($500,000.00 Loan) | | | |
| 9. | Recorded Lis Pendens (Okla. County Case CJ-2025-8484) | | | |
| 10. | Purported Deed in Lieu of Foreclosure from Putnam Green TIC Interest, LLC to YSA | | | |
| 11. | FUB Answer, Cross-claims and Counterclaim (Okla. County Case CJ-2025-8484) | | | |

| | | | | |
|---|---|---|---|---|
| 12. | FUB Motion for Appointment of Receiver (Okla. County Case CJ-2025-8484) | | | |
| 13. | Debtor's Schedules from this case | | | |
| 14. | FUB Payoffs for two loans | | | |
| 15. | Deed from Auerbach-Vesta, LLC to Putnam Green TIC Interest, LLC | | | |
| 16. | All Pleadings (including exhibits thereto), Documents, Budgets, Proofs of Claim, and other Records filed in this Bankruptcy Proceeding | | | |
| 17. | Any exhibits listed by any other party to which FUB does not object | | | |
| 18. | Demonstrative exhibits | | | |

**ESTIMATED LENGTH OF TIME TO PRESENT EVIDENCE AND ARGUMENT**

FUB estimates that it will require 35 minutes to present evidence and argument at the Hearing.

**RESERVATION OF RIGHTS**

The forgoing Notice is being submitted based upon information reasonably available to FUB at this time and without waiving any objection as to relevance, materiality, or admissibility of evidence in this proceeding and subject to FUB's request for relief specified herein. FUB reserves the right to revise, correct, supplement or clarify this Notice.

Dated: August 27, 2026

/s/ John W. Mee III
JOHN W. MEE III, OBA# 013915
MEE HAWKINS GREENHAW
& COTNER, PLLP
P.O. Box 1375
Oklahoma City, OK 73101
Telephone: (405) 848-9100
Facsimile: (405) 848-9101
Jwm3@mhgclaw.com

ATTORNEYS FOR FIRST UNITED BANK AND TRUST CO.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August 2026, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing and to all counsel of record and parties entitled to receive notice via the Court's electronic filing system.

/s/ John W. Mee III
John W. Mee III