# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Aug 27, 2026 3:57PM

Frederic Dorwart Lawyers PLLC

Rcpt. No: 500019816 Trans. Date: Aug 27, 2026 3:57PM Cashier ID: #LR (6836)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DOKW526LB000123 /001<br>LIBRARY FUND<br>**FBO**: Alex Dimock | 1 | 100.00 | 100.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #12237 | 08/26/2026 | $100.00 |
| | | | Total Due Prior to Payment: | $100.00 |
| | | | Total Tendered: | $100.00 |

**Comments**: Pro Hac Vice FBO: Alex Dimock Mica 26-12806 Doc 247

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.