**Dated: August 27, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| YSA INVESTMENTS 1, LLC, | ) | Case No. 26-12806 (SAH) |
| | ) | Chapter 11 |
| Debtor. | ) | |

**<u>ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Before the Court is the *Motion for Admission Pro Hac Vice* (the "Motion") [Doc No. 248] filed by Creditor, Kingsbury OKC Lender, LLC, requesting that Alex Dimock of Bracewell, LLP, located at 1445 Ross Avenue, Suite 3800, Dallas, TX 75202 be admitted to appear *pro hac vice* to represent Kingsbury OKC Lender, LLC in this case.

The Court, having reviewed the Motion and the *Request for Admission Pro Hac Vice* attached thereto, and being otherwise fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Alex Dimock is admitted to appear pro hac vice in the above-captioned bankruptcy case, including any adversary proceedings related thereto, for the purpose of representing Kingsbury OKC Lender, LLC, subject to the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Western District of Oklahoma, and all applicable orders of this Court.

IT IS SO ORDERED.

*The prevailing party will effectuate service of the order on all interested parties.*

*All findings of fact are based upon representations of counsel (Local Rule 9013-1(L)(1)).*

###

Submitted by:

/s/ Samuel S. Ory
Samuel S. Ory, OBA #30340
FREDERIC DORWART, LAWYERS PLLC
124 E. 4th St.
Tulsa, OK 74103
Tel: (918) 583-9922
Fax: (918) 583-8251
sory@fdlaw.com

*Attorney for Creditor Kingsbury OKC Lender, LLC*