United States Bankruptcy Court
Western District of Oklahoma

In re:
YSA Investments 1, LLC
Debtor

Case No. 26-12806-SAH
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1087-5 User: admin Page 1 of 4
Date Rcvd: Aug 25, 2026 Form ID: pdf007 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2026 22:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: bankruptcynoticeschr@sec.gov | Aug 25 2026 22:07:00 | Jolene M. Wise, Securities and Exchange Commission, 175 W. Jackson Blvd., Suite 900, Chicago, IL 60604-2908 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Aug 25 2026 22:07:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony F. Pirraglia | on behalf of Interested Party Auerbach Opportunity Fund IV LP anthony.pirraglia@hklaw.com, julia.warren@hklaw.com;chris.bailey@hklaw.com;hapi@hklaw.com |
| Anthony F. Pirraglia | on behalf of Interested Party Auerbach Opportunity Fund III LP anthony.pirraglia@hklaw.com, julia.warren@hklaw.com;chris.bailey@hklaw.com;hapi@hklaw.com |

| | |
|---|---|
| Anthony F. Pirraglia | on behalf of Interested Party Auerbach Opportunity Fund 1 LP anthony.pirraglia@hklaw.com, julia.warren@hklaw.com;chris.bailey@hklaw.com;hapi@hklaw.com |
| Carlee M. Apel | on behalf of Debtor YSA Investments 1 LLC capel@fellerssnider.com |
| Carlee M. Apel | on behalf of Creditor ACRE Q018 Retention Holder LLC capel@fellerssnider.com |
| Chris M. Scaperlanda | on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") chris.scaperlanda@mcafeetaft.com |
| Christopher Cotner | on behalf of Creditor First United Bank and Trust Co. chris@bethanylaw.com |
| Clayton D Ketter | on behalf of Debtor YSA Investments 1 LLC cdketter@phillipsmurrah.com, mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com |
| Craig M Regens | on behalf of Interested Party Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC craig.regens@crowedunlevy.com kelley.williams@crowedunlevy.com;ecf@crowedunlevy.com;cregens@gmail.com;betty.clymer@crowedunlevy.com;lori.cornell@crowedunlevy.com |
| David Herber | on behalf of Creditor GableGotwals dherber@gablelaw.com JWilson@Gablelaw.com |
| Gatlin Cy Squires | on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") gatlin.squires@mcafeetaft.com |
| Jason A Sansone | on behalf of Debtor YSA Investments 1 LLC jasansone@phillipsmurrah.com, r47439@notify.bestcase.com;mdmills@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com |
| Jeffrey E Tate | on behalf of U.S. Trustee United States Trustee jeff.tate@usdoj.gov michele.adams@usdoj.gov;shannon.dyer-vencill2@usdoj.gov |
| John W. Mee, III | on behalf of Creditor First United Bank and Trust Co. jwm3@mhgclaw.com lpierce@meehoge.com |
| Joyce W. Lindauer | on behalf of Interested Party Barcelona Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Woodland Oaks Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Woodland Manor Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Lofts at North Penn Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Louis Investments LLC joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party A-V Village Creek Owner LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Fairfax Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party 727 Lofts Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Ridge Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Fairfax Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |

Joyce W. Lindauer
on behalf of Interested Party 727 Lofts Holdings  LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Woodland Oaks Investors  LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Remington Ranch's Best Living  LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Woodland Manor TIC 1  LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Kiran A. Phansalkar
on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust  DST kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Kiran A. Phansalkar
on behalf of Interested Party Saperean Capital IV TB Note Lender KD4  LLC kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Kiran A. Phansalkar
on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 kiran.phansalkar@mcafeetaft.com lindsay.skinner@mcafeetaft.com

Kiran A. Phansalkar
on behalf of Interested Party The Bancorp Bank  N.A. kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Lysbeth L George
on behalf of Creditor Computershare Trust Company  N.A. liz@georgelawok.com, lizbethlou@gmail.com;karen@georgelawok.com;dante@georgelawok.com;karla@georgelawok.com;karla@georgelawok.com

Marjorie J. Creasey
on behalf of U.S. Trustee United States Trustee marjorie.creasey@usdoj.gov michele.adams@usdoj.gov;lendy.heilaman@usdoj.gov

Mark A. Platt
on behalf of Creditor CREO QRS VC LLC mplatt@fbtlaw.com

Mark A. Platt
on behalf of Creditor CREO QRS NP LLC mplatt@fbtlaw.com

Matthew K Hansen
on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 mkhansen@lockelord.com

Nicholas Candido
on behalf of Debtor YSA Investments 1  LLC njcandido@phillipsmurrah.com, mdmills@phillipsmurrah.com;tjsullivan@phillipsmurrah.com;tmmanning@phillipsmurrah.com

Preston Sullivan, I
on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 preston.sullivan@mcafeetaft.com lindsay.skinner@mcafeetaft.com

