**Dated: August 28, 2026**

**The following is ORDERED:**

**Secured lenders' rights and objections are fully reserved.**

Sarah A Hall
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| YSA INVESTMENTS 1, LLC, | ) | Case No. 26-12806-SAH |
| | ) | Chapter 11 |
| Debtor. | ) | |

**INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL**

Before the Court is the Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor's Use of Cash Collateral, (II) Finding That the Prepetition Secured Lenders Are Adequately Protected, and (III) Scheduling a Final Hearing [Doc. 40] (the "Motion") filed by debtor YSA Investments 1, LLC ("Debtor") on August 10, 2026. For the reasons stated on the record, the Motion is granted on an interim basis subject to the terms and conditions set forth below. **If Debtor fails to comply with any of the below terms or conditions, the Court will immediately appoint a chapter 11 trustee *sua sponte*.**

1. Debtor is authorized to use Cash Collateral[1] for the interim period of August 27, 2026 to 10:00 a.m. C.S.T., September 3, 2026, on the terms and conditions set forth herein.
2. Debtor is authorized to use Cash Collateral in accordance with the Budgets for taxes, insurance, regular maintenance, upkeep, repairs, and the replacement of air conditioning units, subject to a variance not to exceed 10% per line item. Cash Collateral shall not be used to pay management fees, advertising, or capital expenditures including replacement costs (with exceptions for HVAC and water related equipment necessary for the safety and health of tenants).
3. Debtor shall establish separate escrow accounts for each of the Properties to hold funds accrued for taxes and insurance. The escrow accounts must be Debtor in Possession ("DIP") accounts, and they must be designated as DIP escrow accounts.
4. On or before 5:00 p.m. C.S.T. on Monday, August 31, 2026, Debtor shall file employment applications for any professional retained, including but not limited to: consultants, property managers, and advisors. The employment applications shall include contracts or agreements with terms, including the fee and fee calculation. Additionally, the employment applications shall disclose the amounts, if any, paid to the professional pre-petition and the source of the payment.
5. On or before 5:00 p.m. C.S.T. on Monday, August 31, 2026, Debtor shall file an itemized accounting of all funds received and expended by Capital Assets for the Properties since the Petition Date. The accounting must include the date, amount, recipient/vendor, and purpose. If any of the Properties' expenses were paid by

[1] Capitalized terms not defined in this Order shall have the same meaning as set forth in the Motion, however, no term shall include the three Properties currently under control of a chapter 11 trustee (Village Creek, Barcelona Apartments, and 727 Lofts).

someone other than Capital Assets, then Debtor shall disclose the amount paid and who made any such payment.

6. On or before 5:00 p.m. C.S.T. on Monday, August 31, 2026, Debtor shall file an itemized accounting of all amounts paid post-petition to any manager, member, affiliate, consultant, or professional of Debtor.
7. On or before 5:00 p.m. C.S.T. on Monday, August 31, 2026, Debtor shall provide to each and every Prepetition Secured Lender real-time access to view each bank account containing its Cash Collateral.
8. On or before 5:00 p.m. C.S.T. on Monday, August 31, 2026, Debtor shall file an affidavit or declaration under oath by Aharon Diveroli and Greg Wright stating no Cash Collateral will be paid or transferred for any purpose other than those stated on the record and set forth in this Order.
9. Prepetition Secured Lenders may inspect the Properties, including unoccupied units, at any time. Prepetition Secured Lenders may inspect the Properties' occupied units with 24 hours notice.
10. On or before 11:59 p.m. CST on Wednesday, September 2, 2026, Debtor shall obtain insurance for each of the Properties and shall file with the Court proof of insurance.
11. On or before 10:00 a.m. CST on Thursday, September 3, 2026, Debtor shall pay to each Prepetition Secured Lender who is the respective first lienholder 10% of the net income for the Properties securing that Prepetition Secured Lender through August 28, 2026.

IT IS SO ORDERED.

# # #