Kevin D. McCullough (*Pro Hac* forthcoming)
TX State Bar No. 00788005
Shannon S. Thomas (*Pro Hac* forthcoming)
TX State Bar No. 24088442
ROCHELLE MCCULLOUGH PLLC
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
kdm@romclaw.com
sthomas@romclaw.com

PROPOSED CO-GENERAL COUNSEL FOR
INTERESTED PARTY DANIEL J. SHERMAN

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 26-12806 (SAH)** |
| | § | |
| **YSA INVESTMENTS 1, LLC** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE THAT the undersigned hereby appears in the above-captioned case (the "<u>Case</u>") as co-general counsel on behalf of interested party Daniel J. Sherman, and hereby requests copies of all notices given or required to be given in this Case and all papers served in this case at the address, telephone/facsimile numbers and/or email, as follows:

Kevin D. McCullough
ROCHELLE MCCULLOUGH PLLC
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
Email: kdm@romclaw.com

This request encompasses all notices and pleadings, including without limitation, orders, motions, demands, complaints, petitions, requests, formal or informal applications, and/or any and

all other documents brought before the Court in the Case and any other proceedings consolidated or associated therewith, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, facsimile, email or otherwise.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Kevin D. McCullough*
Kevin D. McCullough (*Pro Hac* forthcoming)
TX State Bar No. 00788005
Shannon S. Thomas (*Pro Hac* forthcoming)
TX State Bar No. 24088442
ROCHELLE MCCULLOUGH PLLC
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
kdm@romclaw.com
sthomas@romclaw.com

PROPOSED CO-GENERAL COUNSEL FOR
INTERESTED PARTY DANIEL J. SHERMAN

## CERTIFICATE OF SERVICE

I hereby certify that, on August 28, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, a copy was served on the parties who receive notice via the Court's ECF notification system.

*/s/ Kevin D. McCullough*
Kevin D. McCullough