**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC<br><br>Debtor | Chapter 11<br><br>Case No. 26-12806 |

**LOCAL RULE 9014 PREHEARING NOTICE**

CREO QRS VC LLC ("**CREO VC**") and CREO QRS NP LLC ("**CREO NP**" and collectively with CREO VC, "**CREO**") by its undersigned counsel, hereby submits the following notice pursuant to Local Rule 9014 with respect to the hearing on the *Motion of the Debtor for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Security Interests and Super-Priority Administrative Expense Status; (III) Modifying the Automatic Stay; (IV) Authorizing the Use of Cash Collateral; (V) Granting Adequate Protection; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* [Docket No. 56]. The hearing on this matter is currently scheduled on September 3, 2026 at 10:00 a.m. CST.

**Exhibits**

CREO anticipates offering the following exhibits:

1. Post-Trial Memorandum Opinion, *Mark Kulick, et al. v. YSA Investments 1, LLC*, C.A. No. 2025-1319-KSJM (Del. Ch. June 9, 2026)
2. Complaint Against Defendant YSA Investments 1, LLC [Case No. 26-33110-SGJ] (Bankr. N.D. Tex.) (Adv. Pro. Doc. No. 1); filed July 20, 2026
3. Preliminary Order Addressing Motion for Temporary Restraining Order, *Jenk's Best Living, LLC v. Mark Kulick, et al.*, [Adv. Pro. No. 26-00176-MMH, (Bankr. D. Md. July 24, 2026) (Docket No. 21)]
4. TRO Hearing Transcript [Adv. Pro. No. 26-3071-SGJ] (Bankr. N.D. Tex.); July 27, 2026
5. *Sua Sponte* Order Directing the Appointment of a Chapter 11 Trustee in All of the Above,

Related Cases [Case No. 26-32779-SJM] (Bankr. N.D. Tex.) (Docket No. 41); July 28, 2026

6. Hearing Transcript [Case No. 26-32779-SJM] (Bankr. N.D. Tex.) (Docket No. 41); August 3, 2026
7. Hearing Transcript [Case No. 26-11178-BLS] (Bankr. D. Del.) August 14, 2026

**Witnesses**

CREO may call the following witnesses:

1. Efraim Diveroli
2. Aharon Diveroli
3. Greg Wright
4. Parker Detweiler

CREO reserves the right to call any witness listed by any other party and rebuttal witnesses, as necessary.

**Anticipated Time to Present Evidence and Argument**

CREO anticipates the presentation of evidence and argument will require approximately 1 hour.

*[Signature Page Follows]*

Dated: August 28, 2026

Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8TH Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

-and-

**FBT GIBBONS LLP**

*/s/ Mark A. Platt*
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather Pieper McMutry (admitted *pro hac vice*)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5590
Facsimile: (615) 251-5551
Email: hmcmutry@fbtgibbons.com

*Counsel for CREO*

0148758.0799511 4936-0440-1610v2