Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Best Living, LLC,
Woodland Oaks Best Living, LLC,
A-V Village Creek Owner LLC,
Barcelona Best Living LLC,
and 727 Lofts Best Living

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**LOCAL RULE 9014 PREHEARING NOTICE**
**(Relates to Docket Nos. 54 and 56)**

Fairfax Best Living, LLC, Woodland Oaks Best Living, LLC, A-V Village Creek Owner LLC, Barcelona Best Living LLC, and 727 Lofts Best Living (collectively, "Interested Parties") by their undersigned counsel, hereby submits the following notice pursuant to Local Rule 9014 with respect to the hearing on the *Motion of the Debtor Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance* [Docket No. 54] and the *Motion of the Debtor for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Security Interests and Super-Priority Administrative Expense Status; (III) Modifying the Automatic Stay; (IV) Authorizing the Use of*

*Cash Collateral; (V) Granting Adequate Protection; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* [Docket No. 56]. The hearing on these matters is currently scheduled for **September 3, 2026 at 10:00 a.m. CST**.

**Witnesses**

The Interested Parties may call the following witnesses:

1. Marc Kulick

2. Benjamin Didier

The Interested Parties reserve the right to call any witness listed by any other party and rebuttal witnesses, as necessary.

**Exhibits**

The Interested Parties may offer the following exhibits:

| Exhibit No. | Description | Offered | Admitted | Admit/Deny |
|---|---|---|---|---|
| 1 | YSA's Schedules of Assets and Liabilities | | | |
| 2 | Chart of Value and Debt | | | |
| 3 | Budgets from Cash Collateral Hearing already admitted by Court | | | |
| 4 | All Pleadings (including exhibits thereto), Documents, Budgets, Proofs of Claim, and other Records filed in this Bankruptcy Case | | | |
| 5 | Any exhibits listed by any other party to which Interested Parties do not object | | | |

**ESTIMATED LENGTH OF TIME TO PRESENT EVIDENCE AND ARGUMENT**

The Interested Parties estimate that they will need 30 minutes to present evidence and argument at the Hearing.

**RESERVATION OF RIGHTS**

The Interested Parties reserve the right to revise, correct, supplement or clarify this Notice prior to the hearing.

Dated: August 28, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Best Living, LLC,
Woodland Oaks Best Living, LLC,
A-V Village Creek Owner LLC,
Barcelona Best Living LLC,
and 727 Lofts Best Living

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer