**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**SUBMISSION OF DECLARATION**

YSA Investments 1, LLC, submits the attached Declaration of Aharon Diveroli Pursuant to Interim Order Authorizing Debtor's Use of Cash Collateral (Doc. 263).

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**DECLARATION OF AHARON DIVEROLI PURSUANT TO INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL [DOC. 263]**

I, Aharon Diveroli, as manager of YSA Investments 1, LLC (the "Debtor"), hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am over eighteen years of age, have personal knowledge of the facts set forth in this Declaration, and if called as a witness could and would testify competently thereto. I am authorized to make this Declaration on behalf of Debtor.

2. I serve as Manager of the Debtor. In that capacity, I am familiar with Debtor's operations, bank accounts, and use of cash collateral.

3. I have reviewed the *Interim Order Authorizing Use of Cash Collateral*, Doc. 263 (the "Interim Order"), including the terms and conditions governing Debtor's interim use of Cash Collateral, and I understand that any failure to comply with those terms and conditions may result in the immediate appointment of a chapter 11 trustee *sua sponte*.

4. I hereby state and represent under oath that no Cash Collateral will be paid or transferred for any purpose other than those stated on the record and set forth in the Interim Order. I also declare that no payments have been made by the Debtor since the Petition Date of July 28, 2026.

5. Without limiting the foregoing, Cash Collateral will be used only during the interim period from August 27, 2026, to 10:00 a.m. C.S.T. on September 3, 2026, and only in accordance

with the Budgets for taxes, insurance, regular maintenance, upkeep, repairs, and the replacement of air conditioning units, subject to a variance not to exceed 10% per line item.

6. Cash Collateral will not be used to pay management fees, advertising, or capital expenditures including replacement costs, except for HVAC and water-related equipment necessary for the safety and health of tenants, as authorized by the Interim Order.

7. I further state that Cash Collateral will not be paid or transferred for any purpose other than those stated and authorized by the Interim Order and applicable Bankruptcy Court order.

**VERIFICATION**

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 31, 2026.

**Aharon Diveroli**
As Manager of YSA Investments 1, LLC