**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC.,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

## UNITED STATES TRUSTEE'S NOTICE OF WITNESSES AND EXHIBITS THAT MAY BE USED AT THE HEARINGS SET FOR SEPTEMBER 3, 2026

The United States Trustee ("**UST**") submits this list of witnesses and exhibits that the UST may utilize at the hearing on the video hearing to consider **(i)** Debtor's request to obtain post-petition financing [Doc. 56] as well as **(ii)** all related objections thereto, and **(iii)** any other matter discussed, all of which are set to be heard September 3, 2026, at 10:00 a.m. The UST reserves the right to supplement or amend these lists prior to the hearing.

**A. Witnesses:**

| | **Name:** |
|---|---|
| **1.** | Any witness listed by any other interested party to whom the UST does not object. |
| **2.** | The UST reserves the right to cross-examine any witness listed by any other interested party who may testify. |
| **3.** | Rebuttal witnesses as deemed necessary |

**B. Exhibits:**

| | **Description:** |
|---|---|
| **1.** | Any exhibit listed by any other interested party to which the UST does not object. |
| **2.** | Demonstrative exhibits. |

**C. Estimated Time to Present Evidence & Argument:**

The UST estimates that it will take approximately 40 minutes to present any witnesses and exhibits in chief, and approximately 15 minutes to present legal argument to the Court.

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov