**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**DEBTOR'S NOTICE OF WITNESS AND EXHIBIT LIST FOR HEARING ON SEPTEMBER 3, 2026, AT 10:00 A.M. (CT) AND ESTIMATED LENGTH OF TIME FOR HEARING**

Debtor, YSA Investments 1, LLC (the "Debtor") submits the following list of exhibits it may offer and witnesses it may call at the upcoming hearing currently set on Thursday, September 3, 2026, at 10:00 A.M. prevailing Central Time, before the Honorable Judge Sarah Hall, U.S. Bankruptcy Court Western District of Oklahoma, Ninth Floor Courtroom, 215 Dean A McGee Ave., Oklahoma City, OK 73102[1]:

**Exhibits**

The Debtor may offer the following exhibits:

1. *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing The Debtor's Use of Cash Collateral, (II) Finding That The Prepetition Secured Lenders Are Adequately Protected, And (III) Scheduling a Final Hearing* [Doc. 40];

2. Debtor's Amended Cash Collateral Budget [Doc. 210];

3. *Interim Order (I) Authorizing The Debtor's Use of ACRE's Cash Collateral, (II) Finding That ACRE Is Adequately Protected, And (III) Scheduling a Final Hearing* [Doc. 119];

4. *Interim Order Authoring Debtor's Use of Cash Collateral* [Doc. 263];

[1] The hearing will be held via Microsoft Teams. To participate in the video hearing, parties must submit their preferred email address to Cheryl Shook at cheryl_shook@okwb.uscourts.gov by noon on September 1, 2026. A link will be provided to join the video hearing 24 hours prior to the hearing.

5. *Motion of the Debtor Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services To, or Discriminating Against, the Debtor, (II) Determining That The Utility Companies Are Adequately Assured of Postpetition Payment, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance* [Doc. 54];

6. *Motion of the Debtor for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Security Interests and Super-Priority Administrative Expense Status; (III) Modifying the Automatic Stay; (IV) Authorizing the Use of Cash Collateral; (V) Granting Adequate Protection; (VI) Scheduling A Final Hearing; and (VII) Granting Related Relief* [Doc. 56];

7. Debtor’s Amended DIP Budget [Doc. 271];

*8.* *Interim Order* [Doc. 120];

9. All filings and schedules in this Chapter 11 proceeding;

10. All filings and schedules in *Louis Investments, LLC*, case no. 26-12851-SAH;

11. All filings in *Louis Investments, LLC v. YSA Investments 1, LLC*, adversary case no. 26-01041-SAH;

12. All filings in *Louis Investments, LLC, et al. v. YSA Investments 1, LLC*, adversary case no. 26-01042-SAH;

13. All filings and schedules in *Jenk's Best Living, LLC*, case no. 26-12812-SAH;

14. All filings in *Jenk's Best Living, LLC v. YSA Investments 1, LLC, et al.*, adversary case no. 26-01040-SAH;

15. All filings and schedules in *Fairfax Investors, LLC*, case no. 26-11984-SAH[2];

16. Any and all exhibits listed by other parties in interest to which the Debtor has no objection, or to which any objection by the Debtor has been withdrawn or waived;

17. Any exhibit identified by the Debtor to which no other party objects, or to which any such objection has been withdrawn or waived; and

18. Any exhibits necessary for rebuttal.

**<u>Witnesses</u>**

The Debtor may call the following witnesses:

1. Aharon Diveroli;

2. Corporate Representative of the Debtor;

3. Corporate Representative of Mayflower Asset Recovery Systems LLC;

4. Any witness needed to identify or authenticate any record or document;

5. Any witness identified by any other party and not objected to by the Debtor, or to which any objection by the Debtor has been withdrawn or waived;

6. All witnesses called by the Debtor to which any other party does not object, or to which any such objection has been withdrawn or waived; and

7. Any witness necessary for rebuttal.

**<u>Estimate of Time</u>**

Estimated time to present evidence and argument: Four (4) hours.

The Debtor reserves the right to supplement and amend this witness and exhibit list as necessary.

[2] The jointly administered cases are *Fairfax Investors, LLC* (Case No. 26-11984), *Fairfax Best Living, LLC* (Case No. 26-1 I 985), *Woodland Oaks Best Living, LLC* (Case No. 26-11986), and *Woodland Oaks Investors, LLC* (Case No. 26- 1 1987).

Respectfully submitted,

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**