**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**DEBTOR'S NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 3, 2026, AT 10:00 A.M. (CT)**

Debtor, YSA Investments 1, LLC (the "Debtor"), submits the following notice of proposed agenda on the matters set for Thursday, September 3, 2026, at 10:00 a.m. (CT)[1]:

**CONTESTED MATTERS**

1. *Motion of the Debtor Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services To, or Discriminating Against, the Debtor, (II) Determining That The Utility Companies Are Adequately Assured of Postpetition Payment, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance* [Doc. 54]

Response Deadline: Monday, August 31, 2026.

Objections: Omnibus Objection and Reservation of Rights [Doc. 100] filed by CREO QRS NP LLC and CREO QRS VC LLC.

Reply: None

Status: Interim Order entered August 14, 2026 [Doc. 120]. This matter is going forward.

Estimate of Time Required: One (1) hour.

[1] The hearing will be held via Microsoft Teams. To participate in the video hearing, parties must submit their preferred email address to Cheryl Shook at cheryl_shook@okwb.uscourts.gov by noon on September 1, 2026. A link will be provided to join the video hearing 24 hours prior to the hearing.

2. *Motion of the Debtor for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Security Interests and Super-Priority Administrative Expense Status; (III) Modifying the Automatic Stay; (IV) Authorizing the Use of Cash Collateral; (V) Granting Adequate Protection; (VI) Scheduling A Final Hearing; and (VII) Granting Related Relief* [Doc. 56]

Response Deadline: Monday, August 24, 2026.

Objections: Objection [Doc. 74] filed by ACRE Q018 Retention Holder, LLC; Joinder [Doc. 89] filed by Jenk's Best Living, LLC; Objection [Doc. 93] filed by Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC; Joinder [Doc. 97] filed by First United Bank and Trust Co.; Omnibus Objection and Reservation of Rights [Doc. 100] filed by CREO QRS NP LLC and CREO QRS VC LLC; Limited Objection [Doc. 102] filed by Auerbach Funds; Joinder [Doc. 103] filed by Silver Hill Capital, LLC; Objection [Doc. 107] filed by Axonic Multifamily Bridge SPV (BC) Trust; Objection [Doc. 197] filed by United States Trustee; Joinder [Doc. 213] filed by Fannie Mae; Objection [Doc. 217] filed by Computer Share Trust Company; Joinder [Doc. 225] filed by Fairfax Best Living, LLC and Woodland Oaks Best Living, LLC; Joinder [Doc. 235] filed by Yamato OKC Lender LLC; Objection [Doc. 267] filed by 727 Lofts Best Living, LLC, A-V Village Creek Owner, LLC, Barcelona Best Living, LLC, Fairfax Best Living, LLC, and Woodland Oaks Best Living, LLC

Reply: None

Status: This matter is going forward.

Estimate of Time Required: Two (2) hours.

3. *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing The Debtor's Use of Cash Collateral, (II) Finding That The Prepetition Secured Lenders Are Adequately Protected, And (III) Scheduling a Final Hearing* [Doc. 40]

Response Deadline: Friday, August 21, 2026.

Objections: Objection [Doc. 7] filed by ACRE Q018 Retention Holder, LLC; Objection [Doc. 12] filed by CREO QRS NP LLC and CREO QRS VC LLC; Limited Objection [Doc. 92] filed by Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC; Objection [Doc. 93] filed by Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC; Omnibus Objection and Reservation of Rights [Doc. 100] filed by CREO QRS NP LLC and CREO QRS VC LLC; Limited Objection [Doc. 102] filed by Auerbach Opportunity Fund 1, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP; Joinder to Objection [Doc. 103] filed by Silver Hill Capital, LLC; Objection [Doc. 104] filed by Axonic Multifamily Bridge SPV (BC) Trust, DST; Objection [Doc. 196] filed by Federal National Mortgage Association; Objection [Doc. 197] filed by United States Trustee; Limited Objection [Doc. 199] filed by

Computershare Trust Company, N.A.; Supplemental Objection [Doc. 200] filed by CREO QRS NP LLC and CREO QRS VC LLC

Reply: None

Status: Interim Order entered August 28, 2026 [Doc. 263]. This matter is going forward.

Estimate of Time Required: One (1) hour.

Respectfully submitted,

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**