**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| YSA Investments 1, LLC, | ) | Case No. 26-12806-SAH |
| | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |

**ACRE Q018 RETENTION HOLDER LLC'S NOTICE OF WITNESSES AND EXHIBITS THAT MAY BE USED AT THE HEARINGS SET FOR SEPTEMBER 3, 2026**

ACRE Q018 Retention Holder, LLC ("ACRE") submits this list of witnesses and exhibits that ACRE may utilize at the hearing on the video hearing to consider **(i)** Debtor's Motion for Debtor in Possession Financing [Dkt. 56] as well as **(ii)** all related objections thereto, including Dkts. 74, 89, 92, 93, 97, 100, 102, 103, 107, 197, 213, 217, 225, and 235, all of which are set to be heard September 3, 2026, at 10:00 a.m. ACRE reserves the right to supplement or amend these lists prior to the hearing.

| A. Witnesses: Name: | |
|---|---|
| **1.** | Any witness listed by any other interested party to whom ACRE does not object. |
| **2.** | ACRE reserves the right to cross-examine any witness listed by any other interested party who may testify. |
| **3.** | Rebuttal witnesses as deemed |

| B. Exhibits: Description: | |
|---|---|
| 1. | Any exhibit listed by any other interested party to which ACRE does not object. |
| 2. | Demonstrative exhibits. |

C. Estimated Time to Present Evidence & Argument:

ACRE estimates that it will take approximately 15 minutes to present any witnesses and exhibits in chief, and approximately 10 minutes to present legal argument to the Court.

/s/ Stephen J. Moriarty
Stephen J. Moriarty, OBA No. 6410
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
E-mail:smoriarty@fellerssnider.com

**ATTORNEYS FOR ACRE Q018 RETENTION HOLDER LLC**

**CERTIFICATE OF SERVICE**

This is to certify that on this 31st day of August, 2026, a true and correct copy of the Notice of Appearance was electronically served using the CM/ECF System.

/s/ Stephen J. Moriarty
Stephen J. Moriarty

966998