**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

## SUBMISSION OF ACCOUNT LETTER

YSA Investments 1, LLC, submits the attached Account Letter.

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

Pinnacle
FINANCIAL PARTNERS

August 31, 2026

To: Aharon Diveroli
Manager, YSA Investments I LLC

Re: YSA Investments I, LLC
Debtor in Possession Accounts

To Whom it May Concern,
The following accounts were opened for YSA Investments I, LLC Debtor in Possession accounts were opened on Augst 31, 2026

- *YSA Thrive Jenks Insurance DIP*
- *YSA One Eton Square Apartments Insurance DIP*
- *YSA Riverpark at Kensington Insurance DIP*
- *YSA Lakeside Place Apartments Insurance DIP*
- *YSA Shoreline Apartments Insurance DIP*
- *YSA 23 East Apartments Insurance DIP*
- *YSA Villas at Midtown Insurance DIP*
- *YSA Thrive Jenks Taxes DIP*
- *YSA One Eton Square Apartments Taxes DIP*
- *YSA Riverpark at Kensington Taxes DIP*
- *YSA Lakeside Place Apartments Taxes DIP*
- *YSA Shoreline Apartments Taxes DIP*
- *YSA 23 East Apartments Taxes DIP*
- *YSA Villas at Midtown Taxes DIP*

Regards,

Kim Harris

Kim Harris
Financial Advisor Associate
Pinnacle Financial Partners
865-602-3606