**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| YSA INVESTMENTS 1, LLC, | ) | Case No. 26-12806 (SAH) |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

**LOCAL RULE 9014 PRE-HEARING NOTICE**

Yamato OKC Lender, LLC ("Yamato"), by and through its undersigned counsel, files this notice (this "Notice") pursuant to Local Rule 9014 with respect to the hearing on the *Motion of the Debtor for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Security Interests and Super-Priority Administrative Expense Status; (III) Modifying the Automatic Stay; (IV) Authorizing the Use of Cash Collateral; (V) Granting Adequate Protection; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* [Docket No. 56]. The hearing on this matter is currently scheduled for September 3, 2026, at 10:00 a.m. CST.

**Exhibits**

Yamato may offer the following exhibits:

1. All pleadings (including exhibits thereto), documents, budgets, proofs of claim, and other records filed in this chapter 11 case.

2. Any exhibits listed by any other party to which Yamato does not object.

**Witnesses**

Yamato may call the following witnesses:

1. Any rebuttal witnesses, if necessary.

2. All witnesses listed by any other party to which Yamato does not object.

**Estimated Length of Time to Present Evidence and Argument**

Yamato estimates that it will need 15 minutes to present evidence and argument at the hearing.

**Reservation of Rights**

The foregoing Notice is being submitted based upon information reasonably available to Yamato at this time and without waiving any objection as to relevance, materiality, or admissibility of evidence in this proceeding. Yamato reserves the right to revise, correct, supplement or clarify this Notice prior to the hearing.

Dated: August 31, 2026

Respectfully submitted,

/s/ Samuel S. Ory
Samuel S. Ory, OBA #30340
FREDERIC DORWART, LAWYERS PLLC
124 E. 4th St.
Tulsa, OK 74103
Tel: (918) 583-9922
Fax: (918) 583-8251
sory@fdlaw.com

-and-

Alex Dimock (*pro hac*)
**BRACEWELL LLP**
1445 Ross Avenue, Suite 3800
Dallas, TX 75202
alex.dimock@bracewell.com

-and-

Stuart Glick (*pro hac* forthcoming)
**BRACEWELL LLP**
31 W. 52nd Street, Suite 1900
New York, NY 10019
stuart.glick@bracewell.com

-and-

Jonathan Lozano (*pro hac*)
**BRACEWELL LLP**
111 Congress Avenue, Suite 2300
Austin, TX 78701
jonathan.lozano@bracewell.com

***Attorneys for Creditor Yamato OKC Lender, LLC***