**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| YSA INVESTMENTS 1, LLC, | ) | Case No. 26-12806 (SAH) |
| | ) | |
| Debtor. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Kingsbury OKC Lender, LLC (the "Creditor"), by and through its undersigned local counsel, Samuel S. Ory of Frederic Dorwart, Lawyers PLLC, respectfully moves the Court for an order admitting Stuart J. Glick ("Applicant") of Bracewell, LLP, *pro hac vice* to appear and participate as counsel for the Creditor in this bankruptcy case. In support of this Motion, the Creditor states as follows:

1. Samuel S. Ory is admitted to practice before this Court and has entered his appearance as local counsel for the Creditor.

2. Applicant is an attorney with Bracewell, LLP, located at 31 West 52nd Street, 19th Floor, New York, NY 10019, and is a member in good standing of the bar of the State of New York.

3. Pursuant to Local Rule 9010-1(G) of the Local Rules of the United States Bankruptcy Court for the Western District of Oklahoma and LCvR 83.2(g) of the Local Civil Rules of the United States District Court for the Western District of Oklahoma, the Creditor requests that Applicant be admitted *pro hac vice* in this case. The required *pro hac vice* admission fee is being tendered contemporaneously with the filing of this Motion.

4. A completed Request for Admission *Pro Hac Vice*, bearing the original signature of Applicant, is attached hereto as Exhibit 1.

5. Applicant will remain associated with Samuel S. Ory as local counsel as required by LCvR 83.2(g) of the Local Civil Rules of the United States District Court for the Western District of Oklahoma.

WHEREFORE, Kingsbury OKC Lender, LLC respectfully requests that the Court enter an order admitting Stuart J. Glick *pro hac vice* to appear and participate as counsel for the Creditor in this bankruptcy case, and grant such other and further relief as the Court deems just and proper.

Dated: September 1, 2026

Respectfully submitted,

/s/ Samuel S. Ory

Samuel S. Ory, OBA #30340
FREDERIC DORWART, LAWYERS PLLC
124 E. 4th St.
Tulsa, OK 74103
Tel: (918) 583-9922
Fax: (918) 583-8251
sory@fdlaw.com

*Attorney for Creditor Kingsbury OKC Lender, LLC*

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2026, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which effected service upon all parties entitled to electronic service, including counsel for the Debtor.

/s/ Samuel S. Ory
Samuel S. Ory