UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

BARCELONA BEST LIVING, LLC

Plaintiff(s)

vs.

Defendant(s)

Case No. 26-12850 (SAH)

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Stuart J. Glick

2. State bar membership number: New York 1984541

3. Business address, telephone and fax numbers:
   31 West 52nd Street, 19th Floor
   New York, NY 10019
   Telephone: (212) 508-6170
   Fax: (800) 404-3970

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   State of New York, State of New Jersey, State of Texas, USDC NYSD, USDC NYED, USDC NYND, USDC NJ, USDC SDTX

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this 26 day of August, 2026.

Signature of Applicant

005/rvsd 04-23