**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| YSA Investments 1, LLC | ) | |
| | ) | |
| Debtor | ) | Case No. 26-12806 |
| | ) | |

## AMENDED CERTIFICATE OR AFFIDAVIT OF SERVICE

This is to certify that on the 31st day of August 2026, a true and correct copy of the Motion for Relief from the Automatic Stay Relating to Collection of Rents by Marc Kulick and Vesta Realty, LLC and Motion for Waiver of Rule 4001(A)(4) Stay, Combined with Notice of Opportunity for Hearing and Brief in Support, filed on August 31, 2026 [Doc. No. 268], was forwarded via U.S. Mail, first class, postage prepaid, to the persons and at the addresses listed below.

YSA Investments 1, LLC
8 The Green, Suite B
Dover, Delaware, 19901

Respectfully submitted,

*/s/ Christopher M. Scaperlanda*

Christopher M. Scaperlanda, OBA #31703
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
chris.scaperlanda@mcafeetaft.com

*Counsel for Federal National Mortgage Association*