**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**APPLICATION TO ALLOW REMOTE**
**ATTENDANCE AT SEPTEMBER 3, 2026 HEARING**

Debtor, YSA Investments 1, LLC (the "Debtor"), by and through its undersigned counsel, respectfully requests permission to allow its professionals, representatives, and witnesses to attend the hearings set in this matter on September 3, 2026, beginning at 10:00 a.m. remotely by Microsoft Teams.[1]

Pursuant to the Court's *Case Management Protocol* [Doc. 193], the deadline to register for the hearing was September 1, 2026, at noon. Due to error on the part of Debtor's counsel, and through no error of the Debtor or its representatives, registration was not requested until 2:31 p.m. on September 1, 2026. Accordingly, pursuant to the Case Management Protocol, neither the Debtor's professionals, representatives, nor witnesses may appear at the hearings set in this matter on September 3, 2026.

Barring a party from participating in a hearing constitutes a sanction. A court's sanctioning power "should never be exercised without notice to the offending party of the grounds of complaint

---

[1] For the avoidance of doubt, the Debtor respectfully requests for the following to appear at the hearings set in this matter on September 3, 2026, via Microsoft Teams:

- Clayton D. Ketter (cdketter@phillipsmurrah.com)
- Jason A. Sansone (jasansone@phillipsmurrah.com)
- Ericka F. Johnson (ejohnson@bayardlaw.com)
- Aharon Diveroli (ad@investdig.com)
- Greg Wright (gwright@cai-ok.com)
- Parker Detweiler (parkerdetweiler@gmail.com)

against him, and affording him ample opportunity of explanation and defense." *Braley v. Campbell*, 832 F.2d 1504, 1514 (10th Cir. 1987). Here, the Debtor has not previously failed to comply with the Case Management Protocol's registration requirements. *See, e.g., In re Lonce*, 24-22606 (CGM), 2025 WL 828829, at *7 (Bankr. S.D.N.Y. Mar. 14, 2025). Moreover, no parties in interest will be prejudiced by permitting the Debtor's professionals, representatives, and witnesses to participate in the hearings set in this matter on September 3, 2026.

WHEREFORE, the Debtor respectfully requests permission for its professionals, representatives, and witnesses to appear at the hearings set in this matter on September 3, 2026, via Microsoft Teams, and for such other and further relief as may be just and proper.

Respectfully submitted,

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**