**Dated: September 2, 2026**

**The following is ORDERED:**

**Leave will not be granted in the future for failing to comply with the Case Management Protocols.**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER GRANTING APPLICATION TO ALLOW REMOTE ATTENDANCE AT SEPTEMBER 3, 2026 HEARING**

This matter comes on for consideration based on the *Application to Allow Remote Attendance at September 3, 2026 Hearing* [Doc. 291] (the "Application") filed by YSA Investments 1, LLC (the "Debtor").[1] Counsel for the Debtor represents that the Application was served upon all registered participants by the Court's CM/ECF system on September 1, 2026. Pursuant to Local Rule 9013-1(A), the Application may be granted *ex parte*. Therefore, the Court finds that cause exists to grant the Application.

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

IT IS HEREBY ORDERED THAT the Debtor's professionals, representatives, and witnesses may attend the hearings set in this matter on September 3, 2026, beginning at 10:00 a.m. remotely by Microsoft Teams.

The Movant shall notify all interested parties of this Order.

Findings of fact are based upon representation of counsel.

IT IS SO ORDERED.

# # #

APPROVED:

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**