Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Best
Living, LLC and Woodland Oaks
Best Living, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**DECLARATION OF MARC KULICK**
**IN SUPPORT OF OBJECTION TO POST-PETITION**
**FINANCING MOTION [Docket No. 267]**

**I, Marc Kulick, declare as follows:**

1. My name is Marc Kulick. I am over eighteen years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am the Chief Executive Officer of Vesta Realty. In that capacity, I am familiar with the real property portfolio and the financial information maintained concerning the properties identified in the attached property schedule.

3. As part of my responsibilities, I have access to and review records concerning the properties, including property values, amounts owed to secured lenders, amounts owed to lender Vesta Holdings, unsecured debt, and investor capital associated with the properties.

4. I have reviewed the schedule entitled "Property Portfolio - Net Equity / (Loss) After Investor Capital" (the "Schedule"), which was prepared from the property information reflected in

the Property Chart provided for these properties. A true and correct copy of the Schedule is attached hereto as Exhibit "A."

5. The Schedule identifies, on a property-by-property basis, the broker opinion of value ("BOV Value"), the secured debt, the VH loans, the unsecured debt, the investor capital, and the resulting net equity or deficit after those amounts are taken into account.

6. The net equity/(loss) calculation reflected on the Schedule is: BOV Value minus Secured Debt minus VH Loans minus Unsecured Debt minus Investor Capital.

7. Based on the figures reflected in the Schedule, the aggregate BOV Value of the 32 properties at issue in this case is $707,109,500.00. The Schedule reflects aggregate secured debt of $574,335,479.00, VH loans of $33,116,974.73, unsecured debt of $32,345,330.83, and investor capital of $300,252,372.78.

8. Applying the calculation described above to the figures reflected in the Schedule results in an aggregate net deficit of $232,940,657.34 after investor capital is taken into account.

9. Of the 32 properties listed, the Schedule reflects only four properties with a positive remaining amount after the calculation and twenty-eight properties with a deficit.

10. The Schedule fairly and accurately reflects the calculations derived from the figures contained in the Property Chart, subject to the underlying source records and any updates or corrections to those records.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: September 2, 2026

/s/ Marc Kulick
Marc Kulick
Chief Executive Officer
Vesta Realty LLC

# Property Portfolio - Net Equity / (Loss) After Investor Capital

*Reference schedule based on the figures in the Property Chart - Updated. Negative amounts reflect a deficit after the listed obligations and investor capital.*

