**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| YSA INVESTMENTS 1, LLC., | Case No. 26-12806-SAH |
| Debtor. | Chapter 11 |

**LIMITED OBJECTION OF UNITED STATES TRUSTEE TO DEBTOR'S MOTION TO ESTABLISH NOTICE PROCEDURES**

The United States Trustee, Ilene J. Lashinsky ("**UST**") files this limited objection to Debtor's motion to establish notice procedures [Doc. 194] (the "**Notice Procedures Motion**").

## I. The UST's position on Debtor's Notice Procedures Motion.

1. UST has no objection to the proposed concept of notice limitation once actual notice is given to all known creditors and parties in interest. However, there are several parties on Debtor's matrix and is Schedule E/F that do not have addresses listed. These parties should be noticed of Debtor's case and all pending matters immediately.

2. Further, actual direct notice of this bankruptcy case should be provided to future parties in interest as they may become known.

3. Debor's proposed Service List for non-disclosure statement / plan issues includes its top 30 unsecured creditors. However, of Debtor's 66 unsecured creditors listed on its Schedule F, only four have dollar amounts disclosed for claims. The remaining 62 creditors' claims are listed as "unknown." The UST is not opposed to limiting notice to the top 30 unsecured creditors, it simply wishes to know who those parties are.

4. The Debtor has an active website at https://ysainvestments.com/. The UST believes that Debtor could create a bankruptcy page on its website for little cost under which it could give free access to all documents filed on the Court's docket, and that it should do so.

5. The UST suggests that any proposed order limiting notice should provide a method for a party in interest to request a paper copy of any filed document.

6. The UST suggests that Debtor prepare a one-time Notice to be served on all parties that notifies them (i) of the limited notice provisions; (ii) that free copies of filed documents can be found at Debtor's website; (iii) that a party in interest may request a paper copy of any pleading at Debtor's expense; and (iv) of any currently pending motions and hearing dates. The Notice should also attach a full copy of the Court's Case Management Protocols [Doc. 193].

## II. Requested relief.

7. The UST requests that any Order granting the Notice Procedures Motion include the suggestions cited above.

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov