**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: YSA INVESTMENTS 1, LLC, | ) | Case No. 26-12806 SAH |
| | ) | |
| Debtor. | ) | Chapter 11 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR ALL NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE THAT:

Pursuant to Bankruptcy Rules 2002(g) and 9010(b), Joshua C. Greenhaw of the law firm of MEE HAWKINS GREENHAW & COTNER PLLP, hereby enters his appearance as counsel for First United Bank and Trust Co., a creditor in the above-styled bankruptcy proceeding, and requests that copies of all notices and pleadings in this case be mailed to him at the address stated below. The Clerk of the Court is requested to place Joshua C. Greenhaw on the mailing matrix in the above styled case.

DATED this 2nd day of September, 2026.

/s/ Joshua C. Greenhaw
JOSHUA C. GREENHAW, OBA #19111
MEE HAWKINS GREENHAW & COTNER PLLP
P.O. Box 1375
Oklahoma City, OK 73101
Telephone: (405) 848-9100
Facsimile: (405) 848-9101
jgreenhaw@mhgclaw.com

ATTORNEYS FOR FIRST UNITED BANK AND TRUST CO.

**CERTIFICATE OF SERVICE**

I hereby certify on September 2, 2026, a copy of the foregoing instrument was served by CM/ECF upon the following:

Steven D. Adler et al, Counsel for the Debtor
Office of the U.S. Trustee
and upon all other entities as listed in the CM/ECF system at the time of filing.

/s/ Joshua C. Greenhaw