**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

# MOTION FOR ADMISSION PRO HAC VICE
**(Ericka F. Johnson)**

Jason A. Sansone of the law firm of Phillips Murrah P.C. ("Movant"), proposed counsel for the Debtor, YSA Investments 1, LLC, hereby moves for the admission *pro hac vice* of Ericka F. Johnson of the firm of Bayard, P.A., in this case.

In support of this Motion, Movant states that Erika F. Johnson is a licensed attorney who regularly engages in the practice of law in, and is a member in good standing of, the State Bar of Delaware. Erika F. Johnson is also a member in good standing of the bar of United States District Court for the District of Delaware, as set forth in the attached Request for Admission Pro Hac Vice.

WHEREFORE, Movant respectfully requests that this Honorable Court enter an Order granting this Motion admitting Ericka F. Johnson *pro hac vice* as additional counsel for the Debtor in this matter.

Respectfully submitted,

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**