**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| YSA Investments 1, LLC, | ) | Case No. 26-12806-SAH |
| | ) | Chapter 11 |
| Debtor. | ) | |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Ericka F. Johnson

2. State bar membership number: DE 5024, NJ #032162007

3. Business address, telephone and fax numbers:
   Bayard, P.A.
   600 N. King. St., Ste. 400
   Wilmington, DE 19801
   Telephone: 302-429-4275
   Facsimile: 302-658-6395

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Bankruptcy for the District of Delaware, District Court for the District of Delaware; Bankruptcy Court for the District of New Jersey, District Court for the District of New Jersey; United States Court of Appeals for the Third Circuit; Delaware Bar Association

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this 2nd day of September.

Signature of Applicant

005/rvsd 04-23