**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**WITHDRAWAL OF DEBTOR'S MOTION FOR ENTRY OF ORDER RATIFYING THE APPOINTMENT OF INDEPENDENT MANAGER AND AUTHORIZING THE PAYMENT OF FEES**

Debtor, YSA Investments 1, LLC (the "Debtor"), hereby withdraws, without prejudice, *Debtor's Motion for Entry of Order Ratifying the Appointment of Independent Manager and Authorizing the Payment of Fees* [Doc. 192] (the "Motion") filed in the above-referenced case on August 21, 2026.

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**