**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| YSA INVESTMENTS 1, LLC, | Case No. 26-12806-SAH<br>Chapter 11 |
| Debtor. | |

## PROOF OF INSURANCE

YSA Investments 1, LLC, submits the attached insurance policies.

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

# ACORD® EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132<br>PHONE (A/C, No, Ext): 816-547-2898 | COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>NAIC NO: 17327 |
| FAX (A/C, No):<br>E-MAIL ADDRESS: certificates@fowleradvising.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| CODE: SUB CODE:<br>AGENCY CUSTOMER ID #: | POLICY TYPE: Property |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | LOAN NUMBER:<br>POLICY NUMBER: INP-00804-26<br>EFFECTIVE DATE: 09/01/2026<br>EXPIRATION DATE: 09/01/2027<br>☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | | |
|---|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit | Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 | |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC | |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 | DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 | |
| REPLACEMENT COST | X | | | | |
| AGREED VALUE | X | | | | |
| COINSURANCE | | X | | If YES, % | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 | DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 | DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 | DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: | DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: | DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: | DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

☐ MORTGAGEE ☐ CONTRACT OF SALE
☒ LENDERS LOSS PAYABLE ☐

NAME AND ADDRESS
Axonic Capital LLC
520 Madison Avenue, 42nd Floor
New York, NY 10022

LENDER SERVICING AGENT NAME AND ADDRESS

AUTHORIZED REPRESENTATIVE
Rebecca Fowler


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

### Axonic Capital LLC -- Interest Applies To:

Location #3, Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136

# ACORD® EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132<br>PHONE (A/C, No, Ext): 816-547-2898 | COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>NAIC NO: 17327 |
| FAX (A/C, No): <br>E-MAIL ADDRESS: certificates@fowleradvising.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| CODE: SUB CODE:<br>AGENCY CUSTOMER ID #: | POLICY TYPE: Property |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | LOAN NUMBER: <br>POLICY NUMBER: INP-00804-26<br>EFFECTIVE DATE: 09/01/2026<br>EXPIRATION DATE: 09/01/2027<br>☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit ☐ Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |
| | | | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

| | |
|---|---|
| ☒ MORTGAGEE ☐ CONTRACT OF SALE<br>☒ LENDERS LOSS PAYABLE | LENDER SERVICING AGENT NAME AND ADDRESS |
| NAME AND ADDRESS: Berkadia Commercial Mortgage LLC, ISAOA, ATIMA<br>P.O. Box 557<br>Ambler, PA 19002 | AUTHORIZED REPRESENTATIVE: *Rebecca Fowler* |


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

### Berkadia Commercial Mortgage LLC, ISAOA, ATIMA -- Interest Applies To:

Location #1, Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037

# ACORD® EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132<br>PHONE (A/C, No, Ext): 816-547-2898 | COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>NAIC NO: 17327 |
| FAX (A/C, No): / E-MAIL ADDRESS: certificates@fowleradvising.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| CODE: / SUB CODE: / AGENCY CUSTOMER ID #: | POLICY TYPE: Property |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | LOAN NUMBER: / POLICY NUMBER: INP-00804-26<br>EFFECTIVE DATE: 09/01/2026 / EXPIRATION DATE: 09/01/2027 / ☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit ☐ Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

☐ MORTGAGEE ☐ CONTRACT OF SALE
☐ LENDERS LOSS PAYABLE

NAME AND ADDRESS
Capital Assets LLC
8002 S. 101st East Ave
Tulsa, OK 74133

LENDER SERVICING AGENT NAME AND ADDRESS

AUTHORIZED REPRESENTATIVE
Rebecca Fowler


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132<br>PHONE (A/C, No, Ext): 816-547-2898 | COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>NAIC NO: 17327 |
| FAX (A/C, No):<br>E-MAIL ADDRESS: certificates@fowleradvising.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| CODE: SUB CODE:<br>AGENCY CUSTOMER ID #: | POLICY TYPE: Property |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | LOAN NUMBER:<br>POLICY NUMBER: INP-00804-26<br>EFFECTIVE DATE: 09/01/2026<br>EXPIRATION DATE: 09/01/2027<br>☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit; Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

