**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12806 |

**McAFEE & TAFT'S VERIFIED STATEMENT PURSUANT TO**
**RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

This Verified Statement Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure is submitted by McAfee & Taft A Professional Corporation ("McAfee & Taft").

1. The names and addresses of the parties (the "M&T Clients") represented by McAfee & Taft in the above-referenced chapter 11 cases are:

Federal National Mortgage Association ("Fannie Mae")
Midtown Center
1100 15th Street NW
Washington, DC 20005

CREO QRS VC LLC
3 Columbus Circle, 24th Floor
New York, New York 10019

CREO QRS NP LLC
3 Columbus Circle, 24th Floor
New York, New York 10019

Silver Hill Capital, LLC
142 West 57th Street, 15th Floor
New York, New York 10019

LSREF7 Badlands Loan Trust 2026
c/o Torchlight Loan Services
128 S. Tryon St.
Suite 1900, 19th Floor
Charlotte, NC 28202

Saperean Capital IV TB Note Lender KD4, LLC
c/o Kayne Anderson
One Town Center Road, Suite 300
Boca Raton, FL 33486
Attention: Shawyan Ahmadian

The Bancorp Bank, NA
409 Silverside Road, Suite 105
Wilmington, DE 19809

Axonic Multifamily Bridge SPV (BC) Trust
520 Madison Avenue, 42nd Floor
New York, NY 10022

2. The nature and amounts of disclosable economic interest of each creditor, equity security holder, and party in interest represented by McAfee & Taft are as follows:

a. Fannie Mae holds senior secured liens on all assets of YSA relating to the following properties:

1) Remington Ranch Apartments ("**Remington Ranch Property**") located at 1815 North Boomer Road, Stillwater OK 74075. The Debtor claims an interest in the Remington Ranch Property. Fannie Mae holds a claim against the Debtor in the approximate principal amount of $13,470,000 plus interest, charges, costs, and fees. (Stillwater)

2) Capitol on 28th Apartments ("**Capitol Property**") located at 215 Northeast 28th Street, Oklahoma City, OK 73105. The Debtor claims an interest in the Capitol Property. Fannie Mae holds a claim against the Debtor in the approximate principal amount of $21,408,000 plus interest, charges, costs, and fees.

3) Woodscape Apartments ("**Woodscape Property**") located at 4200 North Meridian Avenue, Oklahoma City, OK 73112. The Debtor claims an interest

in the Woodscape Property. Fannie Mae holds a claim against the Debtor in the approximate principal amount of $33,800,00 plus interest, charges, costs, and fees.

4) Copperfield Apartments ("**Copperfield Property**") located at 2400 NW 30th Street, Oklahoma City, OK 73112. The Debtor claims an interest in the Copperfield Property. Fannie Mae holds a claim against the Debtor in the approximate principal amount of $17,641,000 plus interest, charges, costs, and fees.

5) Villas at Midtown ("**Villas Property**") located at 2001 East Skelly Drive, Tulsa, OK 74105. The Debtor claims an interest in the Villas Property. Fannie Mae holds a claim against the Debtor in the approximate principal amount of $24,868,000 plus interest, charges, costs, and fees.

6) One Eton Square Apartments ("**One Eton Property**") located at 8111 East 60th Street, Tulsa, OK 74145. The Debtor claims an interest in the One Eton Property. Fannie Mae holds a claim against the Debtor in the approximate principal amount of $32,027,000 plus interest, charges, costs, and fees.

7) Barcelona Apartments ("**Barcelona Property**") located at 5160 South Yale Avenue, Tulsa, OK 74135. The Debtor claims an interest in the Barcelona Property. Fannie Mae holds a claim against the Debtor in the approximate principal amount of $13,132,000 plus interest, charges, costs, and fees.

8) Lexington Commons Apartments ("**Lexington Property**") located at 5530 Colony Way, Bartlesville, OK 74006. The Debtor claims an interest in the Lexington Property. Fannie Mae holds a claim against the Debtor in the approximate principal amount of $15,006,000 plus interest, charges, costs, and fees.

9) Canopy Apartments ("**Canopy Property**") located at 9201 Kanis Road, Little Rock, AR 72205. The Debtor claims an interest in the Canopy Property. Fannie Mae holds a claim against the Debtor in the approximate principal amount of $13,565,000 plus interest, charges, costs, and fees.

10) Seminole Ridge ("**Seminole Ridge Property**") located at 141 W. I-240 Service Road, Oklahoma City, OK 73139. The Debtor claims an interest in the Seminole Ridge Property. Fannie Mae holds a claim against the Debtor in the approximate principal amount of $7,847,000 plus interest, charges, costs, and fees.

