**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12806 |

**CERTIFICATE OR AFFIDAVIT OF SERVICE**

This is to certify that on September 2, 2026, a true and correct copy of the Motion of Silver Hill Capital LLC for Relief from the Automatic Stay Combined with Notice of Opportunity for Hearing and Brief in Support, filed on September 2, 2026 [Doc. No. 305], was forwarded via U.S. Mail, first class, postage prepaid, to the Debtor in this matter as follows:

| | |
|---|---|
| **YSA INVESTMENTS 1, LLC**<br>**848 BRICKELL AVENUE**<br>**SUITE PH5**<br>**MIAMI, FL 33131-2949** | **ROBERT MILEY**<br>**848 BRICKELL AVENUE**<br>**SUITE PH5**<br>**MIAMI, FL 33131-2949** |
| **YSA Investments 1, LLC**<br>**c/o Capital Fund Law Group, P.C.**<br>**Attn: Chris Rogers**<br>**405 Lexington Ave., 26th Floor**<br>**New York, NY 10174-2699** | |

Dated: September 2, 2026

Respectfully submitted,

**FBT GIBBONS LLP**

/s/ *Mark A. Platt*
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather Pieper McMutry (admitted *pro hac vice*)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5590
Facsimile: (615) 251-5551
Email: hmcmutry@fbtgibbons.com

-and-

Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

*Counsel for Silver Hill Capital, LLC*