**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC<br><br>Debtor. | Case No.: 26-12806 (SAH)<br>Chapter 11 |

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF THE NON-DEBTOR ENTITIES IN WHICH THE DEBTOR HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF THE NON-DEBTOR ENTITIES IN WHICH THE DEBTOR HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of September 2, 2026, on the value, operations and profitability of the non-debtor entities in which the above-captioned debtor's (the "Debtor") estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. Debtor YSA Investments 1, LLC, holds a substantial or controlling interest, directly or indirectly, in the following non-debtor entities:

| Name of Entity | Interest of the Estate |
|---|---|
| 206 Queen Anne Club LLC | 100% |
| 727 Lofts Best Living LLC | 100% |
| Auerbach-Vesta LLC | 100% |
| A-V 23 East Owner LLC | 100% |
| A-V Classen Owner LLC | 100% |
| A-V Village Creek Owner LLC | 100% |
| B&J Woodscape/Oklahoma City LLC | 100% |
| Barcelona Best Living LLC | 100% |
| Bartlesville Best Living LLC | 100% |
| Bryan Hill TIC 1 LLC | 100% |
| Bryan Hill TIC 2 LLC | 100% |
| Bryan Hill TIC 3 LLC | 100% |
| Bryan Hill's Best Living LLC | 100% |
| Canopy Best Living LLC | 100% |
| Copperfield Apartments LP | 100% |
| Eaton Place Best Living LLC | 100% |
| Eaton Place TIC 1 LLC | 100% |
| Fairfax Best Living LLC | 100% |
| Fairfax Holding Company LLC | 100% |
| Fairfax Investors LLC | 100% |
| Jenks Best Living LLC | 100% |
| Lakeside Best Living LLC | 100% |
| Lofts at North Penn Best Living LLC | 100% |
| Louis Investments LLC | 100% |
| LS Apartments Sponsor LLC | 100% |
| Montgomery Apartment Holdings LLC | 100% |
| Montgomery Best Living LLC | 100% |
| Muntage Best Living LLC | 100% |
| Muntage Holdings LLC | 100% |

| Name of Entity | Interest of the Estate |
|---|---|
| NAE Canopy Apartments LLC | 100% |
| Northboro QN LLC | 100% |
| OKC3 Investors LLC | 100% |
| One Eton Square LLC | 100% |
| One Eton TIC 1 LLC | 100% |
| Putnam Green TIC Interest LLC | 100% |
| Remington Ranch Best Living LLC | 100% |
| Ridge Best Living Investors LLC | 100% |
| Ridge Best Living LLC | 100% |
| River Walk Best Living LLC | 100% |
| River Walk Sponsor LLC | 100% |
| Riverpark Best Living Investors LLC | 100% |
| Riverpark Best Living LLC | 100% |
| Salem West Apartments Acquisition LLC | 100% |
| Seminole Ridge Apartments Holdings LLC | 100% |
| Seminole Ridge Sponsor LLC | 100% |
| Shorelines Best Living LLC | 100% |
| Springdale Village Best Living LLCC | 100% |
| Springdale Village TIC 1 LLC | 100% |
| Springdale Village TIC 2 LLC | 100% |
| Springdale Village TIC 3 LLC | 100% |
| Summer Oaks Best Living LLC | 100% |
| Thrive Argenta Owner LLC | 100% |
| TRDWind Capitol LLC | 100% |
| Tuscany Village Best Living LLC | 100% |
| Tuscany Village Sponsor LLC | 100% |
| Vesta Holdings LLC | 100% |
| Vesta Realty LLC | 100% |
| Vesta-Seminole Ridge LLC | 100% |
| Villas at Midtown Best Living LLC | 100% |
| W.M. Best Living Owner LLC | 100% |
| W.O. Sole Member LLC | 100% |
| Woodland Manor TIC 1 LLC | 100% |
| Woodland Manors Best Living LLC | 100% |
| Woodland Oaks Best Living LLC | 100% |
| Woodland Oaks Investor LLC | 100% |
| YSA 23 East Apartments LLC | 100% |
| YSA 727 Lofts LLC | 100% |

| Name of Entity | Interest of the Estate |
|---|---|
| YSA Barcelona Apartments LLC | 100% |
| YSA Bryan Hill Apartments LLC | 100% |
| YSA Capitol on 28th LLC | 100% |
| YSA Copperfield Apartments LLC | 100% |
| YSA Eaton Place LLC | 100% |
| YSA Fairfax Apartments LLC | 100% |
| YSA Lakeside Place Apartments LLC | 100% |
| YSA Lexington Commons LLC | 100% |
| YSA Lofts at North Penn LLC | 100% |
| YSA Muntage Apartment Homes LLC | 100% |
| YSA One Eton Square Apartments LLC | 100% |
| YSA Putnam Green Apartments LLC | 100% |
| YSA Remington Ranch Apartments LLC | 100% |
| YSA Riverpark at Kensington LLC | 100% |
| YSA Seminole Ridge LLC | 100% |
| YSA Shoreline Apartments LLC | 100% |
| YSA Springdale Village LLC | 100% |
| YSA Summer Oaks LLC | 100% |
| YSA The Canopy LLC | 100% |
| YSA The Classen LLC | 100% |
| YSA The Montgomery LLC | 100% |
| YSA The Ridge Apartments LLC | 100% |
| YSA Thrive Jenks LLC | 100% |
| YSA Tuscany Village LLC | 100% |
| YSA Village Creek at 67th LLC | 100% |
| YSA Villas at Midtown LLC | 100% |
| YSA Woodland Manor LLC | 100% |
| YSA Woodland Oaks Apartments LLC | 100% |
| YSA Woodscape Apartments LLC | 100% |

This periodic report contains a report on the value, operations, and profitability of the entities listed above. The majority of the entities were or are single asset real estate companies or related holding or investment companies associated with the real property. The entities that start with "YSA" are shell companies with no assets or liabilities. The Debtor owns membership interest in the entities but is not in possession, custody, or control of business, financial, or tax records of the entities other than the "YSA" entities, which have no business, financial, or tax records. Accordingly, no financial statements, balance sheets, statements of operations,

statements of cash flows, or statements of changes in stockholder's equity for these entities are attached to this report.

In addition, (i) there are no known claims between the entities against each other; provided, however, the Debtor has not investigated potential claims and all rights are reserved; (ii) no tax attributes, refunds, or other benefits have been attributed to the entities by the Debtor and (iii) there has been no payment, or obligation incurred, by these entities for any claims, administrative expenses, or professional fees of the Debtor.

The undersigned, having reviewed this periodic report, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his knowledge, (i) this periodic report is complete, accurate, and truthful to the best of his knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3.

Dated: September 2, 2026 *_/s/ Aharon Diveroli_*