Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Best
Living, LLC and Woodland Oaks
Best Living, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**OBJECTION TO DEBTOR'S PROOF OF INSURANCE**
(Relates to Docket Nos. 303 and 304)

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COME NOW, Fairfax Best Living, LLC ("Fairfax") and Woodland Oaks Best Living, LLC ("Woodland Oaks") (collectively, the "Movants") and parties in interests, by and through undersigned counsel, and file this Objection to Debtor's Proof of Insurance [Dkt. Nos. 303 and 304], and respectfully shows the Court as follows:

1. Movants object as there is no proof that the insurance premiums have actually been paid for this coverage – no receipt showing payment has been provided and evidencing who actually paid for this coverage and how much was paid or whether the policy premiums may have been financed.

2. Movants also object that there are no binders showing coverage has actually been bound and finally, there is no proof that actual policies have been issued.

3. Movants contend that the Debtor has failed to fully comply with the Court's Order regarding providing proof of insurance.

Dated: September 3, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Best Living, LLC
and Woodland Oaks Best Living, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2026, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer