Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Best
Living, LLC and Woodland Oaks
Best Living, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**OBJECTION TO DEBTOR'S PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF NON-DEBTOR ENTITIES**
(Relates to Docket No. 315)

**TO THE HONORABLE SARAH A. HALL, UNITED STATES BANKRUPTCY JUDGE:**

COME NOW Fairfax Best Living, LLC ("Fairfax") and Woodland Oaks Best Living, LLC ("Woodland Oaks") (collectively, the "Objecting Parties"), by and through undersigned counsel, and file this Objection to the Periodic Report Regarding Value, Operations and Profitability of the Non-Debtor Entities in Which the Debtor Holds a Substantial or Controlling Interest filed by YSA Investments 1, LLC (the "Debtor") on September 2, 2026 [Dkt. No. 315] (the "Periodic Report"), and respectfully state as follows:

## BACKGROUND

1. In the Periodic Report, the Debtor represents that it holds, directly or indirectly, a substantial or controlling interest in numerous non-debtor entities and identifies the "Interest of the Estate" in each listed entity as 100%.

2. The Debtor further states that the majority of the listed entities were or are single asset real estate companies or related holding or investment companies associated with real property. The Debtor characterizes entities beginning with "YSA" as shell companies with no assets or liabilities.

3. At the same time, the Debtor acknowledges that it is not in possession, custody, or control of the business, financial, or tax records of the listed entities other than the "YSA" entities. The Debtor therefore attaches no financial statements, balance sheets, statements of operations, statements of cash flows, or statements of changes in equity for the entities.

## OBJECTION

4. The Objecting Parties dispute the Debtor's alleged ownership of the non-debtor entities identified in the Periodic Report, including the Debtor's assertion that the bankruptcy estate holds a 100% interest in those entities.

5. The Periodic Report does not establish the Debtor's ownership of the listed entities. No membership certificates, operating agreements, assignments, purchase documents, ownership ledgers, tax records, or other evidence establishing the asserted ownership interests are attached to the Periodic Report.

6. Accordingly, the Debtor's unilateral characterization of the estate's interest as "100%" should not be deemed an adjudication, admission by any other party, or determination that the Debtor or the bankruptcy estate owns or controls any disputed entity or any assets held by such entity.

7. The Objecting Parties expressly reserve all rights, claims, defenses, and objections concerning the ownership, membership interests, control, assets, and property of the entities identified in the Periodic Report.

## **PRAYER**

WHEREFORE, the Objecting Parties respectfully request that the Court sustain this Objection; determine that the Periodic Report does not establish or adjudicate the Debtor's alleged ownership of the listed non-debtor entities or their assets; preserve all parties' rights with respect to the disputed ownership interests; and grant such other and further relief to which the Objecting Parties may be entitled.

Dated: September 3, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Best Living, LLC
and Woodland Oaks Best Living, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 3, 2026, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer