**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re<br>YSA INVESTMENTS 1, LLC<br>Debtor. | Chapter 11<br><br>Case No. 26-12806-SAH |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Kaleigh Ewing, of Crowe & Dunlevy, P.C., hereby appears as counsel for Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC (collectively, the "Lenders"), and, pursuant to rules 2002(a) and (b), 3017(a) and 9010(b) of the Federal Rules of Bankruptcy Procedure and rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the Western District of Oklahoma, requests that all notices given or required to be given, and all papers served or required to be served in this case, be given and served on:


Kaleigh Ewing, OBA #35598

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
kaleigh.ewing@crowedunlevy.com


PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended nor shall it be deemed or construed to waive any of the Lenders' rights, including, but not limited to, the Lenders' rights to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in

any proceeding so triable herein or any case, controversy, or proceeding related hereto, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Lenders are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Respectfully submitted,

/s/ *Kaleigh Ewing*
Kaleigh Ewing, OBA#35598

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
kayleigh.ewing@crowedunlevy.com

***Attorney for Term Fund III MRA Seller LLC and Term Fund B VI MRA Seller LLC***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of September 2026 a true and correct copy of the foregoing document was filed using the Court's Electronic Filing System, and that the document was served via the ECF Filing System on all parties registered to receive notice in this bankruptcy case.

/s/ *Kaleigh Ewing*
Kaleigh Ewing