**Dated: September 3, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER GRANTING**
**MOTION FOR ADMISSION PRO HAC VICE**

This matter comes before the Court upon the Motion for Admission Pro Hac Vice of Ericka F. Johnson (Doc. 300), seeking permission to appear in this action as counsel for the Debtor, YSA Investments 1, LLC. Ericka F. Johnson has associated with Jason Sansone as co-counsel in representing YSA Investments 1, LLC. For good cause shown, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Ericka F. Johnson is hereby admitted *pro hac vice* as counsel for YSA Investments 1, LLC.

# # #

*<u>/s/ Jason A. Sansone</u>*
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**