# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Sep 3, 2026 2:04PM

Phillips Murrah PC

Rcpt. No: 500019970 Trans. Date: Sep 3, 2026 2:04PM Cashier ID: #JG (7291)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DOKW526LB000123 /001<br>LIBRARY FUND<br>**FBO**: Ericka F. Johnson | 1 | 100.00 | 100.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #415854 | 09/3/2026 | $100.00 |
| | | | Total Due Prior to Payment: | $100.00 |
| | | | Total Tendered: | $100.00 |

**Comments**: Bankruptcy Pro Hac Vice FBO:Ericka F. Johnson 26-12806 doc 300

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.