**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| YSA Investments 1, LLC. | Case No. 26-12806-SAH |
| Debtor. | Chapter 11 |

Date Filed: July 28, 2026
341 Date: September 8, 2026
341 Time: 1:30 p.m.
Voluntary ______X______
Involuntary ____________

Change of address if any________________________________________________

INITIAL TRUSTEE REPORT
AND SECTION 341 MEETING MEMO

1. Appearances: See appearance list.

2. Attorney for debtor: Jason A. Sansone
   Debtor's representative: Aharon Diveroli

3. ______X______ Debtor's representative appeared, testified under oath and was examined.

4. ______X______ Creditors' committee has/has not been appointed.

5. ______X______ meeting concluded.

6. ____________ meeting continued to:________________________________

7. Notes: Additional testimony given by Ephraim Diveroli and Parker Detweiler during the meeting.

ILENE LASHINSKY
UNITED STATES TRUSTEE

MARJORIE CREASEY
Assistant United State Trustee

s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
Office of the United States Trustee
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov