**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA Investments 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**SECTION 341 CREDITOR MEETING**
**ENTRY OF APPEARANCES**

| NAME: | REPRESENTING: |
|---|---|
| Jason A. Sansone | YSA Investments 1, LLC |
| Aharon Diveroli, Debtor Representative | Manager, YSA Investments 1, LLC |
| Ephraim Diveroli | Additional Representative, YSA Investments 1, LLC |
| Parker Detweiler | Additional Representative, YSA Investments 1, LLC |
| Joyce w. Lindauer | 727 Lofts Best Living, LLC; 727 Lofts Holdings, LLC; A-V Village Creek Owner, LLC; Barcelona Best Living, LLC; Fairfax Best Living, LLC; Fairfax Investors, LLC; Lofts at North Penn Best Living, LLC; Louis Investments LLC; Remington Ranch's Best Living, LLC; Ridge Best Living, LLC; Woodland Manor Best Living, LLC; Woodland Manor TIC 1, LLC; Woodland Oaks Best Living, LLC; Woodland Oaks Investors, LLC |
| Kevin Dale McCullough | Daniel Sherman, Chapter 11 Trustee |
| Nick Gurguis | Daniel Sherman, Chapter 11 Trustee |
| Christopher M. Scaperlanda | Federal National Mortgage Association |
| Ross Plourde | Federal National Mortgage Association |

| | |
|---|---|
| David P. Limekiller | GableGotwals |
| Pablo R. Griffero | Dechert LLP |
| Craig Regens | Term Fund III MRA Seller LLC; Term Fund B IV MRA Seller LLC |
| Mark Platt | CREO QRS NP, LLC; CREO QRS VC, LLC; Silver Hill Capital, LLC |
| Carlee M. Apel | ACRE Q018 Retention Holder, LLC |
| Andrew J. Hofland | Holfand/Lollman |
| Preston Sullivan | Axonic Multifamily Bridge SPV (BC) Trust, DST |
| Dante Wen | Computershare Trust Company, N.A. |
| Dave Walker | Crane Company, LLC |
| Brett Davis | Auerbach Opportunity Fund I, LP; Auerbach Opportunity Fund III, LP; Auerbach Opportunity Fund IV, LP |
| Charlie Conway | Property Doctor Services, LLC |