2026062201091400 B: 16522 P: 1546
06/22/2026 03:25:51 PM Pgs: 4
Fee: $24.00
Maressa Treat, County Clerk
Oklahoma County - State of Oklahoma

SEAL OF OKLAHOMA COUNTY 1890

UNOFFICIAL

# SPECIAL WARRANTY DEED

**(Deed-in-lieu of foreclosure)**

**This deed is exempt from documentary stamps pursuant to 68 Okl.Stat.Ann. §3202(13).**

THIS SPECIAL WARRANTY DEED made this 17th day of June, 2026, between Putnam Green TIC Interest LLC, a Delaware limited liability company ("**Grantor**") and YSA Investments 1, LLC, a Delaware limited liability company ("**Grantee**").

Pursuant to that certain Agreement for Deed and Transfer in Lieu of Foreclosure of even date and in consideration of the promises set forth therein, Grantor does by these presents grant, bargain, and sell unto Grantee, its successors and assigns, all of Grantor's right, title and interest in and to the following described real estate situated in Oklahoma County, State of Oklahoma, together with all and singular the improvements thereon and the tenements, hereditaments, fixtures, and appurtenances thereunto belonging (the "**Property**") subject to easements, restrictive covenants and rights-of-way of record, zoning ordinances and prior, valid and superior mortgages and liens of record, including that Mortgage, Assignment of Rents and Leases, Security Agreement and Fixture Filing (the "Mortgage"), granted by Grantor to Grantee, and recorded in the records of the County Clerk of Oklahoma County, Oklahoma on October 31st, 2025 as Document Number 20251031011156574 in Book 16277 Page 752 to wit:

**Legal Description**

**Tract 1**

All of Lot One (1), in Block Seven (7), and a part of Lot Two (2), in Block Four (4), of KNIGHT LAKE ADDITION, an Addition to the City of Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof, and more particularly described as follows: Beginning at the Southeast corner of Lot One (1), in Block Seven (7), of KNIGHT LAKE ADDITION; thence North 19°15'11" East along the East line of said Lot One (1), in Block Seven (7), a distance of 286.12 feet to the Northeast corner of Lot One (1), in Block Seven (7), of KNIGHT LAKE ADDITION; thence South 61°13'56" East a distance of 250.65 feet to a point on the East line of said Lot Two (2), in Block Four (4); thence along a curve to the left whose radius is 330.00 feet along the East line of said Lot Two (2), Block Four (4), a distance of 186.49 feet; thence South 45°00'00" West a distance of 35.36 feet; thence along a curve to the right whose radius of 570.00 feet along the South line of said Lot Two (2), Block Four (4), a distance of 248.71 feet, more or less, to the point of beginning.

**Tract 2**

Lot Four (4), in Block Three (3), of KNIGHT LAKE ADDITION, an Addition to the City of Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof.

TO HAVE AND TO HOLD the Property forever, free and clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature, EXCEPT those described above.

This Special Warranty Deed is tendered in lieu of foreclosure of the Mortgage, and it is the express intent of the parties hereto that the Mortgage shall not merge with this deed, but shall continue in full force and effect as a lien on the Property. The Mortgage shall remain in effect until such Mortgage is affirmatively released by Grantee or merged into an action to foreclose such Mortgage. Grantee may, at any time in its sole discretion, maintain an action to foreclose the Mortgage described above.

This Special Warranty Deed represents an absolute conveyance of all of Grantor's right, title and interest in and to the Property, including Grantor's equity or right of redemption, and is not intended as a mortgage, security instrument or trust conveyance of any kind.

Grantor, its successors and assigns, do hereby covenant, promise and agree to and with Grantee, at the delivery of this Special Warranty Deed that Grantor is lawfully seized in its own right of an absolute and indefeasible estate of inheritance in fee simple, of and in the Property; that the Property is free, clear and discharged and unencumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and encumbrances, of whatsoever nature and kind, EXCEPT those described above; and that Grantor will WARRANT AND FOREVER DEFEND the same unto the Grantee, its successors and assigns, against any and all acts, conveyances, liens and encumbrances affecting such Property made or suffered to be made or done by, through or under Grantor.

IN WITNESS WHEREOF, Grantor has executed and delivered this Special Warranty Deed as of the day and year first above written.

