UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:

YSA INVESTMENTS 1, LLC,

Case No. 26-12806-SAH
Chapter 11

DEBTOR

**JOINDER OF FANNIE MAE TO MOTIONS TO APPOINT A CHAPTER 11 TRUSTEE FILED BY FAIRFAX INVESTORS, LLC, ACRE Q018 RETENTION HOLDER, LLC, AND CREO QRS VC LLC AND CREO QRS NP LLC**

Federal National Mortgage Association ("Fannie Mae") respectfully submits this Joinder (the "Joinder") to (1) Motion to Appoint Chapter 11 Trustee, Brief in Support Thereof, Notice of Opportunity for Hearing, and Notice of Hearing, if Necessary filed by ACRE Q018 Retention Holder, LLC [Doc 168] (the "ACRE Motion"), (2) Amended Emergency Motion of CREO QRS VC LLC and CREO QRS NP LLC to Appoint a Chapter 11 Trustee, or, Alternatively, to Dismiss the Chapter 11 Case of YSA Investments 1, LLC Combined with Notice of Opportunity for Hearing, Notice of Hearing and Brief in Support [Doc 184] (the "CREO Motion"), and (3) the Amended Motion for the Appointment of a Chapter 11 Trustee Combined with Notice of Opportunity for Hearing and Brief in Support filed by Fairfax Investors, LLC [Doc 232] (the "Fairfax Motion," and together with the ACRE Motion and the CREO Motion, the "Trustee Motions"), and in support thereof represents as follows:

**PROCEDURAL BACKGROUND**

1. This case was commenced by the filing of a voluntary petition pursuant to Chapter 11 of the United States Bankruptcy Code on July 28, 2026.

2. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (G). and this Court has jurisdiction over this contested matter under 28 U.S.C. § 1334.

3. Fannie Mae consents to the entry by the bankruptcy court of final orders and judgment regarding the matters that are the subject of the Motion.

**FACTUAL BACKGROUND**

4. Fannie Mae is the first mortgage lender on ten apartment complexes that YSA asserts are a part of its bankruptcy estate: Villas at Midtown ("Midtown"), Barcelona Apartments ("Barcelona"), One Eton Square ("Eton"), Remington Ranch Apartments ("Remington Ranch"), Seminole Ridge Apartments ("Seminole Ridge"), Copperfield Apartments ("Copperfield"), Woodscape Apartments ("Woodscape"), Lexington Commons ("Lexington"), The Canopy Apartments ("Canopy"), and The Capitol on 28th ("Capitol") (together, the "Properties").

5. As to each of these Properties, Fannie Mae holds, among other collateral documents, a mortgage and assignment of rents. The mortgage grants Fannie Mae a first mortgage lien of each of the Properties. The assignment of rents grants Fannie Mae ownership of the rents derived from the Properties subject to a limited license to collect and hold the rents in trust for Fannie Mae and, absent a default, to use the rents for the operation of the Properties.

6. Prior to the commencement of its bankruptcy case, YSA, using a power of attorney granted to it by Marc Kulick, purportedly granted itself mortgages on the Properties. The mortgages which YSA granted itself were filed long after the mortgages granted to Fannie Mae and are subordinate and inferior to Fannie Mae's mortgages.

7. Prior to July 20, 2026, YSA, again using the power of attorney granted to it by Marc Kulick, purportedly conveyed to itself the Properties.

8. Fannie Mae adopts, and incorporates as if fully set forth herein, the arguments asserted in the ACRE Motion, the CREO Motion, and the Fairfax Motion.

9. This Joinder is without prejudice to, and Fannie Mae fully reserves, its rights to raise additional arguments in respect of the Trustee Motions. This Joinder is also without prejudice to Fannie Mae's right to seek other appropriate relief. Fannie Mae expressly reserves all rights with respect to the Trustee Motions including, without limitation, its right to participate in oral argument at the time of the hearing on the Trustee Motions.

WHEREFORE, the Trustee Motions should be granted and this Court should provide for such relief as is necessary under the circumstances..

Respectfully submitted,

*/s/ Ross A. Plourde*
Ross A. Plourde, OBA #7193
Christopher M. Scaperlanda, OBA # 31703
Gatlin C. Squires, OBA #34795
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com
christopher.scaperlanda@mcafeetaft.com
gatlin.squires@mcafeetaft.com

ATTORNEYS FOR FANNIE MAE

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Court's ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

*/s/ Ross A. Plourde*