**Dated: September 11, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | Chapter 11 |
| YSA Investments 1, LLC, | Case No. 26-12806-SAH |
| Debtor. | |

**ORDER GRANTING APPLICATION TO SHORTEN NOTICE WITH RESPECT TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THE DEBTOR**

Upon the application (the "**Application**")[1] of CREO QRS VC LLC ("**CREO VC**"), CREO QRS NP LLC ("**CREO NP**" and collectively with CREO VC, the "**CREO**"), and Silver Hill Capital, LLC ("**Silver Hill**") for entry of an order pursuant to Local Rule 9006-1, shortening the notice period with respect to the First Request for Production of Documents to the Debtor (the "**Document Requests**"); and the Court having considered the Application; and the Court finding that the notice proposed by the Application is due, sufficient and adequate under the circumstances; and no other or further notice need be provided; and the Court having determined that the legal

[1] Unless otherwise defined herein, capitalized terms shall have the meaning given to them in the Application.

and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED to the extent set forth herein.

2. YSA is required to produce the Documents (as defined in the Application) by no later than September 18, 2026.

3. All findings of fact are based upon representation of counsel.

4. CREO and Silver Hill will effectuate service of the order on all interested parties.

###

Approved for Entry:

**FBT Gibbons LLP**

/s/*Mark A. Platt*
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
mplatt@fbtgibbons.com

-and-

Heather Pieper McMutry (admitted *pro hac vice*)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Tel: (615) 251-5590
Fax: (615) 251-5551
E-mail: hmcmutry@fbtlaw.com

*Counsel for CREO QRS VC LLC, CREO QRS NP LLC, and Silver Hill Capital, LLC*