**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**SUPPLEMENTAL AFFIDAVIT OF JASON A. SANSONE IN SUPPORT OF DEBTOR'S APPLICATION PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PHILLIPS MURRAH P.C. AS ATTORNEYS FOR DEBTOR IN POSSESSION, EFFECTIVE AS OF AUGUST 20, 2026**

STATE OF OKLAHOMA )
) SS:
COUNTY OF OKLAHOMA )

I, Jason A. Sansone, being first duly sworn, on oath, state:

1. I am an attorney in the law firm of Phillips Murrah P.C. ("Phillips Murrah"), which firm maintains an office, among other places, at 424 N.W. 10th Street, Suite 300, Oklahoma City, Oklahoma 73103, and I am authorized to execute this affidavit (the "Affidavit") on behalf of Phillips Murrah.

2. I am familiar with the matters set forth herein and make this Affidavit pursuant to Federal Rules of Bankruptcy Procedure 2014 and 2016 and Bankruptcy Code section 329 in further support of the *Debtor's Application Pursuant to Bankruptcy Code Sections 327(a) and 328(a) for an Order Authorizing the Employment and Retention of Phillips Murrah P.C. as Attorneys for Debtor in Possession, Effective as of August 20, 2026* (the "Application").

3. The Debtor has sought the retention of other attorneys (collectively, "Separate Counsel," as may change from time to time), separate from Phillips Murrah, to represent it in this Chapter 11 bankruptcy case. In light of the Debtor's employment of Separate Counsel, to avoid

duplication of efforts and minimize costs to the Debtor's estate, the Debtor and Phillips Murrah have agreed to define the scope of Phillips Murrah's representation of the Debtor as follows:

a. Phillips Murrah will represent the Debtor as general bankruptcy counsel in this Chapter 11 case. Phillips Murrah will not represent the Debtor in any adversary proceeding, non-core issue, appeal, nor any state court proceeding now existing or hereafter filed by or against the Debtor nor with respect to any matter which creates a potential conflict of interest;

b. Separate Counsel will represent the Debtor in all adversary proceedings now existing and hereafter filed by or against the Debtor and in all matters which could give rise to a potential conflict of interest for Phillips Murrah;

c. For the avoidance of doubt, Phillips Murrah will represent the Debtor and does not represent any member, officer, director, employee or agent of the Debtor; and

d. Phillips Murrah will not pay or advance any mediation fees, court reporters, videographers, transcripts, expert fees, or similar expenses. All said fees and expenses will be paid or advanced by the Debtor or Separate Counsel, to the extent appropriate and as applicable.

4. On September 10 and 11, 2026, Phillips Murrah was paid the total sum of $250,000.00 as a retainer payment. The retainer payment was made by Interchange Claims Group LLC ("Interchange"), the sole member of the Debtor. No portion of the retainer has been used nor will be used to pay outstanding fees owed to Phillips Murrah without approval of the Court.

5. Interchange has further agreed to pay Phillips Murrah supplemental retainers as capital contributions to the Debtor, for the benefit of the Debtor, beginning on January 1, 2027,

and continuing the first day of each month thereafter. Any future retainer received by Phillips Murrah in connection with this Chapter 11 bankruptcy case will be disclosed pursuant to the Bankruptcy Code and Bankruptcy Rules.

6. There was no loan from Interchange to the Debtor, and in fact Interchange made a capital contribution for the benefit of the Debtor.

7. Notwithstanding, the retainer of Phillips Murrah is property of the Debtor, and no one else other than the Debtor, including Interchange, can withdraw or assert control over the retainer.

FURTHER AFFIANT SAYETH NOT.

Jason A. Sansone
Oklahoma Bar No. 30913

Subscribed and sworn to before me this ~~10th~~ 11th day of September, 2026.

Notary Public, Commission No. 21002627

My Commission Expires:
02/25/29
[SEAL]

LINDSAY MORSE NOTARY # 21002627 EXP. 02/25/29 PUBLIC STATE OF OKLAHOMA