**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA Investments 1, LLC,<br>Debtor. | Chapter 11<br>Case No. 26-12806 (SAH) |

**CERTIFICATE OF SERVICE**

The undersigned, counsel for Term Fund III MR Seller, LLC and Term Fund B IV MRA Seller, LLC, hereby certifies on the 9th day of September 2026, a true and correct copy of the Motion, [Doc. 335], was electronically served using the CM/ECF system, namely: Steven D. Adler *et al*, Counsel for the Debtor, Office of the U.S. Trustee and upon all other entities as listed in the CM/ECF system at the time of filing. Further, I certify that on the 11th day of September 2026, copies of the Motion were sent via First Class Mail, postage prepaid and properly addressed upon the service list attached hereto as Exhibit 1.

Dated this 11th day of September 2026.

*/s/ Craig M. Regens*
William H. Hoch, OBA#15788
Craig M. Regens, OBA#22894
CROWE & DUNLEVY,
A PROFESSIONAL CORPORATION
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
Telephone: 405.239.6692
Email: will.hoch@crowedunlevy.com
craig.regens@crowedunlevy.com

*COUNSEL FOR TERM FUND III MRA SELLER LLC AND TERM FUND B IV MRA SELLER LLC*

**Exhibit 1**

**Distribution Service List**
**Served via First Class Mail**

**DEBTOR**

YSA Investments 1, LLC
848 Brickell Avenue Suite PH5
Miami, FL 33131

**ADDITIONAL PARTIES**

Travis C. Smith
TCS Law Firm
511 Couch Drive, Suite 300
Oklahoma City, OK 73102

John M. Krattiger
Cole T. McDaniel
Gable Gotwals
BOK Park Plaza
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102

Page M. Walters
Johnathon R. Moore
Vesta Realty, LLC
1422 E. 71st St., Suite J
Tulsa, OK 74136

Katelynn J. Crain
Lisa Erickson Endres
Assistant District Attorneys
211 N. Robinson Ave, Ste N700
Oklahoma City, OK 73102

James Vogt
101 Park Avenue, Suite 1010
Oklahoma City, OK 73102

Drew Campo
5704 NW 161st Circle
Edmond, OK 73013