United States Bankruptcy Court
Western District of Oklahoma

In re:
YSA Investments 1, LLC
Debtor

Case No. 26-12806-SAH
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1087-5 User: admin Page 1 of 5
Date Rcvd: Sep 09, 2026 Form ID: pdf007 Total Noticed: 3

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2026 21:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: bankruptcynoticeschr@sec.gov | Sep 09 2026 21:52:00 | Jolene M. Wise, Securities and Exchange Commission, 175 W. Jackson Blvd., Suite 900, Chicago, IL 60604-2908 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Sep 09 2026 21:52:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony F. Pirraglia | on behalf of Interested Party Auerbach Opportunity Fund IV LP anthony.pirraglia@hklaw.com, julia.warren@hklaw.com;chris.bailey@hklaw.com;hapi@hklaw.com |
| Anthony F. Pirraglia | on behalf of Interested Party Auerbach Opportunity Fund 1 LP anthony.pirraglia@hklaw.com, julia.warren@hklaw.com;chris.bailey@hklaw.com;hapi@hklaw.com |

Anthony F. Pirraglia
on behalf of Interested Party Auerbach Opportunity Fund III LP anthony.pirraglia@hklaw.com, julia.warren@hklaw.com;chris.bailey@hklaw.com;hapi@hklaw.com

Bret D. Davis
on behalf of Interested Party Auerbach Opportunity Fund III LP bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Bret D. Davis
on behalf of Interested Party Auerbach Opportunity Fund 1 LP bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Bret D. Davis
on behalf of Interested Party Auerbach Opportunity Fund IV LP bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Carlee M. Apel
on behalf of Creditor ACRE Q018 Retention Holder LLC capel@fellerssnider.com

Carlee M. Apel
on behalf of Debtor YSA Investments 1 LLC capel@fellerssnider.com

Chris M. Scaperlanda
on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") chris.scaperlanda@mcafeetaft.com

Christopher Cotner
on behalf of Creditor First United Bank and Trust Co. chris@mhgclaw.com

Clayton D Ketter
on behalf of Debtor YSA Investments 1 LLC cdketter@phillipsmurrah.com, mdmills@phillipsmurrah.com;cmcorrea@phillipsmurrah.com

Colin M Bernardino
on behalf of Creditor Computershare Trust Company N.A. cbernardino@ktslaw.com

Craig M Regens
on behalf of Interested Party Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC craig.regens@crowedunlevy.com kelley.williams@crowedunlevy.com;ecf@crowedunlevy.com;cregens@gmail.com;betty.clymer@crowedunlevy.com;lori.cornell @crowedunlevy.com

Dante Wen
on behalf of Creditor Computershare Trust Company N.A. dwen@ktslaw.com, etsmith@ktslaw.com

David Herber
on behalf of Creditor GableGotwals dherber@gablelaw.com JWilson@Gablelaw.com

Gatlin Cy Squires
on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") gatlin.squires@mcafeetaft.com

Jason A Sansone
on behalf of Debtor YSA Investments 1 LLC jasansone@phillipsmurrah.com, r47439@notify.bestcase.com;mdmills@phillipsmurrah.com;cmcorrea@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Jeffrey E Tate
on behalf of U.S. Trustee United States Trustee jeff.tate@usdoj.gov michele.adams@usdoj.gov;shannon.dyer-vencill2@usdoj.gov

John W. Mee, III
on behalf of Creditor First United Bank and Trust Co. jwm3@mhgclaw.com lpierce@meehoge.com

Joshua Clark Greenhaw
on behalf of Creditor First United Bank and Trust Co. jgreenhaw@mhgclaw.com

Joyce W. Lindauer
on behalf of Interested Party Barcelona Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Woodland Oaks Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party A-V Village Creek Owner LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party 727 Lofts Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Ridge Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

| | |
|---|---|
| Joyce W. Lindauer | on behalf of Interested Party Fairfax Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Woodland Oaks Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Remington Ranch's Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Woodland Manor Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Lofts at North Penn Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Louis Investments LLC joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Fairfax Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party 727 Lofts Holdings LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Woodland Manor TIC 1 LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Kaleigh Ewing | on behalf of Interested Party Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC kaleigh.ewing@crowedunlevy.com |
| Kevin Dale McCullough | on behalf of Interested Party Daniel J. Sherman kdm@romclaw.com emoon@romclaw.com,sthomas@romclaw.com,ecampbell@romclaw.com,nick@syllp.com |
| Kiran A. Phansalkar | on behalf of Interested Party Saperean Capital IV TB Note Lender KD4 LLC kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com |
| Kiran A. Phansalkar | on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 kiran.phansalkar@mcafeetaft.com lindsay.skinner@mcafeetaft.com |
| Kiran A. Phansalkar | on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com |
| Kiran A. Phansalkar | on behalf of Interested Party The Bancorp Bank N.A. kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com |
| Lysbeth L George | on behalf of Creditor Computershare Trust Company N.A. liz@georgelawok.com, lizbethlou@gmail.com;karen@georgelawok.com;dante@georgelawok.com;karla@georgelawok.com;karla@georgelawok.com |
| Marjorie J. Creasey | on behalf of U.S. Trustee United States Trustee marjorie.creasey@usdoj.gov michele.adams@usdoj.gov;lendy.heilaman@usdoj.gov |
| Mark A. Platt | on behalf of Interested Party Silver Hill Capital LLC mplatt@fbtlaw.com, cgiobbe@fbtgibbons.com |
| Mark A. Platt | on behalf of Interested Party CREO QRS NP LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com |
| Mark A. Platt | on behalf of Creditor CREO QRS NP LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com |
| Mark A. Platt | on behalf of Interested Party CREO QRS VC LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com |
| Mark A. Platt | on behalf of Creditor CREO QRS VC LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com |
| Matthew K Hansen | |

