**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**INSURANCE STATUS REPORT**

YSA Investments 1, LLC, submits the attached insurance status report.

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

| Loc # | Location Name | Address | City | State | Zip | Business Interruption Limit | Building Limit (Replacement Cost) | Limit for Business Personal Property (Interior Contents) | Total Insurable Values |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Thrive Jenks | 204 S Riverfront Dr | Jenks | OK | 74037 | $2,217,600 | $25,093,000 | $0.00 | **$ 27,310,600** |
| 2 | One Eton Square Apartments | 8111 E 60th St | Tulsa | OK | 74145 | $5,644,800 | $46,503,000 | $0.00 | **$ 52,147,800** |
| 3 | Riverpark at Kensington | 7803 S Wheeling Ave | Tulsa | OK | 74136 | $3,960,000 | $36,547,060 | $0.00 | **$ 40,507,060** |
| 4 | Lakeside Place Apartments | 2186 S 99th East Ave | Tulsa | OK | 74129 | $1,996,800 | $17,004,460 | $0.00 | **$ 19,001,260** |
| 5 | Shoreline Apartments | 9601 E 21st Place South | Tulsa | OK | 74129 | $4,732,800 | $51,948,160 | $0.00 | **$ 56,680,960** |
| 6 | 23 East Apartments | 11321 E 23rd St | Tulsa | OK | 74129 | $2,407,200 | $27,222,140 | $0.00 | **$ 29,629,340** |
| 7 | Villas at Midtown | 2001 E Skelly Dr | Tulsa | OK | 74105 | $4,588,800 | $39,092,460 | $0.00 | **$ 43,681,260** |
| | | | | | | **$ 25,548,000** | **$ 243,410,280** | **$ -** | **$ 268,958,280** |

| Property Name | Address | City | State | Type | # of Units or Size | |
|---|---|---|---|---|---|---|
| Lexington Commons | 5530 Colony Way | Bartlesville | OK | Multifamily | 206 | In Underwriting (Force Placed Coveraged Exists) |
| Remington Ranch | 1815 N Boomer Rd. | Stillwater | OK | Multifamily | 292 | In Underwriting (Force Placed Coveraged Exists) |
| Seminole Ridge | 125 W Interstate 240 Service Rd | Oklahoma City | OK | Multifamily | 224 | In Underwriting |
| Tuscany Village | 6900 London Way | Oklahoma City | OK | Multifamily | 316 | In Underwriting |
| The Canopy Apartments | 9201 Kanis Rd | Little Rock | AR | Multifamily | 240 | In Underwriting (Force Placed Coveraged Exists) |
| Barcelona | 5160 S Yale Ave | Tulsa | OK | Multifamily | 232 | In Underwriting (Force Placed Coveraged Exists) |
| The Classen | 2200 N Classen Blvd | Oklahoma City | OK | Multifamily | 66 | In Underwriting |
| Putnam Green | 7525 Knight Lake Dr | Oklahoma City | OK | Multifamily | 250 | In Underwriting |
| The Ridge | 3834 N Oak Grove Dr | Midwest City | OK | Multifamily | 278 | In Underwriting |
| Lofts at North Penn | 15501 N Pennsylvania Ave | Edmond | OK | Multifamily | 192 | In Underwriting |
| Village Creek at 67th | 6630 S Zunis Ave | Tulsa | OK | Multifamily | 226 | In Underwriting |
| The Montgomery | 500 W Main St | Oklahoma City | OK | Multifamily | 70 | In Underwriting |
| 727 Lofts | 727 E Main Pl | Jenks | OK | Multifamily | 98 | In Underwriting (Force Placed Coveraged Exists) |
| The Muntage | 3041 NW 41st St | Oklahoma City | OK | Multifamily | 165 | In Underwriting |
| Bryan Hills | 7204 NW 36th St | Bethany | OK | Multifamily | 232 | In Underwriting |
| Springdale Village | 4330 S Barnes Ave | Oklahoma City | OK | Multifamily | 128 | In Underwriting |
| Summer Oaks | 5770 NW 16th St | Oklahoma City | OK | Multifamily | 197 | In Underwriting (Force Placed Coveraged Exists) |
| Woodland Manor | 8641 E 61st St | Tulsa | OK | Senior | 305 | In Underwriting |
| Eaton Place | 517 E Douglas Ave | Wichita | KS | Multifamily | 117 | In Underwriting |
| Woodscape | 4200 N Meridian Ave | Oklahoma City | OK | Multifamily | 498 | In Underwriting |
| Copperfield Apartments | 2400 NW 30th St | Oklahoma City | OK | Multifamily | 262 | In Underwriting (Force Placed Coveraged Exists) |
| Capitol on 28th | 215 NE 28th St. | Oklahoma City | OK | Multifamily | 231 | In Underwriting |
| Thrive Jenks | 204 S Riverfront Dr | Jenks | OK | Multifamily | 168 | In Underwriting |