**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | Chapter 11 |
| YSA Investments 1, LLC, | Case No. 26-12806-SAH |
| Debtor. | **Docket Ref. No. 37** |

**JOINDER OF SILVER HILL CAPITAL, LLC TO THE EMERGENCY MOTION OF CREO QRS VC LLC AND CREO QRS NP LLC TO APPOINT A CHAPTER 11 TRUSTEE, OR ALTERNATIVELY, TO DISMISS THE CHAPTER 11 CASE OF YSA INVESTMENTS 1, LLC COMBINED WITH NOTICE OF OPPORTUNITY FOR HEARING, NOTICE OF HEARING, AND BRIEF IN SUPPORT**

Silver Hill Capital, LLC ("**Silver Hill**"), by and through undersigned counsel, hereby files this joinder (the "**Joinder**") to the *Emergency Motion of CREO QRS VC LLC and CREO QRS NP LLC to Appoint a Chapter 11 Trustee, or Alternatively, to Dismiss the Chapter 11 Case of YSA Investments 1, LLC, Combined with Notice of Opportunity for Hearing, Notice of Hearing, and Brief in Support* (the "**Trustee Motion**") [Docket No. 172] filed on August 20, 2026 by CREO QRS VC LLC ("**CREO VC**") and CREO QRS NP LLC ("**CREO NP**" and collectively with CREO VC, the "**CREO**"). In support of the Joinder, Silver Hill states as follows:

1. Silver Hill supports the relief requested in the Trustee Motion and joins CREO in requesting that it be granted.

2. As set forth in the Trustee Motion, YSA Investments 1, LLC ("**YSA**") does not have an ongoing business to reorganize or going-concern value to preserve for the benefit of creditors, such as Silver Hill Capital, LLC. There is no legitimate restructuring purpose to YSA's chapter 11 petition. The undisputed facts, in addition to the docket and hearing transcripts from the Texas Bankruptcy Court, reveal that this case was filed as a litigation tactic.

3. This Joinder is without prejudice to, and Silver Hill fully reserves its rights to raise

additional arguments in respect of the Trustee Motion. This Joinder is also without prejudice to Silver Hill's right to seek other appropriate relief. Silver Hill expressly reserves all rights with respect to the Trustee Motion including, without limitation, its right to participate in oral argument at the time of the hearing on the Trustee Motion.

WHEREFORE, the relief requested in the Trustee Motion should be granted and this Court should provide for such relief as is necessary under the circumstances.

Dated: September 16, 2026

**FBT GIBBONS LLP**

/s/ *Mark A. Platt*
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather Pieper McMutry (admitted *pro hac vice*)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5590
Facsimile: (615) 251-5551
Email: hmcmutry@fbtgibbons.com

-and-

Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

*Counsel for Silver Hill Capital, LLC*