**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12806 |

**VERIFIED STATEMENT OF FBT GIBBONS LLP PURSUANT TO**
**RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

FBT Gibbons LLP ("**FBTG**"), counsel to CREO QRS VC LLC ("**CREO VC**"), CREO QRS NP LLC ("**CREO NP**" and collectively with CREO VC, "**CREO**"), and Silver Hill Capital, LLC ("**Silver Hill**"), files this Verified Statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure in the above-captioned case of YSA Investments 1, LLC (the "**Debtor**").

1. The names and addresses of the parties represented by FBTG in the above-referenced chapter 11 cases are:

CREO QRS VC LLC
3 Columbus Circle, 24th Floor
New York, New York 10019

CREO QRS NP LLC
3 Columbus Circle, 24th Floor
New York, New York 10019

Silver Hill Capital, LLC
142 West 57th Street, 15th Floor
New York, New York 10019

2. The nature and amounts of disclosable economic interest of each creditor, equity security holder, and party in interest represented by FBTG are as follows:

a. CREO: CREO VC holds senior secured lien on all assets of A-V Village Creek Owner, LLC, the multifamily apartment complex in Tulsa County, Oklahoma

known as Village Creek at 67th with an address of 6630 S Zunis Ave, Tulsa, OK 74136 (the "**Village Creek Property**"). CREO NP holds senior secured lien on all assets of Lofts at North Penn Best Living, LLC, including the multifamily apartment complex in Oklahoma County, Oklahoma known as The Lofts at North Penn with an address of 15501 N Pennsylvania Ave, Edmond, OK 73013 (the "**North Penn Property**," and together with the Village Creek Property, the "**CREO Properties**"). The Debtor claims an interest in the CREO Properties and currently has possession of the Village Creek Property. CREO contests whether the Debtor holds any interest in the CREO Properties, but to the extent that any such interest exists CREO holds claims against the Debtor in an unknown amount including, but not limited to, all amounts related to the CREO Properties and the collateral of CREO, including cash collateral.

b. Silver Hill: Silver Hill is the holder and assignee of certain loan agreements, notes, first-priority mortgages, and other related documents and agreements over four multifamily apartment complexes in Oklahoma County, Oklahoma, including: (a) Bryan Hill Apartments, (b) Summer Oaks Apartments, (c) Springdale Village Apartments, and (d) Tuscany Village Apartments (the "**Silver Hill Properties**"). The Debtor claims an interest in the Silver Hill Properties. Silver Hill contests whether the Debtor holds any interest in the Silver Hill Properties, but to the extent that any such interest exists Silver Hill holds claims against the Debtor in an unknown amount including, but not limited to, all amounts related to the Silver Hill Properties and the collateral of Silver Hill, including cash collateral.

3. CREO and Silver Hill have each requested that FBTG represent them and their interests in connection with this chapter 11 case.

4. Upon information and belief, as of the date hereof, FBTG does not hold any claim against or equity interest in the Debtor.

5. The undersigned certifies that this Verified Statement is true and accurate to the best of his knowledge and belief. FBTG reserves the right to revise and supplement this Verified Statement.

Dated: September 16, 2026

**FBT GIBBONS LLP**

*<u>/s/ Mark A. Platt</u>*

Mark A. Platt (*pro hac vice* pending)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather Pieper McMutry (*pro hac vice* pending)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5590
Facsimile: (615) 251-5551
Email: hmcmutry@fbtgibbons.com

*Counsel for CREO and Silver Hill*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Court's ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

*/s/ Mark A. Platt*
Mark A. Platt

0148758.0799511 4931-0260-1929v2