**Dated: September 16, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 26-12806-SAH** |
| **YSA Investments 1, LLC** | ) | |
| | ) | |
| **Debtor** | ) | **Chapter 11** |

---

**ORDER GRANTING MOTION OF**
**CREO QRS VC LLC FOR RELIEF FROM THE**
**AUTOMATIC STAY COMBINED WITH NOTICE OF**
**OPPORTUNITY FOR HEARING AND BRIEF IN SUPPORT**

This matter comes before the Court upon Motion of CREO QRS VC LLC for Relief from the Automatic Stay Combined with Notice of Opportunity for Hearing and Brief in Support [Doc. No. 284] (the "Motion") filed by CREO QRS VC LLC ("CREO"). The Motion seeks relief from the automatic stay to the extent necessary to permit CREO to pursue its state court litigation against Marc L. Kulick and John Alexander Upperman (the "Guarantors") in Tulsa County case No. CJ-2026-155 styled *CREO QRS VC LLC v. Marc L. Kulick and John Alexander Upperman* (the "State Court Action"). The Motion was filed September 1, 2026 and served electronically upon all

persons who have entered and appearance herein and who are registered with the Court's electronic noticing system and by United States mail upon the debtor, YSA Investments 1, LLC. Any objections to the Motion were required to have been filed and served on or before September 15, 2026. No objection to the Motion has been filed.

IT IS THEREFOR ORDERED that the Motion is granted and, to the extent the automatic stay applies with respect to the State Court Action, CREO is granted relief from the automatic stay to permit it to pursue its claims in the State Court Action.

All findings of fact are based on representation of counsel.

**Movant will effectuate service of the order on all interested parties.**

# # #

APPROVED FOR ENTRY:

*/s/ Ross A. Plourde*
Ross A. Plourde, OBA #7193
McAfee & Taft A Professional Corporation
Two Leadership Square, Eighth Floor
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
ross.plourde@mcafeetaft.com

***Attorney for Creditor, CREO QRS VC LLC***