Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Best
Living, LLC and Woodland Oaks
Best Living, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**JOINDER IN OBJECTIONS TO DEBTOR'S APPLICATION TO EMPLOY PJD CONSULT LLC AS REAL ESTATE CONSULTANT**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

COME NOW Fairfax Best Living, LLC and Woodland Oaks Best Living, LLC (collectively, "Joining Parties"), by and through their undersigned counsel, and hereby join in and support the Objection of Fannie Mae to Debtor's Application to Employ PJD Consult LLC as Real Estate Consultant [Docket No. 353], the Objection of CREO QRS VC LLC, CREO QRS NP LLC, and Silver Hill Capital, LLC to Debtor's Application to Employ PJD Consult LLC as Real Estate Consultant [Docket No. 355] and the Omnibus Objection of Yamato OKC Lender, LLC to (A) Debtor's Application to Employ PJD Consult LLC as Real Estate Consultant and (B) Debtor's Application to Employ Capital Assets, Inc. as Property Manager [Docket No. 356] and respectfully state as follows:

1. Joining Parties are parties-in-interest in this Chapter 11 case and have an interest in the proper administration and preservation of the assets of the Debtor's bankruptcy estate.

2. Joining Parties adopt and incorporate by reference the arguments, authorities, factual allegations, and relief requested in the Objections to the extent applicable to Joining Parties, without separately restating them herein.

**WHEREFORE, PREMISES CONSIDERED,** Joining Parties respectfully request that the Court deny the relief requested in the Motion, and grant such other and further relief as the Court deems just and proper.

Dated: September 16, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Best Living, LLC
and Woodland Oaks Best Living, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 16, 2026, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer