**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br><br>Chapter 11 |

# CERTIFICATE OR AFFIDAVIT OF SERVICE

This is to certify that on the 17th day of September 2026, a true and correct copy of the Order granting Motion of CREO QRS VC LLC for Relief from the Automatic Stay Combined with Notice of Opportunity for Hearing and Brief in Support, filed on September 16, 2026 [Doc. No. 364], was forwarded via U.S. Mail, first class, postage prepaid, to the Debtor in this matter as follows:

| | |
|---|---|
| **YSA INVESTMENTS 1, LLC**<br>**848 BRICKELL AVENUE**<br>**SUITE PH5**<br>**MIAMI, FL 33131-2949** | **ROBERT MILEY**<br>**848 BRICKELL AVENUE**<br>**SUITE PH5**<br>**MIAMI, FL 33131-2949** |
| **YSA Investments 1, LLC**<br>**c/o Capital Fund Law Group, P.C.**<br>**Attn: Chris Rogers**<br>**405 Lexington Ave., 26th Floor**<br>**New York, NY 10174-2699** | |

Respectfully submitted,

*/s/ Ross A. Plourde*

Ross A. Plourde, OBA # 7193
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
ross.plourde@mcafeetaft.com

*Counsel for the CREO QRS VC LLC*