Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Bryan Hill Apartments;
Summer Oaks Apartments; Springdale
Village Apartments and Tuscany
Village Apartments

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**WITHDRAWAL OF OBJECTION TO MOTION OF SILVER HILL CAPITAL, LLC FOR RELIEF FROM THE AUTOMATIC STAY**
(Relates to Docket No. 365)

Bryan Hill Apartments, Summer Oaks Apartments, Springdale Village Apartments and Tuscany Village Apartments hereby withdraw the Objection to Motion of Silver Hill Capital, LLC for Relief from the Automatic Stay [Docket No. 365] filed in the above-referenced case on September 16, 2026.

Dated: September 17, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Bryan Hill Apartments;
Summer Oaks Apartments; Springdale
Village Apartments and Tuscany
Village Apartments

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 17, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer