**Dated: September 17, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12806-SAH |

**ORDER GRANTING THE MOTION OF SILVER HILL CAPITAL, LLC FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the *Motion of Silver Hill Capital, LLC for Relief From the Automatic Stay Combined with Notice of Opportunity for Hearing and Brief in Support* (the "**Motion**")[1] by Silver Hill Capital, LLC ("**Silver Hill**") pursuant to Section 362(d) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 4001 of the Federal Rules of Bankruptcy Procedure. The Motion seeks relief from the automatic stay to the extent necessary to permit Silver Hill to exercise all of its rights and remedies against the Silver Hill Properties in accordance with the applicable Loan Documents and applicable non-bankruptcy law, including proceeding with its

[1]Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion (defined herein).

pending foreclosure action [Docket No. 305]. The Motion was filed on September 2, 2026 and served electronically upon all parties who have entered and appearance herein and who are registered with the Court's electronic noticing system and by United States mail upon YSA Investments 1, LLC (the "**Debtor**"). Any objections to the Motion were required to have been filed and served on or before September 16, 2026. Tuscany Village Apartments, Springdale Village Apartments, Summer Oaks Apartments, Bryan Hill Apartments filed their *Objection to Motion of Silver Hill Capital, LLC for Relief from the Automatic Stay* [Docket No. 365] (the "**Objection**") on September 16, 2026, and withdrew the Objection on September 17, 2026 [Docket No. 368]. No other objection to the Motion has been filed.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is hereby **GRANTED** in its entirety.

2. The automatic stay afforded to the Debtor pursuant to section 362(a) of the Bankruptcy Code is hereby terminated, to the extent necessary, so as to permit Silver Hill to exercise all of its rights and remedies against the Silver Hill Properties in accordance with the applicable Loan Documents and applicable non-bankruptcy law, including proceeding with its pending foreclosure action.

3. The fourteen (14) day stay provided in Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived to enable Silver Hill to immediately enforce and implement the terms of this Order.

**All findings of fact are based on representation of counsel.**

**Silver Hill will effectuate service of this Order on all interested parties.**

###

Approved for Entry:

**FBT Gibbons LLP**

/s/*Mark A. Platt*
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather Pieper McMutry (admitted *pro hac vice*)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Tel: (615) 251-5590
Fax: (615) 251-5551
Email: hmcmutry@fbtgibbons.com

-and-

Ross A. Plourde, OBA #7193
McAfee & Taft A Professional Corporation
Two Leadership Square, Eighth Floor
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
ross.plourde@mcafeetaft.com

*Counsel for Silver Hill Capital, LLC*