**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**APPLICATION FOR ENTRY OF AN ORDER SHORTENING TIME FOR OBJECTION DEADLINE AND FOR EXPEDITED HEARING OF (A) DEBTOR'S EXPEDITED MOTION FOR ENTRY OF ORDER (I) APPROVING BID PROCEDURES IN CONNECTION WITH THE SALE OF THE DEBTOR'S INTERESTS IN THE 727 LOFTS PROPERTY; (II) AUTHORIZING AND APPROVING THE SALE OF DEBTOR'S INTERESTS IN THE 727 LOFTS PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (III) GRANTING RELATED RELIEF, (B) DEBTOR'S EXPEDITED MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT BETWEEN THE DEBTOR AND ACRE Q018 RETENTION HOLDER, AND (C) DEBTOR'S APPLICATION TO EMPLOY CBRE, INC. AS BROKER, EFFECTIVE AS OF SEPTEMBER 18, 2026, WITH BRIEF IN SUPPORT, AND NOTICE OF OPPURTUNITY FOR HEARING**

Debtor, YSA Investments 1, LLC (the "Debtor"), by and through its undersigned counsel, files this *Application For Entry of an Order Shortening Time for Objection Deadline and for Expedited Hearing of (A) Debtor's Expedited Motion for Entry of an Order (I) Approving Bid Procedures in Connection with the Sale of the Debtor's Interests in the 727 Lofts Property, (II) Authorizing and Approving the Sale of Debtor's Property Free and Clear of Liens, Claims and Encumbrances and (III) Granting Related Relief, (B) Debtor's Expedited Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement between the Debtor and ACRE Q018 Retention Holder LLC, and (C) Debtor's Application to Employ CBRE, Inc. as Broker, Effective as of September 18, 2026* (the "Application"). Pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1 of the Local Rules for the United States Bankruptcy Court for the Western District of Oklahoma (the "Local Rules"), Debtor requests that the Court shorten the time for response to the *Debtor's Expedited Motion for Entry of an Order (I) Approving Bid Procedures in Connection with the Sale of the*

*Debtor's Interests in the 727 Lofts Property, (II) Authorizing and Approving the Sale of Debtor's Property Free and Clear of Liens, Claims and Encumbrances and (III) Granting Related*, *Debtor's Expedited Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement between the Debtor and ACRE Q018 Retention Holder LLC*, and *Debtor's Application to Employ CBRE, Inc. as Broker, Effective as of September 18, 2026* (collectively, the "Motions"), to Friday, October 2, 2026, at 5:00AM prevailing Central Time and set an expedited hearing on the Motions on Thursday, October 8, 2026, at 10:00AM prevailing Central Time, before the Honorable Judge Sarah Hall, U.S. Bankruptcy Court Western District of Oklahoma, to be conducted by Microsoft Teams.[1] In support, Debtor provides the following:

**JURISDICTION AND STATUTORY AUTHORITY**

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

4. The statutory predicates for the relief requested are Bankruptcy Rule 9006 and Local Rule 9006-1.

**RELIEF REQUESTED**

5. The 727 Lofts Debtors filed Chapter 11 cases under lead case number 26-32779-sgj-11 (the "727 Lofts Cases") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division on June 25, 2026. Venue in the 727 Lofts Cases has been transferred to the United States Bankruptcy Court for the Western District of Oklahoma (the "Oklahoma Bankruptcy Court").

6. The Debtor originally filed for Chapter 11 bankruptcy in the United States

[1] Pursuant to Local Rule 9006-1(C), this Application "may be ruled upon *ex parte*."

Bankruptcy Court for the District of Delaware. Venue for that YSA Debtor's Chapter 11 case (the "YSA Case") was transferred to the Oklahoma Bankruptcy Court.

7. This settlement relates to real property located in Tulsa County, Oklahoma commonly known as 727 East Main Place, Jenks, Oklahoma 74037 (the "727 Lofts Property").

8. 727 Lofts Holdings, LLC ("Pledgor") asserts it owns 100% of the equity interests in the 727 Lofts Best Living, LLC ("Project Entity")

9. The 727 Lofts Debtors executed and delivered a Promissory Note in the original principal amount of $17,000,000 which Promissory Note (the "Loan") is currently held by ACRE Q018 Retention Holder LLC ("ACRE").

10. There is a mortgage on the real property located in Tulsa County, Oklahoma commonly known as 727 East Main Place, Jenks, Oklahoma 74037 (the "727 Lofts Property") securing the Loan, which mortgage is currently held by ACRE.

11. Pledgor has delivered a Pledge and Security Agreement pledging 100% of the equity interests in the Project Entity (the "Equity Interests"), which pledge is currently held by ACRE.

12. ACRE filed a Motion to Lift the Automatic Stay Pursuant to Section 362(D) of the Bankruptcy Code [Doc. 16] (the "727 Lofts Case Lift Stay Motion") in the 727 Lofts Cases.

13. 727 Lofts filed a Motion to Compromise Controversary with ACRE Q018 Retention Holder, LLC shortly thereafter [Doc. 22] that proposed to resolve the 727 Lofts Case Lift Stay Motion by allowing a further marketing period for the 727 Lofts Property leading to an auction date to determine if there was in fact equity above the ACRE mortgage on the 727 Lofts Property.

