IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
(OKLAHOMA CITY)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| YSA INVESTMENTS 1, LLC, | § | CASE NO. 26-12806-sah |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Toval Ventures, LLC (hereinafter "Movant"), files this Notice of Appearance and Request for Notices and Service of Papers and enters this appearance as creditor and party in interest in the above-entitled and numbered bankruptcy, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Jessica N. Alt
PADFIELD & STOUT, L.L.P.
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
817.338.1616 Telephone
817.338.1610 Facsimile

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified, but all of the notices and papers, including, without limitation, but not limited to: notices of any Application, Motion, Petition, Pleading, Request, Complaint, or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) the Debtor; (b) property which the Debtor may claim in interest; (c) the Debtor's property; and (d) property in the

possession, custody, or control of Debtor; or (2) which seek to require any act, payment, or other conduct by Movant or which provide or are required to provide Movant an opportunity to act.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Respectfully Submitted,

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

/s/ *Jessica N. Alt*
Matthew B. Fronda
Oklahoma Federal I.D. #34996
mfronda@padfieldstout.com
Jessica N. Alt
Oklahoma Federal I.D. #25-150
jalt@padfieldstout.com

*Attorneys for Movant*

## CERTIFICATE OF SERVICE

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Friday, September 18, 2026; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **YSA Investments 1, LLC**<br>848 Brickell Avenue, Suite PH5<br>Miami, Florida 33131<br><br>*Debtor* | **Steven D. Adler**<br>**Ericka Fredricks Johnson**<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br><br>*Attorney for Debtor* |
| **Carlee M. Apel**<br>Fellers Snider<br>100 N. Broadway Ave., Suite 1700<br>Oklahoma City, Oklahoma 73102<br><br>*Attorney for Debtor* | **Daniel N. Brogan**<br>Bayard P.A.<br>600 N. Market Street, Suite 400<br>Wilmington, Delaware 19801<br><br>*Attorney for Debtor* |
| **Nicholas Candido**<br>**Clayton D Ketter**<br>**Jason A Sansone**<br>Phillips Murrah P.C.<br>424 N.W. 10th St., Suite 300<br>Oklahoma City, Oklahoma 73103<br><br>*Attorney for Debtor* | **Joel E. Tasca**<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Dr., Suite 600<br>Las Vegas, Nevada 89135<br><br>*Attorney for Debtor* |
| **United States Trustee**<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102<br><br>*U.S. Trustee* | **Marjorie J. Creasey**<br>**Jeffrey E. Tate**<br>DOJ-Ust<br>215 Dean A. McGee, Room 408<br>Oklahoma City, OK 73102<br><br>*Attorney for U.S. Trustee* |

/s/ *Jessica N. Alt*
Jessica N. Alt