**Dated: September 18, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER GRANTING APPLICATION FOR ENTRY OF AN ORDER SHORTENING TIME FOR OBJECTION DEADLINE AND FOR EXPEDITED HEARING OF (A) DEBTOR'S EXPEDITED MOTION FOR ENTRY OF ORDER (I) APPROVING BID PROCEDURES IN CONNECTION WITH THE SALE OF THE DEBTOR'S INTERESTS IN THE 727 LOFTS PROPERTY; (II) AUTHORIZING AND APPROVING THE SALE OF DEBTOR'S INTERESTS IN THE 727 LOFTS PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (III) GRANTING RELATED RELIEF, AND (B) DEBTOR'S EXPEDITED MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT BETWEEN THE DEBTOR AND ACRE Q018 RETENTION HOLDER**

This matter comes on for consideration based on the *Application For Entry of an Order Shortening Time for Objection Deadline and for Expedited Hearing of (A) Debtor's Expedited Motion for Entry of an Order (I) Approving Bid Procedures in Connection with the Sale of the*

*Debtor's Interests in the 727 Lofts Property, (II) Authorizing and Approving the Sale of Debtor's Property Free and Clear of Liens, Claims and Encumbrances and (III) Granting Related Relief, (B) Debtor's Expedited Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement between the Debtor and ACRE Q018 Retention Holder LLC, and (C) Debtor's Application to Employ CBRE, Inc. as Broker, Effective as of September 18, 2026* [Doc. 370] (the "Application") filed by Debtor, YSA Investments 1, LLC (the "Debtor").[1] The Court has jurisdiction to consider the Application, has considered the evidence and arguments regarding the Application, and finds that the relief requested in the Application is necessary and in the best interests of the estate.

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED to the extent set forth herein.

2. *Debtor's Expedited Motion for Entry of an Order (I) Approving Bid Procedures in Connection with the Sale of the Debtor's Interests in the 727 Lofts Property, (II) Authorizing and Approving the Sale of Debtor's Property Free and Clear of Liens, Claims and Encumbrances and (III) Granting* Related, and *Debtor's Expedited Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement between the Debtor and ACRE Q018 Retention Holder LLC* (collectively, the "Motions") are hereby set for hearing on Thursday, October 8, 2026, at 10:00AM prevailing Central Time, before the Honorable Judge Sarah Hall, U.S. Bankruptcy Court Western District of Oklahoma, to be conducted by Microsoft Teams.[2]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

[2] For the avoidance of doubt, relief is not granted with respect to any other application or order, notwithstanding any relief requested in the Application.

3. Responses and Objections to the Motions shall be filed no later than Friday, October 2, 2026.

4. The terms and conditions of this Order are immediately effective and enforceable upon entry.

5. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

6. The Movant shall notify all interested parties of this Order.

7. All findings of fact are based upon representation of Debtor's Counsel.

# # #

APPROVED:

*/s/ Jason A. Sansone*
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**