**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**JOINT MOTION OF DEBTOR AND SILVER HILL CAPITAL, LLC FOR ENTRY OF AN ORDER APPROVING STIPULATION AND GRANTING RELIEF FROM THE AUTOMATIC STAY TO SILVER HILL CAPITAL, LLC, AND NOTICE OF OPPORTUNITY FOR HEARING**

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this Document carefully and consult your attorney about your rights and the effect of this Document.** If you do not want the Court to grant the motion, or you wish to have your views considered, you must file a written response to the motion with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of the motion. You should also serve a file-stamped copy of the response to the undersigned [and others who are required to be served] and file a certificate or affidavit of service with the Court.

**[Note – this is a flat fourteen (14) days regardless of the manner of service.]**

YSA Investments 1, LLC (the "Debtor") and Silver Hill Capital, LLC ("Silver Hill," and together with the Debtor, the "Movants") hereby file this joint motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit 1** (the "Proposed Order"), approving the stipulation (the "Stipulation") by and between the Debtor and Silver Hill and modifying the automatic stay pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), to allow Silver Hill to exercise its rights and remedies in, to, and against the Properties.[1] In support of this Motion, the Movants respectfully state as follows:

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Stipulation and Silver Hill's prior filings.

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The statutory predicates for the relief requested are Bankruptcy Code sections 362 and 554, Rules 4001 and 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-1 of the Local Rules of the United States Bankruptcy Court for the Western District of Oklahoma (the "Local Rules").

## BACKGROUND

4. On July 28, 2026 (the "Petition Date"), the Debtor filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware pursuant to Chapter 11 of the Bankruptcy Code.

5. On August 14, 2026, this case was transferred to this Court.

6. Pursuant to Bankruptcy Code sections 1107 and 1108, the Debtor has retained possession of its assets as a debtor in possession and is continuing to operate its business.

7. No trustee, examiner, or committee has been appointed in this Chapter 11 case.

8. Silver Hill asserts a valid, properly filed and perfected senior, secured lien in and to the Properties.

9. YSA alleges an ownership interest in the Properties, which is disputed by Silver Hill.

## RELIEF REQUESTED

10. The Movants submit that approving the Stipulation and permitting Silver Hill to pursue its rights and remedies at law and under the loan documents against the Properties is in the best interests of the Debtor, its estate, creditors, and other stakeholders.

11. The Movants therefore respectfully request that the Court enter the Proposed Order.

## BASIS FOR RELIEF

### A. The Automatic Stay Should Be Lifted

12. Bankruptcy Code section 362(d)(1) provides that "[o]n request of a party in interest and after notice and a hearing, the court shall grant relief from the stay … for cause, including the lack of adequate protection of an interest in property of such party in interest." 11 U.S.C. § 362(d)(1). "Cause" is a flexible concept evaluated under the totality of the circumstances, and relief is warranted where the balance of hardships supports permitting a secured creditor to proceed with state-law foreclosure remedies.

13. Here, cause exists to modify the automatic stay. Silver Hill holds a first-priority lien on and security interest in the Properties, the obligations owed to Silver Hill secured by said liens and security interests are in default, and the Debtor has agreed through the Stipulation that Silver Hill should be permitted to proceed with all rights and remedies at law and under Silver Hill's loan documents.

14. Additional cause exists because Silver Hill's asserted secured debt exceeds the asserted value of the Properties, and continued delay would risk further diminution in value and prejudice to Silver Hill and other stakeholders.

15. Bankruptcy Rule 4001(a)(4) provides that an order granting relief from the automatic stay is stayed until the expiration of fourteen (14) days after entry of the order unless the Court orders otherwise. Consistent with the Stipulation, cause exists for the Court to order

otherwise because the requested relief is consensual and the apparent lack of an equity cushion in the Properties.

**CONCLUSION**

WHEREFORE, the Movants respectfully request that the Court enter the Proposed Order approving the Stipulation, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**FBT GIBBONS LLP**

/s/*Mark A. Platt*
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather P. McMutry (admitted *pro hac vice*)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Tel: (615) 251-5590
Fax: (615) 251-5551
Email: hmcmutry@fbtlaw.com

-and-

Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

***Counsel for Silver Hill Capital, LLC***

**PHILLIPS MURRAH P.C.**

/s/ Jason A. Sansone
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 –facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com

***Proposed counsel for YSA Investments 1, LLC***

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12806-SAH |

**STIPULATION AND AGREED ORDER BY AND AMONG SILVER HILL CAPITAL, LLC AND YSA INVESTMENTS 1, LLC GRANTING RELIEF FROM THE AUTOMATIC STAY TO SILVER HILL CAPITAL, LLC**

This Stipulation and Agreed Order ("**Stipulation and Agreed Order**") is made and entered into by and between Silver Hill Capital, LLC ("**Silver Hill**"), and YSA Investments 1, LLC ("**YSA**" and together with Silver Hill, the "**Parties**"). The Parties hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, Silver Hill is the holder and assignee of certain loan agreements, notes, first-priority mortgages, and other related documents and agreements and asserts a valid, properly filed and perfected senior, secured lien over four multifamily apartment complexes in Oklahoma County, Oklahoma: (a) Bryan Hill Apartments, (b) Summer Oaks Apartments, (c) Springdale Village Apartments, and (d) Tuscany Village Apartments (the "**Properties**")

WHEREAS, YSA alleges an ownership interest in the Properties, which is disputed by Silver Hill.

