**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**SUBMISSION OF AMENDED SCHEDULES,**
**STATEMENT OF FINANCIAL AFFAIRS, AND LIST OF CREDITORS**

YSA Investments 1, LLC, submits the following amendments:

- Schedule E/F: Creditors Who Have Unsecured Claims – This amendment includes only four entities, and is amended to include "basis for the claim."
- Declaration Under Penalty of Perjury for Non-Individual Debtors
- Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy – This amendment corrects questions 3.7, 3.12, 4, and 11.
- Matrix with Verification – This list of creditors is amended to identify three additional "notice only" addresses.

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

**CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of September, 2026, true and correct copies of the above and foregoing were mailed by first class mail, postage prepaid, to the following:

Empire Protection Services LLC
14083 SH 51
Coweta OK 74429

Rasa Floors and Carpet Cleaning LLC
Reynolds Ridings Vogt and Robertson PLLC
101 Park Avenue Suite 1010
Oklahoma City OK 73102

Rasa Floors and Carpet Cleaning LLC
PO Box 110067
Carrollton TX 75011

Dechert LLP
2929 Arch Street
Philadelphia, PA 19104

GableGotwals
BOK Park Plaza, Suite 2200
499 West Sheridan Avenue
Oklahoma City, OK 73102

Greenberg Traurig, LLP
One Vanderbilt Avenue, Suite 400
New York, NY 10017

Hofland Lollman PLLC
401 South Boston Ave., Suite 500
Tulsa, OK 74103

*/s/ Jason A. Sansone*
Jason A. Sansone, OBA No. 30913

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*........ | $ | **764,689,338.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*........ | $ | **932,154,703.19** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*........ | $ | **1,696,844,041.19** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*........ | $ | **563,812,073.42** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*........ | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ | +$ | **867,304.08** |
| 4. **Total liabilities** ........ Lines 2 + 3a + 3b | $ | **564,679,377.50** |

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

■ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**Dechert LLP**
**2929 Arch Street**
**Philadelphia, PA 19104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal fees incurred July 26, 2026
Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**GableGotwals**
**BOK Park Plaza 499 W. Sheridan Ave.**
**Suite 2200**
**Oklahoma City, OK 73102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$197,304.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal fees incurred October 25 - June 26, 2026
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**Greenberg Traurig, LLP**
**One Vanderbilt Avenue Suite 400**
**New York, NY 10017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$550,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal fees incurred October 25 - June 26, 2026
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**Hofland Lollman PLLC**
**401 S. Boston Avenue Suite 500**
**Tulsa, OK 74103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal fees incurred April 26 - June 26, 2026
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor **YSA Investments 1, LLC** Case number (if known) **26-12806 (SAH)**
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. | + | $ 867,304.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 867,304.08 |

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* **F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/18/2026

*X* [signature]
Signature of individual signing on behalf of debtor

**Aharon Diveroli**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **YSA Investments 1, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) **26-12806 (SAH)**

