**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| YSA INVESTMENTS 1, LLC, | ) | Case No. **26-12806-SAH** |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that Lysbeth L. George, of Liz George and Associates, PLLC, enters her appearance on behalf of General Holdings, LLC and hereby requests copies of all notices and pleadings filed in the case pursuant to Fed.R.Bankr.P. 9010(b), 2002(a), and (b), and 3017(a) and Local Rule 9010-1 of the United States Bankruptcy Court for the Western District of Oklahoma.

Respectfully submitted,

*s/ Lysbeth L. George*

Lysbeth George, OBA #30562
LIZ GEORGE AND ASSOCIATES, PLLC,
8101 S. Walker, Ste. F
Oklahoma, OK 73139
Telephone: (405) 689-5502
Facsimile: (405) 689-5502
liz@georgelawok.com

ATTORNEY FOR GENERAL HOLDINGS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on the 21st day of September, 2026.

/s/ *Lysbeth L. George*