**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12806-SAH |

**NOTICE OF WITHDRAWAL OF JOINDER OF SILVER HILL CAPITAL, LLC TO THE EMERGENCY MOTION OF CREO QRS VC LLC AND CREO QRS NP LLC TO APPOINT A CHAPTER 11 TRUSTEE, OR ALTERNATIVELY, TO DISMISS THE CHAPTER 11 CASE OF YSA INVESTMENTS 1, LLC COMBINED WITH NOTICE OF OPPORTUNITY FOR HEARING, NOTICE OF HEARING, AND BRIEF IN SUPPORT**

**PLEASE TAKE NOTICE** that on September 16, 2026, Silver Hill Capital, LLC ("**Silver Hill**"), by its undersigned counsel, filed the *Joinder of Silver Hill Capital, LLC to the Emergency Motion of CREO QRS VC LLC and CREO QRS NP LLC to Appoint a Chapter 11 Trustee, or Alternatively, to Dismiss the Chapter 11 Case of YSA Investments 1, LLC Combined With Notice of Opportunity for Hearing, Notice of Hearing, and Brief in Support* [Docket No. 361] (the "**Joinder**").

**PLEASE TAKE FURTHER NOTICE** that Silver Hill hereby withdraws without prejudice the Joinder pursuant to that certain *Stipulation and Agreed Order by and among Silver Hill Capital, LLC and YSA Investments 1, LLC Granting Relief from the Automatic Stay to Silver Hill Capital, LLC* [Docket No. 375, Exhibit 1] filed on September 18, 2026.

*[signature page follows]*

Dated: September 21, 2026

**FBT GIBBONS LLP**

/s/*Mark A. Platt*
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather P. McMutry (admitted *pro hac vice*)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Tel: (615) 251-5590
Fax: (615) 251-5551
Email: hmcmutry@fbtgibbons.com

-and-

Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

*Counsel for Silver Hill Capital, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties receiving electronic notice from the Court's CM/ECF system.

*s/ Mark A. Platt*
Mark A. Platt