**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12806-SAH |

**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION OF CREO QRS VC LLC AND CREO QRS NP LLC TO APPOINT A CHAPTER 11 TRUSTEE, OR ALTERNATIVELY, TO DISMISS THE CHAPTER 11 CASE OF YSA INVESTMENTS 1, LLC COMBINED WITH NOTICE OF OPPORTUNITY FOR HEARING, NOTICE OF HEARING, AND BRIEF IN SUPPORT**

**PLEASE TAKE NOTICE** that on August 20, 2026, CREO QRS VC LLC ("**CREO VC**") and CREO QRS NP LLC ("**CREO NP**" and collectively with CREO VC, "**CREO**"), by its undersigned counsel, filed the *Emergency Motion of CREO QRS VC LLC and CREO QRS NP LLC to Appoint a Chapter 11 Trustee, or Alternatively, to Dismiss the Chapter 11 Case of YSA Investments 1, LLC Combined With Notice of Opportunity for Hearing, Notice of Hearing, and Brief in Support* [Docket No. 172] (the "**Trustee Motion**").

**PLEASE TAKE FURTHER NOTICE** that CREO hereby withdraws without prejudice the Trustee Motion pursuant to that certain *Stipulation and Agreed Order by and among CREO QRS NP LLC, CREO QRS VC LLC, and YSA Investments 1, LLC Granting Relief from the Automatic Stay to CREO QRS NP LLC and CREO QRS VC LLC* [Docket No. 374, Exhibit 1] filed on September 18, 2026.

*[signature page follows]*

Dated: September 21, 2026

**FBT GIBBONS LLP**

/s/*Mark A. Platt*
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather P. McMutry (admitted *pro hac vice*)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Tel: (615) 251-5590
Fax: (615) 251-5551
Email: hmcmutry@fbtgibbons.com

-and-

Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

*Counsel for CREO QRS VC LLC and CREO QRS NP LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties receiving electronic notice from the Court's CM/ECF system.

*s/ Mark A. Platt*
Mark A. Platt