UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor<br><br>vs. Plaintiff(s)<br><br><br><br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-12806-sah |

**REQUEST FOR ADMISSION PRO HAC VICE**

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Kevin D. McCullough

2. State bar membership number: Texas Bar No. 00788005

3. Business address, telephone and fax numbers:
   Rochelle McCullough PLLC
   901 Main Street, Suite 3200
   Dallas, Texas 75202
   Telephone: (214) 953-0182; Fax: (888) 467-5979

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   State of Texas
   U.S. District and Bankruptcy Courts for the Northern, Western, Southern, and Eastern Districts of Texas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this 21st day of September 2026

[signature]
Signature of Applicant

005/rvsd 04-23