# PERSONAL GUARANTEE

In connection with the Payment Agreement executed on this same date, Guarantor, Marc Kulick, executes this Personal Guarantee agreeing to be personally liable and responsible for the full debt as outlined in the Payment Agreement and below.

## 1. PARTIES

- ☐ **Borrower:** Vesta Holdings, LLC, with a mailing address of c/o Vesta Realty, LLC Registered Agent, 6911 S. 66th E. Ave., Suite 100, Tulsa, OK 74133.
- ☐ **Lender:** General Holding, LLC, with a mailing address of 231 Central Avenue, 3rd Fl, White Plains, NY 10606.
- ☐ **Guarantor:** Marc Kulick, with a mailing address of 4920 E. 113th Street Tulsa, OK 74137.

## 2. PERSONAL GUARANTEE

- ☐ **Guarantor's Promise:** In consideration of the Lender providing the loan to the Borrower, the Guarantor hereby personally and unconditionally guarantees the full and complete repayment of **$802,001.81** (which includes original principal, interest and fees up to December 25, 2025, with interest continuing to accrue at $861.48 a day there after).
- ☐ **Unlimited Guarantee:** This is an unlimited personal guarantee, meaning the Guarantor is personally liable for the entire debt. The Guarantor absolutely, unconditionally and irrevocably guarantees as a primary obligor and not merely as a surety, to the Lender the full and prompt payment when due all amount owed by the Borrower to the Lender.
- ☐ **Joint and Several Liability:** The Guarantor shall be jointly and severally liable with the Borrower for the full amount of the indebtedness. This means the Lender can pursue the Guarantor for the full amount of the debt at its discretion.
- ☐ **Waiver of Defenses:** The Guarantor waives any defenses that might otherwise be available to him regarding the debt, including any waiver that would require the Lender to first exhaust its remedies against the Borrower.

## 3. APPLICABLE LAW

- ☐ **Governing Law:** This Guarantee shall be governed by and construed in accordance with the laws of the State of Oklahoma as outlined in Paragraph 6.5 of the original Collateral Pledge and Security Agreement executed on October 29, 2024.

**IN WITNESS WHEREOF,** the parties have executed this Agreement as of the ____ day of November, 2025.

EXHIBIT
D

Signature: *Marc Kulick* ______________________

Name: **MARC KULICK**

Date: ______________________