**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| YSA Investments 1, LLC, | ) | Case No. 26-12806-SAH |
| | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |

**WITHDRAWAL OF MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE**

ACRE Q018 Retention Holder, LLC ("ACRE"), hereby withdraws its Motion for Appointment of Chapter 11 Trustee [Dkt. 168], set for hearing on October 1, 2026, without prejudice to refiling.

*/s/ Stephen J. Moriarty*
Stephen J. Moriarty, OBA No. 6410
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS, P.C.
100 North Broadway Avenue, Suite 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659
E-mail: smoriarty@fellerssnider.com

**ATTORNEYS FOR ACRE Q018 RETENTION HOLDER, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September, 2025, a true and correct copy of this Motion was electronically served using the CM/ECF System.

/s/ Stephen J. Moriarty
Stephen J. Moriarty

968137