N THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
(OKLAHOMA CITY)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| YSA INVESTMENTS 1, LLC, | § | CASE NO. 26-12806-sah |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**RESPONSE TO UNOPPOSED MOTION TO MODIFY AUTOMATIC STAY AND TO ABANDON PROPERTY AS BURDENSOME WITH BRIEF IN SUPPORT THEREOF, NOTICE OF OPPORTUNITY FOR HEARING AND REQUEST FOR WAIVER OF FOURTEEN (14) DAY STAY UNDER BANKRUPTCY RULE 4001(a)(4)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Toval Ventures, LLC and files this its Response to Unopposed Motion to Modify Automatic Stay and To Abandon Property as Burdensome with Brief in Support Thereof, Notice of Opportunity for Hearing and Request for Waiver of Fourteen (14) Day Stay Under Bankruptcy Rule 4001(a)(4) [Doc. # 337] (the "Motion") filed by First United Bank and Trust Co. (hereafter "Bank") and in support thereof would show the Court the following:

## I. RELEVANT FACTS

1. On June 16, 2025, Toval Ventures, LLC ("Toval") and Auerback-Vesta LLC and Putnam Green TIC Interest, LLC (collectively, "Putnam") executed a Loan Agreement (the "Toval Agreement"), whereby Toval loaned $3,375,000.00 to Putnam. A true and correct copy of the Toval Agreement is attached hereto and incorporated herein as Exhibit "A."

2. As consideration for the Toval Agreement, Putnam granted to Toval a security interest in the following properties (collectively, the "Properties"):

> Tract 1:All of Lot One (1 ), in Block Seven (7), and a part of Lot Two (2), in Block Four (4), of KNIGHT LAKE ADDITION, an Addition to the City of Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof, and more particularly described as follows: Beginning at the Southeast corner of Lot One (1), in Block Seven (7), of KNIGHT LAKE ADDITION; thence North 19°15'11" East along the East line of said Lot One (1), in Block Seven (7), a

distance of 286.12 feet to the Northeast corner of Lot One (1), in Block Seven (7), of KNIGHT LAKE ADDITION; thence South 61°13'56" East a distance of 250.65 feet to a point on the East line of said Lot Two (2), in Block Four (4); thence along a curve to the left whose radius is 330.00 feet along the East line of said Lot Two (2), Block Four (4), a distance of 186.49 feet; thence South 45°00'00" West a distance of 35.36 feet; thence along a curve to the right whose radius of 570.00 feet along the South line of said Lot Two (2), Block Four (4), a distance of 248.71 feet, more or less, to the Point of Beginning; together with all improvements, covenants, appurtenances and fixtures that are a part thereof.

Tract 2: Lot Four (4), in Block Three (3), of KNIGHT LAKE ADDITION, an Addition to the City of Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof; together with all improvements, covenants, appurtenances and fixtures that are apart thereof.

3. Toval duly perfected its interest by recording the Mortgage, Assignment of Leases and Rents, and Security Agreement (the "Mortgage") in the Oklahoma County Deed Records on June 18, 2025. A true and correct copy of the Mortgage is attached hereto and incorporated herein as Exhibit "B." The Mortgage was assigned filing number 2025061801088727. Toval believes that there is sufficient equity in the Properties to satisfy the Bank and generate excess proceeds if the Properties are sold.

4. Putnam defaulted under the Toval Agreement prior to February 16, 2026.

## II. RESPONSE

5. Toval does not object to the stay being lifted so that Bank can pursue its state court remedies as they relate to the Properties. However, Toval requests that if the stay lifts for the Bank, that it also lifts for Toval so that Toval may foreclose on its interest or receive funds from any sale of the Properties.

6. Cause exists to lift the stay in regards to the Properties as to Toval under 11 U.S.C. § 362(d)(1) because if the stay is lifted as to the Bank, the Bank's foreclosure could generate excess sales proceeds that Toval would be entitled to. Further, Toval is not receiving any adequate

protection payments and the Properties do not have insurance coverage. Therefore, Toval's interest is not adequately protected.

WHEREFORE, Toval requests that on consideration of this response, the automatic stay also be lifted as to the Properties. Toval further requests such other and further relief as this Court deems just and proper under law and equity to which it shows itself justly entitled.

Respectfully Submitted,

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

/s/ *Jessica N. Alt*
Matthew B. Fronda
Oklahoma Federal I.D. #34996
mfronda@padfieldstout.com
Jessica N. Alt
Oklahoma Federal I.D. #25-150
jalt@padfieldstout.com

*Attorneys for Movant*

## CERTIFICATE OF SERVICE

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Wednesday, September 23, 2026; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **YSA Investments 1, LLC**<br>848 Brickell Avenue, Suite PH5<br>Miami, Florida 33131<br><br>*Debtor* | **Steven D. Adler**<br>**Ericka Fredricks Johnson**<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br><br>*Attorney for Debtor* |
| **Carlee M. Apel**<br>Fellers Snider<br>100 N. Broadway Ave., Suite 1700<br>Oklahoma City, Oklahoma 73102<br><br>*Attorney for Debtor* | **Daniel N. Brogan**<br>Bayard P.A.<br>600 N. Market Street, Suite 400<br>Wilmington, Delaware 19801<br><br>*Attorney for Debtor* |
| **Nicholas Candido**<br>**Clayton D Ketter**<br>**Jason A Sansone**<br>Phillips Murrah P.C.<br>424 N.W. 10th St., Suite 300<br>Oklahoma City, Oklahoma 73103<br><br>*Attorney for Debtor* | **Joel E. Tasca**<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Dr., Suite 600<br>Las Vegas, Nevada 89135<br><br>*Attorney for Debtor* |
| **United States Trustee**<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102<br><br>*U.S. Trustee* | **Marjorie J. Creasey**<br>**Jeffrey E. Tate**<br>DOJ-Ust<br>215 Dean A. McGee, Room 408<br>Oklahoma City, OK 73102<br><br>*Attorney for U.S. Trustee* |

/s/ *Jessica N. Alt*
Jessica N. Alt