N THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
(OKLAHOMA CITY)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| YSA INVESTMENTS 1, LLC, | § | CASE NO. 26-12806-sah |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**RESPONSE TO TERM FUND III MRA SELLER LLC AND TERM FUND B IV MRA SELLER LLC'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING STIPULATION REGARDING OKLAHOMA RECEIVER; (II) GRANTING RELIEF FROM STAY PURSUANT TO BANKRUPTCY CODE SECTION 362(d); (III) EXCUSING COMPLIANCE WITH BANKRUPTCY CODE SECTION 543; AND (IV) GRANTING RELATED RELIEF WITH BRIEF IN SUPPORT AND NOTICE OF OPPORTUNITY FOR HEARING**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Toval Ventures, LLC and files this its Response to Term Fund III MRA Seller LLC And Term Fund B IV MRA Seller LLC's Motion For Entry Of An Order (I) Approving Stipulation Regarding Oklahoma Receiver; (II) Granting Relief From Stay Pursuant To Bankruptcy Code Section 362(d); (III) Excusing Compliance With Bankruptcy Code Section 543; And (IV) Granting Related Relief With Brief In Support And Notice Of Opportunity For Hearing [Doc. # 335] (the "Motion") filed by Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC (collectively, "Term Fund") and in support thereof would show the Court the following:

## I. RELEVANT FACTS

1. On June 16, 2025, Toval Ventures, LLC ("Toval"), on the one hand, and Woodland Manor TIC 1, LLC and Woodland Manor's Best Living, LLC and Ridge Best Living, LLC (collectively, the "Debtors"), on the other, executed a Loan Agreement (the "Loan Agreement"),

whereby Toval loaned $3,375,000.00 to Debtors. A true and correct copy of the Loan Agreement is attached hereto and incorporated herein as Exhibit "A."

2. As security for the Loan Agreement, Debtors granted to Toval a security interest in properties located at 3834 North Oak Grove Drive, Midwest City, Oklahoma 73110 and 8641 E. 61st Street, Tulsa, Oklahoma 74133 (collectively, the "Properties").

3. Toval duly perfected its security interest by recording a Mortgage, Assignment of Leases and Rents, and Security Agreement in the Oklahoma County Deed Records on June 18, 2025. The Mortgage, Assignment of Leases and Rents, and Security Agreement in regards to 3834 North Oak Grove Drive, Midwest City, Oklahoma 73110 was assigned filing number 2025061801088728 (the "Ridge Mortgage"). A true and correct copy of the Ridge Mortgage is attached hereto and incorporated herein as Exhibit "B." A true and correct copy of the Mortgage, Assignment of Leases and Rents, and Security Agreement filed in regards to 8641 E. 61st Street, Tulsa, Oklahoma 74133 is attached hereto and incorporated herein as Exhibit "C." Toval believes the Properties hold sufficient value to satisfy Term Fund and generate excess proceeds to be applied to the amount due under the Loan Agreement.

4. Debtors defaulted under the Loan Agreement prior to February 16, 2026.

## II. RESPONSE

5. Toval does not object to the stay being lifted so Term Fund can pursue its available remedies against Debtors. However, Toval requests that if the stay lifts for Term Fund, that it also lifts for Toval so that Toval may foreclose on its interest or receive funds from any sale of the Properties.

6. Cause exists to lift the stay in regards to the Properties as to Toval under 11 U.S.C. § 362(d)(1) because if the stay is lifted as to Term Fund, Term Fund's foreclosure could generate

excess sales proceeds that Toval would be entitled to. Further, Toval is not receiving any adequate protection payments and the Properties are not believed have insurance coverage, nor are they necessary for an effective reorganization. Therefore, Toval's interest is not adequately protected.

WHEREFORE, Toval requests that on consideration of this response, the automatic stay also be lifted as to the Properties. Toval further requests such other and further relief as this Court deems just and proper under law and equity to which it shows itself justly entitled.

Respectfully Submitted,

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

/s/ *Jessica N. Alt*
Matthew B. Fronda
Oklahoma Federal I.D. #34996
mfronda@padfieldstout.com
Jessica N. Alt
Oklahoma Federal I.D. #25-150
jalt@padfieldstout.com

*Attorneys for Movant*

**CERTIFICATE OF SERVICE**

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Wednesday, September 23, 2026; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **YSA Investments 1, LLC**<br>848 Brickell Avenue, Suite PH5<br>Miami, Florida 33131<br><br>*Debtor* | **Steven D. Adler**<br>**Ericka Fredricks Johnson**<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br><br>*Attorney for Debtor* |
| **Carlee M. Apel**<br>Fellers Snider<br>100 N. Broadway Ave., Suite 1700<br>Oklahoma City, Oklahoma 73102<br><br>*Attorney for Debtor* | **Daniel N. Brogan**<br>Bayard P.A.<br>600 N. Market Street, Suite 400<br>Wilmington, Delaware 19801<br><br>*Attorney for Debtor* |
| **Nicholas Candido**<br>**Clayton D Ketter**<br>**Jason A Sansone**<br>Phillips Murrah P.C.<br>424 N.W. 10th St., Suite 300<br>Oklahoma City, Oklahoma 73103<br><br>*Attorney for Debtor* | **Joel E. Tasca**<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Dr., Suite 600<br>Las Vegas, Nevada 89135<br><br>*Attorney for Debtor* |
| **United States Trustee**<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102<br><br>*U.S. Trustee* | **Marjorie J. Creasey**<br>**Jeffrey E. Tate**<br>DOJ-Ust<br>215 Dean A. McGee, Room 408<br>Oklahoma City, OK 73102<br><br>*Attorney for U.S. Trustee* |

/s/ *Jessica N. Alt*
Jessica N. Alt