**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| YSA Investments 1, LLC, | ) | |
| | ) | Case No. 26-12806 (SAH) |
| | ) | |
| Debtor. | ) | |

# AMENDED AUERBACH OPPORTUNITY FUND I, III, & IV ("AUERBACH GROUP")'S NOTICE OF WITNESSES AND EXHIBITS THAT MAY BE USED AT THE HEARINGS SET FOR OCTOBER 1, 2026

The Auerbach Opportunity Fund I, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP (collectively, the "**Auerbach Group**") submits this list of witnesses and exhibits that the Auerbach Group may utilize at the hearing on the video hearing to consider the following, to wit:

**(i)** Debtor's request for a Final Order authorizing use of cash collateral and finding secured Creditors are adequately protect [Doc. 7];

**(ii)** All related objections thereto;

**(iii)** Amended Motion for Appointment of Chapter 11 Trustee filed by Fairfax Investors, LLC, and all Joinder Motions;

**(iv)** Joinder, In Part, to Motion to Appoint Chapter 11 Trustee filed by Auerbach Opportunity Fund I, III, and IV [Doc. 345];

**(v)** All Joinder Motions to Appoint a Chapter 11 Trustee filed by any party; and,

**(vi)** Any other matter discussed, all of which are set to be heard October 1, 2026.

The Auerbach Group reserves the right to supplement or amend these lists prior to the hearing.

**A. Witnesses:**

| | **Name:** |
|---|---|
| **1.** | Any witness listed by any other interested party to whom the Auerbach Group does not object. |
| **2.** | The Auerbach Group reserves the right to cross-examine any witness listed by any other party who may testify. |
| **3.** | Rebuttal witnesses as deemed necessary. |
| **4.** | Designated Corporate Representative of Auerbach Group |
| **5.** | Casey Barnett of K Davis Insurance |
| **6.** | Tommy Brown of K Davis Insurance |

**B. Exhibits:**

| | **Description** |
|---|---|
| **1.** | Any exhibit listed by any other interested party to which the Auerbach Group does not object. |
| **2.** | Demonstrative exhibits |
| **3.** | Vesta Master Property List with Auerbach Interests |
| **4.** | Subject Property List |
| **5.** | Interim Order Authorizing Debtor's Use of Cash Collateral 8-8-26 [Doc. 263] |
| **6.** | YSA Investments 1, LLC Insurance Status Report 9-14-26 [Doc. 354] |
| **7.** | Initial Report 9-18-26 [Doc. 373] |
| **8.** | Schedule A/B Assets – Real and Personal Property, YSA Investments 1, LLC [Doc. 237, pgs 6-13] |
| **9.** | Sua Sponte Order Directing the Appointment of a Chapter 11 Trustee, in all of the Above, Related Cases; 26-12825 [Doc. 58] |

**C. Estimated Time to Present Evidence & Argument:**

The Auerbach Group estimates that it will take approximately 1 hour to present any witnesses and exhibits in chief, and approximately 30 minutes to present legal argument to the Court.

Respectfully submitted,

/s/Bret Davis

Bret Davis, OBA #15079
LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
5621 N. Classen Blvd.
Oklahoma City, OK 73118
(405) 840-5900 Fax (405) 842-3132
bdavis@lamunmock.com
Attorney for Auerbach Opportunity Fund I, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Court's ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

I further certify that on this date, I caused the foregoing document to be served via email and/or U.S. Mail, postage prepaid, on all parties required to be served with notice of this document.

/s/Bret Davis
Bret Davis