N THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
(OKLAHOMA CITY)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| YSA INVESTMENTS 1, LLC, | § | CASE NO. 26-12806-sah |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**NOTICE OF HEARING**

You are hereby notified that the hearing regarding the preliminary hearing for the Unopposed Motion to Modify Automatic Stay and To Abandon Property as Burdensome with Brief in Support Thereof, Notice of Opportunity for Hearing and Request for Waiver of Fourteen (14) Day Stay Under Bankruptcy Rule 4001(a)(4) [Doc. # 337] filed by First United Bank and Trust Co., Term Fund III MRA Seller LLC And Term Fund B IV MRA Seller LLC's Agreed Application For Entry Of An Interim Order (I) Approving Stipulation Regarding Oklahoma Receiver; (II) Granting Relief From Stay Pursuant To Bankruptcy Code Section 362(D); (III) Excusing Compliance With Bankruptcy Code Section 543; And (IV) Granting Related Relief With Brief [Doc. # 334] filed by Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC, and Term Fund III MRA Seller LLC And Term Fund B IV MRA Seller LLC's Motion For Entry Of An Order (I) Approving Stipulation Regarding Oklahoma Receiver; (II) Granting Relief From Stay Pursuant To Bankruptcy Code Section 362(d); (III) Excusing Compliance With Bankruptcy Code Section 543; And (IV) Granting Related Relief With Brief In Support And Notice Of Opportunity For Hearing [Doc. # 335] (collectively, the "Motions") filed by Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC, have been set for a preliminary hearing on October 8, 2026, at 9:30 a.m.. No appearance is necessary at the preliminary hearing.

You are hereby notified that the hearing regarding the final hearing for the Motions has been set on **October 29, 2026 at 10:00 a.m.** to be conducted by video via Microsoft Teams.

Respectfully Submitted,

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: 817-338-1616
Facsimile: 817-338-1610

/s/ *Jessica N. Alt*
Matthew B. Fronda
Oklahoma Federal I.D. #34996
mfronda@padfieldstout.com
Jessica N. Alt
Oklahoma Federal I.D. #25-150
jalt@padfieldstout.com

*Attorneys for Toval*

# CERTIFICATE OF SERVICE

The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Wednesday, September 23, 2026; said e-mail provides an attributable hyperlink to the document, in portable document format, except for Debtor(s), and any other entity so identified below or on the EM/ECF filing sheet, whereas in that instance such document was mailed via First Class United States Mail, to-wit:

| | |
|---|---|
| **YSA Investments 1, LLC**<br>848 Brickell Avenue, Suite PH5<br>Miami, Florida 33131<br><br>*Debtor* | **Steven D. Adler**<br>**Ericka Fredricks Johnson**<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br><br>*Attorney for Debtor* |
| **Carlee M. Apel**<br>Fellers Snider<br>100 N. Broadway Ave., Suite 1700<br>Oklahoma City, Oklahoma 73102<br><br>*Attorney for Debtor* | **Daniel N. Brogan**<br>Bayard P.A.<br>600 N. Market Street, Suite 400<br>Wilmington, Delaware 19801<br><br>*Attorney for Debtor* |
| **Nicholas Candido**<br>**Clayton D Ketter**<br>**Jason A Sansone**<br>Phillips Murrah P.C.<br>424 N.W. 10th St., Suite 300<br>Oklahoma City, Oklahoma 73103<br><br>*Attorney for Debtor* | **Joel E. Tasca**<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Dr., Suite 600<br>Las Vegas, Nevada 89135<br><br>*Attorney for Debtor* |
| **United States Trustee**<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102<br><br>*U.S. Trustee* | **Marjorie J. Creasey**<br>**Jeffrey E. Tate**<br>DOJ-Ust<br>215 Dean A. McGee, Room 408<br>Oklahoma City, OK 73102<br><br>*Attorney for U.S. Trustee* |

/s/ *Jessica N. Alt*
Jessica N. Alt