**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| | ) | |
| **YSA INVESTMENTS 1, LLC,** | ) | **Case No. 26-12806 (SAH)** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>**

Please take notice that Leif Swedlow of Rubenstein & Pitts, PLLC represents Green Gardens General Contractor, LLC and hereby requests copies of all notices and pleadings filed in the case pursuant to Fed.R.Bankr.P. 9010(b), 2002(a) and (b).

RUBENSTEIN & PITTS, PLLC

*/s/ Leif Swedlow*
Leif Swedlow, OBA #17710
1503 E. 19th Street
Edmond, OK 73013
Telephone: (405) 340-1900
FAX: (405) 340-1001
lswedlow@oklawpartners.com
*Attorney for Green Gardens General Contractor, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, a true, correct, and exact copy of the foregoing document was sent via ECF to all counsel of record.

s/ *Leif Swedlow*
Leif Swedlow