I-2024-003876 Book: 2798 pg: 621
5/1/2024 2:18 PM pgs: 621 - 624
Fees: $24.00 Doc: $0.00
Glenna Craig, Payne County Clerk
Payne County - State of Oklahoma

**RECORD AND RETURN TO:**

Cassin & Cassin LLP
2900 Westchester Avenue, Suite 402
Purchase, NY 10577
Attention: Recording Department

County: Payne

**ASSIGNMENT OF SECURITY INSTRUMENT**

*This Assignment of Security Instrument* is made and entered into as of the 29th day of April, 2024, by and between **BERKELEY POINT CAPITAL LLC**, a Delaware limited liability company, d/b/a **NEWMARK**, with its place of business at 8 Springhouse Innovation Park, Suite 200, Lower Gwynedd, PA 19002 ("Assignor") and **FANNIE MAE**, c/o **BERKELEY POINT CAPITAL LLC**, a Delaware limited liability company, d/b/a **NEWMARK** with its place of business at 8 Springhouse Innovation Park, Suite 200, Lower Gwynedd, PA 19002 ("Assignee").

**WITNESSETH:**

That for good and valuable consideration, Assignor does hereby assign, sell, convey, set over and deliver to Assignee all of Assignor's right, title, and interest in and to a certain Multifamily Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing in the original principal amount of **$13,470,000.00** made by **REMINGTON RANCH'S BEST LIVING, LLC**, a Delaware limited liability company to Assignor (as the "Lender" therein) dated as of April 29, 2024, and recorded immediately prior hereto in the office of the County Clerk, County of Payne, State of Oklahoma and together with all of Assignor's right, title, and interest in and to the real property known as **Remington Ranch Apartments** located at **1815 North Boomer Road, Stillwater, OK 74075**, as more particularly described in **EXHIBIT "A"** hereto.

**[THE REMAINDER OF THIS PAGE HAS BEEN LEFT BLANK INTENTIONALLY]**

**EXHIBIT 4**

I-2024-003876 Book: 2798 pg: 622
5/1/2024 2:18 PM pgs: 621 - 624
Fees: $24.00 Doc: $0.00
Glenna Craig, Payne County Clerk
Payne County - State of Oklahoma

**WITNESS**, this Assignment has been duly executed as of the day and year first above written.

**ASSIGNOR:**

**BERKELEY POINT CAPITAL LLC**, a Delaware limited liability company, d/b/a **NEWMARK**

By: ______________________ (SEAL)
Name: Elizabeth Hagen
Title: Director

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT CIVIL CODE § 1189**

**CERTIFICATE OF ACKNOWLEDGMENT**

*A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

STATE OF California )
):ss.
COUNTY OF Orange )

On April 17, 2024 before me, Angela Murphy, Notary Public, personally appeared Elizabeth Hagen, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

______________________
Notary Public
Print Name: Angela Murphy
My commission expires:
January 5, 2026

ANGELA MURPHY
Notary Public - California
Orange County
Commission # 2389616
My Comm. Expires Jan 5, 2026

I-2024-003876 Book: 2798 pg: 623
5/1/2024 2:18 PM pgs: 621 - 624
Fees: $24.00 Doc: $0.00
Glenna Craig, Payne County Clerk
Payne County - State of Oklahoma

# EXHIBIT "A"

## LEGAL DESCRIPTION

PHASE I:
A part of the Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof, more particularly described as follows:

Beginning at the Southeast corner of the Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of said Section Eleven (11); thence North for a distance of 300 feet; thence West and parallel to the South line of said Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) for a distance of 480 feet, more or less to a point 150 feet from the East right-of-way line of Highway 177, said 150 feet being measured perpendicular to said East right-of-way line; thence 150 feet Southwesterly on said perpendicular to a point on said East right-of-way line; thence Southeasterly along said East right-of-way line for a distance of 265.25 feet, more or less, to the South line of said Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11); thence East for a distance of 485.15 feet, more or less to the point or place of beginning.

PHASE II:
A part of the Northeast Quarter (NE/4) of the Southwest Quarter(SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof, more particularly described as follows:

Beginning at the Northeast corner of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of said Section Eleven (11); thence South 51.2 feet along the East line of said Southwest Quarter(SW/4) to a point or place of beginning; thence West and parallel to the North line of said Southwest Quarter (SW/4) a distance of 150 feet; thence South and parallel to the East line of said Southwest Quarter (SW/4) a distance of 30 feet; thence West 488 feet parallel to the North line of said Southwest Quarter (SW/4); thence 320 feet in a Southeasterly direction to a point 150 feet from the East right-of-way line of U.S. Highway 177, said 150 feet being measured perpendicular to said right-of-way line; thence 481.78 feet East and parallel to the North line of said Southwest Quarter (SW/4) to a point; thence 310 feet North to the point or place of beginning.

PHASE III:
A tract of land in the Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof, more particularly described as follows:

Beginning at the Northeast corner of said Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11); thence West and along the North line of said Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) a distance of 580 feet to a point approximately 274.56 feet along this line projected from the 580.00 foot line to the East right-of-way line of U.S. Highway No. 177; thence South and parallel to the East line of said Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) a distance of 81.2 feet; thence East and parallel to the North line of said Northwest Quarter (NW/4) a distance of 430.00 feet; thence North and parallel to the East line of said Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) a distance of 30 feet; thence East and parallel to the North line of said Southwest Quarter (SW/4) of the Northwest Quarter *(NW/4) a distance* of 150 feet; thence North and along the East line of said Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) a distance of 51.2 feet to the point of beginning.

PHASE IV:
A tract of land in the Northwest Quarter (NW/4) of the Northwest Quarter (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof, more particularly described as follows, to-wit:

Beginning at a point 25.0 feet North of the Southeast Corner of the Northwest Quarter (NW/4) of the Northwest Quarter (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian; thence North 150.0 feet; thence West 954.1 feet more or less to the East right-of-way line of U.S. Highway No.

I-2024-003876 Book: 2798 pg: 624
5/1/2024 2:18 PM pgs: 621 - 624
Fees: $24.00 Doc: $0.00
Glenna Craig, Payne County Clerk
Payne County - State of Oklahoma

177, formerly Oklahoma Highway No. 40; thence Southeasterly along said East right-of-way line to a point which is 25.0 feet North of the South line of said Northwest Quarter (NW/4) of the Northwest Quarter (NW/4) of said Section Eleven (11); thence East 872.3 feet, more or less, to the point of beginning.

TOGETHER WITH EASEMENT RIGHTS CONTAINED IN THE RIGHT OF WAY EASEMENT RECORDED IN BOOK 182, PAGE 552, ACROSS THE FOLLOWING DESCRIBED PROPERTY, TO-WIT:

Beginning at a point on the North line of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, 580 feet West of the Northeast corner of the said Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of the said Section Eleven (11); thence West along the North line of said Southwest Quarter (SW/4) of Northwest Quarter (NW/4) of said Section Eleven (11), a distance of 274.56 feet more or less to the East boundary of U.S. Highway 177 (formerly State Highway 40); thence Southeasterly along said right of way line to a point thereon 20 feet South of the North line of the said Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11); thence East parallel to and 20 feet South of the North line of said Southwest Quarter (SW/4) of Northwest Quarter (NW/4) of Section Eleven (11), to a point 20 feet South of the Point of Beginning; thence North 20 feet to the Point of Beginning, otherwise described as the North 20 feet of the West 274.56 feet of the East 854.56 feet of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof.