I-2026-007115 Book: 2950 pg: 84
6/25/2026 12:48 PM pgs: 84 - 88
Fees: $75.00 Doc: $0.00
Glenna Craig, Payne County Clerk
Payne County - State of Oklahoma

UNOFFICIAL

REGISTER OF DEEDS · OFFICIAL SEAL · PAYNE COUNTY · OKLAHOMA

# SPECIAL WARRANTY DEED

**(Deed-in-lieu of foreclosure)**

**This deed is exempt from documentary stamps pursuant to 68 Okl.Stat.Ann. §3202(13).**

THIS SPECIAL WARRANTY DEED made this 17th day of June, 2026, between Remington Ranchs Best Living LLC, a Delaware limited liability company ("**Grantor**") and YSA Investments 1, LLC, a Delaware limited liability company ("**Grantee**").

Pursuant to that certain Agreement for Deed and Transfer in Lieu of Foreclosure of even date and in consideration of the promises set forth therein, Grantor does by these presents grant, bargain, and sell unto Grantee, its successors and assigns, all of Grantor's right, title and interest in and to the following described real estate situated in Payne County, State of Oklahoma, together with all and singular the improvements thereon and the tenements, hereditaments, fixtures, and appurtenances thereunto belonging (the "**Property**") subject to easements, restrictive covenants and rights-of-way of record, zoning ordinances and prior, valid and superior mortgages and liens of record, including that Mortgage, Assignment of Rents and Leases, Security Agreement and Fixture Filing (the "Mortgage"), granted by Grantor to Grantee, and recorded in the records of the County Clerk of Payne County, Oklahoma on October 31st, 2025 as Document Number I-2025-012036 in Book 2898 Page 824 to wit:

**Legal Description**

A part of the Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof, more particularly described as follows: Beginning at the Southeast corner of the Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of said Section Eleven (11); thence North for a distance of 300 feet; thence West and parallel to the South line of said Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) for a distance of 480 feet, more or less to a point 150 feet from the East right-of-way line of Highway 177, said 150 feet being measured perpendicular to said East right-of-way line; thence 150 feet Southwesterly on said perpendicular to a point on said East right-of-way line; thence Southeasterly along said East right-of-way line for a distance of 265.25 feet, more or less, to the South line of said Northeast Quarter (NE/4) of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11); thence East for a distance of 485.15 feet, more or less to the point or place of beginning.

Grantee address:
YSA Investments 1, LLC
8 The Green #23817
Dover, DE 19901

PHASE II:

EXHIBIT
5

I-2026-007115 Book: 2950 pg: 85
6/25/2026 12:48 PM pgs: 84 - 88
Fees: $75.00 Doc: $0.00
Glenna Craig, Payne County Clerk
Payne County - State of Oklahoma

A part of the Northeast Quarter (NE/4) of the Southwest (SW/4) of the Northwest (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof, more particularly described as follows: Beginning at the Northeast corner of the Southwest (SW/4) of the Northwest (NW/4) of said Section Eleven (11); thence South 51.2 feet along the East line of said Southwest (SW/4) to a point or place of beginning; thence West and parallel to the North line of said Southwest Quarter (SW/4) a distance of 150 feet; thence South and parallel to the East line of said Southwest Quarter (SW/4) a distance of 30 feet; thence West 488 feet parallel to the North line of said Southwest Quarter (SW/4); thence 320 feet in a Southeasterly direction to a point 150 feet from the East right-of-way line of U.S. Highway 177, said 150 feet being measured perpendicular to said right-of-way line; thence 481.78 feet East and parallel to the North line of said Southwest (SW/4) to a point; thence 310 feet North to the point or place of beginning.

PHASE III:

A tract of land in the Northeast Quarter (NE/4) of the Southwest (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S Government Survey thereof, more particularly described as follows: Beginning at the Northeast corner of said Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11); thence West and along the North line of said Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) a distance of 580 feet to a point approximately 274.56 feet along this line projected from the 580.00 foot line to the East right-of-way line of U.S. Highway No. 177; thence South and parallel to the East line of said Southwest Quarter (SW/4) of the Northwest (NW/4) a distance of 81.2 feet; thence East and parallel to the North line of said Northwest Quarter (NW/4) a distance of 430.00 feet; thence North and parallel to the East line of said Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) a distance of 30 feet; thence East and parallel to the North line of said Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) a distance of 150 feet; thence North and along the East line of said Southwest (SW/4) of the Northwest Quarter (NW/4) a distance of 51.2 feet to the point of beginning.

