Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR FAIRFAX
INVESTORS, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 26-12806-sah** |
| **YSA INVESTMENTS 1, LLC,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

**NOTICE OF DEPOSITION OF REBECCA FOWLER**

TO: Rebecca Fowler, Fowler Consulting LLC, 1100 Biscayne Blvd., Unit 3904, Miami, FL 33132; Email: becca@fowleradvising.com.

YOU ARE HEREBY ADVISED that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as incorporated in this contested matter by Rule 7030 and 9014(c) of the Federal Rules of Bankruptcy Procedures, Fairfax Investors, LLC ("Fairfax"), intends to and shall take the oral deposition of Rebecca Fowler (the "Deponent"), on September 28, 2026, beginning at 1:30 p.m. CST via Zoom or by other electronic means as agreed by the parties. The Zoom link will be provided by the Court Reporter prior to the deposition.

YOU ARE HEREBY NOTIFIED that the Debtor intends to examine the Deponent and said Deponent shall appear for the purpose of giving testimony before an authorized court reporter concerning the areas of inquiry listed below:

> Insurance for YSA Investments 1, LLC, including the properties insured and payment for the insurance policies.

Said deposition will continue from day to day until completed or adjourned, and the testimony given by the Deponent may be used as evidence at any hearing on October 1, 2026, at

10:00 a.m. before the Honorable Sarah Hall, United States Bankruptcy Court, Western District of Oklahoma, Oklahoma City Division.

Dated: September 24, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis TX 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for Fairfax Investors, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 24, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

# UNITED STATES BANKRUPTCY COURT

Western District of Oklahoma

In re YSA Investments 1, LLC
Debtor

(Complete if issued in an adversary proceeding)

Case No. 26-12806-SAH

Chapter 11

Plaintiff
v.

Adv. Proc. No. ________

Defendant

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Rebecca Fowler, Fowler Consulting LLC, 1100 Biscayne Blvd., Unit 3904, Miami, FL 33132
*(Name of person to whom the subpoena is directed)*

■ *Testimony*: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| PLACE | DATE AND TIME |
|---|---|
| Via Zoom. The Zoom link will be provided by the Court Reporter. | 09/28/26 1:30 p.m. |

The deposition will be recorded by this method:

☐ *Production*: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/24/26

CLERK OF COURT

OR

_______________________
*Signature of Clerk or Deputy Clerk*

/s/ Joyce W. Lindauer
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Fairfax Investors, LLC , who issues or requests this subpoena, are:
Joyce W. Lindauer, 117 S. Dallas St., Ennis TX 75119

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)**

I received this subpoena for *(name of individual and title, if any)*: ________________________________________
on *(date)* __________ .

☒ I served the subpoena by delivering a copy to the named person as follows: ______________________________
____________________________________________________________________________________
________________________________ on (*date*) __________________ ; or

☐ I returned the subpoena unexecuted because: ____________________________________________________
____________________________________________________________________________________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ______________________ .

My fees are $ _________ for travel and $_________ for services, for a total of $_________ .

I declare under penalty of perjury that this information is true and correct.

Date: _______________

________________________________________
*Server's signature*

________________________________________
*Printed name and title*

________________________________________
*Server's address*

Additional information concerning attempted service, etc.:

# Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
## (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
*(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
*(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
*(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
*(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
*(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
*(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
*(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
*(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
*(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
*(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
*(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

…

**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**PROOF OF INSURANCE**

YSA Investments 1, LLC, submits the attached insurance policies.

