Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Putnam Green
TIC Interest, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**RESPONSE AND LIMITED OBJECTION TO FIRST UNITED BANK AND TRUST CO.'S MOTION TO MODIFY AUTOMATIC STAY AND TO ABANDON PROPERTY**
(Relates to Docket No. 337)

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW Putnam Green TIC Interest, LLC, by and through undersigned counsel, and files this Response and Limited Objection to First United Bank and Trust Co.'s ("First United" or "Bank") Unopposed Motion to Modify Automatic Stay and to Abandon Property as Burdensome [Dkt. No. 337] (the "Motion"), and respectfully states as follows:

1. First United seeks relief from the automatic stay with respect to certain real property located in Oklahoma County, Oklahoma, consisting of two tracts in the Knight Lake Addition and collectively defined in the Motion as the "Property." First United further requests that the Property be abandoned from the bankruptcy estate pursuant to 11 U.S.C. § 554(b).

2. The Motion acknowledges that ownership of, and the Debtor's interest in, the Property is not presently clear. Specifically, First United alleges that the Property is likely owned

by Auerbach-Vesta LLC and Putnam Green TIC Interest, LLC, while also acknowledging that the Debtor may claim an interest in the Property pursuant to a Special Warranty Deed (Deed-in-Lieu of Foreclosure).

3. The Motion further acknowledges pending litigation in the District Court of Oklahoma County, Oklahoma, Case No. CJ-25-8484, involving the Property and naming, among others, the Debtor and First United as defendants.

4. The requested relief is opposed to the extent that abandonment of the Property or modification of the automatic stay could prejudice, impair, determine, or otherwise affect the rights, claims, defenses, liens, interests, or remedies of any party concerning the Property or the pending litigation.

5. Further, no finding or determination should be made in connection with the Motion regarding ownership of the Property, the validity, priority, or extent of any party's asserted interest in the Property, or the amount or validity of any asserted lien or claim, except to the extent necessary for the limited relief properly before the Court.

6. First United alleges that additional junior mortgages and other liens encumber the Property and asserts that there will be little to no equity upon liquidation. Those allegations should not constitute a binding determination of the value of the Property, the existence or amount of equity, or the validity, extent, or priority of any party's interest.

7. To the extent the Court grants any portion of the relief requested, the resulting order should expressly preserve all rights, claims, defenses, liens, and interests of all parties in interest and provide that no findings made in connection with the Motion shall have preclusive effect concerning disputed ownership, lien priority, valuation, or other substantive rights.

WHEREFORE, PREMISES CONSIDERED, Putnam Green TIC Interest, LLC respectfully requests that the Court deny the Motion to the extent it seeks relief that would determine or prejudice the rights or interests of other parties in the Property; alternatively, if the Court grants relief from the automatic stay and/or abandonment, that such relief be expressly subject to and without prejudice to the rights, claims, defenses, liens, and interests of all parties in interest; and grant such other and further relief as the Court deems just and proper.

Dated: September 24, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Putnam Green
TIC Interest, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 24, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer