Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Drexel Flats
Acquisition LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**RESPONSE AND LIMITED OBJECTION TO LSREF7 BADLANDS LOAN TRUST 2026'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
(Relates to Docket No. 338)

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW Drexel Flats Acquisition LLC, by and through undersigned counsel, and files this Response and Limited Objection to LSREF7 Badlands Loan Trust 2026's ("LSREF7" or "Lender") Motion for Relief from the Automatic Stay [Dkt. No. 338] (the "Motion"), and respectfully states as follows:

1. LSREF7 seeks relief from the automatic stay to pursue its alleged non-bankruptcy rights and remedies in connection with a pending foreclosure proceeding in the District Court of Oklahoma County, Oklahoma, Case No. CJ-2026-1275, together with a related interlocutory appeal pending before the Oklahoma Supreme Court in Case No. IN-124122.

2. The Motion concerns certain real property consisting of a multifamily apartment complex located at 8800 Drexel Avenue, Oklahoma City, Oklahoma 73159 (the "Property").

LSREF7 asserts a first-priority security interest in the Property pursuant to a Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing.

3. The Motion acknowledges that the Debtor does not own the Property but may claim certain rights, title, or interests in the Property pursuant to certain Guaranties and Right of First Offer agreements (the "ROFOs"). LSREF7 contends that any interest arising under the ROFOs is junior and inferior to its asserted Mortgage.

4. The requested relief is opposed to the extent that modification of the automatic stay could prejudice, impair, determine, or otherwise affect the rights, claims, defenses, liens, interests, or remedies of any party concerning the Property, the ROFOs, the State Proceeding, or the State Appeal.

5. Further, no finding or determination should be made in connection with the Motion regarding the ownership of the Property, the validity, priority, or extent of LSREF7's asserted lien, the validity, priority, or extent of the ROFOs, or the rights and interests of any other party, except to the extent necessary for the limited relief properly before the Court.

6. LSREF7 asserts that the amount owed under the Loan Documents was $31,843,577.87 as of July 30, 2026, exclusive of certain additional fees and costs, and relies upon a Broker Opinion of Value estimating the Property's value between $27.5 million and $29.5 million. Based upon those figures, LSREF7 contends that there is no equity in the Property.

7. Those allegations should not constitute a binding determination of the value of the Property, the existence or amount of equity, the amount of LSREF7's claim, or the validity, extent, or priority of any party's rights, liens, claims, or interests.

8. LSREF7 further requests authority to continue the State Proceeding and State Appeal through final judgment, including the appointment of a receiver and a foreclosure sale of

the Property. Any such relief should be limited so as not to adjudicate or prejudice the substantive rights, claims, defenses, or interests of other parties.

9. To the extent the Court grants any portion of the relief requested, the resulting order should expressly preserve all rights, claims, defenses, liens, and interests of all parties in interest and provide that no findings made in connection with the Motion shall have preclusive effect concerning ownership, lien priority, valuation, the ROFOs, or other substantive rights.

WHEREFORE,PREMISES CONSIDERED, Drexel Flats Acquisition LLC respectfully requests that the Court deny the Motion to the extent it seeks relief that would determine or prejudice the rights or interests of other parties in the Property; alternatively, if the Court grants relief from the automatic stay, that such relief be expressly subject to and without prejudice to the rights, claims, defenses, liens, and interests of all parties in interest; and grant such other and further relief as the Court deems just and proper.

Dated: September 24, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for Drexel Flats Acquisition LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 24, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer