**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| YSA Investments 1, LLC, | ) | |
| | ) | Case No. 26-12806 (SAH) |
| | ) | |
| Debtor. | ) | |

---

# NOTICE OF INTENT OF AUERBACH OPPORTUNITY FUND I, LP, AUERBACH OPPORTUNITY FUND III, LP, AND AUERBACH OPPORTUNITY FUND IV, LP TO PROCEED WITH ARGUMENT ON LIMITED JOINDER SEEKING APPOINTMENT OF A CHAPTER 11 TRUSTEE

Auerbach Opportunity Fund I, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP (collectively, "Auerbach"), by and through their undersigned counsel, hereby give notice that, notwithstanding the withdrawal by CREO QRS VC LLC and CREO QRS NP LLC (collectively, "CREO") of the Amended Emergency Motion of CREO QRS VC LLC and CREO QRS NP LLC to Appoint a Chapter 11 Trustee, or Alternatively, to Dismiss the Chapter 11 Case of YSA Investments 1, LLC [Docket No. 184] (the "Motion"), Auerbach intends to proceed with argument and the presentation of evidence on its Limited Joinder of Auerbach Opportunity Fund I, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP to the Motion and Brief in Support [Docket No. 346] (the "Joinder"), and to request that the Court appoint a chapter 11 trustee in this case pursuant to 11 U.S.C. § 1104(a). Auerbach further joins in the Amended Motion for Appointment of a Chapter 11 Trustee filed by Fairfax Investors, LLC [Docket No. 232]. Auerbach does not seek dismissal of this case. In support of this Notice, Auerbach respectfully states as follows:

## BACKGROUND

1. On August 21, 2026, CREO filed the Motion, which requested, as its primary relief, the appointment of a Chapter 11 trustee pursuant to 11 U.S.C. § 1104 and, in the alternative, dismissal of this Chapter 11 case.

2. On September 11, 2026, Auerbach filed the Joinder. In the Joinder, Auerbach (a) adopted and incorporated by reference all facts, legal arguments, and authorities set forth in the Motion as if fully restated therein, excepting only those portions of the Motion requesting dismissal; (b) set forth substantial additional facts and argument in support of the appointment of a trustee; (c) affirmatively opposed the alternative request for dismissal; and (d) requested in its own right that the Court enter an order appointing an independent Chapter 11 trustee pursuant to 11 U.S.C. § 1104. Joinder ¶¶ 1, 30, and Conclusion.

3. On September 21, 2026, CREO filed its Notice of Withdrawal of Emergency Motion [Docket No. 383] (the "Withdrawal").

4. Auerbach's Request stands alone and makes separate arguments and requests that of CREO.

## AUERBACH'S REQUEST FOR APPOINTMENT OF A TRUSTEE REMAINS PENDING

5. Section 1104(a) of the Bankruptcy Code provides that, at any time after the commencement of the case but before confirmation of a plan, "on request of a party in interest or the United States trustee, and after notice and a hearing, the court shall order the appointment of a trustee" for cause under § 1104(a)(1), or where appointment is in the interests of creditors, any equity security holders, and other interests of the estate under § 1104(a)(2). The statute does not confine the request to the party that first raises it; any party in interest may make it.

6. Auerbach is a party of interest in this case. As set forth in detail in the Joinder, Auerbach has invested approximately $75,000,000 across the Vesta Portfolio and holds direct equity ownership interests, unsecured creditor positions, preferred equity positions, and contractually reserved governance

rights in Portfolio properties that YSA has scheduled in this case as its own assets. Joinder ¶¶ 2–5. Auerbach may raise and be heard on any issue in this case. 11 U.S.C. § 1109(b).

7. The Auerbach Joinder is therefore an independent request by a party in interest for the relief authorized by § 1104(a). It was not merely an expression of support for CREO's request. Auerbach expressly requested the appointment of a trustee in its own right, supported that request with facts and argument beyond those set forth in the CREO Motion, and took a position on the alternative relief contrary to CREO's. CREO's withdrawal of its own request does not withdraw Auerbach's, and the Withdrawal does not render the Joinder moot.

