**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| YSA Investments 1, LLC, | ) | |
| | ) | Case No. 26-12806 (SAH) |
| | ) | |
| Debtor. | ) | |

**AMENDED AUERBACH OPPORTUNITY FUND I, III, & IV ("AUERBACH GROUP")'S NOTICE OF WITNESSES AND EXHIBITS THAT MAY BE USED AT THE HEARINGS SET FOR OCTOBER 1, 2026**

The Auerbach Opportunity Fund I, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP (collectively, the "**Auerbach Group**") submits this list of witnesses and exhibits that the Auerbach Group may utilize at the hearing on the video hearing to consider the following, to wit:

**(i)** Debtor's request for a Final Order authorizing use of cash collateral and finding secured Creditors are adequately protect [Doc. 7];

**(ii)** All related objections thereto;

**(iii)** Amended Motion for Appointment of Chapter 11 Trustee filed by Fairfax Investors, LLC, and all Joinder Motions;

**(iv)** Joinder, In Part, to Motion to Appoint Chapter 11 Trustee filed by Auerbach Opportunity Fund I, III, and IV [Doc. 345];

**(v)** All Joinder Motions to Appoint a Chapter 11 Trustee filed by any party; and,

**(vi)** Any other matter discussed, all of which are set to be heard October 1, 2026.

The Auerbach Group reserves the right to supplement or amend these lists prior to the hearing.

**A. Witnesses:**

| | **Name:** |
|---|---|
| **1.** | Any witness listed by any other interested party to whom the Auerbach Group does not object. |
| **2.** | The Auerbach Group reserves the right to cross-examine any witness listed by any other party who may testify. |
| **3.** | Rebuttal witnesses as deemed necessary. |
| **4.** | Designated Corporate Representative of Auerbach Group |
| **5.** | Casey Barnett of K Davis Insurance |
| **6.** | Tommy Brown of K Davis Insurance |

**B. Exhibits:**

| | **Description** |
|---|---|
| **1.** | Any exhibit listed by any other interested party to which the Auerbach Group does not object. |
| **2.** | Demonstrative exhibits |
| **3.** | Vesta Master Property List with Auerbach Interests |
| **4.** | Subject Property List |
| **5.** | Interim Order Authorizing Debtor's Use of Cash Collateral 8-8-26 [Doc. 263] |
| **6.** | YSA Investments 1, LLC Insurance Status Report 9-14-26 [Doc. 354] |
| **7.** | Initial Report 9-18-26 [Doc. 373] |
| **8.** | Schedule A/B Assets – Real and Personal Property, YSA Investments 1, LLC [Doc. 237, pgs 6-13] |
| **9.** | Sua Sponte Order Directing the Appointment of a Chapter 11 Trustee, in all of the Above, Related Cases; 26-12825 [Doc. 58] |

**C. Estimated Time to Present Evidence & Argument:**

The Auerbach Group estimates that it will take approximately 1 hour to present any witnesses and exhibits in chief, and approximately 30 minutes to present legal argument to the Court.

Respectfully submitted,

/s/Bret Davis

Bret Davis, OBA #15079
LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
5621 N. Classen Blvd.
Oklahoma City, OK 73118
(405) 840-5900 Fax (405) 842-3132
bdavis@lamunmock.com
Attorney for Auerbach Opportunity Fund I, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Court's ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

/s/Bret Davis
Bret Davis

Label Matrix for local noticing
1087-5
Case 26-12543
Western District of Oklahoma
Oklahoma City
Fri Sep 25 10:48:04 CDT 2026

Acima Credit
13907 Minuteman Dr 5th Floor
Draper UT 84020-9869

(p)ALDOUS & ASSOCIATES
PO BOX 171374
HOLLADAY UT 84117-1374

American Collection Services
Attn: Bankruptcy
3100 Sw 59th St.
Oklahoma City OK 73119-6416

(p)CROSSROADS AUTO MALL INC
4816 S SHIELDS BLVD
OKLAHOMA CITY OK 73129-3212

CTC Financial, LLC
c/o Gail E. Stock
5429 LBJ Freeway, Suite 300
Dallas, TX 75240-2645

