**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC.,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**UNITED STATES TRUSTEE'S NOTICE OF WITNESSES AND EXHIBITS THAT MAY BE USED AT THE HEARINGS SET FOR OCTOBER 1, 2026**

The United States Trustee ("**UST**") submits this list of witnesses and exhibits that the UST may utilize at the hearing on the video hearing to consider **(i)** Debtor's request to use cash collateral [Doc. 40] as well as all related responses thereto, **(ii)** Fairfax Investors, LLC's motion for appointment of a Chapter 11 Trustee [Doc. 232], as well as all related responses thereto, and **(iii)** any other matter that are heard October 1, 2026, beginning at 10:00 a.m. The UST reserves the right to supplement or amend these lists prior to the hearing.

**A. Witnesses:**

| | **Name:** |
|---|---|
| **1.** | Any witness listed by any other interested party to whom the UST does not object. |
| **2.** | The UST reserves the right to cross-examine any witness listed by any other interested party who may testify. |
| **3.** | Rebuttal witnesses as deemed necessary |

**B. Exhibits:**

| | **Description:** |
|---|---|
| **1.** | Any exhibit listed by any other interested party to which the UST does not object. |
| **2.** | Demonstrative exhibits. |

**C. Estimated Time to Present Evidence & Argument:**

The UST estimates that it will take approximately 40 minutes to question any witnesses, and approximately 15 minutes to present legal argument to the Court.

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov