Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR FAIRFAX
INVESTORS, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 26-12806-sah** |
| **YSA INVESTMENTS 1, LLC,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

**NOTICE OF ZOOM INFORMATION FOR DEPOSITION OF REBECCA FOWLER**

PLEASE TAKE NOTICE that the Zoom information for the oral deposition of Rebecca Fowler (the "Deponent"), scheduled for September 28, 2026, beginning at 1:30 p.m. CST is as follows:

Topic: **Remote Deposition of Rebecca Fowler**
Time: Sep 28, 2026 01:30 PM Central Time (US and Canada)

**Join Zoom Meeting**
https://us02web.zoom.us/j/82158076055?pwd=tfSJDayRfbmnqb6BZZnbCbB4TknHlD.1

Meeting ID: 821 5807 6055
Passcode: 447455

One tap mobile
+13462487799,,82158076055#,,,,*447455# US (Houston)
+12532050468,,82158076055#,,,,*447455# US

Join by SIP
• 82158076055@zoomcrc.com

Join instructions
https://us02web.zoom.us/meetings/82158076055/invitations?signature=D5W1CIEu52560CPiWzqDsMKfQaAh45NsFwE_FfE8I_U

Dated: September 25, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis TX 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for Fairfax Investors, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer