Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for Fairfax Investors, LLC
and Woodland Oaks Investors, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC.** | § | **CASE NO. 26-12806-SAH** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**WITNESS AND EXHIBIT LIST**

COME NOW Fairfax Investors, LLC and Woodland Oaks Investors, LLC, parties-in-interest in the above-styled case ("Interested Parties"), by and through their undersigned counsel, and hereby disclose the following witnesses and exhibits that they may introduce into evidence, or use in rebuttal, at the hearing scheduled for October 1, 2026 beginning at 10:00 a.m.

**WITNESSES**

| **Witness** | **Subject Matter** |
|---|---|
| Marc Kulick | Mr. Kulick will testify on behalf of the Debtors regarding value and operations of the properties. He will also testify regarding authority to file the bankruptcy cases and YSA's claims and the proposed plan in the cases. |
| Ben Didier | Mr. Didier will testify regarding the Plan and operations at the properties. |
| Rebecca Fowler | Ms. Fowler will testify regarding insurance coverage. |

| | |
|---|---|
| Aharon Diveroli | Mr. Diveroli Bankruptcy filings, Schedules and SOFA, 341meeting, 2nd Lien mortgages, Deeds in Lieu, any other issues regarding Management and control of YSA |
| Efraim Diveroli | Mr. Diveroli Bankruptcy filings, Schedules and SOFA, 341meeting, 2nd Lien mortgages, Deeds in Lieu, any other issues regarding Management and control of YSA |
| Any witness called to testify by any other party or included on any other party's witness list | |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Docket Sheet | | | | |
| 2 | YSA Property Chart | | | | |
| 3 | Transcript of 341 Meeting held September 8, 2026 | | | | |
| 4 | Notice of Non-Compliance on Insurance [Docket No. 384] | | | | |
| 5 | Notice of Deposition of Rebecca Fowler [Docket No. 414] | | | | |
| 6 | Notice of Zoom Information for Deposition of Rebecca Fowler [Docket No. 422] | | | | |
| 7 | Transcript of Deposition of Rebecca Fowler | | | | |
| 8 | Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 237] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Amended Schedules, Statement of Financial Affairs, and List of Creditors [Docket No. 376] | | | | |
| 10 | Debtor's Application to Employ PJD Consultant LLC as Real Estate Consultant [Docket No. 279] | | | | |
| 11 | Objection of Fannie Mae to Debtor's Application to Employ PJD Consultant LLC as Real Estate Consultant [Docket No. 353] | | | | |
| 12 | Objection of CREO QRS VC LLC, Creo QRS NP LLC, and Silver Hill Capital, LLC to Debtor's Application to Employ PJD Consult LLC as Real Estate Consultant [Docket No. 355] | | | | |
| 13 | Omnibus Objection of Yamato OKC Lender, LLC to (A) Debtor's Application to Employ PJD Consult LLC as Real Estate Consultant and (B) Debtor's Application to Employ Capital Assets, Inc. as Property Manager [Docket No. 356] | | | | |
| 14 | Joinder in Objections to Debtor's Application to Employ PJD Consult LLC as Real Estate Consultant [Docket No. 366] | | | | |
| 15 | Complaint to Avoid Transfers and Related Relief, Docket No. 1 in Adversary No. 26-03074, filed in the Louis Investments, LLC Bankruptcy Case | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 16 | Objection to Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Phillips Murrah P.C. As Attorneys for Debtor in Possession [Docket No. 252] | | | | |
| 17 | Sample Second Lien Deed of Trust | | | | |
| 18 | Sample Deed in Lieu of Foreclosure Sale | | | | |
| | Any and all exhibits for foundation, impeachment, or rebuttal | | | | |
| | Any and all exhibits identified by any other party not objected to by Debtors | | | | |

**ESTIMATED TIME TO PRESENT EVIDENCE AND ARGUMENT**

The Interested Parties estimate that it will take approximately 3 hours to question any witnesses, and approximately30 minutes to present legal argument to the Court.

The Interested Parties reserve the right to introduce or call one or more, or none, of the witnesses and exhibits listed above, and reserve the right to call additional witnesses and introduce additional exhibits in rebuttal. The Interested Parties further reserve the right to supplement this list prior to hearing.

Dated: September 25, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for Fairfax Investors, LLC
and Woodland Oaks Investors, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2026, a true and correct copy of the foregoing document was electronically filed and served through the Court's CM/ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer