**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**DEBTOR'S NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 1, 2026, AT 10:00 A.M. (CT)**

Debtor, YSA Investments 1, LLC (the "Debtor"), submits the following notice of proposed agenda on the matters set for Thursday, October 1, 2026, at 10:00 a.m. (CT):

**CONTESTED MATTERS**

1. *Amended Motion for the Appointment of a Chapter 11 Trustee* [Doc. 232] filed by Fairfax Investors, LLC; *Joinder* [Doc. 344] filed by Federal National Mortgage Association

   Response Deadline: Tuesday, September 8, 2026

   Objections: Omnibus Objection [Doc. 324] filed by the Debtor

   Reply: None

   Status: This matter is going forward.

   Estimate of Time Required: Four (4) hours

2. *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing The Debtor's Use of Cash Collateral, (II) Finding That The Prepetition Secured Lenders Are Adequately Protected, And (III) Scheduling a Final Hearing* [Doc. 40]

   Response Deadline: Friday, August 21, 2026

   Objections: Objection [Doc. 7] filed by ACRE Q018 Retention Holder, LLC; Objection [Doc. 12] filed by CREO QRS NP LLC and CREO QRS VC LLC; Limited Objection [Doc. 92] filed by Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC; Objection [Doc. 93] filed by Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC; Omnibus Objection and Reservation of Rights [Doc. 100] filed by CREO QRS NP LLC and CREO QRS VC LLC; Limited Objection [Doc. 102] filed by Auerbach Opportunity Fund 1, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP; Joinder to Objection [Doc. 103] filed by Silver Hill Capital, LLC; Objection

[Doc. 104] filed by Axonic Multifamily Bridge SPV (BC) Trust, DST; Objection [Doc. 196] filed by Federal National Mortgage Association; Objection [Doc. 197] filed by United States Trustee; Limited Objection [Doc. 199] filed by Computershare Trust Company, N.A.; Supplemental Objection [Doc. 200] filed by CREO QRS NP LLC and CREO QRS VC LLC

Reply: None

Status: Interim Orders entered August 28, 2026 [Doc. 263] and September 11, 2026 [Doc. 350]. This matter is going forward.

Estimate of Time Required: One (1) hour.

**WITHDRAWN MATTERS**

1. *Motion to Appoint Chapter 11 Trustee* [Doc. 168] filed by ACRE Q018 Retention Holder, LLC; *Joinder* [Doc. 244] filed by Fairfax Best Living, LLC and Woodland Oaks Best Living, LLC; *Joinder* [Doc. 344] filed by Federal National Mortgage Association

   Response Deadline: Thursday, September 3, 2026

   Objections: Omnibus Objection [Doc. 324] filed by the Debtor

   Reply: None

   Status: Withdrawn on September 23, 2026 [Doc. 395].

   Estimate of Time Required: N/A.

2. *Amended Emergency Motion to Appoint Chapter 11 Trustee, or alternatively, to Dismiss Chapter 11 Case* [Doc. 184] filed by CREO QRS VC LLC and CREO QRS NP LLC; *Joinder* [Doc. 344] filed by Federal National Mortgage Association; *Joinder* [Doc. 346] filed by Auerbach Opportunity Fund I, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP; *Joinder* [Doc. 361] filed by Silver Hill Capital, LLC

   Response Deadline: Friday, September 4, 2026

   Objections: Omnibus Objection [Doc. 324] filed by the Debtor

   Reply: None

   Status: Withdrawn on September 22, 2026 [Doc. 390].

   Estimate of Time Required: N/A.

Respectfully submitted,

*/s/ Jason A. Sansone*
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**