**Dated: September 22, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br><br>Chapter 11 |

**ORDER ADMITTING ATTORNEY PRO HAC VICE**

This matter was considered without hearing on the Application to admit Kevin D. McCullough as counsel Pro Hac Vice filed by Daniel J. Sherman, Chapter 11 Trustee for Debtors 727 Lofts Best Living, LLC, 727 Lofts Holdings, LLC, Remington Ranch's Best Living, LLC, Lofts at North Penn Best Living LLC, A-V Village Creek Owner, LLC, Barcelona Best Living, LLC, Louis Investments, LLC, Woodland Manor Best Living, LLC, Woodland Manor TIC 1, LLC and Ridge Best Living, LLC ("Movant") [Doc. No. 388]. The Court, having reviewed the application and for good cause shown, finds the Application should be granted.

IT IS THEREFORE ORDERED that Kevin D. McCullough may appear before the Court Pro Hac Vice as counsel for Movant in this case and in the related cases subject to the local rules of this Court. Mr. McCullough shall immediately apply to become a registered user of CM/ECF in this district with full filing privileges in this case or any other cases in which this Court has entered an order admitting the movant pro hac vice.

All findings of fact are based on representation of Counsel.

Movant will effectuate service on all interested parties.

###

APPROVED FOR ENTRY:

/s/ Heath T. Albert
Heath T. Albert, OBA #34603
Porter Hedges LLP
5520 N. Francis Avenue
Oklahoma City, Oklahoma 73118
Telephone: 405-254-5727
halbert@porterhedges.com

***Proposed Local and Co-Counsel for Daniel J. Sherman, Chapter 11 Trustee for Debtors 727 Lofts Best Living, LLC, 727 Lofts Holdings, LLC, Remington Ranch's Best Living, LLC, Lofts at North Penn Best Living LLC, A-V Village Creek Owner, LLC, Barcelona Best Living, LLC, Louis Investments, LLC, Woodland Manor Best Living, LLC, Woodland Manor TIC 1, LLC, and Ridge Best Living, LLC***