**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**DEBTOR'S NOTICE OF WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 1, 2026, AT 10:00 A.M. (CT) AND ESTIMATED LENGTH OF TIME FOR HEARING**

Debtor, YSA Investments 1, LLC (the "Debtor"), submits the following list of exhibits it may offer and witnesses it may call at the upcoming hearing currently set on Thursday, October 1, 2026, at 10:00 A.M. prevailing Central Time, before the Honorable Judge Sarah Hall, U.S. Bankruptcy Court Western District of Oklahoma, Ninth Floor Courtroom, 215 Dean A McGee Ave., Oklahoma City, OK 73102:

**Exhibits**

The Debtor may offer the following exhibits:

1. *Debtor's Omnibus Response in Opposition to Motions to Appoint a Chapter 11 Trustee* [Doc. 324];

2. *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing The Debtor's Use of Cash Collateral, (II) Finding That The Prepetition Secured Lenders Are Adequately Protected, And (III) Scheduling a Final Hearing* [Doc. 40];

3. *Interim Order (I) Authorizing The Debtor's Use of ACRE's Cash Collateral, (II) Finding That ACRE Is Adequately Protected, And (III) Scheduling a Final Hearing* [Doc. 119];

4. *Interim Order Authoring Debtor's Use of Cash Collateral* [Doc. 263];

5. *Interim Order (I) Authorizing The Debtor's Use of Cash Collateral, (II) Finding That Prepetition Secured Lenders Are Adequately Protected, And (III) Scheduling a Final Hearing* [Doc. 350];

6. Certificates of Insurance;

7. Post-Trial Memorandum Opinion, dated June 9, 2026;

8. Action by Written Consent of the Member and the Manager of YSA Investments 1, LLC [Doc. 1];

9. Debtor's Amended Cash Collateral Budget;

10. All filings, schedules, and reports in this Chapter 11 proceeding;

11. All filings, schedules, and reports in *Louis Investments, LLC*, case no. 26-12851-SAH;

12. All filings in *Louis Investments, LLC v. YSA Investments 1, LLC*, adversary case no. 26-01041-SAH;

13. All filings in *Louis Investments, LLC, et al. v. YSA Investments 1, LLC*, adversary case no. 26-01042-SAH;

14. All filings, schedules, and reports in *Jenk's Best Living, LLC*, case no. 26-12812-SAH;

15. All filings in *Jenk's Best Living, LLC v. YSA Investments 1, LLC, et al.*, adversary case no. 26-01040-SAH;

16. All filings, schedules, and reports in *Fairfax Investors, LLC*, case no. 26-11984-SAH[1];

---

[1] The jointly administered cases are *Fairfax Investors, LLC* (Case No. 26-11984), *Fairfax Best Living, LLC* (Case No. 26-1 I 985), *Woodland Oaks Best Living, LLC* (Case No. 26-11986), and *Woodland Oaks Investors, LLC* (Case No. 26- 1 1987).

17. Any and all exhibits listed by other parties in interest to which the Debtor has no objection, or to which any objection by the Debtor has been withdrawn or waived;

18. Any exhibit identified by the Debtor to which no other party objects, or to which any such objection has been withdrawn or waived; and

19. Any exhibits necessary for rebuttal.

**Witnesses**

The Debtor may call the following witnesses:

1. Aharon Diveroli;

2. Parker Detweiler;

3. Greg Wright;

4. Corporate Representative of the Debtor;

5. Any witness needed to identify or authenticate any record or document;

6. Any witness identified by any other party and not objected to by the Debtor, or to which any objection by the Debtor has been withdrawn or waived;

7. All witnesses called by the Debtor to which any other party does not object, or to which any such objection has been withdrawn or waived; and

8. Any witness necessary for rebuttal.

**Estimate of Time**

Estimated time to present evidence and argument: Five (5) hours.

The Debtor reserves the right to supplement and amend this witness and exhibit list as necessary.

Respectfully submitted,

*/s/ Jason A. Sansone*
Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**