**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**SUBMISSION OF CERTIFICATES OF INSURANCE**

YSA Investments 1, LLC, submits the attached certificates of insurance.

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/28/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | |
|---|---|
| Fowler Consulting LLC<br>1100 Biscayne Blvd<br>Unit 3904<br>Miami FL 33132 | CONTACT NAME: Rebecca Fowler<br>PHONE (A/C, No, Ext): 816-547-2898 FAX (A/C, No):<br>E-MAIL ADDRESS: becca@fowleradvising.com |

| INSURED | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| YSA Investments 1 LLC<br>Interchange Claims Group LLC<br>8 The Green, Ste B<br>Dover DE 19901 | INSURER A : Kinsale Insurance Company | 38920 |
| | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [ ] PRO-JECT [X] LOC<br>OTHER: | | | 0100474902-0 | 09/01/2026 | 09/01/2027 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR<br>[ ] EXCESS LIAB [ ] CLAIMS-MADE<br>[ ] DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ]<br>**(Mandatory in NH)**<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | | | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Apartment Buildings - 29 scheduled locations; see attached ACORD 101 Additional Remarks Schedule for the full Schedule of Insured Locations. Locations #8 through #29 added by endorsement effective 09/25/2026. General Aggregate Limit (per endorsement CAS4005-0310) applies separately per scheduled location: $2,000,000 General Aggregate each location, subject to a $5,000,000 General Aggregate cap for all locations combined. Each Occurrence Limit remains $1,000,000 and is not affected by location. Named Insureds: YSA Investments 1 LLC and Interchange Claims Group LLC.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Proof of Insurance | **SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.** |
| | AUTHORIZED REPRESENTATIVE<br>Rebecca Fowler |

© 1988-2015 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

**AGENCY CUSTOMER ID:** ______________________

**LOC #:** ______________

# ADDITIONAL REMARKS SCHEDULE



| AGENCY | | NAMED INSURED |
|---|---|---|
| Fowler Consulting LLC | | YSA Investments 1 LLC<br>Interchange Claims Group LLC<br>8 The Green, Ste B<br>Dover, DE 19901 |
| **POLICY NUMBER** | | |
| 0100474902-0 | | |
| **CARRIER** | **NAIC CODE** | |
| Kinsale Insurance Company | 38920 | **EFFECTIVE DATE:** 09/01/2026 |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** 25 **FORM TITLE:** Certificate of Liability Insurance

SCHEDULE OF INSURED LOCATIONS - General Liability, Policy 0100474902-0

Location #1, Copperfield Apartments, 2400 NW 30th St, Oklahoma City, OK 73112
Location #2, 727 Lofts, 727 E Main Pl, Jenks, OK 74037
Location #3, Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037
Location #4, Barcelona Apartments, 5160 S Yale Ave, Tulsa, OK 74135
Location #5, Lexington Commons, 5530 Colony Way, Bartlesville, OK 74006
Location #6, Eaton Place, 517 E Douglas Ave, Wichita, KS 67202
Location #7, The Canopy Apartments, 9201 Kanis Rd, Little Rock, AR 72205
Location #8, One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145
Location #9, Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136
Location #10, Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129
Location #11, Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129
Location #12, 23 East Apartments, 11327 E 23rd St, Tulsa, OK 74129
Location #13, Village Creek at 67th, 6630 S Zunis Ave, Tulsa, OK 74136
Location #14, Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105
Location #15, Woodland Manor, 8641 E 61st St, Tulsa, OK 74133
Location #16, Bryan Hill Apartments, 7204 NW 36th St, Bethany, OK 73008
Location #17, Capitol on 28th, 215 NE 28th St, Oklahoma City, OK 73105
Location #18, Lofts at North Penn, 15501 N Pennsylvania Ave, Edmond, OK 73013
Location #19, Muntage Apartment Homes, 3041 NW 41st St, Oklahoma City, OK 73112
Location #20, Putnam Green Apartments, 7525 Knight Lake Dr, Oklahoma City, OK 73132
Location #21, Remington Ranch Apartments, 1815 N Boomer Rd, Stillwater, OK 74075
Location #22, Seminole Ridge, 125 W I-240 Service Road, Oklahoma City, OK 73139
Location #23, Springdale Village, 4330 S Barnes Ave, Oklahoma City, OK 73119
Location #24, Summer Oaks, 5744 NW 16th St, Oklahoma City, OK 73127
Location #25, The Classen, 2200 N Classen Blvd, Oklahoma City, OK 73106
Location #26, The Montgomery, 500 W Main St, Oklahoma City, OK 73102
Location #27, The Ridge Apartments, 3834 N Oak Grove Dr, Oklahoma City, OK 73110
Location #28, Tuscany Village, 6900 London Way, Oklahoma City, OK 73132
Location #29, Woodscape Apartments, 4200 N Meridian Ave, Oklahoma City, OK 73112


© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD