**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br><br>Chapter 11 |

**APPLICATION FOR ADMISSION OF MEGAN YOUNG-JOHN PRO HAC VICE**

Daniel J. Sherman, Chapter 11 Trustee for Debtors 727 Lofts Best Living, LLC, 727 Lofts Holdings, LLC, Remington Ranch's Best Living, LLC, Lofts at North Penn Best Living LLC, A-V Village Creek Owner, LLC, Barcelona Best Living, LLC, Louis Investments, LLC, Woodland Manor Best Living, LLC, and Ridge Best Living, LLC ("Movant") applies to the Court for an order admitting Megan Young-John to the bar of this Court for the limited purpose of representing Movant in the above-captioned matter and the related cases.[1] In support of this application, Movant states:

1. Megan Young-John is an attorney in good standing and is licensed to practice law in the State of Texas.

2. Ms. Young-John has never been disbarred or suspended from practicing in any court in any jurisdiction, nor reprimanded or censured in any disciplinary proceedings.

---

[1] The Debtors in these related matters in which Daniel J. Sherman will serve as Chapter 11 Trustee, along with the case numbers are: 727 Lofts Best Living, LLC (26-12825-SAH); 727 Lofts Holdings, LLC (26-12826-SAH); Remington Ranch's Best Living, LLC (26-12842-SAH); Lofts at North Penn Best Living, LLC (26-12844-SAH); Barcelona Best Living, LLC (26-12850-SAH); Louis Investments, LLC (26-12851-SAH); Woodland Manor Best Living, LLC (26-12858-SAH); Woodland Manor TIC 1, LLC (26-12859-SAH); Ridge Best Living, LLC (26-12869-SAH); and A-V Village Creek Owner, LLC (26-32922-SAH). Mr. Sherman will also appear as a party of interest in the matters of Fairfax Investors, LLC (26-11984-SAH); Fairfax Best Living, LLC (26-11985-SAH); Woodland Oaks Best Living, LLC (26-11986-SAH); Woodland Oaks Investors, LLC (26-11987-SAH); Jenk's Best Living, LLC (26-12806-SAH); and YSA Investments 1, LLC (26-12806-SAH).

3. Ms. Young-John understands that if this application is granted, she will be subject to the disciplinary jurisdiction of this Court.

4. Ms. Young-John's executed Request for Admission Pro Hac Vice is attached to this application as Exhibit 1.

5. The undersigned, Heath T. Albert, is an attorney in good standing and is licensed to practice law before this Court. Mr. Albert has personally appeared in this case. Mr. Albert is a resident of Oklahoma and maintains a law office in Oklahoma City, Oklahoma.

WHEREFORE, Movant requests the entry of an order allowing Megan Young-John to practice before this Court for the purpose of representing Movant in the above-captioned matter.

Respectfully submitted,

/s/ Heath T. Albert

Heath T. Albert, OBA #34603
PORTER HEDGES LLP
5520 N. Francis Avenue
Oklahoma City, Oklahoma 73118
Telephone: 405-254-5727
halbert@porterhedges.com

***Proposed Co-General Counsel for Daniel J. Sherman, Chapter 11 Trustee for Debtors 727 Lofts Best Living, LLC, 727 Lofts Holdings, LLC, Remington Ranch's Best Living, LLC, Lofts at North Penn Best Living LLC, A-V Village Creek Owner, LLC, Barcelona Best Living, LLC, Louis Investments,***

***LLC, Woodland Manor Best Living, LLC, and Ridge Best Living, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Court's ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

s/ Heath T. Albert
Heath T. Albert