**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

In re:

YSA INVESTMENTS 1, LLC,

Debtor.

Case No. 26-12806-SAH
Chapter 11

**CORRECTED SUBMISSION OF CERTIFICATES OF INSURANCE**

YSA Investments 1, LLC, submits the attached certificates of insurance.

PHILLIPS MURRAH P.C.

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys for Debtor**

# ACORD® EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/28/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132<br>PHONE (A/C, No, Ext): 816-547-2898 | COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>NAIC NO: 17327 |
| FAX (A/C, No):<br>E-MAIL ADDRESS: certificates@fowleradvising.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| CODE: SUB CODE: | POLICY TYPE: Property |
| AGENCY CUSTOMER ID #: | |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8 The Green, Ste B<br>Dover DE 19901 | LOAN NUMBER:<br>POLICY NUMBER: INP-00804-26 |
| | EFFECTIVE DATE: 09/01/2026<br>EXPIRATION DATE: 09/01/2027<br>☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required) ☒ BUILDING OR ☒ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION: 29 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit ☐ Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

☐ MORTGAGEE ☐ CONTRACT OF SALE
☐ LENDERS LOSS PAYABLE

NAME AND ADDRESS: Proof of Insurance

LENDER SERVICING AGENT NAME AND ADDRESS:

AUTHORIZED REPRESENTATIVE: Rebecca Fowler


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

### Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: 09/01/2026 - 09/01/2027 | Total Program Limit: $150,000,000

| Layer | Insurer | Limit / Share | Policy Number |
|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | P-001-002112467-01 |

### Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carrier (Statement of Values, all 29 scheduled locations combined), effective 09/25/2026: $873,480,668.
Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $150,000,000 program limit across all layers) applies in the aggregate across all scheduled locations combined, rather than as a separate limit or sub-limit assigned to any individual location.

### Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

### Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

### Schedule of Insured Locations

| Loc # | Property / Address | Date Added to Policy |
|---|---|---|
| 1 | Copperfield Apartments, 2400 NW 30th St, Oklahoma City, OK 73112 | Added 09/21/2026 |
| 2 | 727 Lofts, 727 E Main Pl, Jenks, OK 74037 | Added 09/21/2026 |
| 3 | Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037 | Inception 09/01/2026 |
| 4 | Barcelona Apartments, 5160 S Yale Ave, Tulsa, OK 74135 | Added 09/21/2026 |
| 5 | Lexington Commons, 5530 Colony Way, Bartlesville, OK 74006 | Added 09/21/2026 |
| 6 | Eaton Place, 517 E Douglas Ave, Wichita, KS 67202 | Added 09/21/2026 |
| 7 | The Canopy Apartments, 9201 Kanis Rd, Little Rock, AR 72205 | Added 09/21/2026 |
| 8 | One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026* |
| 9 | Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026* |
| 10 | Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026* |
| 11 | Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026* |
| 12 | 23 East Apartments, 11327 E 23rd St, Tulsa, OK 74129 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026* |
| 13 | Village Creek at 67th, 6630 S Zunis Ave, Tulsa, OK 74136 | Added 09/25/2026* |
| 14 | Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026* |
| 15 | Woodland Manor, 8641 E 61st St, Tulsa, OK 74133 | Added 09/25/2026* |
| 16 | Bryan Hill Apartments, 7204 NW 36th St, Bethany, OK 73008 | Added 09/25/2026* |
| 17 | Capitol on 28th, 215 NE 28th St, Oklahoma City, OK 73105 | Added 09/25/2026* |
| 18 | Lofts at North Penn, 15501 N Pennsylvania Ave, Edmond, OK 73013 | Added 09/25/2026* |
| 19 | Muntage Apartment Homes, 3041 NW 41st St, Oklahoma City, OK 73112 | Added 09/25/2026* |
| 20 | Putnam Green Apartments, 7525 Knight Lake Dr, Oklahoma City, OK 73132 | Added 09/25/2026* |
| 21 | Remington Ranch Apartments, 1815 N Boomer Rd, Stillwater, OK 74075 | Added 09/25/2026* |
| 22 | Seminole Ridge, 125 W I-240 Service Road, Oklahoma City, OK 73139 | Added 09/25/2026* |
| 23 | Springdale Village, 4330 S Barnes Ave, Oklahoma City, OK 73119 | Added 09/25/2026* |
| 24 | Summer Oaks, 5744 NW 16th St, Oklahoma City, OK 73127 | Added 09/25/2026* |
| 25 | The Classen, 2200 N Classen Blvd, Oklahoma City, OK 73106 | Added 09/25/2026* |
| 26 | The Montgomery, 500 W Main St, Oklahoma City, OK 73102 | Added 09/25/2026* |
| 27 | The Ridge Apartments, 3834 N Oak Grove Dr, Oklahoma City, OK 73110 | Added 09/25/2026* |
| 28 | Tuscany Village, 6900 London Way, Oklahoma City, OK 73132 | Added 09/25/2026* |
| 29 | Woodscape Apartments, 4200 N Meridian Ave, Oklahoma City, OK 73112 | Added 09/25/2026* |

