**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT the undersigned hereby appears in the above-captioned case (the "Case") as proposed local and co-counsel on behalf of Daniel J. Sherman, Chapter 11 Trustee, and hereby requests copies of all notices given or required to be given in this Case and all papers served in this case at the address, telephone/facsimile numbers and/or email, as follows:

Megan Young-John
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6625
Facsimile: (713) 226-6225
Email: myoung-john@porterhedges.com

and

Heath T. Albert
Porter Hedges LLP
5520 N. Francis Avenue
Oklahoma City, Oklahoma 73118
Telephone: (405) 254-5729
Facsimile: (405) 232-5553
Email: halbert@porterhedges.com

This request encompasses all notices, copies, and pleadings referred to in title 11 of the United States Code or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, any and all notices of any orders, motions,

demands, complaints, petitions, pleadings, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect this case.

Respectfully submitted this 28th day of September, 2026.

Respectfully submitted,

/s/Megan Young-John
Heath T. Albert, OBA #34603
PORTER HEDGES LLP
5520 N. Francis Avenue
Oklahoma City, Oklahoma 73118
Telephone: 405-254-5727
halbert@porterhedges.com

Megan Young-John
TX State Bar No. 24088700 (*Pro Hac* pending)
PORTER HEDGES LLP
1000 Main St., 36th Floor
Houston, TX 77002
Telephone: (713) 226-6625
myoung-john@porterhedges.com

***Proposed Co-General Counsel for Daniel J. Sherman, Chapter 11 Trustee for Debtors 727 Lofts Best Living, LLC, 727 Lofts Holdings, LLC, Remington Ranch's Best Living, LLC, Lofts at North Penn Best Living LLC, A-V Village Creek Owner, LLC, Barcelona Best Living, LLC, Louis Investments, LLC, Woodland Manor Best Living, LLC, Woodland Manor TIC 1, LLC, and Ridge Best Living, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Court's ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

s/ Megan Young-John
Megan Young-John