Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for Fairfax Investors, LLC
and Woodland Oaks Investors, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC**. | § | **CASE NO. 26-12806-SAH** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**AMENDED WITNESS LIST**

COME NOW Fairfax Investors, LLC and Woodland Oaks Investors, LLC, parties-in-interest in the above-styled case ("Interested Parties"), by and through their undersigned counsel, and hereby file this Amended Witness List for the hearing scheduled for October 1, 2026 beginning at 10:00 a.m.

**WITNESSES**

| **Witness** | **Subject Matter** |
|---|---|
| Marc Kulick | Mr. Kulick will testify on behalf of the Debtors regarding value and operations of the properties. He will also testify regarding authority to file the bankruptcy cases and YSA's claims and the proposed plan in the cases. |
| Ben Didier | Mr. Didier will testify regarding the Plan and operations at the properties. |
| Rebecca Fowler | Ms. Fowler will testify regarding insurance coverage. |

| | |
|---|---|
| Aharon Diveroli | Mr. Diveroli will testify regarding Bankruptcy filings, Schedules and SOFA, 341meeting, 2nd Lien mortgages, Deeds in Lieu, any other issues regarding Management and control of YSA |
| Efraim Diveroli | Mr. Diveroli will testify regarding Bankruptcy filings, Schedules and SOFA, 341meeting, 2nd Lien mortgages, Deeds in Lieu, any other issues regarding Management and control of YSA |
| Jamie Young<br>Regional Property Manager<br>Vesta Corporate | Ms. Young will testify regarding performance prior to the YSA 2nd mortgages, performance after the 2nd mortgages and the overall effects on the ground of YSA actions |
| Justin Wilson<br>Managing Director, Newmark Knight Frank Oklahoma | Mr. Wilson will testify regarding Valuations of the portfolio prior to YSA, experience listing and selling our properties and the effects of the chaos on the current valuations |
| Reynaldo Diaz<br>Owner of Property Doctor Services | Mr. Diaz will testify to the effects of YSAs actions on hardworking vendors |
| Sherri Stewart<br>Property Manager of Riverpark Apartments | Ms. Stewart will testify as to what is happening on site at a YSA managed property today |
| Any witness called to testify by any other party or included on any other party's witness list | |

**<u>ESTIMATED TIME TO PRESENT EVIDENCE AND ARGUMENT</u>**

The Interested Parties estimate that it will take approximately 3 hours to question any witnesses, and approximately 30 minutes to present legal argument to the Court.

The Interested Parties reserve the right to introduce or call one or more, or none, of the witnesses listed above, and reserve the right to call additional witnesses in rebuttal. The Interested Parties further reserve the right to supplement this list prior to hearing.

Dated: September 28, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for Fairfax Investors, LLC
and Woodland Oaks Investors, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 28, 2026, a true and correct copy of the foregoing document was electronically filed and served through the Court's CM/ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer