Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax
Investors, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**NOTICE OF CERTIFICATE OF NONAPPEARANCE**
(Relates to Docket No. 414)

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

Fairfax Investors, LLC, by and through its undersigned counsel, files this Notice of Nonappearance of Rebecca Fowler at the deposition scheduled for September 28, 2026, at 1:30 p.m.

Dated: September 29, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Investors, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 29, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: )
)
YSA INVESTMENTS 1, LLC, ) Case No. 26-12806-SAH
) Chapter 11
Debtor. )

CERTIFICATE OF NONAPPEARANCE OF
REBECCA FOWLER
SEPTEMBER 28, 2026

I, Therese J. Casterline, Registered Merit Reporter, Certified Realtime Reporter, and Certified Shorthand Reporter in and for the State of Texas, certify:

That I appeared via Zoom at Denton County, Texas, on the 28th day of September, 2026, to report the deposition of REBECCA FOWLER, scheduled for 1:30 p.m.;

That by 1:30 p.m., REBECCA FOWLER had not appeared for her deposition.

Present for the deposition was:

FOR FAIRFAX INVESTORS, LLC:

Ms. Joyce W. Lindauer
LINDAUER & VAUGHN
117 South Dallas Street
Ennis, Texas 75119
972-503-4033
joyce@joycelindauer.com

FOR THE AUERBACH GROUP OF FUNDS:

Mr. Bret Davis
LAMUN MOCK CUNNYNGHAM & DAVIS
5621 North Classen Boulevard
Oklahoma City, Oklahoma 73118
405-840-5900
bdavis@lamunmock.com

FOR FANNIE MAE:

Mr. Gatlin Squires
MCAFEE & TAFT
211 North Robinson Avenue
8th Floor
Oklahoma City, Oklahoma 73102
405-235-9621
gatlin.squires@mcafeetaft.com

ALSO PRESENT:

Mr. Peter Auerbach

P R O C E E D I N G S

**MS. LINDAUER:** Just for the record, if you don't mind, get sort of like a little roll call of who's on here so that we know who did appear.

I know Bret, and I know Peter. I didn't know if there was anybody else that's appeared.

**THE REPORTER:** Would you like them to state their appearance on the record, then?

**MS. LINDAUER:** Yeah, that would be helpful.

**MR. DAVIS:** Yeah, this is Bret Davis appearing for the Auerbach Group of Funds, and my client represented -- my client, Peter Auerbach's, on the call as well.

**MR. SQUIRES:** And then this is Gatlin Squires on behalf of Fannie Mae.

**MS. LINDAUER:** Okay. And, Therese, I'm going to assume -- I'm Joyce Lindauer here on behalf of Fairfax Investors.

**THE REPORTER:** Thank you.

**MS. LINDAUER:** Thank you.

So we're on the record. We had noticed for this afternoon, 1:30 Central Time, the deposition of Rebecca Fowler.

Ms. Fowler is the broker on some commercial insurance through a company called Fowler Consulting, LLC, related to a company called YSA Investments 1, LLC.

Ms. Fowler was provided a notice of deposition and subpoena. She was provided that by email on September 24th, 2026. She was also provided the same notice and subpoena by Federal Express, which she should have received today, and that would be September 28th, 2026.

Her lawyer, a gentleman by the name of Jason Stitt, S-T-I-T-T, with a firm -- let's see the name of his firm -- Kutak, K-U-T-A-K, Rock, LLP, in Wichita, Kansas -- sent me an email today advising that his client would not be appearing for her deposition today, that they didn't think the notice was reasonable, and they were also complaining that she had not been provided an adequate witness fee.

I then sent a response to Mr. Stitt, and spoke to him on the phone, explained to him what the issue was with regard to the insurance that Ms. Fowler had provided.

And he said he would look into it, and then I suggested if she didn't want to appear for a deposition, she, at a minimum, could give us a

declaration, which we drafted for her, explaining what the status of the insurance is.

Today at 1:19, I got a notice from Mr. Stitt that Ms. Fowler would not be appearing for her deposition, and that they would consider other options.

