**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-12806-SAH** |
| **YSA INVESTMENTS 1, LLC** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Stride Bank, by and through its counsel of record, Ashley F. Vinson, of Titus Hillis Reynolds Love, hereby enters an appearance in the above captioned action and respectfully requests that all notices or other documents filed by the Debtor or other parties in interest in this bankruptcy proceeding be addressed and properly served upon the following as counsel for Stride Bank:


Ashley F. Vinson, OBA #34812
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 – Telephone
(918) 587-6822 – Facsimile
avinson@titushillis.com


Respectfully submitted this 29th day of September, 2026.


/s/ Ashley F. Vinson
Ashley F. Vinson, OBA #34812
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
avinson@titushillis.com

Attorney for Creditor Stride Bank