Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for Fairfax Investors, LLC
and Woodland Oaks Investors, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC.** | § | **CASE NO. 26-12806-SAH** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

# AMENDED EXHIBIT LIST

COME NOW Fairfax Investors, LLC and Woodland Oaks Investors, LLC, parties-in-interest in the above-styled case ("Interested Parties"), by and through their undersigned counsel, and hereby file this Amended Exhibit List for the hearing scheduled for October 1, 2026 beginning at 10:00 a.m.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 19 | Summary of Debtor's Use of Cash Collateral – August 2026 | | | | |
| 20 | Monthly Operating Report for August 2026 [Docket No. 427] | | | | |
| 21 | Interim Order (I) Authorizing the Debtor's Use of ACRE's Cash Collateral, (II) Finding that ACRE is Adequately Protected, and (III) Scheduling a Final Hearing [Docket No. 119] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Interim Order Authorizing Debtor's Use of Cash Collateral [Docket No. 263] | | | | |
| 23 | Interim Order (I) Authorizing the Debtor's Use of Cash Collateral, (II) Finding that Prepetition Secured Lenders are Adequately Protected, and (III) Scheduling a Final Hearing [Docket No. 350] | | | | |
| | Any and all exhibits for foundation, impeachment, or rebuttal | | | | |
| | Any and all exhibits identified by any other party not objected to by the Interested Parties | | | | |

**ESTIMATED TIME TO PRESENT EVIDENCE AND ARGUMENT**

The Interested Parties estimate that it will take approximately 3 hours to question any witnesses, and approximately 30 minutes to present legal argument to the Court.

The Interested Parties reserve the right to introduce or call one or more, or none, of the witnesses listed above, and reserve the right to call additional witnesses in rebuttal. The Interested Parties further reserve the right to supplement this list prior to hearing.

Dated: September 29, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for Fairfax Investors, LLC
and Woodland Oaks Investors, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 29, 2026, a true and correct copy of the foregoing document was electronically filed and served through the Court's CM/ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer