**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **YSA INVESTMENTS 1, LLC,** | ) | **Case No. 26-12806-sah-11** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

## DECLARATION OF REBECCA FOWLER

I, Rebecca Fowler, hereby declare that the following facts are true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18 and have personal knowledge of each of the facts set forth in this declaration. If called to testify, I could and would competently testify thereto. I understand that I am submitting this declaration for use in the above proceeding.

2. I am a licensed insurance professional and the Principal of Fowler Consulting LLC, a commercial property and casualty insurance agency that I own and operate. I serve as its designated licensed responsible producer in the state of Oklahoma (and all other states where Fowler Consulting LLC does business). Both I and Fowler Consulting LLC hold non-resident licenses in Oklahoma. Operating this agency is my full-time job, and I place coverages for a book of commercial clients and service their policies.

3. Fowler Consulting LLC placed insurance for YSA Investments 1, LLC ("YSA"). Fowler Consulting LLC acts for YSA as a broker in placing and servicing the YSA's property and casualty insurance program.

4. As a matter of professional practice, I treat a commercial client's non-public premium, payment, and account information as confidential. I do not disclose such information to

third parties, particularly parties adverse to my client, without the client's consent or valid legal process.

5. Furthermore, premium and payment terms represent competitive market information about terms I am able to negotiate and procure for a client.

6. The insurance Fowler Consulting LLC placed for YSA Investments 1 LLC was placed validly, prudently, and consistent with the ethics and standards of my profession.

7. True and accurate copies of the current certificate of liability insurance (COI) and evidence of property insurance (EOP) for YSA is attached as Exhibit 1. These documents show that the policies have remained continuously in place since September 1, 2026, and has since been expanded.

8. Attached as Exhibit 2 are true and accurate copies of emails that I exchanged with Joyce Lindauer before my counsel began communicating with her.

9. At approximately 12:00 p.m. on Thursday, September 24, 2026, Marc Kulick of Vesta Real Property, called me unsolicited, seeking information about YSA's insurance policies. I told Mr. Kulick that because he was not a certificate holder of record, I could not provide him detailed and specific information about YSA's coverage. During the call, Mr. Kulick said he had "heard a rumor" that notices of cancellation had been issued on YSA's policies. I told Mr. Kulick that none of the policies I placed for YSA had a notice of cancellation outstanding for any reason, nonpayment or otherwise, and that coverage remained in force. Because Mr. Kulick was not a certificate holder, I told him I could provide no further information, including which properties the policies covered. Mr. Kulick ended the call by asking me to call him back if I ever became able to share more.

10. In the property and casualty insurance industry, notices of cancellation issued shortly after a policy's effective date typically signal cancellation for nonpayment of premium. This is what I understood Mr. Kulick was insinuating with his comment about the "rumor." Any such rumor was false. **There are no notices of cancellation out on any of the policies Fowler Consulting LLC has placed for YSA Investment 1 LLC.**

11. At 7:24 p.m. on September 24, 2026, Joyce Lindauer's paralegal, Dian Gwinnup, emailed me a notice of deposition and subpoena. I did not see this email when it arrived and was not expecting it, given that I do not monitor the docket in this case. That evening, I was attending a charity event for a foundation that benefits local children. I also receive a very large volume of emails every day, Ms. Gwinnup was not a recognized sender, and the Thursday-night email went unopened.

12. The first that I saw anything regarding a deposition was at 3:04 p.m. on Friday, September 25, when Ms. Gwinnup sent a second email on the same chain attaching the Notice of Zoom Information. At the time, the Friday business day was nearly over and I was fully occupied running my agency and handling active insurance matters for insureds.

13. Despite my full workload, at 4:05 p.m. ET, about an hour after I first saw anything regarding this matter come through, I wrote to Ms. Lindauer, informing her that I was unavailable on September 28th but could appear for a deposition the following week and would accept service of a subpoena via email if Fairfax would be willing to reschedule by one week.

