FedEx® Sign Up or Log In

Tracking ID: 877778843346

Local Scan Time

From
**ENNIS, TX US**

To
**MIAMI, FL US**

# Travel history

| | | | |
|---|---|---|---|
| Friday, 9/25/26 | 4:13 PM | **Shipment information sent to FedEx** | |
| | 4:23 PM | **Dropped off at FedEx OnSite-WALGREENS**<br>Package received after final location pickup has occurred. Scheduled for pickup next business day. | ENNIS, TX |
| Monday, 9/28/26 | 3:13 PM | **Picked up** | LANCASTER, TX |
| | 7:32 PM | **Arrived at FedEx hub** | LANCASTER, TX |
| | 8:16 PM | **Left FedEx origin facility** | LANCASTER, TX |
| Tuesday, 9/29/26 | 12:38 AM | **Arrived at FedEx hub** | MEMPHIS, TN |
| | 1:58 AM | **On the way** | MEMPHIS, TN |
| | 3:36 AM | **Departed FedEx hub** | MEMPHIS, TN |
| | 4:11 AM | **On the way** | MEMPHIS, TN |
| | 8:26 AM | **At local FedEx facility** | MIAMI, FL |
| | 8:43 AM | **On FedEx vehicle for delivery** | MIAMI, FL |
| | 10:35 AM | **Delivered**<br>Left in locker/storage. | MIAMI, FL |

# Shipment facts

## Shipment overview

| | |
|---|---|
| TRACKING NUMBER | 877778843346 |
| DELIVERED TO | Residence |
| SHIP DATE | 9/28/2026 |
| STANDARD TRANSIT | Will be updated soon |
| DELIVERED | 9/29/2026 at 10:35 am |

## Services

| | |
|---|---|
| SERVICE | FedEx Priority Overnight |

FedEx

## Package details

| | |
|---|---|
| **WEIGHT** | 0.5 lbs / 0.23 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.5 lbs / 0.23 kgs |
| **PACKAGING** | FedEx Envelope |

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers
Transportation Contracting Opportunities

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics

**POLICY CENTER**

Terms of Use
Privacy & Security
Ad Choices
Your Privacy Choices

United States

**FOLLOW FEDEX**

© FedEx 1995-2026

Site Map | Cookie Consent | Cookie Consent