**Stitt, Jason D.**

| | |
|---|---|
| **From:** | Joyce Lindauer <joyce@joycelindauer.com> |
| **Sent:** | Monday, September 28, 2026 11:42 AM |
| **To:** | Stitt, Jason D. |
| **Subject:** | RE: Rebecca Fowler deposition |

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

She was also sent notice by Federal Express

---

**From:** Stitt, Jason D. <Jason.Stitt@KutakRock.com>
**Sent:** Monday, September 28, 2026 11:41 AM
**To:** Joyce Lindauer <joyce@joycelindauer.com>
**Cc:** Rebecca Fowler <becca@fowleradvising.com>
**Subject:** RE: Rebecca Fowler deposition

Ms. Lindauer,

Our firm represents Rebecca Fowler. Please be advised that emailing a subpoena one business day before a deposition, particularly without an accompanying witness fee, is not valid service. Even if it were, your subpoena did not provide reasonable time to comply. Ms. Fowler will not appear for a deposition today. You may direct all further communications to my attention. Thank you.

Jason

**Jason D. Stitt**

**Kutak Rock LLP**
8415 E. 21st Street North, Suite 200, Wichita, KS 67206
Jason.Stitt@Kutakrock.com
**p:** 316.248.6482 **o:** 316.248.6480 **m:** 316.992.3534

---

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Date:** Monday, September 28, 2026 at 12:24 PM
**To:** Rebecca Fowler <becca@fowleradvising.com>
**Cc:** Marc Kulick <marc@vestarealproperty.com>
**Subject:** <no subject>

Please be advised we intend to go forward the deposition today at 1:30 CST.
That would be 2:30 your time in Florida. Thank you – Joyce Lindauer Attorney

LINDAUER & VAUGHN
ATTORNEYS AT LAW

JOYCE W. LINDAUER
Attorney

(972) 503-4033 (phone) · (972) 503-4034 (fax) · (214) 957-8039 (cell)
117 S. Dallas Street, Ennis, Texas 75119

**CONFIDENTIALITY STATEMENT**
*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**NO ELECTRONIC SIGNATURE OR AGREEMENT**
*Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.*

---

This E-mail message is confidential, is intended only for the named recipients above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message. Thank you.

**Stitt, Jason D.**

| | |
|---|---|
| **From:** | Joyce Lindauer <joyce@joycelindauer.com> |
| **Sent:** | Monday, September 28, 2026 2:39 PM |
| **To:** | Stitt, Jason D. |
| **Subject:** | YSA Investments |

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

Let me know how you want to handle the insurance issue.
Obviously everyone is drawing negative conclusions which are extremely
Detrimental to Rebecca's clients if they have actually paid for insurance.
Thanks for any help you can provide.

LINDAUER & VAUGHN
ATTORNEYS AT LAW

JOYCE W. LINDAUER
Attorney

(972) 503-4033 (phone) · (972) 503-4034 (fax) · (214) 957-8039 (cell)
117 S. Dallas Street, Ennis, Texas 75119

**CONFIDENTIALITY STATEMENT**

*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**NO ELECTRONIC SIGNATURE OR AGREEMENT**

*Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.*