**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Chapter 11<br>Case No. 26-12806 (SAH) |

**SUPPLEMENTAL CERTIFICATE OF MAILING**

The undersigned, counsel for LSREF7 Badlands Loan Trust 2026, a Delaware Statutory Trust, hereby certifies that on the 10th day of September 2026, a true and correct copy of the following pleading:

Dkt. 338 LSREF7 Badlands Loan Trust 2026's Motion for Relief from the Automatic Stay Combined with Notice of Opportunity for Hearing and Brief in Support (the "Motion")

was electronically filed with the Clerk of Court for the U.S. District Court for the Western District of Oklahoma using the CM/ECF system which sent a notice of electronic filing to all counsel of record who are registered CM/ECF users in this case, including counsel for the Debtor.

The undersigned further certifies that on September 30, 2026, a true and correct copy of the Motion was served on the following parties who have not yet entered an appearance or are not registered CM/ECF users, via US Mail, first class, postage prepaid, and properly addressed as follows:

YSA Investments 1, LLC
8 The Green, Suite B
Dover, Delaware 19901
**Debtor**

Capital Assets, Inc.
502 W. 6th St.
Tulsa, Oklahoma 74119

Respectfully submitted,

*/s/ Kiran A. Phansalkar*

Kiran A. Phansalkar, OBA #11470
Preston M. Sullivan, OBA #33619
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Email: kiran.phansalkar@mcafeetaft.com
preston.sullivan@mcafeetaft.com

and

Matthew Hansen, OBA #35797
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8496
Email matt.hansen@troutman.com
***Attorneys for Creditor***
***LSREF7 Badlands Loan Trust 2026***