**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**APPLICATION TO CONTINUE**
(Related Docs. 194, 198, 279, and 283)

YSA Investments 1, LLC ("YSA"), by and through the undersigned counsel, hereby files this *Application to Continue* (the "Application") covering the following matters:

- Debtor's Motion to Establish Notice Procedures [Doc. 194];
  - Objection [Doc. 230];
  - Limited Objection [Doc. 296];
- Debtor's Motion for Entry of an Order Implementing Certain Procedures to Compensate and Reimburse Professionals [Doc. 198];
  - Objection [Doc. 229];
  - Limited Objection [Doc. 297];
- Debtor's Application to Employ PJD Consult LLC as Real Estate Consultant and Notice of Opportunity for Hearing [Doc. 279];
  - Objection [Doc. 353];
  - Objection [Doc. 355];
  - Objection [Doc. 356];
  - Objection [Doc. 357];
- Debtor's Application to Employ Capital Assets, Inc. as Property Manager [Doc. 283]; and
  - Objection [Doc. 356].

(collectively, the "Matters").

In support hereof, YSA would show the court as follows:

1. On July 28, 2026, YSA filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware pursuant to Chapter 11 of the Bankruptcy Code.

2. On August 14, 2026, this case was transferred to this Court.

3. No examiner or committee has been appointed in this Chapter 11 case.

4. On October 1, 2026, the Court heard and granted the *Amended Motion for the Appointment of a Chapter 11 Trustee* [Doc. 232], pursuant to which the appointment of a chapter 11 trustee (the "Trustee") is pending.

5. YSA will cease to be the debtor in possession when the Trustee qualifies. 11 U.S.C. § 1101(1); *In re Sunergy California LLC*, 646 B.R. 840, 844 (Bankr. E.D. Cal. 2022), *aff'd*, *In re Sunergy California LLC*, BAP EC-22-1230-GCB, 2023 WL 4184860 (B.A.P. 9th Cir. June 26, 2023) ("…the debtor ceased to be the representative of the estate the moment the trustee qualified.").

6. Moreover, the undersigned counsel's authorization to represent the estate will terminate upon the Trustee's qualification. *In re Bresnick*, 406 B.R. 582, 585 (Bankr. E.D.N.Y. 2009), *aff'd sub nom. Morrison v. U.S. Trustees*, 09-CV-3565 (CBA), 2010 WL 2653394 (E.D.N.Y. June 24, 2010).

7. At that point, the Trustee will become vested with the sole right and obligation to administer property of the estate. *Id*.

8. It is unclear when the Trustee will qualify, but it is anticipated to occur as soon as practicable.

9. However, the Matters are set for hearing on October 8, 2026, and October 22, 2026.

10. To provide the Trustee adequate time to evaluate the Matters and determine whether the relief sought therein is in the best interest of the estate, YSA respectfully requests the Court continue the Matters to November 12, 2026, at 10:00 a.m. before the Honorable Sarah A. Hall, 9th floor Courtroom at the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Ave., Oklahoma City, Oklahoma 73102.

11. YSA has not sought nor been granted any prior relief with respect to the Matters.

12. Due to present circumstances, YSA has not consulted with any party regarding the requested continuance.

WHEREFORE, YSA requests this Court enter an order continuing the hearing on the Matters to November 12, 2026, at 10:00 a.m. before the Honorable Sarah A. Hall, 9th floor Courtroom at the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Ave., Oklahoma City, Oklahoma 73102.

Respectfully submitted,

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**