**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| YSA Investments 1, LLC, | ) | |
| | ) | Case No. 26-12806 (SAH) |
| | ) | |
| Debtor. | ) | |

**AUERBACH OPPORTUNITY FUND I, III, & IV ("AUERBACH GROUP")'S OBJECTION TO DEBTOR, AND SILVER HILL CAPITAL GROUP'S MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION AND GRANTING RELIEF FROM THE AUTOMATIC STAY AND BRIEF IN SUPPORT THEREOF**

The Auerbach Opportunity Fund I, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP (collectively, the "**Auerbach Group** "by and through undersigned counsel, hereby objects to the Joint Motion for Entry of an Order Approving Stipulation and the Motion for Relief from the Automatic Stay (the "Motion") [Doc. 375] filed by Debtor and Silver Hill Capital Group LLC ("Movant") seeking modification of and relief from the automatic stay pursuant to 11 U.S.C. § 362(d) with respect to the real property identified as Bryan Hills Apartments (Bryan Hills) located at 7204 NW 36th St, Bethany, OK 73008), Summer Oaks Apartments, (Summer Oaks) located at 5744 NW 16th St., Oklahoma City, OK; Springdale Village Apartments (Springdale Village) located at 4330 S. Barnes Ave., Oklahoma City, OK and Tuscany Village Apartments ("Tuscany Village") located at 6900 London Way, Oklahoma City, OK 73132 collectively (the "Property"). In support of this Objection, Debtor states as follows:

Debtor and Movant seeks relief from the automatic stay under 11 U.S.C. § 362(d) to pursue foreclosure or other enforcement remedies against the Property. The Auerbach Group is an preferred equity holder investor in Bryan Hills, Springdale Village and Summer Oaks. On

October 1, 2026, an evidentiary hearing was held wherein the Court appointed a Chapter 11 Trustee, and removing the Debtor as a Debtor in Possession. Testimony suggested that the Debtor effectively surrendered the property in exchange for Silver Hill's agreement to not pursue its Motion to Appoint a Chapter 11 Trustee. This agreement and stipulation is now suspect as evidence will show that by surrendering the assets, millions of dollars in equity were relinquished. Further, relief should be denied because Debtor has substantial equity in the Property, according to its schedules and the evidence Auerbach intends to present. Movant is adequately protected, and the Property is necessary for an effective reorganization. The existence of equity defeats Movant's entitlement to relief under § 362(d)(2) and weighs heavily against a finding of "cause" under § 362(d)(1). Based on the Auerbach Group's valuation, the current fair market value of Bryan Hills is $17,890,000.00 in its stabilized capacity. It is believed the total amount of Silver Hill liens and encumbrances against Bryan Hills is $14,000,000.00. Accordingly, there is equity in the Village Creek Property of approximately $3,890,000.00, in a stabilized condition. Based on the Debtor's recent filings there is insurance on all properties. The Auerbach Group values Springdale Village in a stabilized condition of $10,000,000.00. The Silver Hill debt on Springdale Village is approximately $7,500,000.00. There is approximate equity of $2,500,000.00 The Properties would be necessary for Debtor's effective reorganization because there is evidence of equity in the Properties. Further, the Chapter 11 Trustee should be given the opportunity to review the status of the Properties and be allowed to make an independent determination whether these properties should be surrendered.

Section 362(d)(2) permits relief from the stay of an act against property only if (A) the debtor does not have an equity in such property; and (B) such property is not necessary to an effective reorganization. Debtor has equity in the Property because the fair market value

