Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for A-V Village
Creek Owner LLC and Lofts
at North Penn Best Living LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**OBJECTION OF A-V VILLAGE CREEK OWNER LLC AND LOFTS AT NORTH PENN BEST LIVING LLC TO JOINT MOTION OF DEBTOR, CREO QRS VC LLC, AND CREO QRS NP LLC FOR ENTRY OF AN ORDER APPROVING STIPULATION AND GRANTING RELIEF FROM THE AUTOMATIC STAY [DKT. NO. 374]**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COME NOW A-V Village Creek Owner LLC and Lofts at North Penn Best Living LLC (collectively, the "Objecting Parties"), by and through their undersigned counsel, and file this Objection to the Joint Motion of Debtor, CREO QRS VC LLC, and CREO QRS NP LLC for Entry of an Order Approving Stipulation and Granting Relief from the Automatic Stay [Dkt. No. 374] (the "Motion"), and respectfully state as follows:

1. The Objecting Parties object to the relief requested in the Motion and request that the Court decline to approve the Stipulation and requested relief in its present form.

2. The Motion seeks approval of a Stipulation between YSA Investments 1, LLC ("YSA"), CREO QRS VC LLC, and CREO QRS NP LLC (collectively, "CREO") pursuant to

which CREO would receive relief from the automatic stay to pursue its asserted rights and remedies with respect to the properties identified therein.

3. The relief requested is substantial. Among other things, the Stipulation provides that YSA will not seek to reinstate the automatic stay without CREO's consent and will not object to, delay, impede, or interfere with foreclosure, the appointment of a receiver, a sale pursuant to section 363 of the Bankruptcy Code, or other actions concerning the management and administration of the properties.

4. The Motion further requests that the Court waive the fourteen-day stay ordinarily applicable to an order granting relief from the automatic stay, thereby permitting the requested relief to become effective immediately upon entry of the Court's order.

5. The Objecting Parties are not parties to the Stipulation and have not consented to the relief requested therein. An agreement between YSA and CREO should not operate to determine, waive, impair, or otherwise prejudice the independent rights, claims, defenses, or interests of non-stipulating parties.

6. Moreover, given the scope of the requested relief and the circumstances presently before the Court, the Objecting Parties submit that approval of the Stipulation as proposed is premature and could unnecessarily affect the rights and interests of other parties in interest.

7. Accordingly, the Objecting Parties request that the Court deny the Motion or, alternatively, limit any relief granted so that the Stipulation and resulting order do not bind, prejudice, waive, adjudicate, or otherwise affect any rights, claims, defenses, interests, or remedies of Fairfax Investors or Woodland Oaks Investors.

WHEREFORE, PREMISES CONSIDERED, A-V Village Creek Owner LLC and Lofts at North Penn Best Living LLC respectfully request that the Court deny the Joint Motion of Debtor,

CREO QRS VC LLC, and CREO QRS NP LLC for Entry of an Order Approving Stipulation and Granting Relief from the Automatic Stay [Dkt. No. 374], or alternatively, condition and limit any relief granted so as to preserve all rights, claims, defenses, interests, and remedies of the Objecting Parties, and grant such other and further relief as the Court deems just and proper.

Dated: October 2, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for A-V Village Creek
Owner LLC and Lofts at North
Penn Best Living LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 2, 2026, a true and correct copy of the foregoing document was electronically filed and served through the Court's CM/ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer