Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax
Investors, LLC and Woodland
Oaks Investors, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**OBJECTION OF FAIRFAX INVESTORS, LLC AND WOODLAND OAKS INVESTORS, LLC TO DEBTOR'S APPLICATION TO EMPLOY MARSHALL & STEVENS INC. AS ACCOUNTANTS AND FINANCIAL ADVISORS, EFFECTIVE AS OF SEPTEMBER 18, 2026 [DKT. NO. 378]**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COME NOW Fairfax Investors, LLC and Woodland Oaks Investors, LLC (collectively, the "Objecting Parties"), by and through their undersigned counsel, and file this Objection to the Debtor's Application to Employ Marshall & Stevens Inc. as Accountants and Financial Advisors, Effective as of September 18, 2026 [Dkt. No. 378] (the "Motion"), and respectfully state as follows:

1. The Objecting Parties request that the ruling on this Motion be held until the duly appointed Chapter 11 Trustee has an opportunity to review and respond to same.

WHEREFORE, PREMISES CONSIDERED, Fairfax Investors, LLC and Woodland Oaks Investors, LLC respectfully request that the Court hold ruling on the Motion until the duly

appointed Chapter 11 Trustee has an opportunity to review and respond to the Motion, and grant such other and further relief as the Court deems just and proper.

Dated: October 2, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Investors, LLC
and Woodland Oaks Investors, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 2, 2026, a true and correct copy of the foregoing document was electronically filed and served through the Court's CM/ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer