**Dated: October 5, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER CONTINUING HEARING**

This matter comes before this Court on the *Application to Continue* [Doc. 456] (the "Application") filed by YSA Investments 1, LLC ("YSA").[1]

The Court finds that, for good cause shown, the Application should be granted.

The Court therefore orders that the hearing on the following matters is hereby continued to **November 12, 2026, at 10:00 a.m.** before the Honorable Sarah A. Hall, 9th floor Courtroom at the

[1] Capitalized terms not otherwise defined herein shall have the meaning given in the Application.

United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Ave., Oklahoma City, Oklahoma 73102:

- Debtor's Motion to Establish Notice Procedures [Doc. 194];
  - Objection [Doc. 230];
  - Limited Objection [Doc. 296];
- Debtor's Motion for Entry of an Order Implementing Certain Procedures to Compensate and Reimburse Professionals [Doc. 198];
  - Objection [Doc. 229];
  - Limited Objection [Doc. 297];
- Debtor's Application to Employ PJD Consult LLC as Real Estate Consultant and Notice of Opportunity for Hearing [Doc. 279];
  - Objection [Doc. 353];
  - Objection [Doc. 355];
  - Objection [Doc. 356];
  - Objection [Doc. 357];
- Debtor's Application to Employ Capital Assets, Inc. as Property Manager [Doc. 283]; and
  - Objection [Doc. 356].

YSA shall notify all interested parties of this Order.

Findings of fact are based upon representation of counsel.

IT IS SO ORDERED.

# # #

APPROVED:

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**