UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:

YSA INVESTMENTS 1, LLC,

DEBTOR

Case No. 26-12806-SAH
Chapter 11

**LOCAL RULE 9014 PREHEARING NOTICE**

Federal National Mortgage Association ("Fannie Mae") submits the following notice pursuant to Local Rule 9014 with respect to the hearing on Fannie Mae's Motion for Relief from the Automatic Stay Relating to Collection of Rents by Marc Kulick and Vesta Realty, LLC and Motion for Waiver of Rule 4001(A)(4) Stay, Combined with Notice of Opportunity for Hearing and Brief in Support (the "Motion"). The hearing on these matters is currently scheduled for October 8, 2026 at 10:00 a.m.

**Exhibits**

Fannie Mae anticipates offering the following exhibits at the hearing:

1. July 14, 2023 Multifamily Note executed by Copperfield Apartments Limited Partnership (the "Copperfield Borrower");
2. July 14, 2023 Multifamily Loan and Security Agreement by and between the Copperfield Borrower and Berkely Point Capital, LLC d/b/a Newmark ("Newmark")
3. July 14, 2023 Multifamily Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing by and between the Copperfield Borrower and Newmark;
4. July 14, 2023 Assignment of Security Instrument by and between Newmark and Fannie Mae;

5. July 14, 2023 Assignment of Collateral Documents by and between Newmark and Fannie Mae;
6. January 9, 2026 Notice of Acceleration Letter to Copperfield Borrower;
7. February 14, 2023 Multifamily Note executed by Villas at Midtown Best Living, LLC;
8. January 30, 2023 Multifamily Loan and Security Agreement by and between Bartlesville Best Living, LLC ("Lexington Borrower") and Berkely Point Capital, LLC d/b/a Newmark ("Newmark");
9. January 30, 2023 Multifamily Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing by and between Lexington Borrower and Newmark;
10. January 30, 2023 Assignment of Security Instrument by and between Newmark and Fannie Mae;
11. January 30, 2023 Assignment of Collateral Documents by and between Newmark and Fannie Mae;
12. January 9, 2026 Notice of Acceleration Letter to Lexington Borrower;
13. February 15, 2024 Multifamily Note executed by TRDWind Capitol, LLC ("Capitol Borrower");
14. February 15, 2024 Multifamily Loan and Security Agreement by and between Capitol Borrower and Berkely Point Capital, LLC d/b/a Newmark ("Newmark");
15. February 15, 2024 Multifamily Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing by and between Capitol Borrower and Newmark;
16. February 15, 2024 Assignment of Security Instrument by and between Newmark and Fannie Mae;

17. February 15, 2024 Assignment of Collateral Documents by and between Newmark and Fannie Mae;
18. January 9, 2026 Notice of Acceleration Letter to Capitol Borrower;
19. April 21, 2023 Multifamily Note executed by B&J Woodscape/Oklahoma City, LLC ("Woodscape Borrower");
20. April 21, 2023 Multifamily Loan and Security Agreement by and between Woodscape Borrower and Berkely Point Capital, LLC d/b/a Newmark ("Newmark");
21. April 21, 2023 Multifamily Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing by and between Woodscape Borrower and Newmark;
22. April 21, 2023 Assignment of Security Instrument by and between Newmark and Fannie Mae;
23. April 21, 2023 Assignment of Collateral Documents by and between Newmark and Fannie Mae;
24. January 9, 2026 Notice of Acceleration Letter to Woodscape Borrower;
25. March 2, 2020 Multifamily Note executed by Seminole Ridge Best Living, LLC ("Original Seminole Borrower");
26. March 2, 2020 Multifamily Loan and Security Agreement by and between Original Seminole Borrower and Berkely Point Capital, LLC d/b/a Newmark ("Newmark");
27. March 2, 2020 Multifamily Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing by and between Seminole Borrower and Newmark;
28. March 2, 2020 Assignment of Security Instrument by and between Newmark and Fannie Mae;

29. March 2, 2020 Assignment of Collateral Documents by and between Newmark and Fannie Mae;
30. August 13, 2021 Assumption and Release Agreement by and between Original Seminole Borrower, Vesta – Seminole Ridge, LLC ("Current Seminole Borrower"), and Fannie Mae;
31. August 13, 2021 First Amendment to Multifamily Loan and Security Agreement by and between Fannie Mae and Current Seminole Borrower;
32. July 24, 2026 Notice of Acceleration Letter to Current Seminole Borrower;
33. June 2025 Copperfield Borrower Rent Roll;
34. March 2026 Copperfield Borrower Rent Roll;
35. June 2025 Lexington Borrower Rent Roll;
36. March 2026 Lexington Borrower Rent Roll;
37. June 2025 Capitol Borrower Rent Roll;
38. March 2026 Capitol Borrower Rent Roll;
39. June 2025 Woodscape Borrower Rent Roll;
40. March 2026 Woodscape Borrower Rent Roll;
41. Amended Complaint, ECF No. 15, *Federal National Mortgage Association v. Marc Kulick, et al.*, Case No. 5:26-CV-01400-HE, United States District Court for the Western District of Oklahoma (the "Kulick Action");
42. Motion for Temporary Restraining Order and Preliminary Injunction and Brief in Support, ECF No. 17 in the Kulick Action;
43. Order, ECF No. 18 in the Kulick Action;
44. Defendants Marc Kulick and Vesta Realty, LLC's Response to Suggestion of Bankruptcy, ECF No. 20 in the Kulick Action;

45. Defendants Marc Kulick and Vesta Realty, LLC's Motion for Court to Confirm Stay, ECF No. 25 in the Kulick Action.

**Witnesses**

Fannie Mae does not anticipate offering any witnesses at the hearing.

**Anticipated Time to Present Evidence and Argument**

Fannie Mae anticipates its presentation of evidence and argument regarding the Motion will require approximately less than thirty minutes.

Respectfully submitted,

*/s/ Christopher M. Scaperlanda*

Ross A. Plourde, OBA #7193
Christopher M. Scaperlanda, OBA # 31703
Gatlin C. Squires, OBA #34795
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com
christopher.scaperlanda@mcafeetaft.com
gatlin.squires@mcafeetaft.com

ATTORNEYS FOR FANNIE MAE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 5, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Court's ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

I further certify that on October 5, 2026, a true and correct copy of the foregoing document was forwarded via U.S. Mail, first class, postage prepaid, to the persons and at the addresses listed below.

YSA Investments 1, LLC
8 The Green, Suite B
Dover, Delaware, 19901

Capital Assets, Inc.
502 W. 6th St.
Tulsa, Oklahoma 74119

*<u>/s/ Christopher M. Scaperlanda</u>*