**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**YSA INVESTMENTS 1, LLC'S**
**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 8, 2026, AT 10:00 A.M. (CT)**

YSA Investments 1, LLC (the "Debtor" or "YSA"), submits the following notice of proposed agenda on the matters set for Thursday, October 8, 2026, at 10:00 a.m. (CT):

## CONTESTED MATTERS

1. *Debtor's Application Pursuant to Bankruptcy Code Sections 327(a) and 328(a) for an Order Authorizing the Employment and Retention of Phillips Murrah P.C. as Attorneys for Debtor in Possession, Effective as August 20, 2026* [Doc. 183]

   Response Deadline: Friday, September 4, 2026

   Objections: Objection [Doc. 252] filed by Fairfax Best Living, LLC and Woodland Oaks Best Living, LLC

   Reply: None

   Status: This matter is going forward.

   Estimate of Time Required: Thirty (30) minutes.

2. *Application of the Debtor for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel for the Debtor and Debtor in Possession Effective as of the Petition Date* [Doc. 187]

   Response Deadline: Friday, August 21, 2026

   Objections: Objection [Doc. 228] filed by Fairfax Best Living, LLC and Woodland Oaks Best Living, LLC

   Reply: None

Status: This matter is going forward.

Estimate of Time Required: Thirty (30) minutes.

3. *Corrected Debtor's Expedited Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement between the Debtor and ACRE Q018 Retention Holder LLC* [Doc. 398]

   Response Deadline: Friday, October 2, 2026.

   Objections: Limited Objection [Doc. 462] filed by Yamato OKC Lender LLC

   Reply: None

   Status: This matter is going forward.

   Estimate of Time Required: Thirty (30) minutes.

4. *Corrected Debtor's Expedited Motion for Entry of an Order (I) Approving Bid Procedures in Connection with the Sale of the Debtor's Interests in the 727 Lofts Property, (II) Authorizing and Approving the Sale of Debtor's Property Free and Clear of Liens, Claims and Encumbrances and (III) Granting Related Relief* [Doc. 397]

   Response Deadline: Friday, October 2, 2026.

   Objections: Limited Objection [Doc. 462] filed by Yamato OKC Lender LLC

   Reply: None

   Status: This matter is going forward.

   Estimate of Time Required: Thirty (30) minutes.

Respectfully submitted,

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**