**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

# YSA INVESTMENTS 1, LLC'S NOTICE OF WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 8, 2026, AT 10:00 A.M. (CT) AND ESTIMATED LENGTH OF TIME FOR HEARING

YSA Investments 1, LLC (the "Debtor" or "YSA"), submits the following list of exhibits it may offer and witnesses it may call at the upcoming hearing currently set on Thursday, October 8, 2026, at 10:00 A.M. prevailing Central Time, before the Honorable Judge Sarah Hall, U.S. Bankruptcy Court Western District of Oklahoma, Ninth Floor Courtroom, 215 Dean A McGee Ave., Oklahoma City, OK 73102:

## Exhibits

YSA may offer the following exhibits:

1. *Debtor's Application Pursuant to Bankruptcy Code Sections 327(a) and 328(a) for an Order Authorizing the Employment and Retention of Phillips Murrah P.C. as Attorneys for Debtor in Possession, Effective as August 20, 2026* [Doc. 183];

2. *Supplemental Affidavit of Jason A. Sanson in Support of Debtor's Application Pursuant to Bankruptcy Code Sections 327(a) and 328(a) for an Order Authorizing the Employment and Retention of Phillips Murrah P.C. as Attorneys for Debtor in Possession, Effective as August 20, 2026* [Doc. 349]

3. *Application of the Debtor for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel for the Debtor and Debtor in Possession Effective as of the Petition Date* [Doc. 187]

4. *Corrected Debtor's Expedited Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement between the Debtor and ACRE Q018 Retention Holder LLC* [Doc. 398]

5. *Corrected Debtor's Expedited Motion for Entry of an Order (I) Approving Bid Procedures in Connection with the Sale of the Debtor's Interests in the 727 Lofts Property, (II) Authorizing and Approving the Sale of Debtor's Property Free and Clear of Liens, Claims and Encumbrances and (III) Granting Related Relief* [Doc. 397]

6. All filings, schedules, and reports in this Chapter 11 proceeding;

7. All filings, schedules, and reports in *Louis Investments, LLC*, case no. 26-12851-SAH;

8. All filings in *Louis Investments, LLC v. YSA Investments 1, LLC*, adversary case no. 26-01041-SAH;

9. All filings in *Louis Investments, LLC, et al. v. YSA Investments 1, LLC*, adversary case no. 26-01042-SAH;

10. All filings, schedules, and reports in *Jenk's Best Living, LLC*, case no. 26-12812-SAH;

11. All filings in *Jenk's Best Living, LLC v. YSA Investments 1, LLC, et al.*, adversary case no. 26-01040-SAH;

12. All filings, schedules, and reports in *Fairfax Investors, LLC*, case no. 26-11984-SAH[1];

[1] The jointly administered cases are *Fairfax Investors, LLC* (Case No. 26-11984), *Fairfax Best Living, LLC* (Case No. 26-1 I 985), *Woodland Oaks Best Living, LLC* (Case No. 26-11986), and *Woodland Oaks Investors, LLC* (Case No. 26- 1 1987).

13. Any and all exhibits listed by other parties in interest to which YSA has no objection, or to which any objection by YSA has been withdrawn or waived;

14. Any exhibit identified by YSA to which no other party objects, or to which any such objection has been withdrawn or waived; and

15. Any exhibits necessary for rebuttal.

**Witnesses**

YSA may call the following witnesses:

1. Jason A. Sansone;

2. Corporate Representative of Phillips Murrah P.C.;

3. Ericka F. Johnson;

4. Corporate Representative of Bayard, P.A.;

5. Aharon Diveroli;

6. Corporate Representative of YSA;

7. Any witness needed to identify or authenticate any record or document;

8. Any witness identified by any other party and not objected to by YSA, or to which any objection by YSA has been withdrawn or waived;

9. All witnesses called by YSA to which any other party does not object, or to which any such objection has been withdrawn or waived; and

10. Any witness necessary for rebuttal.

**Estimate of Time**

Estimated time to present evidence and argument: Two (2) hours.

YSA reserves the right to supplement and amend this witness and exhibit list as necessary.

Respectfully submitted,

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Proposed Attorneys**
**for YSA Investments 1, LLC**