**Dated: October 5, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **YSA INVESTMENTS 1, LLC,** | ) | **Case No. 26-12806-SAH** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |

**ORDER GRANTING AMENDED MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE OVER YSA INVESTMENTS 1, LLC**
**(re: Docket No. 232)**

CAME ON FOR CONSIDERATION the duly noticed October 1, 2026, evidentiary hearing (the "Hearing") on the *Amended Motion for the Appointment of a Chapter 11 Trustee Combined with Notice of Opportunity for Hearing and Brief in Support* [Docket No. 232] (the "Motion") filed by Fairfax Investors, LLC, a party-in-interest in the above-styled and numbered case, and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and venue of this Chapter 11 case and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and this Court finding that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules of the Bankruptcy Court; and the Motion having been filed on August 25, 2026, and responses being due on September 8, 2026; and the Court finding that, as such, notice is adequate and sufficient and no further notice need be provided; and this Court having reviewed the responses to the Motion, the Joinder of Fannie Mae to Motions to Appoint a Chapter 11 Trustee Filed by Fairfax Investors, LLC, ACRE Q018 Retention Holder, LLC, and CREO QRS VC LLC and CREO QRS NP LLC [Docket No. 344] filed on September 11, 2026, and the Limited Joinder of Auerbach Opportunity Fund I, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP to Amended Emergency Motion of CREO QRS VC LLC and CREO QRS NP LLC to Appoint a Chapter 11 Trustee, or Alternatively, to Dismiss the Chapter 11 Case of YSA Investments I, LLC and Brief in Support [Docket No. 346] filed on September 11, 2026; and that the evidence presented at the Hearing on the Motion establishes just cause for the relief granted herein; and for the reasons stated on the record at the conclusion of the Hearing;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The United States Trustee is directed to appoint a Chapter 11 Trustee in the above-captioned bankruptcy case.

3. Counsel for Fairfax Investors, LLC will effectuate service of this Order on all parties in interest, and file a subsequent certificate of service of same, pursuant to Local Rule 9013-1.L.3.

**IT IS SO ORDERED.**

# # #

**Approved for Entry:**

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, TX 75119
Email: joyce@joycelindauer.com
ATTORNEYS FOR FAIRFAX
INVESTORS, LLC

*/s/ Ross A. Plourde (w/permission*
Ross A. Plourde
Oklahoma Bar No. 7193
McAfee & Taft
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Email: ross.plourde@mcafeetaft.com
ATTORNEYS FOR FANNIE MAE

*/s/ Bret Davis (w/permission)*
Bret Davis
Oklahoma Bar No. 15079
Lamun Mock Cunnyngham & Davis, P.C.
5621 N. Classen Blvd.
Oklahoma City, OK 73118
Email: bdavis@lamunmock.com
ATTORNEYS FOR AUERBACH
OPPORTUNITY FUND I, LP;
AUERBACH OPPORTUNITY III, LP; and
AUERBACH OPPORTUNITY IV, LP

*/s/ Jason A. Sansone (w/permission)*
Jason A. Sanson
Oklahoma Bar No. 30913
Phillips Murrah P.C.
424 N.W. 10th Street, Suite 300
Oklahoma City, OK 73103
Email: jasansone@phillipsmurrah.com
ATTORNEYS FOR
YSA INVESTMENTS 1, LLC