Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Ridge Best Living, LLC,
Woodland Manor Best Living, LLC,
Putnam Green TIC Interest, LLC,
Fairfax Best Living LLC,
Woodland Oaks Best Living, LLC,
Remington Ranch's Best Living, LLC,
Barcelona Best Living, LLC,
Louis Investments, LLC,
Certain Non-Debtor Apartment Projects

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**WITNESS AND EXHIBIT LIST**
**FOR HEARING ON OCTOBER 8, 2026, AT 10:00 A.M. (CT)**
**AND ESTIMATED LENGTH OF TIME FOR HEARING**

COME NOW Ridge Best Living, LLC, Woodland Manor Best Living, LLC, Putnam Green TIC Interest, LLC, Fairfax Best Living LLC, Woodland Oaks Best Living, LLC, Remington Ranch's Best Living, LLC, Barcelona Best Living, LLC, Louis Investments, LLC, and Certain Non-Debtor Apartment Projects, parties-in-interest in the above-styled and numbered case ("Interested Parties"), by and through their undersigned counsel, and hereby disclose the following witnesses and exhibits that they may introduce into evidence, or use in rebuttal, at the hearing scheduled on Thursday, October 8, 2026, at 10:00 a.m. prevailing Central Time, before the

Honorable Sarah Hall, United States Bankruptcy Court, 9th Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102:

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Case Docket Sheet | | | | |
| 2 | Debtor's Application Pursuant to Bankruptcy Code Sections 327(a) and 328(a) for an Order Authorizing the Employment and Retention of Phillips Murrah P.C. as Attorneys for Debtor in Possession, Effective as of August 20, 2026 [Docket No. 183] | | | | |
| 3 | Objection to Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Phillips Murrah P.C. As Attorneys for Debtor in Possession [Docket No. 252] | | | | |
| 4 | Federal National Mortgage Association's Motion for Relief from the Automatic Stay Relating to Collection of Rents by Marc Kulick and Vesta Realty, LLC and Motion for Waiver of Rule 4001(a)(4) Stay [Docket No. 268] | | | | |
| 5 | Response and Objection to Federal National Mortgage Association's Motion for Relief from the Automatic Stay and Motion for Waiver of Rule 4001(a)(4) Stay [Docket No. 363] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6 | Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC's Agreed Application for Entry of an Interim Order (I) Approving Stipulation Regarding Oklahoma receiver; (II) Granting Relief from Stay Pursuant to Bankruptcy Code Section 362(d); (III) Excusing Compliance with Bankruptcy Code Section 543; and (IV) Granting Related Relief with Brief [Docket No. 334] | | | | |
| 7 | Response and Limited Objection to Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC's Agreed Application for Entry of an Interim Order Regarding the SG Properties [Docket No. 405] | | | | |
| 8 | Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC's Motion for Entry of an Order (I) Approving Stipulation Regarding Oklahoma Receiver; (II) Granting Relief from Stay Pursuant to Bankruptcy Code Section 362(d): (III) Excusing Compliance with Bankruptcy Code Section 543; and (IV) Granting Related Relief [Docket No. 335] | | | | |
| 9 | Extension Agreement for Woodland Manor | | | | |
| 10 | Forbearance Agreement for The Ridge | | | | |
| 11 | Broker Opinion of Value for the Ridge | | | | |
| 12 | Broker Opinion of Value for Woodland Manor | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 13 | Email with Marc Kulick regarding Woodland Manor | | | | |
| 14 | Response and Limited Objection to Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC's Motion for Entry of an Order (I) Approving Stipulation Regarding Oklahoma Receiver; (II) Granting Relief from Stay Pursuant to Bankruptcy Code Section 362(d); (III) Excusing Compliance with Bankruptcy Code Section 543; and (IV) Granting Related Relief [Docket No. 406] | | | | |
| 15 | Extension Agreement for Woodland Manor | | | | |
| 16 | Forbearance Agreement for The Ridge | | | | |
| 17 | Broker Opinion of Value for the Ridge | | | | |
| 18 | Broker Opinion of Value for Woodland Manor | | | | |
| 19 | Email with Marc Kulick regarding Woodland Manor | | | | |
| 20 | Unopposed Motion to Modify Automatic Stay and to Abandon Property as Burdensome with Brief in Support Thereof, Notice of Opportunity for Hearing and Request for Waiver of Fourteen (14) Day Stay Under Bankruptcy Rule 4001(a)(4) [Docket No. 337] | | | | |
| 21 | Response and Limited Objection to First United Bank and Trust Co.'s Motion to Modify Automatic Stay and to Abandon Property [Docket No. 415] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Email from Lender on Equity | | | | |
| 23 | Broker Opinion of Value | | | | |
| 24 | Appraisal | | | | |
| 25 | Completed Work on Property | | | | |
| | Any and all exhibits for foundation, impeachment, or rebuttal | | | | |
| | Any and all exhibits identified by any other party not objected to by Debtors | | | | |

## WITNESSES

| Witness | Subject Matter |
|---|---|
| Marc Kulick | Mr. Kulick will testify in response to all issues raised in the Motions. |
| Any witness called to testify by any other party or included on any other party's witness list | |
| Any witness necessary for rebuttal | |

## ESTIMATE OF TIME

The Interested Parties' estimate of time needed to present evidence and legal argument to the Court is 30 minutes.

The Interested Parties reserve the right to introduce or call one or more, or none, of the witnesses listed above, and reserve the right to call additional witnesses in rebuttal. The Interested Parties further reserve the right to supplement this list prior to hearing.

Dated: October 5, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for Interested Parties

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 5, 2026, a true and correct copy of the foregoing document was electronically filed and served through the Court's CM/ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer