Joyce W. Lindauer
State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Best
Living, LLC and Woodland
Oaks Best Living, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**RESPONSE TO GENERAL HOLDING, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

Fairfax Best Living, LLC and Woodland Oaks Best Living, LLC ("Responding Parties"), by and through their undersigned counsel, file this Response to General Holding, LLC's Motion for Relief from the Automatic Stay [Dkt. No. 389], and respectfully state as follows:

1. Responding Parties are parties in interest in the above-captioned bankruptcy case.

2. General Holding, LLC seeks relief from the automatic stay to the extent applicable, to pursue litigation against Marc Kulick and Vesta Holdings LLC in the District Court of Tulsa County, Oklahoma.

3. Responding Parties are not parties to the state court litigation and take no position regarding the merits of the claims asserted therein.

4. Responding Parties request that any relief granted be limited solely to the relief requested in the Motion and not affect the rights, claims, defenses, interests, or property of Fairfax Best Living, LLC or Woodland Oaks Best Living, LLC.

5. Responding Parties request that the ruling on this Motion be held until the duly appointed Chapter 11 Trustee has an opportunity to review and respond to the Motion.

**WHEREFORE**, **PREMISES CONSIDERED,** Fairfax Best Living, LLC and Woodland Oaks Best Living, LLC respectfully request that the Court hold ruling on the Motion until the duly appointed Chapter 11 Trustee has an opportunity to review and respond to the Motion, and grant such other and further relief as the Court deems just and proper.

Dated: October 6, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Fairfax Best
Living, LLC and Woodland
Oaks Best Living, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer