# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**IN RE:**

**YSA INVESTMENTS 1, LLC,** **Case Number: 26-12806-SAH**

**Debtor(s).** **Chapter 11**

## NOTICE OF HEARING

(F.R.Bankr.P. 9014)

Interested parties are notified that the request of **Jason A. Sansone, Attorney for Debtor for Debtor's Application to Employ Marshall & Stevens, Inc. as Accountants and Financial Advisors, Effective As Of September 18, 2026 (Doc 378) and all related responses and objections** will be heard by Judge Sarah A. Hall in the United States Bankruptcy Court for the Western District of Oklahoma sitting in Oklahoma City on **November 5, 2026, at 11:00 AM CST by Video via Microsoft Teams. To participate in the video hearing, parties must submit their preferred email address along with their client's name to Cheryl Shook at cheryl_shook@okwb.uscourts.gov two days prior to the hearing by noon**. **A link will be provided to join the video hearing 24 hours prior to the hearing.**

If determination of the issues requires finding of facts, evidence may be offered as provided by the Federal Rules of Bankruptcy Procedure and the Federal Rules of Evidence or, if such is the case, the parties may stipulate to the relevant facts. If the request is contained in a motion it may be heard on affidavits presented by the respective parties as provided by Rule 9017 F.R.Bankr.P. which adopts Rule 43(e) F.R.Civ.P. Accordingly, the parties are reminded of the provisions of Rules 9014 which adopts Rule 7026 F.R.Bankr.P. providing for the exchange of documentary evidence and disclosure of proposed witnesses prior to the hearing.

Parties are further reminded that Local Rule 9014 requires any party intending to offer evidence or testimony at a hearing to file an appropriate notice as provided for in that local rule and are reminded that they must comply with all other provisions of Local Rule 9014.

Dated: OCTOBER 7, 2026

BY ORDER OF THE COURT
Douglas E. Wedge, Clerk

By:/s/Dominique McGee
DOMINIQUE MCGEE, Deputy