**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| YSA INVESTMENTS 1, LLC., | Case No. 26-12806-SAH |
| Debtor. | Chapter 11 |

**UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE**

To: Michael E. Deeba, CPA/CFF, CIRA, CTP
201 Robert S. Kerr, Suite 252
Oklahoma City, OK 73102
mike.d@medeeba.com
(405) 615 1010

Pursuant to the Order of this Court entered on October 5, 2026 [Doc. 472] (the "**Order**") directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints Michael E. Deeba to serve as the chapter 11 trustee.

The chapter 11 trustee bond is initially set at $1,000,000.00. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond are required to be made.

This appointment is made the 7th day of October, 2026.

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov