**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12806-SAH |

**SILVER HILL CAPITAL, LLC'S REPLY TO AUERBACH OPPORTUNITY FUND I, III, & IV ("AUERBACH GROUP")'S OBJECTION TO DEBTOR, AND SILVER HILL CAPITAL GROUP'S MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION AND GRANTING RELIEF FROM THE AUTOMATIC STAY AND BRIEF IN SUPPORT**

Silver Hill Capital, LLC ("**Silver Hill**"), by and through undersigned counsel, files this reply (this "**Reply**") to *Auerbach Opportunity Fund I, III, & IV ("Auerbach Group")'s Objection to Debtor, Silver Hill Capital Group's Motion for Entry of an Order Approving Stipulation and Granting Relief from the Automatic Stay and Brief in Support Thereof* [Docket No. 458] (the "**Objection**"). In support, Silver Hill respectfully states as follows:

## OMNIBUS REPLY

1. The primary issues raised in the Objection are that there allegedly is equity in the Properties[1] and that this Court has recently ordered the appointment of a chapter 11 trustee in the chapter 11 case of YSA.

2. As an initial matter, the Court has already entered the *Order Granting the Motion of Silver Hill Capital, LLC for Relief from the Automatic Stay* [Docket No. 369] (the "**Stay Relief Order**"). Thus, the issues raised in the Objection regarding lifting the automatic stay with respect to the Properties are moot.

[1] All terms not defined herein have the meaning assigned to them in the *Joint Motion of Debtor and Silver Hill Capital, LLC for Entry of an Order Approving Stipulation and Granting Relief from the Automatic Stay to Silver Hill Capital LLC, and Notice of Opportunity for Hearing* [Docket No. 375] (the "**Motion**").

3. Further, as set forth in the *Motion of Silver Hill Capital, LLC for Relief From the Automatic Stay Combined with Notice of Opportunity for Hearing and Brief in Support* [Docket No. 305], there is no equity in the Properties. Thus, the relief sought in the Motion will not prejudice any parties.

4. Finally, the Auerbach Group, as an equity security holder in Bryan Hills, Springdale Village, and Summer Oaks, but not in YSA has no standing in the chapter 11 case of YSA.

WHEREFORE, Silver Hill respectfully requests that this Court (a) overrule the Objections, (b) grant the relief requested in the Motion, and (c) grant any other or further relief that the Court deems appropriate under the circumstances.

Dated: October 7, 2026

Respectfully submitted,

**FBT GIBBONS LLP**

/s/*Mark A. Platt*
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather P. McMutry (admitted *pro hac vice*)
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Tel: (615) 251-5590
Fax: (615) 251-5551
Email: hmcmutry@fbtgibbons.com

-and-

Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

*Counsel for Silver Hill Capital, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties receiving electronic notice from the Court's CM/ECF system.

*/s/ Mark A. Platt*
Mark A. Platt