**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

RE: YSA INVESTMENTS 1, LLC., )
) Case No. 26-12806-SAH
Debtor, ) Chapter 11

**NOTICE OF WITNESS AND EXHIBIT LIST OF FIRST UNITED BANK AND TRUST CO. FOR HEARING ON MOTION TO MODIFY AUTOMATIC STAY AND TO ABANDON PROPERTY AS BURDENSOME WITH BRIEF IN SUPPORT THEREOF, NOTICE OF OPPORTUNITY FOR HEARING AND REQUEST FOR WAIVER OF FOURTEEN (14) DAY STAY UNDER BANKRUPTCY RULE 4001(a)(4)**
**SET FOR OCTOBER 29, 2026, AT 10:00 A.M.**

The following is the witness and exhibit list of First United Bank and Trust Co. (hereafter "FUB") in the referenced case regarding the above titled matters set for October 29, 2026, at 10:00 a.m. **THIS RELATES TO: [DKT NO. 337]**

VIDEO HEARING: October 29, 2026, AT 10:00 a.m.

SUBMITTED BY: JOHN W. MEE, III

PARTY REPRESENTED: FIRST UNITED BANK AND TRUST CO.

**WITNESSES**

FUB may call any one or more of the following witnesses at the Hearing:

| **No.** | **Description** |
|---|---|
| 1. | Representative of First United Bank and Trust Co. |
| 2. | Representative of Debtor |
| 3. | Representative of Putnam Green TIC Interest, LLC |
| 4. | Marc Kulick |
| 5. | Any rebuttal witnesses, if necessary |

| | |
|---|---|
| 6. | All witnesses listed by any other party to which FUB does not object |
| 7. | FUB reserves the right to amend and supplement this witness list |

**EXHIBITS**

FUB may use any one or more of the following exhibits at the Hearing:

| **FUB Ex.** | **Description** | **Offered** | **Object** | **Admit/Deny** |
|---|---|---|---|---|
| 1. | Promissory Note ($10,200,303.00 Loan) | | | |
| 2. | First Mortgage($10,200,303.00 Loan) | | | |
| 3. | Assignment of Rents ($10,200,303.00 Loan) | | | |
| 4. | Loan Agreement ($10,200,303.00 Loan) | | | |
| 5. | Promissory Note ($500,000.00 Loan) | | | |
| 6. | First Mortgage ($500,000.00 Loan) | | | |
| 7. | Assignment of Rents ($500,000.00 Loan) | | | |
| 8. | Loan Agreement ($500,000.00 Loan) | | | |
| 9. | Recorded Lis Pendens (Okla. County Case CJ-2025-8484) | | | |
| 10. | Purported Deed in Lieu of Foreclosure from Putnam Green TIC Interest, LLC to YSA | | | |
| 11. | FUB Answer, Cross-claims and Counterclaim (Okla. County Case CJ-2025-8484) | | | |
| 12. | FUB Motion for Appointment of Receiver (Okla. County Case CJ-2025-8484) | | | |
| 13. | Debtor's Schedules from this case | | | |

| | | | | |
|---|---|---|---|---|
| 14. | FUB Payoffs for two loans | | | |
| 15. | Deed from Auerbach-Vesta, LLC to Putnam Green TIC Interest, LLC | | | |
| 16. | Appraisal of Putnam Green Apartments from FUB Records, and any supplement thereto | | | |
| 17. | Mortgage of Creditor Toval Ventures, LLC on Putnam Green Apartments | | | |
| 18. | Mortgage of Debtor YSA Investments 1, LLC on Putnam Green Apartments | | | |
| 19. | FUB records of payment for water service for Putnam Green Apartments | | | |
| 20. | FUB records of payment for trash service for Putnam Green Apartments | | | |
| 21. | Photos taken by FUB of Putnam Green Apartments | | | |
| 22. | All Pleadings (including exhibits thereto), Documents, Budgets, Proofs of Claim, and other Records filed in this Bankruptcy Proceeding | | | |
| 23. | Any exhibits listed by any other party to which FUB does not object | | | |
| 24. | Demonstrative exhibits | | | |

**ESTIMATED LENGTH OF TIME TO PRESENT EVIDENCE AND ARGUMENT**

FUB estimates that it will require 45 minutes to present evidence and argument at the Hearing.

**RESERVATION OF RIGHTS**

The forgoing Notice is being submitted based upon information reasonably available to FUB at this time and without waiving any objection as to relevance, materiality, or admissibility of evidence in this proceeding and subject to FUB's request for relief specified herein. FUB reserves the right to revise, correct, supplement or clarify this Notice.

Dated: October 7, 2026

/s/ John W. Mee III
JOHN W. MEE III, OBA# 013915
MEE HAWKINS GREENHAW
& COTNER, PLLP
P.O. Box 1375
Oklahoma City, OK 73101
Telephone: (405) 848-9100
Facsimile: (405) 848-9101
Jwm3@mhgclaw.com

ATTORNEYS FOR FIRST UNITED BANK AND TRUST CO.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2026, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing and to all counsel of record and parties entitled to receive notice via the Court's electronic filing system.

/s/ John W. Mee III
John W. Mee III