Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Muntage Best
Living, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**MUNTAGE BEST LIVING, LLC'S RESPONSE AND OBJECTION TO JOINT MOTION OF DEBTOR AND THE BANCORP BANK FOR ENTRY OF AN ORDER GRANTING RELIEF FROM STAY TO PERMIT FORECLOSURE**
(Relates to Docket No. 409)

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

Muntage Best Living, LLC ("Muntage"), by and through its undersigned counsel, files this Response and Objection to the Joint Motion of Debtor and The Bancorp Bank for Entry of an Order Granting Relief from Stay to Permit the Bancorp Bank to Proceed with Foreclosure [Doc. No. 409] (the "Motion"), and respectfully states as follows:

1. The Motion seeks relief concerning the multifamily apartment complex located at 3041 NW 41st Street, Oklahoma City, Oklahoma 73112 (the "Property").

2. The Motion identifies Muntage as the borrower under the loan documents at issue and seeks authority for The Bancorp Bank ("Bancorp") to pursue foreclosure and other remedies against Muntage's interests in the Property.

3. Although the Motion is presented as a joint and consensual request between the Debtor and Bancorp, Muntage is not a movant and has not joined in the Motion.

4. Muntage objects to the Motion to the extent that the relief requested purports to adjudicate, waive, restrict, or otherwise affect Muntage's independent rights, claims, defenses, or interests without Muntage's consent.

5. Muntage further objects to the provisions of the proposed order that would prohibit Muntage, its principals, owners, members, managers, authorized agents, successors, or assigns from commencing, prosecuting, supporting, or participating in proceedings that may affect Bancorp's exercise of its alleged rights and remedies.

6. Nothing in any order entered on the Motion should be construed as a waiver or adjudication of any rights, claims, defenses, objections, or remedies belonging to Muntage under the applicable loan documents, state law, federal law, or otherwise.

7. To the extent the Court grants relief from the automatic stay in the Debtor's bankruptcy case, such relief should be limited to the termination or modification of the automatic stay imposed by 11 U.S.C. § 362 and should not independently determine or impair Muntage's rights outside of this bankruptcy case.

**WHEREFORE**, Muntage Best Living, LLC respectfully requests that the Court deny the Motion to the extent it seeks relief that binds, restricts, waives, adjudicates, or otherwise affects Muntage's independent rights, claims, defenses, and remedies; alternatively, that any order granting relief expressly preserve all such rights, claims, defenses, and remedies of Muntage; and grant Muntage such other and further relief as the Court deems just and proper.

Dated: October 7, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Muntage Best
Living, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 7, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer