**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| YSA INVESTMENTS 1, LLC, | Case No. 26-12806-SAH |
| Debtor. | Chapter 11 |

**UNITED STATES TRUSTEE'S APPLICATION FOR**
**<u>ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE</u>**

United States Trustee, Ilene J. Lashinsky (the "**UST**"), applies to the Court pursuant FED. R. BANKR. P. 2007.1 for an Order Approving Appointment of a chapter 11 trustee.

**A. Facts.**

1. Debtor filed chapter 11 bankruptcy case on July 28, 2026, and thereafter acted as Debtor-In-Possession.

2. Subsequently, the following pleadings were filed relating to appointment of a chapter 11 trustee:

- *Amended Motion for the Appointment of a Chapter 11 Trustee Combined with Notice of Opportunity for Hearing and Brief in Support* [Doc. 232] filed by Fairfax Investors, LLC;
- *ACRE Q018 Retention Holder, LLC's Motion to Appoint chapter 11 Trustee* [Doc. 168] filed August 20, 2026 (withdrawn by Doc. 395);
- *Amended Emergency Motion of CREO QRS VC LLC and CREO QRS NO LLC to Appoint a Chapter 11 Trustee, or Alternatively, to Dismiss the Chapter 11 Case of YSA Investments 1, LLC* [Doc. 172/184] filed August 21, 2026 (withdrawn by Doc. 383/390);
- Debtor's Omnibus Response in Opposition to Motions to Appoint a Chapter 11 Trustee, [Doc. 324] filed September 3, 2026;
- Fairfax Investors, LLC'S Reply in Support of Amended Motion for Appointment of Chapter 11 Trustee [Doc. 336] filed September 10, 2026;
- *Joinder of Fannie Mae to Motions to Appoint a Chapter 11 Trustee Filed by Fairfax Investors, LLC, ACRE Q018 Retention Holder, LLC, and CREO QRS VC LLC and CREO QRS NP LLC* [Docket No. 344] filed September 11, 2026; and

- *Limited Joinder of Auerbach Opportunity Fund I, LP, Auerbach Opportunity Fund III, LP, and Auerbach Opportunity Fund IV, LP to Amended Emergency Motion of CREO QRS VC LLC and CREO QRS NP LLC to Appoint a Chapter 11 Trustee, or Alternatively, to Dismiss the Chapter 11 Case of YSA Investments I, LLC and Brief in Support* [Docket No. 346] filed September 11, 2026.

3. On October 1, 2026, beginning at 10:00 a.m., the Court conducted an evidentiary hearing (the "**Hearing**") to consider whether to order the appointment of a chapter 11 trustee in this case.

4. At the conclusion of the Hearing, the Court found cause existed under 11 U.S.C. §§ 1104(a)(1) and (a)(2) for the immediate appointment of a chapter 11 trustee, and directed the UST to appoint a chapter 11 trustee in this case.

5. A written Order memorializing the Court's directive to appoint a chapter 11 trustee was entered on October 5, 2026 [Doc. 472] (the "**Order**").

6. Following entry of the Order, the AUST promptly engaged in a meaningful consultative and deliberative process to identify the most appropriate chapter 11 trustee candidate.

7. During that process, the UST has consulted with the following parties in interest regarding the appointment of a trustee: Jason Sansone, proposed counsel to Debtor; Stephen J. Moriarty, counsel for ACRE Q018 Retention Holder, LLC; Ross Plourde, counsel for CREO QRS NP LLC, and CREO QRS VC LLC; Bret Davis, counsel for Auerbach Opportunity Fund 1, LP, Auerbach Opportunity Fund III, LP and Auerbach Opportunity Fund IV, LP; Lysbeth L. George, counsel for Computershare Trust Company, N.A.; and Christopher Cotner, counsel for First United Bank and Trust Co.

8. At the conclusion of the deliberative process, the UST appointed Michael E. Deeba as trustee (the "**Trustee**") in the above captioned case on October 7, 2026.

9. To the best of the UST's knowledge, the Trustee's connections with the debtor, its creditors, any other parties in interest, their respective attorneys and accountants, the UST, and persons employed in the Office of the UST, are limited to the connections set forth in the Verified Statement filed in support of this Application, attached hereto as **Exhibit 1**.

**B. Requested Relief.**

10. Considering the above, the UST requests that the Court enter an Order Approving Appointment of Michael E. Deeba as Trustee in the above-captioned case.

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Jeffrey E. Tate
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov