**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**VERIFIED STATEMENT OF MICHAEL E. DEEBA**

I hereby verify that I have no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows:

a. In my capacity as a court-appointed receiver in the past, Michael E. Deeba retained Fellers Snider and Stephen Moriarty, Counsel to party in interest and creditor in unrelated matters (matters closed);

b. In my capacity as a bankruptcy trustee and as a court-appointed receiver in the past, Michael E. Deeba retained Crowe Dunlevy, Counsel to party in interest and creditor in unrelated matters (matters closed);

c. Michael E. Deeba is currently a financial advisor to the Trustee, Stephen Moriarty, in the matter *In re PostRock Energy Corporation, et al.*, Case No. 16-11230, (Bankr. W.D. Okla.).

d. Michael E. Deeba is currently a financial advisor to the Trustee, David R. Payne, in the matter *In re Charles V. Long Bankruptcy Estate*, Case No. 23-10316 (Bankr. W.D. Okla.) and *In re Silver Star of Nevada, Inc.*, Case No. 23-10315 (Bankr. W.D. Okla.);

e. Michael E. Deeba routinely and currently works with and consults with D. R. Payne & Associates, Inc. ("DRPA") on unrelated matters. Michael E. Deeba was employed as a partner with DRPA from 1994 to 2007;

f. Michael E. Deeba worked in the Office of the United States Trustee (1992-1994);

g. Michael E. Deeba has in the past been retained by, currently provides services to, and may in the future provide services to

certain creditors of the Debtor, other parties-in-interest, and their respective attorneys, accountants, and professionals in matters unrelated to the Debtor, this chapter 11 case, or such parties' claims against or interests in the Debtor or the Debtor's estate;

h. As part of its practice, Michael E. Deeba appears in many cases, proceedings and transactions involving many different law firms, financial consultants, accountants, and investment bankers in matters unrelated to this chapter 11 case. Michael E. Deeba has not identified any material relationship or connection with any law firm, financial consultant, accountant, or investment banker involved in this chapter 11 case that would cause Michael E. Deeba to be adverse to the Debtor, the Debtor's estate, any creditor or any other party-in-interest, or that would otherwise affect Michael E. Deeba's judgment to perform his duties as Trustee; and

i. Michael E. Deeba will make continued inquiries following the filing of the Application, on a periodic basis, with additional disclosures to this Court if necessary or otherwise appropriate. If any additional, relevant facts or relationships are discovered or arise, Michael E. Deeba will use reasonable efforts to identify such further developments and will file a supplemental Verified Statement declaration.

**Statement under Penalty of Perjury**
**(In lieu of verification, pursuant to 28 U.S.C. §1746)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 7, 2026

Michael E. Deeba, CPA/CFF, CIRA, CTP
201 Robert S. Kerr
Oklahoma City, OK 73102
mike.d@medeeba.com
(405) 615-1010