**Dated: October 8, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| YSA INVESTMENTS 1, LLC, | Case No. 26-12806-SAH |
| Debtor. | Chapter 11 |

**ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

Before the Court for consideration is United States Trustee Ilene J. Lashinsky's (the "**UST**"), *Application for Order Approving Appointment of Chapter 11 Trustee* (the "**Application**") filed October 7, 2026 [Doc. 495]. After having fully reviewed the Application, and having considered the matter fully, the Court finds, for the reasons stated therein, due cause exists to approve the Application.

Accordingly, it is hereby ORDERED that the appointment is approved.

The UST will effectuate service of this order on all parties in interest, and file a subsequent certificate of service of same, pursuant to Local Rule 9013-1.L.3.

***-Findings of fact are based upon representation of counsel pursuant to LR 9013-1(L)(1)(a.)-***

# # #

APPROVED FOR ENTRY:

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Jeffrey E. Tate

Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
Office of the United States Trustee
215 Dean A. McGee, Room 408
Oklahoma City, OK 73102
(202) 603-5228
(405)231-5958 [fax]
Jeff.Tate@usdoj.gov