**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| YSA INVESTMENTS 1, LLC | ) | Case No. 26-12806-SAH |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**NOTICE OF APPEARANCE,**
**REQUEST FOR NOTICES, AND REQUEST TO BE ADDED TO**
**MASTER MAILING MATRIX PURSUANT TO BANKRUPTCY RULE 2002**

Pursuant to Fed. R. Bankr. P. 9010(b), the undersigned attorney hereby enters an appearance as counsel for John Alexander Upperman in the captioned matter:

Thomas M. Askew, OBA #13568
**JPM Law |** Jayne Peters McVicker
Burke Askew & Parker
401 S. Boston Avenue, Suite 2000
Tulsa, Oklahoma 74103
Telephone: 918/938.7944
Facsimile: 918/938.7966
taskew@jpmlawgroup.com

and requests copies of all notices, filings, and documents pursuant to Rule 9010(b) of the FED. R. BANKR. P. and Local Rule 9010-1. Creditor further requests that the foregoing listed attorney be added to the master mailing matrix in this case.

Respectfully submitted,

s/ Thomas M. Askew

Thomas M. Askew, OBA #13568
**JPM Law |** Jayne Peters McVicker,
Burke Askew & Parker
401 S. Boston Avenue, Suite 2000
Tulsa, Oklahoma 74103
Telephone: 918/938.7944
Facsimile: 918/938.7966
taskew@jpmlawgroup.com