**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12806 (SAH) |

# NOTICE OF WITHDRAWAL OF CERTIFICATE OR AFFIDAVIT OF SERVICE

**PLEASE TAKE NOTICE** that on October 8, 2026, Term Fund MRA Seller, LLC and Term Fund B IV MRA Seller, LLC (collectively "Term Fund"), by its undersigned counsel file the *Certificate or Affidavit of Service* [Doc. 501].

**PLEASE TAKE FURTHER NOTICE** that Term Fund hereby withdraws without prejudice the previously filed Certificate or Affidavit of Service [Doc. 501] filed on October 8, 2026.

Dated: October 8, 2026.

/s/ *Craig M. Regens*
William H. Hoch, OBA#15788
Craig M. Regens, OBA#22894
CROWE & DUNLEVY
A PROFESSIONAL CORPORATION
Braniff Building
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
Telephone: 405.239.6692
Email: will.hoch@crowedunlevy.com
craig.regens@crowedunlevy.com

*COUNSEL FOR TERM FUND III MRA SELLER, LLC and TERM FUND B IV MRA SELLER, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October 2026, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to appl parties receiving electronic notice from the Court's CM/ECF system.

/s/ *Craig M. Regens*
Craig M. Regens