**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12806 (SAH) |

# CERTIFICATE OR AFFIDAVIT OF SERVICE

This is to certify that on the 8th day of October 2026, a true and correct copy of *Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller, LLC's First Amended Motion for Entry of an Order (I) Granting Relief from Stay Pursuant to Bankruptcy Code Section 362(d) and (f); (II) Excusing Compliance with Bankruptcy Code Section 543; (III) Waiving Bankruptcy Rule 4001 Stay; and (IV) Granting Related Relief with Brief in Support* filed on October 6, 2026 [Doc. 481], was forwarded via U.S. Mail, first class, postage prepaid, to the following:

A-V Classen Owner, LLC
c/o John S. Farley, III
Helton Law Firm
9125 S. Toledo Ave.
Tulsa, OK 74137

Marc L. Kulick
c/o John S. Farley, III
Helton Law Firm
9125 S. Toledo Ave.
Tulsa, OK 74137

Vesta Realty, LLC
c/o John S. Farley, III
Helton Law Firm
9125 S. Toledo Ave.
Tulsa, OK 74137

Vesta Holdings, LLC
c/o John S. Farley, III
Helton Law Firm
9125 S. Toledo Ave.
Tulsa, OK 74137

Waco of Okla., Inc.
c/o Dan Nelson
4901 Richmond Square, Ste. 103
Oklahoma City, OK 73118

Tres Palm Supply, LLC
d/b/a Maintenance Supply Solutions
c/o Registered Agent
Registered Agents, Inc.
9905 S. Pennsylvania Ave., Ste. A
Oklahoma City, OK 73159

Rasa Floors & Carpet Cleaning
c/o Registered Agent
CT Corporation System
1833 S. Morgan Rd.
Oklahoma City, OK 73128

Swift Flooring Services, LLC
4 NE 10th St., #473
Oklahoma City, OK 73104

Swift Pest Services, LLC
4 NE 10th St., #473
Oklahoma City, OK 73104

Nelson Lawns, Inc.
c/o Ryan S. Wilson
Wilson Law Firm
PO Box 891390
Oklahoma City, OK 73189

John Alex Upperman
c/o Thomas M. Askew
JPM Law
Mid-Continent Tower
401 S. Boston Ave., Ste. 2000
Tulsa, OK 74103

Alert Plumbing & Drain, LLC
3975 S. Sheridan Rd.
Tulsa, OK 74145

Empire Protection Services, LLC
14083 State Highway 51 #134
Coweta, OK 74429

All-Seal Waterproofing
c/o Registered Agent
Elmer Parratt
6521 NW 123rd St.
Oklahoma City, OK 73142

Palisade Advance, LLC
c/o Registered Agent
Legal Zoom USCA, Inc.
45 main St., Ste. 238
Brooklyn, NY 11201

Respectfully submitted,

/s/ *Craig M. Regens*
William H. Hoch, OBA#15788
Craig M. Regens, OBA#22894
CROWE & DUNLEVY
A PROFESSIONAL CORPORATION
Braniff Building
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
Telephone: 405.239.6692
Email: will.hoch@crowedunlevy.com
craig.regens@crowedunlevy.com

*COUNSEL FOR TERM FUND III MRA SELLER, LLC and TERM FUND B IV MRA SELLER, LLC*