Joyce W. Lindauer
State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
ATTORNEYS FOR REMINGTON
RANCH'S BEST LIVING, LLC,

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**RESPONSE OF REMINGTON RANCH'S BEST LIVING, LLC TO FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION TO MODIFY AUTOMATIC STAY AND TO ABANDON PROPERTY**
(Relates to Document 412)

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

COMES NOW Remington Ranch's Best Living, LLC ("Remington"), by and through its undersigned counsel, and files this Response to Federal National Mortgage Association's ("Fannie Mae") Motion to Modify Automatic Stay and to Abandon Property as Burdensome, filed at Docket No. 412 (the "Motion"), and respectfully states as follows:

1. Remington acknowledges the filing of the Motion, wherein Fannie Mae seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), abandonment of certain real property pursuant to 11 U.S.C. § 554(b), and waiver of the fourteen-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(4).

2. The Motion concerns certain real property located in Payne County, Oklahoma, and loan documents originally executed by Remington in connection with a multifamily loan in the original principal amount of $13,470,000.00.

3. Remington acknowledges that Fannie Mae seeks relief from the automatic stay to pursue its rights and remedies concerning the subject property, including foreclosure proceedings and related litigation pending in the District Court of Payne County, Oklahoma.

4. Remington does oppose the requested relief.

5. Remington contends there is equity in the property and it is necessary for a reorganization.

**WHEREFORE, PREMISES CONSIDERED**, Remington Ranch's Best Living, LLC respectfully requests that the Court consider this Response, limit any relief granted to the specific property and matters identified in the Motion, preserve Remington's rights and defenses as set forth herein, and grant such other and further relief as the Court deems just and proper.

Dated: October 8, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Remington Ranch's
Best Living, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 8, 2026, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer