**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ENTRY OF APPEARANCE**

COMES NOW, Jonathan M. Miles, of the firm CHRISTENSEN LAW GROUP, P.L.L.C., and hereby enters his appearance as proposed counsel of record on behalf of the duly appointed Trustee, Michael E. Deeba, CPA/CFF, CIRA, CTP. I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

Respectfully Submitted,

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ Jonathan M. Miles*

J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ *Jonathan M. Miles*
Jonathan M. Miles