**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**TRUSTEE'S APPLICATION TO EMPLOY CHRISTENSEN LAW GROUP, P.L.L.C. AS COUNSEL FOR THE CHAPTER 11 TRUSTEE AND NOTICE OF OPPORTUNITY FOR HEARING**

**NOTICE OF OPPORTUNITY FOR HEARING**

**Your rights may be affected. You should read this Document carefully and consult your attorney about your rights and the effect of this Document.** If you do not want the Court to grant the motion, or you wish to have your views considered, you must file a written response to the motion with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from the date of filing of the motion. You should also serve a file-stamped copy of the response to the undersigned and others who are required to be served and file a certificate or affidavit of service with the Court.

**[Note - this is a flat fourteen (14) days regardless of the manner of service.]**

Michael E. Deeba, CPA/CFF, CIRA, CTP, the duly appointed Chapter 11 trustee (the "Trustee") of the bankruptcy estate of YSA Investments 1, LLC (the "Debtor"), applies to the Court under 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014 for authority to employ CHRISTENSEN LAW GROUP, P.L.L.C. (the "Firm") as general counsel for the Trustee. In support of this Application, the Trustee submits the Verified Declaration of J. Clay Christensen (the "Declaration") attached hereto as **Exhibit 1**, which is hereby incorporated by reference. In further support, the Trustee states:

**Jurisdiction and Background**

1. On July 28, 2026, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On August 14, 2026, the bankruptcy proceeding was transferred to this Court, where it is pending as Case No. 26-12806-SAH.

2. On October 7, 2026, Ilene J. Lashinsky, the United States Trustee (the "UST"), filed her Application for Order Approving Appointment of Chapter 11 Trustee [Docket No. 495]. By Order entered October 8, 2026 [Docket No. 499], the Court approved the appointment of a Chapter 11 trustee in this case.

3. Michael E. Deeba is the duly appointed and acting Chapter 11 trustee of the Debtor's estate and continues to serve in that capacity.

4. This Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

5. The statutory predicates for the relief requested are 11 U.S.C. §§ 327(a) and 328(a), and Federal Rule of Bankruptcy Procedure 2014, as supplemented by Local Bankruptcy Rules 2014-1, 2016-1, and 9013-1.

**Need for the Employment**

6. The Trustee requires the assistance of counsel to represent and assist the Trustee in carrying out the Trustee's duties in this Chapter 11 case. Legal services are necessary for administration of the estate and any continued operation of the Debtor's business; investigation of the Debtor's financial affairs and recovery of estate assets; review

of and objections to claims; prosecution of avoidance actions under 11 U.S.C. §§ 544–550; use, sale, or lease of estate property under 11 U.S.C. § 363; and the formulation, negotiation, and confirmation of a Chapter 11 plan, if needed. The Trustee is not able to perform these legal services without the engagement of qualified counsel.

**Firm to Be Employed and Reasons for Selection**

7. The Trustee seeks to employ the Firm, CHRISTENSEN LAW GROUP, P.L.L.C., located at 3401 N.W. 63rd Street, Suite 600, Oklahoma City, Oklahoma 73116. The attorney with primary responsibility for this matter will be J. Clay Christensen.

8. The Trustee selected the Firm because the Firm and its attorneys are experienced in Chapter 11 matters and the representation in general in bankruptcy matters, are familiar with the practice before this Court, and are well qualified to render the services required.

**Professional Services to be Rendered**

9. The Firm is to render the following professional services, among others, as requested by the Trustee:

a. advising the Trustee regarding the Trustee's rights, powers, and duties under the Bankruptcy Code in this Chapter 11 case;

b. assisting the Trustee in the statutory duties and administration of the estate, including any continued operation of the Debtor's business, and in the investigation of the Debtor’s financial affairs and potential estate claims;

c. addressing claims, liens, executory contracts, and leases;

d. preparing applications, motions, objections, complaints, answers, orders, reports, a disclosure statement and plan, and other legal papers on behalf of the Trustee;

e. representing the Trustee in adversary proceedings and contested matters, including avoidance and recovery actions and objections to claims and exemptions;

f. advising concerning operations, asset sales, financing, settlements, and a Chapter 11 Plan as applicable; and

g. performing all other legal services for the Trustee that may be necessary and appropriate in the administration of this case.

10. The Firm's services will not unnecessarily duplicate the services of the Trustee or any other professional retained in the case.

**Proposed Arrangement for Compensation**

11. Subject to the Court's review and allowance under 11 U.S.C. §§ 330 and 331, the Firm will be compensated on an hourly basis, which are currently:

| Professional | Hourly Rate |
|---|---|
| J. Clay Christensen (Managing Director) | $595.00 |
| Jonathan M. Miles (Director) | $515.00 |
| Brock Z. Pittman (Director) | $490.00 |
| Associate Attorneys | $300.00 - $350.00 |
| Paralegals | $250.00 |

These rates are subject to periodic adjustment in the ordinary course. The Firm will also seek reimbursement of actual, necessary expenses incurred.

12. The Trustee seeks employment under § 327(a), with compensation and expense reimbursement subject to Court review and allowance under 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, Local Rule 2016-1, and applicable United States Trustee guidelines. This Application does not seek preapproval of compensation under § 328(a).

13. The Firm has not received a post-petition retainer.

14. There is no agreement between the Firm and any other party for the sharing of compensation received or to be received for services rendered in connection with this case, other than as among the members and employees of the Firm as permitted by 11 U.S.C. § 504.

**Disinterestedness and Absence of Adverse Interest**

15. To the best of the Trustee's knowledge, and as set forth more fully in the accompanying Verified Statement of J. Clay Christensen filed under Federal Rule of Bankruptcy Procedure 2014(a)(3), the Firm and its attorneys do not hold or represent an interest adverse to the estate and are "disinterested persons" within the meaning of 11 U.S.C. §§ 101(14) and 327(a).

16. Except as disclosed in the accompanying Verified Statement, the Firm has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

17. The Trustee and/or Firm will supplement its disclosures promptly if additional connections or materially changed circumstances become known. Disclosure includes connections whether or not the Firm considers them adverse or disqualifying.

**Notice**

18. Approval is requested effective as of the date of filing of this Application. The Trustee believes the proposed employment is necessary and in the estate's best interests for the reasons stated above. No retroactive approval is requested.

19. The Trustee has filed and served this Application in accordance with Local Bankruptcy Rules 2014-1 and 9013-1, including by sending a copy to the United States Trustee as required by Federal Rule of Bankruptcy Procedure 2014(a)(2), and has provided the notice of opportunity for hearing set forth above.

WHEREFORE, the Trustee respectfully requests that the Court enter an order: (i) authorizing the Trustee to employ CHRISTENSEN LAW GROUP, P.L.L.C. as counsel for the Trustee under 11 U.S.C. § 327(a) on the terms set forth in this Application, effective as of the date of filing of this Application; and (ii) granting such other and further relief as is just and proper.

Dated: October 9, 2026.

Respectfully Submitted,

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

**CERTIFICATE OF SERVICE**

This is to certify that on the 9th day of October 2026, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF System, which will transmit a Notice of Electronic Filing to all parties registered to receive electronic notice in this case. I further certify that on the same date, true and correct copies of the above and foregoing were served by first class mail, postage prepaid, upon the parties on the attached Service List who are not registered participants in the CM/ECF System.

/s/ J. Clay Christensen
J. Clay Christensen