Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Muntage Best
Living, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**WITHDRAWAL OF RESPONSE AND OBJECTION TO JOINT MOTION OF DEBTOR AND THE BANCORP BANK FOR ENTRY OF AN ORDER GRANTING RELIEF FROM STAY TO PERMIT FORECLOSURE**
(Relates to Docket No. 493)

Muntage Best Living, LLC hereby withdraws the Response and Objection to Joint Motion of Debtor and the Bancorp Bank for Entry of an Order Granting Relief from Stay to Permit Foreclosure [Docket No. 493] filed in the above-referenced case on October 7, 2026.

Dated: October 12, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Muntage Best
Living, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 12, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer