**U.S. BANKRUPTCY COURT WESTERN DISTRICT OF OKLAHOMA**
**TRANSCRIPT ORDER FORM**

*Note: This Transcript Form is not to be used to request a transcript of a 341(a) meeting of creditors, please contact the Trustee assigned to the case. .

| | |
|---|---|
| 1. ORDER REQUEST<br>☑ TRANSCRIPT* | 2. DATE OF ORDER<br>10/13/2026 |
| 3. NAME OF PERSON ORDERING<br>Joyce W. Lindauer | 4. EMAIL ADDRESS<br>dian@joycelindauer.com |
| 5. MAILING ADDRESS<br>117 S. Dallas St. | 6. PHONE NUMBER<br>(972) 503-4033 |
| 7. CITY AND STATE<br>Ennis, TX | 8. ZIP CODE<br>75119 |
| 9. CASE NUMBER OF HEARING<br>26-12806-SAH | 10. CASE STYLE OF HEARING<br>YSA Investments 1, LLC |
| 11. JUDGE PRESIDING AT HEARING<br>Sarah Hall | 12. DATE(S) OF HEARING<br>From 10/01/2026 to 10/01/2026 |

13. ORDER IS FOR: ☐ APPEAL ☑ BANKRUPTCY ☐ ADVERSARY
☐ OTHER ____________________

14. PORTIONS REQUESTED (Indicate the portion of the hearing requested)

- ☐ Voir Dire
- ☐ Opening Statement (Plaintiff)
- ☐ Opening Statement (Defendant)
- ☐ Closing Statement (Plaintiff)
- ☐ Closing Statement (Defendant)
- ☑ Entire Proceeding
- ☐ Court Ruling Only
- ☐ Testimony of (Specify Name) ____________________
- ☐ Other: ____________________

15. TRANSCRIPTS ONLY: Select the transcript rate from the drop down box below, indicating the amount of time requested to prepare the transcript.* 7-Day Transcript (Expedited)

For transcription rates go to:

https://www.uscourts.gov/services-forms/federal-court-reporting-program#rates

16. NUMBER OF COPIES REQUESTED: Transcript request includes 1 copy for the Court.
1.00 Transcript*

By signing below, I certify that I will pay all charges for the preparation of the transcript, including the deposit and additional charges as specified by the assigned court reporter/transcriptionist:

/s/ Joyce W. Lindauer — Signature of Person Ordering

10/13/2026 — Date

****For expedited, 7-day, 3-day, Next-day and Realtime transcript requests, you must contact the Court Clerk's office one week in advance of the hearing.***