**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| YSA INVESTMENTS 1, LLC, | Case No. 26-12806-SAH |
| Debtor. | Chapter 11 |

**NOTICE OF CHAPTER 11 TRUSTEE'S ACCEPTANCE AND BOND**

The United States Trustee ("**UST**") hereby gives notice that Michael E. Deeba, the duly UST appointed [Doc. 489], and Court approved [Doc. 499], Chapter 11 Trustee has provided written notice of the following:

(a.) Acceptance of Trustee Appointment (see, Attachment 1), and

(b.) Bond of Trustee in the amount of $1,000,000.00 (see, Attachment 2).

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

s/ Marjorie J. Creasey

Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(405) 231-4393 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov