**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

## ACCEPTANCE OF TRUSTEE APPOINTMENT

Michael E. Deeba, pursuant to Rule 2008 of the Federal Rules of Bankruptcy Procedure, hereby accepts the appointment of Trustee effective on and rendered by order entered October 5, 2026.

A bond acceptable to the United States Trustee was obtained on October 5, 2026, and all appropriate information for a background investigation has been provided, or is otherwise duly and appropriately in process.

Michael E. Deeba, CPA/CFF, CIRA, CTP
201 Robert S. Kerr, Suite 252
Oklahoma City, OK 73102
mike.d@medeeba.com
(405) 615 1010

**CHAPTER 11 TRUSTEE**