BOND NO. 016254871

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

YSA INVESTMENTS 1, LLC,

Debtor.

Case No. 26-12806-SAH

Chapter 11

**BOND OF TRUSTEE**

KNOW ALL BY THESE PRESENTS, That we, MICHAEL E. DEEBA of OKLAHOMA CITY, OK as Principal, and LIBERTY MUTUAL INSURANCE COMPANY, as Surety, are held and firmly bound to the UNITED STATES OF AMERICA in the sum of ONE MILLION AND 00/100 ($1,000,000.00) DOLLARS, lawful money of the United States, for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, that if the undersigned principal shall faithfully perform her official duties as TRUSTEE for the above named debtor, then this obligation is to be void and of no effect, otherwise to remain in full force and effect.

This bond shall remain in full force and effect until the Surety has terminated further liability after 30 days written notice filed with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma and with the U.S. Trustee, **OR** the Trustee obtains written authorization from the U.S Trustee or his/her designate releasing the Surety company from any further liability under the bond. The Surety shall have no liability for any losses caused by conduct in which said named principal engaged prior to the effective date of this bond.

DATED: October 5, 2026

MICHAEL E. DEEBA

PRINCIPAL

LIBERTY MUTUAL INSURANCE COMPANY

BY: Tatum Reiss

TATUM REISS
ATTORNEY-IN-FACT