**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**SUPPLEMENTAL VERIFIED STATEMENT OF MICHAEL E. DEEBA**
**[Related to Docket No. 495-1]**

COMES NOW, J. Clay Christensen, of the firm CHRISTENSEN LAW GROUP, P.L.L.C., as proposed counsel of record on behalf of the duly appointed Trustee, Michael E. Deeba, CPA/CFF, CIRA, CTP, and submits the enclosed Supplemental Verified Statement of Michael E. Deeba, related to Docket No. 495-1.

Respectfully Submitted,

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ *J. Clay Christensen*
J. Clay Christensen

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| YSA INVESTMENTS 1, LLC, | Case No. 26-12806-SAH |
| Debtor. | Chapter 11 |

**SUPPLEMENTAL VERIFIED STATEMENT OF MICHAEL E. DEEBA**
**[Related to Docket No. 495-1]**

I hereby verify that I have no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows:

a. In my capacity as a court-appointed receiver in the past, Michael E. Deeba retained Fellers Sinder and Stephen Moriarty, Counsel to party in interest and creditor in unrelated matters (matters closed).

b. In my capacity as a bankruptcy trustee and as a court-appointed receiver in the past, Michael E. Deeba retained Crowe Dunlevy, Counsel to party in interest and creditor in unrelated matters (matters closed).

c. Michael E. Deeba is currently a financial advisor to the Trustee, Stephen Moriarty in the *In re PostRock Energy Corporation, et al.*, Case No. 16-11230, (Bankr. W.D. Okla.).

d. Michael E. Deeba is currently a financial advisor to the Trustee, David R. Payne in the *In re Charles V. Long Bankruptcy Estate*, Case No. 23-10316 (Bankr. W.D. Okla.) and *In re Silver Star of Nevada, Inc.*, Case No. 23-10315 (Bankr. W.D. Okla.).

e. Currently, Michael E. Deeba routinely and currently works with and consults with D. R. Payne & Associates, Inc. ("DRPA") on unrelated matters. Michael E. Deeba was employed as a partner with DRPA from 1994 to 2007.

f. Michael E. Deeba worked in the Office of the United States Trustee (1992-1994).

g. Michael E. Deeba has in the past been retained by, currently provides services to companies, and may in the future provide services to certain creditors of the Debtors, other parties-in-interest, and their respective attorneys, accountants, and professionals in matters unrelated to the Debtor, this chapter 11 case, or such parties claims against or interests in the Debtor or the Debtor's estate.

h. MEDPLLC and/or Michael E. Deeba in the past has retained Richard R. Horton to serve as an insurance broker in matters unrelated to this chapter 11 case (matters closed). Currently Acrisure, in which Richard Horton is associated, is MEDPLLC's insurance broker.

i. In my capacity as a court appointed co-trustee and personal representative in the past, Michael E. Deeba retained Phillips Murrah, Counsel to party in interest and creditor in unrelated matters (matters closed).

j. Michael E. Deeba will make continued inquiries following the filing of the Application, on a periodic basis, with additional disclosures to this Court if necessary or otherwise appropriate. If any additional, relevant facts or relationships are discovered or arise, Michael E. Deeba will use reasonable efforts to identify such further developments and will file a supplemental Verified Statement declaration.

**Statement under Penalty of Perjury**
**(In lieu of verification, pursuant to 28 U.S.C. §1746)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 14, 2026

Michael E. Deeba, CPA/CFF, CIRA, CTP
201 Robert S. Kerr
Oklahoma City, OK 73102
mike.d@medeeba.com
(405) 615-1010