**MICHAEL E. DEEBA, PLLC** CERTIFIED PUBLIC ACCOUNTANT

PO Box 2895 • OKLAHOMA CITY, OK 73101-2895
405.615.1010 – mike.d@medeeba.com

October 13, 2026

Michael E. Deeba, Trustee
In re YSA Investments 1, LLC (CH11)
c/o Michael E. Deeba, PLLC
P.O. Box 2895
Oklahoma City, OK 73102

*Re:* *In re YSA Investments 1, LLC*, Case No. Case Number: 26-12806 (Bankr. W.D. Okla.)

Dear Michael,

This letter and the attached Terms and Conditions incorporated in the engagement letter ("Engagement Letter" or collectively, "Agreement"), confirms the scope and terms of the retention between Michael E. Deeba, PLLC ("MEDPLLC") and the duly appointed Chapter 11 Trustee (the "Trustee") and the Bankruptcy Estate.

The scope of this engagement will be to assist the Trustee with accounting, financial analysis, reporting and tax matters including review of various information, reporting, and support for other requested accounting and financial analysis. Trustee has requested that MEDPLLC provide certain consulting and advisor services including:

a. Assisting the investigation of the debtor's financial and other records to determine the disposition of all funds and other assets held by the debtor including possible compliance issues;

b. Assisting in investigation of the Debtors affairs including but not limited to financial assessment of closely held business entities, Debtor management activities, transfers of assets, intracompany and intercompany transfers, pre-petition transfers and post-petition activities including transfers or intercompany transactions;

c. Assisting in assessment of assets and liabilities of the Debtor and possibly owned and/or related entities and prepare report(s) of findings to the Trustee for reporting to Court and parties in interest;

d. Assisting in and determining whether claims may exist under Chapter 5 of the Bankruptcy Code or other applicable laws against third parties;

e. Analyzing the profitability of the Debtors;

f. Assisting in the Bankruptcy Estate accounting and financial reporting of Debtors' funds, assets and liabilities, and other financial transactions including operating results, availability, and any variances from Debtors' budgets;

g. Assisting with preparation of Trustee's Monthly Operating Reports;

h. Assisting in tax related matters of the Estate and assist the Trustee in the administration of the Estate as needed;

i. Assisting with the assessment of and possible amendments of the Debtors Statements of Financial Affairs and Schedules of Assets and Liabilities;

j. Assisting with analyzing claims and upon request, with communications with creditors with respect to issues arising from the claims process;

k. Assisting with preparation of a plan of reorganization or plan of liquidation;

l. Providing expert testimony, if requested; and

m. Performing such other services as may be requested by Trustee.

MEDPLLC and Michael E. Deeba have undertaken steps and searches to determine if any work currently being performed by MEDPLLC or Michael E. Deeba would pose a conflict with the work that is the subject of this Engagement Letter. As of the date of this Engagement Letter, we have determined that we can perform the work contemplated herein, free of any conflict of interest. Trustee agrees to inform us of additional parties to the extent such additional parties or name changes come to the attention of Trustee. Should subsequent information or any other circumstance comes to our attention with regard to a conflict of interest, we shall advise Trustee as soon as possible.

The services will not include all aspects of the internal controls and are not designed to do so. Additionally, the services should not be relied upon to disclose internal weaknesses in internal controls, financial statement errors, irregularities, illegal acts, or disclosure of efficiencies. Also, the work in connection with this engagement does not include any procedures designed to discover defalcations or other irregularities, should any exist.

MEDPLLC's fees for these services will be based upon the amount of time required at standard billing rates for the professional assigned plus out-of-pocket expenses. MEDPLLC fees are based on hourly rates by professional level of the person assigned. The current normal and customary hourly rates for the financial advisory and consulting services to be rendered herein are as follows:

| **Level** | **Hourly Rates** |
|---|---|
| Technical Directors, Principals, and Partners | $535-$1,250 |
| Senior Managers and Directors | $375-$500 |
| Managers | $300-$425 |
| Senior Consultants | $225-$450 |
| Staff Consultants | $175-$295 |
| Paraprofessionals | $135-$195 |

In the normal course of business, MEDPLLC may revise its hourly rates. MEDPLLC will provide the Trustee and Court not less than twenty (20) business days' notice prior to any increase of rate.

