**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**United States Courthouse**
**Oklahoma City, Oklahoma**

# VIDEO STATUS CONFERENCE BEFORE JUDGE SARAH A. HALL

## THURSDAY, OCTOBER 22, 2026

---

**NOTE: Attorneys of record and any parties appearing pro se are notified that a Video Status Conference concerning the below referenced bankruptcy proceeding will be conducted by Judge Sarah A. Hall, United States Bankruptcy Judge, on Thursday, October 22, 2026, and will be conducted by video via Microsoft Teams. To participate in the status conference, parties must submit their preferred email address along with their client's name to Cheryl Shook at cheryl_shook@okwb.uscourts.gov two days prior to the conference by noon. A link will be provided to join the video status conference 24 hours prior to the conference.**

---

**10:00 A.M. CST**

**26-12806/Chp. 11** **IN RE: YSA INVESTMENTS 1, LLC**

**Video Status Conference**