# EXPERT QUALIFICATIONS

**Richard R. (Dick) Horton, CIC**
**5800 Rosebay Ct.**
**Oklahoma City, OK 73142-1814**
**405-229-9618**

## Curriculum Vitae

**Insurance Experience:**

8/1/71-3/1/82 Allstate Insurance –Agent

Started Horton Insurance Agency, Inc

3/1/82-6/1/88 Horton Insurance Agency, Inc – Owner

Sold to Landmark Land

6/1/88-8/1/93-Landmark Land Company, Inc- VP Risk Management

Bought HIA back from the Resolution Trust Corporation

8/1/93-1/1/04- Horton Insurance Agency, Inc- Owner

Sold to Arthur J Gallagher Inc

1/1/04-8/1/09-Arthur J Gallagher Inc- Area President

Retired / Started Horton Insurance LLC

8/1/09-1/1/12-Horton Insurance, LLC - Owner

Purchased CL Frates with 2 partners

1/1/12-1/1/14- Frates Insurance & Risk Management LLC- Partner

Merged with Acrisure LLC

1/1/14- Present-Acrisure LLC / Partner / Risk Advisor

**Insurance License:**

Property, Casualty, Life and Health:

All 50 states

**Education**:

Clarkstown Central High School, New City, NY - Graduated 1962 US Air Force, F102 Radar, 1962-1966

Private / Commercial / Multi-Engine Pilot 1966

Certified Insurance Councilor (CIC) 1993

Leadership Oklahoma Class VII, 1993

**Board of Directors**:

National Multi-Family Housing Council (NMHC) -1999-2009 Urban Land Institute/Subsidized Housing – 2007-2009 Lyric Theater – 1989 to Present

**Expert Witness Experience:**

| | |
|---|---|
| CIV-2013-893-F | Coe vs State Farm |
| CIV-2013-931-W | Bell Contracting vs Redlands Contracting |
| CIV-2016-907-C | Greenway Park vs Nautilus Insurance |
| CIV-2014-3178 | Linder vs Lincoln Benefit Life |
| CV- 2014-131 | ERC Properties vs Houston Specialty |
| CJ- 2016-01612 | Premier Community vs Murray Wamble |
| CJ-2017-76 | TJ's Mountain vs Nationwide |

**Consulting Fee $475 per hour**