**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 26-12806-SAH** |
| **YSA INVESTMENTS 1, LLC** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES**

Stride Bank, by and through its counsel of record, Kelley G. Loud of Titus Hillis Reynolds Love, hereby enters an appearance in the above captioned action and respectfully requests that all notices or other documents filed by the Debtor or other parties in interest in this bankruptcy proceeding be addressed and properly served upon the following as counsel for Stride Bank:

Kelley G. Loud
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 – Telephone
(918) 587-6822 – Facsimile
kloud@titushillis.com

Respectfully submitted this 15th day of October, 2026.

/s/ Kelley G. Loud
Kelley G. Loud, OBA #15808
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
kloud@titushillis.com

Attorney for Creditor Stride Bank