**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Chapter 11<br>Case No. 26-12806 (SAH) |

**NOTICE OF HEARING**

You are hereby notified that the Joint Motion for Entry of an Order Granting Relief from Stay to Permit The Bancorp Bank to Proceed with Foreclosure, and Notice of Opportunity for Hearing [Doc. #409] (the "**Joint Motion**") filed by Debtor YSA Investments 1, LLC and The Bancorp Bank, N.A. has been set for a preliminary hearing on October 22, 2026, at 10:00 a.m. No appearance is necessary at the preliminary hearing.

You are hereby further notified that the **final hearing** for the Joint Motion has been set for **November 19, 2026, at 10:00 a.m. to be conducted by video**.

Respectfully submitted,

*/s/ Kiran A. Phansalkar*

Kiran A. Phansalkar, OBA #11470
Preston M. Sullivan, OBA #33619
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Email: kiran.phansalkar@mcafeetaft.com
preston.sullivan@mcafeetaft.com
***Attorneys for The Bancorp Bank, N.A.***

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I electronically transmitted this filing to the Clerk of Court for the U.S. District Court for the Western District of Oklahoma using the CM/ECF system which sent a notice of electronic filing to all counsel of record who are registered CM/ECF users in this case, including counsel for the Debtor.

I further certify that on October 16, 2026, a true and correct copy of this filing was served on the following parties who have not yet entered an appearance or are not registered CM/ECF users, via US Mail, first class, postage prepaid, and properly addressed as follows:

YSA Investments 1, LLC
848 Brickell Avenue, Suite PH5
Miami, Florida 33131
***Debtor***

*/s/ Kiran A. Phansalkar*
Kiran A. Phansalkar