FILED BANKRUPTCY OK WD
OCT 20 2026 PM3:00
KB

# U.S. BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA
# MULTIMEDIA REQUEST ORDER FORM

| | |
|---|---|
| 1. ORDER REQUEST<br>☑ MULTIMEDIA* | 2. DATE OF ORDER<br>10/20/2026 |
| 3. NAME OF PERSON ORDERING<br>RYAN BAKER (KFOR-TV) | 4. EMAIL ADDRESS<br>ryan.baker@kfor.com |
| 5. MAILING ADDRESS<br>444 E Britton Road | 6. PHONE NUMBER<br>(405) 478-6395 |
| 7. CITY AND STATE<br>Oklahoma City | 8. ZIP CODE<br>73114 |
| 9. CASE NUMBER OF HEARING<br>26-12806-SAH | 10. CASE STYLE OF HEARING<br>YSA INVESTMENTS 1, LLC |
| 11. JUDGE PRESIDING AT HEARING<br>HALL | 12. DATE(S) OF HEARING<br>From 10/01/2026 to 10/01/2026 |
| 13. ORDER IS FOR: ☐ APPEAL ☐ BANKRUPTCY ☐ ADVERSARY ☑ OTHER APPOINTING A TRUSTEE | |

14. To Order a Multimedia File of a hearing, you must,
15. Complete and save this form in PDF format
16. Electronically file the PDF in the case using the ECF event, Bankruptcy or Adversary > Other > Request for Multimedia File. The ECF system will generate a fee which must be paid through ECF. A separate PDF form must be filed for **each** hearing being requested.
17. For non-electronic filers, the fee (**$34.00 per hearing**) may be paid in person via money order, by mail or by using Pay.gov, (pay.gov instructions here)
18. Once the fee is paid and the Multimedia File is prepared, you will receive an email with a link to download the files.

By signing below, I certify that I will pay all charges for the preparation of the Multimedia File(s).

[signature]
Signature of Person Ordering

10/20/2026
Date

* A MULTIMEDIA FILE IS NOT AN OFFICIAL RECORD OF A COURT PROCEEDING