**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**APPLICATION FOR AN ORDER EXTENDING DEADLINES**
**FOR THE SEPTEMBER MONTHLY OPERATING REPORT**

Michael E. Deeba, the Chapter 11 Trustee in the referenced chapter 11 bankruptcy proceeding (the "Trustee"), files this Application for an Order Extending Deadlines for the Monthly Operating Report for September, and respectfully represents as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

2. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

**FACTUAL BACKGROUND**

3. On July 28, 2026, YSA Investments 1, LLC, filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

4. Trustee has been appointed as the Chapter 11 Trustee in this case and is obtaining information on this case.

**RELIEF REQUESTED**

5. Presently, the deadline to file the Monthly Operating Report for September 2026 is October 21, 2026.

6. Trustee requests a 30-day extension of the deadline to file the report, through and including November 20, 2026.

7. Good cause exists for this extension. The Trustee, who was appointed on October 8, 2026, needs additional time to gather financial records, review the debtors' books and records, and prepare a complete and accurate report.

8. No previous applications for extension of these deadlines have been filed in this case.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order extending the deadline to file the Monthly Operating Report for September 2026 by 30 days, to and including November 20, 2026, and for such other and further relief as this Court deems just and proper.

Respectfully Submitted,
CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*

J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*/s/ J. Clay Christensen*
J. Clay Christensen