**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| YSA Investments 1, LLC, | ) | |
| | ) | Case No. 26-12806 SAH-11 |
| | ) | |
| Debtor. | ) | |

**WITHDRAWAL OF OBJECTION TO JOINT MOTION OF DEBTOR AND SLVER HILL CAPITAL GROUP LLC FOR RELIEF FROM STAY TO PERMIT FORECLOSURE**
**(Relates to Docket No. 458)**

Auerbach Opportunity Fund I, III and IV ("the Auerbach Group") hereby withdraws the Objection to Joint Motion of Debtor and Silver Hill Capital Group LLC for Relief from Stay filed in the above-referenced case on October 2, 2026.

Dated: October 22, 2026.

Respectfully Submitted,

s/Bret Davis
Bret Davis, OBA No. 15079
5621 N. CLASSEN BLVD.
OKLAHOMA CITY, OK 73118
405-840-5900
Email: bdavis@lamunmock.com
Counsel for Auerbach Opportunity Fund I, L.P.
Auerbach Opportunity III, LP, and
Auerbach Opportunity IV, LP

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I electronically transmitted the attached document to the Clerk of the Court using the Court's ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

s/Bret Davis