United States Bankruptcy Court
Western District of Oklahoma

In re:
YSA Investments 1, LLC
Debtor

Case No. 26-12806-SAH
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1087-5 User: admin Page 1 of 5
Date Rcvd: Oct 07, 2026 Form ID: pdf007 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2026 21:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: bankruptcynoticeschr@sec.gov | Oct 07 2026 21:48:00 | Jolene M. Wise, Securities and Exchange Commission, 175 W. Jackson Blvd., Suite 900, Chicago, IL 60604-2908 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Oct 07 2026 21:48:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony F. Pirraglia | on behalf of Interested Party Auerbach Opportunity Fund IV LP anthony.pirraglia@hklaw.com, hapi@hklaw.com;chris.bailey@hklaw.com |
| Anthony F. Pirraglia | on behalf of Interested Party Auerbach Opportunity Fund 1 LP anthony.pirraglia@hklaw.com, hapi@hklaw.com;chris.bailey@hklaw.com |

Anthony F. Pirraglia
on behalf of Interested Party Auerbach Opportunity Fund III LP anthony.pirraglia@hklaw.com, hapi@hklaw.com;chris.bailey@hklaw.com

Ashley F. Vinson
on behalf of Creditor Stride Bank avinson@titushillis.com lmcpherson@titushillis.com

Barry G. Reynolds
on behalf of Creditor Stride Bank reynolds@titushillis.com lmcpherson@titushillis.com

Bret D. Davis
on behalf of Interested Party Auerbach Opportunity Fund III LP bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Bret D. Davis
on behalf of Interested Party Auerbach Opportunity Fund 1 LP bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Bret D. Davis
on behalf of Interested Party Auerbach Opportunity Fund IV LP bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Bret D. Davis
on behalf of Creditor Auerbach Opportunity Fund 1 LP, Auerbach Opportunity Fund III, LP and Auerbach Opportunity Fund IV, LP bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Carlee M. Apel
on behalf of Debtor YSA Investments 1 LLC capel@fellerssnider.com

Carlee M. Apel
on behalf of Creditor ACRE Q018 Retention Holder LLC capel@fellerssnider.com

Chris M. Scaperlanda
on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") chris.scaperlanda@mcafeetaft.com brittany.stewart@mcafeetaft.com

Christopher Cotner
on behalf of Creditor First United Bank and Trust Co. chris@mhgclaw.com

Clayton D Ketter
on behalf of Debtor YSA Investments 1 LLC cdketter@phillipsmurrah.com, mdmills@phillipsmurrah.com;cmcorrea@phillipsmurrah.com

Colin M Bernardino
on behalf of Creditor Computershare Trust Company N.A. cbernardino@ktslaw.com

Craig M Regens
on behalf of Interested Party Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC craig.regens@crowedunlevy.com kelley.williams@crowedunlevy.com;ecf@crowedunlevy.com;cregens@gmail.com;betty.clymer@crowedunlevy.com;lori.cornell@crowedunlevy.com

Dante Wen
on behalf of Creditor Computershare Trust Company N.A. dwen@ktslaw.com, etsmith@ktslaw.com

David Herber
on behalf of Creditor GableGotwals dherber@gablelaw.com JWilson@Gablelaw.com

Gatlin Cy Squires
on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") gatlin.squires@mcafeetaft.com

Heath T. Albert
on behalf of Interested Party Daniel J. Sherman halbert@porterhedges.com MWebb@porterhedges.com;MYoung-John@porterhedges.com

Jason A Sansone
on behalf of Debtor YSA Investments 1 LLC jasansone@phillipsmurrah.com, r47439@notify.bestcase.com;mdmills@phillipsmurrah.com;cmcorrea@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Jeffrey E Tate
on behalf of U.S. Trustee United States Trustee jeff.tate@usdoj.gov michele.adams@usdoj.gov;shannon.dyer-vencill2@usdoj.gov

Jessica Nicole Alt
on behalf of Creditor Toval Ventures LLC jalt@padfieldstout.com

