**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**VERIFIED DECLARATION OF J. CLAY CHRISTENSEN**
**IN SUPPORT OF APPLICATION TO EMPLOY**

I, J. Clay Christensen, declare under penalty of perjury as follows:

1. I am an attorney admitted to practice before this Court and the Managing Director of CHRISTENSEN LAW GROUP, P.L.L.C. (the "Firm"), which maintains an office at 3401 N.W. 63rd Street, Suite 600, Oklahoma City, Oklahoma 73116. I submit this Verified Declaration pursuant to Federal Rule of Bankruptcy Procedure 2014(a)(3) in support of the application of Michael E. Deeba, the Chapter 11 trustee (the "Trustee") of the bankruptcy estate of YSA Investments 1, LLC (the "Debtor"), to employ the Firm as general counsel for the Trustee. I am authorizes to execute this Verified Declaration on behalf of the Firm and I have personal knowledge of the matters stated herein, except those stated on information and belief, and as to those I believe them to be true.

2. Neither I nor the Firm holds or represents an interest adverse to the Debtor's estate with respect to the matters on which the Firm is to be employed.

3. As part of its practice, the Firm appears in numerous cases and proceedings, and participates in transactions that involve different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest. Based on the Firm's current knowledge of the professionals involved, and to the best of

my knowledge, none of these relationships create interests materially adverse in matter upon which the Firm is to be employed, and none are in connection with this case.

4. The Firm and its attorneys are "disinterested persons" within the meaning of 11 U.S.C. § 101(14). Specifically: (a) neither the Firm nor any of its attorneys is a creditor, equity security holder, or insider of the Debtor; (b) neither the Firm nor any of its attorneys is or was, within two years before the petition date, a director, officer, or employee of the Debtor; and (c) neither the Firm nor any of its attorneys holds or represents an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

5. To the best of my knowledge, after reasonable inquiry, neither I nor the Firm, nor any member, partner, or regular associate of the Firm, has any connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows:

a. Mr. Jeffrey E. Tate, Assistant United States Trustee, was formerly employed by the Firm, prior to his appointment as a trial attorney for the Office of the United States Trustee for the Western District on or about July 2021. That prior employment concluded more than five (5) years before the Firm's engagement in this case and is unrelated to this matter or to the Debtor. This connection does not cause the Firm to hold or represent an interest adverse

to the estate and does not impair the Firm's status as a disinterested person within the meaning of 11 U.S.C. §§ 101(14) and 327(a).

6. The Firm conducted a conflict check against the Debtor, the known creditors, and other parties in interest identified to date, and will file a supplemental verified statement promptly if it learns of any additional connection or any fact bearing on its disinterestedness or any adverse interest.

7. The Firm has not received a post-petition retainer in this case, and no agreement exists for the sharing of any compensation other than among the Firm's members and employees as permitted by 11 U.S.C. § 504.

8. The Firm's proposed compensation is on an hourly basis, which are currently:

| Professional | Hourly Rate |
|---|---|
| J. Clay Christensen (Managing Director) | $595.00 |
| Jonathan M. Miles (Director) | $515.00 |
| Brock Z. Pittman (Director) | $490.00 |
| Associate Attorneys | $300.00 - $350.00 |
| Paralegals | $250.00 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9 day of October 2026.

J. Clay Christensen (OBA #11789)
CHRISTENSEN LAW GROUP, P.L.L.C.