**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**TRUSTEE'S APPLICATION FOR ORDER CONTINUING THE OCTOBER 29, 2026, HEARING ON DEBTOR'S APPLICATION PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a), 328, 330, AND 1107 FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF BAYARD, P.A. AS CO-COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION EFFECTIVE AS OF THE PETITION DATE, AND NOTICE OF OPPORTUNITY FOR HEARING [DOC. 187]**
**[Related to Docket No. 187]**

Pursuant to Rule 9006-1(B) of the Local Rules of the United States Bankruptcy Court for the Western District of Oklahoma, Michael E. Deeba, the Chapter 11 Trustee in the referenced chapter 11 bankruptcy proceeding (the "Trustee"), by and through his undersigned counsel, respectfully requests that the scheduled October 29, 2026, hearing on the *Debtor's Application Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel for the Debtor and Debtor in Possession, Effective as of the Petition Date and Notice of Opportunity for Hearing* [Docket No. 187] (the "Application") be continued. In support thereof, the Trustee shows the Court as follows:

1. On August 21, 2026, YSA Investments 1, LLC (the "Debtor"), filed the *Application of the Debtor for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Co-*

*Counsel for the Debtor and Debtor in Possession Effective as of the Petition Date and Notice of Opportunity for Hearing.* [Docket No. 187].

2. The hearing on this matter is currently set for October 29, 2026, at 10:00 a.m.

3. Subsequent to the filing of the Application, on October 8, 2026, the Court entered its Order Approving Appointment of Chapter 11 Trustee [Docket No. 499], approving appointment of Michael E. Deeba as the Chapter 11 Trustee over the Debtor.

4. The Trustee requires additional time to review the status of the prior services rendered by Bayard, P.A. to the Debtor before the Court's consideration of the Application. The Trustee therefore requests that the hearing be continued to afford him an opportunity to complete that review. Trustee's counsel has talked with the Bayard firm and is in process of obtaining information for the Trustee to review on all issues relevant to the Application.

5. The Trustee has contacted Bayard, P.A., and Bayard, P.A., has no objection to this request for continuance.

6. The Trustee has contacted Fairfax Best Living, LLC, who filed an objection to the Application [Docket No. 228], and Fairfax Best Living, LLC, has no objection to this request for continuance.

7. Further, the U.S. Trustee's office for the Western District of Oklahoma has no objection to this request for continuance.

8. Granting the continuance requested herein does not prejudice any party, nor does it create scheduling issues for later proceedings.

WHEREFORE, Michael E. Deeba, the Chapter 11 Trustee, respectfully requests that this Court enter an Order continuing the hearing scheduled for October 29, 2026, to

November 19, 2026, at 10:00 a.m., and granting such other and further relief as the Court deems just and proper.

Respectfully Submitted,

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*

J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 27, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*/s/ J. Clay Christensen*
J. Clay Christensen