**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**TRUSTEE'S APPLICATION FOR ORDER CONTINUING THE NOVEMBER 5, 2026, HEARING ON DEBTOR'S APPLICATION TO EMPLOY MARSHALL & STEVENS INC. AS ACCOUNTANTS AND FINANCIAL ADVISORS, EFFECTIVE AS OF SEPTEMBER 18, 2026, AND NOTICE OF OPPORTUNITY FOR HEARING [DOC. 378]**
**[Related to Docket No. 378]**

Pursuant to Rule 9006-1(B) of the Local Rules of the United States Bankruptcy Court for the Western District of Oklahoma, Michael E. Deeba, the Chapter 11 Trustee in the referenced chapter 11 bankruptcy proceeding (the "Trustee"), by and through his undersigned counsel, respectfully requests that the scheduled November 5, 2026, hearing on the *Debtor's Application to Employ Marshall & Stevens Inc. as Accountants and Financial Advisors, Effective as of September 18, 2026, and Notice of Opportunity for Hearing* [Docket No. 378] (the "Application") be continued. In support thereof, the Trustee shows the Court as follows:

1. On September 18, 2026, YSA Investments 1, LLC (the "Debtor"), filed the *Application to Employ Marshall & Stevens Inc. as Accountants and Financial Advisors, Effective as of September 18, 2026, and Notice of Opportunity for Hearing.* [Docket No. 378].

2. The hearing on this matter is currently set for November 5, 2026, at 10:00 a.m.

3. Subsequent to the filing of the Application, on October 8, 2026, the Court entered its Order Approving Appointment of Chapter 11 Trustee [Docket No. 499], approving appointment of Michael E. Deeba as the Chapter 11 Trustee over the Debtor.

4. The Trustee requires additional time to review the status of the prior services rendered by Marshall & Stevens, Inc., to the Debtor before the Court's consideration of the Application. The Trustee therefore requests that the hearing be continued to afford him an opportunity to complete that review. The Trustee has talked with Marshall & Stevens, Inc. and is in process of obtaining information to review on all issues relevant to the Application.

5. The Trustee has contacted Marshall & Stevens, Inc., and Marshall & Stevens, Inc., has no objection to this request for continuance.

6. The Trustee has contacted Fairfax Best Living, LLC, who filed an objection to the Application [Docket No. 394], and Fairfax Best Living, LLC, has no objection to this request for continuance.

7. Further, the U.S. Trustee's office for the Western District of Oklahoma has no objection to this request for continuance.

8. Granting the continuance requested herein does not prejudice any party, nor does it create scheduling issues for later proceedings.

WHEREFORE, Michael E. Deeba, the Chapter 11 Trustee, respectfully requests that this Court enter an Order continuing the hearing scheduled for November 5, 2026, to November 19, 2026, at 10:00 a.m., and granting such other and further relief as the Court deems just and proper.

Respectfully Submitted,

CHRISTENSEN LAW GROUP, P.L.L.C.

*__/s/ J. Clay Christensen__*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 27, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*__/s/ J. Clay Christensen__*
J. Clay Christensen