**Dated: October 28, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER GRANTING TRUSTEE'S APPLICATION FOR ORDER CONTINUING THE OCTOBER 29, 2026, HEARING ON DEBTOR'S APPLICATION PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PHILLIPS MURRAH P.C. AS ATTORNEYS FOR DEBTOR IN POSSESSION, EFFECTIVE AS OF AUGUST 20, 2026, WITH BRIEF IN SUPPORT AND NOTICE OF OPPORTUNITY FOR HEARING [DOC. 183]**

This matter comes on for consideration based on the Trustee's *Application for Order Continuing the October 29, 2026, Hearing on Debtor's Application Pursuant to Bankruptcy Code Sections 327(a) and 328(a) for an Order Authorizing the Employment and Retention of Phillips Murrah P.C. as Attorneys for Debtor in Possession, Effective as*

*of August 20, 2026, With Brief in Support and Notice of Opportunity for Hearing* [Doc. 544] (the "Application") filed by Trustee, Michael E. Deeba (the "Trustee"). The Court has jurisdiction to consider the Application, has considered the evidence and arguments regarding the Application, and for good cause, finds that the relief requested in the Application is necessary.

IT IS HEREBY ORDERED THAT:

The Application is GRANTED. The hearing on *Debtor's Application Pursuant to Bankruptcy Code Sections 327(a) and 328(a) for an Order Authorizing the Employment and Retention of Phillips Murrah P.C. as Attorneys for Debtor in Possession, Effective as of August 20, 2026, With Brief in Support and Notice of Opportunity for Hearing* [Docket No. 183] scheduled for October 29, 2026, at 10:00 a.m. by video is continued to November 19, 2026, at 10:00 a.m. prevailing central time by video. The Trustee shall notify all interested parties of this Order. Findings of fact are based upon representation of counsel.

IT IS SO ORDERED.

# # #

APPROVED:

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*