United States Bankruptcy Court
Western District of Oklahoma

In re:
YSA Investments 1, LLC
Debtor

Case No. 26-12806-SAH
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1087-5 User: admin Page 1 of 6
Date Rcvd: Oct 29, 2026 Form ID: pdf007 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2026 15:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: bankruptcynoticeschr@sec.gov | Oct 29 2026 15:03:00 | Jolene M. Wise, Securities and Exchange Commission, 175 W. Jackson Blvd., Suite 900, Chicago, IL 60604-2908 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Oct 29 2026 15:04:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony F. Pirraglia | on behalf of Interested Party Auerbach Opportunity Fund IV LP anthony.pirraglia@hklaw.com, hapi@hklaw.com;chris.bailey@hklaw.com |
| Anthony F. Pirraglia | on behalf of Interested Party Auerbach Opportunity Fund 1 LP anthony.pirraglia@hklaw.com, hapi@hklaw.com;chris.bailey@hklaw.com |

Anthony F. Pirraglia
on behalf of Interested Party Auerbach Opportunity Fund III LP anthony.pirraglia@hklaw.com, hapi@hklaw.com;chris.bailey@hklaw.com

Ashley F. Vinson
on behalf of Creditor Stride Bank avinson@titushillis.com lmcpherson@titushillis.com

Barry G. Reynolds
on behalf of Creditor Stride Bank reynolds@titushillis.com lmcpherson@titushillis.com

Bret D. Davis
on behalf of Interested Party Auerbach Opportunity Fund III LP bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Bret D. Davis
on behalf of Interested Party Auerbach Opportunity Fund 1 LP bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Bret D. Davis
on behalf of Interested Party Auerbach Opportunity Fund IV LP bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Bret D. Davis
on behalf of Creditor Auerbach Opportunity Fund 1 LP, Auerbach Opportunity Fund III, LP and Auerbach Opportunity Fund IV, LP bdavis@lamunmock.com, dstewart@lamunmock.com;r48987@notify.bestcase.com

Brock Z Pittman
on behalf of Trustee Michael E Deeba brock@christensenlawgroup.com frontdesk@christensenlawgroup.com;ECF-OK@christensenlawgroup.com

Carlee M. Apel
on behalf of Debtor YSA Investments 1 LLC capel@fellerssnider.com

Carlee M. Apel
on behalf of Creditor ACRE Q018 Retention Holder LLC capel@fellerssnider.com

Chris M. Scaperlanda
on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") chris.scaperlanda@mcafeetaft.com brittany.stewart@mcafeetaft.com

Christopher Cotner
on behalf of Creditor First United Bank and Trust Co. chris@mhgclaw.com

Clayton D Ketter
on behalf of Debtor YSA Investments 1 LLC cdketter@phillipsmurrah.com, mdmills@phillipsmurrah.com;cmcorrea@phillipsmurrah.com

Colin M Bernardino
on behalf of Creditor Computershare Trust Company N.A. cbernardino@ktslaw.com

Craig M Regens
on behalf of Interested Party Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC craig.regens@crowedunlevy.com kelley.williams@crowedunlevy.com;ecf@crowedunlevy.com;cregens@gmail.com;betty.clymer@crowedunlevy.com;lori.cornell@crowedunlevy.com

Dante Wen
on behalf of Creditor Computershare Trust Company N.A. dwen@ktslaw.com, etsmith@ktslaw.com

David Herber
on behalf of Creditor GableGotwals dherber@gablelaw.com JWilson@Gablelaw.com

Gatlin Cy Squires
on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") gatlin.squires@mcafeetaft.com

Heath T. Albert
on behalf of Interested Party Daniel J. Sherman halbert@porterhedges.com MWebb@porterhedges.com;MYoung-John@porterhedges.com

J. Clay Christensen
on behalf of Trustee Michael E Deeba clay@christensenlawgroup.com frontdesk@christensenlawgroup.com;ECF-OK@christensenlawgroup.com

Jason A Sansone
on behalf of Debtor YSA Investments 1 LLC jasansone@phillipsmurrah.com, r47439@notify.bestcase.com;mdmills@phillipsmurrah.com;cmcorrea@phillipsmurrah.com;lmsivertsen@phillipsmurrah.com

