**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Chapter 11<br>Case No. 26-12806 (SAH) |

# SECURED CREDITOR SAPEREAN CAPITAL IV TB NOTE LENDER KD4, LLC'S WITNESS AND EXHIBIT LIST

**COMES NOW** secured creditor Saperean Capital IV TB Note Lender KD4, LLC ("**Lender**"), by and through its undersigned counsel, and hereby discloses the following witnesses and exhibits that Lender anticipates it may introduce into evidence or use in rebuttal at the hearing on the *Joint Motion of Debtor and Saperean Capital IV TB Note Lender KD4, LLC for Entry of an Order Approving Stipulation and Granting Relief from Stay to Permit Saperean Capital IV TB Note Lender KD4, LLC to Proceed with Foreclosure, and Notice of Opportunity for Hearing* [Docket No. 377] (the "**Joint Stay Relief Motion**"), which is scheduled for November 5, 2026, and any subsequent hearing in this matter:

## EXHIBITS

| Exhibit | Description |
|---|---|
| 1. | *Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)(2) Combined with Brief in Support and Notice of Opportunity for Hearing*, filed in the Jointly-Administered Bankruptcy Cases of Fairfax Investors, LLC, *et al.*, Case No. 26-11984 (SAH), at Docket No. 110 |
| 2. | Note + Allonge endorsing Note to Lender |
| 3. | Loan Agreement |
| 4. | Mortgage |
| 5. | Assignment of Mortgage |
| 6. | Second Amendment to Loan Agreement |
| 7. | Default Notice |
| 8. | Acceleration Notice |
| 9. | Declaration of Scott Shefman |
| 10. | Declaration of Shawyan Ahmadian |

| Exhibit | Description |
|---|---|
| 11. | Appraisal of Woodland Property |
| 12. | Appraisal of Fairfax Property |
| 13. | BOV of Woodland Property and BOV of Fairfax Property, previously produced by Fairfax Investors, LLC, Fairfax Best Living, LLC, Woodland Oaks Best Living, LLC, and Woodland Oaks Investors, LLC |
| 14. | *Order Granting Motion for Stay Relief and Approving Stipulation*, entered in the Jointly-Administered Bankruptcy Cases of Fairfax Investors, LLC, et al., Case No. 26-11984 (SAH), at Docket No. 143 |
| 15. | *Joint Motion of Debtor and Saperean Capital IV TB Note Lender KD4, LLC for Entry of an Order Approving a Stipulation and Granting Related Relief from Stay to Permit Saperean Capital IV TB Note Lender KD4, LLC to Proceed with Foreclosure, and Notice of Opportunity for Hearing*, filed in the above-captioned bankruptcy case of YSA Investments 1, LLC, at Docket No. 377 |
| 16. | *Auerbach Opportunity Fund I, III, & IV (Auerbach Group")'s Objection to Debtor, and Saperean Capital IV TB Note Lender KD4, LLC Motion for Entry of an Order Approving Stipulation and Granting Relief from the Automatic Stay and Brief in Support Thereof*, filed in the above-captioned bankruptcy case of YSA Investments 1, LLC, at Docket No. 459 |
| 17. | *Saperean's Reply to Auerbach Group's Objection to Joint Motion to Approve Stipulation and for Relief from the Automatic Stay*, filed in the above-captioned bankruptcy case of YSA Investments 1, LLC, at Docket No. 494 |
| 18. | Any and all exhibits for foundation, impeachment, or rebuttal |
| 19. | Any and all exhibits identified by any other party |

## WITNESSES

Lender **MAY** call the following witnesses:

| Witness | Subject Matter: |
|---|---|
| **Jason Allen**, JLL Valuation & Advisory Services, LLC ("JLL")<br>or<br>other authorized representative of JLL<br>**Est. time:** 45 Minutes | (1) the valuation of the real properties that are the subject of the Joint Stay Relief Motion, including preparation and authentication of the appraisals, conclusions of value, and the methodology and underlying assumptions utilized in arriving at such evaluations;<br>(2) other matters reflected in that certain Value and Risk Advisory appraisal for the Fairfax Property, dated as of July 13, 2026;<br>(3) other matters reflected in that certain Value and Risk Advisory appraisal for the Woodland Property, dated as of July 14, 2026; and<br>(4) other related matters |
| **Shawyan Ahmadian**, Kayne Anderson, as authorized representative of Lender,<br>or<br>Other authorized representative of Lender<br>**Est. time:** 30 Minutes | (1) Matters reflected in Lender's business records related to the commercial mortgage loan (the "**Loan**") made by Lender's predecessor in interest to Fairfax Investors, LLC, Fairfax Best Living, LLC, Woodland Oaks Best Living, LLC, and Woodland Oaks Investors, LLC (the "**Borrowers**"), including but not limited to:<br>a. that certain Promissory Note Secured by Mortgage dated June 1, 2022 (the "**Note**"), that certain Loan Agreement dated June 1, 2022 (the "**Loan Agreement**"), that certain Mortgage, Security Agreement, Assignment of Leases and Rents, and Fixture Filing dated June 1, 2022 (the "**Mortgage**"), that certain Second Amendment to Loan Agreement dated June 16, 2025, and all other documents, instruments, and agreements executed in connection with, evidencing, or securing repayment of the Loan (collectively, the "**Loan Documents**");<br>b. Lender's ownership of and standing to enforce the Loan and Loan Documents; |

