**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA Investments 1, LLC,<br>Debtor. | Chapter 11<br>Case No. 26-12806 |

**SECURED CREDITOR LSREF7 BADLANDS LOAN TRUST 2026'S WITNESS AND EXHIBIT LIST**

**COMES NOW** secured creditor LSREF7 Badlands Loan Trust 2026 ("**Lender**"), by and through its undersigned counsel, and hereby discloses the following witnesses and exhibits that Lender anticipates it may introduce into evidence, or use in rebuttal, at the hearing on *LSREF7 Badlands Loan Trust 2026's Motion for Relief from the Automatic Stay Combined with Notice of Opportunity for Hearing and Brief in Support* [Doc. 338], and any subsequent hearing in this matter:

**EXHIBITS**

| Exhibit | Description |
|---|---|
| 1. | Promissory Note dated December 21, 2021, in the original principal amount of $28,300,000.00 |
| 2. | Loan Agreement dated December 21, 2021 |
| 3. | Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated December 21, 2021, recorded with the Oklahoma County Clerk on December 29, 2021, as Document No. 2021122901226739 |
| 4. | Assignments and allonges evidencing the transfer of the Loan and Loan Documents to LSREF7 Badlands Loan Trust 2026 |
| 5. | Verified Petition filed February 18, 2026, in the District Court of Oklahoma County, Case No. CJ-2026-1275 |
| 6. | Borrowers' Petition in Error filed June 3, 2026, in the Oklahoma Supreme Court, Case No. IN-124122 |
| 7. | Plaintiff's Motion for Summary Judgment filed June 17, 2026, in the District Court of Oklahoma County, Case No. CJ-2026-1275 |
| 8. | Guaranties and Right of First Offer agreements recorded with the Oklahoma County Clerk on October 31, 2025 |
| 9. | Schedule of YSA Assets [Doc. No. 237] |
| 10. | Title Report concerning the Property by Old Republic Title Company |

| Exhibit | Description |
|---|---|
| 11. | *LSREF7 Badlands Loan Trust 2026's Motion for Relief from the Automatic Stay Combined with Notice of Opportunity for Hearing and Brief in Support* [Doc. 338] |
| 12. | *Objection of Drexel Flats Acquisition, LLC's Response and Limited Objection to LSREF7 Badlands Loan Trust 2026's Motion For Relief From the Automatic Stay* [Doc No. 416] |
| 13. | Broker Opinion of Value executed by Colliers |
| 14. | Any and all exhibits for foundation, impeachment, or rebuttal |
| 15. | Any and all exhibits identified by any other party not objected to by Lender |

**WITNESSES**

Lender **MAY** call the following witnesses:

| Witness | Subject Matter: |
|---|---|
| **Jim Casey**<br>**Est. time:** 20 minutes | • LSREF7 Badlands Loan Trust 2026's ownership and servicing of the Loan and Loan Documents.<br>• The Borrowers' maturity and lien defaults, amounts due, payoff calculations, rents, collateral, and available remedies.<br>• The records and facts stated in his affidavit supporting summary judgment in Case No. CJ-2026-1275. |
| **Marc Kulick**<br>**Est. time:** 20 minutes | • Execution and performance of the Loan Documents; maturity and lien defaults; nonpayment of the indebtedness; operation, maintenance, and condition of the Property; rents; asserted defenses; and interest in the Property |
| **Aharon Diveroli**<br>**Representative of YSA Investments I, LLC**<br>**Est. time**: 20 minutes | • YSA's interest in the Property<br>• YSA's schedule of assets<br>• Execution of the ROFOs<br>• The value and priority of the ROFOs |
| Any witness called by the Debtor or any other party at the hearing, or included on any other party's witness list | |

Lender reserves the right to introduce or to call one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Lender further reserves the right to supplement this list prior to hearing.

Date: November 2, 2026

Respectfully submitted,

*/s/ Preston Sullivan*

Kiran A. Phansalkar, OBA #11470
Preston M. Sullivan, OBA #33619
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Email: kiran.phansalkar@mcafeetaft.com
preston.sullivan@mcafeetaft.com

and

Matthew Hansen, OBA #35797
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8496
Email matt.hansen@troutman.com
***Attorneys for Creditor***
***LSREF7 Badlands Loan Trust 2026***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, I electronically transmitted this filing to the Clerk of Court for the U.S. District Court for the Western District of Oklahoma using the CM/ECF system which sent a notice of electronic filing to all counsel of record who are registered CM/ECF users in this case, including counsel for the Debtor.

I further certify that on November 2, 2026, a true and correct copy of this filing was served on the following parties who have not yet entered an appearance or are not registered CM/ECF users, via US Mail, first class, postage prepaid, and properly addressed as follows:

YSA Investments 1, LLC
848 Brickell Avenue, Suite PH5
Miami, Florida 33131
***Debtor***

*/s/ Preston Sullivan*
Preston Sullivan