Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Remington Ranch's
Best Living, LLC; Barcelona Best
Living, LLC; Louis Investments, LLC;
and Certain Non-Debtor Apartment Projects

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**LOCAL RULE 9014 PREHEARING NOTICE**
**(Relate to Docket Nos. 268)**

Remington Ranch's Best Living, LLC, Barcelona Best Living, LLC, Louis Investments, LLC, and Certain Non-Debtor Apartment Projects (collectively, "Interested Parties") by their undersigned counsel, hereby submit the following notice pursuant to Local Rule 9014 with respect to the hearing on *Federal National Mortgage Association's Motion for Relief from the Automatic Stay Relating to Collection of Rents by Marc Kulick and Vesta Realty, LLC and Motion for Waiver of Rule 4001(a)(4) Stay, Combined with Notice of Opportunity for Hearing and Brief in Support* [Docket No. 268]. The hearing on this matter is currently scheduled for **November 5, 2026 at 11:00 a.m. CST**.

**Witnesses**

The Interested Parties may call the following witnesses:

1. Marc Kulick

The Interested Parties reserve the right to call any witness listed by any other party and rebuttal witnesses, as necessary.

**Exhibits**

The Interested Parties may offer the following exhibits:

| Exhibit No. | Description | Offered | Admitted | Admit/Deny |
|---|---|---|---|---|
| 1 | Federal National Mortgage Association's Motion for Relief from the Automatic Stay Relating to Collection of Rents by Marc Kulick and Vesta Realty, LLC and Motion for Waiver of Rule 4001(a)(4) Stay, Combined with Notice of Opportunity for Hearing and Brief in Support [Docket No. 268] | | | |
| 2 | Response and Objection to Federal National Mortgage Association's Motion for Relief from the Automatic Stay and Motion for Waiver of Rule 4001(a)(4) Stay [Docket No. 363] | | | |
| | All Pleadings (including exhibits thereto), Documents, Budgets, Proofs of Claim, and other Records filed in this Bankruptcy Case | | | |
| | Any exhibits listed by any other party to which Interested Parties do not object | | | |

**ESTIMATED LENGTH OF TIME TO PRESENT EVIDENCE AND ARGUMENT**

The Interested Parties estimate that they will need 30 minutes to present evidence and argument at the Hearing.

**RESERVATION OF RIGHTS**

The Interested Parties reserve the right to revise, correct, supplement or clarify this Notice prior to the hearing.

Dated: November 3, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Remington Ranch's Best Living, LLC; Barcelona Best Living, LLC; Louis Investments, LLC; and Certain Non-Debtor Apartment Projects

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 3, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer