Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Drexel Flats
Acquisition LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**LOCAL RULE 9014 PREHEARING NOTICE**
**(Relates to Docket No. 338)**

Drexel Flats Acquisition LLC ("Interested Party") by its undersigned counsel, hereby submits the following notice pursuant to Local Rule 9014 with respect to the hearing on *LSREF7 Badlands Loan Trust 2026's Motion for Relief from the Automatic Stay Combined with Notice of Opportunity for Hearing and Brief in Support* [Docket No. 338]. The hearing on this matter is currently scheduled for **November 5, 2026 at 11:00 a.m. CST**.

**Witnesses**

The Interested Party may call the following witnesses:

1. Marc Kulick

The Interested Party reserve the right to call any witness listed by any other party and rebuttal witnesses, as necessary.

**Exhibits**

The Interested Party may offer the following exhibits:

| Exhibit No. | Description | Offered | Admitted | Admit/Deny |
|---|---|---|---|---|
| 1 | LSREF7 Badlands Loan Trust 2026's Motion for Relief from the Automatic Stay Combined with Notice of Opportunity for Hearing and Brief in Support [Docket No. 338] | | | |
| 2 | Response and Limited Objection to LSREF7 Badlands Loan Trust 2026's Motion for Relief from the Automatic Stay [Docket No. 416] | | | |
| | All Pleadings (including exhibits thereto), Documents, Budgets, Proofs of Claim, and other Records filed in this Bankruptcy Case | | | |
| | Any exhibits listed by any other party to which Interested Parties do not object | | | |

## ESTIMATED LENGTH OF TIME TO PRESENT EVIDENCE AND ARGUMENT

The Interested Party estimates that it will need 30 minutes to present evidence and argument at the Hearing.

## RESERVATION OF RIGHTS

The Interested Party reserves the right to revise, correct, supplement or clarify this Notice prior to the hearing.

Dated: November 3, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Drexel Flats
Acquisition LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 3, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer