**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**YSA INVESTMENTS 1, LLC TRUSTEE'S**
**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 5, 2026, AT 11:00 A.M. (CT)**

Michael E. Deeba ("Trustee Deeba"), Chapter 11 Trustee for YSA Investments 1, LLC (the "Debtor" or "YSA"), submits the following notice of proposed agenda on matters set for Thursday, November 5, 2026, at 11:00 a.m. (CT):

**CONTESTED MATTERS**

1. *Federal National Mortgage Association's Motion for Relief from the Automatic Stay Relating to Collection of the Rents By Marc Kulick and Vesta Realty, LLC and Motion for Waiver of Rule 4001(A)(4) Stay* [Docket No. 268]

Response Deadline: Monday, September 14, 2026

Objections: Objection [Docket No. 363] filed by Remington Ranch's Best Living, LLC, Barcelona Best Living, LLC, Louis Investments, LLC and Certain Non-Debtor Apartment Projects

Reply: None

Status: This matter is going forward at this time. Previous conversations with counsel have discussed a change in property management, which may render this motion moot. Conversations are ongoing. If developments resolve this matter, in whole or in part, a supplemental notice will be filed advising the Court of the resolution and identifying any issues remaining for hearing.

Estimate of Time Required: Thirty (30) minutes

2. *Corrected Debtor's Expedited Motion for Entry of Order (I) Approving Bid Procedures in Connection with the Sale of the Debtor's Interests in the 727 Lofts Property; (II) Authorizing and Approving the Sale of Debtor's Interests in the 727 Lofts Property Free and Clear of Liens, Claims and Encumbrances (III) Granting Related Relief* [Docket No. 397]

Response Deadline: Wednesday, October 7, 2026

Objections: Limited Objection [Docket No. 462] filed by Yamato OKC Lender, LLC

Reply: Trustee's Joint Notice of Revised Bid Procedures and Notice of Hearing [Docket No. 563] filed by Trustee Deeba and Chapter 11 Trustee Daniel J. Sherman

Status: This matter is going forward as to the limited objection, at this time. Trustee Deeba has agreed with Trustee Sherman and the secured lender. This motion is related to Docket No. 23 in the 727 Lofts Chapter 11 case. Conversations relating to the limited objection are anticipated prior to the hearing. If developments resolve this matter, in whole or in part, a supplemental notice will be filed advising the Court of the resolution and identifying any issues remaining for hearing.

Estimate of Time Required: Thirty (30) minutes

3. *Corrected Debtor's Expedited Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement Agreement Between the Debtor and ACRE Q018 Retention Holder* [Docket No. 398].

Response Deadline: Wednesday, October 7, 2026

Objections: Limited Objection [Docket No. 462] filed by Yamato OKC Lender, LLC

Reply: None

Status: This matter is going forward as to the limited objection, at this time. Trustee Deeba has agreed with Trustee Sherman and the secured lender. This motion is related to Docket No. 22 in the 727 Lofts Chapter 11 case. Conversations relating

to the limited objection are anticipated prior to the hearing. If developments resolve this matter, in whole or in part, a supplemental notice will be filed advising the Court of the resolution and identifying any issues remaining for hearing.

Estimate of Time Required: Thirty (30) minutes

4. *Motion for Relief from the Automatic Stay filed by LSREF7 Badlands Loan Trust 2026* [Docket No. 338]

Response Deadline: Thursday, September 24, 2026

Objections: Limited Objection [Docket No. 416] filed by Drexel Flats Acquisition LLC

Reply: None

Status: This matter is going forward. Trustee Deeba has agreed to the relief, subject to inclusion of requested language in any proposed order.

Estimate of Time Required: Thirty (30) minutes

*5. Joint Motion for Entry of an Order Approving Stipulation and Motion for Relief from the Automatic Stay* [Docket No. 377]

Response Deadline: Wednesday, October 21, 2026

Objections: Objection [Docket No. 459] filed by Auerbach Opportunity Fund 1, LP, Auerbach Opportunity Fund III, LP and Auerbach Opportunity Fund IV, LP

Reply: Reply [Docket No. 494] filed by Saperean Capital IV TB Note Lender KD4, LLC

Status: This matter is going forward. Trustee Deeba has agreed to the relief, subject to inclusion of requested language in any proposed order.

Estimate of Time Required: Thirty (30) minutes

Dated: November 4, 2026.

Respectfully Submitted,

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 4, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*/s/ J. Clay Christensen*
J. Clay Christensen