**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 26-12825-SAH** |
| | § | |
| **727 LOFTS BEST LIVING, LLC**[1] | § | **Jointly Administered** |
| | § | |
| **Debtors.** | § | **Chapter 11** |
| | § | |
| | § | |
| **----------------------------------------------------** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC** | § | **Case No. 26-12806-SAH** |
| | § | |
| **Debtor.** | § | |

---

**TRUSTEES' JOINT NOTICE OF NO OBJECTION**

---

**TO THE HONORABLE SARAH A. HALL,**
**CHIEF UNITED STATES BANKRUPTCY JUDGE:**

COME NOW Daniel J. Sherman ("Trustee Sherman"), Chapter 11 Trustee for the above-referenced jointly administered debtors (the "727 Debtors"), and Michael E. Deeba ("Trustee Deeba"), Chapter 11 Trustee for YSA Investments 1, LLC ("YSA") (collectively, the "Trustees"), and, in support of this Joint Notice of No Objection (the "Joint Notice"), respectfully show the Court as follows:

1. On September 28, 2026, Trustee Sherman and YSA filed their respective *Application(s) to Employ CBRE, Inc. as Broker* (the "CBRE Applications") [Dkt. No. 170, 727

[1] The jointly administered debtors and their respective case numbers are as follows: 727 Lofts Best Living, LLC, Case No. 26-12825-SAH; 727 Lofts Holdings, LLC, Case No. 26-12826-SAH; Remington Ranch's Best Living, LLC, Case No. 26-12842-SAH; Lofts at North Penn Best Living, LLC, Case No. 26-12844-SAH; A-V Village Creek Owner, LLC, Case No. 26-12846-SAH; Barcelona Best Living, LLC, Case No. 26-12850-SAH; Louis Investments, LLC, Case No. 26-12851-SAH; Woodland Manor Best Living, LLC, Case No. 26-12858-SAH; Woodland Manor TIC 1, LLC, Case No. 26-12859-SAH; and Ridge Best Living, LLC, Case No. 26-12869-SAH.

Lofts Bankruptcy Case; Dkt. No. 428, YSA Bankruptcy Case].[2] In the CBRE Applications, Trustee Sherman and YSA sought to employ CBRE, Inc. ("CBRE") to act as broker in conjunction with the marketing and sale of the multifamily housing business located at 727 E. Main Pl., Jenks, OK 74037 ("727 Lofts Property").

2. The CBRE Applications relate to:

(1) *[Corrected] 727 Lofts Chapter 11 Trustee's Adoption in Updated Form of the Motion for Entry of Order (I) Approving Bid Procedures in Connection with the Sale of Substantially all of the Debtor's Property; (II) Authorizing and Approving the Sale of Debtor's Property Free and Clear of Liens, Claims and Encumbrances; and (III) Granting Related Relief* [Dkt. No. 163, 727 Lofts Bankruptcy Case]; and

(2) *[Corrected] Debtor's Expedited Motion for Entry of Order (I) Approving Bid Procedures in Connection with the Sale of the Debtor's Interests in the 727 Lofts Property; (II) Authorizing and Approving the Sale of Debtor's Interests in the 727 Lofts Property Free and Clear of Liens, Claims and Encumbrances (III) Granting Related Relief* [Dkt. No. 397, YSA Bankruptcy Case]

(collectively, the "Sale Motions").

3. Pursuant to the Sale Motions, and the compromise and settlement proposed therein (the "Settlement Agreement"), Trustee Sherman and YSA previously agreed to sell the 727 Lofts Property and resolve any disputes regarding rights to the sale proceeds thereafter. To satisfy the milestones established by the Settlement Agreement, Trustee Sherman and YSA sought authority to retain CBRE as broker for the 727 Lofts Property.

[2] The YSA CBRE Application incorrectly stated that employment of CBRE was to be effective September 28, 2026; however, it was the intention of all parties that the employment be effective September 18, 2026.

4. Although the Sale Motions were filed before Trustee Deeba's appointment, Trustee Deeba has had an opportunity to review the proposed sale documents described in the Sale Motions and the documents relating to CBRE's retention, and he adopts such documents.

5. Furthermore, the objection deadline to the CBRE Applications was October 12, 2026, and, as of the date of filing this Joint Notice, no objections have been filed.

6. Accordingly, the Trustees respectfully request that this Court enter an order authorizing the employment of CBRE as broker for the 727 Lofts Property.

WHEREFORE, the Trustees respectfully request that this Court enter an order, effective as of September 18, 2026,[3] authorizing the employment of CBRE as broker and granting such other and further relief as this Court may deem just, equitable, and proper.

Dated: November 4, 2026.

Respectfully submitted,

*/s/Kevin D. McCullough*
Kevin D. McCullough
TX State Bar No. 00788005 (*Admitted Pro Hac Vice*)
Shannon S. Thomas
TX State Bar No. 24088442 (*Admitted Pro Hac Vice*)
ROCHELLE MCCULLOUGH PLLC
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
kdm@romclaw.com
sthomas@romclaw.com

Daniel J. Sherman
TX State Bar No. 18241000 (*Pro Hac* pending)
Nick Gurguis *(Admitted to Practice – WDOK)*
TX State Bar No. 24106036
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Ave.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA # 11789)
Jonathan M. Miles (OBA # 31152)
Brock Z. Pittman (OBA # 32853)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone (405) 232-2020
Facsimile (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com

**PROPOSED COUNSEL FOR TRUSTEE MICHAEL E. DEEBA**

---

[3] *See* fn.2

Dallas, TX 75208-5450
Telephone: (214) 942-5502
Facsimile: (214) 946-7601
djsherman@syllp.com
nick@syllp.com

**CO-GENERAL COUNSEL FOR**
**DANIEL J. SHERMAN, CHAPTER 11 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that, on November 4, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*/s/ J. Clay Christensen*
J. Clay Christensen