**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 26-12825-SAH** |
| | § | |
| **727 LOFTS BEST LIVING, LLC**[1] | § | **Jointly Administered** |
| | § | |
| **Debtors.** | § | **Chapter 11** |
| | § | |
| | § | |
| ------------------------------------------------------ | | |
| | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC** | § | **Case No. 26-12806** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

---

**TRUSTEES' JOINT AMENDED APPLICATION TO EMPLOY
PROPERTY MANAGERS AND ASSET MANAGERS**

---

**TO THE HONORABLE SARAH A. HALL,
CHIEF UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Daniel J. Sherman ("Trustee Sherman"), Chapter 11 Trustee for the above referenced jointly administered debtors (the "727 Debtors") and Michael E. Deeba ("Trustee Deeba" and collectively, the "Trustees"), Chapter 11 Trustee for YSA Investments 1, LLC ("YSA"), and in support of this *Joint Amended Application to Employ Property Managers and Asset Managers* (the "Amended Application") would respectfully show the Court as follows:

---

[1] The jointly administered debtors and their respective case numbers are as follows: 727 Lofts Best Living, LLC, Case No. 26-12825-SAH; 727 Lofts Holdings, LLC, Case No. 26-12826-SAH; Remington Ranch's Best Living, LLC, Case No. 26-12842-SAH; Lofts at North Penn Best Living, LLC, Case No. 26-12844-SAH; A-V Village Creek Owner, LLC, Case No. 26-12846-SAH; Barcelona Best Living, LLC, Case No. 26-12850-SAH; Louis Investments, LLC, Case No. 26-12851-SAH; Woodland Manor Best Living, LLC, Case No. 26-12858-SAH; Woodland Manor TIC 1, LLC, Case No. 26-12859-SAH; and Ridge Best Living, LLC, Case No. 26-12869-SAH.

## SUMMARY

The Trustees fully understood this Court's October 29th directive – namely, Marc Kulick and/or Vesta Realty must go, and cannot and should not remain in charge of any assets of this significant real estate portfolio. With that in mind, the Trustees jointly file this Amended Application to present to the Court and stakeholders a comprehensive plan for managing the Marc Kulick/Vesta Realty real estate portfolio – including assets both in and out of bankruptcy.[2]

## BACKGROUND

On October 19, 2026, Trustee Sherman filed his expedited applications to employ PEC Multifamily, LLC ("Price Edwards") as property manager at properties Barcelona [Dkt. No. 202]; Remington Ranch [Dkt. No. 203]; A-V Village Creek [Dkt. No. 204]; and Lofts at North Penn [Dkt. No. 205] (collectively, the "PEC Applications"). The decision to have Price Edwards replace the current property managers at these locations was made in conjunction with the respective first-lien secured lenders. The hearing on the PEC Applications was set on an expedited basis on October 29, 2026.[3]

On October 28, 2026, this Court held a hearing on a separate, but related matter involving the Marc Kulick/Vesta Realty real estate portfolio. Mr. Kulick testified under oath at that hearing. Both the line of questioning and the Court's pointed commentary made it abundantly clear that the Court does not support Mr. Kulick and/or Vesta Realty's continued participation in running or overseeing this portfolio – in any way, shape or form. As such, the Trustees file this Amended

[2] Those assets which are not currently in bankruptcy are nonetheless considered part of the bankruptcy estate of Louis Investments, LLC, *In re Louis Investments, LLC*, Case No. 26-12851-SAH, as Louis Investments, LLC has managerial rights over those properties. They also may be part of the YSA bankruptcy estate by virtue of its claimed ownership of Louis Investments, LLC. This Amended Application shall not affect any bankruptcy estate's potential ownership rights of the equity of Louis Investments, LLC or any other debtor.

[3] This hearing was subsequently continued to Thursday, November 5, 2026.

Application, together, in order to expand Trustee Sherman's original request, made in the PEC Applications,[4] to the entire portfolio – including properties both in and out of bankruptcy.

**RELIEF REQUESTED AND BRIEF IN SUPPORT**

By this Amended Application, the Trustees request approval to employ not only new property managers, but asset managers, as outlined in the spreadsheet attached hereto as **Exhibit A**, and on the terms and conditions set forth herein and in the asset and property management agreements (the "Employment Agreements") attached hereto as **Exhibit B**.[5] The Trustees believe that a portfolio of this size – consisting of more than two dozen multi-family housing complexes – requires not only day-to-day management and oversight – "boots on the ground," so to speak – but strategic direction, coordination and oversight, amongst other things. This latter function will be accomplished by the proposed asset manager(s).

It is anticipated that the roles of property manager and asset manager will not be duplicative, but rather separate and complimentary, benefiting all parties in interest by ensuring competent management, full transparency and checks and balances.

The role of property manager is anticipated to be divided amongst four (4) different professionals, each of whom is familiar with the portfolio: Price Edwards, Capital Assets, Friedman, and Asset Living. The role of asset manager is anticipated to be divided between Hilco and Jim Parrack (individually).

