# EXHIBIT A

In re YSA Investments 1, LLC

**DRAFT v1.4 (11/04/2026)**

Draft - For Discussion Purposes Only

**Subject to Lender Approval**

Subject to Revision

Schedule of Property and Asset Management

Information as of 11/04/2026

| Sort No. | Apartment Complex Name | Location | Indiv. BK | BK Trustee / Receiver | Property Manager | | Asset | | Lender | Notes and Potential Receivers |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Current | Future (Potential) | Current | Future (Potential) | | |
| 4 | The Lofts at North Penn | OKC, OK | Yes | Corky Sherman (T) | Vesta Realty, LLC | Price Edwards | None | Hilco | CREO QRS NP LLC | Hearing 11/5 (727) - Proposed Price Edwards as Prop. Mgr. |
| 3 | Remington Ranch Apartments | Stillwater, OK | Yes | Corky Sherman (T) | Vesta Realty, LLC | Price Edwards | None | Hilco | Fannie Mae | Hearing 11/5 (727) - Proposed Price Edwards as Prop. Mgr. |
| 6 | Village Creek at 67th | Tulsa, OK | Yes | Corky Sherman (T) | Capital Assets | Price Edwards | None | Hilco | CREO QRS VC LLC | Hearing 11/5 (727) - Proposed Price Edwards as Prop. Mgr. |
| 2 | Barcelona Apartments | Tulsa, OK | Yes | Corky Sherman (T) | Capital Assets | Capital Assets | None | Parrack | Fannie Mae | Hearing 11/5 (727) - Proposed Price Edwards as Prop. Mgr. |
| 1 | 727 Lofts | Jenks, OK | Yes | Corky Sherman (T) | Capital Assets | Capital Assets | None | n/a | Acre Q018 Retention Holder LLC | |
| 13 | Capitol on 28th | OKC, OK | | | Vesta Realty, LLC | Price Edwards | None | Hilco | Fannie Mae | |
| 31 | Woodscape Apartments | OKC, OK | | | Vesta Realty, LLC | Price Edwards | None | Hilco | Fannie Mae | |
| 30 | Tuscany Village | OKC, OK | | | Vesta Realty, LLC | Price Edwards | None | n/a - Receiver | Silver Hill (Comm. Loan Servicing LLC) | Hearing 11/9 (OK State) - Proposed Jim Parrack as Receiver |
| 20 | One Eton Square Apartments | Tulsa, OK | | | Capital Assets | Capital Assets | None | Parrack | Fannie Mae | |
| 12 | Bryan Hill | OKC, OK | | | Vesta Realty, LLC | Price Edwards | None | n/a - Receiver | Silver Hill (Comm. Loan Servicing LLC) | Hearing 11/9 (OK State) - Proposed Jim Parrack as Receiver |
| 25 | Springdale Village | OKC, OK | | | Vesta Realty, LLC | Price Edwards | None | n/a - Receiver | Silver Hill (Comm. Loan Servicing LLC) | Hearing 11/9 (OK State) - Proposed Jim Parrack as Receiver |
| 26 | Summer Oaks | OKC, OK | | | Vesta Realty, LLC | Price Edwards | None | n/a - Receiver | Silver Hill (Comm. Loan Servicing LLC) | Hearing 11/9 (OK State) - Proposed Jim Parrack as Receiver |
| 14 | Copperfield Apartments | OKC, OK | | | Vesta Realty, LLC | Friedman | None | Parrack | Fannie Mae | |
| 17 | Lexington Commons | Bartlesville, OK | | | Vesta Realty, LLC | Capital Assets | None | Parrack | Fannie Mae | |
| 23 | Seminole Ridge | OKC, OK | | | Vesta Realty, LLC | Friedman | None | Parrack | Fannie Mae | |
| 21 | Putnam Green | OKC, OK | | | Vesta Realty, LLC | Price Edwards | None | n/a - Receiver | First United | Hearing 11/12 (OK State) - Proposed Ryan Leonard as Receiver |
| 8 | Thrive Jenks | Jenks, OK | Yes | CRO | Capital Assets | Capital Assets | None | n/a | Berkadia Commercial Mortgage LLC | |
| 11 | 23 East Apartments | Tulsa, OK | | | Capital Assets | Capital Assets | None | Hilco | Stride Bank | |
| 16 | Lakeside Place Apartments | Tulsa, OK | | | Capital Assets | Capital Assets | None | Hilco | BMO (Computershare NA) | |
| 22 | Riverpark at Kensington | Tulsa, OK | | | Capital Assets | Capital Assets | None | Hilco | Axonic Capital LLC | |
| 24 | Shoreline Apartments | Tulsa, OK | | | Capital Assets | Capital Assets | None | Hilco | BMO (Computershare NA) | |
| 29 | The Villas at Midtown | Tulsa, OK | | | Capital Assets | Capital Assets | None | Hilco | Fannie Mae | |
| 15 | Eaton Place | Wichita, KS | | | Asset Living | Asset Living | None | Hilco | Legacy Bank | |
| Receivers in Place | | | | | | | | | | |
| 19 | Muntage | OKC, OK | | Jim Parrack (R) | Price Edwards | Price Edwards | None | n/a - Receiver | Bancorp | |
| 27 | The Canopy Apartments | Little Rock, AR | | Jim Parrack (R) | First Capital Res. | First Capital Res. | None | n/a - Receiver | Fannie Mae | |
| 18 | Montgomery | OKC, OK | | C. David Rhoades (R) | Friedman | Friedman | None | n/a - Receiver | Term Fund III MRA Seller LLC | |
| 28 | The Classen Apartments | OKC, OK | | C. David Rhoades (R) | Friedman | Friedman | None | n/a - Receiver | Term Fund III MRA Seller LLC | |
| 5 | The Ridge | OKC, OK | Yes | Corky Sherman (T);<br>C. David Rhoades (R) | Friedman | Friedman | None | n/a - Receiver | Term Fund III MRA Seller LLC | Temporary Order Appointing Receiver 11/2/2026; Final Hearing 11/17/2026 (Okla. Cnty., OK CJ-2026-8762) |
| 7 | Woodland Manor Apartments | Tulsa, OK | Yes | Corky Sherman (T);<br>C. David Rhoades (R) | Friedman | Friedman | None | n/a - Receiver | Term Fund B IV MRA Seller LLC | Temporary Order Appointing Receiver 7/14/2026 (Stayed until 10/29/2026); Final Hearing to be scheduled (Tulsa Cnty., OK CJ-2026-3185) |
| 9 | Fairfax Apartments | Midwest City, OK | Yes | Scott Shefman (R) | Friedman | Friedman | None | n/a - Receiver | Saperean Capital | |
| 10 | Woodland Oaks | Tulsa, OK | Yes | Scott Shefman (R) | Friedman | Friedman | None | n/a - Receiver | Saperean Capital | |