Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Drexel Flats
Acquisition LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC,** | § | **CASE NO. 26-12806-sah-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**WITHDRAWAL OF RESPONSE AND LIMITED OBJECTION TO LSREF7 BADLANDS LOAN TRUST 2026'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
(Relates to Docket No. 416)

Drexel Flats Acquisition LLC hereby withdraws the Response and Limited Objection to LSREF7 Badlands Loan Trust 2026's Motion for Relief from the Automatic Stay [Docket No. 416] filed in the above-referenced case on September 24, 2026.

Dated: November 5, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Remington Ranch's
Best Living, LLC; Barcelona Best
Living, LLC; Louis Investments, LLC;
And Certain Non-Debtor Apartment Projects

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 5, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer