**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RE: YSA INVESTMENTS 1, LLC., | ) | |
| | ) | Case No. 26-12806 SAH |
| Debtor, | ) | Chapter 11 |

**SUPPLEMENT TO NOTICE OF WITNESS AND EXHIBIT LIST OF FIRST UNITED BANK AND TRUST CO. FOR HEARING ON MOTION TO MODIFY AUTOMATIC STAY AND TO ABANDON PROPERTY AS BURDENSOME WITH BRIEF IN SUPPORT THEREOF, NOTICE OF OPPORTUNITY FOR HEARING AND REQUEST FOR WAIVER OF FOURTEEN (14) DAY STAY UNDER BANKRUPTCY RULE 4001(a)(4) SET FOR NOVEMBER 12, 2026, AT 10:00 A.M.**

The following is a supplement to the witness and exhibit list of First United Bank and Trust Co. (hereafter "FUB") filed October 7, 2026, as Docket No. 492 in the referenced case regarding the above titled matters set for November 12, 2026, at 10:00 a.m. **THIS RELATES TO: [DKT NO. 337 and DKT NO. 492]**

HEARING: November 12, 2026, at 10:00 a.m.

SUBMITTED BY: JOSHUA C. GREENHAW

PARTY REPRESENTED: FIRST UNITED BANK AND TRUST CO.

## WITNESSES

FUB may call any one or more of the following witnesses at the Hearing in addition to the witnesses listed on the Witness and Exhibit List FUB filed October 7, 2026:

| No. | Description |
|---|---|
| 6. | Mark Ellege, Real Estate Appraiser |

## EXHIBITS

FUB may use any of the following exhibits at the Hearing in addition to the exhibits listed on the Witness and Exhibit List FUB filed October 7, 2026

| **FUB Ex.** | **Description** | **Offered** | **Object** | **Admit/Deny** |
|---|---|---|---|---|
| 25. | Mechanics' Liens Recorded in the Land Records of the Oklahoma County Clerk against Putnam Green Apartments | | | |

## ESTIMATED LENGTH OF TIME TO PRESENT EVIDENCE AND ARGUMENT

FUB estimates that it will require 45 minutes to present evidence and argument at the Hearing.

## RESERVATION OF RIGHTS

The forgoing Notice is being submitted based upon information reasonably available to FUB at this time and without waiving any objection as to relevance, materiality, or admissibility of evidence in this proceeding and subject to FUB's request for relief specified herein. FUB reserves the right to revise, correct, supplement or clarify this Notice.

Dated: November 5, 2026

/s/ Joshua C. Greenhaw
JOSHUA C. GREENHAW, OBA# 19111
MEE HAWKINS GREENHAW
& COTNER, PLLP
P.O. Box 1375
Oklahoma City, OK 73101
Telephone: (405) 848-9100
Facsimile: (405) 848-9101
jgreenhaw@mhgclaw.com

ATTORNEYS FOR FIRST UNITED BANK AND TRUST CO.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2026, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing and to all counsel of record and parties entitled to receive notice via the Court's electronic filing system.

/s/ Joshua C. Greenhaw ___________
JOSHUA C. GREENHAW