**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 26-12825-SAH** |
| | § | |
| **727 LOFTS BEST LIVING, LLC**[1] | § | **Jointly Administered** |
| | § | |
| **Debtors.** | § | **Chapter 11** |
| | § | |
| | § | |
| ------------------------------------------------------- | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC** | § | **Case No. 26-12806-SAH** |
| | § | |
| **Debtor.** | § | |

**AMENDED NOTICE OF HEARING ON TRUSTEES' JOINT AMENDED APPLICATION TO EMPLOY PROPERTY MANAGERS AND ASSET MANAGERS AND NOTICE OF OPPORTUNITY TO OBJECT**
**[Related to Docket No. 567; Case No. 26-12806-SAH]**

**NOTICE OF OPPORTUNITY TO OBJECT**

**Your rights may be affected. You should read this Document carefully and consult your attorney about your rights and the effect of this Document**. If you do not want the Court to grant the motion, or you wish to have your views considered, you must file a written response to the motion with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than **Wednesday, November 11, 2026, at 12:00 PM prevailing Central Time**. You should also serve a file-stamped copy of the response to the undersigned and others who are required to be served and file a certificate or affidavit of service with the Court.

---

[1] The jointly administered debtors and their respective case numbers are as follows: 727 Lofts Best Living, LLC, Case No. 26-12825-SAH; 727 Lofts Holdings, LLC, Case No. 26-12826-SAH; Remington Ranch's Best Living, LLC, Case No. 26-12842-SAH; Lofts at North Penn Best Living, LLC, Case No. 26-12844-SAH; A-V Village Creek Owner, LLC, Case No. 26-12846-SAH; Barcelona Best Living, LLC, Case No. 26-12850-SAH; Louis Investments, LLC, Case No. 26-12851-SAH; Woodland Manor Best Living, LLC, Case No. 26-12858-SAH; Woodland Manor TIC 1, LLC, Case No. 26-12859-SAH; and Ridge Best Living, LLC, Case No. 26-12869-SAH.

## NOTICE OF HEARING

Notice is hereby given that a hearing on the *Trustees' Joint Amended Application to Employ Property Managers and Asset Managers* [Docket No. 567] is being held on **Thursday, November 12, 2026, at 10:00 AM prevailing Central Time,** before the Honorable Judge Sarah A. Hall, U.S. Bankruptcy Court for the Western District of Oklahoma, in the 9th floor Courtroom at the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Ave., Oklahoma City, Oklahoma 73102.

Dated: November 5, 2026.

Respectfully submitted,

/s/ *J. Clay Christensen*

J. Clay Christensen (OBA # 11789)
Jonathan M. Miles (OBA # 31152)
Brock Z. Pittman (OBA # 32853)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone (405) 232-2020
Facsimile (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com

**PROPOSED COUNSEL FOR TRUSTEE MICHAEL E. DEEBA**

## CERTIFICATE OF SERVICE

I hereby certify that, on November 5, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*/s/ J. Clay Christensen*
J. Clay Christensen