**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: YSA INVESTMENTS 1, LLC, | ) | Case No. 26-12806 SAH |
| | ) | |
| Debtor. | ) | Chapter 11 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR ALL NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE THAT:

Pursuant to Bankruptcy Rules 2002(g) and 9010(b), Christopher W. Cotner of the law firm of MEE HAWKINS GREENHAW & COTNER PLLP, hereby enters his appearance as counsel for Westlake Hardware, Inc., a creditor in the above-styled bankruptcy proceeding, and requests that copies of all notices and pleadings in this case be mailed to him at the address stated below. The Clerk of the Court is requested to place Christopher W. Cotner on the mailing matrix in the above styled case.

DATED this 6th day of November 2026.

/s/ Christopher W. Cotner
CHRISTOPHER W. COTNER OBA #18927 MEE
HAWKINS GREENHAW & COTNER PLLP
PO Box 1375
Oklahoma City, Oklahoma 73101
Phone: (405) 848-9100
chris@mhgclaw.com
ATTORNEY FOR
WESTLAKE HARDWARE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties receiving electronic notice from the Court's CM/ECF system.

s/ Christopher W. Cotner