**Dated: November 6, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY MICHAEL E. DEEBA, P.L.L.C. AS ACCOUNTANT AND FINANCIAL CONSULTANT FOR THE CHAPTER 11 TRUSTEE, AND NOTICE OF OPPORTUNITY FOR HEARING [DOC. 520]**

This matter comes on for consideration based on the Trustee's *Application to Employ Michael E. Deeba, P.L.L.C. as Accountant and Financial Consultant for the Chapter 11 Trustee, and Notice of Opportunity for Hearing* [Docket No. 520] (the "Application") filed by Trustee, Michael E. Deeba (the "Trustee"). The Court has jurisdiction to consider the Application, has considered the evidence and arguments

regarding the Application, and for good cause, finds that the relief requested in the Application is necessary. The Court **FINDS** as follows, that:

1. On October 14, 2026, the Application was filed.

2. The Application evidences that on October 14, 2026, the Court Clerk transmitted a notice of electronic filing of the Application to all Case Management/Electronic Case Files (CM/ECF) system registered participants.

3. On October 15, 2026, a *Supplemental Certificate of Service* [Docket No. 524] was filed that further evidences that on October 15, 2026, the Application was served by United States mail with proper postage affixed to all parties on the Matrix.

4. The 14-day deadline to respond to the Application expired on Wednesday, October 28, 2026, with no objections thereto being served and filed.

5. For the reasons stated in the Application, cause exists to grant the Application and the relief requested therein pursuant to 11 U.S.C. § 327(d) for the Trustee to employ Michael E. Deeba, P.L.L.C. as accountant and financial consultant, with compensation and reimbursement subject to further Court approval.

IT IS HEREBY ORDERED THAT:

The Application is GRANTED. The Trustee is authorized to employ Michael E. Deeba, P.L.L.C. under 11 U.S.C. § 327(d) as of the Application date of October 14, 2026, and effective upon entry of this Order, as accountant and financial consultant for the Trustee, with compensation and reimbursement subject to further Court approval. The Trustee shall notify all interested parties of this Order. Findings of fact are based upon

representation of counsel. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

IT IS SO ORDERED.

# # #

APPROVED:

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com

**PROPOSED COUNSEL FOR TRUSTEE MICHAEL E. DEEBA**

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

*/s/ Jeffrey E. Tate*
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov

**OFFICE OF THE UNITED STATES TRUSTEE**