**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**WITHDRAWAL OF DEBTOR'S APPLICATION TO EMPLOY PJD CONSULT LLC AS REAL ESTATE CONSULTANT**
**[Doc. No. 279]**

Michael E. Deeba, the Chapter 11 Trustee in the referenced chapter 11 bankruptcy proceeding (the "Trustee"), hereby withdraws the *Debtor's Application to Employ PJD Consult LLC as Real Estate Consultant* [Doc. No. 279] (the "Application") without prejudice.

Respectfully Submitted,
CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*

J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 10, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*/s/ J. Clay Christensen*
J. Clay Christensen