**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**JOINT WITHDRAWAL OF JOINT MOTION OF DEBTOR, CREO QRS VC LLC, AND CREO QRS NP LLC FOR ENTRY OF AN ORDER APPROVING STIPULATION AND GRANTING RELIEF FROM THE AUTOMATIC STAY TO CREO QRS NP LLC AND CREO QRS VC LLC**
**[Doc. No. 374]**

Michael E. Deeba, the Chapter 11 Trustee in the referenced chapter 11 bankruptcy proceeding (the "Trustee") and CREO QRS VC LLC and CREO QRS NP LLC, hereby jointly withdraw the *Joint Motion of Debtor, CREO QRS VC LLC, and CREO QRS NP LLC for Entry of an Order Approving Stipulation and Granting Relief from the Automatic Stay to CREO QRS NP LLC and CREO QRS VC LLC* [Doc. No. 374] (the "Motion") without prejudice.

Respectfully Submitted,

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

FBT GIBBONS LLP

/s/ Mark A. Platt
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

-and-

Heather P. McMutry (admitted *pro hac vice*)
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Tel: (615) 251-5590
Fax: (615) 251-5551
Email: hmcmutry@fbtlaw.com

-and-

Ross A. Plourde, OBA #7193
McAfee & Taft a Professional Corporation
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

*Counsel for CREO QRS VC LLC and CREO QRS NP LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 10, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*/s/ J. Clay Christensen*
J. Clay Christensen