**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

# YSA INVESTMENTS 1, LLC TRUSTEE'S NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 12, 2026, AT 10:00 A.M. (CT)

Michael E. Deeba ("Trustee Deeba"), Chapter 11 Trustee for YSA Investments 1, LLC (the "Debtor" or "YSA"), submits the following notice of proposed agenda on matters set for Thursday, November 12, 2026, at 10:00 a.m. (CT):

## MATTERS

1. *Debtor's Motion to Establish Notice Procedures* [Docket No. 194]

Response Deadline: Friday, September 4, 2026

Objections: Objection to Debtor's Motion to Establish Notice Procedures [Docket No. 230] filed by Fairfax Best Living, LLC and Woodland Oaks Best Living; Limited Objection [Docket No. 296] filed by United States Trustee

Reply: None

Status: The Trustee requests that the Court continue this matter to the Court's November 19, 2026, docket. The Parties are in the process of determining the proper procedures for notice since the appointment of Trustee Deeba and anticipate presenting an Agreed Order on Notice Procedures.

Estimate of Time Required: Five (5) minutes for announcement.

2. *Debtor's Application to Employ Capital Assets, Inc. as Property Manager* [Docket No. 283]

Response Deadline: Monday, September 14, 2026

Objections: Omnibus Objection of Yamato OKC Lender, LLC to (A) Debtor's Application to Employ PJD Consult LLC as Real Estate Consultant and (B) Debtor's Application to Employ Capital Assets, Inc. as Property Manager [Docket No. 356] filed by Yamato OKC Lender, LLC.

Reply: None.

Status: The Omnibus Objection relates, partially, to Docket No. 279 (the Application to Employ PJD Consult LLC), which was withdrawn on November 10, 2026, at Docket No. 586.

With regard to Docket No. 283 (the Application to Employ Capital Assets), the relief requested in Docket No. 283 was superseded by the filing of the Trustees' Joint Amended Application to Employ Property Managers and Asset Managers [Docket No. 567].

Estimate of Time Required: Five (5) minutes for announcement.

3. *Federal National Mortgage Association's Motion for Relief from Automatic Stay Relating to Collection of the Rents by Marc Kulick and Vesta Realty, LLC and Motion for Waiver of Rule 4001(A)(4) Stay* [Docket No. 268].

Response Deadline: Monday, September 14, 2026

Objections: Objection [Docket No. 363] filed by Remington Ranch's Best Living, LLC, Barcelona Best Living, LLC, Louis Investments, LLC and Certain Non-Debtor Apartment Projects.

Reply: None

Status: The Trustee has approved an Agreed Order with the Movant.

Estimate of Time Required: Thirty (30) minutes.

4. *Trustee's Joint Amended Application to Employ Property Managers and Asset Managers* [Docket No. 567]

Response Deadline: Wednesday, November 11, 2026, at noon (central time).

Objections: None.

Reply:

Supplement: A *Supplement to Trustees' Joint Amended Application to Employ Property Managers and Asset Managers* was filed on November 11, 2026, attaching proposed Employment Agreements for (1) Capital Assets; (2) PEC Multifamily, LLC (Price Edwards); and (3) Jim Parrack. Further, attached were the Declarations of (1) Greg Wright, President of Capital Assets and (2) Jim Parrack, Chief Operating Officer of Price Edwards and individually [Docket No. 592].

Second Supplement: A *Second Supplement to Trustees' Joint Amended Application to Employ Property Managers and Asset Managers* was filed on November 11, 2026, attaching proposed Employment Agreement for Hilco Real Estate, LLC and the Declaration of Jeffrey Azuse, Executive Director of the Professional [Docket No. 593].

Status: No objections to the relief requested were filed as of the deadline. The Trustees anticipate moving forward with the appointment of the Property and Asset Managers, subject to approval of secured lenders.

Estimate of Time Required: Thirty (30) minutes.

*5. Final Hearing on Unopposed Motion to Modify Automatic Stay and to Abandon Property as Burdensome and Request for Waiver of Fourteen (14) Day Stay Under Bankruptcy Rule 4001(a)(4)* [Docket No. 337]

Response Deadline: Thursday, September 24, 2026

Objections: Response [Docket No. 401] filed by Total Ventures, LLC; Response and Limited Objection [Docket No. 405] filed by Putnam Green TIC Interest, LLC

Reply: None.

Status: This matter is going forward. However, Trustee Deeba has agreed to the relief, subject to inclusion of specific language in any proposed order. The Trustee further understands that the order will include agreed language to resolve the limited objection filed at Docket No. 405.

Estimate of Time Required: Thirty (30) minutes.

Dated: November 11, 2026.

Respectfully Submitted,

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 11, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*/s/ J. Clay Christensen*
J. Clay Christensen