**Dated: November 12, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12806 |

**FINAL ORDER GRANTING LSREF7 BADLANDS LOAN TRUST 2026'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the motion (the "Motion")[1] filed by LSREF7 Badlands Loan Trust 2026 ("Lender") for entry of an order lifting the automatic stay in the chapter 11 cases to permit Lender to pursue its non-bankruptcy rights and remedies with respect to the Property, including prosecution of the State Proceeding and State Appeal to a final order and judgment and completing a foreclosure sale of the Property; and the Court having reviewed the pleadings on file noting the only objection filed to the Motion was by Drexel Flats Acquisition, LLC ("**Drexel**") *Response and Limited Objection to LSREF7 Badlands Loan Trust 2026's Motion for Relief from the Automatic Stay* [Doc. No. 416]

[1] Capitalized terms not defined herein are defined in the Motion [Doc. No. 338].

which has since been withdrawn; and, after due deliberation, the Court having concluded that sufficient cause has been established for the relief granted herein; and no additional notice being required, now, therefore, **IT IS HEREBY ORDERED THAT**:

1. The Motion [Doc. No. 338] is GRANTED as set forth herein.

2. Findings of fact are based upon representation of counsel pursuant to Local Rule 9013-1(L)(1)(a).

3. The automatic stay is lifted pursuant to Bankruptcy Code section 362(d) and Bankruptcy Rule 4001 to permit Lender to proceed with and pursue its non-bankruptcy rights and remedies with respect to the Property, including without limitation resuming its pending foreclosure proceeding in the District Court of Oklahoma County in the State of Oklahoma, Case No. CJ-2026-1275, resuming the pending interlocutory appeal pending before the Oklahoma Supreme Court in Case No. IN-124122, appointment of a receiver, prosecution of such action to final judgment and continuing with a foreclosure sale of the Property and applying any proceeds of sale to the satisfaction of its claim.

4. This Order is without prejudice to any and all other rights of Lender with respect to its lien and claim on the Property, all of which are hereby reserved.

5. The parties are authorized, but not directed, to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. Notice of the Motion as provided therein shall be deemed good and sufficient.

7. This Order shall be effective immediately and shall not be subject to the 14-day stay of enforcement under Federal Rule of Bankruptcy Procedure 4001(a)(3).

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

9. The relief from stay being granted in this Order is exclusive of and does not encompass the ownership dispute respecting the underlying Property, and this Court retains exclusive jurisdiction to make such determination.

10. Nothing in this Order determines or establishes the total amount of indebtedness owed by Drexel Flats Acquisition, LLC to Lender.

11. Drexel's objection was withdrawn as evidenced by the *Withdrawal of Response and Limited Objection to LSREF7 Badlands Loan Trust 2026's Motion for Relief from the Automatic Stay* [Doc. No. 568] and by Drexel's approval of this Order by counsel for Drexel.

12. To the extent there are excess proceeds following the sale of the Property and application of the same to all outstanding obligations owed to Lender, such proceeds shall be subject to distribution in the order of priority under applicable law and subject to applicable court order(s). To the extent there are excess proceeds following the distribution to holders of allowed claims pursuant to applicable law, such excess proceeds should be distributed in accordance with further Order of this Bankruptcy Court.

13. This Order shall be considered a final order upon entry.

14. The Lender shall serve this Order on parties in interest.

15. IT IS SO ORDERED.

###

Approved for Entry:

*/s/ Kiran A. Phansalkar*

Kiran A. Phansalkar, OBA #11470
Preston M. Sullivan, OBA #33619
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Email: kiran.phansalkar@mcafeetaft.com
preston.sullivan@mcafeetaft.com

and

Matthew Hansen, OBA #35797
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8496
Email matt.hansen@troutman.com
***Attorneys for Creditor***
***LSREF7 Badlands Loan Trust 2026***

Approved for Entry:

*/s/ Jonathan M. Miles*

J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
***Proposed Counsel for Trustee***

Approved for Entry:

*/s/ Jeffrey E. Tate*

Jeffrey E. Tate, OBA #17150
Office of the United States Trustee
215 Dean A. McGee, Room 408
Oklahoma City, OK 73102
Telephone: (202) 603-5228
Email: Jeff.Tate@usdoj.gov
***Attorney for the United States Trustee***

Approved for Entry:

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer, TX Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, TX 75119
Telephone: (972) 503-4033
Email: joyce@joycelindauer.com
***Attorney for Drexel Flats Acquisition, LLC***