**Dated: November 13, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER GRANTING TRUSTEE'S AMENDED APPLICATION TO EMPLOY CHRISTENSEN LAW GROUP, P.L.L.C. AS COUNSEL FOR THE CHAPTER 11 TRUSTEE EFFECTIVE AS OF OCTOBER 5, 2026 AND NOTICE OF OPPORTUNITY FOR HEARING [DOC. 543]**

This matter comes on for consideration based on the *Trustee's Amended Application to Employ Christensen Law Group, P.L.L.C. as Counsel for the Chapter 11 Trustee Effective as of October 5, 2026, and Notice of Opportunity for Hearing* [Doc. 543] (the "Amended Application") filed by Trustee, Michael E. Deeba (the "Trustee"). The Court has jurisdiction to consider the Application, has considered the evidence and arguments

regarding the Application, and for good cause, finds that the relief requested in the Application is necessary. The Court **FINDS** as follows, that:

1. On October 9, 2026, the Trustee filed his Application to Employ Christensen Law Group, P.L.L.C. as Counsel for the Chapter 11 Trustee [Docket No. 511].

2. On October 27, 2026, the Trustee filed the Amended Application.

3. The Amended Application evidences that on October 27, 2026, the Court Clerk transmitted a notice of electronic filing of the Amended Application to all Case Management/Electronic Case Files (CM/ECF) system registered participants.

4. The Amended Application further evidences that on October 27, 2026, the Amended Application was served by United States mail with proper postage affixed to all parties on the Matrix.

5. The fourteen-day deadline to respond to the Amended Application expired on November 10, 2026, with no objections thereto being served and filed.

6. For the reasons stated in the Amended Application, cause exists to grant the Application and the relief requested therein pursuant to 11 U.S.C. § 327(a) for the Trustee to employ Christensen Law Group, P.L.L.C. as counsel for the Trustee on the terms set forth in the Amended Application, effective as of October 5, 2026, with compensation and reimbursement subject to further Court approval.

IT IS HEREBY ORDERED THAT:

The Application is GRANTED. The Trustee is authorized to employ Christensen Law Group, P.L.L.C. under 11 U.S.C. § 327(a), effective as of October 5, 2026, on the terms set forth in the Amended Application, with compensation and reimbursement subject

to further Court approval. The Trustee shall notify all interested parties of this Order. Findings of fact are based upon representation of counsel. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

IT IS SO ORDERED.

# # #

APPROVED:

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
**PROPOSED COUNSEL FOR TRUSTEE MICHAEL E. DEEBA**

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

*/s/ Jeffrey E. Tate*
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov
**OFFICE OF THE UNITED STATES TRUSTEE**