**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**PHILLIPS MURRAH P.C.'S NOTICE OF WITNESS AND EXHIBIT LIST FOR HEARING ON NOVEMBER 19, 2026, AT 10:00 A.M. (CT) AND ESTIMATED LENGTH OF TIME FOR HEARING**

Phillips Murrah P.C. ("Applicant"), submits the following list of exhibits it may offer and witnesses it may call at the upcoming hearing currently set on Thursday, November 19, 2026, at 10:00 A.M. prevailing Central Time, before the Honorable Judge Sarah Hall, U.S. Bankruptcy Court Western District of Oklahoma, Ninth Floor Courtroom, 215 Dean A McGee Ave., Oklahoma City, OK 73102:

**Exhibits**

Applicant may offer the following exhibits:

1. *Debtor's Application Pursuant to Bankruptcy Code Sections 327(a) and 328(a) for an Order Authorizing the Employment and Retention of Phillips Murrah P.C. as Attorneys for Debtor in Possession, Effective as August 20, 2026* [Doc. 183];

2. *Supplemental Affidavit of Jason A. Sanson in Support of Debtor's Application Pursuant to Bankruptcy Code Sections 327(a) and 328(a) for an Order Authorizing the Employment and Retention of Phillips Murrah P.C. as Attorneys for Debtor in Possession, Effective as August 20, 2026* [Doc. 349]

3. All filings, schedules, and reports in this Chapter 11 proceeding;

4. Any and all exhibits listed by other parties in interest to which Applicant has no objection, or to which any objection by Applicant has been withdrawn or waived;

5. Any exhibit identified by Applicant to which no other party objects, or to which any such objection has been withdrawn or waived; and

6. Any exhibits necessary for rebuttal.

**Witnesses**

Applicant may call the following witnesses:

1. Jason A. Sansone;

2. Corporate Representative of Phillips Murrah P.C.;

3. Any witness needed to identify or authenticate any record or document;

4. Any witness identified by any other party and not objected to by Applicant, or to which any objection by Applicant has been withdrawn or waived;

5. All witnesses called by Applicant to which any other party does not object, or to which any such objection has been withdrawn or waived; and

6. Any witness necessary for rebuttal.

**Estimate of Time**

Estimated time to present evidence and argument: One (1) hour.

Applicant reserves the right to supplement and amend this witness and exhibit list as necessary.

Respectfully submitted,

*/s/ Jason A. Sansone*

Clayton D. Ketter, OBA No. 30611
Jason A. Sansone, OBA No. 30913
Nicholas J. Candido, OBA No. 36069
PHILLIPS MURRAH P.C.
424 N.W. 10th St., Suite 300
Oklahoma City, OK 73103
(405) 235-4100 - telephone
(405) 235-4133 – facsimile
cdketter@phillipsmurrah.com
jasansone@phillipsmurrah.com
njcandido@phillipsmurrah.com
**Applicant**