**Dated: November 16, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 26-12806-SAH** |
| **YSA Investments 1, LLC** | ) | |
| | ) | |
| **Debtor** | ) | **Chapter 11** |

---

**ORDER GRANTING MOTION OF FEDERAL NATIONAL MORTGAGE ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY RELATING TO COLLECTION OF RENTS BY MARC KULICK AND VESTA REALTY, LLC AND MOTION FOR WAIVER OF FOURTEEN (14) DAY STAY UNDER BANKRUPTCY RULE 4001(a)(4)**

This matter comes before the Court upon Federal National Mortgage Association's Motion to Modify Automatic Stay Relating to the Collection of Rents by Marc Kulick and Vesta Realty, LLC and Motion for Waiver of Fourteen (14) Day Stay under Bankruptcy Rule 4001(a)(4) Combined with Notice of Opportunity for Hearing and Brief in Support [Doc. No. 268] (the "Motion") filed by Federal National Mortgage Association ("Fannie Mae"). The Motion seeks relief from the automatic stay to the extent such relief is necessary, for the limited purpose of

allowing Fannie Mae to proceed with its suit in the Western District of Oklahoma (Case No. 5:26-CV-01400-HE) (the "Lawsuit") against Kulick and Vesta Realty, LLC (and others) in connection with the collection of rents by Vesta Realty, LLC. The Motion was filed August 31, 2026 and served electronically upon all persons who have entered an appearance herein and who are registered with the Court's electronic noticing system and by United States mail upon the debtor, YSA Investments 1, LLC, and interested party Capital Assets, LLC. Any objections to the Motion were required to have been filed and served on or before September 14, 2026. On September 16, two days after the deadline for filing any objection, Remington Ranch's Best Living, LLC, Barcelona Best Living, LLC, Louis Investments, LLC, and Certain Non-Debtor Apartment Projects (the "Objecting Parties") filed a Response and Objection to Federal National Mortgage Association's Motion for Relief from Automatic Stay and Motion for Waiver of Rule 4001(a)(4) Stay (the "Objection") [Doc. No. 363]. No other objection to the Motion has been filed.

The Court finds that the Objecting Parties not only filed the Objection late without leave of Court, but they failed to schedule a hearing on the Objection within thirty days after the Motion was filed as required by 11 U.S.C. § 362(e)(1). The Court-appointed trustee in this case, Michael E. Deeba, as well as the Court-appointed trustee in the related cases of Objecting Parties Remington Ranch's Best Living, LLC, Barcelona Best Living, LLC, and Louis Investments, LLC, Daniel J. Sherman, agree to the entry of this Order. The Court therefore finds that the Objection should be overruled and the Motion granted to the extent provided herein.

IT IS THEREFOR ORDERED that the Motion is granted as provided herein and, to the extent the automatic stay applies with respect to the Lawsuit, Fannie Mae is granted relief from the automatic stay to permit it to pursue its claims in the Lawsuit to recover from Marc Kulick and Vesta Realty, LLC rents that are alleged to have been converted in the past.

IT IS FURTHER ORDERED THAT nothing herein shall be interpreted to grant relief from the automatic stay with respect to the ownership of any real property claimed by the Debtor in this case and the debtors in In re 727 Lofts Best Living, LLC, case no. 26-12825 currently pending in this Court or any of the cases jointly administered therewith, and or any affiliates thereof, or to collect any rents currently accruing from the operations of such real properties. The relief from stay being granted in this order is exclusive of and does not encompass the ownership dispute respecting the underlying property, and this Court retains exclusive jurisdiction to make such determination.

IT IS FURTHER ORDERED THAT THE STAY IMPOSED UNDER Rule 4001(a)(4) is waived as to such relief.

All findings of fact are based on representation of counsel.

**Movant will effectuate service of the order on all interested parties.**

# # #

APPROVED FOR ENTRY:

*/s/ Ross A. Plourde*
Christopher M. Scaperlanda, OBA #31703
Ross A. Plourde, OBA #7193
Gatlin C. Squires, OBA #34795
McAfee & Taft A Professional Corporation
Two Leadership Square, Eighth Floor
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
christopher.scaperlanda@mcafeetaft.com
ross.plourde@mcafeetaft.com
gatlin.squires@mcafeetaft.com

**ATTORNEY FOR CREDITOR, FEDERAL NATIONAL MORTGAGE ASSOCIATION**

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
CHRISTENSEN LAW GROUP, P.L.L.C.
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com

Proposed Counsel for Michael E. Deeba, Trustee

*/s/ Kevin D. McCullough*
Kevin D. McCullough State Bar No. 00788005 (Admitted Pro Hac Vice)
Shannon S. Thomas State Bar No. 24088442 (Admitted Pro Hac Vice)
Emily Campbell State Bar No. 24143596 (Admitted Pro Hac Vice)
ROCHELLE MCCULLOUGH PLLC
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
kdm@romclaw.com
sthomas@romclaw.com ecampbell@romclaw.com

and

Laura Barrientos-DuVall State Bar Nos. 39518-49 (IN), 6277087 (IL) (Admitted Pro Hac Vice)
ROCHELLE MCCULLOUGH PLLC
300 N. Meridian Street, Suite 1260
Indianapolis, IN 46204
Telephone: (317) 314-6930
Facsimile: (888) 467-5979
lduvall@romclaw.com

and

Daniel J. Sherman TX State Bar No. 18241000 (Admitted Pro Hac Vice)
Nick Gurguis TX State Bar No. 24106036 SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Ave.
Dallas, TX 75208-5450
Telephone: (214) 942-5502
Facsimile: (214) 946-7601
djsherman@syllp.com
nick@syllp.com

CO-GENERAL COUNSEL FOR DANIEL J. SHERMAN, CHAPTER 11 TRUSTEE

And

Heath T. Albert, OBA #34603
PORTER HEDGES LLP
5520 N. Francis Avenue
Oklahoma City, Oklahoma 73118
Telephone: 405-254-5729
halbert@porterhedges.com

LOCAL COUNSEL FOR DANIEL J. SHERMAN, CHAPTER 11 TRUSTEE

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer, Texas State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas St.
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com

ATTORNEY FOR OBJECTING PARTIES