**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 26-12825-SAH** |
| | § | |
| **727 LOFTS BEST LIVING, LLC**[1] | § | **Jointly Administered** |
| | § | |
| **Debtors.** | § | **Chapter 11** |
| | § | |
| ------------------------------------------------------ | | |
| | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC** | § | **Case No. 26-12806** |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |

---

**JOINT NOTICE OF PAYMENT OF EMPLOYEE PAYROLL**

---

Daniel J. Sherman ("Trustee Sherman"), Chapter 11 Trustee for the above referenced jointly administered debtors in their bankruptcy cases (the "727 Bankruptcy Cases") and Michael E. Deeba ("Trustee Deeba" and collectively, the "Trustees"), Chapter 11 Trustee for YSA Investments 1, LLC ("YSA") in the above referenced bankruptcy case (the "YSA Bankruptcy Case") file this *Joint Notice of Payment of Employee Payroll* (this "Notice").

1. Vesta Realty, LLC ("Vesta") manages certain apartment complexes purportedly owned by YSA Investments 1, LLC or by certain entities (the "Affiliates") under the direct or indirect management or control of Louis Investments, LLC ("Louis").[2]

---

[1] The jointly administered debtors and their respective case numbers are as follows: 727 Lofts Best Living, LLC, Case No. 26-12825-SAH; 727 Lofts Holdings, LLC, Case No. 26-12826-SAH; Remington Ranch's Best Living, LLC, Case No. 26-12842-SAH; Lofts at North Penn Best Living, LLC, Case No. 26-12844-SAH; A-V Village Creek Owner, LLC, Case No. 26-12846-SAH; Barcelona Best Living, LLC, Case No. 26-12850-SAH; Louis Investments, LLC, Case No. 26-12851-SAH; Woodland Manor Best Living, LLC, Case No. 26-12858-SAH; Woodland Manor TIC 1, LLC, Case No. 26-12859-SAH; and Ridge Best Living, LLC, Case No. 26-12869-SAH.

[2] Nothing in this Notice affects, determines, or constitutes a finding or admission regarding, the ownership of or any interest in any real property, rents, deposits, accounts, or other proceeds, or the equity of any debtor in either the YSA

2. The Trustees have become aware that Vesta made certain unauthorized transfers from the bank accounts of certain of the Affiliates (the "Affected Affiliates") to Vesta. A list of the amounts paid from the bank accounts of the Affected Affiliates is attached hereto as Schedule 1.

3. The payments totaled $298,330.28, were initiated by Vesta CEO, Marc Kulick ("Kulick"), and were made directly to Vesta. Vesta informed the Trustees that it intended to use the funds to pay certain Vesta employees their wages, as well as accrued paid-time-off and other benefits. The amounts withdrawn were purportedly for the payroll periods from October 26, 2026 to November 10, 2026, and from November 11, 2026 to December 4, 2026.

4. Upon information and belief, of the employees which Vesta intended to be paid, some work on site at a particular apartment complex managed by Vesta on behalf of YSA or the Affiliates (the "On-Site Employees"), some "float" and perform work at certain of the apartment complexes within a particular geographic region ("Regional Employees"), and some work at Vesta's corporate office and perform administrative and other back-office functions for Vesta (the "Corporate Billback Employees"). The Regional Employees and Corporate Billback Employees are comprised of 14 employees who per Vesta worked across all sites and whose cost is allocated to each property by unit count.

5. No Affiliate, other than the debtors in the 727 Bankruptcy Cases, has filed a petition in bankruptcy.

6. The Trustees have requested that Vesta return all funds, wired from the bank accounts of the Affected Affiliates to Vesta, except for amounts for the payroll period from October 26, 2026 to November 10, 2026 to be paid on November 20, 2026. The amounts to be

---

Bankruptcy Cases or the 727 Bankruptcy Cases or any non-debtor entity owned or managed by such debtors. All such rights, claims, and defenses of all parties are reserved.

repaid include amounts for future payroll costs to the On-Site Employees, the Regional Employees and the Corporate Billback Employees for the period of time from November 11, 2026 to November 26, 2026 to be paid on December 4, 2026. The amount of requested to be returned totals $204,034.13.

7. The Trustees have consented to allow Vesta to pay the following ordinary course items for the payroll period from October 26, 2026 to November 10, 2026: (i) the wages and benefits of On-Site Employees and 14 Regional Employees and Corporate Billback Employees and (ii) the accrued paid-time-off of only those employees who were no longer are employed by Vesta at the end of the period. The amounts that the Trustees have consented to be paid from the bank accounts of each Affiliate is set forth on Schedule 2 hereto. The payments total $249,681.72.

