**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

# YSA INVESTMENTS 1, LLC TRUSTEE'S NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 19, 2026, AT 10:00 A.M. (CT)

Michael E. Deeba ("Trustee Deeba"), Chapter 11 Trustee for YSA Investments 1, LLC (the "Debtor" or "YSA"), submits the following notice of proposed agenda on matters set for Thursday, November 19, 2026, at 10:00 a.m. (CT):

## MATTERS

1. *Debtor's Application Pursuant to Bankruptcy Code Sections 327(a) and 328(a) for an Order Authorizing the Employment and Retention of Phillips Murrah P.C. as Attorneys for Debtor in Possession, Effective as of August 20, 2026* [Docket No. 183]

Response Deadline: Friday, September 4, 2026

Objections: Objection to Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Phillips Murrah P.C. [Docket No. 252] filed by Fairfax Best Living, LLC and Woodland Oaks Best Living;

Reply: None

Status: The Trustee requests that the Court continue this matter to the Court's December 17, 2026, docket. The Parties are in the process of reviewing information on this request. The Trustee has submitted turnover letters to all YSA counsel and YSA. Phillips Murrah, P.C. provided much information prior to the turnover letter and responded to the balance within one (1) day of the turnover letter. However, the other counsel for YSA have either provided no information or documents relating to the turnover letters or very little information although some of the firms are working on it. The Trustee desires to receive all information from YSA and all firms before approving any application on professionals. In the event firms do not quickly

comply with the turnover requests, the Trustee will be filing a motion for turnover and a request for an in-person hearing on why the Trustee is not being provided all information.

Estimate of Time Required: Five (5) minutes for announcement.

2. *Application of the Debtor for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel for the Debtor and Debtor in Possession Effective as of the Petition Date* [Docket No. 187]

Response Deadline: Friday, September 4, 2026

Objections: Objection to Application of the Debtor for Entry of an Order Pursuant to Bankruptcy Code Sections 327(a), 328, 330, and 1107 Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel for the Debtor and Debtor in Possession [Docket No. 228] filed by Fairfax Best Living, LLC and Woodland Oaks Best Living, LLC.

Reply: None

Status: The Trustee requests that the Court continue this matter to the Court's December 17, 2026, docket. See explanation under number 1 above.

Estimate of Time Required: Five (5) minutes for announcement.

3. *Debtor's Application to Employ Marshall & Stevens Inc. as Accountants and Financial Advisors, Effective as of September 18, 2026* [Docket No. 378].

Response Deadline: Friday, October 2, 2026

Objections: Objection to Debtor's Application to Employ Marshall & Stevens Inc. as Accountants and Financial Advisors [Docket No. 461] filed by Fairfax Investors, LLC and Woodland Oaks Investors, LLC.

Reply: None

Status: The Trustee requests that the Court continue this matter to the Court's December 17, 2026, docket. See explanation under number 1 above.

Estimate of Time Required: Five (5) minutes for announcement.

4. *Final Hearing on Joint Motion of Debtor and the Bancorp Bank for Entry of an Order Granting Relief from Stay to Permit the Bancorp Bank to Proceed with Foreclosure* [Docket No. 409]

Response Deadline: Wednesday, October 7, 2026

Objections: None.

Reply: None.

Status: The Trustee has approved an Agreed Order with the Movant.

Estimate of Time Required: Five (5) minutes for announcement.

Dated: November 18, 2026.

Respectfully Submitted,

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*

J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 18, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*_/s/ J. Clay Christensen_*
J. Clay Christensen