**Dated: November 18, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANTS LAIN FAULKNER & CO., P.C., EFFECTIVE OCTOBER 8, 2026, AND NOTICE OF OPPORTUNITY FOR HEARING [DOC. 559]**

This matter comes on for consideration based on the *Application of Chapter 11 Trustee to Employ Accountants Lain Faulkner & Co., P.C., Effective October 8, 2026, and Notice of Opportunity for Hearing* [Doc. 559] (the "Application") filed by Trustee, Michael E. Deeba (the "Trustee"). The Court has jurisdiction to consider the Application, has considered the evidence and arguments regarding the Application, and for good cause,

finds that the relief requested in the Application is necessary. The Court **FINDS** as follows, that:

1. On November 3, 2026, the Trustee filed the *Application of Chapter 11 Trustee to Employ Accountants Lain Faulkner & Co., P.C., Effective October 8, 2026, and Notice of Opportunity for Hearing* [Doc. 559].

2. The Application evidences that on November 3, 2026, the Court Clerk transmitted a notice of electronic filing of the Application to all Case Management/Electronic Case Files (CM/ECF) system registered participants.

3. The Application further evidences that on November 3, 2026, the Application was served by United States mail with proper postage affixed to all parties on the Matrix.

4. The fourteen-day deadline to respond to the Application expired on November 17, 2026, with no objections thereto being served and filed.

5. For the reasons stated in the Application, cause exists to grant the Application and the relief requested therein pursuant to 11 U.S.C. § 327(a) for the Trustee to employ Lain Faulkner & Co., P.C., as accountants, on the terms set forth in the Application, effective as of October 8, 2026, with compensation and reimbursement subject to further Court approval.

IT IS HEREBY ORDERED THAT:

The Application is GRANTED. The Trustee is authorized to employ Lain Faulkner & Co., P.C. under 11 U.S.C. §§ 327 and 328, effective as of October 8, 2026, on the terms set forth in the Application, with compensation and reimbursement subject to further Court

approval. The Trustee shall notify all interested parties of this Order. Findings of fact are based upon representation of counsel. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

IT IS SO ORDERED.

# # #

APPROVED:

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
**COUNSEL FOR TRUSTEE MICHAEL E. DEEBA**

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

*/s/ Jeffrey E. Tate*
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov
**OFFICE OF THE UNITED STATES TRUSTEE**