**Dated: November 18, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER GRANTING TRUSTEE'S UNOPPOSED APPLICATION FOR ORDER CONTINUING THE NOVEMBER 5, 2026, HEARING ON DEBTOR'S APPLICATION TO EMPLOY MARSHALL & STEVENS INC. AS ACCOUNTANTS AND FINANCIAL ADVISORS, EFFECTIVE AS OF SEPTEMBER 18, 2026, AND NOTICE OF OPPORTUNITY FOR HEARING [DOC. 378]**

This matter comes on for consideration based on the Trustee's *Unopposed Application for Order Continuing the November 19, 2026, Hearing on Debtor's Application to Employ Marshall & Stevens Inc. as Accountants and Financial Advisors, Effective as of September 18, 2026, and Notice of Opportunity for Hearing* [Docket No. 620] (the "Application") filed by Trustee, Michael E. Deeba (the "Trustee"). The Court has

jurisdiction to consider the Application, has considered the evidence and arguments regarding the Application, and for good cause, finds that the relief requested in the Application is necessary.

IT IS HEREBY ORDERED THAT:

The Application is GRANTED. The hearing on *Debtor's Application to Employ Marshall & Stevens Inc. as Accountants and Financial Advisors, Effective as of September 18, 2026, and Notice of Opportunity for Hearing* [Docket No. 378] scheduled for November 19, 2026, at 10:00 a.m. by video is continued to December 17, 2026, at 10:00 a.m. prevailing central time by video. The Trustee shall notify all interested parties of this Order. Findings of fact are based upon representation of counsel.

IT IS SO ORDERED.

# # #

APPROVED:

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*