**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Chapter 11<br>Case No. 26-12806 (SAH) |

**CERTIFICATE OF SERVICE**
**[Related to Docket No. 583]**

This certifies that on the 13th day of November 2026, a true and correct copy of the *Order Granting Joint Motion of Debtor and Saperean Capital IV TB Note Lender KD4, LLC for Relief from Stay* (the "Order") [Doc. 583] was served via first class mail, postage prepaid, to those parties listed on the Matrix affixed and attached hereto.

This further certifies that on November 9, 2026, the Order was transmitted to all registered CM/ECF participants entitled to notice in this case through the Court's CM/ECF System.

Dated: November 19, 2026.

Respectfully submitted,

*/s/ Kiran A. Phansalkar*

Kiran A. Phansalkar, OBA #11470
Preston M. Sullivan, OBA #33619
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Email: kiran.phansalkar@mcafeetaft.com
preston.sullivan@mcafeetaft.com

and

Nicholas A. Griebel (*admitted pro hac vice*)
POLSINELLI PC
7676 Forsyth Boulevard, Suite 800
St. Louis, Missouri 63105
Telephone: (314) 622-6613
Email: ngriebel@polsinelli.com
***Attorneys for Creditor Saperean Capital IV TB Note Lender KD4, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2026, I electronically transmitted this filing to the Clerk of Court for the U.S. District Court for the Western District of Oklahoma using the CM/ECF system which sent a notice of electronic filing to all counsel of record who are registered CM/ECF users in this case, including counsel for the Debtor.

I further certify that on November 19, 2026, a true and correct copy of this filing was served on the following parties who have not yet entered an appearance or are not registered CM/ECF users, via US Mail, first class, postage prepaid, and properly addressed as follows:

YSA Investments 1, LLC
848 Brickell Avenue, Suite PH5
Miami, Florida 33131
***Debtor***

*/s/ Kiran A. Phansalkar*
Kiran A. Phansalkar

Label Matrix for local noticing
1087-5
Case 26-12806
Western District of Oklahoma
Oklahoma City
Fri Nov 13 11:54:37 CST 2026

2059 PARTNERS, LLC
THE CORPORATION TRUST
1209 ORANGE STREET
WILMINGTON, DE 19801-1196

206 QUEEN ANNE CLUB, LLC
2833 SMITH AVE 402
BALTIMORE, MD 21209-1426

2201 S. HALSTED, LLC
30 N. MICHIGAN AVE 2100
CHICAGO, IL 60602-3606

727 LOFTS BEST LIVING LLC
850 NEW BURTON RD 201
DOVER, DE 19904-5786

727 LOFTS BEST LIVING, LLC
727 E MAIN PL
JENKS, OK 74037-3915

727 LOFTS HOLDINGS, LLC
850 NEW BURTON RD 201
DOVER, DE 19904-5786

727 Lofts Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

727 Lofts Best Living, LLC
Kevin D. McCullough
901 Main Street, Suite 3200
Dallas, TX 75202-3783

727 Lofts Holdings, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

727 Lofts Holdings, LLC
Kevin D. McCullough
901 Main Street, Suite 3200
Dallas, TX 75202-3783

A-V 23 EAST OWNER LLC
11327 E 23RD ST
TULSA, OK 74129-5411

A-V 23 EAST OWNER, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

A-V CLASSEN OWNER, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

A-V VILLAGE CREEK OWNER LLC
6630 S ZUNIS AVE
TULSA, OK 74136-1125

A-V VILLAGE CREEK OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

A-V Village Creek Owner, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

A-V Village Creek Owner, LLC
Kevin D. McCullough
901 Main Street, Suite 3200
Dallas, TX 75202-3783

ACRE CREDIT INVESTMENTS II
233 S. WACKER DRIVE, SUITE 5900
CHICAGO, IL 60606-6361

ACRE Q018 RETENTION HOLDER LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

ADDRESSERS, INC.
15700 TEXACO AVENUE
PARAMOUNT, CA 90723-3924

AINSWORTH & CLANCY, PLLC
1826 PONCE DE LEON BOULEVARD
MIAMI, FL 33134-4419

ALAYON & ASSOCIATES, P.A.
135 SAN LORENZO AVENUE SUITE 820
CORAL GABLES, FL 33146-1527

AMERICAN FIDUCIARY SERVICES LLC
10845 GRIFFITH PEAK DR, SUITE 200A
LAS VEGAS, NV 89135-1553

AMERICAN FIDUCIARY SERVICES, LLC
700 NE MULTNOMAH STREET SUITE 1550
PORTLAND, OR 97232-2131

ARBOR WOODS ASSOCIATES, LLC
186 N. MAIN ST. FLOOR 2 SUITE 1
PLYMOUTH, MI 48170-1236

ARGENTA S BEST LIVING INVESTORS, LLC
11301 NALL AVE 210
LEAWOOD, KS 66211-1774

ASSET HOLDER, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

AUERBACH-VESTA 23 EAST, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

AUERBACH-VESTA COPPERFIELD, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

AUERBACH-VESTA ONE ETON SQUARE, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

AUERBACH-VESTA REMINGTON RANCH, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

AUERBACH-VESTA VILLAGE CREEK, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

AUERBACH-VESTA, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

AXONIC CAPITAL LLC
390 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10022-4653

AXONIC MULTIFAMILY BRIDGE SPV (BC) TRUST
C/O AXONIC CAPITAL LLC 520 MADISON AVENU
NEW YORK, NY 10022-4205

Derek C Abbott
Morris Nichols Arsht & Tunnell LLP
1201 N Market Street
PO Box 1347
Wilmington, DE 19899-1347

