# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>YSA INVESTMENTS 1, LLC,<br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

## UNOPPOSED APPLICATION FOR AN ORDER EXTENDING DEADLINES FOR THE SEPTEMBER AND OCTOBER MONTHLY OPERATING REPORT

Michael E. Deeba, the Chapter 11 Trustee in the referenced chapter 11 bankruptcy proceeding (the "Trustee"), files this Agreed Application for an Order Extending Deadlines for the Monthly Operating Reports for September and October, and respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

2. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

## FACTUAL BACKGROUND

3. On July 28, 2026, YSA Investments 1, LLC, filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

4. Trustee has been appointed as the Chapter 11 Trustee in this case.

5. Accountants Lain Faulkner & Co., P.C. have been retained by the Trustee to assist with preparation of the Monthly Operating Reports and the Order Granting Trustee's Application to Employ Accountants Lain Faulkner & Co., P.C., Effective October 8, 2026, was entered on November 18, 2026. The accountants will be preparing themselves to assist with the preparation of Monthly Operating Reports.

**RELIEF REQUESTED**

6. Presently, the deadline to file the Monthly Operating Reports for September and October 2026 is November 21, 2026.

7. Trustee requests a 30-day extension of the deadline to file the reports, through and including December 21, 2026.

8. Good cause exists for this extension. The Trustee, who was appointed on October 8, 2026, needs additional time to gather financial records, review the debtors' books and records, coordinate and review with accountants Lain Faulkner & Co., P.C., and prepare a complete and accurate report.

9. This is the second application for extension regarding the September report and the first request for extension regarding the October report.

10. Counsel for the Trustee has contacted Jeffrey E. Tate of the United States Trustee's Office regarding the requested extension and is authorized to represent that he has no objection.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order extending the deadline to file the Monthly Operating Reports for September and October 2026 by 30 days, to and including December 21, 2026, and for such other and further relief as this Court deems just and proper.

Respectfully Submitted,
CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*

J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Proposed Counsel for Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2026, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on all parties who receive notice via the Court's ECF notification system.

*/s/ J. Clay Christensen*
J. Clay Christensen