**Dated: November 20, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER GRANTING UNOPPOSED APPLICATION FOR AN ORDER EXTENDING DEADLINES FOR THE SEPTEMBER AND OCTOBER MONTHLY OPERATING REPORTS [DOC. 633]**

This matter comes on for consideration based on the *Unopposed Application for an Order Extending Deadlines for the September and October Monthly Operating Reports* [Docket No. 633] (the “Application”) filed by Trustee, Michael E. Deeba (the “Trustee”). The Court has jurisdiction to consider the Application, has considered the evidence and arguments regarding the Application, and for good cause, finds that the relief requested in the Application is necessary.

IT IS HEREBY ORDERED THAT:

The Application is GRANTED. The deadline to file the September and October Monthly Operating Reports is extended to December 21, 2026. The Trustee shall notify all interested parties of this Order. Findings of fact are based upon representation of counsel.

IT IS SO ORDERED.

# # #

APPROVED:

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ J. Clay Christensen*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Counsel for Trustee*