**Dated: November 24, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 26-12825-SAH** |
| | § | |
| **727 LOFTS BEST LIVING, LLC**[1] | § | **Jointly Administered** |
| | § | |
| **Debtors.** | § | **Chapter 11** |
| | § | |
| **-------------------------------------------------------** | § | |
| | § | |
| **YSA INVESTMENTS 1, LLC** | § | **Case No. 26-12806** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

[1] The jointly administered debtors and their respective case numbers are as follows: 727 Lofts Best Living, LLC, Case No. 26-12825-SAH; 727 Lofts Holdings, LLC, Case No. 26-12826-SAH; Remington Ranch's Best Living, LLC, Case No. 26-12842-SAH; Lofts at North Penn Best Living, LLC, Case No. 26-12844-SAH; A-V Village Creek Owner, LLC, Case No. 26-12846-SAH; Barcelona Best Living, LLC, Case No. 26-12850-SAH; Louis Investments, LLC, Case No. 26-12851-SAH; Woodland Manor Best Living, LLC, Case No. 26-12858-SAH; Woodland Manor TIC 1, LLC, Case No. 26-12859-SAH; and Ridge Best Living, LLC, Case No. 26-12869-SAH.

The jointly administered bankruptcy case, *In re 727 Lofts Best Living, LLC*, Bankr. No. 26-12825-SAH shall be referred to herein as the "727 Bankruptcy Case," while the bankruptcy case of *In re YSA Investments 1, LLC* shall be referred to as the "YSA Bankruptcy Case."

**ORDER APPROVING TRUSTEES' JOINT AMENDED APPLICATION TO EMPLOY PROPERTY MANAGERS AND ASSET MANAGERS**

THIS MATTER came before the Court on the *Trustees' Joint Amended Application to Employ Property Managers and Asset Managers* [Dkt. No. 311, 727 Bankruptcy Case; Dkt. No. 567, YSA Bankruptcy Case] (the "Amended Applications")[2], as supplemented by the *Supplement to Trustees' Joint Amended Application to Employ Property Managers and Asset Managers* filed November 10, 2026 [Dkt. No. 345, 727 Bankruptcy Case; Dkt. No. 592, YSA Bankruptcy Case] (the "First Supplement") and the *Second Supplement to Trustees' Joint Amended Application to Employ Property Managers and Asset Managers* filed on November 11, 2026 [Dkt. No. 347, 727 Bankruptcy Case; Dkt. No. 593, YSA Bankruptcy Case] (the "Second Supplement" and together with the First Supplement, the "Supplements"), filed by Daniel J. Sherman ("Trustee Sherman"), Chapter 11 Trustee for the jointly administered debtors in the 727 Bankruptcy Case, and Michael E. Deeba ("Trustee Deeba," and together with Trustee Sherman, the "Trustees"), Chapter 11 Trustee for YSA Investments 1, LLC ("YSA"), in the YSA Bankruptcy Case.

For the reasons stated on the record at the hearing held on November 12, 2026 (the "Hearing), the Court, having reviewed the Amended Applications, the Supplements, the declarations of the Professionals (as defined herein) submitted in support thereof, and all responses and objections, if any, having been withdrawn or resolved;[3] having found that due and proper

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Amended Applications, as supplemented by the Supplements.

[3] The original Applications (to employ PEC Multifamily, LLC as Property Manager) filed in the 727 Bankruptcy Case at Dkt. Nos. 202, 203, 204 and 205 were objected to by the respective Debtors (Barcelona Best Living, LLC, Dkt. No. 210; Lofts at North Penn Best Living, LLC, Dkt. No. 211; AV Village Creek Owner, LLC, Dkt. No. 212; and Remington Ranch's Best Living, LLC, Dkt. No. 213), as well as Auerbach Opportunity Fund, LP, see Dkt. Nos. 244, 252 and 261. Subsequent to the filing of the Amended Applications, each of the objections was withdrawn on November 5, 2026. *See* Dkt. Nos. 312, 313, 315, 316, 317, 318 and 319 (727 Bankruptcy Case). The Debtor's original Application to Employ Capital Assets, Inc. as Property Manager at Dkt. No. 283 in the YSA Case was objected to by

notice of the Amended Applications and the Supplements was provided on November 4, 2026 and November 11, 2026, respectively;[4] having considered the arguments and statements of counsel at the hearing held on November 12, 2026; having found that the employment of each Professional is necessary and in the best interests of the respective bankruptcy estates; having found that each Professional is a "disinterested person" as that term is defined under applicable provisions of the Bankruptcy Code and does not hold or represent any interest adverse to the respective bankruptcy estates; and having found that good cause exists for the relief granted herein;

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Amended Applications, as supplemented by the Supplements, are **APPROVED** as set forth herein, based on the Trustees' business judgment. Such approval does not constitute approval or adoption of any factual statement or characterization contained in the Amended Applications or the Supplements.

2. Trustee Sherman and Trustee Deeba are each authorized to employ and retain the following professionals (together with Friedmann and Asset Living (each as defined below), collectively, the "Professionals") in their respective capacities as property managers or asset managers for the bankruptcy estates, pursuant to the terms and conditions set forth in the applicable Employment Agreements:

i. Capital Assets, Inc. ("Capital Assets"), as property manager, pursuant to the Residential Management Agreement (the "Capital Assets Property Management Agreement"), attached as Exhibit B-1 to the Amended Applications;

ii. PEC Multifamily, LLC ("Price Edwards"), as property manager, pursuant to the Multifamily Property Management Agreements (the "Price Edwards Property

---

Yamato OKC Lender, LLC at Dkt. No. 356 in the YSA Case. Dkt. No. 283 was superseded by the relief sought in the Amended Applications and Supplements.

