**Dated: November 24, 2026**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>YSA INVESTMENTS 1, LLC,<br><br>Debtor. | Case No. 26-12806-SAH<br>Chapter 11 |

**ORDER GRANTING TRUSTEE'S APPLICATION FOR ENTRY OF AN ORDER SHORTENING THE NOTICE AND RESPONSE TIME TO OBJECT TO TRUSTEE'S LIMITED MOTION FOR BRIDGE AUTHORITY TO USE CASH COLLATERAL FOR REPAIR COSTS, ADVERTISING AND MAKE-READY EXPENSES AND REQUEST FOR EXPEDITED HEARING**
**[Related to Docket No. 636]**

This matter came before the court on the Trustee's *Application for Entry of an Order Shortening the Notice and Response Time to Object to Trustee's Limited Motion for Bridge Authority to Use Cash Collateral for Repair Costs, Advertising and Make-Ready Expenses and Request for Expedited Hearing* [Dkt. # 636] (the "Application") of Michael E. Deeba, the duly appointed Chapter 11 trustee (the "Trustee") for the bankruptcy estate of YSA Investments 1, LLC (the "Debtor") seeking an order shortening the notice and response time, pursuant to Local Rule

9006-1 of the Local Rules of the Western District of Oklahoma, United States Bankruptcy Court, in which interested parties may object to *Trustee's Limited Motion for Bridge Authority to Use Cash Collateral for Repair Costs, Advertising and Make-Ready Expenses* (the "Limited Motion for Bridge Authority"). Upon review of the Application, the Court determines that, for good cause shown, the Application should be granted.

**IT IS HEREBY ORDERED THAT**:

1. The Application is granted.

2. Any objections or responses to the Limited Motion for Bridge Authority must be filed by Wednesday, December 2, 2026, at 12:00 PM Prevailing Central Time (i.e., noon).

3. An expedited hearing is hereby set on the Limited Motion for Bridge Authority for Thursday, December 3, 2026, at 10:00 A.M. Prevailing Central Time to be conducted by video via Microsoft Teams.

4. The Trustee shall notify all interested parties of this Order. Findings of facts are based upon representations from counsel.

IT IS SO ORDERED.

###

APPROVED:

CHRISTENSEN LAW GROUP, P.L.L.C.

*/s/ Brock Z. Pittman*
J. Clay Christensen (OBA #11789)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Spencer K. Strickland (OBA #36272)
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Spencer@christensenlawgroup.com
*Counsel for Trustee, Michael E. Deeba*