# Exhibit 1

Limited Leasing Budget
Estimated Monthly Expenses

| | 23 East | Lakeside Place | RiverPark at Kensington | One Eton Square | Villas at Midtown | Shoreline |
|---|---|---|---|---|---|---|
| Make-ready Maintenance Turn Cost Expenses | $ 4,900 | $ 4,000 | $ 4,800 | $ 5,750 | $ 5,600 | $ 6,400 |
| May include, but are not limited to: | | | | | | |
| Paint- Labor | | | | | | |
| Paint- Supplies | | | | | | |
| Housekeeping- Labor | | | | | | |
| Housekeeping- Supplies | | | | | | |
| Locks and Keys | | | | | | |
| Glass and Screens | | | | | | |
| Approved Unit Turn Amount | | | | | | |
| Make Ready Repair and Replacement (Average for 5 units Monthly) | $ 17,500 | $ 15,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| May include, but are not limited to: | | | | | | |
| Carpet and Tile | | | | | | |
| Appliances | | | | | | |
| Fire Alarm System | | | | | | |
| HVAC | | | | | | |
| Electrical | | | | | | |
| Plumbing | | | | | | |
| Advertising and Marketing Expenses | $ 2,150 | $ 2,150 | $ 2,150 | $ 2,150 | $ 2,150 | $ 2,150 |
| May include, but are not limited to: | | | | | | |
| Apts.com | | | | | | |
| Google Keywords | | | | | | |
| Web Hosting | | | | | | |
| Social Media and Reputation Mgmt. | | | | | | |