# EXHIBIT 1

**Christensen, J. Clay**

**From:** Marc Kulick <marc@vestarealproperty.com>
**Sent:** Tuesday, November 24, 2026 3:22 PM
**To:** Joyce Lindauer; Christensen, J. Clay; Mike Deeba; Kevin McCullough
**Subject:** Fwd: Vesta Properties - OKC

Hey all just got the below email from Jim.

I am still confused over the "Silver Hill" properties. As you know we posted the receiver bond and appealed. I remain confused about how or where the authority lies to come back from the lifted stay and then assert control over management.

---------- Forwarded message ---------
From: **Jim Parrack** <jparrack@creekpe.com>
Date: Tue, Nov 24, 2026 at 4:12 PM
Subject: Vesta Properties - OKC
To: Marc Kulick <marc@vestarealproperty.com>, Misty Maxwell <mmaxwell@vestarealproperty.com>
Cc: Leach, Lauren <lleach@hilcoglobal.com>, joyce@joycelindauer.com <joyce@joycelindauer.com>

Marc & Misty, the order approving the employment of property & asset managers over the Vesta properties has been signed by Judge Hall. It requires 24-hour notice prior to the property manager taking over; below will be the takeover schedule for the following properties:

Monday, November 30, 2026

Woodscape - 9:30 am
Tuscany Village - 9:30 am
Capitol on 28th - 11 am
Bryan Hill - 11 am
Summer Oaks - 1 pm
Springdale Village - 2 pm

Also, effective on the morning of the 30th, please turn off the tenant portal for each property and send us a current rent roll and AR report.

Thanks. Jim

**Jim Parrack**
Chief Operating Officer
**Office:** (405) 239-1217
**Mobile:** (405) 812-3166
**Email:** jparrack@creekpe.com

CREEK
PRICE EDWARDS

creekcre.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. This message is not intended as legal or tax advice and should not be relied upon as such.

**IMPORTANT FRAUD NOTICE:** Never trust wiring instructions sent via email, text message, or other electronic communications. Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. ALWAYS independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. NEVER send money by wire or otherwise without double-checking that the wiring or transmittal instructions are correct. Creek Price Edwards disclaims all liability associated with the unlawful acts or conduct of others.

If you receive a suspicious call, text, or email from someone claiming to be associated with Creek Price Edwards, do not respond. DO NOT click links or open/download attachments. Instead, promptly notify Creek Price Edwards, forward it to abuse@priceedwards.com, then DELETE IT.

--

Marc Kulick, *CEO*

6911 S 66th E Ave., Ste. 100
Tulsa, OK 74133
(913) 277-9535
marc@vestarealproperty.com