# Exhibit 1

Capital Assets outstanding cash advances and management fees as of October 31, 2026:

| **Property** | | **Management Fees** | | **Advances** | **Payroll Advances** | **Total Advances** |
|---|---|---|---|---|---|---|
| 23 East Apartments | | $ 18,000 | | $ 22,662 | $ 15,000 | $ 37,662 |
| Lakeside Place Apartments | | 18,000 | | 19,834 | 2,595 | 22,429 |
| One Eton Square | | 22,579 | | 24,362 | 31,396 | 55,758 |
| Riverpark at Kensington | | 22,500 | | 26,934 | 26,260 | 53,193 |
| Shoreline Apartments | | 22,500 | | 23,948 | 10,301 | 34,249 |
| The Villas at Midtown | | 22,500 | | 19,781 | 16,709 | 36,490 |

In re YSA Investments 1, LLC

Draft - For Discussion Purposes Only
Subject to Revision

Schedule of Payrolls Incurred Paid by Capital Assets

| | 23 East Apartments | Lakeside Place Apartments | One Eton Square | Riverpark at Kensington | Shoreline Apartments | The Villas at Midtown |
|---|---|---|---|---|---|---|
| **1ST AUGUST 2026 PAYROLL** | | | | | | |
| On-Site Employees | - | 1 | 2 | - | 1 | 1 |
| Other Employees | - | - | - | - | - | - |
| Gross Wages - On Site Employees | $ - | $ 700.49 | $ 6,003.98 | $ - | $ 2,334.96 | $ 1,812.80 |
| Gross Wages - Other | - | - | - | - | - | - |
| On Site Employee Reimbursements | - | - | - | - | - | - |
| Corporate Employee Reimbursements - Mileage | - | - | - | - | - | - |
| Payroll Taxes | - | 154.11 | 1,320.88 | | 513.69 | 398.82 |
| **Total Paid by Capital Assets** | **$ -** | **$ 854.60** | **$ 7,324.86** | **$ -** | **$ 2,848.65** | **$ 2,211.62** |
| **2ND AUGUST 2026 PAYROLL** | | | | | | |
| On-Site Employees | 3 | 1 | 4 | 7 | 2 | 3 |
| Other Employees | - | - | - | - | - | - |
| Gross Wages - On Site Employees | $ 6,783.42 | $ 692.31 | $ 10,584.55 | $ 10,508.58 | $ 4,449.16 | $ 4,179.80 |
| Gross Wages - Other | - | - | - | - | - | - |
| On Site Employee Reimbursements | 47.84 | | 47.84 | | | 40.00 |
| Corporate Employee Reimbursements - Mileage | 42.00 | 42.00 | 42.00 | 62.16 | 42.00 | 57.36 |
| Payroll Taxes | 1,512.12 | 161.55 | 2,348.37 | 2,325.56 | 988.06 | 940.98 |
| **Total Paid by Capital Assets** | **$ 8,385.38** | **$ 895.86** | **$ 13,022.76** | **$ 12,896.30** | **$ 5,479.22** | **$ 5,218.14** |
| **1ST SEPTEMBER 2026 PAYROLL** | | | | | | |
| On-Site Employees | 3 | 1 | 5 | 6 | 1 | 4 |
| Other Employees | - | - | - | - | - | - |
| Gross Wages - On Site Employees | $ 5,422.11 | $ 692.31 | $ 9,056.22 | $ 10,912.48 | $ 1,615.39 | $ 7,567.30 |
| Gross Wages - Other | - | - | - | - | - | - |
| On Site Employee Reimbursements | | | | | | |
| Corporate Employee Reimbursements - Mileage | - | - | - | 30.24 | - | 30.24 |
| Payroll Taxes | 1,192.86 | 152.31 | 1,992.37 | 2,407.40 | 355.39 | 1,671.46 |
| Insurance | - | - | - | 13.20 | 2.64 | 10.56 |
| **Total Paid by Capital Assets** | **$ 6,614.97** | **$ 844.62** | **$ 11,048.59** | **$ 13,363.32** | **$ 1,973.42** | **$ 9,279.56** |
| 1ST AUGUST 2026 PAYROLL | $ - | $ 854.60 | $ 7,324.86 | $ - | $ 2,848.65 | $ 2,211.62 |
| 2ND AUGUST 2026 PAYROLL | 8,385.38 | 895.86 | 13,022.76 | 12,896.30 | 5,479.22 | 5,218.14 |
| 1ST SEPTEMBER 2026 PAYROLL | 6,614.97 | 844.62 | 11,048.59 | 13,363.32 | 1,973.42 | 9,279.56 |
| | **$ 15,000.35** | **$ 2,595.08** | **$ 31,396.21** | **$ 26,259.62** | **$ 10,301.29** | **$ 16,709.32** |