Preston Sullivan, I
on behalf of Interested Party Saperean Capital IV TB Note Lender KD4  LLC preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Preston Sullivan, I
on behalf of Interested Party The Bancorp Bank  N.A. preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Preston Sullivan, I
on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust  DST preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Ross A. Plourde
on behalf of Creditor CREO QRS VC LLC ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Ross A. Plourde
on behalf of Creditor CREO QRS NP LLC ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Ross A. Plourde
on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Samuel Ory
on behalf of Creditor Mica Creek Capital  LLC sory@fdlaw.com

Samuel Ory

| | |
|---|---|
| | on behalf of Interested Party Yamato OKC Lender LLC sory@fdlaw.com |
| Samuel Ory | on behalf of Creditor Kingsbury OKC Lender LLC sory@fdlaw.com |
| Stephen J. Moriarty | on behalf of Creditor ACRE Q018 Retention Holder LLC smoriarty@fellerssnider.com, amoham@fellerssnider.com;smoriarty@ecf.axosfs.com |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| William H. Hoch | on behalf of Interested Party Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC will.hoch@crowedunlevy.com ecf@crowedunlevy.com;betty.clymer@crowedunlevy.com;ilaria.capasso@crowedunlevy.com;valary.gwinn@crowedunlevy.com;lori.cornell@crowedunlevy.com |

TOTAL: 51

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**IN RE:**

**YSA INVESTMENTS 1, LLC,** **Case Number: 26-12806-SAH**

**Debtor(s).** **Chapter 11**

## NOTICE OF HEARING

(F.R.Bankr.P. 9014)

Interested parties are notified that the request of **Daniel N. Brogan, Attorney for Debtor for Motion for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Security Interests and Super-Priority Administrative Expense Status; (III) Modifying the Automatic Stay; (IV) Authorizing the Use of Cash Collateral; (V) Granting Adequate Protection; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief (Doc 56) and Objection (Doc 74) filed by Scott D. Cousins, Attorney for ACRE Q018 Retention Holder, LLC; Joinder to ACRE's Objection (Doc 89) filed by Zhao Liu, Attorney for Jenk's Best Living, LLC; Limited Objection (Doc 92) and Objection (Doc 93) filed by Michael D. DeBaecke, Attorney for Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC; Joinder to ACRE's Objection (Doc 97) filed by Matthew B. McGuire, Attorney for First United Bank and Trust Co.; Omnibus Objection (Doc 100) filed by Morgan L. Patterson, Attorney for CREO; Limited Objection (Doc 102) filed by E.E. Allinson III, Attorney for the Auerbach Funds; Joinder to CREO's Objection (Doc 103) filed by Morgan L. Patterson, Attorney for Silver Hill Capital, LLC; Objection (Doc 107) filed by Derek C. Abbott, Attorney for Axonic Multifamily Bridge SPV (BC) Trust; Objection (Doc 197) filed by Jeffrey E. Tate, Attorney for the United States Trustee; Joinder (Doc 213) filed by Christopher M. Scaperlanda, Attorney for Fannie Mae; Objection (Doc 217) filed by Lysbeth L. George, Attorney for Computer Share Trust Company; Joinder to Computer Share Trust's**

**Objection (Doc 225) filed by Joyce W. Lindauer, Attorney for Fairfax Best Living, LLC and Woodland Oaks Best Living, LLC** will be heard by Judge Sarah A. Hall in the United States Bankruptcy Court for the Western District of Oklahoma sitting in Oklahoma City on **September 3, 2026 at 10:00 AM CST by Video via Microsoft Teams. To participate in the video hearing, parties must submit their preferred email address along with their client's name to Cheryl Shook at cheryl_shook@okwb.uscourts.gov by noon on September 1, 2026. A link will be provided to join the video hearing 24 hours prior to the hearing.**

If determination of the issues requires finding of facts, evidence may be offered as provided by the Federal Rules of Bankruptcy Procedure and the Federal Rules of Evidence or, if such is the case, the parties may stipulate to the relevant facts. If the request is contained in a motion it may be heard on affidavits presented by the respective parties as provided by Rule 9017 F.R.Bankr.P. which adopts Rule 43(e) F.R.Civ.P. Accordingly, the parties are reminded of the provisions of Rules 9014 which adopts Rule 7026 F.R.Bankr.P. providing for the exchange of documentary evidence and disclosure of proposed witnesses prior to the hearing.

Parties are further reminded that Local Rule 9014 requires any party intending to offer evidence or testimony at a hearing to file an appropriate notice as provided for in that local rule and are reminded that they must comply with all other provisions of Local Rule 9014.

Dated: AUGUST 25, 2026

BY ORDER OF THE COURT
Douglas E. Wedge, Clerk

By:/s/Dominique McGee
DOMINIQUE MCGEE, Deputy