| Property | BOV Value | Secured Debt | VH Loans | Unsecured Debt | Investor Capital | Net Equity / (Loss) | Status |
|---|---|---|---|---|---|---|---|
| 23 East | $25,370,000.00 | $15,231,057.00 | ($100,547.82) | $475,236.40 | $4,600,000.00 | $5,164,254.42 | POSITIVE |
| 727 Lofts | $17,798,000.00 | $16,221,924.00 | $907,542.76 | $193,364.85 | $6,393,950.00 | ($5,918,781.61) | DEFICIT |
| Barcelona | $22,970,000.00 | $13,132,000.00 | $0.00 | $827,048.04 | $8,961,000.00 | $49,951.96 | POSITIVE |
| Bryan Hill | $13,108,000.00 | $11,797,431.00 | ($774,355.96) | $685,745.97 | $9,412,937.30 | ($8,013,758.31) | DEFICIT |
| Capitol on 28th | $28,391,000.00 | $21,408,000.00 | $957,402.17 | $723,603.25 | $17,470,000.00 | ($12,168,005.42) | DEFICIT |
| Copperfield | $23,962,000.00 | $17,641,000.00 | $1,040,333.74 | $1,154,152.26 | $13,697,915.00 | ($9,571,401.00) | DEFICIT |
| Drexel Flats | $35,150,000.00 | $28,020,032.00 | $2,397,511.68 | $783,884.56 | $8,950,000.00 | ($5,001,428.24) | DEFICIT |
| Eaton Place | $17,614,000.00 | $12,161,892.00 | $443,020.16 | $658,145.27 | $5,200,000.00 | ($849,057.43) | DEFICIT |
| Fairfax | $17,640,000.00 | $14,359,104.00 | $355,689.54 | $330,268.71 | $9,496,998.00 | ($6,902,060.25) | DEFICIT |
| Lakeside Place | $14,476,000.00 | $10,996,176.00 | $1,302,241.60 | $244,104.32 | $5,891,840.14 | ($3,958,362.06) | DEFICIT |
| Lexington Commons | $22,880,000.00 | $15,006,000.00 | $0.00 | $292,736.94 | $4,200,000.00 | $3,381,263.06 | POSITIVE |
| One Eton Square | $36,531,000.00 | $35,027,000.00 | $827,623.03 | $764,174.66 | $24,088,863.74 | ($24,176,661.43) | DEFICIT |
| Putnam Green | $15,063,000.00 | $9,936,338.00 | $2,871,859.26 | $2,235,508.26 | $6,200,000.00 | ($6,180,705.52) | DEFICIT |
| Remington Ranch | $17,965,000.00 | $13,470,000.00 | $1,130,120.55 | $700,188.00 | $9,838,520.50 | ($7,173,829.05) | DEFICIT |
| Riverpark at Kensington | $30,414,000.00 | $31,153,375.00 | $872,787.63 | $821,757.41 | $10,000,000.00 | ($12,433,920.04) | DEFICIT |
| Seminole Ridge | $11,000,000.00 | $7,834,001.00 | $743,151.83 | $642,706.88 | $7,714,853.31 | ($5,934,713.02) | DEFICIT |
| Shoreline | $32,519,000.00 | $24,503,824.00 | $4,621,412.46 | $1,167,999.22 | $13,293,763.48 | ($11,067,999.16) | DEFICIT |
| Springdale Village | $8,000,000.00 | $5,986,613.00 | ($154,567.70) | $673,852.46 | $3,052,132.05 | ($1,558,029.81) | DEFICIT |
| Summer Oaks | $10,835,000.00 | $10,298,221.00 | $1,773,041.08 | $715,127.88 | $5,737,042.28 | ($7,688,432.24) | DEFICIT |
| The Canopy | $20,741,000.00 | $13,565,000.00 | $283,231.10 | $433,790.91 | $6,812,775.00 | ($353,797.01) | DEFICIT |
| The Classen | $12,000,000.00 | $13,450,000.00 | $2,992,326.47 | $377,420.58 | $8,557,200.00 | ($13,376,947.05) | DEFICIT |
| The Lofts at North Penn | $32,768,000.00 | $27,400,000.00 | $871,700.21 | $1,117,103.18 | $8,835,000.00 | ($5,455,803.39) | DEFICIT |
| The Montgomery | $16,000,000.00 | $15,349,578.00 | $600,340.47 | $308,381.82 | $4,303,837.00 | ($4,562,137.29) | DEFICIT |
| The Muntage | $11,962,500.00 | $12,700,000.00 | $1,606,866.23 | $1,005,734.60 | $5,250,000.00 | ($8,600,100.83) | DEFICIT |
| The Ridge | $19,460,000.00 | $14,988,579.00 | $556,130.37 | $3,812,651.65 | $5,890,000.00 | ($5,787,361.02) | DEFICIT |
| Thrive Jenks | $25,093,000.00 | $17,718,534.00 | $0.00 | $142,068.34 | $4,720,000.00 | $2,512,397.66 | POSITIVE |
| Tuscany Village | $14,057,000.00 | $13,355,233.00 | $2,482,870.83 | $1,338,350.51 | $11,225,000.00 | ($14,344,454.34) | DEFICIT |
| Village Creek at 67th | $14,762,000.00 | $11,977,513.00 | $805,190.76 | $3,941,874.24 | $5,873,707.30 | ($7,836,285.30) | DEFICIT |
| Villas at Midtown | $28,560,000.00 | $24,868,000.00 | $343,758.09 | $1,084,720.25 | $8,435,146.69 | ($6,171,625.03) | DEFICIT |
| Woodland Manor | $23,700,000.00 | $19,890,695.00 | $99,330.21 | $2,865,544.74 | $13,926,532.55 | ($13,082,102.50) | DEFICIT |
| Woodland Oaks | $43,320,000.00 | $41,088,359.00 | $384,100.84 | $718,476.24 | $15,234,157.44 | ($14,105,093.52) | DEFICIT |
| Woodscape | $43,000,000.00 | $33,800,000.00 | $2,876,863.14 | $1,109,608.43 | $26,989,201.00 | ($21,775,672.57) | DEFICIT |
| **PORTFOLIO TOTAL** | **$707,109,500.00** | **$574,335,479.00** | **$33,116,974.73** | **$32,345,330.83** | **$300,252,372.78** | **($232,940,657.34)** | **NET DEFICIT** |

| Reference Summary | Amount |
|---|---|
| Total BOV Value | $707,109,500.00 |
| Total Secured Debt | $574,335,479.00 |
| Total VH + Unsecured Debt | $65,462,305.56 |
| Total Investor Capital | $300,252,372.78 |
| **Net Portfolio Equity / (Loss)** | **($232,940,657.34)** |




*Source: Property Chart - Updated.xlsx supplied by client/counsel. This schedule is for internal reference and should be verified against supporting records before filing or testimony.*

**EXHIBIT "A"**