☐ MORTGAGEE ☐ CONTRACT OF SALE
X LENDERS LOSS PAYABLE ☐

NAME AND ADDRESS:
Computershare Trust Company, N.A.
150 Royall Street
Canton, MA 02021

LENDER SERVICING AGENT NAME AND ADDRESS:

AUTHORIZED REPRESENTATIVE: Rebecca Fowler


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

### Computershare Trust Company, N.A. -- Interest Applies To:

Location #4, Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
Location #5, Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129

# ACORD® EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132 | PHONE (A/C, No, Ext): 816-547-2898 |
| FAX (A/C, No): | E-MAIL ADDRESS: certificates@fowleradvising.com |
| CODE: | SUB CODE: |
| AGENCY CUSTOMER ID #: | |
| COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL | NAIC NO: 17327 |
| IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | |
| POLICY TYPE: Property | |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | |
| LOAN NUMBER: | POLICY NUMBER: INP-00804-26 |
| EFFECTIVE DATE: 09/01/2026 | EXPIRATION DATE: 09/01/2027 |
| ☐ CONTINUED UNTIL TERMINATED IF CHECKED | |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit ☐ Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |
| | | | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

| | |
|---|---|
| X MORTGAGEE ☐ CONTRACT OF SALE<br>LENDERS LOSS PAYABLE ☐ | LENDER SERVICING AGENT NAME AND ADDRESS |
| NAME AND ADDRESS: Fannie Mae, ISAOA/ATIMA<br>P.O. Box 40<br>Casper, WY 82602 | AUTHORIZED REPRESENTATIVE: Rebecca Fowler |


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

### Fannie Mae, ISAOA/ATIMA -- Interest Applies To:

Location #2, One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
Location #7, Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132<br>PHONE (A/C, No, Ext): 816-547-2898 | COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>NAIC NO: 17327 |
| FAX (A/C, No): <br>E-MAIL ADDRESS: certificates@fowleradvising.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| CODE: SUB CODE:<br>AGENCY CUSTOMER ID #: | POLICY TYPE: Property |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | LOAN NUMBER: <br>POLICY NUMBER: INP-00804-26<br>EFFECTIVE DATE: 09/01/2026<br>EXPIRATION DATE: 09/01/2027<br>☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | | |
|---|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit | Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 | |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC | |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 | DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 | |
| REPLACEMENT COST | X | | | | |
| AGREED VALUE | X | | | | |
| COINSURANCE | | X | | If YES, % | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 | DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 | DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 | DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: | DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: | DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: | DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | | |
| | | | | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

| | |
|---|---|
| ☐ MORTGAGEE ☐ CONTRACT OF SALE<br>☒ LENDERS LOSS PAYABLE | LENDER SERVICING AGENT NAME AND ADDRESS |
| NAME AND ADDRESS: Stride Bank<br>324 W. Broadway Ave<br>Enid, OK 73701 | AUTHORIZED REPRESENTATIVE: Rebecca Fowler |


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

### Stride Bank -- Interest Applies To:

Location #6, 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129

# ACORD® EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132<br>PHONE (A/C, No, Ext): 816-547-2898 | COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>NAIC NO: 17327 |
| FAX (A/C, No): <br>E-MAIL ADDRESS: certificates@fowleradvising.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| CODE: SUB CODE:<br>AGENCY CUSTOMER ID #: | POLICY TYPE: Property |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | LOAN NUMBER: <br>POLICY NUMBER: INP-00804-26<br>EFFECTIVE DATE: 09/01/2026<br>EXPIRATION DATE: 09/01/2027<br>☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit ☐ Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |
| | | | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

☐ MORTGAGEE ☐ CONTRACT OF SALE
☐ LENDERS LOSS PAYABLE

NAME AND ADDRESS:
United States Trustee, Western District of Oklahoma
215 Dean A. McGee Avenue, Suite 408
Oklahoma City, OK 73102

LENDER SERVICING AGENT NAME AND ADDRESS:

AUTHORIZED REPRESENTATIVE: Rebecca Fowler


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

## Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

## Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

## Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

## Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

## Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

## United States Trustee, Western District of Oklahoma -- Interest Applies To:

Location #1, Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
Location #2, One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
Location #3, Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
Location #4, Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
Location #5, Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
Location #6, 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
Location #7, Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105