The Debtor claims an interest in each of these properties and currently has possession of the Villas at Midtown, One Eton Square, and Barcelona.

b. CREO VC holds a senior secured lien on all assets of A-V Village Creek Owner, LLC, the multifamily apartment complex in Tulsa County, Oklahoma known as Village Creek at 67th with an address of 6630 S Zunis Ave, Tulsa, OK 74136 (the "**Village Creek Property**"). The Debtor claims an interest in the Village Creek Property and currently has possession of the Village Creek Property. CREO VC holds a claim against the Debtor in the principal amount of $11,727,512.87 plus interest, charges, costs, and fees.

c. CREO NP holds senior secured lien on all assets of Lofts at North Penn Best Living, LLC, including the multifamily apartment complex in Oklahoma County, Oklahoma known as The Lofts at North Penn with an address of 15501 N Pennsylvania Ave, Edmond, OK 73013 (the "**North Penn Property**"). The Debtor claims an interest in the North Penn Property. CREO holds a claim against the Debtor in the principal amount of $26,000,000 plus interest, charges, costs, and fees.

d. Silver Hill is the holder and assignee of certain loan agreements, notes, first-priority mortgages, and other related documents and agreements over four multifamily apartment complexes in Oklahoma County, Oklahoma, including: (a) Bryan Hill Apartments, (b) Summer Oaks Apartments, (c) Springdale Village Apartments, and (d) Tuscany Village Apartments (the "**Silver Hill Properties**"). The Debtor claims an interest in the Silver Hill Properties. Silver Hill holds claims against the Debtor in various amounts.

e. LSREF7 Badlands Loan Trust 2026 holds a senior secured lien on all assets of YSA relating to the multifamily apartment complex in Oklahoma County, Oklahoma known as Drexel Flats Apartments with an address of 8800 S. Drexel Ave., Oklahoma City, OK 73159 (the "**Drexel Flats Property**"). The Debtor claims an interest in the Drexel Flats Property. LSREF7 Badlands Loan Trust 2026 holds a claim against the Debtor in the approximate principal amount of $28,000,000.00 plus interest, charges, costs, and fees.

f. Saperean Capital IV TB Note Lender KD4, LLC holds a senior secured lien on all assets of YSA relating to the multifamily apartment complex in Tulsa County, Oklahoma, known as the Woodland Oaks Apartments with an address of 7142 South 92nd East Avenue, Tulsa, Oklahoma 74133 (the "**Woodland Oaks Property**") and a multifamily apartment complex in Oklahoma County, Oklahoma, known as the Fairfax Apartments with an address of 7801 NE 19th Street, Midwest City, Oklahoma 73110 (the "**Fairfax Property**") (together, the Woodland Oaks Property and the Fairfax Property are the "**Woodland Oaks and Fairfax Property**"). The Debtor claims an interest in the Woodland Oaks and Fairfax Property. Saperean Capital IV TB Note Lender KD4, LLC holds a claim against the Debtor in the approximate principal amount of $58,000,000.00 plus interest, charges, costs, and fees.

g. The Bancorp Bank, NA holds a senior secured lien on all assets of YSA relating to the multifamily apartment complex in Oklahoma County, Oklahoma, known as the Muntage Apartments with an address of 3041 NW 41st Street, Oklahoma City, Oklahoma (the "**Muntage Property**"). The Debtor claims an interest in the Muntage Property. The Bancorp Bank, NA holds a claim against the Debtor in the approximate principal amount of $12,700,000.00 plus interest, charges, costs, and fees.

h. Axonic Multifamily Bridge SPV (BC) Trust holds a senior secured lien on all assets of YSA relating to the multifamily apartment complex in Tulsa County, Oklahoma known as Riverpark at Kensington Apartments with an address of 7803 S. Wheeling Avenue, Tulsa, Oklahoma 74136 (the "**Riverpark Property**"). The Debtor claims an interest in the Riverpark Property. Axonic Multifamily Bridge SPV (BC) Trust holds a claim against the Debtor in the approximate principal amount of $31,000,000.00 plus interest, charges, costs, and fees.

3. Each of the M&T Clients has requested that McAfee & Taft represent them and their interests in connection with this chapter 11 case.

4. Upon information and belief, as of the date hereof, McAfee & Taft does not hold any claim against or equity interest in the Debtor.

5. The undersigned certifies that this Verified Statement is true and accurate to the best of his knowledge and belief.

Respectfully submitted,

*/s/ Ross A. Plourde*
Ross A. Plourde, OBA #7193
Kiran A Phansalkar, OBA #11470
Christopher M. Scaperlanda, OBA #31703
Preston M. Sullivan, OBA #33619
Gatlin C. Squires, OBA #34795
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

*Counsel for the M&T Clients*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Court's ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

*/s/ Ross A. Plourde*
Ross A. Plourde