*SIGNATURE PAGE TO FOLLOW*

UNOFFICIAL

UNOFFICIAL

**Putnam Green TIC Interest LLC, a Delaware limited liability company,**

By:____________________________________
Aharon Diveroli, Authorized Representative of
Lender; the Attorney in Fact on behalf of and
Authorized Representative of Putnam Green TIC Interest LLC

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) ss.
COUNTY OF MIAMI-DADE )

Before me, the undersigned, a Notary Public in and for said County and State, on this 17th day of June, 2026, personally appeared Aharon Diveroli, as authorized representative of YSA Investments 1, LLC, a Delaware limited liability company, the Attorney-in-fact on behalf of, and authorized representative of, Putnam Green TIC Interest LLC, a Delaware limited liability company, to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he executed the same as his free and voluntary act and deed, for the uses and purposes therein set forth.

WITNESS MY HAND AND SEAL the day and year last above written.

__________________________________
NOTARY PUBLIC

My Commission Expires:
12/19/2027

My Commission No.:
HH474601

NOTARY PUBLIC STATE OF FLORIDA
FELIPE MENEZES
Commission # HH 474601
Expires December 19, 2027

Case: 26-12806 Doc: 337-7 Filed: 09/10/26 Page: 4 of 4



UNOFFICIAL

OAG 2024-3 – BUSINESS/TRUST EXEMPTION **Exhibit to Deed**

## AFFIDAVIT OF LAND OWNERSHIP: EXEMPT BUSINESS OR TRUST

STATE OF Florida )
) ss.
COUNTY OF Miami-Dade )

TO: THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA

Before me, the undersigned Aharon Diveroli (list legal name and any aliases) (the "Affiant"), who, having been first duly sworn, deposes and states as of the date of this Affidavit:

1. I am eighteen (18) years of age or older and have personal knowledge of the statements made herein.
2. I am a/an Authorized Representative (role, such as titled officer or trustee) of YSA Investments 1, LLC, a Delaware limited liability company (legal name, along with any trade or fictitious names, of business, trust, or other legal entity) (referred to herein as the "Entity"). I am duly authorized to record this Affidavit on behalf of the Entity, which took title to the real property identified in the Deed to which this Affidavit is attached (the "Property"), and to bind the Entity for the consequences of any false statements in this Affidavit.
3. This Affidavit is executed in accordance with and pursuant to 60 O.S. § 121, which provides in part as follows:

   > No alien or any person who is not a citizen of the United States or foreign government adversary shall acquire title to or own land in this state either directly or indirectly through a business entity, trust, or foreign government enterprise, except as hereinafter provided, but they shall have and enjoy in this state such rights as to personal property as are, or shall be, accorded a citizen of the United States under the laws of the nation to which such alien belongs, or by the treaties of such nation with the United States, except as the same may be affected by the provisions of Section 121 et seq. of this title or the Constitution of this state. Provided, however, the requirements of this subsection shall not apply to a business entity that is engaged in regulated interstate commerce or has a national security agreement with the Committee on Foreign Investment in the United States (CFIUS) in accordance with federal law.

4. For purposes of this Affidavit, I acknowledge and understand that to be "engaged in regulated interstate commerce in accordance with federal law," means all the Entity's business activities in Oklahoma must be either: (a) expressly permitted by federal regulation or federal law, or (b) not prohibited by federal regulation or federal law. I further acknowledge and understand that an entity engaged in or supporting the cultivation of marijuana in Oklahoma is not "engaged in regulated interstate commerce in accordance with federal law." I have read the provisions of 60 O.S. § 121 and this Affidavit and certify that the Entity is engaged in regulated interstate commerce in accordance with federal law.
5. No funding source is being used in the sale or transfer of the Property in violation of 60 O.S. § 121 or any other state or federal law.
6. I acknowledge and understand that making or causing to be made a false statement in this affidavit may subject me to criminal prosecution for perjury and/or subject me and/or the Entity to being liable for actual damages suffered or incurred by any person or other entity as a result or consequence of the making of or reliance upon such false statement.

FURTHER AFFIANT SAYETH NOT.

[signature]
AFFIANT, individually and as authorized agent of the Entity

6/19/26
Date

The foregoing instrument was subscribed and sworn to before me this 15 day of JUNE 2026 by AHARON DIVEROLI

[signature]
NOTARY PUBLIC

My Commission Expires:
My Commission Number:

NOTARY PUBLIC STATE OF FLORIDA
RAUL CHAVARRIA
Commission # HH 480996
Expires March 6, 2028