| | |
|---|---|
| | on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 mkhansen@lockelord.com |
| Maurice VerStandig | on behalf of Interested Party Jenk's Best Living LLC mac@mbvesq.com, verstandiglaw@recap.email |
| Michael Schuster | on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST mschuster@polsinelli.com |
| Nicholas Candido | on behalf of Debtor YSA Investments 1 LLC njcandido@phillipsmurrah.com, mdmills@phillipsmurrah.com;tjsullivan@phillipsmurrah.com |
| O. Clifton Gooding | on behalf of Interested Party Mayflower Asset Recovery Systems LLC cgooding@goodingfirm.com nanci@goodingfirm.com;astuteville@goodingfirm.com;Gooding.ClifR144639@notify.bestcase.com;angelanotices@gmail.com;mtoffoli@goodingfirm.com;notices@mailgw.icnet.net;melissa@goodingfirm.com |
| Preston Sullivan, I | on behalf of Interested Party Saperean Capital IV TB Note Lender KD4 LLC preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com |
| Preston Sullivan, I | on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 preston.sullivan@mcafeetaft.com lindsay.skinner@mcafeetaft.com |
| Preston Sullivan, I | on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com |
| Preston Sullivan, I | on behalf of Interested Party The Bancorp Bank N.A. preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com |
| Ross A. Plourde | on behalf of Creditor CREO QRS VC LLC ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party Silver Hill Capital LLC ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Creditor CREO QRS NP LLC ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party The Bancorp Bank N.A. ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party Saperean Capital IV TB Note Lender KD4 LLC ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Samuel Ory | on behalf of Creditor Mica Creek Capital LLC sory@fdlaw.com, jalexander@fdlaw.com |
| Samuel Ory | on behalf of Interested Party Yamato OKC Lender LLC sory@fdlaw.com jalexander@fdlaw.com |
| Samuel Ory | on behalf of Creditor Kingsbury OKC Lender LLC sory@fdlaw.com, jalexander@fdlaw.com |
| Stephen J. Moriarty | on behalf of Creditor ACRE Q018 Retention Holder LLC smoriarty@fellerssnider.com, amoham@fellerssnider.com;smoriarty@ecf.axosfs.com |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| William H. Hoch | on behalf of Interested Party Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC will.hoch@crowedunlevy.com |

ecf@crowedunlevy.com;betty.clymer@crowedunlevy.com;ilaria.capasso@crowedunlevy.com;valary.gwinn@crowedunlevy.com;
lori.cornell@crowedunlevy.com

TOTAL: 70

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**IN RE:**

**YSA INVESTMENTS 1, LLC,** **Case Number: 26-12806-SAH**

**Debtor(s).** **Chapter 11**

## NOTICE OF HEARING

(F.R.Bankr.P. 9014)

Interested parties are notified that the request of **Joyce W. Lindauer, Attorney for Fairfax Investors, LLC for Amended Motion for the Appointment of a Chapter 11 Trustee (Doc 232) and all related responses and objections** will be heard by Judge Sarah A. Hall in the United States Bankruptcy Court for the Western District of Oklahoma sitting in Oklahoma City on **10/01/2026, at 10:00 AM CST in the 9th Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102**.

If determination of the issues requires finding of facts, evidence may be offered as provided by the Federal Rules of Bankruptcy Procedure and the Federal Rules of Evidence or, if such is the case, the parties may stipulate to the relevant facts. If the request is contained in a motion it may be heard on affidavits presented by the respective parties as provided by Rule 9017 F.R.Bankr.P. which adopts Rule 43(e) F.R.Civ.P. Accordingly, the parties are reminded of the provisions of Rules 9014 which adopts Rule 7026 F.R.Bankr.P. providing for the exchange of documentary evidence and disclosure of proposed witnesses prior to the hearing.

Parties are further reminded that Local Rule 9014 requires any party intending to offer evidence or testimony at a hearing to file an appropriate notice as

provided for in that local rule and are reminded that they must comply with all other provisions of Local Rule 9014.

Dated: SEPTEMBER 9, 2026

BY ORDER OF THE COURT
Douglas E. Wedge, Clerk

By:/s/Dominique McGee
DOMINIQUE MCGEE, Deputy