14. ACRE Filed a Motion for Relief From the Automatic Stay [Doc. 27] (the "YSA

Case Lift Stay Motion") in the YSA Case.

15. YSA filed an Objection to the YSA Case Lift Stay Motion [Doc. 91] (the "YSA Lift Stay Objection") asserting, among other things, that there was equity in the 727 Lofts Property.

16. The 727 Lofts Property has been marketed since February, 2026.

17. ACRE retained Jones Lang LaSalle in April 2026 to market the Equity Interests in a UCC Article 9 sale process.

18. The Debtor has proposed to engage CB Richard Ellis as broker ("CBRE"), including, without limitation, with respect to YSA's asserted interest in the 727 Lofts Property.

19. The parties have agreed, subject to Court approval, to run a marketing and sale process for the 727 Lofts Property.

20. ACRE has further agreed to submit a floor credit bid capped at $17.8 million for the 727 Lofts Property.

21. The Trustee and YSA have both agreed to seek expedited approval of a global settlement agreement and related sale matters pursuant to Section 363 of the Bankruptcy Code, Bankruptcy Rule 9019, and the Local Rules.

22. In light of the necessity for immediate hearing, the Debtor requests that pursuant to Bankruptcy Rule 9006 and Local Rule 9006-1, the time for response to the Motions be shortened to no later than Friday, October 2, 2026, at 5:00AM prevailing Central Time and set an expedited hearing on the Motions on Thursday, October 8, 2026, at 10:00AM prevailing Central Time, before the Honorable Judge Sarah Hall, U.S. Bankruptcy Court Western District of Oklahoma, to be conducted by Microsoft Teams.

WHEREFORE, for the reasons set forth above, the Debtor requests an Order of the Court providing (1) the Motions are set for hearing on Thursday, October 8, 2026, at 10:00AM prevailing

Central Time, before the Honorable Judge Sarah Hall, U.S. Bankruptcy Court Western District of Oklahoma, to be conducted by Microsoft Teams, (2) Responses and Objections to the Motions shall be filed no later than Friday, October 2, 2026, at 5:00AM prevailing Central Time, and (3) all other relief this Court deems equitable and proper. A proposed order granting this Application is attached hereto as **Exhibit 1**.

Respectfully submitted,

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER GRANTING APPLICATION FOR ENTRY OF AN ORDER SHORTENING TIME FOR OBJECTION DEADLINE AND FOR EXPEDITED HEARING OF (A) DEBTOR'S EXPEDITED MOTION FOR ENTRY OF ORDER (I) APPROVING BID PROCEDURES IN CONNECTION WITH THE SALE OF THE DEBTOR'S INTERESTS IN THE 727 LOFTS PROPERTY; (II) AUTHORIZING AND APPROVING THE SALE OF DEBTOR'S INTERESTS IN THE 727 LOFTS PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (III) GRANTING RELATED RELIEF, (B) DEBTOR'S EXPEDITED MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT BETWEEN THE DEBTOR AND ACRE Q018 RETENTION HOLDER, AND (C) DEBTOR'S APPLICATION TO EMPLOY CBRE, INC. AS BROKER, EFFECTIVE AS OF SEPTEMBER 18, 2026**

This matter comes on for consideration based on the *Application For Entry of an Order Shortening Time for Objection Deadline and for Expedited Hearing of (A) Debtor's Expedited*

*Motion for Entry of an Order (I) Approving Bid Procedures in Connection with the Sale of the Debtor's Interests in the 727 Lofts Property, (II) Authorizing and Approving the Sale of Debtor's Property Free and Clear of Liens, Claims and Encumbrances and (III) Granting Related Relief, (B) Debtor's Expedited Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement between the Debtor and ACRE Q018 Retention Holder LLC, and (C) Debtor's Application to Employ CBRE, Inc. as Broker, Effective as of September 18, 2026* (the "Application") filed by Debtor, YSA Investments 1, LLC (the "Debtor").[1] The Court has jurisdiction to consider the Application, has considered the evidence and arguments regarding the Application, and finds that the relief requested in the Application is necessary and in the best interests of the estate.

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED to the extent set forth herein.

2. *Debtor's Expedited Motion for Entry of an Order (I) Approving Bid Procedures in Connection with the Sale of the Debtor's Interests in the 727 Lofts Property, (II) Authorizing and Approving the Sale of Debtor's Property Free and Clear of Liens, Claims and Encumbrances and (III) Granting Related, Debtor's Expedited Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement between the Debtor and ACRE Q018 Retention Holder LLC, and Debtor's Application to Employ CBRE, Inc. as Broker, Effective as of September 18, 2026* (collectively, the "Motions") are hereby set for hearing on Thursday, October 8, 2026, at 10:00AM prevailing Central Time, before the Honorable Judge Sarah Hall, U.S. Bankruptcy Court Western District of Oklahoma, to be conducted by Microsoft Teams.

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3. Responses and Objections to the Motions shall be filed no later than Friday, October 2, 2026, at 5:00AM prevailing Central Time.

4. The terms and conditions of this Order are immediately effective and enforceable upon entry.

5. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

6. The Movant shall notify all interested parties of this Order.

7. All findings of fact are based upon representation of Debtor's Counsel.

# # #

APPROVED:

*/s/ Jason A. Sansone*
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**