WHEREAS, on August 20, 2026, CREO QRS NP LLC and CREO QRS VC LLC (collectively, "**CREO**") filed the *Emergency Motion of CREO QRS VC LLC and CREO QRS NP LLC to Appoint a Chapter 11 Trustee, or Alternatively, to Dismiss the Chapter 11 Case of YSA Investments 1, LLC Combined With Notice of Opportunity for Hearing, Notice of Hearing, and Brief in Support* [Docket No. 172] (the "**Trustee Motion**").

WHEREAS, on September 2, 2026, Silver Hill filed the *Motion of Silver Hill Capital, LLC for Relief from the Automatic Stay Combined with Notice of Opportunity for Hearing and Brief in Support* [Docket No. 305] (the "**Stay Relief Motion**").

WHEREAS, on September 4, 2026, CREO and Silver Hill served certain discovery requests on YSA in connection with the Trustee Motion (the "**Discovery Requests**").

WHEREAS, on September 10, 2026, CREO and Silver Hill filed the *Application to Shorten Notice with Respect to First Request for Production of Documents to the Debtor* [Docket No. 339].

WHEREAS, on September 11, 2026, the Court entered the *Order Granting Application to Shorten Notice with Respect to First Request for Production of Documents to the Debtor* [Docket No. 348].

WHEREAS, on September 16, 2026, Silver Hill filed the *Joinder of Silver Hill Capital, LLC to the Emergency Motion of CREO QRS VC LLC and CREO QRS NP LLC to Appoint a Chapter 11 Trustee, or Alternatively, to Dismiss the Chapter 11 Case of YSA Investments 1, LLC, Combined with Notice of Opportunity for Hearing, Notice of Hearing, and Brief in Support* [Docket No. 361] (the "**Joinder**").

WHEREAS, the Parties have conferred and desire to enter into this Stipulation and Agreed Order (a) granting Silver Hill relief from the automatic stay with respect to the Properties, and (b) withdrawing the Joinder and Discovery Requests.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED:**

1. The Stay Relief Motion is GRANTED.

2. Silver Hill is granted relief from the automatic stay to exercise all of its rights and remedies under the Loan Documents (as such term is defined in the Stay Relief Motion) and applicable law with respect to the Properties, including proceeding with its pending judicial foreclosure action.

3. All issues with respect to the amount of, basis for, validity, priority (except with respect to Silver Hill), enforceability, or perfection of any interest in, lien on, security interest in, or other encumbrance claimed by YSA in the Properties or any proceeds from the sale of the Properties are preserved.

4. Effective immediately upon entry of an order approving this Stipulation and Agreed Order, YSA shall not object to, delay, impede, or take any other action to interfere with the foreclosure of, nor the appointment of a receiver over, the Properties.

5. Upon Silver Hill's receipt of this Stipulation and Agreed Order executed by YSA Investments 1, LLC, Silver Hill agrees to withdraw the Joinder and the Discovery Requests without prejudice. In the event this Stipulation and Agreed Order is not entered by the Court, despite reasonable best efforts by the Parties, Silver Hill may reassert the Joinder and the Discovery Requests. Effective immediately upon entry of an order approving this Stipulation and Agreed Order, Silver Hill shall withdraw and not reassert, as the case may be, the Joinder and the Discovery Requests.

6. The fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Stipulation and Agreed Order.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

8. Silver Hill shall notify all interested parties of this Order.

9. All findings of fact are based upon representation of Silver Hill's Counsel.

*[signature page follows]*

**STIPULATED AND AGREED TO THIS 18TH DAY OF SEPTEMBER 2026.**

**PHILLIPS MURRAH P.C.**

/s/ Jason A. Sansone
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com

*Proposed counsel for YSA Investments 1, LLC*

**YSA Investments 1, LLC**

By: Aharon Diveroli, Manager
Dated: ___09/18/2026___________

**FBT GIBBONS LLP**

/s/*Mark A. Platt*
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather P. McMutry (admitted *pro hac vice*)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Tel: (615) 251-5590
Fax: (615) 251-5551
Email: hmcmutry@fbtlaw.com

-and-

Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

*Counsel for Silver Hill Capital, LLC*