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

■ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|
| 3.1. **Merchant Bank** | **5/4/26** | **$42.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.2. **Gateway Services** | **5/5/26** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.3. **Prevail Trial Consultants, LLC** | **5/12/26** | **$6,059.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. **Merchant Bank** | **6/3/26** | **$42.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.5. **Gateway Services** | **6/4/26** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. **Hofland Lollman PLLC** | **6/22/26** | **$12,300.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. **GableGotwals** | **6/22/26** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.8. **KLD Discovery Ontrack, LLC** | **6/23/26** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.9. **Greenberg Traurig** | **6/30/26** | **$250,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10. **Merchant Bank** | **7/3/26** | **$42.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.11. **Gateway Services** | **7/7/26** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.12. **Weir LLP** | **7/10/26 - Attorney Trust Account** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13. **GableGotwals** | **7/10/26** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14. **Hofland Lollman PLLC** | **7/14/26** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.15. **McNamee Hosea** | **7/21/26** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |
| 3.16. **Hofland Lollman PLLC** | **7/21/26** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.17. **Jonathan Berney** | **7/21/26** | **$6,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Kingbird Ventures LLC**<br><br>**Affiliate of the Debtor** | **6/6/2025** | **$300,000.00** | **Loan repayment** |
| 4.2. | **VD Acquisitions**<br><br>**Affiliate of insider lender Kingbird Ventures LLC** | **3/20/2025** | **$28,830.00** | **Loan repayment** |
| 4.3. | **Kingbird Ventures LLC**<br><br>**Affiliate of the Debtor** | **10/21/2025** | **$9,756,747.76** | **Loan repayment** |
| 4.4. | **SEM I** | **4/28/2025** | **$260,000.00** | **Loan repayment - paid at direction of Kingbird for Kingbird's account** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jenk's Best Living v. Marc Kulick; Vesta Realty, LLC; Vesta Capital, LLC; YSA Investments 1, LLC; Bocaire Tulsa Lender, LLC**<br>**Adv. Pro. No. 26-00176 (MMH)** | | **U.S. Bankruptcy Court for District of MD** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **FNMA v. Barcelona Best Living, LLC**<br>**CJ-2026-1187** | **Foreclosure** | **Tulsa County District Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **FNMA v. Villas at Midtown Best Living, LLC**<br>**CJ-2026-1188** | **Foreclosure** | **Tulsa County District Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **FNMA v. Bartlesville Best Living, LLC**<br>**CJ-2026-00088** | **Foreclosure** | **Washington County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **FNMA v. Copperfield Apartments Limited**<br>**CJ-2026-1970** | **Foreclosure** | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **FNMA v. One Eton TIC 1, LLC**<br>**CJ-2026-1215** | **Foreclosure** | **Tulsa County District Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **FNMA v. Trdwind Capitol, LLC**<br>**CJ-2026-1968** | **Foreclosure** | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **FNMA v. B&J Woodscape/Oklahoma City, LLC**<br>**CJ-2026-1969** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **FNMA v. Remington Ranch's Best Living, LLC**<br>**CJ-2026-77** | **Foreclosure** | **Payne County Disitrict Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **ACRE Q018 Retention Holder, LLC v. 727 Lofts Best Living, LLC**<br>**CJ-2026-2188** | | **Tulsa County District Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **FNMA v. Kullick, Upperman Mondry, Moore & Vesta Realty, LLC**<br>**5:26-cv-01400-HE** | | **U.S. District Ct., W. Distr. of Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Upperman, Illini Holdings, Thrive Real Estate, Wildwood Assets, TU Properties, Oak Street Capital & 12 Oak Lending v. Kulick, Vesta Realty, Vesta Holdings, Louis Investments & Asset Holder**<br>**4:26-cv-00383-SH** | **Intervenor** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.13. | **Louis Investments, LLC and 34 title-owner plaintiffs v. YSA Investments 1, LLC<br>Adv. No. 26-03074-sgj** | | **U.S. Bankruptcy Court, N.D. TX (Dallas)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **CREO QRS NP LLC v. Lofts at North Penn Best Living, LLC<br>CJ-2025-7426** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **CREO QRS VC LLC v. A-V Village Creek Owner LLC<br>CJ-2025-4684** | | **Tulsa County District Court, Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Ready Capital Mortgage Financing 2023-FL12, LLC v. Drexel Flats Acquisition LLC<br>CJ-2026-1275** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Saperean Capital IV TB Note Lender KD4, LLC v. Woodland Oaks Best Living, LLC<br>CJ-2025-8499** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Saperean Capital IV TV Note Lender KD4, LLC v. Fairfax Best Living, LLC<br>CJ-2025-8499** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Term Fund III MRA Seller LLC v. A-V Classen Owner LLC, et al.<br>CJ-2026-4901** | | **Oklahoma County D.C., Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Canopy Apartments foreclosure (Little Rock, Arkansas)<br>60CV-26-3320** | | **Daniel A. Gonzalez<br>11966 Reedy Creek Dr<br>Apt 101<br>Orlando, FL 32836** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **City of Tulsa code enforcement actions** | | **City of Tulas (municipal/administrative)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Fairfax Best Living, LLC Debtor<br>26-11985** | | **Bankruptcy Court W.D. Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Woodland Oaks Best Living, LLC Debtor<br>26-11986** | | **Bankruptcy Court W.D. Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Woodland Oaks Investors, LLC Debtor<br>26-11987** | | **Bankruptcy Court W.D. Oklahoma** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.25. | **727 Lofts Best Living, LLC Debtor<br>26-32779-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | **727 Lofts Holdings, LLC Debtor<br>26-32780-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | **Remington Ranch's Best Living, LLC Debtor<br>26-32804-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | **Lofts at North Penn Best Living, LLC Debtor<br>26-32920-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | **A-V Village Creek Owner, LLC Debtor<br>26-32922-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | **Barcelona Best Living, LLC Debtor<br>26-33093-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | **Louis Investments, LLC Debtor<br>26-33110-sgi** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | **Woodland Manor Best Living, LLC Debtor<br>26-33167-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | **Woodland Manor TIC 1, LLC Debtor<br>26-33168-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. | **Ridge Best Living, LLC Debtor<br>26-33177-sgj** | | **Bankruptcy Court N.D. Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | **PSC Thrive, LLC Debtor<br>26-17757 (MMH)** | | **Bankruptcy Court District of Maryland** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. | **Jenk's Best Living, LLC Debtor<br>26-17758 (MMH)** | | **Bankruptcy Court District of Maryland** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Daniel J. Sherman**<br>**Sherman & Yaquinto, L.L.P.**<br>**509 N. Montclair Avenue**<br>**Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding 727 Lofts Best Living, LLC property.**<br>Case title: **In re 727 Lofts Best Living, LLC**<br>Case number: **26-32779**<br>Date of order or assignment: **07/28/2026** | **$0.00**<br>Court name and address: **Bankr. N.D. Tex.**<br>**Earle Cabell Federal Building**<br>**1100 Commerce St., Rm. 1254**<br>**Dallas, TX 75242** |
| **Daniel J. Sherman**<br>**Sherman & Yaquinto, L.L.P.**<br>**509 N. Montclair Avenue**<br>**Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding 727 Lofts Holdings, LLC property.**<br>Case title: **In re 727 Lofts Holdings, LLC**<br>Case number: **26-32780**<br>Date of order or assignment: **07/28/2026** | **$0.00**<br>Court name and address: **Bankr. N.D. Tex.**<br>**Earle Cabell Federal Building**<br>**1100 Commerce St., R.m. 1254**<br>**Dallas, TX 75242** |
| **Daniel J. Sherman**<br>**Sherman & Yaquinto, L.L.P.**<br>**509 N. Montclair Avenue**<br>**Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding Lofts at North Penn Best Living, LLC property.**<br>Case title: **Lofts at North Penn Best Living, LLC**<br>Case number: **26-32920**<br>Date of order or assignment: **07/28/2026** | **$0.00**<br>Court name and address: **Bankr. N.D. Tex.**<br>**Earle Cabell Federal Building**<br>**1100 Commerce St., Rm. 1254**<br>**Dallas, TX 75242** |
| **Daniel J. Sherman**<br>**Sherman & Yaquinto, L.L.P.**<br>**509 N. Montclair Avenue**<br>**Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding A-V Village Creek Owner, LLC property.**<br>Case title: **In re A-V Village Creek Owner, LLC**<br>Case number: **26-32922**<br>Date of order or assignment: **07/28/2026** | **$0.00**<br>Court name and address: **Bankr. N.D. Tex.**<br>**Earle Cabell Federal Building**<br>**1100 Commerce St., Rm. 1254**<br>**Dallas, TX 75242** |
| **Daniel J. Sherman**<br>**Sherman & Yaquinto, L.L.P.**<br>**509 N. Montclair Avenue**<br>**Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding Remington Ranch's Best Living, LLC property.**<br>Case title: **In re Remington Ranch's Best Living, LLC**<br>Case number: **26-32804**<br>Date of order or assignment: **07/28/2026** | **$0.00**<br>Court name and address: **Bankr. N.D. Tex.**<br>**Earle Cabell Federal Building**<br>**1100 Commerce St., Rm. 1254**<br>**Dallas, TX 75242** |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Daniel J. Sherman<br>Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding Barcelona Best Living, LLC property.** | **$0.00** |
| | Case title: **In re Barcelona Best Living, LLC**<br>Case number: **26-33093**<br>Date of order or assignment: **07/28/2026** | Court name and address: **Bankr. N.D. Tex<br>Earle Cabell Federal Building<br>1100 Commerce St., Rm. 1254<br>Dallas, TX 75242** |
| **Daniel J. Sherman<br>Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding Louis Investments, LLC property.** | **$0.00** |
| | Case title: **In re Louis Investments, LLC**<br>Case number: **26-33110**<br>Date of order or assignment: **07/28/2026** | Court name and address: **Bankr. N.D. Tex.<br>Earle Cabell Federal Building<br>1100 Commerce St., Rm. 1254<br>Dallas, TX 75242** |
| **Daniel J. Sherman<br>Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding Woodland Manor Best Living, LLC property.** | **$0.00** |
| | Case title: **In re Woodland Manor Best Living, LLC**<br>Case number: **26-33167**<br>Date of order or assignment: **07/28/2026** | Court name and address: **Bankr. N.D. Tex<br>Earle Cabell Federal Building<br>1100 Commerce St., Rm. 1254<br>Dallas, TX 75242** |
| **Daniel J. Sherman<br>Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding Woodland Manor TIC 1, LLC property.** | **$0.00** |
| | Case title: **In re Woodland Manor TIC 1, LLC**<br>Case number: **26-33168**<br>Date of order or assignment: **07/28/2026** | Court name and address: **Bankr. N.D. Tex<br>Earle Cabell Federal Building<br>1100 Commerce St., Rm. 1254<br>Dallas, TX 75242** |
| **Daniel J. Sherman<br>Sherman & Yaquinto, L.L.P.<br>509 N. Montclair Avenue<br>Dallas, TX 75208** | **Chapter 11 Trustee appointed in bankruptcy case regarding Ridge Best Living, LLC property.** | **$0.00** |
| | Case title: **In re Ridge Best Living, LLC**<br>Case number: **26-33177**<br>Date of order or assignment: **07/28/2026** | Court name and address: **Bankr. N.D. Tex<br>Earle Cabell Federal Building<br>1100 Commerce St., Rm. 1254<br>Dallas, TX 75242** |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Scott Shefman**<br>**Friedman Real Estate Management**<br>**34975 West Twelve Mile Rd**<br>**Farmington, MI 48331** | **Appointment of receiver over the Fairfax (7801 NE 10th Street, Midwest City, Oklahoma) and Woodland Oaks (7142 South 92nd East Avenue, Tulsa, Oklahoma 74133) properties.** | **$0.00** |
| | **Case title**<br>**Term Fund B IV MRA Seller LLC v.**<br>**Case number**<br>**CJ-2026-3185**<br>**Date of order or assignment**<br>**07/14/2026** | **Court name and address**<br>**District Court for Tulsa County Oklahoma**<br>**500 S Denver**<br>**Tulsa, OK 74103** |