PHASE IV:

A tract of land in the Northwest Quarter (NW/4) of the Northwest Quarter (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof, more particularly described as follows, to-wit: Beginning at a point 25.0 feet North of the Southeast Corner of the Northwest Quarter (NW/4) of the Northwest (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian; thence North 150.0 feet; thence West 954.1 feet more or less to the East right-of-way line of U.S. Highway No. 177, formerly Oklahoma Highway No. 40; thence Southeasterly along said East right-of-way line to a point which is 25.0 feet North of the South line of said Northwest Quarter (NW/4) of the Northwest Quarter (NW/4) of said Section Eleven (11); thence East 872.3 feet, more or less, to the point of beginning.

UNOFFICIAL

TOGETHER WITH EASEMENT RIGHTS CONTAINED IN THE RIGHT OF WAY EASEMENT RECORDED IN BOOK 182, PAGE 552, ACROSS THE FOLLOWING DESCRIBED PROPERTY, TO- WIT: Beginning at a point on the North line of the Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, 580 feet West of the Northeast corner of the said Southwest (SW/4) of the Northwest (NW/4) of the said Section Eleven (11); thence West along the North line of said Southwest Quarter (SW/4) of Northwest (NW/4) of said Section Eleven (11), a distance of 274.56 feet more or less to the East boundary of U.S. Highway 177 (formerly State Highway 40); thence Southeasterly along said right of way line to a point thereon 20 feet South of the North line of the said Southwest (SW/4) of the Northwest Quarter (NW/4) of Section Eleven (11); thence East parallel to and 20 feet South of the North line of said Southwest Quarter (SW/4) of Northwest Quarter (NW/4) of Section Eleven (11), to a point 20 feet South of the Point of Beginning; thence North 20 feet to the Point of Beginning, otherwise described as the North 20 feet of the of the West 274.56 feet of the East 854.56 feet of the Southwest Quarter (SW/4) of the Northwest (NW/4) of Section Eleven (11), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof.

TO HAVE AND TO HOLD the Property forever, free and clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature, EXCEPT those described above.

This Special Warranty Deed is tendered in lieu of foreclosure of the Mortgage, and it is the express intent of the parties hereto that the Mortgage shall not merge with this deed, but shall continue in full force and effect as a lien on the Property. The Mortgage shall remain in effect until such Mortgage is affirmatively released by Grantee or merged into an action to foreclose such Mortgage. Grantee may, at any time in its sole discretion, maintain an action to foreclose the Mortgage described above.

This Special Warranty Deed represents an absolute conveyance of all of Grantor's right, title and interest in and to the Property, including Grantor's equity or right of redemption, and is not intended as a mortgage, security instrument or trust conveyance of any kind.

Grantor, its successors and assigns, do hereby covenant, promise and agree to and with Grantee, at the delivery of this Special Warranty Deed that Grantor is lawfully seized in its own right of an absolute and indefeasible estate of inheritance in fee simple, of and in the Property; that the Property is free, clear and discharged and unencumbered of and from all former and other grants, titles, charges, estates, judgments, taxes, assessments and encumbrances, of whatsoever nature and kind, EXCEPT those described above; and that Grantor will WARRANT AND FOREVER DEFEND the same unto the Grantee, its successors and assigns, against any and all acts, conveyances, liens and encumbrances affecting such Property made or suffered to be made or done by, through or under Grantor.

IN WITNESS WHEREOF, Grantor has executed and delivered this Special Warranty Deed as of the day and year first above written.

I-2026-007115 Book: 2950 pg: 86
6/25/2026 12:48 PM pgs: 84 - 88
Fees: $75.00 Doc: $0.00
Glenna Craig, Payne County Clerk
Payne County - State of Oklahoma

UNOFFICIAL

**Remington Ranchs Best Living LLC, a Delaware limited liability company,**

I-2026-007115 Book: 2950 pg: 87
6/25/2026 12:48 PM pgs: 84 - 88
Fees: $75.00 Doc: $0.00
Glenna Craig, Payne County Clerk
Payne County - State of Oklahoma

By:__________________________________
Aharon Diveroli, Authorized Representative of
Lender; the Attorney in Fact on behalf of and
Authorized Representative of Remington Ranchs Best Living LLC

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) ss.
COUNTY OF MIAMI-DADE )

Before me, the undersigned, a Notary Public in and for said County and State, on this 17th day of June, 2026, personally appeared Aharon Diveroli, as authorized representative of YSA Investments 1, LLC, a Delaware limited liability company, the Attorney-in-Fact on behalf of, and authorized representative of, Remington Ranchs Best Living LLC, a Delaware limited liability company, to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he executed the same as his free and voluntary act and deed, for the uses and purposes therein set forth.