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| **PRODUCER NAME, CONTACT PERSON AND ADDRESS:** Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132<br>**PHONE (A/C, No, Ext):** 816-547-2898 | **COMPANY NAME AND ADDRESS:** Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>**NAIC NO:** 17327 |
| **FAX (A/C, No):**<br>**E-MAIL ADDRESS:** certificates@fowleradvising.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| **CODE:** **SUB CODE:**<br>**AGENCY CUSTOMER ID #:** | **POLICY TYPE:** Property |
| **NAMED INSURED AND ADDRESS:** YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | **LOAN NUMBER:**<br>**POLICY NUMBER:** INP-00804-26<br>**EFFECTIVE DATE:** 09/01/2026 **EXPIRATION DATE:** 09/01/2027<br>☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| **ADDITIONAL NAMED INSURED(S):** Interchange Claims Group LLC | **THIS REPLACES PRIOR EVIDENCE DATED:** |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

**LOCATION/DESCRIPTION**

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit; Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

☐ MORTGAGEE ☐ CONTRACT OF SALE
☒ LENDERS LOSS PAYABLE

| | |
|---|---|
| **NAME AND ADDRESS:** Axonic Capital LLC<br>520 Madison Avenue, 42nd Floor<br>New York, NY 10022 | **LENDER SERVICING AGENT NAME AND ADDRESS:**<br><br>**AUTHORIZED REPRESENTATIVE:** Rebecca Fowler |


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

### Axonic Capital LLC -- Interest Applies To:

Location #3, Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132 | PHONE (A/C, No, Ext): 816-547-2898 |
| FAX (A/C, No): | E-MAIL ADDRESS: certificates@fowleradvising.com |
| CODE: | SUB CODE: |
| AGENCY CUSTOMER ID #: | |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | |

| | |
|---|---|
| COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL | NAIC NO: 17327 |
| IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | |
| POLICY TYPE: Property | |
| LOAN NUMBER: | POLICY NUMBER: INP-00804-26 |
| EFFECTIVE DATE: 09/01/2026 | EXPIRATION DATE: 09/01/2027 |
| ☐ CONTINUED UNTIL TERMINATED IF CHECKED | |
| THIS REPLACES PRIOR EVIDENCE DATED: | |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | | |
|---|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit | Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 | |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC | |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 | DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 | |
| REPLACEMENT COST | X | | | | |
| AGREED VALUE | X | | | | |
| COINSURANCE | | X | | If YES, % | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 | DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 | DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 | DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: | DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: | DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: | DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

X MORTGAGEE ☐ CONTRACT OF SALE
X LENDERS LOSS PAYABLE

NAME AND ADDRESS
Berkadia Commercial Mortgage LLC, ISAOA, ATIMA
P.O. Box 557
Ambler, PA 19002

LENDER SERVICING AGENT NAME AND ADDRESS

AUTHORIZED REPRESENTATIVE
Rebecca Fowler


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

### Berkadia Commercial Mortgage LLC, ISAOA, ATIMA -- Interest Applies To:

Location #1, Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037

Case: 26-12806 Doc: 308 Filed: 09/02/26 Page: 6 of 15

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| **PRODUCER NAME, CONTACT PERSON AND ADDRESS** — PHONE (A/C, No, Ext): 816-547-2898<br>Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132 | **COMPANY NAME AND ADDRESS** — NAIC NO: 17327<br>Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| FAX (A/C, No): — E-MAIL ADDRESS: certificates@fowleradvising.com | |
| CODE: — SUB CODE: | **POLICY TYPE**<br>Property |
| AGENCY CUSTOMER ID #: | |
| **NAMED INSURED AND ADDRESS**<br>YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | **LOAN NUMBER**: — **POLICY NUMBER**: INP-00804-26<br>**EFFECTIVE DATE**: 09/01/2026 — **EXPIRATION DATE**: 09/01/2027 — ☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| **ADDITIONAL NAMED INSURED(S)**<br>Interchange Claims Group LLC | **THIS REPLACES PRIOR EVIDENCE DATED:** |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

**LOCATION/DESCRIPTION**

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 — DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit — Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 — DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 — DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 — DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 — DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: — DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: — DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: — DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

☐ MORTGAGE ☐ CONTRACT OF SALE
☐ LENDERS LOSS PAYABLE

**NAME AND ADDRESS**
Capital Assets LLC
8002 S. 101st East Ave
Tulsa, OK 74133

**LENDER SERVICING AGENT NAME AND ADDRESS**

**AUTHORIZED REPRESENTATIVE**
Rebecca Fowler


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132 | PHONE (A/C, No, Ext): 816-547-2898 |
| COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | NAIC NO: 17327 |
| FAX (A/C, No): | E-MAIL ADDRESS: certificates@fowleradvising.com |
| CODE: | SUB CODE: |
| AGENCY CUSTOMER ID #: | |
| POLICY TYPE: Property | |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | |
| LOAN NUMBER: | POLICY NUMBER: INP-00804-26 |
| EFFECTIVE DATE: 09/01/2026 | EXPIRATION DATE: 09/01/2027 |
| ☐ CONTINUED UNTIL TERMINATED IF CHECKED | |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit; Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