8. Because the Joinder incorporated the Motion by reference "as if fully restated herein," the factual allegations, legal arguments, and authorities set forth in the Motion pertaining to the appointment of a trustee form part of the Joinder. Auerbach hereby confirms that, notwithstanding the Withdrawal, it continues to adopt and rely upon those matters as its own, together with the additional facts and argument set forth in the Joinder.

9. Parties in interest have had notice of the request for appointment of a trustee since the Motion was filed on August 21, 2026, and of Auerbach's independent request since the Joinder was filed and served on September 11, 2026. Proceeding on the Joinder therefore results in no unfair surprise or prejudice to any party.

## AUERBACH DOES NOT SEEK DISMISSAL

10. Auerbach's position regarding the alternative relief requested in the Motion is unchanged. Auerbach does not seek dismissal of this Chapter 11 case and continues to oppose dismissal for the reasons set forth in the Joinder. Joinder ¶ 30. Nothing in this Notice or in the Joinder should be construed as a request for dismissal or conversion of this case.

## HEARING

11. Auerbach intends to proceed with argument and the presentation of evidence in support of the Joinder at the hearing currently scheduled for October 1, 2026, at 10:00 a.m., or at such other date and time as the Court may set.

12. To the extent the Court determines that, in light of the Withdrawal, the Joinder should be treated as a stand-alone motion or requires additional notice under the Federal Rules of Bankruptcy Procedure or the Local Rules of this Court, Auerbach respectfully requests that the Court treat the Joinder, as supplemented by this Notice, as Auerbach's motion for appointment of a Chapter 11 trustee pursuant to 11 U.S.C. § 1104(a), and set such notice, response deadline, and hearing as the Court deems appropriate. Auerbach will promptly file and serve any supplemental notice the Court may require.

## RESERVATION OF RIGHTS

13. Moreover, as is detailed in Auerbach's Objection to Debtor's Insurance Report filed herein, Debtor has failed to comply with the Court's Interim Order filed August 28, 2026 [Doc 263]. This failure requires the appointment of a Chapter 11 Trustee, sua sponte, without further argument.

Dated: September 23, 2026

Respectfully submitted,

**LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.**

By: /s/Bret Davis
Bret Davis, OBA No. 15079
5621 N. Classen Blvd.
Oklahoma City, OK 73118
405-840-5900
Email: Bdavis@lamunmock.com
Counsel for Auerbach Opportunity Fund I, LP; Auerbach Opportunity Fund III, LP; and Auerbach Opportunity Fund IV, LP

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Court's ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

/s/Bret Davis
Bret Davis

Label Matrix for local noticing
1087-5
Case 26-12543
Western District of Oklahoma
Oklahoma City
Fri Sep 25 10:48:04 CDT 2026

Acima Credit
13907 Minuteman Dr 5th Floor
Draper UT 84020-9869

(p)ALDOUS & ASSOCIATES
PO BOX 171374
HOLLADAY UT 84117-1374

American Collection Services
Attn: Bankruptcy
3100 Sw 59th St.
Oklahoma City OK 73119-6416

(p)CROSSROADS AUTO MALL INC
4816 S SHIELDS BLVD
OKLAHOMA CITY OK 73129-3212

CTC Financial, LLC
c/o Gail E. Stock
5429 LBJ Freeway, Suite 300
Dallas, TX 75240-2645

Camelot Finc
Po Box 30399
Midwest City OK 73140-3399

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City UT 84130-0285

(c)CASADY DENTAL
9405 N PENNSYLVANIA PL
OKLAHOMA CITY OK 73120-3801

Roberto Dion Cates Jr.
11309 N Virginia Ave #A
Oklahoma City, OK 73120-6810

Community Loans
636 W Edmond Rd
Edmond OK 73003-5623

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood MA 02062-2679

Ctc Fin Llc
12400 Coit Rd
Dallas TX 75251-2054

EMERGENCY PHYSICIANS OF MID-AMERICA PC
PO Box 1123
Minneapolis, MN 55440-1123

Flowering Peach BKY, LLC
Peritus Portfolio Services II, LLC
PO Box 1149
GRAPEVINE, TX 76099-1149