Camelot Finc
Po Box 30399
Midwest City OK 73140-3399

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City UT 84130-0285

(c)CASADY DENTAL
9405 N PENNSYLVANIA PL
OKLAHOMA CITY OK 73120-3801

Roberto Dion Cates Jr.
11309 N Virginia Ave #A
Oklahoma City, OK 73120-6810

Community Loans
636 W Edmond Rd
Edmond OK 73003-5623

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood MA 02062-2679

Ctc Fin Llc
12400 Coit Rd
Dallas TX 75251-2054

EMERGENCY PHYSICIANS OF MID-AMERICA PC
PO Box 1123
Minneapolis, MN 55440-1123

Flowering Peach BKY, LLC
Peritus Portfolio Services II, LLC
PO Box 1149
GRAPEVINE, TX 76099-1149

(p)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

John T. Hardeman
John Hardeman, Chapter 13 Trustee
PO Box 1948
Oklahoma City, OK 73101-1948

Hunter Warfield
Attention: Bankruptcy
4620 Woodland Corporate Blvd
Tampa FL 33614-2415

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Joe Cooper's Easy Credit Auto
Attn: Bankruptcy
6450 Tinker Diagonal
Midwest City OK 73110-2874

M.A.R.S. Collection Agency
Attn: Bankruptcy
10830 East 45th Street Suite 400
Tulsa OK 74146-3811

M.A.R.S., Inc. (Chisholm Pointe Apartments)
PO Box 470910
Tulsa, OK 74147-0910

Lorena Massey
Oklahoma Tax Commission
PO Box 269056
Oklahoma City, OK 73126-9056

Mercy GoHealth OK
1121 N.W. 63rd St.-Ste. 5001
Oklahoma City OK 73116-6504

Moneyserv
5606 Se 15th St B
Midwest City OK 73110-2607

Ann Mudd
Chris Mudd & Associates
3904 NW 23rd St.
Oklahoma City, OK 73107-2740

Oklahoma Employment Security Commission
PO Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Motor Credit
6450 Tinker Diagonal
Oklahoma City OK 73110-2874

Oklahoma Motor Credit Company
c/o Robinson, Hoover & Fudge, PLLC
P.O. Box 1748
Oklahoma City, OK 73101-1748

Oklahoma Tax Commission
Oklahoma Tax Commission
PO BOX 269056
Oklahoma City, OK 73126-9056

(p)OKLAHOMA TAX COMMISSION
GENERAL COUNSEL S OFFICE
100 N BROADWAY AVE SUITE 1500
OKLAHOMA CITY OK 73102-8601

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Kelly Parker
Lamun Mock Cunnymgham & Davis
5621 N Classen Blvd
Oklahoma City, OK 73118-4015

Pathway Credit
Attn: Bankruptcy
916 Sw 44th Street, Ste A
Oklahoma City OK 73109-3627

(p)POSSIBLE FINANCIAL INC
LEEZA PARADES
PO BOX 98686
LAS VEGAS NV 89193-8686

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Security Finance
Attn: Bankruptcy
Po Box 3146
Spartanburg SC 29304-3146

(p)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

TTCU Federal Credit Union
PO BOX 477550
Tulsa, OK 74147-7505

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Verizon
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon Wireless
Attn: Bankruptcy Department
P.O.Box 408
Newark NJ 07101-0408

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Aldous and Associates, PLLC
Attn: Bankruptcy
Po Box 171374
Holladay UT 84117

CTC Financial, LLC
PO Box 38425
Houston, TX 77238-8425

Global Lending Services LLC
1200 Brookfield Blvd Ste 300
Greenville, South Carolina 29607

(d)Global Lending Services LLC
Attn: Bankruptcy
Po Box 10437
Greenville SC 29603

Jefferson Capital Systems, LLC
PO BOX 7999
ST.CLOUD, MN 56302-9617

Oklahoma Tax Commission
Legal Division
120 N Robinson Suite 2000W
Oklahoma City, OK 73102-7801

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Possible Finance
Attn: Bankruptcy Department
Po Box 98686
Las Vegas NV 89193

Spring Oaks Capital, Llc
Attn: Bankruptcy
P.O. Box 1216
Chesapeake VA 23327

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Casady Dental
9405 N Penn Place
Oklahoma City OK 73120

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Flowering Peach BKY, LLC<br>Peritus Portfolio Services II, LLC<br>PO Box 1149<br>Grapevine TX 76099-1149 | End of Label Matrix | |
| | Mailable recipients | 41 |
| | Bypassed recipients | 1 |
| | Total | 42 |