* Locations #8 through #29 were insured under the $10,000,000 primary layer only (Policy INP-00804-26) from 09/25/2026 through 09/27/2026. Effective 09/28/2026, coverage on these locations increased to the full $150,000,000 program limit (all layers) and the standalone Equipment Breakdown policy.

### Schedule Change History

**09/01/2026 (Inception):** Locations #3, #8, #9, #10, #11, #12, #14 scheduled at binding, all layers ($150,000,000).
**09/21/2026 Endorsement:** Added Locations #1, #2, #4, #5, #6, #7; removed Locations #8, #9, #10, #11, #12, #14.
**09/25/2026 Endorsement:** Added Locations #8 through #29 (re-adding Locations #8, #9, #10, #11, #12, #14) to the $10,000,000 primary layer only.
**09/28/2026 Endorsements:** Locations #8 through #29 added to all excess layers (Layers 2, 3 and 4) and the Equipment Breakdown policy; coverage on these locations increased from $10,000,000 to the full $150,000,000 program limit.

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/28/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
Fowler Consulting LLC
1100 Biscayne Blvd
Unit 3904
Miami FL 33132

CONTACT NAME: Rebecca Fowler
PHONE (A/C, No, Ext): 816-547-2898 FAX (A/C, No):
E-MAIL ADDRESS: becca@fowleradvising.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Kinsale Insurance Company | 38920 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
YSA Investments 1 LLC
Interchange Claims Group LLC
8 The Green, Ste B
Dover DE 19901

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY; CLAIMS-MADE; X OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: POLICY; PRO-JECT; X LOC; OTHER: | | | 0100474902-0 | 09/01/2026 | 09/01/2027 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY; ANY AUTO; OWNED AUTOS ONLY; SCHEDULED AUTOS; HIRED AUTOS ONLY; NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB; OCCUR; EXCESS LIAB; CLAIMS-MADE; DED; RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N; ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? **(Mandatory in NH)**; If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | | | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Apartment Buildings - 29 scheduled locations; see attached ACORD 101 Additional Remarks Schedule for the full Schedule of Insured Locations and the date each location was added to (or removed from) this policy. General Aggregate Limit (per endorsement CAS4005-0310) applies separately per scheduled location: $2,000,000 General Aggregate each location, subject to a $5,000,000 General Aggregate cap for all locations combined. Each Occurrence Limit remains $1,000,000 and is not affected by location. Named Insureds: YSA Investments 1 LLC and Interchange Claims Group LLC.