So as of today at 1:35 p.m. Central Time, we still don't have information on whether the insurance that has been obtained by YSA has actually been paid for, whether it's valid and enforceable, what properties it actually covers, what the limits of those policies are, and whether there's insurance coverage for properties beyond the seven that were originally identified.

So at this time, we're just taking a Certificate of Nonappearance. Ms. Fowler has not appeared. Her lawyer says she will not appear.

And so we asked her if she would appear at the time of trial, and we don't have a response to that yet.

I don't know if anybody else would like to make a statement on the record, but that's where we are for this afternoon with Ms. Fowler.

**MR. AUERBACH:** I'd like to make a statement. This is Peter Auerbach.

**MS. LINDAUER:** Yes, sir.

**MR. AUERBACH:** This is indicative of the chaos that we are dealing with in trying to run these assets. I want to be very clear. The assets are insured by the rightful owners with excellent coverage.

The assets, because of YSA's title dispute, are in limbo on insurance. On what planet -- and forgive because I am not a lawyer -- does getting something and clarification on insurance have to go through this much legalese unless something very shady is going on.

This is something that is a rudimentary function, while albeit it's complicated, but this should be black-and-white.

This is what my client did. This isn't a privileged matter between lawyers. This is insurance. This insurance covers things like the tornado we just had at Remington Ranch, one of the assets being discussed.

This is insurance that at 9:00 at night, when a working mother goes home to her children, needs to have in our assets.

It is disgraceful that we can't get to the bottom of this.

And I will repeat, the assets are insured

by the rightful owners, not for somebody that lent $300,000 to an unaffiliated owner and took over a billion dollar portfolio, and now doesn't have the ability to insure it even though it's already insured. This is a disgrace.

Thank you.

**MS. LINDAUER:** Bret, do you want to make any statements?

**MR. DAVIS:** Well, Peter, your frustration is well-noted as -- and I think -- I think everybody on the call, at least that represents a party, can concur.

I understand this was the deposition of this insurance representative. But, Peter, we understand your frustration and share it with you.

**MR. AUERBACH:** I'm going to say one more thing. Because this has been so complicated with lawyers and legal terms, I'll put it in plain speak.

If I'm preserving a function, I'm a car mechanic, and I get asked, what repairs did you make on the car, why would I hide?

This is not a privileged function. This is very strange that somebody has to hide behind lawyers to just say, this is the insurance. This is what was bound. It's crazy to make --

**MS. LINDAUER:** Well, I would --

**MR. DAVIS:** And, Peter, I don't think anybody on the call disputes that or disagrees with you at all.

**MS. LINDAUER:** Yeah -- no, and I think -- I think, if anything, we will ask the judge to draw a negative inference against Ms. Fowler for failing to appear and accommodate us.

As I explained to her lawyer, we literally had three or four questions, very simple:

Has the insurance been paid for?

Is the insurance bound?

Has the insurance been canceled?

And what properties does it cover?

And those are so simple and basic -- you're right, Peter -- that it boggles the mind that you wouldn't be able to put yourself on a Zoom for 10 minutes and answer those simple questions.

But I'm like you. I think you have to draw a negative inference from the fact that they are making this difficult.

As I explained to her lawyer, if I were her customer, and I had paid for insurance, and I had insurance, I would want that to be known. Right? Why would you not want that known?

**MR. AUERBACH:** Joyce, I couldn't agree

with you more.

**MS. LINDAUER:** You'd want it known if you hadn't paid for it and you didn't have coverage.

**MR. DAVIS:** And, Peter, since we're on the record, I would -- I would advise, going forward, if we need to have a further discussion, that we do it off the record.

**MS. LINDAUER:** We can. We can do that.

So that will be the end of the record on this.

I appreciate, Therese, you all jumping in here and doing this for us. We'll see what happens next.

But we can go ahead and conclude the deposition at this time, and you can send your record and bill to me, and we'll take care of it right away.

And thank you. Thank you all for joining in, and we'll just, I guess, be attuned to what happens next.

(Proceedings adjourned at 1:40 p.m.)

I further certify that I am neither employed by nor related to any attorney or party in this matter and have no interest, financial or otherwise, in its outcome.

Given under my hand on this the 28th day of September, 2026.

Therese J. Casterline

Therese J. Casterline, Texas CSR 5001, Expiration Date: 4/30/28
WORLDWIDE COURT REPORTERS
Firm Registration Number 223
12621 Featherwood Drive
Suite 290
Houston, Texas 77034
713-572-2000

**A**
**ability** 7:4
**able** 8:16
**accommodate** 8:7
**adequate** 4:18
**adjourned** 9:20
**advise** 9:5
**advising** 4:14
**afternoon** 3:24 5:23
**agree** 8:25
**ahead** 9:14
**albeit** 6:13
**answer** 8:17
**anybody** 3:7 5:21 8:2
**appear** 3:5 4:24 5:17,18 8:7
**appearance** 3:9
**appeared** 1:20 1:25 3:7 5:17
**appearing** 3:13 4:15 5:4
**appreciate** 9:11
**asked** 5:18 7:19
**assets** 6:4,4,6,18 6:22,25
**assume** 3:19
**attorney** 10:2
**attuned** 9:18
**Auerbach** 2:6 2:17 3:13 5:24 5:25 6:2 7:15 8:25
**Auerbach's** 3:14
**Avenue** 2:13

**B**
**BANKRUPT...** 1:1
**basic** 8:14
**bdavis@lamu...** 2:10
**behalf** 3:17,19
**beyond** 5:13
**bill** 9:16
**billion** 7:3
**black-and-wh...** 6:14
**boggles** 8:15
**bottom** 6:24
**Boulevard** 2:8
**bound** 7:24 8:11
**Bret** 2:7 3:6,12 7:7
**broker** 4:1

**C**
**C** 3:1
**call** 3:4,15 7:11 8:2
**called** 4:2,3
**canceled** 8:12
**car** 7:18,20
**care** 9:16
**Case** 1:5
**Casterline** 1:16 10:8
**Central** 3:24 5:7
**Certificate** 1:11 5:16
**Certified** 1:17 1:17
**certify** 1:19 10:1
**chaos** 6:3
**Chapter** 1:5
**children** 6:21
**City** 2:9,14
**clarification** 6:9
**Classen** 2:8
**clear** 6:4
**client** 3:14,14 4:15 6:15
**commercial** 4:2
**company** 4:2,3
**complaining** 4:17
**complicated** 6:13 7:16
**conclude** 9:14
**concur** 7:11
**consider** 5:5
**Consulting** 4:3
**County** 1:20
**COURT** 1:1 10:9
**cover** 8:13
**coverage** 5:12 6:5 9:3
**covers** 5:11 6:17
**crazy** 7:24
**CSR** 10:8
**CUNNYNGH...** 2:8
**customer** 8:22

**D**
**D** 3:1
**Dallas** 2:4
**Date** 10:9
**Davis** 2:7,8 3:12 3:12 7:9 8:1 9:4
**day** 1:21 10:6
**dealing** 6:3
**Debtor** 1:6
**declaration** 5:1
**Denton** 1:20
**deposition** 1:22 1:25 2:1 3:24 4:6,15,25 5:5 7:12 9:15
**difficult** 8:20
**disagrees** 8:2
**discussed** 6:19
**discussion** 9:6
**disgrace** 7:5
**disgraceful** 6:23
**dispute** 6:7
**disputes** 8:2
**DISTRICT** 1:2
**doing** 9:12
**dollar** 7:3
**drafted** 5:1
**draw** 8:5,19
**Drive** 10:10

**E**
**E** 3:1,1
**email** 4:7,14
**employed** 10:2
**enforceable** 5:10
**Ennis** 2:4
**everybody** 7:10
**excellent** 6:5
**Expiration** 10:9
**explained** 4:20 8:8,21
**explaining** 5:1
**Express** 4:8

**F**
**fact** 8:19
**failing** 8:6
**Fairfax** 2:2 3:20
**Fannie** 2:11 3:17
**Featherwood** 10:10
**Federal** 4:8
**fee** 4:18
**financial** 10:3
**firm** 4:12,13 10:10
**Floor** 2:13
**forgive** 6:8
**forward** 9:5
**four** 8:9
**Fowler** 1:12,22 1:24 3:25 4:1,2 4:5,21 5:4,16 5:23 8:6
**frustration** 7:9 7:14
**function** 6:13 7:18,21
**Funds** 2:6 3:13
**further** 9:6 10:1

**G**
**G** 3:1
**Gatlin** 2:12 3:16
**gatlin.squires...** 2:15
**gentleman** 4:11
**getting** 6:8
**give** 4:25
**Given** 10:5
**go** 6:9 9:14
**goes** 6:21
**going** 3:19 6:11 7:15 9:5
**Group** 2:6 3:13
**guess** 9:18

**H**
**hand** 10:5
**happens** 9:12,18
**helpful** 3:11
**hide** 7:20,22
**home** 6:21
**Houston** 10:11

**I**
**identified** 5:14
**indicative** 6:2
**inference** 8:6,19
**information** 5:8
**insurance** 4:2,21 5:2,9,12 6:7,9 6:16,17,20 7:13,23 8:10 8:11,12,22,23
**insure** 7:4
**insured** 6:5,25 7:4
**interest** 10:3
**Investments** 1:5 4:4
**Investors** 2:2 3:20
**issue** 4:21

**J**
**J** 1:16 10:8
**Jason** 4:12
**joining** 9:17
**Joyce** 2:3 3:19 8:25
**joyce@joyceli...** 2:5
**judge** 8:5
**jumping** 9:11

**K**
**K-U-T-A-K** 4:13
**Kansas** 4:14
**know** 3:5,6,6,7 5:21
**known** 8:23,24 9:2
**Kutak** 4:13

**L**
**LAMUN** 2:8
**lawyer** 4:11 5:17 6:8 8:8,21
**lawyers** 6:16 7:17,23
**legal** 7:17
**legalese** 6:10
**lent** 7:1
**let's** 4:12
**limbo** 6:7
**limits** 5:11
**Lindauer** 2:3,3 3:3,10,18,19 3:22 6:1 7:7,25 8:4 9:2,8
**literally** 8:8
**little** 3:4
**LLC** 1:5 2:2 4:3 4:4
**LLP** 4:13
**look** 4:23

**M**
**Mae** 2:11 3:17
**making** 8:20
**matter** 6:16 10:3
**MCAFEE** 2:12
**mechanic** 7:19
**Merit** 1:16
**mind** 3:4 8:15
**minimum** 4:25
**minutes** 8:17
**MOCK** 2:8
**mother** 6:21

**N**
**N** 3:1
**name** 4:11,13
**need** 9:6
**needs** 6:21
**negative** 8:6,19
**neither** 10:1
**night** 6:20
**Nonappearance** 1:11 5:16
**North** 2:8,13
**notice** 4:5,8,16 5:3
**noticed** 3:23
**Number** 10:10

**O**
**O** 3:1
**obtained** 5:9
**Okay** 3:18
**Oklahoma** 1:2 2:9,9,14,14
**options** 5:6
**originally** 5:13
**outcome** 10:4
**owner** 7:2
**owners** 6:5 7:1

**P**
**P** 3:1
**p.m** 1:23,24 5:7 9:20
**paid** 5:10 8:10 8:22 9:3
**party** 7:11 10:2
**Peter** 2:17 3:6 3:14 5:25 7:9 7:13 8:1,15 9:4
**phone** 4:20
**plain** 7:17
**planet** 6:7
**policies** 5:12
**portfolio** 7:3
**Present** 2:1,16
**preserving** 7:18
**privileged** 6:16 7:21
**Proceedings** 9:20
**properties** 5:11 5:13 8:13
**provided** 4:5,6,7 4:18,22
**put** 7:17 8:16

**Q**
**questions** 8:9,17

**R**
**R** 3:1
**Ranch** 6:18
**Realtime** 1:17
**reasonable** 4:17
**Rebecca** 1:12,22 1:24 3:25
**received** 4:9
**record** 3:3,9,23 5:22 9:5,7,9,15
**regard** 4:21
**Registered** 1:16
**Registration** 10:10
**related** 4:3 10:2
**Remington** 6:18
**repairs** 7:19
**repeat** 6:25
**report** 1:21
**Reporter** 1:17 1:17,18 3:8,21
**REPORTERS** 10:9
**representative** 7:13
**represented** 3:14
**represents** 7:11
**response** 4:19 5:19
**right** 8:15,23 9:16
**rightful** 6:5 7:1
**Robinson** 2:13
**Rock** 4:13
**roll** 3:4
**rudimentary** 6:12
**run** 6:3

**S**
**S** 3:1
**S-T-I-T-T** 4:12
**says** 5:17
**scheduled** 1:22
**see** 4:12 9:12
**send** 9:15
**sent** 4:14,19
**September** 1:13 1:21 4:7,10 10:6
**seven** 5:13
**shady** 6:10
**share** 7:14
**Shorthand** 1:18
**simple** 8:9,14,17
**sir** 6:1
**somebody** 7:1 7:22
**sort** 3:4
**South** 2:4
**speak** 7:17
**spoke** 4:20
**Squires** 2:12 3:16,17
**state** 1:18 3:9
**statement** 5:22 5:25
**statements** 7:8
**STATES** 1:1
**status** 5:2
**Stitt** 4:12,19 5:4
**strange** 7:22
**Street** 2:4
**subpoena** 4:6,8
**suggested** 4:24
**Suite** 10:11

**T**
**TAFT** 2:12
**take** 9:16
**terms** 7:17
**Texas** 1:18,21 2:4 10:8,11
**thank** 3:21,22 7:6 9:17,17
**Therese** 1:16 3:18 9:11 10:8
**thing** 7:16
**things** 6:17
**think** 4:16 7:10 7:10 8:1,4,5,18
**three** 8:9
**time** 3:24 5:7,15 5:19 9:15
**title** 6:6
**today** 4:9,14,16 5:3,7
**tornado** 6:17
**trial** 5:19
**trying** 6:3

**U**
**unaffiliated** 7:2
**understand** 7:12 7:14
**UNITED** 1:1

**V**
**valid** 5:10
**VAUGHN** 2:3

**W**
**W** 2:3
**want** 4:24 6:4 7:7 8:23,24 9:2
**we'll** 9:12,16,18
**we're** 3:23 5:15 9:4
**well-noted** 7:10
**WESTERN** 1:2
**Wichita** 4:14
**witness** 4:18
**working** 6:21
**WORLDWIDE** 10:9
**wouldn't** 8:16

**X**

**Y**
**Yeah** 3:10,12

8:4
**YSA** 1:5 4:3 5:9
**YSA's** 6:6

**Z**

**Zoom** 1:20 8:16

**0**

**1**

**1** 1:5 4:4
**1:19** 5:3
**1:30** 1:22,24 3:24
**1:35** 5:7
**1:40** 9:20
**10** 8:16
**11** 1:5
**117** 2:4
**12621** 10:10

**2**

**2026** 1:13,21 4:7 4:10 10:6
**211** 2:13
**223** 10:10
**24th** 4:7
**26-12806-SAH** 1:5
**28** 1:13
**28th** 1:21 4:10 10:5
**290** 10:11

**3**

**300,000** 7:2

**4**

**4/30/28** 10:9
**405-235-9621** 2:14
**405-840-5900** 2:9

**5**

**5001** 10:9
**5621** 2:8

**6**

**7**

**713-572-2000** 10:12
**73102** 2:14
**73118** 2:9
**75119** 2:4
**77034** 10:11

**8**

**8th** 2:13

**9**

**9:00** 6:20
**972-503-4033** 2:5