14. At approximately 5:20 a.m. on September 30, 2026, Ms. Fowler was actually able to sign for the Fedex delivery in the building's secure package room. The Fedex package contained the notice and subpoena, but for a date that had already passed, and no witness fee was enclosed. In fact, no witness fee has been tendered since or at any time.

15. Based upon Ms. Lindauer's threats to subpoena me to a hearing over 1,000 miles away, I retained counsel.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration is made pursuant to 28 U.S.C. § 1746.

Dated: September 30, 2026

Rebecca Fowler

REBECCA FOWLER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **YSA INVESTMENTS 1, LLC,** | ) | **Case No. 26-12806-sah-11** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**DECLARATION OF REBECCA FOWLER**

I, Rebecca Fowler, hereby declare that the following facts are true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18 and have personal knowledge of each of the facts set forth in this declaration. If called to testify, I could and would competently testify thereto. I understand that I am submitting this declaration for use in the above proceeding.

2. I am a licensed insurance professional and the Principal of Fowler Consulting LLC, a commercial property and casualty insurance agency that I own and operate. I serve as its designated licensed responsible producer in the state of Oklahoma (and all other states where Fowler Consulting LLC does business). Both I and Fowler Consulting LLC hold non-resident licenses in Oklahoma. Operating this agency is my full-time job, and I place coverages for a book of commercial clients and service their policies.

3. Fowler Consulting LLC placed insurance for YSA Investments 1, LLC ("YSA"). Fowler Consulting LLC acts for YSA as a broker in placing and servicing the YSA's property and casualty insurance program.

4. As a matter of professional practice, I treat a commercial client's non-public premium, payment, and account information as confidential. I do not disclose such information to

third parties, particularly parties adverse to my client, without the client's consent or valid legal process.

5. Furthermore, premium and payment terms represent competitive market information about terms I am able to negotiate and procure for a client.

6. The insurance Fowler Consulting LLC placed for YSA Investments 1 LLC was placed validly, prudently, and consistent with the ethics and standards of my profession.

7. True and accurate copies of the current certificate of liability insurance (COI) and evidence of property insurance (EOP) for YSA is attached as Exhibit 1. These documents show that the policies have remained continuously in place since September 1, 2026, and has since been expanded.

8. Attached as Exhibit 2 are true and accurate copies of emails that I exchanged with Joyce Lindauer before my counsel began communicating with her.

9. At approximately 12:00 p.m. on Thursday, September 24, 2026, Marc Kulick of Vesta Real Property, called me unsolicited, seeking information about YSA's insurance policies. I told Mr. Kulick that because he was not a certificate holder of record, I could not provide him detailed and specific information about YSA's coverage. During the call, Mr. Kulick said he had "heard a rumor" that notices of cancellation had been issued on YSA's policies. I told Mr. Kulick that none of the policies I placed for YSA had a notice of cancellation outstanding for any reason, nonpayment or otherwise, and that coverage remained in force. Because Mr. Kulick was not a certificate holder, I told him I could provide no further information, including which properties the policies covered. Mr. Kulick ended the call by asking me to call him back if I ever became able to share more.

10. In the property and casualty insurance industry, notices of cancellation issued shortly after a policy's effective date typically signal cancellation for nonpayment of premium. This is what I understood Mr. Kulick was insinuating with his comment about the "rumor." Any such rumor was false. **<u>There are no notices of cancellation out on any of the policies Fowler Consulting LLC has placed for YSA Investment 1 LLC.</u>**

11. At 7:24 p.m. on September 24, 2026, Joyce Lindauer's paralegal, Dian Gwinnup, emailed me a notice of deposition and subpoena. I did not see this email when it arrived and was not expecting it, given that I do not monitor the docket in this case. That evening, I was attending a charity event for a foundation that benefits local children. I also receive a very large volume of emails every day, Ms. Gwinnup was not a recognized sender, and the Thursday-night email went unopened.

12. The first that I saw anything regarding a deposition was at 3:04 p.m. on Friday, September 25, when Ms. Gwinnup sent a second email on the same chain attaching the Notice of Zoom Information. At the time, the Friday business day was nearly over and I was fully occupied running my agency and handling active insurance matters for insureds.

13. Despite my full workload, at 4:05 p.m. ET, about an hour after I first saw anything regarding this matter come through, I wrote to Ms. Lindauer, informing her that I was unavailable on September 28th but could appear for a deposition the following week and would accept service of a subpoena via email if Fairfax would be willing to reschedule by one week.

14. At approximately 5:20 a.m. on September 30, 2026, Ms. Fowler was actually able to sign for the Fedex delivery in the building's secure package room. The Fedex package contained the notice and subpoena, but for a date that had already passed, and no witness fee was enclosed. In fact, no witness fee has been tendered since or at any time.

15. Based upon Ms. Lindauer's threats to subpoena me to a hearing over 1,000 miles away, I retained counsel.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration is made pursuant to 28 U.S.C. § 1746.

Dated: September 30, 2026

Rebecca Fowler

REBECCA FOWLER

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 09/30/2026

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS: Fowler Consulting LLC<br>Rebecca Fowler<br>1100 Biscayne Blvd, Unit 3904<br>Miami, FL 33132<br>PHONE (A/C, No, Ext): 816-547-2898 | COMPANY NAME AND ADDRESS: Palms Specialty Insurance Company, Inc.<br>Juno Beach, FL<br>NAIC NO: 17327 |
| FAX (A/C, No):<br>E-MAIL ADDRESS: certificates@fowleradvising.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| CODE: SUB CODE:<br>AGENCY CUSTOMER ID #: | POLICY TYPE: Property |
| NAMED INSURED AND ADDRESS: YSA Investments 1 LLC<br>8 The Green, Ste B<br>Dover DE 19901 | LOAN NUMBER:<br>POLICY NUMBER: INP-00804-26<br>EFFECTIVE DATE: 09/01/2026<br>EXPIRATION DATE: 09/01/2027<br>☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S): Interchange Claims Group LLC | THIS REPLACES PRIOR EVIDENCE DATED: 09/30/2026 |

**PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required)** ☒ **BUILDING OR** ☒ **BUSINESS PERSONAL PROPERTY**

LOCATION/DESCRIPTION

29 scheduled locations - see Remarks, Page 2 for the Schedule of Insured Locations.

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

**COVERAGE INFORMATION** PERILS INSURED: ☐ BASIC ☐ BROAD ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 10,000,000 DED: $100,000

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: Incl. in blanket limit ☐ Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ $10,000,000 |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $25,000 DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Form LMA5188 |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: $100,000,000 DED: $10,000 PD |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | |
| - Demolition Costs | X | | | If YES, LIMIT: $5,000,000 DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: $5,000,000 DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT: DED: |
| WIND / HAIL (If Subject to Different Provisions) | X | | | If YES, LIMIT: DED: 3% / $250,000 min |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | X | | |

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

**ADDITIONAL INTEREST**

☐ MORTGAGEE ☐ CONTRACT OF SALE
☐ LENDERS LOSS PAYABLE

LENDER SERVICING AGENT NAME AND ADDRESS

NAME AND ADDRESS

Proof of Insurance

AUTHORIZED REPRESENTATIVE: Rebecca Fowler


© 2003-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Exhibit 1

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

## Full Property Coverage Tower (Named Insured: YSA Investments 1 LLC)

Policy Period: Layers 1-4 09/01/2026 - 09/01/2027; Layer 5 09/29/2026 - 09/01/2027 | Total Program Limit: $400,000,000

| Layer | Insurer | Limit / Share | Effective | Policy Number |
|---|---|---|---|---|
| Layer 1 (Primary) | Palms Specialty Insurance Company, Inc. | $10,000,000 | 09/01/2026 | INP-00804-26 |
| Layer 2, $15M xs $10M | Kinsale Insurance Company (75%) | $11,250,000 | 09/01/2026 | 0100474901-0 |
| Layer 2, $15M xs $10M | Amherst Specialty Insurance Company (25%) | $3,750,000 | 09/01/2026 | AH03-JFM-260000248-00 |
| Layer 3, $75M xs $25M | Palms Specialty Insurance Company, Inc. (39.33%) | $29,500,000 | 09/01/2026 | QUA-00298-26 |
| Layer 3, $75M xs $25M | Trisura Specialty Insurance Company (60.67%) | $45,500,000 | 09/01/2026 | QTRI-00207-26 |
| Layer 4, $50M xs $100M | AXIS Surplus Insurance Company | $50,000,000 | 09/01/2026 | P-001-002112467-01 |
| Layer 5, $250M xs $150M | Homeland Insurance Company of New York (40%) | $100,000,000 | 09/29/2026 | 795034303 |
| Layer 5, $250M xs $150M | James River Insurance Company (20%) | $50,000,000 | 09/29/2026 | 00169565-0 |
| Layer 5, $250M xs $150M | Landmark American Insurance Company (40%) | $100,000,000 | 09/29/2026 | LHD960244 |

## Total Insured Value & Blanket Coverage Basis

Total Insured Value on file with the carriers (Statement of Values, all 29 scheduled locations combined), effective 09/25/2026: $873,480,668.
Coverage is written on a BLANKET basis, not scheduled per location: the $10,000,000 primary layer limit (and the full $400,000,000 program limit across all layers) applies in the aggregate across all scheduled locations combined, rather than as a separate limit or sub-limit assigned to any individual location.

## Equipment Breakdown / Boiler & Machinery Coverage (Standalone Policy)

Equipment Breakdown / Boiler & Machinery coverage is EXCLUDED from the primary property layer above and is instead provided under a separate, standalone policy: Travelers Property Casualty Company of America (NAIC 25674), Policy No. BME1-D4006604, 09/01/2026 - 09/01/2027. Total Limit per Breakdown: $100,000,000; Business Income Coverage Extension: $25,548,000.

## Deductible Details

Property Damage & Time Element, Combined (all locations, all layers): $100,000 per occurrence.
Wind / Hail (Named Storm, Windstorm or Hail, and Resulting Wind Driven Rain) -- subject to a different provision than the combined deductible above: 3% / $250,000 min, per occurrence.
Equipment Breakdown / Boiler & Machinery (standalone Travelers policy, see above): Property Damage $10,000; Extra Expense $10,000; Business Income & Utility Interruption-Time Element 24 Hours waiting period; Dependent Property Not Covered.

## Schedule of Insured Locations

| Loc # | Property / Address | Date Added to Policy |
|---|---|---|
| 1 | Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037 | Inception 09/01/2026 |
| 2 | One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 3 | Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 4 | Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 5 | Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 6 | 23 East Apartments, 11327 E 23rd St, Tulsa, OK 74129 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 7 | Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105 | Inception 09/01/2026; removed 09/21/2026; re-added 09/25/2026 |
| 8 | Copperfield Apartments, 2400 NW 30th St, Oklahoma City, OK 73112 | Added 09/21/2026 |
| 9 | 727 Lofts, 727 E Main Pl, Jenks, OK 74037 | Added 09/21/2026 |
| 10 | Barcelona Apartments, 5160 S Yale Ave, Tulsa, OK 74135 | Added 09/21/2026 |
| 11 | Lexington Commons, 5530 Colony Way, Bartlesville, OK 74006 | Added 09/21/2026 |
| 12 | Eaton Place, 517 E Douglas Ave, Wichita, KS 67202 | Added 09/21/2026 |
| 13 | The Canopy Apartments, 9201 Kanis Rd, Little Rock, AR 72205 | Added 09/21/2026 |
| 14 | Village Creek at 67th, 6630 S Zunis Ave, Tulsa, OK 74136 | Added 09/25/2026 |
| 15 | Woodland Manor, 8641 E 61st St, Tulsa, OK 74133 | Added 09/25/2026 |
| 16 | Bryan Hill Apartments, 7204 NW 36th St, Bethany, OK 73008 | Added 09/25/2026 |
| 17 | Capitol on 28th, 215 NE 28th St, Oklahoma City, OK 73105 | Added 09/25/2026 |
| 18 | Lofts at North Penn, 15501 N Pennsylvania Ave, Edmond, OK 73013 | Added 09/25/2026 |
| 19 | Muntage Apartment Homes, 3041 NW 41st St, Oklahoma City, OK 73112 | Added 09/25/2026 |
| 20 | Putnam Green Apartments, 7525 Knight Lake Dr, Oklahoma City, OK 73132 | Added 09/25/2026 |
| 21 | Remington Ranch Apartments, 1815 N Boomer Rd, Stillwater, OK 74075 | Added 09/25/2026 |
| 22 | Seminole Ridge, 125 W I-240 Service Road, Oklahoma City, OK 73139 | Added 09/25/2026 |
| 23 | Springdale Village, 4330 S Barnes Ave, Oklahoma City, OK 73119 | Added 09/25/2026 |
| 24 | Summer Oaks, 5744 NW 16th St, Oklahoma City, OK 73127 | Added 09/25/2026 |
| 25 | The Classen, 2200 N Classen Blvd, Oklahoma City, OK 73106 | Added 09/25/2026 |
| 26 | The Montgomery, 500 W Main St, Oklahoma City, OK 73102 | Added 09/25/2026 |
| 27 | The Ridge Apartments, 3834 N Oak Grove Dr, Oklahoma City, OK 73110 | Added 09/25/2026 |
| 28 | Tuscany Village, 6900 London Way, Oklahoma City, OK 73132 | Added 09/25/2026 |
| 29 | Woodscape Apartments, 4200 N Meridian Ave, Oklahoma City, OK 73112 | Added 09/25/2026 |

## Schedule Change History

**09/01/2026 (Inception):** Locations #1 through #7 scheduled at binding, all layers ($150,000,000) and the Travelers Equipment Breakdown policy.

**09/21/2026 Endorsement:** Added Locations #8 through #13; removed Locations #2 through #7.

**09/25/2026 Endorsements:** Added Locations #14 through #29 and re-added Locations #2 through #7 -- all 29 locations scheduled on all layers (Layers 1 through 4, $150,000,000) and the Travelers Equipment Breakdown policy.

**09/29/2026:** Layer 5 ($250,000,000 excess of $150,000,000) added over all 29 locations; total program limit increased to $400,000,000.

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/30/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| | |
|---|---|
| **PRODUCER**<br>Fowler Consulting LLC<br>1100 Biscayne Blvd<br>Unit 3904<br>Miami FL 33132 | **CONTACT NAME:** Rebecca Fowler<br>**PHONE (A/C, No, Ext):** 816-547-2898 **FAX (A/C, No):**<br>**E-MAIL ADDRESS:** becca@fowleradvising.com |
| **INSURED**<br>YSA Investments 1 LLC<br>Interchange Claims Group LLC<br>8 The Green, Ste B<br>Dover DE 19901 | |

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Kinsale Insurance Company | 38920 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**COVERAGES** **CERTIFICATE NUMBER:** 5000 **REVISION NUMBER:** 03

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / X OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / X LOC<br>OTHER: | | | 0100474902-0 | 09/01/2026 | 09/01/2027 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>OWNED AUTOS ONLY / SCHEDULED AUTOS<br>HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | | | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Apartment Buildings - 29 scheduled locations; see attached ACORD 101 Additional Remarks Schedule for the full Schedule of Insured Locations and the date each location was added to this policy. General Aggregate Limit (per endorsement CAS4005-0310) applies separately per scheduled location: $2,000,000 General Aggregate each location, subject to a $5,000,000 General Aggregate cap for all locations combined. Each Occurrence Limit remains $1,000,000 and is not affected by location. Named Insureds: YSA Investments 1 LLC and Interchange Claims Group LLC.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Proof of Insurance | **SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**<br>**AUTHORIZED REPRESENTATIVE**<br>Rebecca Fowler |

© 1988-2015 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID:
LOC #:

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | | NAMED INSURED |
|---|---|---|
| Fowler Consulting LLC | | YSA Investments 1 LLC<br>Interchange Claims Group LLC<br>8 The Green, Ste B<br>Dover, DE 19901 |
| POLICY NUMBER: 0100474902-0 | | |
| CARRIER: Kinsale Insurance Company | NAIC CODE: 38920 | EFFECTIVE DATE: 09/01/2026 |

## ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER: 25 FORM TITLE: Certificate of Liability Insurance

### SCHEDULE OF INSURED LOCATIONS - General Liability, Policy 0100474902-0

| Loc # | Property / Address | Date Added to Policy |
|---|---|---|
| 1 | Thrive Jenks, 204 S Riverfront Dr, Jenks, OK 74037 | Inception 09/01/2026 |
| 2 | One Eton Square Apartments, 8111 E 60th St, Tulsa, OK 74145 | Inception 09/01/2026 |
| 3 | Riverpark at Kensington, 7803 S Wheeling Ave, Tulsa, OK 74136 | Inception 09/01/2026 |
| 4 | Lakeside Place Apartments, 2186 S 99th East Ave, Tulsa, OK 74129 | Inception 09/01/2026 |
| 5 | Shoreline Apartments, 9601 E 21st Place South, Tulsa, OK 74129 | Inception 09/01/2026 |
| 6 | 23 East Apartments, 11327 E 23rd St, Tulsa, OK 74129 | Inception 09/01/2026 |
| 7 | Villas at Midtown, 2001 E Skelly Dr, Tulsa, OK 74105 | Inception 09/01/2026 |
| 8 | Copperfield Apartments, 2400 NW 30th St, Oklahoma City, OK 73112 | Added 09/28/2026 |
| 9 | 727 Lofts, 727 E Main Pl, Jenks, OK 74037 | Added 09/28/2026 |
| 10 | Barcelona Apartments, 5160 S Yale Ave, Tulsa, OK 74135 | Added 09/28/2026 |
| 11 | Lexington Commons, 5530 Colony Way, Bartlesville, OK 74006 | Added 09/28/2026 |
| 12 | Eaton Place, 517 E Douglas Ave, Wichita, KS 67202 | Added 09/28/2026 |
| 13 | The Canopy Apartments, 9201 Kanis Rd, Little Rock, AR 72205 | Added 09/28/2026 |
| 14 | Village Creek at 67th, 6630 S Zunis Ave, Tulsa, OK 74136 | Added 09/28/2026 |
| 15 | Woodland Manor, 8641 E 61st St, Tulsa, OK 74133 | Added 09/28/2026 |
| 16 | Bryan Hill Apartments, 7204 NW 36th St, Bethany, OK 73008 | Added 09/28/2026 |
| 17 | Capitol on 28th, 215 NE 28th St, Oklahoma City, OK 73105 | Added 09/28/2026 |
| 18 | Lofts at North Penn, 15501 N Pennsylvania Ave, Edmond, OK 73013 | Added 09/28/2026 |
| 19 | Muntage Apartment Homes, 3041 NW 41st St, Oklahoma City, OK 73112 | Added 09/28/2026 |
| 20 | Putnam Green Apartments, 7525 Knight Lake Dr, Oklahoma City, OK 73132 | Added 09/28/2026 |
| 21 | Remington Ranch Apartments, 1815 N Boomer Rd, Stillwater, OK 74075 | Added 09/28/2026 |
| 22 | Seminole Ridge, 125 W I-240 Service Road, Oklahoma City, OK 73139 | Added 09/28/2026 |
| 23 | Springdale Village, 4330 S Barnes Ave, Oklahoma City, OK 73119 | Added 09/28/2026 |
| 24 | Summer Oaks, 5744 NW 16th St, Oklahoma City, OK 73127 | Added 09/28/2026 |
| 25 | The Classen, 2200 N Classen Blvd, Oklahoma City, OK 73106 | Added 09/28/2026 |
| 26 | The Montgomery, 500 W Main St, Oklahoma City, OK 73102 | Added 09/28/2026 |
| 27 | The Ridge Apartments, 3834 N Oak Grove Dr, Oklahoma City, OK 73110 | Added 09/28/2026 |
| 28 | Tuscany Village, 6900 London Way, Oklahoma City, OK 73132 | Added 09/28/2026 |
| 29 | Woodscape Apartments, 4200 N Meridian Ave, Oklahoma City, OK 73112 | Added 09/28/2026 |

### SCHEDULE CHANGE HISTORY

**09/01/2026 (Inception):** Locations #1 through #7 scheduled at binding.
**09/28/2026 Endorsement:** Added Locations #8 through #29.


© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

**Stitt, Jason D.**

---

**From:** Rebecca Fowler <becca@fowleradvising.com>
**Sent:** Friday, September 25, 2026 2:39 PM
**To:** Stitt, Jason D.
**Subject:** FW: YSA Investments 1, LLC (Case No. 26-12806)
**Attachments:** Dkt 422 - Notice of Zoom Info for Deposition.pdf

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Kind Regards,

**Becca Fowler**

**Founder & CEO**
Fowler Consulting LLC | Fowler Insurance Services
**fowlerinsuranceconsulting.com**
*Property & Casualty Expertise for Hospitality & Real Estate*

email: becca@fowleradvising.com
call or text: (816) 547-2898



---

**From:** Dian Gwinnup <dian@joycelindauer.com>
**Date:** Friday, September 25, 2026 at 3:04 PM
**To:** Rebecca Fowler <becca@fowleradvising.com>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** YSA Investments 1, LLC (Case No. 26-12806)

Attached is the Notice of Zoom Information regarding your deposition scheduled for September 28, 2026 at 1:30 p.m. CST.

Please let us know if you have any questions.

Exhibit 2

LINDAUER & VAUGHN
ATTORNEYS AT LAW

DIAN GWINNUP
Senior Paralegal

(972) 503-4033 (phone) · (972) 503-4034 (fax)
117 S. Dallas Street, Ennis, Texas 75119

**CONFIDENTIALITY STATEMENT**
*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**NO ELECTRONIC SIGNATURE OR AGREEMENT**
*Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.*

---

**From:** Dian Gwinnup
**Sent:** Thursday, September 24, 2026 6:23 PM
**To:** becca@fowleradvising.com
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** YSA Investments 1, LLC (Case No. 26-12806)
**Importance:** High

Attached is the Notice of Deposition [Docket No. 414] that has been filed in the referenced case.

As indicated, Fairfax Investors, LLC seeks to take your deposition on Monday, September 28, 2026, at 1:30 p.m. The deposition will be taken via Zoom and the Court Reporter will provide the Zoom link.

Please let us know if you have any questions.

LINDAUER & VAUGHN
ATTORNEYS AT LAW

DIAN GWINNUP
Senior Paralegal

(972) 503-4033 (phone) · (972) 503-4034 (fax)
117 S. Dallas Street, Ennis, Texas 75119

**CONFIDENTIALITY STATEMENT**

*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**NO ELECTRONIC SIGNATURE OR AGREEMENT**

*Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.*

**Stitt, Jason D.**

| | |
|---|---|
| **From:** | Rebecca Fowler <becca@fowleradvising.com> |
| **Sent:** | Friday, September 25, 2026 3:09 PM |
| **To:** | Stitt, Jason D. |
| **Subject:** | FW: YSA Investments 1, LLC (Case No. 26-12806) |

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Date:** Friday, September 25, 2026 at 4:08 PM
**To:** Rebecca Fowler <becca@fowleradvising.com>; Dian Gwinnup <dian@joycelindauer.com>
**Subject:** Re: YSA Investments 1, LLC (Case No. 26-12806)

Can you send me your phone number
If we can't get this done on Monday
We will subpoena you for actual hearing on October 1
The hearing is October 1 so that date you are suggesting is too late
This deposition will last 15 minutes
I'll call you

Get Outlook for iOS

---

**From:** Rebecca Fowler <becca@fowleradvising.com>
**Sent:** Friday, 25 September 2026 15:05:30
**To:** Dian Gwinnup <dian@joycelindauer.com>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** Re: YSA Investments 1, LLC (Case No. 26-12806)

Ms Lindaur,

I am unavailable Monday.

Can you please provide dates and times the week of October 5th?

If we can amend the subpoena to a date on which I am available, then I would be happy to accept service via email on my behalf of myself and Fowler Consulting LLC.

Thanks,

Rebecca Fowler
Fowler Consulting LLC
President

---

**From:** Dian Gwinnup <dian@joycelindauer.com>
**Date:** Thursday, September 24, 2026 at 7:24 PM
**To:** Rebecca Fowler <becca@fowleradvising.com>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** YSA Investments 1, LLC (Case No. 26-12806)

Attached is the Notice of Deposition [Docket No. 414] that has been filed in the referenced case.

As indicated, Fairfax Investors, LLC seeks to take your deposition on Monday, September 28, 2026, at 1:30 p.m. The deposition will be taken via Zoom and the Court Reporter will provide the Zoom link.

Please let us know if you have any questions.

LINDAUER & VAUGHN
ATTORNEYS AT LAW

DIAN GWINNUP
Senior Paralegal

(972) 503-4033 (phone) · (972) 503-4034 (fax)
117 S. Dallas Street, Ennis, Texas 75119

**CONFIDENTIALITY STATEMENT**
*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**NO ELECTRONIC SIGNATURE OR AGREEMENT**
*Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.*

## Stitt, Jason D.

**From:** Stitt, Jason D.
**Sent:** Monday, September 28, 2026 11:41 AM
**To:** 'joyce@joycelindauer.com'
**Cc:** Rebecca Fowler
**Subject:** RE: Rebecca Fowler deposition

Ms. Lindauer,

Our firm represents Rebecca Fowler. Please be advised that emailing a subpoena one business day before a deposition, particularly without an accompanying witness fee, is not valid service. Even if it were, your subpoena did not provide reasonable time to comply. Ms. Fowler will not appear for a deposition today. You may direct all further communications to my attention. Thank you.

Jason

**Jason D. Stitt**

**Kutak Rock LLP**
8415 E. 21st Street North, Suite 200, Wichita, KS 67206
Jason.Stitt@Kutakrock.com
**p:** 316.248.6482 **o:** 316.248.6480 **m:** 316.992.3534

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Date:** Monday, September 28, 2026 at 12:24 PM
**To:** Rebecca Fowler <becca@fowleradvising.com>
**Cc:** Marc Kulick <marc@vestarealproperty.com>
**Subject:** <no subject>

Please be advised we intend to go forward the deposition today at 1:30 CST.
That would be 2:30 your time in Florida. Thank you – Joyce Lindauer Attorney

LINDAUER & VAUGHN
ATTORNEYS AT LAW

JOYCE W. LINDAUER
Attorney

(972) 503-4033 (phone) · (972) 503-4034 (fax) · (214) 957-8039 (cell)
117 S. Dallas Street, Ennis, Texas 75119

**CONFIDENTIALITY STATEMENT**
*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of*

*the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**NO ELECTRONIC SIGNATURE OR AGREEMENT**

*Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.*