Debtor has equity in the Property because the fair market value substantially exceeds the aggregate of all liens. "Equity" for purposes of § 362(d)(2) means the amount by which the value of the collateral exceeds the total of all liens against it. Value is measured at the filing date under 11 U.S.C. §522(a)(2). The Debtor's Schedules illustrate that this property has value over the first mortgage. Because equity exists, the first prong of § 362(d)(2) is not satisfied and relief under that subsection must be denied as a matter of law. Even if equity were lacking (which it is not), the Properties are necessary for an effective reorganization because under proper management, the properties will not only survive but thrive. Further, relief under 11 U.S.C. § 362(d)(1) should be denied because there is No "Cause." Section 362(d)(1) permits relief "for cause, including the lack of adequate protection of an interest in property." The existence of a substantial equity cushion constitutes adequate protection as a matter of law in the majority of jurisdictions. See In re Mellor, 734 F.2d 1396 (9th Cir. 1984), In re Big Dog II, LLC 602, B.R.64,70 (Bankr. N.D. Flar 2019). Here, the equity cushion fully protects Movant's interest. In addition, there is insurance on the properties. The automatic stay is a fundamental protection of the Bankruptcy Code. Granting relief would deprive the Auerbach Group of the ability to preserve the asset and save the equity in the property for its investors. The equities and the purposes of the Code favor denial of the Motion.

For the foregoing reasons, The Auerbach Group respectfully requests that the Court: deny the Joint Motion for Entry of an Order Approving Stipulation and the Motion for Relief from the Automatic Stay (the "Motion") [Doc. 374] in its entirety and for any further relief deemed proper by the Court.

Respectfully Submitted,
s/Bret Davis
Bret Davis, OBA No. 15079
5621 N. CLASSEN BLVD.
OKLAHOMA CITY, OK 73118
405-840-5900
Email: bdavis@lamunmock.com
Counsel for Auerbach Opportunity Fund I, L.P.
Auerbach Opportunity III, LP, and
Auerbach Opportunity IV, LP

CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Court's ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

I further certify that on this date, I caused the foregoing document to be served via email and/or U.S. Mail, postage prepaid, on all parties required to be served with notice of this document.

s/Bret Davis

abel Matrix for local noticing
.087-5
ase 26-12806
estern District of Oklahoma
klahoma City
ri Oct 2 14:21:58 CDT 2026

727 Lofts Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

727 Lofts Holdings, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

-V Village Creek Owner, LLC
/o Joyce W. Lindauer
indauer & Vaughn
17 S. Dallas Street
nnis, TX 75119-4744

Axonic Multifamily Bridge SPV (BC) Trust, DS

Barcelona Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

airfax Best Living, LLC
/o Joyce W. Lindauer
indauer & Vaughn
17 S. Dallas Street
nnis, TX 75119-4744

Fairfax Investors, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Federal National Mortgage Association (
c/o Kivell, Rayment and Francis, P.C.
Robert J. Hauge
7666 East 61st Street, Suite 550
Tulsa, OK 74133-1199

irst United Bank and Trust Co.
OHN W. MEE III
EE HAWKINS GREENHAW & COTNER PLLP
025 Gaillardia Pl, Suite D
klahoma City, OK 73142-1871

Jenk's Best Living, LLC
6911 South 66th East Avenue Suite 100
Tulsa, OK 74133-1748

LSREF7 Badlands Loan Trust 2026
McAfee & Taft
c/o Kiran A. Phansalkar, Esq.
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7109

ofts at North Penn Best Living, LLC
/o Joyce W. Lindauer
indauer & Vaughn
17 S. Dallas Street
nnis, TX 75119-4744

Mayflower Asset Recovery Systems LLC
c/o Lowenstein Sandler LLP
Attn: Christopher A. Ward
Attn: Shanti M. Katona
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Remington Ranch's Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

idge Best Living, LLC
/o Joyce W. Lindauer
indauer & Vaughn
17 S. Dallas Street
nnis, TX 75119-4744

Saperean Capital IV TB Note Lender KD4, LLC
McAfee & Taft
c/o Preston Sullivan
8th Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK 73102-7109

Toval Ventures, LLC
c/o Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102-2837

nited States Trustee
nited States Trustee
15 Dean A. McGee Ave., 4th Floor
klahoma City, OK 73102-3479

Woodland Manor Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Woodland Manor TIC 1, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

oodland Oaks Best Living, LLC
/o Joyce W. Lindauer
indauer & Vaughn
17 S. Dallas Street
nnis, TX 75119-4744

Woodland Oaks Investors, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

2059 PARTNERS, LLC
THE CORPORATION TRUST
1209 ORANGE STREET
WILMINGTON, DE 19801-1196

06 QUEEN ANNE CLUB, LLC
833 SMITH AVE 402
ALTIMORE, MD 21209-1426

2201 S. HALSTED, LLC
30 N. MICHIGAN AVE 2100
CHICAGO, IL 60602-3606

727 LOFTS BEST LIVING LLC
850 NEW BURTON RD 201
DOVER, DE 19904-5786

27 LOFTS BEST LIVING, LLC
27 E MAIN PL
ENKS, OK 74037-3915

727 LOFTS HOLDINGS, LLC
850 NEW BURTON RD 201
DOVER, DE 19904-5786

A-V 23 EAST OWNER LLC
11327 E 23RD ST
TULSA, OK 74129-5411

-V 23 EAST OWNER, LLC
51 LITTLE FALLS DR
ILMINGTON, DE 19808-1674

A-V CLASSEN OWNER, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

A-V VILLAGE CREEK OWNER LLC
6630 S ZUNIS AVE
TULSA, OK 74136-1125

-V VILLAGE CREEK OWNER, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

ACRE CREDIT INVESTMENTS II
233 S. WACKER DRIVE, SUITE 5900
CHICAGO, IL 60606-6361

ACRE Q018 RETENTION HOLDER LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

DDRESSERS, INC.
5700 TEXACO AVENUE
ARAMOUNT, CA 90723-3924

AINSWORTH & CLANCY, PLLC
1826 PONCE DE LEON BOULEVARD
MIAMI, FL 33134-4419

ALAYON & ASSOCIATES, P.A.
135 SAN LORENZO AVENUE SUITE 820
CORAL GABLES, FL 33146-1527

MERICAN FIDUCIARY SERVICES LLC
0845 GRIFFITH PEAK DR, SUITE 200A
AS VEGAS, NV 89135-1553

AMERICAN FIDUCIARY SERVICES, LLC
700 NE MULTNOMAH STREET SUITE 1550
PORTLAND, OR 97232-2131

ARBOR WOODS ASSOCIATES, LLC
186 N. MAIN ST. FLOOR 2 SUITE 1
PLYMOUTH, MI 48170-1236

RGENTA S BEST LIVING INVESTORS, LLC
1301 NALL AVE 210
EAWOOD, KS 66211-1774

ASSET HOLDER, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

AUERBACH-VESTA 23 EAST, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

UERBACH-VESTA COPPERFIELD, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

AUERBACH-VESTA ONE ETON SQUARE, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

AUERBACH-VESTA REMINGTON RANCH, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

UERBACH-VESTA VILLAGE CREEK, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

AUERBACH-VESTA, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

AXONIC CAPITAL LLC
390 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10022-4653

XONIC MULTIFAMILY BRIDGE SPV (BC) TRUST
/O AXONIC CAPITAL LLC 520 MADISON AVENU
EW YORK, NY 10022-4205

B & J WOODSCAPE/OKLAHOMA CITY LLC
4200 N MERIDIAN AVE
OKLAHOMA CITY, OK 73112-2628

B&J WOODSCAPE / OKLAHOMA CITY, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

ANCORP BANK, NATIONAL ASSOCIATION
200 SOUTH PINE ISLAND ROAD
LANTATION, FL 33324-4413

BARCELONA BEST LIVING LLC
5160 S YALE AVE
TULSA, OK 74135-7405

BARCELONA BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

ARTLESVILLE BEST LIVING LLC
530 COLONY WAY
ARTLESVILLE, OK 74006-8859

BARTLESVILLE BEST LIVING, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

BERKADIA COMMERCIAL MORTGAGE LLC
323 NORRISTOWN ROAD, SUITE 300
AMBLER, PA 19002-2758

MO BANK, N.A.
20 S. CANAL STREET
HICAGO, IL 60606-5707

BOARD OF COUNTY COMMISSIONERS OF OKLAHOM
320 ROBERT S KERR AVE ROOM 204
OKLAHOMA CITY, OK 73102-3441

BOCAIRE TULSA LENDER, LLC
C/O COGENCY GLOBAL INC.,
850 NEW BURTON ROAD, SUITE 201
DOVER, DE 19904-5786

OOMAR REMODELING, LLC
009 SW 54TH ST
KLAHOMA CITY, OK 73119-5415

BRYAN HILL TIC 1, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

BRYAN HILL TIC 2, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

RYAN HILL TIC 3, LLC
ORPORATION TRUST CENTER
.209 ORANGE ST
IILMINGTON, DE 19801-1196

BRYAN HILLS BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

CANOPY BEST LIVING LLC
9201 KANIS RD
LITTLE ROCK, AR 72205-6447

ANOPY BEST LIVING, LLC
ORPORATION TRUST CENTER
.209 ORANGE ST
IILMINGTON, DE 19801-1196

CAPITAL ASSETS, INC.
8002 S. 101ST EAST AVENUE
TULSA, OK 74133-4562

CAPITAL FUND LAW GROUP, P.C.
405 LEXINGTON AVENUE 26TH FLOOR
NEW YORK, NY 10174-2699

APITOL SOLE MEMBER, LLC
ORPORATION TRUST CENTER
.209 ORANGE ST
IILMINGTON, DE 19801-1196

CAROZZA-LOEFFLER, LLC
11301 NALL AVE 210
LEAWOOD, KS 66211-1774

CITY OF STILLWATER OKLAHOMA
723 S LEWIS ST
STILLWATER, OK 74074-4652

OHEN + COMPANY
COLUMBUS CIRCLE, 24TH FLOOR
EW YORK, NY 10019-8760

COMMUNITY LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD., SUITE 300
MIAMI, FL 33146-1839

COPPERFIELD APARTMENTS LP
2400 NW 30TH ST
OKLAHOMA CITY, OK 73112-7890

OPPERFIELD APARTMENTS, LP
911 S. 66TH E AVE. 100
ULSA, OK 74133

COPPERFIELD, GP
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

CREO QRS NP LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

REO QRS VC LLC
51 LITTLE FALLS DR
IILMINGTON, DE 19808-1674

DECHERT LLP
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904-2464

REXEL FLATS ACQUISITION TIC, LLC
00 CREEK VIEW RD 209
EWARK, DE 19711-8548

DREXEL FLATS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

DREXEL FLATS HOLDINGS, LLC
186 N. MAIN ST. FLOOR 2 SUITE 1
PLYMOUTH, MI 48170-1236

REXEL FLATS SPONSOR, LLC
86 N. MAIN ST. FLOOR 2 SUITE 1
LYMOUTH, MI 48170-1236

EATON PLACE BEST LIVING, LLC
517 E DOUGLAS AVE
WICHITA, KS 67202-3514

EATON PLACE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

ATON PLACE INVESTOR, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

EATON PLACE TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

EATON PLACE TIC 1 OWNER, LLC
517 E DOUGLAS AVE
WICHITA, KS 67202-3514

RICKA F. JOHNSON
AYARD P.A.
00 N. KING ST
UITE 400
ILMINGTON, DE 19801-3779

ESPLANADE APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

Empire Protection Services LLC
14083 SH 51
Coweta OK 74429-7100

AIRFAX BEST LIVING, LLC
801 NE 10TH ST
KLAHOMA CITY, OK 73110-3698

FAIRFAX BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

FAIRFAX HOLDING COMPANY LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

AIRFAX INVESTORS, LLC
801 NE 10TH ST
KLAHOMA CITY, OK 73110-3698

FAIRFAX INVESTORS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

(p)FEDERAL NATIONAL MORTGAGE ASSOCIATION F
GRANITE PARK VII
5600 GRANITE PKWY
PLANO TX 75024-4126

ELNER FAMILY, LLC
284 W. PALMETTO PARK RD. 206
OCA RATON, FL 33433-3414

FIDELITY NATIONAL TITLE
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

FIRST UNITED BANK AND TRUST CO.
1400 W MAIN
DURANT, OK 74701-4906

ORREST 'BUTCH' FREEMAN, TREASURER
20 ROBERT S KERR AVE ROOM 307
KLAHOMA CITY, OK 73102-3441

GABLEGOTWALS
BOK PARK PLAZA 499 W. SHERIDAN AVE.
SUITE 2200
OKLAHOMA CITY, OK 73102

GAM CHESTNUT PROPERTIES, LLC
20079 KING RD.
TRENTON, MI 48183-1032

AM CHESTNUT PROPERTIES, LLC
160 S YALE AVE
ULSA, OK 74135-7405

GREENBERG TRAURIG, LLP
ONE VANDERBILT AVENUE SUITE 400
NEW YORK, NY 10017-3807

HOFLAND LOLLMAN PLLC
401 S. BOSTON AVENUE SUITE 500
TULSA, OK 74103-4023

NTERNAL REVENUE SERVICE
ENTRALIZED INSOLVENCY OPERTATION
O BOX 7346
HILADELPHIA, PA 19101-7346

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

JENK'S BEST LIVING INVESTORS, LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211-2011

ENK'S BEST LIVING, LLC (AS PLAINTIFF)
251 W. 116TH PLACE 200
EAWOOD, KS 66211-2011

JENKS BEST LIVING LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211-2011

JENKS BEST LIVING, LLC
204 S RIVERFRONT DR
JENKS, OK 74037-3901

LL (JONES LANG LASALLE)
00 EAST RANDOLPH DRIVE
HICAGO, IL 60601-6537

JONATHAN BERNEY
YSA INVESTMENTS 1, LLC
848 BRICKELL AVENUE, SUITE PH5
MIAMI, FL 33131-2949

KAYNE ANDERSON REAL ESTATE ADVISORS
ONE TOWN CENTER ROAD, SUITE 300
BOCA RATON, FL 33486-1014

DL DISCOVERY
023 COLUMBINE RD
DEN PRAIRIE, MN 55347-4182

KEYBANK N.A.
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1217

KLDISCOVERY ONTRACK, LLC
9023 COLUMBINE ROAD
EDEN PRAIRIE, MN 55347-4182

AKESIDE BEST LIVING LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

LAKESIDE BEST LIVING, LLC
9601 E 21ST PL
TULSA, OK 74129-3801

LAKESIDE INVESTORS, LLC
850 NEW BURTON RD 201
DOVER, DE 19904-5786

EGACY BANK
23 E. CHICAGO AVE.
OLWICH, KS 67030-9703

LOFTS AT NORTH PENN BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

LOFTS AT NORTH PENN BEST LIVING, LLC
15501 N PENNSYLVANIA AVE
EDMOND, OK 73013-2110

OFTS AT NORTH PENN HOLDINGS, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

LOUIS INVESTMENTS LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211-2011

LOUIS-PUTNAM MANAGER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

S APARTMENT SPONSOR LLC
400 W 110TH STREET 201
EAWOOD, KS 66211-1585

LSREF7 BADLANDS LOAN TRUST 2026
919 NORTH MARKET ST SUITE 1600
WILMINGTON, DE 19801-3046

LSREF7 BADLANDS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

SREF7 RANGER, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

Louis Investments LLC
c/o Joyce W. Lindauer
117 S. Dallas Street
Ennis, TX 75119-4744

MANSION WEST APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

ARC KULICK
920 E 113TH ST
ULSA, OK 74137-7606

MONTGOMERY APARTMENT HOLDINGS, LLC
500 W MAIN ST
OKLAHOMA CITY, OK 73102-2254

MONTGOMERY APARTMENTS HOLDINGS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

ONTGOMERY BEST LIVING, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

MUNTAGE BEST LIVING, LLC
3041 NW 41ST ST
OKLAHOMA CITY, OK 73112-6215

MUNTAGE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

UNTAGE HOLDINGS LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

NAE CANOPY APARTMENTS, LLC
1209 ORANGE ST
WILMINGTON, DE 19801-1120

NEWMARK (NEWMARK KNIGHT FRANK)
125 PARK AVENUE
NEW YORK, NY 10017-5690

IX LUMBER, INC.
117 NW 10TH ST
KLAHOMA CITY, OK 73127-5795

NORTHBORO QN, LLC
1521 CONCORD PIKE 201
WILMINGTON, DE 19803-3645

NORTHMARQ
3500 AMERICAN BLVD W., SUITE 500
BLOOMINGTON, MN 55431-4435

AT RE HOLDINGS, LLC
.00 BEACH DR NE 1900
AINT PETERSBURG, FL 33701-3970

OKC3 INVESTORS LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

ONE ETON SQUARE LLC
8111 E 60TH ST
TULSA, OK 74145-5037

NE ETON SQUARE, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

ONE ETON TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

ONE ETON TIC 1, LLC
8111 E 60TH ST
TULSA, OK 74145-5037

ZURA INC.
.08 LAKELAND AVE
OVER, DE 19901-5109

Oklahoma County Treasurer
320 Robert S. Kerr Ave. Room 307
Oklahoma City, OK 73102-3441

P.G. OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

ALM CAPITAL ADVISORS, LLC
.16 STRONG BRANCH DRIVE
ONTE VEDRA BEACH, FL 32082-3841

PINNACLE BANK (PINNACLE FINANCIAL PARTNE
21 PLATFORM WAY S, SUITE 2300
NASHVILLE, TN 37203-7878

PREVAIL TRIAL CONSULTANTS
800 N. KING STREET SUITE 201
WILMINGTON, DE 19801-3544

SC THRIVE, LLC
3 WALKER AVE 300
IKESVILLE, MD 21208-4004

PUTNAM GREEN TIC INTEREST LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

PUTNAM GREEN TIC INTEREST, LLC
7525 KNIGHT LAKE DR
OKLAHOMA CITY, OK 73132-6009

2 YIELD, LLC
.209 ORANGE ST
ILMINGTON, DE 19801-1120

READY CAPITAL MORTGAGE FINANCING 2023-
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

READY CAPITAL SUBSIDIARY REIT II, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

EGENCY HOLDINGS, LLC
400 W 110TH STREET 201
VERLAND PARK, KS 66211-1585

REMINGTON RANCH'S BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

RESTORATION KINGS LLC
8449 SOUTH COLLEGE AVE
TULSA, OK 74137-1451

IDGE BEST LIVING INVESTORS LLC
ORPORATION TRUST CENTER
.209 ORANGE ST
ILMINGTON, DE 19801-1196

RIDGE BEST LIVING LLC
3834 N OAK GROVE DR
OKLAHOMA CITY, OK 73110-3505

RIDGE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

IVER WALK APARTMENTS HOLDINGS, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

RIVER WALK BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

RIVER WALK SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211-1585

IVERPARK BEST LIVING INVESTORS, LLC
2900 METCALF 140
VERLAND PARK, KS 66213-3203

RIVERPARK BEST LIVING, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

RIVERPARK BEST LIVING, LLC
7803 S WHEELING AVE
TULSA, OK 74136-8652

OBERT MILEY
SA INVESTMENTS 1, LLC
48 BRICKELL AVENUE, SUITE PH5
IAMI, FL 33131-2949

RODSTROM LAW PLLC
1712 N VICTORIA PARK ROAD
FORT LAUDERDALE, FL 33305-3408

ROJO CONSTRUCTION COMPANY
6621 LAUREL DR
OKLAHOMA CITY, OK 73162-6743

OSE LAW FIRM
20 EAST FOURTH STREET
LITTLE ROCK, AR 72201-2893

Rasa Floors and Carpet Cleaning LLC
Reynolds Ridings Vogt and Robertson PLLC
101 Park Avenue Suite 1010
Oklahoma City OK 73102-7251

SALEM WEST APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

ECRETARY OF STATE
IVISION OF CORPORATIONS
RANCHISE TAX
O BOX 898
OVER, DE 19903-0898

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549-2000

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-5520

EMINOLE RIDGE APARTMENTS HOLDINGS LLC
400 W 110TH STREET 201
VERLAND PARK, KS 66211-1585

SEMINOLE RIDGE SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211-1585

SG CAPITAL PARTNERS LLC
750 WASHINGTON BOULEVARD, SUITE 1050
STAMFORD, CT 06901-3722

HORELINE'S BEST LIVING LLC
TRIDE BANK, N.A.
24 W. BROADWAY AVE.
NID, OK 73701-3838

SHORELINE'S BEST LIVING, LLC
9601 E 21ST
TULSA, OK 74129-3801

SHORELINES BEST LIVING INVESTORS, LLC
8 THE GREEN B
DOVER, DE 19901-3618

PRINGDALE VILLAGE S BEST LIVING, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

SPRINGDALE VILLAGE TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

SPRINGDALE VILLAGE TIC 2, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

PRINGDALE VILLAGE TIC 3, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

SPRINGDALE VILLAGE'S BEST LIVING, LLC
4330 S BARNES AVE
OKLAHOMA CITY, OK 73119-3557

STERN & EISENBERG, PC
1581 MAIN STREET SUITE 200
WARRINGTON, PA 18976-3403

TRIDE BANK, N.A.
24 W. BROADWAY AVE.
NID, OK 73701-3838

SUMMER OAKS BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

SUMMER OAKS BEST LIVING, LLC
5744 NW 16TH ST
OKLAHOMA CITY, OK 73127-6942

ecurities & Exchange Commission
00 F Street, NE
ashington, DC 20549-2001

Securities & Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-5520

TEN SEVEN SECURITY
4870 S LEWIS AVE # 207
TULSA, OK 74105-5153

ERM FUND III MRA SELLER LLC
51 LITTLE FALLS DR
ILMINGTON, DE 19808-1674

THE BANCORP BANK, N.A.
409 SILVERSIDE ROAD, SUITE 105
WILMINGTON, DE 19809-1771

THRIVE ARGENTA OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

HRIVE REALESTATE, LLC
EMINOLE RIDGE SPONSOR LLC
400 W 110TH STREET 201
VERLAND PARK, KS 66211-1585

TRANSPARENT COLLABORATION, LLC
6600 COLLEGE BLVD 310
OVERLAND PARK, KS 66211-1522

TRDWIND CAPITOL, LLC
1999 BRYAN ST 900
DALLAS, TX 75201-3140

RDWIND CAPITOL, LLC
15 NE 28TH ST
KLAHOMA CITY, OK 73105-2840

TRES PALM SUPPLY, LLC
D/B/A MAINTENANCE SUPPLY SOLUTIONS
3710 RAWLINS ST SUITE 1420
DALLAS, TX 75219-4296

TU PROPERTIES, LLC
511 OAK ST
KANSAS CITY, MO 64106-1160

USCANY VILLAGE BEST LIVING LLC
900 LONDON WAY
KLAHOMA CITY, OK 73132-5822

TUSCANY VILLAGE BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

TUSCANY VILLAGE HOLDINGS, LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211-1585

USCANY VILLAGE SPONSOR LLC
400 W 110TH STREET 201
VERLAND PARK, KS 66211-1585

VESTA CLASSEN, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

VESTA COPPERFIELD, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

ESTA FAIRFAX, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

VESTA HOLDINGS, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

VESTA-SEMINOLE RIDGE LLC
125 W I-240 SERV. RD.
OKLAHOMA CITY, OK 73139-7833

ESTA-SEMINOLE RIDGE LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

VILLAS AT MIDTOWN BEST LIVING LLC
2001 E SKELLY DR
TULSA, OK 74105-5915

VILLAS AT MIDTOWN BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

.M. BEST LIVING OWNER, LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

W.M. TIC 1 OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

W.O. HOLDING CO., LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

.O. SOLE MEMBER LLC
ORPORATION TRUST CENTER
209 ORANGE ST
ILMINGTON, DE 19801-1196

WALDON LAKES ACQUISITION, LLC
370 E MAPLE 200
BIRMINGHAM, MI 48009-6303

WALDON LAKES MANAGER INC.
370 E MAPLE 200
BIRMINGHAM, MI 48009-6303

EDGEWOOD APARTMENTS ACQUISITION, LLC
00 CREEK VIEW RD 209
EWARK, DE 19711-8548

WEIR LLP
THE WIDENER BUILDING
1339 CHESTNUT STREET SUITE 500
PHILADELPHIA, PA 19107-3503

WELLS FARGO BANK, N.A.
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104-1298

ESTLAKE HARDWARE INC.
4000 MARSHALL DRIVE
ENEXA, KS 66215-1221

WILDWOOD ASSETS, LLC
VESTA CLASSEN LLC
2200 N CLASSEN BLVD
OKLAHOMA CITY, OK 73106-5800

WOODLAND MANOR TIC 1, LLC
8641 E 61ST ST
TULSA, OK 74133-1302

IOODLAND MANOR TIC 1, LLC
:ORPORATION TRUST CENTER
.209 ORANGE ST
IILMINGTON, DE 19801-1196

WOODLAND MANOR'S BEST LIVING, LLC
8641 E 61ST ST
TULSA, OK 74133-1302

WOODLAND MANOR'S BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

IOODLAND OAKS BEST LIVING LLC
:ORPORATION TRUST CENTER
.209 ORANGE ST
IILMINGTON, DE 19801-1196

WOODLAND OAKS BEST LIVING, LLC
7142 S 92ND E AVE
TULSA, OK 74133-5310

WOODLAND OAKS INVESTORS, LLC
7142 S 92ND E AVE
TULSA, OK 74133-5310

IOODLAND OAKS INVESTORS, LLC
:ORPORATION TRUST CENTER
:209 ORANGE ST
IILMINGTON, DE 19801-1196

WOODSCAPE SOLE MEMBER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

YSA INVESTMENTS 1, LLC
848 BRICKELL AVENUE
SUITE PH5
MIAMI, FL 33131-2949

:arlee M. Apel
'ellers Snider
.00 N Broadway Ave
ite 1700
)klahoma City, OK 73102-8820

Clayton D Ketter
Phillips Murrah P.C.
424 NW 10th Street, Suite 300
Oklahoma City, OK 73103-3941

Daniel N. Brogan
Bayard P.A.
600 N. Market Street
Suite 400
Wilmington, DE 19801-3007

:ricka Fredricks Johnson
ayard P.A.
i00 N. King St.
uite 400
ilmington, DE 19801-3779

Jason A Sansone
Phillips Murrah P.C.
424 NW 10th Street, Suite 300
Oklahoma City, OK 73103-3941

Joel E. Tasca
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, NV 89135-1557

icholas Candido
'hillips Murrah P.C.
:24 N.W. 10th St.
uite 300
)klahoma City, OK 73103-3941

Steven D. Adler
Bayard, P.A.
600 North King Street, Suite 400
19801
Wilmington, DE 19801-3779

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

'EDERAL NATIONAL MORTGAGE ASSOCIATION
.100 15TH ST NW
IASHINGTON, DC 20005

(d)FEDERAL NATIONAL MORTGAGE ASSOCIATION
1100 15TH ST. NW
WASHINGTON, DC 20005

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)A-V Lofts Owner LLC

(u)ACRE Q018 Retention Holder, LLC

(u)Auerbach Opportunity Fund 1, LP

u)Auerbach Opportunity Fund 1, LP, Auerbach

(u)Auerbach Opportunity Fund III, LP

(u)Auerbach Opportunity Fund IV, LP

u)Berkadia Commercial Mortgage LLC

(u)Bryan Hill Apartments

(u)CREO QRS NP LLC

u)CREO QRS VC LLC

(u)Computershare Trust Company, N.A.

(u)Drexel Flats Acquisition LLC

u)GableGotwals

(u)General Holdings, LLC

(u)Green Gardens General Contractor, LLC

u)Kingsbury OKC Lender, LLC

(u)Kulick Manager, LLC

(u)Louis Investments LLC

u)Mica Creek Capital, LLC

(u)PSC Thrive, LLC

(u)Putnam Green TIC Interest, LLC

u)River Walk Best Living, LLC

(u)Silver Hill Capital, LLC

(u)Springdale Village Apartments

u)Stride Bank

(u)Summer Oaks Apartments

(u)Term Fund III MRA Seller LLC and Term Fu

u)The Bancorp Bank, N.A.

(u)Tuscany Village Apartments

(u)Yamato OKC Lender LLC

u)Yamato OKC Lender LLC and Kingsbury OKC Le

(d)Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904-2464

(u)Rasa Floors and Carpet Cleaning LLC
PO Box 110067
Carrollton T

(d)Secretary of State
ivision of Corporations
ranchise Tax
.O. Box 898
over, DE 19903-0898

(u)Daniel J. Sherman

(u)Rebecca Fowler

| | |
|---|---|
| nd of Label Matrix | |
| ailable recipients | 256 |
| ypassed recipients | 36 |
| otal | 292 |