MEDPLLC understands that fees and expenses in this engagement are set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the United States Bankruptcy Court for the Western District of Oklahoma (the "Local Rules") including orders entered by the Court with regard to professional compensation.

If the foregoing fairly sets forth your understanding, please sign the enclosed copy of this letter in the space indicated and return it to MEDPLLC's office. If you have any questions, please call at 405-615-1010.

Very truly yours,

**MICHAEL E. DEEBA, PLLC**

Michael E. Deeba

Accepted by:

**Michael E. Deeba, Trustee, solely in his Capacity as Trustee of the YSA Investments 1, LLC Bankruptcy Estate**

______________________________ Date: ____________________

Michael E. Deeba, solely in his capacity
as Trustee of YSA Investments 1, LLC

# Michael E. Deeba, PLLC's Terms and Conditions Addendum

***Overview***

This addendum to the engagement letter with describes our standard terms and conditions ("Terms and Conditions") related to our provision of services to you. This addendum, and the accompanying engagement letter, comprise your agreement with us ("Agreement"). If there is any inconsistency between the engagement letter and this *Terms and Conditions Addendum*, the engagement letter will prevail to the extent of the inconsistency.

For the purposes of this *Terms and Conditions Addendum*, any reference to "firm," "we," "us," or "our" is a reference to Michael E. Deeba, PLLC ("MEDPLLC"), and any reference to "you," or "your" is a reference to the party or parties that have engaged us to provide services. References to "Agreement" mean the engagement letter or other written document describing the scope of services, any other attachments incorporated therein, and this *Terms and Conditions Addendum*.

~~***Billing and Payment Terms***~~

~~All outstanding invoices must be paid prior to the release of the deliverable(s) specified in the Agreement. We do not release incomplete deliverables.~~

~~We reserve the right to suspend or terminate our work for non-payment of fees. In the event that work is discontinued, either temporarily or permanently, as a result of delinquent payment, we shall not be liable for any damages you may incur as a result of the work stoppage.~~

***Termination and Withdrawal***

We reserve the right to withdraw from the engagement without completing services for any reason, including, but not limited to, non-payment of fees, your failure to comply with the terms of this Agreement, or as we determine professional standards require. If our work is suspended or terminated, you agree that we will not be responsible for your failure to meet governmental and other deadlines, or for any liability, including but not limited to, penalties or interest that may be assessed against you resulting from your failure to meet such deadlines.

If this Agreement is terminated before services are completed, you agree to compensate us for the services performed and expenses incurred through the effective date of termination.

***Proprietary Information***

You acknowledge that proprietary information, documents, materials, management techniques and other intellectual property are a material source of the services we perform and were developed prior to our association with you. Any new forms, software, documents or intellectual property we develop during this engagement for your use shall belong to us, and you shall have the limited right to use them solely within your business. All reports, templates, manuals, forms, checklists, questionnaires, letters, agreements and other documents which we make available to you are confidential and proprietary to us. Neither you, nor any of your agents, will copy, electronically store, reproduce or make available to anyone other than your personnel, any such documents. This provision will apply to all materials whether in digital, "hard copy" format or other medium.

***Conflicts of Interest***

If we, in our sole discretion, believe a conflict has arisen affecting our ability to deliver services to you in accordance with either the ethical standards of our firm or the ethical standards of our profession, we may be required to suspend or terminate our services without issuing our work product.

***Client Portals***

To enhance our services to you, we may utilize a client portal collaborative, virtual workspace in

a protected, online environment. A portal permits real-time collaboration across geographic boundaries and time zones and allows MEDPLLC and you to share data, engagement information, knowledge, and deliverables in a protected environment. In order to use a portal, you may be required by the provider to execute a client portal agreement and agree to be bound by the terms, conditions and limitations of such agreement. You agree that we have no responsibility for the activities of the portal vendor and agree to ~~indemnify and~~ hold us harmless with respect to any and all claims arising from or related to the operation of the portal.

MEDPLLC is not a host for any of your information. You are responsible for maintaining your own copy of this information. We do not provide back-up services for any of your data or records, including information we provide to you. Portals are utilized solely as a method of transferring data and are not intended for the storage of your information. Information on a portal may be deleted by MEDPLLC.

If you decide to transmit your confidential information to us in a manner other than a secure portal, you accept responsibility for any and all unauthorized access to your confidential information. If you request that we transmit confidential information to you in a manner other than a secure portal, you agree that we are not responsible for any liability, including but not limited to, (a) any loss or damage of any nature, whether direct or indirect, that may arise as a result of our sending confidential information in a manner other than a secure portal, and (b) any damages arising as a result of any virus being passed on or with, or arising from any alteration of, any email message.

***Third-Party Service Providers or Subcontractors***

To enhance our availability to meet your professional service needs while maintaining service quality and timeliness, we may use a third-party service provider to assist us. This may include provision of your confidential information to the third-party service provider. We require our third-party service providers to have established procedures and controls designed to protect client confidentiality and maintain data security. As the paid provider of professional services, our firm remains responsible for exercising reasonable care in providing such services, and our work product will be subjected to our firm's customary quality control procedures. By accepting the terms and conditions of our engagement, you consent to the disclosure of your confidential information to third-party service providers, if such disclosure is necessary to deliver professional services to you or provide support services to our firm.

***Records Management***

<u>Record Retention and Ownership</u>

We will return any original records and documents you provide to us on or before the conclusion of the engagement. Our copies of your records and documents are solely for our documentation purposes and are not a substitute for your own records and do not mitigate your record retention obligations under any applicable laws or regulations. You are responsible for maintaining complete and accurate books and records, which may include financial statements, schedules, tax returns and other deliverables provided to you by us. If we provide deliverables or other records to you via an information portal, you must download this information within the allotted time frame. Professional standards preclude us from being the sole repository of your original data, records, or information.

Workpapers and other documents created by us are our property and will remain in our control. Copies are not to be distributed without your written request and our prior written consent. Our workpapers will be maintained by us in accordance with our firm's record retention policy and any applicable legal and regulatory requirements.

Our firm usually destroys workpaper files after a period of seven years. Catastrophic events or physical deterioration may result in damage to or destruction of our firm's records, causing the records to be unavailable before the expiration of the retention period, as stated in our record retention policy.

Working Paper Access Requests by Regulators and Others

State, federal and foreign regulators may request access to or copies of certain workpapers pursuant to applicable legal or regulatory requirements. Requests also may arise with respect to peer review, an ethics investigation, the sale of your organization, or the sale of our accounting practice. If requested, access to such workpapers will be provided under the supervision of firm personnel. Regulators may request copies of selected workpapers to distribute the copies or information contained therein to others, including other governmental agencies.

If we receive a request for copies of selected workpapers, provided that we are not prohibited from doing so by applicable laws or regulations, we agree to inform you of such request as soon as practicable. You may, within the time permitted for our firm to respond to any request, initiate such legal action as you deem appropriate, at your sole expense, to attempt to limit the disclosure of information. If you take no action within the time permitted for us to respond, or if your action does not result in a judicial order protecting us from supplying requested information, we may construe your inaction or failure as consent to comply with the request.

If we are not a party to the proceeding in which the information is sought, you agree to reimburse us for our professional time and expenses, as well as the fees and expenses of our legal counsel, incurred in responding to such requests.

Summons or Subpoenas

All information you provide to us in connection with this engagement will be maintained by us on a strictly confidential basis. If we receive a summons or subpoena which our legal counsel determines requires us to produce documents from this engagement or testify about this engagement, provided that we are not prohibited from doing so by applicable laws or regulations, we agree to inform you of such summons or subpoena as soon as practicable. You may, within the time permitted for our firm to respond to any request, initiate such legal action as you deem appropriate, at your sole expense, to attempt to limit discovery. If you take no action within the time permitted for us to respond, or if your action does not result in a judicial order protecting us from supplying requested information, we may construe your inaction or failure as consent to comply with the request.

If we are not a party to the proceeding in which the information is sought, you agree to reimburse us for our professional time and expenses, as well as the fees and expenses of our legal counsel, incurred in responding to such requests.

***Confidentiality***

In providing services to you, we may require information that is considered confidential and may include Personally Identifiable Information (PII), i.e. information that can be used to distinguish or trace an individual's' identity such as address, bank account and social security information. We treat all client information, including PII, as confidential and have a duty to do so based on the standards promulgated by the American Institute of Certified Public Accountants as well as applicable laws and regulations. You agree to only provide us with information, including PII, that is necessary for us to provide services to you in accordance with the Agreement.

# Michael E. Deeba, PLLC's Terms and Conditions Addendum

***Referrals***

In the course of providing services to you, you may request referrals to products or professionals such as attorneys, brokers, or investment advisors. We may identify professional(s) or product(s) for your consideration. However, you are responsible for evaluating, selecting, and retaining any professional or product and determining if the professional or product meets your needs. You agree that we will not oversee the activities of and have no responsibility for the work product of any professional or the suitability of any product we refer to you or that you separately retain. Further, we are not responsible for any services we perform that fail to meet the intended outcomes as a result of relying on the services of other professionals or products you may retain.

***Limitations on Oral and Email Communications***

We may discuss with you our views regarding the treatment of certain items or decisions you may encounter. We may also provide you with information in an email. Any advice or information delivered orally or in an email (rather than through a memorandum delivered as an email attachment) will be based upon limited research and a limited discussion and analysis of the underlying facts. Additional research or a more complete review of the facts may affect our analysis and conclusions.

Due to these limitations and the related risks, it may or may not be appropriate to proceed with a decision solely on the basis of any oral or email communication from us. You accept all responsibility, except to the extent caused by our gross negligence or willful misconduct, for any liability, including but not limited to additional tax, penalties or interest resulting from your decision (i) not to have us perform the research and analysis necessary to reach a more definitive conclusion and (ii) to instead rely on an oral or email communication. The limitation in this paragraph will not apply to an item of written advice that is a deliverable of a separate engagement. If you wish to engage us to provide formal advice on a matter on which we have communicated orally or by email, we will confirm this service in a separate agreement.

***Brokerage, Investment Advisory or Digital Asset Statements***

If you provide our firm with copies of brokerage, investment advisor, or digital asset statements, we will use the information solely for the purpose described in the *Engagement Objective and Scope* section of this Agreement. We will rely on the accuracy of the information provided in the statements and will not undertake any action to verify this information. We will not monitor transactions, investment activity, provide investment advice, or supervise the actions of the entity or individuals entering into transactions or investment activities on your behalf. We recommend that you receive and carefully review all statements upon receipt, and direct any questions regarding account activity to your banker, broker or investment advisor.

***Disclaimer of Legal and Investment Advice***

Our services under this Agreement do not constitute legal or investment advice. We make no representations regarding matters, requests or representations of legal interpretation. You should consult with legal counsel with respect to any legal issues requiring legal interpretation.

Unless specifically engaged to provide investment advice in the *Engagement Objective and Scope* section of this Agreement. We recommend that you retain legal counsel and investment advisors to provide such advice.

Our work will involve the financial analyses of accounting books and financial information/ documents. This does not include an audit, review, or compilation in accordance with Generally Accepted Auditing Standards ("GASS") of any financial statements.

# Michael E. Deeba, PLLC's Terms and Conditions Addendum

***Circular 230 Disclosure***

Pursuant to requirements relating to practice before the Internal Revenue Service, any tax advice in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

***Electronic Data Communication and Storage***

In the interest of facilitating our services to you, we may send data over the Internet, temporarily store electronic data via computer software applications hosted remotely on the Internet, or utilize cloud-based storage. Your confidential electronic data may be transmitted or stored using these methods. In using these data communication and storage methods, our firm employs measures designed to maintain data security. We use reasonable efforts to keep such communications and electronic data secure in accordance with our obligations under applicable laws, regulations, and professional standards.

You recognize and accept that we have no control over the unauthorized interception or breach of any communications or electronic data once it has been transmitted or if it has been subject to unauthorized access while stored, notwithstanding all reasonable security measures employed by us. You consent to our use of these electronic devices and applications during this engagement.

***Newsletters and Similar Communications***

We may send newsletters, emails, explanations of technical developments or similar communications to you. These communications are of a general nature and should not be construed as professional advice. We may not send all such communications to you. These communications do not constitute a client relationship with you, nor do they constitute advice or an undertaking on our part to monitor issues for you.

***Federally Authorized Practitioner – Client Privilege***

Internal Revenue Code §7525, *Confidentiality Privileges Related to Taxpayer Communication*, provides a limited confidentiality privilege applying to tax advice embodied in taxpayer communications with federally authorized tax practitioners in certain limited situations.

This privilege is limited in several important respects. For example, the privilege may not apply to your records, state tax issues, state tax proceedings, private civil litigation proceedings, or criminal proceedings.

While we will cooperate with you with respect to the privilege, asserting the privilege is your responsibility. Inadvertent disclosure of otherwise privileged information may result in a waiver of the privilege. Please contact us immediately if you have any questions or need further information about this federally authorized practitioner-client privilege.

~~***Dispute Resolution; Jury Trial Waiver***~~

~~Any dispute, controversy, or claim arising out of or relating to this Agreement or the services provided (including disputes regarding termination, validity, interpretation, or enforceability of this clause) shall be resolved exclusively by binding arbitration administered by the Oklahoma Arbitration Center under its Arbitration Rules in effect as of the date of this Agreement, except where inconsistent with this clause.~~

~~The arbitration shall be conducted by one arbitrator, selected jointly by the parties within fifteen (15) days of commencement of arbitration or, failing agreement, appointed by the Director of the Oklahoma Arbitration Center. The arbitrator shall be a retired judge or an experienced attorney in commercial matters.~~

~~The arbitration shall take place in Oklahoma City, Oklahoma, governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.) and the laws of the State of Oklahoma. Proceedings shall be confidential, and the award shall be final and binding, enforceable in any court of competent jurisdiction.~~

~~**By agreeing to arbitration, the parties waive any right to a trial by judge or jury, including for disputes over fees.**~~

~~The arbitrator shall have no authority to award punitive damages, damages excluded under this Agreement, or remedies unavailable under applicable law. All arbitration-related fees and expenses – including arbitrator fees, facilities, and transcripts – shall be split 50% by claimant(s) and 50% by respondent(s), with internal allocation determined by each side.~~

~~At the initial pre-hearing conference, the arbitrator shall (a) require that the parties exchange (i) a good faith calculation of any claimed damages, (ii) the name and, if known, address and telephone number of each person likely to have knowledge of relevant information, and (iii) non-privileged documents that are relevant to the issues raised by any claim, defense or counterclaim; and (b) determine the number of depositions to be permitted, taking into consideration the nature of claims and damages sought. Third-party subpoenas seeking documents and/or testimony shall be permitted. Absent extraordinary circumstances, the arbitration hearing shall be held on consecutive hearing days. In the event it is necessary to confirm the arbitration award in court, the costs of such confirmation proceedings, including attorneys' fees, incurred by the party seeking confirmation shall be borne entirely by the party against whom enforcement is sought.~~

~~***Limitation of Liability***~~

~~**MEDPLLC'S LIABILITY FOR ALL CLAIMS, DAMAGES, AND COSTS ARISING FROM THIS ENGAGEMENT IS LIMITED TO 1.5 TIMES THE TOTAL AMOUNT OF FEES PAID BY YOU TO MEDPLLC FOR THE SERVICE GIVING RISE TO THIS LIABILITY.**~~

~~***Limitation of Damages***~~

~~**NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, MEDPLLC SHALL NOT BE LIABLE FOR ANY LOST PROFITS, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES OF ANY NATURE EVEN IF WE HAVE BEEN ADVISED BY YOU OF THE POSSIBILITY OF SUCH DAMAGES.**~~

~~***Indemnification of Michael E. Deeba, PLLC and Michael Deeba***~~

~~Unless otherwise stated in the Agreement, you agree to indemnify, defend, and hold harmless MEDPLLC and any of its partners, principals, shareholders, officers, directors, members, employees, agents or assigns with respect to any and all claims made by third parties arising from this engagement, regardless of the nature of the claim, and including the negligence of any party, excepting claims arising from the gross negligence or intentional acts of MEDPLLC.~~

# Michael E. Deeba, PLLC's Terms and Conditions Addendum

***Designation of Venue and Jurisdiction***

In the event of a dispute, the courts of the state of Oklahoma shall have jurisdiction. We agree that the law of the state of Oklahoma shall govern all such disputes.

***~~Statute of Limitations~~***

~~You agree that any claim arising out of this Agreement shall be commenced within two year(s) of the delivery of the work product to you, regardless of any longer period of time for commencing such claim as may be set by law. A claim is understood to be a demand for money or services, the service of a suit, or the institution of arbitration proceedings against MEDPLLC.~~

***Independent Contractor***

When providing services to your company, we will be functioning as an independent contractor and in no event will we or any of our employees be an officer of you, nor will our relationship be that of joint venturers, partners, employer and employee, principal and agent, or any similar relationship ~~giving rise to a fiduciary duty to you~~.

Our obligations under this Agreement are solely obligations of MEDPLLC, and no partner, principal, employee or agent of MEDPLLC shall be subjected to any personal liability whatsoever to you or any person or entity.

***Severability***

If any portion of this Agreement is deemed invalid or unenforceable, said finding shall not operate to invalidate the remainder of the terms set forth in this Agreement.

***Assignment***

All parties acknowledge and agree that the terms and conditions of this Agreement shall be binding upon and inure to the parties' successors and assigns, subject to applicable laws and regulations.

***Force Majeure***

Neither party shall be held liable for any delays resulting from circumstances or causes beyond our reasonable control, including, without limitation, fire or other casualty, act of God, strike or labor dispute, war or other violence, epidemics or pandemics as defined by The Centers for Disease Control and Prevention, or any law, order or requirement of any governmental agency or authority. However, no Force Majeure event shall excuse you of any obligation to pay any outstanding invoice ~~or fee or from any indemnification obligation~~ under this Agreement.

***Electronic Signatures and Counterparts***

Each party hereto agrees that any electronic signature is intended to authenticate a written signature, shall be valid, and shall have the same force and effect as a manual signature. For purposes hereof, "electronic signature" includes, but is not limited to, a scanned copy of a manual signature, an electronic copy of a manual signature affixed to a document, a signature incorporated into a document utilizing touchscreen capabilities, or a digital signature. Documents may be executed in one or more counterparts, each of which shall be considered an original instrument, but all of which shall be considered one and the same agreement.

***Entire Agreement***

This Agreement, including this *Terms and Conditions Addendum* and any other attachments, encompass the entire agreement of the parties and supersedes all previous understandings and agreements between the parties, whether oral or written. Any modification to the terms of this

Agreement must be made in writing and signed by both parties. This Agreement has been entered into solely between you and MEDPLLC, and no third-party beneficiaries are created hereby.

* * * * * *