John W. Mee, III
on behalf of Creditor First United Bank and Trust Co. jwm3@mhgclaw.com lpierce@meehoge.com

Joshua Clark Greenhaw
on behalf of Creditor First United Bank and Trust Co. jgreenhaw@mhgclaw.com

Joyce W. Lindauer

on behalf of Interested Party Woodland Manor TIC 1 LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Barcelona Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Drexel Flats Acquisition LLC joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Woodland Oaks Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Springdale Village Apartments joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party A-V Village Creek Owner LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party 727 Lofts Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Ridge Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Fairfax Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Putnam Green TIC Interest LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Woodland Oaks Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Remington Ranch's Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Tuscany Village Apartments joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Woodland Manor Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Summer Oaks Apartments joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Lofts at North Penn Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Louis Investments LLC joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Fairfax Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party 727 Lofts Holdings LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Bryan Hill Apartments joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party A-V Lofts Owner LLC joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Kaleigh Ewing
on behalf of Interested Party Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC kaleigh.ewing@crowedunlevy.com

Kevin Dale McCullough
on behalf of Interested Party Daniel J. Sherman kdm@romclaw.com emoon@romclaw.com,sthomas@romclaw.com,ecampbell@romclaw.com,nick@syllp.com,lduvall@romclaw.com

Kiran A. Phansalkar
on behalf of Interested Party Saperean Capital IV TB Note Lender KD4 LLC kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Kiran A. Phansalkar
on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 kiran.phansalkar@mcafeetaft.com lindsay.skinner@mcafeetaft.com

Kiran A. Phansalkar
on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Kiran A. Phansalkar
on behalf of Interested Party The Bancorp Bank N.A. kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Leif Swedlow
on behalf of Creditor Green Gardens General Contractor LLC lswedlow@oklawpartners.com, jforgue@oklawpartners.com

Lysbeth L George
on behalf of Creditor Computershare Trust Company N.A. liz@georgelawok.com, lizbethlou@gmail.com;karen@georgelawok.com;dante@georgelawok.com;karla@georgelawok.com;karla@georgelawok.com

Lysbeth L George
on behalf of Creditor General Holdings LLC liz@georgelawok.com, lizbethlou@gmail.com;karen@georgelawok.com;dante@georgelawok.com;karla@georgelawok.com;karla@georgelawok.com

Marjorie J. Creasey
on behalf of U.S. Trustee United States Trustee marjorie.creasey@usdoj.gov michele.adams@usdoj.gov;lendy.heilaman@usdoj.gov

Mark A. Platt
on behalf of Creditor CREO QRS VC LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com

Mark A. Platt
on behalf of Interested Party Silver Hill Capital LLC mplatt@fbtlaw.com, cgiobbe@fbtgibbons.com

Mark A. Platt
on behalf of Interested Party CREO QRS NP LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com

Mark A. Platt
on behalf of Creditor CREO QRS NP LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com

Mark A. Platt
on behalf of Interested Party CREO QRS VC LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com

Matthew K Hansen
on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 matt.hansen@troutman.com

Matthew K Hansen
on behalf of Creditor Berkadia Commercial Mortgage LLC matt.hansen@troutman.com

Maurice VerStandig
on behalf of Interested Party Jenk's Best Living LLC mac@mbvesq.com, verstandiglaw@recap.email

Megan Young-John
on behalf of Interested Party Daniel J. Sherman myoung-john@porterhedges.com mwebb@porterhedges.com;egarfias@porterhedges.com

Michael Schuster
on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST mschuster@polsinelli.com

Nicholas Candido
on behalf of Debtor YSA Investments 1 LLC njcandido@phillipsmurrah.com, mdmills@phillipsmurrah.com;tjsullivan@phillipsmurrah.com

O. Clifton Gooding
on behalf of Interested Party Mayflower Asset Recovery Systems LLC cgooding@goodingfirm.com nanci@goodingfirm.com;astuteville@goodingfirm.com;Gooding.ClifR144639@notify.bestcase.com;angelanotices@gmail.com;mtoffoli@goodingfirm.com;notices@mailgw.icnet.net;melissa@goodingfirm.com

Preston Sullivan, I
on behalf of Interested Party Saperean Capital IV TB Note Lender KD4 LLC preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Preston Sullivan, I

| | |
|---|---|
| | on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com |
| Preston Sullivan, I | on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 preston.sullivan@mcafeetaft.com lindsay.skinner@mcafeetaft.com |
| Preston Sullivan, I | on behalf of Interested Party The Bancorp Bank N.A. preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com |
| Richard Olmstead | on behalf of Witness Rebecca Fowler richard.olmstead@kutakrock.com |
| Ross A. Plourde | on behalf of Interested Party CREO QRS NP LLC ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Creditor CREO QRS VC LLC ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party Silver Hill Capital LLC ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Creditor CREO QRS NP LLC ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party The Bancorp Bank N.A. ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party Saperean Capital IV TB Note Lender KD4 LLC ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com |
| Samuel Ory | on behalf of Creditor Mica Creek Capital LLC sory@fdlaw.com, jalexander@fdlaw.com |
| Samuel Ory | on behalf of Interested Party Yamato OKC Lender LLC sory@fdlaw.com jalexander@fdlaw.com |
| Samuel Ory | on behalf of Creditor Kingsbury OKC Lender LLC sory@fdlaw.com, jalexander@fdlaw.com |
| Shannon Thomas | on behalf of Interested Party Daniel J. Sherman sthomas@romclaw.com |
| Stephen J. Moriarty | on behalf of Creditor ACRE Q018 Retention Holder LLC smoriarty@fellerssnider.com, amoham@fellerssnider.com;smoriarty@ecf.axosfs.com |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| William H. Hoch | on behalf of Interested Party Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC will.hoch@crowedunlevy.com ecf@crowedunlevy.com;betty.clymer@crowedunlevy.com;ilaria.capasso@crowedunlevy.com;valary.gwinn@crowedunlevy.com; lori.cornell@crowedunlevy.com |

TOTAL: 89

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**IN RE:**

**YSA INVESTMENTS 1, LLC,** **Case Number: 26-12806-SAH**

**Debtor(s).** **Chapter 11**

## NOTICE OF HEARING

(F.R.Bankr.P. 9014)

Interested parties are notified that the request of **Kiran A. Phansalkar, Attorney for LSREF7 Badlands Loan Trust 2026 for Motion for Relief from the Automatic Stay (Doc 338) and all related responses and objections** will be heard by Judge Sarah A. Hall in the United States Bankruptcy Court for the Western District of Oklahoma sitting in Oklahoma City on **November 5, 2026, at 11:00 AM CST by Video via Microsoft Teams. To participate in the video hearing, parties must submit their preferred email address along with their client's name to Cheryl Shook at cheryl_shook@okwb.uscourts.gov two days prior to the hearing by noon. A link will be provided to join the video hearing 24 hours prior to the hearing.**

If determination of the issues requires finding of facts, evidence may be offered as provided by the Federal Rules of Bankruptcy Procedure and the Federal Rules of Evidence or, if such is the case, the parties may stipulate to the relevant facts. If the request is contained in a motion it may be heard on affidavits presented by the respective parties as provided by Rule 9017 F.R.Bankr.P. which adopts Rule 43(e) F.R.Civ.P. Accordingly, the parties are reminded of the provisions of Rules 9014 which adopts Rule 7026 F.R.Bankr.P. providing for the exchange of documentary evidence and disclosure of proposed witnesses prior to the hearing.

Parties are further reminded that Local Rule 9014 requires any party intending to offer evidence or testimony at a hearing to file an appropriate notice as provided for in that local rule and are reminded that they must comply with all other provisions of Local Rule 9014.

Dated: OCTOBER 7, 2026

BY ORDER OF THE COURT
Douglas E. Wedge, Clerk

By:/s/Dominique McGee
DOMINIQUE MCGEE, Deputy