Jeffrey E Tate
on behalf of U.S. Trustee United States Trustee jeff.tate@usdoj.gov michele.adams@usdoj.gov;shannon.dyer-vencill2@usdoj.gov

Jessica Nicole Alt
on behalf of Creditor Toval Ventures LLC jalt@padfieldstout.com

| | |
|---|---|
| John W. Mee, III | on behalf of Creditor First United Bank and Trust Co. jwm3@mhgclaw.com lpierce@meehoge.com |
| Jonathan M Miles | on behalf of Trustee Michael E Deeba jon@christensenlawgroup.com ECF-OK@christensenlawgroup.com;frontdesk@christensenlawgroup.com |
| Joshua Clark Greenhaw | on behalf of Creditor First United Bank and Trust Co. jgreenhaw@mhgclaw.com |
| Joyce W. Lindauer | on behalf of Interested Party Woodland Manor TIC 1 LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Barcelona Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Drexel Flats Acquisition LLC joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Woodland Oaks Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Springdale Village Apartments joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party A-V Village Creek Owner LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party 727 Lofts Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Ridge Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Muntage Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Fairfax Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Putnam Green TIC Interest LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Woodland Oaks Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Remington Ranch's Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Tuscany Village Apartments joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Woodland Manor Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Summer Oaks Apartments joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Lofts at North Penn Best Living LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Louis Investments LLC joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | |

on behalf of Interested Party Fairfax Investors LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party 727 Lofts Holdings LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Bryan Hill Apartments joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party A-V Lofts Owner LLC joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Kaleigh Ewing
on behalf of Interested Party Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC kaleigh.ewing@crowedunlevy.com

Kevin Dale McCullough
on behalf of Interested Party Daniel J. Sherman kdm@romclaw.com emoon@romclaw.com,sthomas@romclaw.com,ecampbell@romclaw.com,nick@syllp.com,lduvall@romclaw.com

Kiran A. Phansalkar
on behalf of Interested Party Saperean Capital IV TB Note Lender KD4 LLC kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Kiran A. Phansalkar
on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 kiran.phansalkar@mcafeetaft.com lindsay.skinner@mcafeetaft.com

Kiran A. Phansalkar
on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Kiran A. Phansalkar
on behalf of Interested Party The Bancorp Bank N.A. kiran.phansalkar@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Leif Swedlow
on behalf of Creditor Green Gardens General Contractor LLC lswedlow@oklawpartners.com, jforgue@oklawpartners.com

Lysbeth L George
on behalf of Creditor Computershare Trust Company N.A. liz@georgelawok.com, lizbethlou@gmail.com;karen@georgelawok.com;dante@georgelawok.com;karla@georgelawok.com;karla@georgelawok.com

Lysbeth L George
on behalf of Creditor General Holdings LLC liz@georgelawok.com, lizbethlou@gmail.com;karen@georgelawok.com;dante@georgelawok.com;karla@georgelawok.com;karla@georgelawok.com

Marjorie J. Creasey
on behalf of U.S. Trustee United States Trustee marjorie.creasey@usdoj.gov michele.adams@usdoj.gov;lendy.heilaman@usdoj.gov

Mark A. Platt
on behalf of Creditor CREO QRS VC LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com

Mark A. Platt
on behalf of Interested Party Silver Hill Capital LLC mplatt@fbtlaw.com, cgiobbe@fbtgibbons.com

Mark A. Platt
on behalf of Interested Party CREO QRS NP LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com

Mark A. Platt
on behalf of Creditor CREO QRS NP LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com

Mark A. Platt
on behalf of Interested Party CREO QRS VC LLC mplatt@fbtlaw.com cgiobbe@fbtgibbons.com

Matthew K Hansen
on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 matt.hansen@troutman.com WILBank@troutman.com

Matthew K Hansen
on behalf of Creditor Berkadia Commercial Mortgage LLC matt.hansen@troutman.com WILBank@troutman.com

Maurice VerStandig
on behalf of Interested Party Jenk's Best Living LLC mac@mbvesq.com, verstandiglaw@recap.email

Megan Young-John
on behalf of Interested Party Daniel J. Sherman myoung-john@porterhedges.com mwebb@porterhedges.com;egarfias@porterhedges.com

Michael Schuster
on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST mschuster@polsinelli.com

Nicholas Candido
on behalf of Debtor YSA Investments 1 LLC njcandido@phillipsmurrah.com, mdmills@phillipsmurrah.com;tjsullivan@phillipsmurrah.com

O. Clifton Gooding
on behalf of Interested Party Mayflower Asset Recovery Systems LLC cgooding@goodingfirm.com nanci@goodingfirm.com;astuteville@goodingfirm.com;Gooding.ClifR144639@notify.bestcase.com;angelanotices@gmail.com;mtoffoli@goodingfirm.com;notices@mailgw.icnet.net;melissa@goodingfirm.com

Preston Sullivan, I
on behalf of Interested Party Saperean Capital IV TB Note Lender KD4 LLC preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Preston Sullivan, I
on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Preston Sullivan, I
on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 preston.sullivan@mcafeetaft.com lindsay.skinner@mcafeetaft.com

Preston Sullivan, I
on behalf of Interested Party The Bancorp Bank N.A. preston.sullivan@mcafeetaft.com, lindsay.skinner@mcafeetaft.com

Richard Olmstead
on behalf of Witness Rebecca Fowler richard.olmstead@kutakrock.com

Ross A. Plourde
on behalf of Interested Party CREO QRS NP LLC ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Ross A. Plourde
on behalf of Creditor CREO QRS VC LLC ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Ross A. Plourde
on behalf of Interested Party Silver Hill Capital LLC ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Ross A. Plourde
on behalf of Interested Party LSREF7 Badlands Loan Trust 2026 ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Ross A. Plourde
on behalf of Interested Party Axonic Multifamily Bridge SPV (BC) Trust DST ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Ross A. Plourde
on behalf of Creditor CREO QRS NP LLC ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Ross A. Plourde
on behalf of Interested Party The Bancorp Bank N.A. ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Ross A. Plourde
on behalf of Interested Party Saperean Capital IV TB Note Lender KD4 LLC ross.plourde@mcafeetaft.com, annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Ross A. Plourde
on behalf of Interested Party Federal National Mortgage Association ("Fannie Mae") ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com;ginger.schones@mcafeetaft.com

Samuel Ory
on behalf of Creditor Mica Creek Capital LLC sory@fdlaw.com, jalexander@fdlaw.com

Samuel Ory
on behalf of Interested Party Yamato OKC Lender LLC sory@fdlaw.com jalexander@fdlaw.com

Samuel Ory
on behalf of Creditor Kingsbury OKC Lender LLC sory@fdlaw.com, jalexander@fdlaw.com

Shannon Thomas
on behalf of Interested Party Daniel J. Sherman sthomas@romclaw.com

Spencer K. Strickland
on behalf of Trustee Michael E Deeba spencer@christensenlawgroup.com

Stephen J. Moriarty
on behalf of Creditor ACRE Q018 Retention Holder LLC smoriarty@fellerssnider.com, amoham@fellerssnider.com;smoriarty@ecf.axosfs.com

Thomas Martin Askew

| | |
|---|---|
| | on behalf of Interested Party John Alex Upperman taskew@jpmlawgroup.com |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| William H. Hoch | on behalf of Interested Party Term Fund III MRA Seller LLC and Term Fund B IV MRA Seller LLC will.hoch@crowedunlevy.com ecf@crowedunlevy.com;betty.clymer@crowedunlevy.com;ilaria.capasso@crowedunlevy.com;valary.gwinn@crowedunlevy.com; lori.cornell@crowedunlevy.com |

TOTAL: 95

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA
**United States Courthouse**
**Oklahoma City, Oklahoma**

## VIDEO STATUS CONFERENCE
## BEFORE JUDGE SARAH A. HALL

## THURSDAY, OCTOBER 22, 2026

---

**NOTE: Attorneys of record and any parties appearing pro se are notified that a Video Status Conference concerning the below referenced bankruptcy proceeding will be conducted by Judge Sarah A. Hall, United States Bankruptcy Judge, on Thursday, October 22, 2026, and will be conducted by video via Microsoft Teams. To participate in the status conference, parties must submit their preferred email address along with their client's name to Cheryl Shook at cheryl_shook@okwb.uscourts.gov two days prior to the conference by noon. A link will be provided to join the video status conference 24 hours prior to the conference.**

---

**10:00 A.M. CST**

**26-12806/Chp. 11** **IN RE: YSA INVESTMENTS 1, LLC**

**Video Status Conference**