| Witness | Subject Matter: |
|---|---|
| **(cont'd)**<br>**Shawyan Ahmadian**, Kayne Anderson, as authorized representative of Lender,<br>or<br>Other authorized representative of Lender<br>**Est. time:** 30 Minutes | c. the administration of the Loan and Borrowers' performance (and non-performance) under the Loan Documents;<br>d. Events of Default under the Loan Documents, including the acceleration of the Loan, the Default Notice, the Acceleration Notice, the unauthorized YSA financing and encumbrances, and other defaults;<br>e. the state court foreclosure proceedings, and appointment of the Receiver;<br>f. the indebtedness currently due and owing under the Loan Documents.<br>(2) Authentication of all relevant Loan Documents;<br>(3) Reasons for and necessity of foreclosing on the Property; and<br>Harm caused to Lender by the automatic stay; |
| **Scott Schefman**, Friedman Real Estate, as court-appointed receiver in District Court of Oklahoma County, Oklahoma, Case No. CJ-2025-8499<br>**Est. time:** 30 Minutes | (1) his appointment as receiver for the Woodland Oaks Apartments and Fairfax Apartments (collectively, the "**Property**") and his duties, authority, possession, custody, and control of the Property under the Receiver Order;<br>(2) his administration, operation, management, maintenance, leasing, staffing, vendor relationships, financial affairs, and rehabilitation of the Property during the receivership;<br>(3) the physical condition of the Property when the receivership commenced, including deferred maintenance, municipal code violations, life-safety concerns, utility deficiencies, occupancy levels, and operational deficiencies;<br>(4) the Property's financial condition, including rental revenues, occupancy, net operating income, capital expenditures, deferred maintenance, repair needs, and projected costs to stabilize the Property;<br>(5) the efforts undertaken by the Receiver to preserve, stabilize, rehabilitate, and improve the Property and the results of those efforts; |

| **Witness** | **Subject Matter:** |
|---|---|
| **(cont'd)**<br>**Scott Schefman**, Friedman Real Estate, as court-appointed receiver in District Court of Oklahoma County, Oklahoma, Case No. CJ-2025-8499<br>**Est. time:** 30 Minutes | (6) how Borrowers' prior failure to properly administer the Property bears on their ability to reorganize;<br>(7) the valuation of the real property owned by the debtors, including the methodology and underlying assumptions utilized in arriving at such evaluations; and<br>other related matters. |
| **Representative of YSA Investments 1 LLC**<br>**Est. time:** 30 minutes | (1) The loans extended by YSA Investments 1, LLC ("**YSA**") to the Borrowers, Mark Kulick, or any entities that he owns and controls or affiliates thereof, as well as the security interests and collateral granted by Borrowers to YSA Investments 1, LLC.<br>(2) The value of the second-priority junior mortgage that YSA contends to hold with respect to the Property, including the outstanding indebtedness owed to YSA by the Borrowers, Mark Kulick, or any entities that he owns and controls or affiliates thereof. |
| Any witness called by the Debtor, Auerbach, Borrowers, the Chapter 11 Trustee, or any other party at the hearing, or included on any other party's witness list | |

Lender reserves the right to introduce or to call one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Lender further reserves the right to supplement this list prior to hearing.

Date: November 2, 2026.

Respectfully submitted,

/s/ *Kiran A. Phansalkar*
Kiran A. Phansalkar, OBA #11470
Preston M. Sullivan, OBA #33619
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Email: kiran.phansalkar@mcafeetaft.com
preston.sullivan@mcafeetaft.com

and

Nicholas A. Griebel (*admitted pro hac vice*)
POLSINELLI PC
7676 Forsyth Boulevard, Suite 800
St. Louis, Missouri 63105
Telephone: (314) 622-6613
Email: ngriebel@polsinelli.com
***Attorneys for Creditor Saperean Capital IV TB Note Lender KD4, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, I electronically transmitted this filing to the Clerk of Court for the U.S. District Court for the Western District of Oklahoma using the CM/ECF system which sent a notice of electronic filing to all counsel of record who are registered CM/ECF users in this case, including counsel for the Debtor.

I further certify that on November 2, 2026, a true and correct copy of this filing was served on the following parties who have not yet entered an appearance or are not registered CM/ECF users, via US Mail, first class, postage prepaid, and properly addressed as follows:

YSA Investments 1, LLC
848 Brickell Avenue, Suite PH5
Miami, Florida 33131
***Debtor***

*/s/ Kiran A. Phansalkar*
Kiran A. Phansalkar