The proposed delineation of responsibilities for each property manager and asset manager is as follows:

---

[4] The Trustees' request, as it relates to Dkt. Nos. 203 (Remington Ranch); 204 (A-V Village Creek); and 205 (Lofts at North Penn), remains the same as it pertains to approving the appointment of Price Edwards as property manager.

[5] Exhibit B will be supplemented as the Trustees receive formal Employment Agreements from the respective professionals.

**A. Property Management**

1. **Day-to-Day Operations:** Responsibility for the day-to-day management and operation of the properties, including leasing, maintenance, rent collection, and enforcement of resident leases.

2. **Accounting and Financial Management:** Maintain property-level accounting records, collect rents and other income, process invoices, pay authorized operating expenses, reconcile bank accounts, and maintain appropriate financial controls.

3. **Financial Reporting**: Prepare monthly operating statements, rent roll, occupancy reports, delinquency reports, and other customary property management reports.

4. **Personnel Management**: Hire, terminate, direct, supervise, and manage on-site and other property-level personnel, subject to approved budgets and applicable employment requirements.

5. **Vendor Management:** Engage, supervise, and coordinate contractors, suppliers, and service providers necessary for the operation, maintenance, and repair of the properti es, subject to applicable approval requirements.

6. **Resident Relations:** Manage resident communications, complaints, service requests, lease compliance, and other resident-related matters.

7. **Leasing and Marketing**: Establish and implement leasing and marketing programs, including rental rates, concessions, renewals and occupancy improvement initiatives, consistent with approved budgets and business plans.

8. **Maintenance and Capital Improvements**: Coordinate routine maintenance, repairs, unit make-readies, preventive maintenance and approved capital improvements, including emergency repairs necessary to protect life, safety or property.

**9. Regulatory Compliance**: Oversee compliance with applicable housing, building, safety and fair housing requirements, including affordable housing program requirements where applicable.

**10. Budget Preparation and Implementation:** Prepare proposed operating and capital budgets and implement budgets approved by the applicable Trustee or other authorized party.

**11. Property Protection:** Take reasonable actions to preserve and protect the physical condition, security, and operating value of the properties.

**B. Asset Management**

**1. Liaison with Trustee and Court:** Serve as the principal operational liaison among the property management companies, Trustees, and as appropriate, the Court and its authorized representatives.

**2. Strategic Direction:** Develop and recommend property-level and portfolio wide operating strategies in consultation with the applicable Trustee, with the objective of preserving and maximizing asset value.

**3. Stakeholder Coordination:** Serve as a designated point of contact for lenders, creditors, insurance representatives, governmental entities, consultants, and other stakeho lders regarding property operations and asset performance, subject to the applicable Trustee's direction.

**4. Property Management Oversight:** Monitor and evaluate the performance of certain designated property management companies, including operating results, staffing, leasing, maintenance, resident relations and compliance with approved business plans.

5. **Financial Oversight:** Review property-level financial statements, operating budgets, cash flow, occupancy, collections, delinquency and significant variances from approved budgets.

6. **Cash Flow and Funding Requirements:** Evaluate property-level cash flow and funding needs, identify projected shortfalls, prioritize expenditures, and coordinate funding requests with the Trustees.

7. **Insurance and Property Taxes:** Assist the Trustees with oversight of insurance coverage, claims, property tax assessments, appeals, and related matters, including coordination with appropriate professionals.

8. **Capital Expenditure Oversight:** Evaluate and prioritize significant repairs, deferred maintenance, and capital improvements, including review of proposals, budgets, and recommendations for Trustee approval.

9. **Risk Management and Asset Preservation:** Identify material operational, financial, physical, and regulatory risks affecting the properties and recommend corrective actions.

10. **Third-Party Professional Coordination:** Assist the Trustees in coordinating appraisers, engineers, environmental consultants, insurance professionals, brokers and other professionals engaged in connection with the properties.

11. **Bankruptcy Reporting Support:** Provide operating information, financial analyses, cash flow projections, and other property related information reasonably requested by the Trustee to support required bankruptcy filings and Court reporting. Provide operating information, financial analyses, cash flow projections and other property

related information reasonably requested by the Trustees to support required bankruptcy filings and Court reporting.

**12. Transition and Turnover Coordination:** Assist with the orderly transition of property operations, books and records, contracts, tenant information, and funds upon a sale, transfer, change in management, or conclusion of the Trustees' administration.

The proposed division of property management and asset management at the properties is attached hereto as **Exhibit A**.

While formal engagement agreements remain in process and will be supplemented at **Exhibit B**, the proposed compensation structure for the respective professionals is as follows:

**A. Property Managers**

| Manager | Compensation Terms |
|---|---|
| **Price Edwards** | *Lofts at North Penn* **-** Greater of 4% monthly collections or $5,000<br><br>*Village Creek* - Greater of 4% monthly collections or $7,500<br><br>*Remington Ranch* - Greater of 4% monthly collections or $7,000<br><br>*Barcelona* **-** *Greater of 4% monthly collections or $5,000*<br><br>*Woodscape* - Greater of 4% monthly collections or $10,000<br><br>*Capital on 28th* – Greater of 4% monthly collections or $5,000<br><br>*Tuscany Village* - Greater of 4% monthly collections or $5,000<br><br>*Bryan Hill* – Greater of 4% monthly collections or $3,500<br><br>*Springdale Village* - Greater of 4.5% monthly collections or $2,500<br><br>*Summer Oaks* - Greater 4% of monthly collections or $3,500<br><br>*Putnam Green* - Greater of 4% monthly collections or $5,000<br><br>*Additional fees per property:* 5% construction management fee for projects in excess of $10,000; $500 per month technology fee |

| | |
|---|---|
| **Capital Assets** | Fees<br><br>Section 7.01. For services rendered pursuant to this Agreement, Owner shall pay Manager three percent (3.00%), of the gross monthly income collected from the property, or a minimum of $6,000 for the properties less than 400 units and $7,500 for the properties 400 units plus, whichever is greater, which shall be deducted by Manager each month from the gross monthly income. The fee may be adjusted from time to time upon prior written agreement executed by both parties. The Manager will be owed a "disposition fee" of $15,000 for the properties less than 400 units and $20,000 for the properties above 400 units, upon the sale of the property for duties associated with the sales and closing process and finalize accounting. |
| **Friedman** | To be supplemented |
| **Asset Living** | To be supplemented |

**B. Assets Managers**

| Manager | Monthly Compensation Terms |
|---|---|
| **Jim Parrack (Individually)** | $4,000 per property |
| **Hilco** | Greater of $4,000 per property or $15 per unit |

The Trustees expressly acknowledge that the requests contained in this Amended Application are far more expansive than what was originally requested in the PEC Applications. The Trustees further recognize and acknowledge that parties in interest should be afforded an opportunity to review, analyze and (potentially) object to the requested relief.

With that said, the Trustees request that the Court grant the relief requested in the PEC Applications at Dkt. Nos. 203 (Remington Ranch); 204 (A-V Village Creek); and 205 (Lofts at North Penn), approving the appointment of Price Edwards as property manager at this time in addition to the further relief requested in this Application at a later time.

Further, the Trustees believe it is appropriate and in the best interest of the estates and creditors to grant the relief requested herein, as it pertains to appointing Price Edwards as property manager of the relevant properties, including specifically: Lofts at North Penn; Remington Ranch; Village Creek; Capital on 28th and Woodscape, at this time in addition to the further requested in this Application at a later date.[6]

WHEREFORE, the Trustees respectfully request that this Court enter an order authorizing the retention of the professionals identified on **Exhibit A**, as property managers and asset managers, as the case may be, on the terms set forth herein and in the agreements attached as **Exhibit B**, pursuant to 11 U.S.C. § 327(a) and 11 U.S.C. § 328, to provide property management and asset management services for the compensation described in the respective Employment Agreements; and granting such other and further relief as this Court may deem just, equitable and proper.

Dated: November 4, 2026.

[6] It is anticipated that Price Edwards will serve as state court receiver for the following properties: Tuscany Village, Bryan Hill, Springdale Village, Summer Oaks and Putnam Green; however, such relief will be dealt with by the Oklahoma state courts in due course.

Respectfully submitted,

*/s/ Shannon S. Thomas*
Kevin D. McCullough
TX State Bar No. 00788005 (*Admitted Pro Hac Vice*)
Shannon S. Thomas
TX State Bar No. 24088442 (*Admitted Pro Hac Vice*)
ROCHELLE MCCULLOUGH PLLC
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
kdm@romclaw.com
sthomas@romclaw.com

Daniel J. Sherman
TX State Bar No. 18241000 (*Pro Hac* pending)
Nick Gurguis *(Admitted to Practice – WDOK)*
TX State Bar No. 24106036
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Ave.
Dallas, TX 75208-5450
Telephone: (214) 942-5502
Facsimile: (214) 946-7601
djsherman@syllp.com
nick@syllp.com

**CO-GENERAL COUNSEL FOR**
**DANIEL J. SHERMAN, CHAPTER 11 TRUSTEE**

*/s/ Brock Z. Pittman*
J. Clay Christensen (OBA # 11789)
Jonathan M. Miles (OBA # 31152)
Brock Z. Pittman (OBA # 32853)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone (405) 232-2020
Facsimile (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com

**PROPOSED COUNSEL FOR**
**TRUSTEE MICHAEL E. DEEBA**

## CERTIFICATE OF SERVICE

I hereby certify that, on November 4, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*/s/ Brock Z. Pittman*
Brock Z. Pittman