8. Separately, Vesta Realty, LLC has agreed to waive any and all fees due under any management agreement with YSA or any debtor in the 727 Bankruptcy Cases and/or any Affiliate, or in respect of any properties managed by Vesta and purportedly owned by YSA or any Affiliate.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Nicholas K . Gurguis*
Daniel J. Sherman
TX State Bar No. 18241000 (*Admitted Pro Hac*)
Nicholas K. Gurguis
TX State Bar No. 24106036
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Ave.
Dallas, TX 75208-5450
Telephone: (214) 942-5502
Facsimile: (214) 946-7601
Email: djsherman@syllp.com; nick@syllp.com

*/s/ Brock Z. Pittman*
J. Clay Christensen (OBA # 11789)
Jonathan M. Miles (OBA # 31152)
Brock Z. Pittman (OBA # 32853)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone (405) 232-2020
Facsimile (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com

***Proposed Counsel for***
***Trustee Michael E. Deeba***

Kevin D. McCullough
TX State Bar No. 00788005 (*Admitted Pro Hac*)
Shannon S. Thomas
TX State Bar No. 24088442 (*Admitted Pro Hac*)
ROCHELLE MCCULLOUGH PLLC
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
Email: kdm@romclaw.com;
sthomas@romclaw.com

***Co-General Counsel for Daniel J. Sherman, Chapter 11 Trustee***

## CERTIFICATE OF SERVICE

I hereby certify that, on November 17, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*/s/ Brock Z. Pittman*
Brock Z. Pittman

**Schedule 1**

| Property | Affiliate | Amount Transferred |
|---|---|---|
| The Capitol on 28th | TRDWind Capitol LLC | $52,416.60 |
| Woodscape Apartments | B & J Woodscape/Oklahoma City LLC | $94,387.01 |
| Seminole Ridge Apartments | Vesta – Seminole Ridge, LLC | $50,083.84 |
| Lexington Commons Apartments | Bartlesville Best Living, LLC | $45,438.93 |
| Copperfield Apartments | Copperfield Apartments Limited Partnership | $56,003.90 |

**Schedule 2**

**See attached.**

In re YSA Investments 1, LLC

Summary of Payroll Discussion for November 20, 2026 Check Date by Property

| | 11/20 Payroll | | | | | |
|---|---|---|---|---|---|---|
| | On Site Employees (incl. PTO Payout) | 14 Rover Employees Allocation | **Total** | Properties with No Trustee Access to Bank Accounts | 11/13 Bank Transfers from Property Bank Accounts to Vesta | Amounts to Return to Property Bank Accounts on 11/17 |
| Lofts at North Penn | 11,784.46 | 2,955.93 | **14,740.39** | | | |
| The Ridge Apartments | 7,884.66 | 4,279.91 | **12,164.57** | | | |
| Remington Ranch Apartments | 11,735.70 | 4,495.48 | **16,231.18** | | | |
| Woodland Manor Apartments | 28,464.58 | 4,695.62 | **33,160.20** | | | |
| Subtotal, Trustee Sherman Properties: | 59,869.40 | 16,426.94 | **76,296.34** | | | |
| Capitol on 28th Apartments | 11,415.38 | 3,556.35 | **14,971.73** | | 52,416.60 | 37,444.87 |
| Copperfield Apartments | 15,296.91 | 4,033.63 | **19,330.54** | | 56,003.90 | 36,673.36 |
| Lexington Commons Apartments | 9,394.85 | 3,171.46 | **12,566.31** | | 45,438.93 | 32,872.62 |
| Seminole Ridge Apartments | 14,759.46 | 3,448.59 | **18,208.05** | | 50,083.84 | 31,875.79 |
| Woodscape Apartments | 21,552.59 | 7,666.93 | **29,219.52** | | 94,387.01 | 65,167.49 |
| Bryan Hill Apartments | 11,099.10 | 3,571.75 | **14,670.85** | X | | |
| Springdale Village | 6,532.91 | 1,970.60 | **8,503.51** | X | | |
| Summer Oaks Apartments | 14,905.59 | 3,032.89 | **17,938.48** | X | | |
| Tuscany Village Apartments | 16,541.59 | 4,895.75 | **21,437.34** | X | | |
| Putnam Green Apartments | 12,690.19 | 3,848.86 | **16,539.05** | X | | |
| **Total (excl. Drexel):** | **194,057.97** | **55,623.75** | **249,681.72** | | | |
| Drexel Flats Apartments | 18,238.47 | 6,158.18 | **24,396.65** | | | |
| **Total:** | **212,296.44** | **61,781.93** | **274,078.37** | | | |