Steven D. Adler
Bayard, P.A.
600 North King Street, Suite 400
19801
Wilmington, DE 19801-3779

Heath T. Albert
Porter Hedges LLP
5520 N. Francis Avenue
Oklahoma City, OK 73118-6040

Alicia Kulick
4920 E 113th Street
Tulsa, OK 74137-7606

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
919 North Market Street
Suite 420
Wilmington, DE 19801-3014

Jessica Nicole Alt
Padfield & Stout, LLP
100 Throckmorton Street
Suite 700
Fort Worth, TX 76102-2837

Carlee M. Apel
Fellers Snider
100 N Broadway Ave
Ste 1700
Oklahoma City, OK 73102-8820

Thomas Martin Askew
JPM Law, PLLC
401 S. Boston
Ste. 2000
Tulsa, OK 74103-4014

Auerbach Funds
6000 Fairview Rd, 12th FL
Charlotte, NC 28210-2224

Axonic Multifamily Bridge SPV (BC) Trust
Michael L. Schuster, Polsinelli PC
1401 Lawrence Street Suite 2300
Denver CO 80202-2498

Axonic Multifamily Bridge SPV (BC) Trust, DS

B & J WOODSCAPE/OKLAHOMA CITY LLC
4200 N MERIDIAN AVE
OKLAHOMA CITY, OK 73112-2628

B&J WOODSCAPE / OKLAHOMA CITY, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

BANCORP BANK, NATIONAL ASSOCIATION
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324-4413

BARCELONA BEST LIVING LLC
5160 S YALE AVE
TULSA, OK 74135-7405

BARCELONA BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

BARTLESVILLE BEST LIVING LLC
5530 COLONY WAY
BARTLESVILLE, OK 74006-8859

BARTLESVILLE BEST LIVING, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

BERKADIA COMMERCIAL MORTGAGE LLC
323 NORRISTOWN ROAD, SUITE 300
AMBLER, PA 19002-2758

BMO BANK, N.A.
320 S. CANAL STREET
CHICAGO, IL 60606-5707

BOARD OF COUNTY COMMISSIONERS OF OKLAHOM
320 ROBERT S KERR AVE ROOM 204
OKLAHOMA CITY, OK 73102-3441

BOCAIRE TULSA LENDER, LLC
C/O COGENCY GLOBAL INC.,
850 NEW BURTON ROAD, SUITE 201
DOVER, DE 19904-5786

BOOMAR REMODELING, LLC
3009 SW 54TH ST
OKLAHOMA CITY, OK 73119-5415

BRYAN HILL TIC 1, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

BRYAN HILL TIC 2, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

BRYAN HILL TIC 3, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

BRYAN HILLS BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

BWV Holdings
Marc Hirschberg
354 Eisenhower Parkway, Suite 2775
Livingston, NJ 07039-1025

BWV Holdings LLC
Marc Hirschberg
354 Eisenhower Parkway, #2775
Livingston, NJ 07039-1025

Christopher A. Bailey
Holland & Knight LLP
811 Main St
Suite 2500
Houston, TX 77002-4499

Ryan Baker
444 E Britton Road
Oklahoma City, OK 73114-7515

Barcelona Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Barcelona Best Living, LLC
Kevin D. McCullough
901 Main Street, Suite 3200
Dallas, TX 75202-3783

(c)BERKADIA COMMERCIAL MORTGAGE LLC
TROUTMAN PEPPER LOCKE LLP
ATTN: MATTHEW R. BROOKS
875 3RD AVE FL 15
NEW YORK NY 10022-7254

Colin M Bernardino
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530

Bocaire Tulsa Lender LLC
Marc Hirschberg
354 Eisenhower Parkway, Suite 2775
Livingston, NJ 07039-1025

Daniel N. Brogan
Bayard P.A.
600 N. Market Street
Suite 400
Wilmington, DE 19801-3007

Joshua Brooks
Landis Rath & Cobb LLP
919 Market Street
PO Box 2087
Wilmington, DE 19899-2087

Kimberly A. Brown
Landis Rath & Cobb LLP
919 N. Market Street
Suite 1800
PO Box 2087
Wilmington, DE 19899-2087

Luke Brzozowski
Morris Nichols Arsht and Tunnell
1201 North Market Street
Ste 1600
Wilmington, DE 19801-1146

Kate R. Buck
McCarter & English, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801-3715

CANOPY BEST LIVING LLC
9201 KANIS RD
LITTLE ROCK, AR 72205-6447

CANOPY BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

CAPITAL ASSETS, INC.
8002 S. 101ST EAST AVENUE
TULSA, OK 74133-4562

CAPITAL FUND LAW GROUP, P.C.
405 LEXINGTON AVENUE 26TH FLOOR
NEW YORK, NY 10174-2699

CAPITOL SOLE MEMBER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

CAROZZA-LOEFFLER, LLC
11301 NALL AVE 210
LEAWOOD, KS 66211-1774

CITY OF STILLWATER OKLAHOMA
723 S LEWIS ST
STILLWATER, OK 74074-4652

COHEN + COMPANY
3 COLUMBUS CIRCLE, 24TH FLOOR
NEW YORK, NY 10019-8760

COMMUNITY LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD., SUITE 300
MIAMI, FL 33146-1839

COPPERFIELD APARTMENTS LP
2400 NW 30TH ST
OKLAHOMA CITY, OK 73112-7890

COPPERFIELD APARTMENTS, LP
6911 S. 66TH E AVE. 100
TULSA, OK 74133

COPPERFIELD, GP
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

CREO QRS NP LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

CREO QRS NP LLC
c/o FBT Gibbons LLP
Attn: Mark A. Platt
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201-1867

CREO QRS VC LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

CREO QRS VC LLC
c/o FBT Gibbons LLP
Attn: Mark A. Platt
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201-1867

Nicholas Candido
Phillips Murrah P.C.
424 N.W. 10th St.
Suite 300
Oklahoma City, OK 73103-3941

Clint Michael Carlisle
Richards, Layton & Finger
920 N. King Street
Wilmington, DE 19801-3301

Jan Chilton
595 Market Street, Suite 2600
SF, CA 94105-2839

J. Clay Christensen
Christensen Law Group, P.L.L.C.
The Parkway Building
3401 NW 63rd Street, Suite 600
Oklahoma City, OK 73116-3796

Clint Moore
Marc Hirschberg
354 Eisenhower Parkway, Suite 2775
Livingston, NJ 07039-1025

Clint Moore Lender OKC LLC
Marc Hirschberg
354 Eisenhower Parkway, #2775
Livingston, NJ 07039-1025

Eli Columbus
Haynes and Boone LLP
2323 Victory Ave Suite 700
Dallas, TX 75219-7673

Computershare Trust Company, N.A, as Trustee
c/o Colin Bernardino
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Christopher Cotner
Mee Hawkins Greenhaw & Cotner PLLP
5025 Gaillardia Pl
Suite D
Oklahoma City, OK 73142-1871

Scott D. Cousins
Lewis Brisbois
500 Delaware Avenue
Suite 700
Wilmington, DE 19801-1490

Craig Bernstein
3500 Maple Avenue
1220
Dallas, TX 75219-3906

Marjorie J. Creasey
Department of Justice, US Trustee
215 Dean A. McGee Ave.
Room 408
Oklahoma City, OK 73102-3444

DECHERT LLP
2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904-2464

DREXEL FLATS ACQUISITION TIC, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

DREXEL FLATS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

DREXEL FLATS HOLDINGS, LLC
186 N. MAIN ST. FLOOR 2 SUITE 1
PLYMOUTH, MI 48170-1236

DREXEL FLATS SPONSOR, LLC
186 N. MAIN ST. FLOOR 2 SUITE 1
PLYMOUTH, MI 48170-1236

Bret D. Davis
Lamun Mock Cunnyngham & Davis PC
5621 N. Classen Blvd.
Oklahoma City, OK 73118-4015

Davis Family Revocable Trust dated 12-22-201
Alexander Davis
9989 Hemlock Drive
Overland Park, KS 66212-5805

Michael David DeBaecke
Ashby & Geddes
500 Delaware Avenue
8th Floor
Wilmington, DE 19801-7400

Michael E Deeba
201 Robert S Kerr
Oklahoma City, OK 73102-4223

Alex Dimock
1445 Ross Avenue, Suite 3800
Dallas, TX 75202-2724

Alex T Dimock
BRACEWELL LLP
1445 Ross Avenue, Suite 3800
Dallas, TX 75202-2724

EATON PLACE BEST LIVING, LLC
517 E DOUGLAS AVE
WICHITA, KS 67202-3514

EATON PLACE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

EATON PLACE INVESTOR, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

EATON PLACE TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

EATON PLACE TIC 1 OWNER, LLC
517 E DOUGLAS AVE
WICHITA, KS 67202-3514

ERICKA F. JOHNSON
BAYARD P.A.
600 N. KING ST
SUITE 400
WILMINGTON, DE 19801-3779

ESPLANADE APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

Empire Protection Services LLC
14083 SH 51
Coweta OK 74429-7100

Kaleigh Ewing
Crowe & Dunlevy
324 N. Robinson Ave.
Ste 100
Oklahoma City, OK 73102-6417

FAIRFAX BEST LIVING, LLC
7801 NE 10TH ST
OKLAHOMA CITY, OK 73110-3698

FAIRFAX BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

FAIRFAX HOLDING COMPANY LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

FAIRFAX INVESTORS, LLC
7801 NE 10TH ST
OKLAHOMA CITY, OK 73110-3698

FAIRFAX INVESTORS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

(p)FEDERAL NATIONAL MORTGAGE ASSOCIATION FAN
GRANITE PARK VII
5600 GRANITE PKWY
PLANO TX 75024-4126

FELNER FAMILY, LLC
7284 W. PALMETTO PARK RD. 206
BOCA RATON, FL 33433-3414

FIDELITY NATIONAL TITLE
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

FIRST UNITED BANK AND TRUST CO.
1400 W MAIN
DURANT, OK 74701-4906

FORREST 'BUTCH' FREEMAN, TREASURER
320 ROBERT S KERR AVE ROOM 307
OKLAHOMA CITY, OK 73102-3441

Fairfax Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Fairfax Investors, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Federal National Mortgage Association
c/o Ross A. Plourde
McAfee & Taft
8th Fl., Two Leadership Sq.
211 N. Robinson
Oklahoma City, OK 73102-7109

Federal National Mortgage Association (
c/o Kivell, Rayment and Francis, P.C.
Robert J. Hauge
7666 East 61st Street, Suite 550
Tulsa, OK 74133-1199

First United Bank and Trust Co.
JOHN W. MEE III
MEE HAWKINS GREENHAW & COTNER PLLP
5025 Gaillardia Pl, Suite D
Oklahoma City, OK 73142-1871

GABLEGOTWALS
BOK PARK PLAZA 499 W. SHERIDAN AVE.
SUITE 2200
OKLAHOMA CITY, OK 73102

GAM CHESTNUT PROPERTIES, LLC
20079 KING RD.
TRENTON, MI 48183-1032

GAM CHESTNUT PROPERTIES, LLC
5160 S YALE AVE
TULSA, OK 74135-7405

GREENBERG TRAURIG, LLP
ONE VANDERBILT AVENUE SUITE 400
NEW YORK, NY 10017-3807

Lysbeth L George
Law Office of Liz George, PLLC
8101 S Walker, Suite F
Oklahoma City, OK 73139-9406

Stuart J Glick
31 West 52nd Street, 19th Floor
New York, NY 10019-7780

Stuart J Glick
BRACEWELL LLP
31 W. 52nd Street
Suite 1900
New York, NY 10019-7780

Ronald E Gold
3300 Great american Tower
301 East Fourth Street
Cincinnati, OH 45202-4245

O. Clifton Gooding
The Gooding Law Firm
204 North Robinson Avenue, Suite 1235
Oklahoma City, OK 73102-6803

Green Gardens General Contractors LLC
Leif Swedlow
1503 E 19th St
Edmond OK 73013-6618

Joshua Clark Greenhaw
Mee Hawkins Greenhaw & Cotner, PLLP
P.O. Box 1375
Oklahoma City, OK 73101-1375

Nicholas A Griebel
Polsinelli PC
7676 Forsyth Boulevard, Suite 800
St Louis, MO 63105-4150

HOFLAND LOLLMAN PLLC
401 S. BOSTON AVENUE SUITE 500
TULSA, OK 74103-4023

Matthew K Hansen
Troutman Pepper Locke LLP
2200 Ross Avenue
Ste 2800
Dallas, TX 75201-2750

David Herber
GableGotwals
499 W. Sheridan Ave.
Ste 2200
Oklahoma City, OK 73102-5045

William H. Hoch
Crowe & Dunlevy
Braniff Building
324 North Robinson Ave., Suite 100
Oklahoma City, OK 73102-6417

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERTATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JENK'S BEST LIVING INVESTORS, LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211-2011

JENK'S BEST LIVING, LLC (AS PLAINTIFF)
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211-2011

JENKS BEST LIVING LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211-2011

JENKS BEST LIVING, LLC
204 S RIVERFRONT DR
JENKS, OK 74037-3901

JLL (JONES LANG LASALLE)
200 EAST RANDOLPH DRIVE
CHICAGO, IL 60601-6537

JONATHAN BERNEY
YSA INVESTMENTS 1, LLC
848 BRICKELL AVENUE, SUITE PH5
MIAMI, FL 33131-2949

Jenk's Best Living, LLC
6911 South 66th East Avenue Suite 100
Tulsa, OK 74133-1748

Jenk's Best Living, LLC
23 Walker Avenue
Suite 300
Pikesville, Maryland 21208-4004

Ericka Fredricks Johnson
Bayard P.A.
600 N. King St.
Suite 400
Wilmington, DE 19801-3779

Jonathan C. Conway
500 N. Akard Street, Suite 3700
Dallas, TX 75201-3350

KAYNE ANDERSON REAL ESTATE ADVISORS
ONE TOWN CENTER ROAD, SUITE 300
BOCA RATON, FL 33486-1014

KDL DISCOVERY
9023 COLUMBINE RD
EDEN PRAIRIE, MN 55347-4182

KEYBANK N.A.
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1217

KLDISCOVERY ONTRACK, LLC
9023 COLUMBINE ROAD
EDEN PRAIRIE, MN 55347-4182

Karl R. Swartz
300 N. Mead, Suite 200
Wichita, KS 67202-2745

Shanti M. Katona
Lowenstein Sandler LLP
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Clayton D Ketter
Phillips Murrah P.C.
424 NW 10th Street, Suite 300
Oklahoma City, OK 73103-3941

LAKESIDE BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

LAKESIDE BEST LIVING, LLC
9601 E 21ST PL
TULSA, OK 74129-3801

LAKESIDE INVESTORS, LLC
850 NEW BURTON RD 201
DOVER, DE 19904-5786

LEGACY BANK
123 E. CHICAGO AVE.
COLWICH, KS 67030-9703

LOFTS AT NORTH PENN BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

LOFTS AT NORTH PENN BEST LIVING, LLC
15501 N PENNSYLVANIA AVE
EDMOND, OK 73013-2110

LOFTS AT NORTH PENN HOLDINGS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

LOUIS INVESTMENTS LLC
5251 W. 116TH PLACE 200
LEAWOOD, KS 66211-2011

LOUIS-PUTNAM MANAGER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

LS APARTMENT SPONSOR LLC
6400 W 110TH STREET 201
LEAWOOD, KS 66211-1585

LSREF7 BADLANDS LOAN TRUST 2026
919 NORTH MARKET ST SUITE 1600
WILMINGTON, DE 19801-3046

LSREF7 BADLANDS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

LSREF7 Badlands Loan Trust 2026
McAfee & Taft
c/o Kiran A. Phansalkar, Esq.
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7109

LSREF7 Badlands Loan Trust 2026
c/o Kiran Phansalkar, Esq., McAfee & Taf
8th Floor, Two Leadership Square
211 N Robinson Avenue
Oklahoma City, OK 73102-7109

LSREF7 RANGER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Zhao Liu
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801-4939

Lofts at North Penn Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Lofts at North Penn Best Living, LLC
Kevin D. McCullough
901 Main Street, Suite 3200
Dallas, TX 75202-3783

Kelley Gilbert Loud
15 E Fifth St
Ste 3700
Tulsa, OK 74103-4304

Louis Investments LLC
c/o Joyce W. Lindauer
117 S. Dallas Street
Ennis, TX 75119-4744

Louis Investments, LLC
Kevin D. McCullough
901 Main Street, Suite 3200
Dallas, TX 75202-3783

Jonathan Lozano
111 Congress Avenue, Suite 2300
Austin, TX 78701-4061

Jonathan Lozano
Bracewell LLP
111 Congress Ave
Suite 2300
Austin, TX 78701-4061

MANSION WEST APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

MARC KULICK
4920 E 113TH ST
TULSA, OK 74137-7606

MONTGOMERY APARTMENT HOLDINGS, LLC
500 W MAIN ST
OKLAHOMA CITY, OK 73102-2254

MONTGOMERY APARTMENTS HOLDINGS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

MONTGOMERY BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

MUNTAGE BEST LIVING, LLC
3041 NW 41ST ST
OKLAHOMA CITY, OK 73112-6215

MUNTAGE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

MUNTAGE HOLDINGS LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

Kevin S Mann
Cross & Simon LLC
1105 North Market Street Suite 901
Wilmington, DE 19801-1216

Marc Hirschberg
30 N. Gould Street Suite R
Sheridan, WY 82801-6317

Martens Commercial Group, LLC, d/b/a NAI Mar
Karl R. Swartz
300 N. Mead, Suite 200
Wichita, KS 67202-2745

Mayflower Asset Recovery Systems LLC
c/o Lowenstein Sandler LLP
Attn: Christopher A. Ward
Attn: Shanti M. Katona
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Kevin Dale McCullough
Rochelle McCullough PLLC
901 Main St
Suite 3200
Dallas, TX 75202-3783

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19801-3033

Megan McKenna
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Ft. Worth, TX 76102-2837

Heather Pieper McMutry
FBT Gibbons LLP
150 Third Avenue South
Suite 1900
Nashville, TN 37201-2043

John W. Mee III
Mee Hawkins Greenhaw & Cotner PLLP
5025 Gaillardia Corporate Pl
Ste D
Oklahoma City, OK 73142-1892

Jonathan M Miles
Christensen Law Group, P.L.L.C.
The Parkway Building
3401 NW 63rd Street, Suite 600
Oklahoma City, OK 73116-3796

Stephen J. Moriarty
Fellers Snider
100 N. Broadway Ave., Suite 1700
Oklahoma City, OK 73102-8820

NAE CANOPY APARTMENTS, LLC
1209 ORANGE ST
WILMINGTON, DE 19801-1120

NEWMARK (NEWMARK KNIGHT FRANK)
125 PARK AVENUE
NEW YORK, NY 10017-5690

NIX LUMBER, INC.
5117 NW 10TH ST
OKLAHOMA CITY, OK 73127-5795

NORTHBORO QN, LLC
1521 CONCORD PIKE 201
WILMINGTON, DE 19803-3645

NORTHMARQ
3500 AMERICAN BLVD W., SUITE 500
BLOOMINGTON, MN 55431-4435

Lawrence O'Brien
McCarter & English
405 N. King St., 8th Floor
Wilmington, DE 19801-3773

OAT RE HOLDINGS, LLC
100 BEACH DR NE 1900
SAINT PETERSBURG, FL 33701-3970

OKC3 INVESTORS LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

ONE ETON SQUARE LLC
8111 E 60TH ST
TULSA, OK 74145-5037

ONE ETON SQUARE, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

ONE ETON TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

ONE ETON TIC 1, LLC
8111 E 60TH ST
TULSA, OK 74145-5037

OZURA INC.
108 LAKELAND AVE
DOVER, DE 19901-5109

Oklahoma County Treasurer
320 Robert S. Kerr Ave. Room 307
Oklahoma City, OK 73102-3441

Oklahoma Employment Security Commission
PO Box 53039
Oklahoma City, OK 73152-3039

Richard Olmstead
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102-2186

(p)FREDERIC DORWART LAWYERS PLLC
ATTN SAMUEL ORY
124 EAST FOURTH STREET
TULSA OK 74103-5005

P.G. OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

PALM CAPITAL ADVISORS, LLC
116 STRONG BRANCH DRIVE
PONTE VEDRA BEACH, FL 32082-3841

PINNACLE BANK (PINNACLE FINANCIAL PARTNE
21 PLATFORM WAY S, SUITE 2300
NASHVILLE, TN 37203-7878

PREVAIL TRIAL CONSULTANTS
800 N. KING STREET SUITE 201
WILMINGTON, DE 19801-3544

PSC THRIVE, LLC
23 WALKER AVE 300
PIKESVILLE, MD 21208-4004

PUTNAM GREEN TIC INTEREST LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

PUTNAM GREEN TIC INTEREST, LLC
7525 KNIGHT LAKE DR
OKLAHOMA CITY, OK 73132-6009

Morgan L. Patterson
FBT Gibbons LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801-1671

Kiran A. Phansalkar
McAfee & Taft
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7109

Anthony F. Pirraglia
Holland & Knight LLP
811 Main Street
Suite 2500
Houston, TX 77002-4499

Brock Z Pittman
Christensen Law Group
3401 NW 63rd Street Suite 600
Oklahoma City, OK 73116-3796

Mark A. Platt
FBT Gibbons LLP
2101 Cedar Springs Road
Suite 900
Dallas, TX 75201-1867

Mark A. Platt
FBT Gibbons LLP
Rosewood Court
2101 Cedar Springs Road
Suite 900
Dallas, TX 75201-1867

Ross A. Plourde
McAfee & Taft
211 N. Robinson
Two Leadership Square, 8th Floor
Oklahoma City, OK 73102

Property Doctor Services, LLC
500 N. Akard Street, Suite 3700
Dallas, TX 75201-3350

R2 YIELD, LLC
1209 ORANGE ST
WILMINGTON, DE 19801-1120

READY CAPITAL MORTGAGE FINANCING 2023-
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

READY CAPITAL SUBSIDIARY REIT II, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

REGENCY HOLDINGS, LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211-1585

REMINGTON RANCH'S BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

RESTORATION KINGS LLC
8449 SOUTH COLLEGE AVE
TULSA, OK 74137-1451

RIDGE BEST LIVING INVESTORS LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

RIDGE BEST LIVING LLC
3834 N OAK GROVE DR
OKLAHOMA CITY, OK 73110-3505

RIDGE BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

RIVER WALK APARTMENTS HOLDINGS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

RIVER WALK BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

RIVER WALK SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211-1585

RIVERPARK BEST LIVING INVESTORS, LLC
12900 METCALF 140
OVERLAND PARK, KS 66213-3203

RIVERPARK BEST LIVING, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

RIVERPARK BEST LIVING, LLC
7803 S WHEELING AVE
TULSA, OK 74136-8652

RN 2024
Marc Hirschberg
354 Eisenhower Parkway, Suite 2775
Livingston, NJ 07039-1025

RN 2024 Growth Capital LLC
Marc Hirschberg
354 Eisenhower Parkway, #2775
Livingston, NJ 07039-1025

ROBERT MILEY
YSA INVESTMENTS 1, LLC
848 BRICKELL AVENUE, SUITE PH5
MIAMI, FL 33131-2949

RODSTROM LAW PLLC
1712 N VICTORIA PARK ROAD
FORT LAUDERDALE, FL 33305-3408

ROJO CONSTRUCTION COMPANY
6621 LAUREL DR
OKLAHOMA CITY, OK 73162-6743

ROSE LAW FIRM
120 EAST FOURTH STREET
LITTLE ROCK, AR 72201-2893

Rae R. Ra
Lewis Brisbois Bisgaard & Smith LLP
500 Delaware Ave, Wilmington, DE 19801,
Suite 700
WILMINGTON, DE 19801-1490

Rasa Floors and Carpet Cleaning LLC
Reynolds Ridings Vogt and Robertson PLLC
101 Park Avenue Suite 1010
Oklahoma City OK 73102-7251

Rasa Floors and Carpet Cleaning, LLC
3500 Maple Avenue
1220
Dallas, TX 75219-3906

Craig M Regens
Crowe & Dunlevy
324 North Robinson Ave
Ste 100
Oklahoma City, OK 73102-6417

Remington Ranch's Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Remington Ranch's Best Living, LLC
Kevin D. McCullough
901 Main Street, Suite 3200
Dallas, TX 75202-3783

Reynaldo Diaz
500 N. Akard Street, Suite 3700
Dallas, TX 75201-3350

Barry G. Reynolds
Titus Hillis Reynolds Love
15 E. Fifth St.
Suite 3700
Tulsa, OK 74103-4304

Robert E. Richards
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6404

Ridge Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Ridge Best Living, LLC
Kevin D. McCullough
901 Main Street, Suite 3200
Dallas, TX 75202-3783

River Walk Best Living, LLC
c/o Craig M. Regens
Crowe Dunlevy
a Professional Corporation
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102-6417

Colin R. Robinson
Landis Rath & Cobb LLP
919 North Market Street
Ste 15th Floor
Wilmington, DE 19801-3033

Elizabeth A. Rogers
Landis Rath & Cobb LLP
919 N. Market Street
Suite #1800
Wilmington, DE 19801-3033

SALEM WEST APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 898
DOVER, DE 19903-0898

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549-2000

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-5520

SEMINOLE RIDGE APARTMENTS HOLDINGS LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211-1585

SEMINOLE RIDGE SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211-1585

SG CAPITAL PARTNERS LLC
750 WASHINGTON BOULEVARD, SUITE 1050
STAMFORD, CT 06901-3722

SHORELINE'S BEST LIVING LLC
STRIDE BANK, N.A.
324 W. BROADWAY AVE.
ENID, OK 73701-3838

SHORELINE'S BEST LIVING, LLC
9601 E 21ST
TULSA, OK 74129-3801

SHORELINES BEST LIVING INVESTORS, LLC
8 THE GREEN B
DOVER, DE 19901-3618

SPRINGDALE VILLAGE S BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

SPRINGDALE VILLAGE TIC 1 LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

SPRINGDALE VILLAGE TIC 2, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

SPRINGDALE VILLAGE TIC 3, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

SPRINGDALE VILLAGE'S BEST LIVING, LLC
4330 S BARNES AVE
OKLAHOMA CITY, OK 73119-3557

STERN & EISENBERG, PC
1581 MAIN STREET SUITE 200
WARRINGTON, PA 18976-3403

STRIDE BANK, N.A.
324 W. BROADWAY AVE.
ENID, OK 73701-3838

SUMMER OAKS BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

SUMMER OAKS BEST LIVING, LLC
5744 NW 16TH ST
OKLAHOMA CITY, OK 73127-6942

Jason A Sansone
Phillips Murrah P.C.
424 NW 10th Street, Suite 300
Oklahoma City, OK 73103-3941

Saperean Capital IV TB Note Lender KD4, LLC
McAfee & Taft
c/o Preston Sullivan
8th Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, OK 73102-7109

Saperean Capital IV TB Note Lender KD4, LLC
c/o Kiran Phansalkar, Esq., McAfee & Taf
8th Floor, Two Leadership Square
211 N Robinson Avenue
Oklahoma City, OK 73102-7109

Chris M. Scaperlanda
McAfee & Taft A Professional Corporation
211 N. Robinson
Two Leadership Square, 8th Floor
Oklahoma City, OK 73102

Christopher Scaperlanda
McAfee & Taft
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7109

Michael Schuster
Polsinelli PC
1401 Lawrence Street
Suite 2300
Denver, CO 80202-2498

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549-2001

Securities & Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-5520

Daniel J. Sherman
Sherman & Yaquinto LLP
509 N Montclair Ave
Dallas, TX 75208-5450

Samantha Siengien
Dentons US, LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6404

Silver Hill Capital, LLC
c/o FBT Gibbons LLP
Attn: Mark A. Platt
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201-1867

Christopher Page Simon
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801-1216

Gatlin Cy Squires
McAfee & Taft, A Professional Corporatio
8th Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102-7109

Spencer K. Strickland
Christensen Law Group, P.L.L.C.
3401 NW 63rd Street
Suite 600
Okc, OK 73116-3796

Preston Sullivan I
McAfee & Taft
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7109

William D. Sullivan
Sullivan Nimeroff Brown Hill LLC
919 N. Market Street
Suite 420
Wilmington, DE 19801-3014

Leif Swedlow
Rubenstein & Pitts, PLLC
1503 East 19th St.
Edmond, OK 73013-6618

TEN SEVEN SECURITY
4870 S LEWIS AVE # 207
TULSA, OK 74105-5153

TERM FUND III MRA SELLER LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

THE BANCORP BANK, N.A.
409 SILVERSIDE ROAD, SUITE 105
WILMINGTON, DE 19809-1771

THRIVE ARGENTA OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

THRIVE REALESTATE, LLC
SEMINOLE RIDGE SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211-1585

TRANSPARENT COLLABORATION, LLC
6600 COLLEGE BLVD 310
OVERLAND PARK, KS 66211-1522

TRDWIND CAPITOL, LLC
1999 BRYAN ST 900
DALLAS, TX 75201-3140

TRDWIND CAPITOL, LLC
215 NE 28TH ST
OKLAHOMA CITY, OK 73105-2840

TRES PALM SUPPLY, LLC
D/B/A MAINTENANCE SUPPLY SOLUTIONS
3710 RAWLINS ST SUITE 1420
DALLAS, TX 75219-4296

TU PROPERTIES, LLC
511 OAK ST
KANSAS CITY, MO 64106-1160

TUSCANY VILLAGE BEST LIVING LLC
6900 LONDON WAY
OKLAHOMA CITY, OK 73132-5822

TUSCANY VILLAGE BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

TUSCANY VILLAGE HOLDINGS, LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211-1585

TUSCANY VILLAGE SPONSOR LLC
6400 W 110TH STREET 201
OVERLAND PARK, KS 66211-1585

Matthew O Talmo
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Joel E. Tasca
GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, NV 89135-1557

Jeffrey E Tate
DOJ-Ust
215 Dean A. McGee
Room 408
Oklahoma City, OK 73102-3423

Term Fund B IV MRA Seller LLC
c/o Shelter Growth Capital Partners LLC
ATTN: Max Bleiler and Ryan Lebrecht
750 Washington Blvd., Ste. 1050
Stamford, CT 06901-3722

Term Fund III MRA Seller LLC
Term Fund B IV MRA Seller LLC
William H Hoch
324 N Robinson Ave Ste 100
Oklahoma City OK 73102-6417

Term Fund III MRA Seller LLC
c/o Shelter Growth Capital Partners, LLC
ATTN: Max Bleiler and Ryan Lebrecht
750 Washington Blvd., Ste. 1050
Stamford, CT 06901-3722

The Bancorp Bank, National Association
c/o Kiran Phansalkar, Esq. McAfee & Taft
8th Floor, Two Leadership Square
211 N Robinson Avenue
Oklahoma City, OK 73102-7109

Shannon Thomas
Rochelle McCullough PLLC
901 Main St
Suite 3200
Dallas, TX 75202-3783

Shannon S Thomas
Rochelle McCullough PLLC
901 Main Street Suite 3200
Dallas TX 75202-3783

Thrive Jenks Investors LLC
Marc Hirschberg
30 N. Gould Street Suite R
Sheridan, WY 82801-6317

Toval Ventures, LLC
c/o Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102-2837

Toval Ventures, LLC
1065 SW 8th St., Num 1010
Miami, FL 33130-3601

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

John Alex Upperman
3905 Homestead Ct.
Prairie Village, KS 66208-1554

VESTA CLASSEN, LLC
251 LITTLE FALLS DR
WILMINGTON, DE 19808-1674

VESTA COPPERFIELD, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

VESTA FAIRFAX, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

VESTA HOLDINGS, LLC
6911 S. 66TH E AVE. 100
TULSA, OK 74133

VESTA-SEMINOLE RIDGE LLC
125 W I-240 SERV. RD.
OKLAHOMA CITY, OK 73139-7833

VESTA-SEMINOLE RIDGE LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

VILLAS AT MIDTOWN BEST LIVING LLC
2001 E SKELLY DR
TULSA, OK 74105-5915

VILLAS AT MIDTOWN BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Christopher Viceconte
FBT Gibbons LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801-1671

Ashley F. Vinson
Titus Hillis Reynolds Love
15 East 5th Street
Suite 3700
Tulsa, OK 74103-4304

W.M. BEST LIVING OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

W.M. TIC 1 OWNER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

W.O. HOLDING CO., LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

W.O. SOLE MEMBER LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

WALDON LAKES ACQUISITION, LLC
370 E MAPLE 200
BIRMINGHAM, MI 48009-6303

WALDON LAKES MANAGER INC.
370 E MAPLE 200
BIRMINGHAM, MI 48009-6303

WEDGEWOOD APARTMENTS ACQUISITION, LLC
300 CREEK VIEW RD 209
NEWARK, DE 19711-8548

WEIR LLP
THE WIDENER BUILDING
1339 CHESTNUT STREET SUITE 500
PHILADELPHIA, PA 19107-3503

WELLS FARGO BANK, N.A.
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104-1298

WESTLAKE HARDWARE INC.
14000 MARSHALL DRIVE
LENEXA, KS 66215-1221

WILDWOOD ASSETS, LLC
VESTA CLASSEN LLC
2200 N CLASSEN BLVD
OKLAHOMA CITY, OK 73106-5800

WOODLAND MANOR TIC 1, LLC
8641 E 61ST ST
TULSA, OK 74133-1302

WOODLAND MANOR TIC 1, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

WOODLAND MANOR'S BEST LIVING, LLC
8641 E 61ST ST
TULSA, OK 74133-1302

WOODLAND MANOR'S BEST LIVING, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

WOODLAND OAKS BEST LIVING LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

WOODLAND OAKS BEST LIVING, LLC
7142 S 92ND E AVE
TULSA, OK 74133-5310

WOODLAND OAKS INVESTORS, LLC
7142 S 92ND E AVE
TULSA, OK 74133-5310

WOODLAND OAKS INVESTORS, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

WOODSCAPE SOLE MEMBER, LLC
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801-1196

Christopher A. Ward
Lowenstein Sandler LLP
1000 N. West St.
Suite 1200
Wilmington, DE 19801-1058

Dante Wen
Kilpatrick Townsend & Stockton LLP
320 S. Canal Street
Ste 4500
Chicago, IL 60606-5707

Westlake Hardware, Inc.
Christopher W Cotner
PO Box 1375
Oklahoma City OK 73101-1375

Williamsport KD Holdings LLC
430 N. Gould Street Suite R
Sheridan, WY 82801
430 N. Gould Street Suite R, WY 82801

Jolene M. Wise
Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908

Woodland Manor Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Woodland Manor Best Living, LLC
Kevin D. McCullough
901 Main Street, Suite 3200
Dallas, TX 75202-3783

Woodland Manor TIC 1, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Woodland Manor TIC 1, LLC
Kevin D. McCullough
901 Main Street, Suite 3200
Dallas, TX 75202-3783

Woodland Oaks Best Living, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

Woodland Oaks Investors, LLC
c/o Joyce W. Lindauer
Lindauer & Vaughn
117 S. Dallas Street
Ennis, TX 75119-4744

YSA INVESTMENTS 1, LLC
848 BRICKELL AVENUE
SUITE PH5
MIAMI, FL 33131-2949

Yamato OKC Lender LLC
1815 Central Park Drive
Suite 110 PMB 261
Steamboat Springs, CO 80487-8886

Megan Young-John
Porter Hedges LLP
1000 Main St.
Ste 36th Floor
Houston, TX 77002-6341

Megan Young-John
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002-6341

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FEDERAL NATIONAL MORTGAGE ASSOCIATION
1100 15TH ST NW
WASHINGTON, DC 20005

(d)FEDERAL NATIONAL MORTGAGE ASSOCIATION
1100 15TH ST. NW
WASHINGTON, DC 20005

Samuel Ory
Frederic Dorwart, Lawyers PLLC
124 E 4th Street
Tulsa, OK 74103

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Berkadia Commercial Mortgage LLC
Troutman Pepper Locke LLP
Attn: Matthew R. Brooks
875 Third Avenue
New York, NY 10022

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)A-V Lofts Owner LLC

(u)ACRE Q018 Retention Holder, LLC

(u)Auerbach Opportunity Fund 1, LP

(u)Auerbach Opportunity Fund 1, LP, Auerbach

(u)Auerbach Opportunity Fund III, LP

(u)Auerbach Opportunity Fund IV, LP

(u)Berkadia Commercial Mortgage LLC

(u)Bryan Hill Apartments

(u)CREO QRS NP LLC

(u)CREO QRS VC LLC

(u)Computershare Trust Company, N.A.

(d)Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904-2464

(u)Drexel Flats Acquisition LLC

(u)Rebecca Fowler

(u)GableGotwals

(u)General Holdings, LLC

(u)Green Gardens General Contractor, LLC

(u)Green Gardens General Contractors LLC

(u)Richard R (Dick) Horton

(d)Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

(u)Kingsbury OKC Lender, LLC

(u)Kulick Manager, LLC

(u)Louis Investments LLC

(u)Mica Creek Capital, LLC

(u)Michael E. Deeba, P.L.L.C.

(u)Muntage Best Living, LLC

(u)PSC Thrive, LLC

(u)Putnam Green TIC Interest, LLC

(u)Rasa Floors and Carpet Cleaning LLC
PO Box 110067
Carrollton T

(u)River Walk Best Living, LLC

(d)Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903-0898

(u)Silver Hill Capital, LLC

(u)Springdale Village Apartments

(u)Stride Bank

(u)Summer Oaks Apartments

(u)Term Fund III MRA Seller LLC and Term Fund

(u)The Bancorp Bank, N.A.

(u)Tuscany Village Apartments

(d)Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

(u)Westlake Hardware, Inc.

(d)YSA Investments 1, LLC
848 Brickell Avenue
Suite PH5
Miami, FL 33131-2949

(u)Yamato OKC Lender LLC

(u)Yamato OKC Lender LLC and Kingsbury OKC Le

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 395 |
| Bypassed recipients | 43 |
| Total | 438 |