There were no objections filed to the Amended Applications or Supplements.

[4] *See* Dkt. Nos. 377, 345 and 347 (727 Bankruptcy Case); Dkt. Nos. 567, 592 and 593 (YSA Bankruptcy Case).

Management Agreements"), attached as Exhibits B-2 through B-11 to the Amended Applications;

iii. Jim Parrack ("Parrack"), as asset manager, pursuant to the Real Estate Consulting and Advisory Services Agreement (the "Parrack Asset Management Agreement"), attached as Exhibit B-12 to the Amended Applications; and

iv. Hilco Real Estate, LLC ("Hilco"), as asset manager, pursuant to the Real Estate Consulting and Advisory Services Agreement (the "Hilco Asset Management Agreement"), attached as Exhibit B-13 to the Amended Applications.[5]

3. The Trustees are further authorized to employ Friedman Real Estate Management OK MF LLC (or an affiliate thereof) ("Friedmann") and Asset Living Midwest, LLC (or an affiliate thereof) ("Asset Living") pursuant to the terms of their proposed Employment Agreements. The Trustees shall file further supplements to the Amended Applications to attach the proposed Employment Agreements with Friedman Real Estate Management OK MF LLC (or an affiliate thereof) (the "Friedmann Employment Agreement") and Asset Living Midwest, LLC (or an affiliate thereof) (the "Asset Living Employment Agreement") as Exhibits thereto, upon finalizing negotiations of the terms thereof.

4. Each Professional is authorized to render services to the Trustees as described in the applicable Employment Agreement and the Amended Applications.

5. Each Professional shall be compensated and reimbursed for expenses in accordance with the terms and conditions set forth in the applicable Employment Agreement, subject to further Order of this Court and the applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

[5] The Second Supplement incorrectly references the Hilco Asset Management Agreement as Exhibit B-12, when in fact it is intended to be B-13.

6. The Trustees are authorized to execute any and all documents and agreements and perform any acts necessary to effectuate the retention of each Professional in accordance with this Order and the applicable Employment Agreement.

7. Each Professional shall promptly supplement its disclosure of connections if any additional connections or disqualifying circumstances arise or are discovered after the date of this Order.

8. Nothing in this Order determines, or constitutes a finding or admission regarding, the ownership of or any interest in any real property, rents, deposits, accounts, or other proceeds, or the-equity of any Debtor or any non-debtor entity.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

11. The Trustee of each respective bankruptcy estate shall notify all interested parties of this Order.

**IN ADDITION, AS STIPULATED BY THE PARTIES AT THE HEARING AND UPON APPROVAL BY THE COURT OF THIS ORDER, IT IS SO ORDERED AS FOLLOWS:**

1. The Friedmann Employment Agreement and the Asset Living Employment Agreement shall become effective two (2) business days after the filing of any supplement to the Amended Applications attaching those documents as Exhibits thereto.

2. The Trustees shall provide any current property or asset manager 24-hours notice before replacing it with a new property or asset manager.

# # #

Respectfully submitted by agreement,

*/s/ Nicholas K. Gurguis*
Daniel J. Sherman
TX State Bar No. 18241000 (*Admitted Pro Hac*)
Nicholas K. Gurguis
TX State Bar No. 24106036
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Ave.
Dallas, TX 75208-5450
Telephone: (214) 942-5502
Facsimile: (214) 946-7601
Email: djsherman@syllp.com; nick@syllp.com

Kevin D. McCullough
TX State Bar No. 00788005 (*Admitted Pro Hac*)
Shannon S. Thomas
TX State Bar No. 24088442 (*Admitted Pro Hac*)
ROCHELLE MCCULLOUGH PLLC
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
Email: kdm@romclaw.com;
sthomas@romclaw.com

***Co-General Counsel for Daniel J. Sherman, Chapter 11 Trustee***

/s/ *J. Clay Christensen*
J. Clay Christensen (OBA # 11789)
Jonathan M. Miles (OBA # 31152)
Brock Z. Pittman (OBA # 32853)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone (405) 232-2020
Facsimile (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com

***Proposed Counsel for Trustee Michael E. Deeba***

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

/s/ *Jeffrey E. Tate*
Marjorie J. Creasey, OBA #17819
Jeffrey E. Tate, OBA #17150
OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(202) 603-5228 | (405) 231-5958 [fax]
Marjorie.Creasey@usdoj.gov
Jeff.Tate@usdoj.gov

FBT Gibbons LLP

/s/ *Mark A. Platt*
Mark A. Platt (admitted *pro hac vice*)
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
mplatt@fbtgibbons.com

-and-

Heather Pieper McMutry (admitted *pro hac vice*)
150 3rd Avenue South Suite 1900
Nashville, TN 37201
Tel: (615) 251-5590
Fax: (615) 251-5551
E-mail: hmcmutry@fbtgibbons.com

-and-

Ross A. Plourde, OBA #7193
MCAFEE & TAFT A PROFESSIONAL CORPORATION
8th Floor South, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405/235-9621; 405/235-0439 (FAX)
ross.plourde@mcafeetaft.com

***Counsel for CREO QRS VC LLC, CREO QRS NP LLC, and SILVER HILL CAPITAL, LLC***