Schedule 1

# Check / Deposit Listing

Property: 23 East Apartments
23 EAST OPERATING
Checks Only
Date Range: 08/01/26 - 08/13/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| **23 EAST OPERATING** | | | | | | |
| 8/3/26 | 1000 | PRIORITY STAFFCORP, LLC | 23 EAST- STAFFING 7/20-7/26 | Y | | 2,462.00 |
| 8/4/26 | AV1 | CHADWELL SUPPLY, INC. | 139822 - ACCT#139822 | Y | | 1,296.78 |
| 8/4/26 | AV2 | CHADWELL SUPPLY, INC. | 139822 - ACCT#139822 | Y | | 497.01 |
| 8/4/26 | AV3 | CORAL POOL SUPPLY | 1688 - POOL SUPPLIES | Y | | 1,371.04 |
| 8/4/26 | AV4 | CHADWELL SUPPLY, INC. | 139822 | Y | | 481.45 |
| 8/4/26 | AV5 | CHADWELL SUPPLY, INC. | 139822 | Y | | 974.77 |
| 8/4/26 | AV6 | CHADWELL SUPPLY, INC. | 139822 - ACCT#139822 | Y | | 1,823.30 |
| 8/4/26 | AV7 | 365 CONNECT, LLC | | Y | | 324.00 |
| 8/7/26 | AV8 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 34.26 |
| 8/7/26 | AV9 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 28.63 |
| 8/7/26 | AV10 | CAPITAL ASSETS, INC. | AUGUST RM SVC. | Y | | 527.07 |
| 8/7/26 | AV11 | ROARK LANDSCAPE | | Y | | 2,634.74 |
| 8/7/26 | AV12 | CAI RENOVATIONS LLC | 7/20-7/31 PROPERTY CLEAN/WORK O | Y | | 3,877.94 |
| 8/7/26 | AV13 | CORAL POOL SUPPLY | 1688 - ACCT#1688 | Y | | 46.56 |
| 8/7/26 | AV14 | C. WEB | AUGUST CWEB | Y | | 275.00 |
| 8/7/26 | AV15 | CORAL POOL SUPPLY | 1688 - ACCT#1688 | Y | | 96.53 |
| 8/7/26 | AV16 | CORAL POOL SUPPLY | 1688 | Y | | 238.69 |
| 8/10/26 | 1001 | PRIORITY STAFFCORP, LLC | 23 EAST STAFFING 7/27/26-8/2/26 | Y | | 5,672.09 |
| 8/13/26 | J11321 | | | Y | 22,661.86 | |
| Totals of Deposits/Payments for Bank | | | | | 22,661.86 | 22,661.86 |

| | | |
|---|---|---|
| **Totals:** | **22,661.86** | **22,661.86** |
| **Counts:** | **1** | **18** |
| **Balance of listed transactions:** | | **0.00** |

# Check / Deposit Listing

Property: 23 East Apartments
23 EAST OPERATING
Checks Only
Date Range: 08/20/26 - 08/20/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| 23 EAST OPERATING | | | | | | |
| 8/20/26 | 1002 | CAPITAL PAYROLL | 2ND AUGUST 2026 PAYROLL | Y | | 8,385.38 |
| Totals of Deposits/Payments for Bank | | | | | 0.00 | 8,385.38 |

| | | |
|---|---|---|
| Totals: | 0.00 | 8,385.38 |
| Counts: | 0 | 1 |
| Balance of listed transactions: | | -8,385.38 |

# Check / Deposit Listing

Property: 23 East Apartments
23 EAST OPERATING
Checks Only
Date Range: 09/04/26 - 09/04/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| 23 EAST OPERATING | | | | | | |
| 9/4/26 | 1003 | CAPITAL PAYROLL | 1ST SEPTEMBER 2026 PAYROLL | N | | 6,614.97 |
| Totals of Deposits/Payments for Bank | | | | | 0.00 | 6,614.97 |

| | | |
|---|---|---|
| Totals: | 0.00 | 6,614.97 |
| Counts: | 0 | 1 |
| Balance of listed transactions: | | -6,614.97 |

# Check / Deposit Listing

Property: Lakeside Place
LAKESIDE OPERATING
Checks Only
Date Range: 08/01/26 - 08/13/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| LAKESIDE OPERATING | | | | | | |
| 8/4/26 | AV1 | LOWE'S PRO SUPPLY | 82847 - ACCT.# 82847 | Y | | 1,238.85 |
| 8/4/26 | AV2 | 365 CONNECT, LLC | | Y | | 324.00 |
| 8/6/26 | 1000 | CAPITAL PAYROLL | 1ST AUG 2026 PAYROLL | Y | | 854.60 |
| 8/7/26 | AV3 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 34.26 |
| 8/7/26 | AV4 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 28.63 |
| 8/7/26 | AV5 | CAPITAL ASSETS, INC. | AUGUST RM SVC. | Y | | 465.13 |
| 8/7/26 | AV6 | ROARK LANDSCAPE | | Y | | 1,623.00 |
| 8/7/26 | AV7 | LOWE'S PRO SUPPLY | 82847 - ACCT.# 82847 | Y | | 1,777.72 |
| 8/7/26 | AV8 | CAI RENOVATIONS LLC | 7/20-7/31 PROPERTY CLEAN/WORK O | Y | | 3,673.09 |
| 8/7/26 | AV9 | C. WEB | AUGUST CWEB | Y | | 275.00 |
| 8/12/26 | ACH | PUBLIC SERVICE CO. OF OKLAHOMA | 50 - VAC. ACCTS. UTILITY DEPOSIT | Y | | 10,330.50 |
| 8/13/26 | J11259 | | | Y | 20,688.93 | |
| Totals of Deposits/Payments for Bank | | | | | 20,688.93 | 20,624.78 |

| | Deposit | Payment |
|---|---|---|
| Totals: | 20,688.93 | 20,624.78 |
| Counts: | 1 | 11 |
| Balance of listed transactions: | | 64.15 |

# Check / Deposit Listing

Property: Lakeside Place
LAKESIDE OPERATING
Checks Only
Date Range: 08/20/26 - 08/20/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| LAKESIDE OPERATING | | | | | | |
| 8/20/26 | 1001 | CAPITAL PAYROLL | 2ND AUGUST 2026 PAYROLL | Y | | 895.86 |
| Totals of Deposits/Payments for Bank | | | | | 0.00 | 895.86 |

| | | |
|---|---|---|
| Totals: | 0.00 | 895.86 |
| Counts: | 0 | 1 |
| Balance of listed transactions: | | -895.86 |

# Check / Deposit Listing

Property: Lakeside Place
LAKESIDE OPERATING
Checks Only
Date Range: 09/04/26 - 09/04/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| LAKESIDE OPERATING | | | | | | |
| 9/4/26 | J11399 | | | N | 844.62 | |
| 9/4/26 | 1002 | CAPITAL PAYROLL | 1ST SEPTEMBER 2026 PAYROLL | N | | 844.62 |
| Totals of Deposits/Payments for Bank | | | | | 844.62 | 844.62 |

| | | |
|---|---|---|
| Totals: | 844.62 | 844.62 |
| Counts: | 1 | 1 |
| Balance of listed transactions: | | 0.00 |

# Check / Deposit Listing

Property: One Eton Square
ONE ETON OPERATING
Checks Only
Date Range: 08/01/26 - 08/13/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| ONE ETON OPERATING | | | | | | |
| 8/1/26 | J10756 | | ZEGO | Y | | 2.00 |
| 8/4/26 | AV1 | CAPITAL ASSETS, INC. | REPAIRED WATER LEAK | Y | | 2,526.56 |
| 8/4/26 | AV2 | CHADWELL SUPPLY, INC. | ACCT# 052038 | Y | | 2,048.80 |
| 8/4/26 | AV3 | B & A PLUMBING | #714 & #724 REPAIR WATER LEAK | Y | | 628.42 |
| 8/4/26 | AV4 | B & A PLUMBING | | Y | | 500.00 |
| 8/4/26 | AV5 | SUPERIOR TERMITE & PEST CONTRO | 11806 - MICE BOX | Y | | 65.00 |
| 8/4/26 | AV6 | LOWE'S PRO SUPPLY | 82847 - ACCT.# 82847 | Y | | 1,651.80 |
| 8/4/26 | AV7 | CHADWELL SUPPLY, INC. | 139904 - ACCT#139904 | Y | | 4,128.95 |
| 8/4/26 | AV8 | CHADWELL SUPPLY, INC. | 139904 | Y | | 1,464.98 |
| 8/4/26 | AV9 | CHADWELL SUPPLY, INC. | 139904 - ACCT#139904 | Y | | 485.08 |
| 8/4/26 | AV10 | 365 CONNECT, LLC | | Y | | 324.00 |
| 8/4/26 | AV11 | CORAL POOL SUPPLY | ACCT#1190 | Y | | 1,065.34 |
| 8/4/26 | AV12 | CORAL POOL SUPPLY | 1190 | Y | | 338.31 |
| 8/6/26 | 1000 | CAPITAL PAYROLL | 1ST AUG 2026 PAYROLL | Y | | 7,324.86 |
| 8/7/26 | AV13 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 34.26 |
| 8/7/26 | AV14 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 28.63 |
| 8/7/26 | AV15 | CAPITAL ASSETS, INC. | AUGUST RM SVC. | Y | | 996.06 |
| 8/7/26 | AV16 | ROARK LANDSCAPE | | Y | | 4,031.75 |
| 8/7/26 | AV17 | WESTERN REPORTING | | Y | | 24.15 |
| 8/7/26 | AV18 | CAI RENOVATIONS LLC | 7/20-7/31 PROPERTY CLEAN/WORK O | Y | | 3,692.78 |
| 8/7/26 | AV19 | C. WEB | AUGUST CWEB | Y | | 325.00 |
| 8/13/26 | J11260 | | | Y | 31,686.73 | |
| Totals of Deposits/Payments for Bank | | | | | 31,686.73 | 31,686.73 |

| | Deposit | Payment |
|---|---|---|
| Totals: | 31,686.73 | 31,686.73 |
| Counts: | 1 | 21 |
| Balance of listed transactions: | | 0.00 |

# Check / Deposit Listing

Property: One Eton Square
ONE ETON OPERATING
Checks Only
Date Range: 08/20/26 - 08/20/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| ONE ETON OPERATING | | | | | | |
| 8/20/26 | 1001 | CAPITAL PAYROLL | 2ND AUGUST 2026 PAYROLL | Y | | 13,022.76 |
| Totals of Deposits/Payments for Bank | | | | | 0.00 | 13,022.76 |

| | | |
|---|---|---|
| Totals: | 0.00 | 13,022.76 |
| Counts: | 0 | 1 |
| Balance of listed transactions: | | -13,022.76 |

# Check / Deposit Listing

Property: One Eton Square
ONE ETON OPERATING
Checks Only
Date Range: 09/04/26 - 09/04/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| ONE ETON OPERATING | | | | | | |
| 9/4/26 | 1002 | CAPITAL PAYROLL | 1ST SEPTEMBER 2026 PAYROLL | N | | 11,048.59 |
| Totals of Deposits/Payments for Bank | | | | | 0.00 | 11,048.59 |

| | | |
|---|---|---|
| Totals: | 0.00 | 11,048.59 |
| Counts: | 0 | 1 |
| Balance of listed transactions: | | -11,048.59 |

# Check / Deposit Listing

Property: Riverpark at Kensington
RIVERPARK OPERATING
Checks Only
Date Range: 08/01/26 - 08/13/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| RIVERPARK OPERATING | | | | | | |
| 8/1/26 | J10752 | | ZEGO | Y | | 5.00 |
| 8/3/26 | 1000 | PRIORITY STAFFCORP, LLC | RIVERPARK - STAFFING 7/20-7/26 | Y | | 5,939.81 |
| 8/4/26 | AV1 | CHADWELL SUPPLY, INC. | 052038 - ACCT.# 052038 | Y | | 1,167.54 |
| 8/4/26 | AV2 | CORAL POOL SUPPLY | 1819 - PLASTER REPAIR | Y | | 48.78 |
| 8/4/26 | AV3 | CHADWELL SUPPLY, INC. | 139885 - ACCT#139885 | Y | | 652.86 |
| 8/4/26 | AV4 | 365 CONNECT, LLC | | Y | | 324.00 |
| 8/6/26 | 1001 | CAPITAL PAYROLL | WATER HEATER REPAIR | Y | | 27.34 |
| 8/6/26 | AV5 | CAPITAL ASSETS, INC. | AUGUST RM SVC. | Y | | 889.87 |
| 8/7/26 | AV6 | C. WEB | AUGUST CWEB | Y | | 325.00 |
| 8/7/26 | AV7 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 34.26 |
| 8/7/26 | AV8 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 28.64 |
| 8/7/26 | AV9 | ROARK LANDSCAPE | | Y | | 3,538.34 |
| 8/7/26 | AV10 | LOWE'S PRO SUPPLY | 82847 | Y | | 66.15 |
| 8/7/26 | AV11 | CHADWELL SUPPLY, INC. | 139885 - ACCT#139885 | Y | | 273.71 |
| 8/7/26 | AV12 | CAI RENOVATIONS LLC | | Y | | 1,947.90 |
| 8/7/26 | AV13 | CHADWELL SUPPLY, INC. | 139885 - ACCT#139885 | Y | | 389.58 |
| 8/10/26 | 1002 | PRIORITY STAFFCORP, LLC | RIVERPARK - STAFFING 7/27-8/2 | Y | | 8,340.11 |
| 8/12/26 | ACH | PUBLIC SERVICE CO. OF OKLAHOMA | 9 - VAC. ACCTS. UTILITY DEPOSIT | Y | | 2,934.65 |
| 8/13/26 | J11318 | | | Y | 26,933.54 | |
| Totals of Deposits/Payments for Bank | | | | | 26,933.54 | 26,933.54 |

| | Deposit | Payment |
|---|---|---|
| Totals: | 26,933.54 | 26,933.54 |
| Counts: | 1 | 18 |
| Balance of listed transactions: | | 0.00 |

# Check / Deposit Listing

Property: Riverpark at Kensington
RIVERPARK OPERATING
Checks Only
Date Range: 08/20/26 - 08/20/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| RIVERPARK OPERATING | | | | | | |
| 8/20/26 | 1003 | CAPITAL PAYROLL | 2ND AUGUST 2026 PAYROLL | Y | | 12,896.30 |
| Totals of Deposits/Payments for Bank | | | | | 0.00 | 12,896.30 |

| | Deposit | Payment |
|---|---|---|
| Totals: | 0.00 | 12,896.30 |
| Counts: | 0 | 1 |
| Balance of listed transactions: | | -12,896.30 |

# Check / Deposit Listing

Property: Riverpark at Kensington
RIVERPARK OPERATING
Checks Only
Date Range: 09/04/26 - 09/04/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| RIVERPARK OPERATING | | | | | | |
| 9/4/26 | 1004 | CAPITAL PAYROLL | 1ST SEPTEMBER 2026 PAYROLL | N | | 13,363.32 |
| Totals of Deposits/Payments for Bank | | | | | 0.00 | 13,363.32 |

| | | |
|---|---|---|
| Totals: | 0.00 | 13,363.32 |
| Counts: | 0 | 1 |
| Balance of listed transactions: | | -13,363.32 |

# Check / Deposit Listing

Property: Shoreline
SHORELINE OPERATING
Checks Only
Date Range: 08/01/26 - 08/13/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| SHORELINE OPERATING | | | | | | |
| 8/1/26 | J10751 | | ZEGO | Y | | 1.00 |
| 8/3/26 | 1000 | PRIORITY STAFFCORP, LLC | SHORELINE - STAFFING | Y | | 2,187.49 |
| 8/4/26 | AV1 | LOWE'S PRO SUPPLY | 82847 - ACCT.# 82847 | Y | | 6,194.26 |
| 8/4/26 | AV2 | CHADWELL SUPPLY, INC. | 040918 - ACCT#040918 | Y | | 183.40 |
| 8/4/26 | AV3 | CHADWELL SUPPLY, INC. | 040918 - ACCT#040918 | Y | | 1,828.54 |
| 8/4/26 | AV4 | 365 CONNECT, LLC | | Y | | 324.00 |
| 8/6/26 | 1001 | CAPITAL PAYROLL | 1ST AUG 2026 PAYROLL | Y | | 2,848.65 |
| 8/6/26 | AV5 | CAPITAL ASSETS, INC. | AUGUST RM SVC. | Y | | 1,031.45 |
| 8/7/26 | AV6 | C. WEB | AUGUST CWEB | Y | | 325.00 |
| 8/7/26 | AV7 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 34.27 |
| 8/7/26 | AV8 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 28.64 |
| 8/7/26 | AV9 | ROARK LANDSCAPE | | Y | | 5,591.67 |
| 8/7/26 | AV10 | LOWE'S PRO SUPPLY | 82847 - ACCT.# 82847 | Y | | 1,777.72 |
| 8/7/26 | AV11 | CAI RENOVATIONS LLC | | Y | | 3,769.34 |
| 8/10/26 | J10891 | | | Y | | 263.53 |
| 8/10/26 | 1002 | PRIORITY STAFFCORP, LLC | SHORELINE STAFFING - 7/27/26-8/2/2 | Y | | 407.79 |
| 8/13/26 | J11261 | | | Y | 26,796.75 | |
| Totals of Deposits/Payments for Bank | | | | | 26,796.75 | 26,796.75 |

| | | |
|---|---|---|
| Totals: | 26,796.75 | 26,796.75 |
| Counts: | 1 | 16 |
| Balance of listed transactions: | | 0.00 |

# Check / Deposit Listing

Property: Shoreline
SHORELINE OPERATING
Checks Only
Date Range: 08/20/26 - 08/20/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| SHORELINE OPERATING | | | | | | |
| 8/20/26 | 1003 | CAPITAL PAYROLL | 2ND AUGUST 2026 PAYROLL | Y | | 5,479.22 |
| Totals of Deposits/Payments for Bank | | | | | 0.00 | 5,479.22 |

| | | |
|---|---|---|
| Totals: | 0.00 | 5,479.22 |
| Counts: | 0 | 1 |
| Balance of listed transactions: | | -5,479.22 |

# Check / Deposit Listing

Property: Shoreline
SHORELINE OPERATING
Checks Only
Date Range: 09/04/26 - 09/04/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| SHORELINE OPERATING | | | | | | |
| 9/4/26 | J11398 | | | N | 1,973.42 | |
| 9/4/26 | 1004 | CAPITAL PAYROLL | 1ST SEPTEMBER 2026 PAYROLL | N | | 1,973.42 |
| Totals of Deposits/Payments for Bank | | | | | 1,973.42 | 1,973.42 |

| | | |
|---|---|---|
| Totals: | 1,973.42 | 1,973.42 |
| Counts: | 1 | 1 |
| Balance of listed transactions: | | 0.00 |

# Check / Deposit Listing

Property: Villas at Midtown
MIDTOWN OPERATING
Checks Only
Date Range: 08/01/26 - 08/13/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| MIDTOWN OPERATING | | | | | | |
| 8/1/26 | J10754 | | ZEGO | Y | | 3.00 |
| 8/3/26 | 1000 | PRIORITY STAFFCORP, LLC | VILLAS - STAFFING 7/20-7/26 | Y | | 2,444.88 |
| 8/4/26 | AV1 | CHADWELL SUPPLY, INC. | 052038 - ACCT.# 052038 | Y | | 3,113.44 |
| 8/4/26 | AV2 | ALLSTATE PLUMBING | #215 TUB LEAKING | Y | | 85.00 |
| 8/4/26 | AV3 | SUPERIOR TERMITE & PEST CONTRC | 6743 - ACCT#6743 | Y | | 65.00 |
| 8/4/26 | AV4 | 365 CONNECT, LLC | | Y | | 324.00 |
| 8/6/26 | 1001 | CAPITAL PAYROLL | 1ST AUG 2026 PAYROLL | Y | | 2,211.62 |
| 8/6/26 | AV5 | CAPITAL ASSETS, INC. | AUGUST RM SVC. | Y | | 1,062.42 |
| 8/7/26 | AV6 | C. WEB | AUGUST CWEB | Y | | 325.00 |
| 8/7/26 | AV7 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 34.27 |
| 8/7/26 | AV8 | ATKINSON SUPPLY | 581 - ACCT. #581 - DEADBOLT LOCKS | Y | | 28.64 |
| 8/7/26 | AV9 | HOME DEPOT-CAPITAL ASSETS ACC | 6035 3225 4177 9728 - ACCT#6035 322 | Y | | 75.18 |
| 8/7/26 | AV10 | ROARK LANDSCAPE | | Y | | 3,848.84 |
| 8/7/26 | AV11 | LOWE'S PRO SUPPLY | 82847 - ACCT.# 82847 | Y | | 1,777.71 |
| 8/7/26 | AV12 | CAI RENOVATIONS LLC | 7/20-7/31 PROPERTY CLEAN/WORK O | Y | | 4,483.72 |
| 8/10/26 | J10890 | | | Y | | 409.16 |
| 8/10/26 | 1002 | PRIORITY STAFFCORP, LLC | VILLAS AT MIDTOWN - STAFFING 7/27 | Y | | 852.50 |
| 8/10/26 | 1003 | PRIORITY STAFFCORP, LLC | VILLAS AT MIDTOWN - STAFFING 7/27 | Y | | 192.20 |
| 8/10/26 | ACH | PUBLIC SERVICE CO. OF OKLAHOMA | ACCT.# 957-852-175-6-3 | Y | | 656.00 |
| 8/13/26 | J11319 | | | Y | 21,992.58 | |
| Totals of Deposits/Payments for Bank | | | | | 21,992.58 | 21,992.58 |

| | Deposit | Payment |
|---|---|---|
| Totals: | 21,992.58 | 21,992.58 |
| Counts: | 1 | 19 |
| Balance of listed transactions: | | 0.00 |

# Check / Deposit Listing

Property: Villas at Midtown
MIDTOWN OPERATING
Checks Only
Date Range: 08/20/26 - 08/20/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| MIDTOWN OPERATING | | | | | | |
| 8/20/26 | 1004 | CAPITAL PAYROLL | 2ND AUGUST 2026 PAYROLL | Y | | 5,218.14 |
| Totals of Deposits/Payments for Bank | | | | | 0.00 | 5,218.14 |

| | | |
|---|---|---|
| Totals: | 0.00 | 5,218.14 |
| Counts: | 0 | 1 |
| Balance of listed transactions: | | -5,218.14 |

# Check / Deposit Listing

Property: Villas at Midtown
MIDTOWN OPERATING
Checks Only
Date Range: 09/04/26 - 09/04/26

| Date | Reference | Information | Check Comment | Cleared | Deposit | Payment |
|---|---|---|---|---|---|---|
| MIDTOWN OPERATING | | | | | | |
| 9/4/26 | J11397 | | | N | 9,279.56 | |
| 9/4/26 | 1005 | CAPITAL PAYROLL | 1ST SEPTEMBER 2026 PAYROLL | N | | 9,279.56 |
| Totals of Deposits/Payments for Bank | | | | | 9,279.56 | 9,279.56 |

| | | |
|---|---|---|
| Totals: | 9,279.56 | 9,279.56 |
| Counts: | 1 | 1 |
| Balance of listed transactions: | | 0.00 |