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bayard, P.A.**<br>**600 N. King Street**<br>**Suite 400**<br>**Wilmington, DE 19801** | | **07/28/2026** | **$50,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Phillips Murrah P.C.**<br>**424 NW 10th Street, Suite 300**<br>**Oklahoma City, OK 73103** | | **9/10-11/2026** | **$250,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**
**Interchange Claims Group LLC**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Jeremy Bernstein, CPA<br>Imber and Company, P.A.<br>6100 Hollywood Blvd<br>Suite 515<br>Hollywood, FL 33024** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Jeremy Bernstein, CPA<br>Imber and Company, P.A.<br>6100 Hollywood Blvd<br>Suite 515<br>Hollywood, FL 33024** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jeremy Bernstein, CPA**<br>**Imber and Company, P.A.**<br>**6100 Hollywood Blvd**<br>**Suite 515**<br>**Hollywood, FL 33024** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aharon Diveroli** | **848 Brickell Avenue**<br>**Suite PH5**<br>**Miami, FL 33131** | **Manager** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Interchange Claims Group LLC** | **1826 Ponce de Leon Blvd**<br>**Miami, FL 33134** | **Sole Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Interchange Claims Group LLC** | **EIN:** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **YSA Investments 1, LLC** Case number *(if known)* **26-12806 (SAH)**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/18/2026

Signature of individual signing on behalf of the debtor

**Aharon Diveroli**
Printed name

Position or relationship to debtor **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Oklahoma

In re **YSA Investments 1, LLC** Debtor(s)

Case No. **26-12806 (SAH)**
Chapter **11**

## VERIFICATION OF LIST OF CREDITORS - AMENDED

☐ Original
■ Amendment
☐ Add ☐ Delete

The above-named debtor hereby verifies that the **attached List of Creditors** is true and correct to the best of his/her/their knowledge. If this is an amendment to the Verification of List of Creditors, the **attached List of Creditors** contains only the newly added, modified, or deleted creditors.

The List of Creditors was electronically uploaded to the Court by the following method:

■ Electronic Case Filing (ECF) system; or
☐ Electronic Self-Representation (eSR) system (list of creditors attached to petition);or
☐ Creditor Matrix application *(to be used by pro se filers only – available on the Court's website www.okwb.uscourts.gov or in the Clerk's Office)*.

Date: 09/18/2026

[signature]
Debtor's Signature
Printed Name: **Aharon Diveroli**

Joint Debtor's Signature
Printed Name:

☐ Pro se Debtor - *you must fill out address on 2nd page*
■ Represented by Counsel - *you must fill out address on 2nd page*



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Pro se Debtor Signature block | Attorney Signature block |
|---|---|
| Debtor(s) Address | **Jason A. Sansone**<br>**Phillips Murrah P.C.**<br>**424 NW 10th Street, Suite 300**<br>**Oklahoma City, OK 73103-0000**<br>**405.235.4100**<br>**405.235.4133**<br>**jasansone@phillipsmurrah.com** |
| City, State, and Zip Code | |
| Telephone Number | |
| Fax Number | |
| Email Address | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Empire Protection Services LLC
14083 SH 51
Coweta OK 74429

Rasa Floors and Carpet Cleaning LLC
Reynolds Ridings Vogt and Robertson PLLC
101 Park Avenue Suite 1010
Oklahoma City OK 73102

Rasa Floors and Carpet Cleaning LLC
PO Box 110067
Carrollton TX 75011