WITNESS MY HAND AND SEAL the day and year last above written.

__________________________________
NOTARY PUBLIC

My Commission Expires:
12/19/2027

My Commission No.:
HH474601

NOTARY PUBLIC STATE OF FLORIDA
FELIPE MENEZES
Commission # HH 474601
Expires December 19, 2027

UPON RECORDING, RETURN TO:
Hofland/Lollman
401 South Boston Ave, Suite 500
Tulsa, OK 74103

UNOFFICIAL

OAG 2024-3 – BUSINESS/TRUST EXEMPTION **Exhibit to Deed**

## AFFIDAVIT OF LAND OWNERSHIP: EXEMPT BUSINESS OR TRUST

STATE OF Florida )

) SS.

COUNTY OF Miami-Dade )

I-2026-007115 Book: 2950 pg: 88
6/25/2026 12:48 PM pgs: 84 - 88
Fees: $75.00 Doc: $0.00
Glenna Craig, Payne County Clerk
Payne County - State of Oklahoma

TO: THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA

Before me, the undersigned Aharon Diveroli (list legal name and any aliases) (the "Affiant"), who, having been first duly sworn, deposes and states as of the date of this Affidavit:

1. I am eighteen (18) years of age or older and have personal knowledge of the statements made herein.
2. I am a/an Authorized Representative (role, such as titled officer or trustee) of YSA Investments 1, LLC, a Delaware limited liability company (legal name, along with any trade or fictitious names, of business, trust, or other legal entity) (referred to herein as the "Entity"). I am duly authorized to record this Affidavit on behalf of the Entity, which took title to the real property identified in the Deed to which this Affidavit is attached (the "Property"), and to bind the Entity for the consequences of any false statements in this Affidavit.
3. This Affidavit is executed in accordance with and pursuant to 60 O.S. § 121, which provides in part as follows:

   > No alien or any person who is not a citizen of the United States or foreign government adversary shall acquire title to or own land in this state either directly or indirectly through a business entity, trust, or foreign government enterprise, except as hereinafter provided, but they shall have and enjoy in this state such rights as to personal property as are, or shall be, accorded a citizen of the United States under the laws of the nation to which such alien belongs, or by the treaties of such nation with the United States, except as the same may be affected by the provisions of Section 121 et seq. of this title or the Constitution of this state. Provided, however, the requirements of this subsection shall not apply to a business entity that is engaged in regulated interstate commerce or has a national security agreement with the Committee on Foreign Investment in the United States (CFIUS) in accordance with federal law.

4. For purposes of this Affidavit, I acknowledge and understand that to be "engaged in regulated interstate commerce in accordance with federal law," means all the Entity's business activities in Oklahoma must be either: (a) expressly permitted by federal regulation or federal law, or (b) not prohibited by federal regulation or federal law. I further acknowledge and understand that an entity engaged in or supporting the cultivation of marijuana in Oklahoma is not "engaged in regulated interstate commerce in accordance with federal law." I have read the provisions of 60 O.S. § 121 and this Affidavit and certify that the Entity is engaged in regulated interstate commerce in accordance with federal law.
5. No funding source is being used in the sale or transfer of the Property in violation of 60 O.S. § 121 or any other state or federal law.
6. I acknowledge and understand that making or causing to be made a false statement in this affidavit may subject me to criminal prosecution for perjury and/or subject me and/or the Entity to being liable for actual damages suffered or incurred by any person or other entity as a result or consequence of the making of or reliance upon such false statement.

FURTHER AFFIANT SAYETH NOT.

[signature] 6\23\26

AFFIANT, individually and as authorized agent of the Entity — Date

The foregoing instrument was subscribed and sworn to before me this 23 day of JUNE 2026 by AHARON DIVEROLI

[signature]

NOTARY PUBLIC

My Commission Expires: 12/19/2027

My Commission Number: HH474601

NOTARY PUBLIC STATE OF FLORIDA
FELIPE MENEZES
Commission # HH 474601
Expires December 19, 2027

UNOFFICIAL