☐ MORTGAGEE ☐ CONTRACT OF SALE
☒ LENDERS LOSS PAYABLE ☐

NAME AND ADDRESS
Computershare Trust Company, N.A.
150 Royall Street
Canton, MA 02021

LENDER SERVICING AGENT NAME AND ADDRESS

AUTHORIZED REPRESENTATIVE
Rebecca Fowler


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

### Computershare Trust Company, N.A. -- Interest Applies To:

Location #4, Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
Location #5, Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

**PRODUCER NAME, CONTACT PERSON AND ADDRESS**
Fowler Consulting LLC
Rebecca Fowler
1100 Biscayne Blvd, Unit 3904
Miami, FL 33132

**PHONE (A/C, No, Ext):** 816-547-2898
**FAX (A/C, No):**
**E-MAIL ADDRESS:** certificates@fowleradvising.com
**CODE:** **SUB CODE:**
**AGENCY CUSTOMER ID #:**

**COMPANY NAME AND ADDRESS**
Palms Specialty Insurance Company, Inc.
Juno Beach, FL

**NAIC NO:** 17327

**IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH**

**POLICY TYPE:** Property

**NAMED INSURED AND ADDRESS**
YSA Investments 1 LLC
8325 NE 2nd Ave
Miami, FL 33138

**LOAN NUMBER:**
**POLICY NUMBER:** INP-00804-26

**EFFECTIVE DATE:** 09/01/2026
**EXPIRATION DATE:** 09/01/2027
☐ CONTINUED UNTIL TERMINATED IF CHECKED

**ADDITIONAL NAMED INSURED(S)**
Interchange Claims Group LLC

**THIS REPLACES PRIOR EVIDENCE DATED:**

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

**LOCATION/DESCRIPTION**
7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 — DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit — Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

☒ MORTGAGEE ☐ CONTRACT OF SALE
☐ LENDERS LOSS PAYABLE

**NAME AND ADDRESS**
Fannie Mae, ISAOA/ATIMA
P.O. Box 40
Casper, WY 82602

**LENDER SERVICING AGENT NAME AND ADDRESS**

**AUTHORIZED REPRESENTATIVE**
Rebecca Fowler


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Case: 26-12806 Doc: 303 Filed: 09/02/26 Page: 11 of 15

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

## Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

## Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

## Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

## Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

## Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

## Fannie Mae, ISAOA/ATIMA -- Interest Applies To:

Location #2, One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
Location #7, Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132<br>PHONE (A/C, No, Ext): 816-547-2898 | COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>NAIC NO: 17327<br>IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| FAX (A/C, No): <br>E-MAIL ADDRESS: certificates@fowleradvising.com | POLICY TYPE: Property |
| CODE: SUB CODE: <br>AGENCY CUSTOMER ID #: | |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | LOAN NUMBER: <br>POLICY NUMBER: INP-00804-26<br>EFFECTIVE DATE: 09/01/2026 EXPIRATION DATE: 09/01/2027<br>☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit; Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

| | |
|---|---|
| ☐ MORTGAGEE ☐ CONTRACT OF SALE<br>☒ LENDERS LOSS PAYABLE | LENDER SERVICING AGENT NAME AND ADDRESS |
| NAME AND ADDRESS: Stride Bank<br>324 W. Broadway Ave<br>Enid, OK 73701 | AUTHORIZED REPRESENTATIVE: Rebecca Fowler |


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

### Stride Bank -- Interest Applies To:

Location #6, 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132<br>PHONE (A/C, No, Ext): 816-547-2898 | COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>NAIC NO: 17327<br>IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| FAX (A/C, No):<br>E-MAIL ADDRESS: certificates@fowleradvising.com | |
| CODE: SUB CODE: | POLICY TYPE: Property |
| AGENCY CUSTOMER ID #: | |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8325 NE 2nd Ave<br>Miami, FL 33138 | LOAN NUMBER:<br>POLICY NUMBER: INP-00804-26<br>EFFECTIVE DATE: 09/01/2026<br>EXPIRATION DATE: 09/01/2027<br>☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION

7 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit; Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

☐ MORTGAGEE ☐ CONTRACT OF SALE
☐ LENDERS LOSS PAYABLE

NAME AND ADDRESS
United States Trustee, Western District of Oklahoma
215 Dean A. McGee Avenue, Suite 408
Oklahoma City, OK 73102

LENDER SERVICING AGENT NAME AND ADDRESS

AUTHORIZED REPRESENTATIVE
*Rebecca Fowler*


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 7 scheduled locations combined): $268,958,280. Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all 7 scheduled locations combined, subject to the Total Insured Value above, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

### United States Trustee, Western District of Oklahoma -- Interest Applies To:

Location #1, Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
Location #2, One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
Location #3, Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
Location #4, Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
Location #5, Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
Location #6, 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129
Location #7, Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

# PROOF OF INSURANCE

(Certificate of Liability Insurance)

YSA Investments 1, LLC, submits the attached insurance policies.

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
Fowler Consulting LLC
1100 Biscayne Blvd
Unit 3904
Miami FL 33132

**CONTACT NAME:** Rebecca Fowler
**PHONE (A/C, No, Ext):** 816-547-2898 **FAX (A/C, No):**
**E-MAIL ADDRESS:** becca@fowleradvising.com

| INSURER(S) AFFORDING COVERAGE | | NAIC # |
|---|---|---|
| INSURER A : | Kinsale Insurance Company | 38920 |
| INSURER B : | | |
| INSURER C : | | |
| INSURER D : | | |
| INSURER E : | | |
| INSURER F : | | |

**INSURED**
YSA Investments 1 LLC
Interchange Claims Group LLC
8325 NE 2nd Ave
Miami, FL 33138

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY; [ ] CLAIMS-MADE [X] OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [X] LOC; OTHER: | X | | 0100474902-0 | 09/01/2026 | 09/01/2027 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY; [ ] ANY AUTO; [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS; [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR; [ ] EXCESS LIAB [ ] CLAIMS-MADE; DED RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N; ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBEREXCLUDED? [ ] (Mandatory in NH); If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | | | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Apartment Buildings. Locations: 1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037; 2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145; 3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136; 4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129; 5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129; 6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129; 7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105. General Aggregate Limit (per endorsement CAS4005-0310) applies separately per scheduled location: $2,000,000 General Aggregate each location, subject to a $5,000,000 General Aggregate cap for all locations combined. Each Occurrence Limit remains $1,000,000 and is not affected by location. Named Insureds: YSA Investments 1 LLC and Interchange Claims Group LLC. Axonic Capital LLC is Additional Insured with respect to General Liability as Mortgagee/Lenders Loss Payable, per blanket endorsement CAS5016-0420 (Additional Insured - Mortgagee, Assignee, or Receiver), which extends coverage automatically.

**CERTIFICATE HOLDER**

Axonic Capital LLC
520 Madison Avenue, 42nd Floor
New York NY 10022

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

**AUTHORIZED REPRESENTATIVE**
Rebecca Fowler

© 1988-2014 ACORD CORPORATION. All rights reserved.


The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**

Fowler Consulting LLC
1100 Biscayne Blvd
Unit 3904
Miami FL 33132

**CONTACT NAME:** Rebecca Fowler
**PHONE (A/C, No, Ext):** 816-547-2898 **FAX (A/C, No):**
**E-MAIL ADDRESS:** becca@fowleradvising.com

| INSURER(S) AFFORDING COVERAGE | | NAIC # |
|---|---|---|
| INSURER A : | Kinsale Insurance Company | 38920 |
| INSURER B : | | |
| INSURER C : | | |
| INSURER D : | | |
| INSURER E : | | |
| INSURER F : | | |

**INSURED**

YSA Investments 1 LLC
Interchange Claims Group LLC
8325 NE 2nd Ave
Miami, FL 33138

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY; [ ] CLAIMS-MADE [X] OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [X] LOC; OTHER: | X | | 0100474902-0 | 09/01/2026 | 09/01/2027 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY; [ ] ANY AUTO; [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS; [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR; [ ] EXCESS LIAB [ ] CLAIMS-MADE; DED RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N; ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ] (Mandatory in NH); If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Apartment Buildings. Locations: 1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037; 2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145; 3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136; 4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129; 5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129; 6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129; 7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105. General Aggregate Limit (per endorsement CAS4005-0310) applies separately per scheduled location: $2,000,000 General Aggregate each location, subject to a $5,000,000 General Aggregate cap for all locations combined. Each Occurrence Limit remains $1,000,000 and is not affected by location. Named Insureds: YSA Investments 1 LLC and Interchange Claims Group LLC. Berkadia Commercial Mortgage LLC is Additional Insured with respect to General Liability as Mortgagee, per blanket endorsement CAS5016-0420 (Additional Insured - Mortgagee, Assignee, or Receiver), which extends coverage automatically.

**CERTIFICATE HOLDER**

Berkadia Commercial Mortgage LLC, ISAOA, ATIMA
P.O. Box 557
Ambler PA 19002

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

**AUTHORIZED REPRESENTATIVE**

Rebecca Fowler

© 1988-2014 ACORD CORPORATION. All rights reserved.


The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
Fowler Consulting LLC
1100 Biscayne Blvd
Unit 3904
Miami FL 33132

**CONTACT NAME:** Rebecca Fowler
**PHONE (A/C, No, Ext):** 816-547-2898 **FAX (A/C, No):**
**E-MAIL ADDRESS:** becca@fowleradvising.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Kinsale Insurance Company | 38920 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
YSA Investments 1 LLC
Interchange Claims Group LLC
8325 NE 2nd Ave
Miami, FL 33138

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [ ] PRO-JECT [X] LOC<br>OTHER: | X | | 0100474902-0 | 09/01/2026 | 09/01/2027 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR<br>[ ] EXCESS LIAB [ ] CLAIMS-MADE<br>[ ] DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ]<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Apartment Buildings. Locations: 1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037; 2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145; 3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136; 4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129; 5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129; 6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129; 7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105. General Aggregate Limit (per endorsement CAS4005-0310) applies separately per scheduled location: $2,000,000 General Aggregate each location, subject to a $5,000,000 General Aggregate cap for all locations combined. Each Occurrence Limit remains $1,000,000 and is not affected by location. Named Insureds: YSA Investments 1 LLC and Interchange Claims Group LLC. Capital Assets LLC is Additional Insured with respect to General Liability arising out of the operations of the Named Insured, per blanket endorsement CAS5017-0420 (Additional Insured - Managers or Lessors of Premises), which extends coverage automatically under the Management Agreement.

**CERTIFICATE HOLDER**

Capital Assets LLC
8002 S. 101st East Ave
Tulsa OK 74133

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

**AUTHORIZED REPRESENTATIVE**
Rebecca Fowler

© 1988-2014 ACORD CORPORATION. All rights reserved.


The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**

Fowler Consulting LLC
1100 Biscayne Blvd
Unit 3904
Miami FL 33132

CONTACT NAME: Rebecca Fowler
PHONE (A/C, No, Ext): 816-547-2898 FAX (A/C, No):
E-MAIL ADDRESS: becca@fowleradvising.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Kinsale Insurance Company | 38920 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**

YSA Investments 1 LLC
Interchange Claims Group LLC
8325 NE 2nd Ave
Miami, FL 33138

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY; [ ] CLAIMS-MADE [X] OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [X] LOC; OTHER: | X | | 0100474902-0 | 09/01/2026 | 09/01/2027 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY; [ ] ANY AUTO; [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS; [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR; [ ] EXCESS LIAB [ ] CLAIMS-MADE; DED RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N; ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBEREXCLUDED? (Mandatory in NH) [ ]; If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Apartment Buildings. Locations: 1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037; 2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145; 3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136; 4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129; 5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129; 6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129; 7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105. General Aggregate Limit (per endorsement CAS4005-0310) applies separately per scheduled location: $2,000,000 General Aggregate each location, subject to a $5,000,000 General Aggregate cap for all locations combined. Each Occurrence Limit remains $1,000,000 and is not affected by location. Named Insureds: YSA Investments 1 LLC and Interchange Claims Group LLC. Computershare Trust Company, N.A. is Additional Insured with respect to General Liability as Mortgagee/Lenders Loss Payable, per blanket endorsement CAS5016-0420 (Additional Insured - Mortgagee, Assignee, or Receiver), which extends coverage automatically.

**CERTIFICATE HOLDER**

Computershare Trust Company, N.A.
150 Royall Street
Canton MA 02021

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

AUTHORIZED REPRESENTATIVE

Rebecca Fowler

© 1988-2014 ACORD CORPORATION. All rights reserved.


The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
Fowler Consulting LLC
1100 Biscayne Blvd
Unit 3904
Miami FL 33132

**CONTACT NAME:** Rebecca Fowler
**PHONE (A/C, No, Ext):** 816-547-2898 **FAX (A/C, No):**
**E-MAIL ADDRESS:** becca@fowleradvising.com

| INSURER(S) AFFORDING COVERAGE | | NAIC # |
|---|---|---|
| INSURER A : | Kinsale Insurance Company | 38920 |
| INSURER B : | | |
| INSURER C : | | |
| INSURER D : | | |
| INSURER E : | | |
| INSURER F : | | |

**INSURED**
YSA Investments 1 LLC
Interchange Claims Group LLC
8325 NE 2nd Ave
Miami, FL 33138

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY; [ ] CLAIMS-MADE [X] OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [X] LOC; OTHER: | X | | 0100474902-0 | 09/01/2026 | 09/01/2027 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY; [ ] ANY AUTO; [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS; [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR; [ ] EXCESS LIAB [ ] CLAIMS-MADE; DED RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N; ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBEREXCLUDED? [ ] (Mandatory in NH); If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Apartment Buildings. Locations: 1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037; 2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145; 3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136; 4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129; 5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129; 6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129; 7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105. General Aggregate Limit (per endorsement CAS4005-0310) applies separately per scheduled location: $2,000,000 General Aggregate each location, subject to a $5,000,000 General Aggregate cap for all locations combined. Each Occurrence Limit remains $1,000,000 and is not affected by location. Named Insureds: YSA Investments 1 LLC and Interchange Claims Group LLC. Fannie Mae is Additional Insured with respect to General Liability as Mortgagee, per blanket endorsement CAS5016-0420 (Additional Insured - Mortgagee, Assignee, or Receiver), which extends coverage automatically.

**CERTIFICATE HOLDER**

Fannie Mae, ISAOA/ATIMA
P.O. Box 40
Casper WY 82602

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

**AUTHORIZED REPRESENTATIVE**
Rebecca Fowler

© 1988-2014 ACORD CORPORATION. All rights reserved.


The ACORD name and logo are registered marks of ACORD

Case: 26-12806 Doc: 304 Filed: 09/02/26 Page: 7 of 8

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**

Fowler Consulting LLC
1100 Biscayne Blvd
Unit 3904
Miami FL 33132

CONTACT NAME: Rebecca Fowler
PHONE (A/C, No, Ext): 816-547-2898 FAX (A/C, No):
E-MAIL ADDRESS: becca@fowleradvising.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Kinsale Insurance Company | 38920 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**

YSA Investments 1 LLC
Interchange Claims Group LLC
8325 NE 2nd Ave
Miami, FL 33138

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [ ] PRO-JECT [X] LOC<br>OTHER: | X | | 0100474902-0 | 09/01/2026 | 09/01/2027 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR<br>[ ] EXCESS LIAB [ ] CLAIMS-MADE<br>DED RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ]<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | | | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Apartment Buildings. Locations: 1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037; 2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145; 3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136; 4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129; 5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129; 6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129; 7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105. General Aggregate Limit (per endorsement CAS4005-0310) applies separately per scheduled location: $2,000,000 General Aggregate each location, subject to a $5,000,000 General Aggregate cap for all locations combined. Each Occurrence Limit remains $1,000,000 and is not affected by location. Named Insureds: YSA Investments 1 LLC and Interchange Claims Group LLC. Stride Bank is Additional Insured with respect to General Liability as Mortgagee/Lenders Loss Payable, per blanket endorsement CAS5016-0420 (Additional Insured - Mortgagee, Assignee, or Receiver), which extends coverage automatically.

**CERTIFICATE HOLDER**

Stride Bank
324 W. Broadway Ave
Enid OK 73701

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

AUTHORIZED REPRESENTATIVE

Rebecca Fowler

© 1988-2014 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/02/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
Fowler Consulting LLC
1100 Biscayne Blvd
Unit 3904
Miami FL 33132

**CONTACT NAME:** Rebecca Fowler
**PHONE (A/C, No, Ext):** 816-547-2898 **FAX (A/C, No):**
**E-MAIL ADDRESS:** becca@fowleradvising.com

| INSURER(S) AFFORDING COVERAGE | | NAIC # |
|---|---|---|
| INSURER A : | Kinsale Insurance Company | 38920 |
| INSURER B : | | |
| INSURER C : | | |
| INSURER D : | | |
| INSURER E : | | |
| INSURER F : | | |

**INSURED**
YSA Investments 1 LLC
Interchange Claims Group LLC
8325 NE 2nd Ave
Miami, FL 33138

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY | | | 0100474902-0 | 09/01/2026 | 09/01/2027 | EACH OCCURRENCE | $ 1,000,000 |
| | [ ] CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | [ ] POLICY [ ] PRO-JECT [X] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | [ ] ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] **UMBRELLA LIAB** [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | [ ] **EXCESS LIAB** [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | [ ] DED [ ] RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | | | | [ ] PER STATUTE [ ] OTH-ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBEREXCLUDED? **(Mandatory in NH)** [ ] | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | | | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Apartment Buildings. Locations: 1) Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037; 2) One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145; 3) Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136; 4) Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129; 5) Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129; 6) 23 East Apartments, 11321 E 23rd St, Tulsa, OK 74129; 7) Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105. General Aggregate Limit (per endorsement CAS4005-0310) applies separately per scheduled location: $2,000,000 General Aggregate each location, subject to a $5,000,000 General Aggregate cap for all locations combined. Each Occurrence Limit remains $1,000,000 and is not affected by location. Named Insureds: YSA Investments 1 LLC and Interchange Claims Group LLC. Certificate holder is Notice Party in connection with the Named Insured's Chapter 11 bankruptcy proceeding.

**CERTIFICATE HOLDER**

United States Trustee, Western District of Oklahoma
215 Dean A. McGee Avenue, Suite 408
Oklahoma City OK 73102

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

**AUTHORIZED REPRESENTATIVE**
Rebecca Fowler

© 1988-2014 ACORD CORPORATION. All rights reserved.


The ACORD name and logo are registered marks of ACORD

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

## INSURANCE STATUS REPORT

YSA Investments 1, LLC, submits the attached insurance status report.

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

| Loc # | Location Name | Address | City | State | Zip | Business Interruption Limit | Building Limit (Replacement Cost) | Limit for Business Personal Property (Interior Contents) | **Total Insurable Values** |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Thrive Jenks | 204 S Riverfront Dr | Jenks | OK | 74037 | $2,217,600 | $25,093,000 | $0.00 | **$ 27,310,600** |
| 2 | One Eton Square Apartments | 8111 E 60th St | Tulsa | OK | 74145 | $5,644,800 | $46,503,000 | $0.00 | **$ 52,147,800** |
| 3 | Riverpark at Kensington | 7803 S Wheeling Ave | Tulsa | OK | 74136 | $3,960,000 | $36,547,060 | $0.00 | **$ 40,507,060** |
| 4 | Lakeside Place Apartments | 2186 S 99th East Ave | Tulsa | OK | 74129 | $1,996,800 | $17,004,460 | $0.00 | **$ 19,001,260** |
| 5 | Shoreline Apartments | 9601 E 21st Place South | Tulsa | OK | 74129 | $4,732,800 | $51,948,160 | $0.00 | **$ 56,680,960** |
| 6 | 23 East Apartments | 11321 E 23rd St | Tulsa | OK | 74129 | $2,407,200 | $27,222,140 | $0.00 | **$ 29,629,340** |
| 7 | Villas at Midtown | 2001 E Skelly Dr | Tulsa | OK | 74105 | $4,588,800 | $39,092,460 | $0.00 | **$ 43,681,260** |
| | | | | | | **$ 25,548,000** | **$ 243,410,280** | **$ -** | **$ 268,958,280** |

| Property Name | Address | City | State | Type | # of Units or Size | |
|---|---|---|---|---|---|---|
| Lexington Commons | 5530 Colony Way | Bartlesville | OK | Multifamily | 206 | In Underwriting (Force Placed Coveraged Exists) |
| Remington Ranch | 1815 N Boomer Rd. | Stillwater | OK | Multifamily | 292 | In Underwriting (Force Placed Coveraged Exists) |
| Seminole Ridge | 125 W Interstate 240 Service Rd | Oklahoma City | OK | Multifamily | 224 | In Underwriting |
| Tuscany Village | 6900 London Way | Oklahoma City | OK | Multifamily | 316 | In Underwriting |
| The Canopy Apartments | 9201 Kanis Rd | Little Rock | AR | Multifamily | 240 | In Underwriting (Force Placed Coveraged Exists) |
| Barcelona | 5160 S Yale Ave | Tulsa | OK | Multifamily | 232 | In Underwriting (Force Placed Coveraged Exists) |
| The Classen | 2200 N Classen Blvd | Oklahoma City | OK | Multifamily | 66 | In Underwriting |
| Putnam Green | 7525 Knight Lake Dr | Oklahoma City | OK | Multifamily | 250 | In Underwriting |
| The Ridge | 3834 N Oak Grove Dr | Midwest City | OK | Multifamily | 278 | In Underwriting |
| Lofts at North Penn | 15501 N Pennsylvania Ave | Edmond | OK | Multifamily | 192 | In Underwriting |
| Village Creek at 67th | 6630 S Zunis Ave | Tulsa | OK | Multifamily | 226 | In Underwriting |
| The Montgomery | 500 W Main St | Oklahoma City | OK | Multifamily | 70 | In Underwriting |
| 727 Lofts | 727 E Main Pl | Jenks | OK | Multifamily | 98 | In Underwriting (Force Placed Coveraged Exists) |
| The Muntage | 3041 NW 41st St | Oklahoma City | OK | Multifamily | 165 | In Underwriting |
| Bryan Hills | 7204 NW 36th St | Bethany | OK | Multifamily | 232 | In Underwriting |
| Springdale Village | 4330 S Barnes Ave | Oklahoma City | OK | Multifamily | 128 | In Underwriting |
| Summer Oaks | 5770 NW 16th St | Oklahoma City | OK | Multifamily | 197 | In Underwriting (Force Placed Coveraged Exists) |
| Woodland Manor | 8641 E 61st St | Tulsa | OK | Senior | 305 | In Underwriting |
| Eaton Place | 517 E Douglas Ave | Wichita | KS | Multifamily | 117 | In Underwriting |
| Woodscape | 4200 N Meridian Ave | Oklahoma City | OK | Multifamily | 498 | In Underwriting |
| Copperfield Apartments | 2400 NW 30th St | Oklahoma City | OK | Multifamily | 262 | In Underwriting (Force Placed Coveraged Exists) |
| Capitol on 28th | 215 NE 28th St. | Oklahoma City | OK | Multifamily | 231 | In Underwriting |
| Thrive Jenks | 204 S Riverfront Dr | Jenks | OK | Multifamily | 168 | In Underwriting |