(p)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

John T. Hardeman
John Hardeman, Chapter 13 Trustee
PO Box 1948
Oklahoma City, OK 73101-1948

Hunter Warfield
Attention: Bankruptcy
4620 Woodland Corporate Blvd
Tampa FL 33614-2415

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Joe Cooper's Easy Credit Auto
Attn: Bankruptcy
6450 Tinker Diagonal
Midwest City OK 73110-2874

M.A.R.S. Collection Agency
Attn: Bankruptcy
10830 East 45th Street Suite 400
Tulsa OK 74146-3811

M.A.R.S., Inc. (Chisholm Pointe Apartments)
PO Box 470910
Tulsa, OK 74147-0910

Lorena Massey
Oklahoma Tax Commission
PO Box 269056
Oklahoma City, OK 73126-9056

Mercy GoHealth OK
1121 N.W. 63rd St.-Ste. 5001
Oklahoma City OK 73116-6504

Moneyserv
5606 Se 15th St B
Midwest City OK 73110-2607

Ann Mudd
Chris Mudd & Associates
3904 NW 23rd St.
Oklahoma City, OK 73107-2740

Oklahoma Employment Security Commission
PO Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Motor Credit
6450 Tinker Diagonal
Oklahoma City OK 73110-2874

Oklahoma Motor Credit Company
c/o Robinson, Hoover & Fudge, PLLC
P.O. Box 1748
Oklahoma City, OK 73101-1748

Oklahoma Tax Commission
Oklahoma Tax Commission
PO BOX 269056
Oklahoma City, OK 73126-9056

(p)OKLAHOMA TAX COMMISSION
GENERAL COUNSEL S OFFICE
100 N BROADWAY AVE SUITE 1500
OKLAHOMA CITY OK 73102-8601

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Kelly Parker
Lamun Mock Cunnymgham & Davis
5621 N Classen Blvd
Oklahoma City, OK 73118-4015

Pathway Credit
Attn: Bankruptcy
916 Sw 44th Street, Ste A
Oklahoma City OK 73109-3627

(p)POSSIBLE FINANCIAL INC
LEEZA PARADES
PO BOX 98686
LAS VEGAS NV 89193-8686

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Security Finance
Attn: Bankruptcy
Po Box 3146
Spartanburg SC 29304-3146

(p)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

TTCU Federal Credit Union
PO BOX 477550
Tulsa, OK 74147-7505

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Verizon
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon Wireless
Attn: Bankruptcy Department
P.O.Box 408
Newark NJ 07101-0408

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Aldous and Associates, PLLC
Attn: Bankruptcy
Po Box 171374
Holladay UT 84117

CTC Financial, LLC
PO Box 38425
Houston, TX 77238-8425

Global Lending Services LLC
1200 Brookfield Blvd Ste 300
Greenville, South Carolina 29607

(d)Global Lending Services LLC
Attn: Bankruptcy
Po Box 10437
Greenville SC 29603

Jefferson Capital Systems, LLC
PO BOX 7999
ST.CLOUD, MN 56302-9617

Oklahoma Tax Commission
Legal Division
120 N Robinson Suite 2000W
Oklahoma City, OK 73102-7801

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Possible Finance
Attn: Bankruptcy Department
Po Box 98686
Las Vegas NV 89193

Spring Oaks Capital, Llc
Attn: Bankruptcy
P.O. Box 1216
Chesapeake VA 23327

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Casady Dental
9405 N Penn Place
Oklahoma City OK 73120

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Flowering Peach BKY, LLC
Peritus Portfolio Services II, LLC
PO Box 1149
Grapevine TX 76099-1149

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 41 |
| Bypassed recipients | 1 |
| Total | 42 |