**CERTIFICATE HOLDER**

Proof of Insurance

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

AUTHORIZED REPRESENTATIVE
Rebecca Fowler

© 1988-2015 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID:

LOC #:

ACORD®

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | | NAMED INSURED |
|---|---|---|
| Fowler Consulting LLC | | YSA Investments 1 LLC<br>Interchange Claims Group LLC<br>8 The Green, Ste B<br>Dover, DE 19901 |
| POLICY NUMBER: 0100474902-0 | | |
| CARRIER: Kinsale Insurance Company | NAIC CODE: 38920 | EFFECTIVE DATE: 09/01/2026 |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** 25 **FORM TITLE:** Certificate of Liability Insurance

**SCHEDULE OF INSURED LOCATIONS - General Liability, Policy 0100474902-0**

| Loc # | Property / Address | Date Added to Policy |
|---|---|---|
| 1 | Copperfield Apartments, 2400 NW 30th St, Oklahoma City, OK 73112 | Added 09/21/2026 |
| 2 | 727 Lofts, 727 E Main Pl, Jenks, OK 74037 | Added 09/21/2026 |
| 3 | Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037 | Inception 09/01/2026 |
| 4 | Barcelona Apartments, 5160 S Yale Ave, Tulsa, OK 74135 | Added 09/21/2026 |
| 5 | Lexington Commons, 5530 Colony Way, Bartlesville, OK 74006 | Added 09/21/2026 |
| 6 | Eaton Place, 517 E Douglas Ave, Wichita, KS 67202 | Added 09/21/2026 |
| 7 | The Canopy Apartments, 9201 Kanis Rd, Little Rock, AR 72205 | Added 09/21/2026 |
| 8 | One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 9 | Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 10 | Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 11 | Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 12 | 23 East Apartments, 11327 E 23rd St, Tulsa, OK 74129 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 13 | Village Creek at 67th, 6630 S Zunis Ave, Tulsa, OK 74136 | Added 09/25/2026 |
| 14 | Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 15 | Woodland Manor, 8641 E 61st St, Tulsa, OK 74133 | Added 09/25/2026 |
| 16 | Bryan Hill Apartments, 7204 NW 36th St, Bethany, OK 73008 | Added 09/25/2026 |
| 17 | Capitol on 28th, 215 NE 28th St, Oklahoma City, OK 73105 | Added 09/25/2026 |
| 18 | Lofts at North Penn, 15501 N Pennsylvania Ave, Edmond, OK 73013 | Added 09/25/2026 |
| 19 | Muntage Apartment Homes, 3041 NW 41st St, Oklahoma City, OK 73112 | Added 09/25/2026 |
| 20 | Putnam Green Apartments, 7525 Knight Lake Dr, Oklahoma City, OK 73132 | Added 09/25/2026 |
| 21 | Remington Ranch Apartments, 1815 N Boomer Rd, Stillwater, OK 74075 | Added 09/25/2026 |
| 22 | Seminole Ridge, 125 W I-240 Service Road, Oklahoma City, OK 73139 | Added 09/25/2026 |
| 23 | Springdale Village, 4330 S Barnes Ave, Oklahoma City, OK 73119 | Added 09/25/2026 |
| 24 | Summer Oaks, 5744 NW 16th St, Oklahoma City, OK 73127 | Added 09/25/2026 |
| 25 | The Classen, 2200 N Classen Blvd, Oklahoma City, OK 73106 | Added 09/25/2026 |
| 26 | The Montgomery, 500 W Main St, Oklahoma City, OK 73102 | Added 09/25/2026 |
| 27 | The Ridge Apartments, 3834 N Oak Grove Dr, Oklahoma City, OK 73110 | Added 09/25/2026 |
| 28 | Tuscany Village, 6900 London Way, Oklahoma City, OK 73132 | Added 09/25/2026 |
| 29 | Woodscape Apartments, 4200 N Meridian Ave, Oklahoma City, OK 73112 | Added 09/25/2026 |

**SCHEDULE CHANGE HISTORY**

**09/01/2026 (Inception):** Locations #3, #8, #9, #10, #11, #12, #14 scheduled at binding.

**09/21/2026 Endorsement:** Added Locations #1, #2, #4, #5, #6, #7; removed Locations #8, #9, #10, #11, #12, #14.

**09/25/2026 Endorsement:** Added Locations #8 through #29, including re-adding Locations #8, #9, #10, #11, #12, #14.


© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD